# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>**MICHAEL HIGGINS**<br><br>DOB:          PDID: | DOCKET NO: **05-386-05**   MAGIS. NO:<br><br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>FILED<br>NOV 0 1 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

(Conspiracy to Distribute and Possess
With Intent to Distribute
Cocaine and Cocaine Base)

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:
21 U.S.C. §846

| BAIL FIXED BY COURT: **HWOB** | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>**MAGISTRATE JUDGE Robinson** | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>**U.S. MAGISTRATE JUDGE Robinson** | DATE ISSUED:<br>10/25/05 |
| CLERK OF COURT:<br>**Nancy Mayer-Whittington** | BY DEPUTY CLERK: | DATE:<br>10/25/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  10/25/05 | NAME AND TITLE OF ~~ARRESTING~~ Reporting OFFICER | SIGNATURE OF ~~ARRESTING~~ Reporting OFFICER |
|---|---|---|
| DATE EXECUTED  11/01/05 | Derrick Fitzgerald  DUSM | |
| HIDTA CASE: Yes ___ No X | | OCDETF CASE: Yes ___ No X |