UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 05-386 (ESH) |
| | ) |
| MICHAEL HUGGINS | ) |

**NOTICE OF APPEARANCE**

_____Will the Clerk of the Court please enter the appearance of the undersigned as counsel for the defendant. Designation CJA Appointment.

Dated: November 4, 2005

Respectfully submitted,

_____/s/_____
Joseph R. Conte, Bar #366827
400 Seventh St., N.W., #400
Washington, D.C. 20004
Phone:     202.638.4100
Fax:       202.628.0249
E-mail     jrc1113@msn.com