UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                          ) | Cr. No.  05-386 (ESH) |
| ) | |
| ) | |
| MICHAEL HUGGINS      ) | |
| ) | |
| _____) | |

### NOTICE OF FILING

COMES NOW, the defendant, by and through Joseph Conte, 400 Seventh St., N.W., Suite 400, Washington, D.C. 20004 to respectfully request this Honorable Court to file as part of the record in this case the attached correspondence, mailed first class, postage prepaid, to counsel for the United States as reflected in the certificate of service for this notice.

Respectfully submitted,

_____
Joseph R. Conte, Bar #366827
400 Seventh St, N.W.
Suite 400
Washington, D.C. 20004
(202) 638-4100

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served by Electronic Case Filing to:

Mr. Jack Guise, Esquire
Office of the U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Counsel for the United States

this 7th day of November, 2005.

.

_____
Joseph R. Conte