UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| v.         ) | Cr. No. 05-386 (ESH) |
| ) | |
| ) | |
| ) | |
| MICHAEL HUGGINS ) | |
| ) | |

**MOTION FOR PRELIMINARY DETERMINATION OF DEFENDANT'S
SENTENCING GUIDELINE CRIMINAL HISTORY COMPUTATION**

COMES NOW, Michael Huggins, by and through Joseph Conte, Esquire, 400 Seventh Street, N.W., Suite 400, Washington, D.C. 20004 to respectfully request this Honorable Court to order the United States Probation Office to complete a criminal history computation under the United States Sentencing Guidelines (U.S.S.G.) for the defendant. As grounds for this motion counsel would state the following:

1. The defendant is charged with conspiracy to distribute and possess with intent to distribute cocaine base and cocaine.

2. The defendant has a 1988 conviction in this court. Counsel has examined the extant case jacket and is unable to determine whether the defendant plead to the gun charges in the indictment or the possession with intent to distribute marijuana.[1]

3. The defendant has a 1993 case in the U.S. District Court for the Eastern District

---

[1] Based upon the information supplied by the defendant and the information gleaned from the old case jacket it appears that the marijuana charge was dismissed.

of Virginia. That case involves the providing of contraband to an inmate. Counsel is unable to ascertain whether this is a drug offense or is counted as a drug offense under the federal sentencing guidelines.

    4. A single prior conviction for a "drug offense" under the drug statute, 21 U.S.C. §841(b)(1)(A)(iii) would increase the defendant's mandatory minimum sentence to twenty years.

    5. Two prior convictions for a "drug offense" under the statute, 21 U.S.C. §841(b)(1)(A)(iii) would make the defendant's mandatory minimum sentence life without parole.

    6. The defendant's guideline sentence is unknown, however, it would run from a minimum of ten years to 360 months to life.

    7. Only the U.S. Probation Office can supply the necessary information to ascertain the defendant's criminal history.

    8. Counsel for the defendant needs the information to effectively advise the defendant of his options.

    WHEREFORE counsel for the defendant respectfully requests that this motion be granted.

    Respectfully submitted,

_____
Joseph R. Conte, Bar #366827
400 Seventh Street, N.W.
Suite 400
Washington, D.C. 20004
(202) 638-4100

Dated: November 7, 2005

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served by Electronic Case Filing to:

Mr. Jack Guise, Esquire
Asst. U. S. Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Counsel for the United States

this 7th day of November, 2005

_____
Joseph R. Conte