UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 05-386 (ESH) |
| ) | |
| MICHAEL HUGGINS ) | |

**O R D E R**

_____This matter is before the Court on the defendant's motion to have the U.S. Probation Office prepare a preliminary presentence report criminal history computation and it is this _____ day of _____, 2005,

**ORDERED** that the defendant's motion should be and hereby is **GRANTED** and it is

**FURTHER ORDERED** that the United States Probation Office prepare a preliminary presentence report criminal history section for counsel for the defendant and counsel for the United States and for the court

**SO ORDERED.**

_____
Ellen Segal Huvelle
United States District Judge

Copies to:

Joseph R. Conte, Bar
400 Seventh Street, N.W.
Suite 400
Washington, D.C. 20004
Counsel for Michael Huggins

Mr. Jack Guise, Esquire
Asst. U. S. Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Counsel for the United States

United States Probation Office
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001