UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-386 (ESH) |
| v. | : | |
| ANTOINE JONES,<br>    also known as "Toine," | : | |
| JOHN ADAMS, | : | |
| DEMETRIS JOHNSON, | : | |
| ADRIAN JACKSON, | : | |
| MICHAEL HUGGINS, | : | |
| KEVIN HOLLAND, | : | |
| ALBERTO ROLLANDO CARRILLO-MONTELONGO, | : | |
| ROEL BERMEA, JR., and | : | |
| RICARDO SANCHEZ-GONZALEZ,<br>            Defendants. | : | |

GOVERNMENT'S MOTION AND MEMORANDUM FOR
EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The United States, by its counsel, the United States Attorney for the District of Columbia, pursuant to 18 U.S.C. § 3161(h)(7) of the Speedy Trial Act, respectfully moves for an Order excluding a period of 180 days from the calculation of the time within which this case must be tried.  This motion for exclusion is made because of the size and overall complexity of this case.