UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                         )<br>)<br>)<br>MICHAEL HUGGINS                  )<br>_____) | Cr. No. 05-0386-05 (ESH) |

**O R D E R**

_____This matter is before the Court on the defendant Michael Huggin's motion for revocation of detention order and the court, having considered the motion, the government's response thereto and the record in the case it is this _____ day of _____2006,

**ORDERED** that the defendant's motion should be and hereby is **GRANTED** and it is

**FURTHER ORDERED** that the defendant be placed in home monitoring pending the trial in this matter.

**SO ORDERED.**

_____
Ellen Segal Huvelle
United States District Judge

Copies to:

Mr. Joseph R. Conte, Esquire
400 Seventh St., N.W., #400
Washington, D.C. 20004
Counsel for Michael Huggins

Ms. Rachel Carson Lieber, Esquire
Mr. John V. Geise, Esquire
Asst. U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Counsel for the United States