UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Cr. No. 05-0386-05 (ESH) |
| ) | |
| MICHAEL HUGGINS          ) | |

SUPPLEMENT TO
DEFENDANT MICHAEL HUGGIN'S
APPEAL OF DETENTION ORDER

        COMES NOW, Michael Huggins, defendant number 5, through Joseph R. Conte, 400 Seventh St., N.W., #400, Washington, D.C. 20004, to respectfully file with this court, as a supplement to his bond appeal, the following letters of support and requests for release from family and friends:

    Exhibit 1:    Letter from Cpl. Roy Haskins

    Exhibit 2:    Letter from Joan A. Wilson

    Exhibit 3:    Letter from Beverly Welch

    Exhibit 4:    Letter from Christian Young

    Exhibit 5:    Letter from Anja L. Wilson-Huggins

    Exhibit 6:    Letter from Vernella Williams

    Exhibit 7:    Letter from Mari Alsop-Owens

    Exhibit 8:    Letter from Theodura Hancock

    Exhibit 9:    Letter from Talaya J. Goodman

WHEREFORE, counsel respectfully requests that the defendant's motion to vacate the detention order be granted.

Respectfully submitted,

_____
Joseph R. Conte, Bar #366827
400 Seventh St., N.W., #400
Washington, D.C. 20004
(202) 638-4100
Fax (202) 628.0249

## CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that a copy of the foregoing was served by Electronic Case Filing to:

Rachel Carson Lieber, Esquire

John V. Geise, Esquire

this 10th day of March, 2006

                                                                                            Joseph R. Conte