To whom it may concern:

    My name is Cpl. Roy Haskins I am the environmental officer at the D.C. jail on the evening shift. Inmate Huggins, Michael 232-589 has been working on my detail squad for the last 4 months. Inmate Huggins has done an exceptional job. He displays excellent work habits and takes his detail assignment very seriously.

    Cpl. Roy Haskins

    3rd shift environmental officer



DEFENDANT'S EXHIBIT 1