DEFENDANT'S EXHIBIT 2

February 24 2006

To Whom It May Concern,

I'm writing this letter in regard of my son-in-law Michael Huggins. I've known Mike for 13 years, he's been married to my daughter Anja Huggins for 11 of these years. He is a wonderful person. I have never known him to be anything but a loving husband, good step father to my grandson, father to his children, role model to others and the best friend in the world. He is the type of person that would give you the shirt off his back and never ask for anything in return. When my husband had an operation for cancer Mike was right by my side.

He is a good provider, hard worker, church goer and supporter of his family. He's the only father figure my grandson has had.

This has really been hard on my grandson, to have accused him of something that we know he didn't do. My daughter has also been hurt. Because we all know that Mike is not the type of person who would put his family in harm's way by doing the things he's been accused of.

My family, his family and friends would like for Mike to be release from prison because we all believe that he is innocent of this injustice that he has been put through these last four months.

Sincerley,
Joan R Wilson
(Mother-in-law)