**Beverly Welch**
10623 Heather Glen way
Bowie, MD 20721
301-918-7188

March 1, 2006

Judge Huvelle
District of Columbia Courts
Washington, DC

C/O: Mr. Joseph R. Contee
400 7th St, NW
Washington, DC 20004

Reference: Mr. Michael A. Huggins

This Letter is in reference to Michael A. Huggins. Mr. Huggins is a dear friend to our family. Mr. Huggins is truly a great and caring family man. His wife, children, parents, family and friends know that they can count on him. He is definitely a hard worker. He knows the importance of maintaining a job. We all miss him and his smile.

Sincerely,

Beverly Welch



DEFENDANT'S EXHIBIT 3