November 2005

It all began 3½ years ago. I was at the Wilson Families house for Thanksgiving and that's where I had the oppertunity of meeting the wonderful Mr. Michael Huggins. And since I've known him he's always been the life of the party. When ever I was around him I always felt comfortable and secure. Secure to the point where I asked him to adopt me as his play daughter. I began seing Poppa Mike more and more along with his beautiful, lovely wife Ctnja. Being Poppa Mike's new daughter comes with its ups as well as downs. I would always call him to see how his day at work went or how his day was just going period. He would always call me Chrissy, which was a name that I really hated but only liked him to call me, and once he called me Chrissy, I knew that it was gonna be followed by something funny. Sometimes I would call him if I had a bad day just so he could cheer me up. Even if I was wrong about the whole situation he would tell me if I took it the wrong way or not. (Usually it wouldn't be something that I always wanted to hear.) But he has been there for me more than just mentally, and socially. When there was something that I needed and couldn't get he would get it for me. We've even went on several vacations together as a family. He's been there and has done things for me that I honestly know he didn't have to. I don't believe that there's a better father stand-in than he has been to and for me. I'm proud of what he's become and I know he's proud of me also. So when something bad and wrong goes on with my Poppa Mike I always feel as though I should know. But when it's something as bad as being incarcerated and me not being able to see him scares me among other things. So when something comes

Case 1:05-cr-00386-ESH    Document 82-5    Filed 03/13/2006    Page 2 of 2

...) and him by showing me some terrible but during one of the good positive male role models away from me I can do nothing but feel helpless and hopeless. So this wasn't for you to feel sad for me, but to feel sympathetique of the situation. Even though we're not blood I honestly don't think that, that would make us any closer. So please feel free to read this letter once, twice or however long it may take you to understand how this family feels without our Poppa Mike, Brother Mike, Cousin Mike, Son Mike, or just plain old 'friend' Mike. There is a innocent man who deserves to be with his family especially for the holidays because living without him on a daily basis is hard but being without him on regular holidays is just heart breaker.

Please take this letter into consideration.

Christian Young
November 4, 2005
16 years old.



DEFENDANT'S EXHIBIT 4