3-5-06

To: Judge Huvelle,

My name is Anja L. Huggins the wife of Michael A. Huggins. I've known Michael for 16 yrs. And been married for 11 yrs. He is a devoting and loving father to seven children and one step son. We currently raise 2 children in our home. Michael teaches our children from right and wrong and to learn from his past mistakes. As a loving husband our relationship is one that grew stronger and stronger each year.

Michael will give the shirt off his back to anyone in need. As a plumber, Michael helped any and everyone he could especially his elderly customer which loves his sense of humor. Everyone miss him so dearly and wish he was home to brighten up their day. Please take into consideration in his appeal hearing for his bond to let him come home to his love ones. He's kids and I really miss him.

Thank you,

Anja L. Nelson-Huggins

DEFENDANT'S EXHIBIT 5