2-25-06

To whom it may concern,

 I have known Michael Andre Huggins since he was a very young boy. I have always known him to be a very honest and reliable person, always willing to help others.

He was raised in a home with loving parents. He joined the church and was baptized.

He is known a grown man married and a father and works to support his family. I will appreciate if you would take this under consideration. He is a productive citizen.

Respectfully Submitted

*Vernella Williams*

Vernella Williams

