8830 Piney Branch Road
Apt# 606
Silver Spring, MD 20903

February 28, 2006

To Whom It May Concern:

Re: Michael Andre Huggins

Please know that this letter of reference comes directly from my heart as well as my head. I am a friend of the Huggins family.

Mr. Michael Andre Huggins is a fine young man. He is trustworthy, responsible, considerate and kind. I have known Michael all of his life. Hie is a very good father of seven and stepfather of one. He is an excellent role model for the children and a very good and honest son for his parents. Michael was raised with two parents in the home, hard workers, Christian, supportive parents. His father is a strong disciplinarian who is an excellent husband and father. His mother rules with an iron hand in a velvet glove. His father made the living and his mother made the living worth while.

Whatever mercy you can show Michael, trust me, will not be misplaced.   I am thanking you in advance for your consideration.

Sincerely,

Mari Alsop-Owens

Mari Alsop-Owens, MSW, LICSW, ACSW
Social Worker



DEFENDANT'S EXHIBIT 7