03/05/06

To whom it may concern:

This is a character letter for Michael Huggins. My name is Theodora Hancock, Michael is the father of my four kids. I have known Michael for about 25 years. He has always been respectful, giving, caring and responsible man. Our kids range in age of 18-13 he has supported them in every way. Regardless of his downfall and situation Michael's positive attitude can help him overcome his human error. Please take this reference in consideration that Michael Huggins deserves a chance in this society

Thank You

Theodora Hancock

DEFENDANT'S EXHIBIT 8