March 6, 2006.

Judge Huvelle,

I Talaya Goodman worked under Michael Huggins for almost 3 years. He was a excellent employee and also a great boss. He always was professional and kept his employees always willing to work. I have never seen a person who got along with everyone. No matter what the problem was Michael could always work with us. In writing this letter I just want to say that Michael is a great person and definately a hard worker. He has so many skills that are unbelievable. One thing alot of times we have jobs and just pretend to know what were doing, but Michael knew. He is always ready to help others and not selfish with knowledge. I can say I learned so much in the telecommunication field because of this guy.

I know one thing is that Mcheal loves his family, their is not one day of work that i didn't here about his wife and children. I know that he was not only dedicated to his job but to his loved ones.

Sincerly,

*Talaya J. Goodman*

Talaya J. Goodman


DEFENDANT'S EXHIBIT 9