UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| ) | |
| v.    ) | Cr. No. 05-0386-05 (ESH) |
| ) | |
| ) | |
| MICHAEL HUGGINS    ) | |
| ) | |

**SECOND SUPPLEMENT TO
DEFENDANT MICHAEL HUGGIN'S
<u>APPEAL OF DETENTION ORDER</u>**

    COMES NOW, Michael Huggins, defendant number 5, through Joseph R. Conte, 400 Seventh St., N.W., #400, Washington, D.C. 20004, to respectfully file with this court, as a second supplement to his bond appeal the attached Exhibit 1, Letter from Jeff Miller, Associates Plumbing of Virginia.

    WHEREFORE, counsel respectfully requests that the defendant's motion to vacate the detention order be granted.

                        Respectfully submitted,

                        _____
                        Joseph R. Conte, Bar #366827
                        400 Seventh St., N.W., #400
                        Washington, D.C. 20004
                        (202) 638-4100
                        Fax (202) 628.0249

## CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that a copy of the foregoing was served by Electronic Case Filing to:

Rachel Carson Lieber, Esquire

John V. Geise, Esquire

this 14th day of March, 2006

_____
Joseph R. Conte