**API**
**Associates Plumbing of Virginia, Inc.**
24 HOUR SERVICE • HEATING SPECIALISTS

March 7, 2006

To whom it may concern:

Re: Character Reference – Michael Higgins

The purpose of this is to provide a character reference for Mr. Michael Huggins whom I have known as a co-worker, and friend for a period of four years.

I first met Mike in January of '02 while I was working as a field supervisor for E. J. Whelan Co. in Beltsville Md. He was hired as a helper and thru supervising day to day projects we became acquainted through a number of common projects I was overseeing. Before long, Mike and I became friends, and I started teaching him about plumbing. After E.J Whelan went out of business in Jan of 03, Mike went to work for another plumbing company, but we stayed in touch knowing that when I got to my next job, I would be bringing him on board.

Accordingly, having gotten to know Mike well over the past few years, I believe it puts me in a position to provide you with a pretty good assessment of his character.

As a co-worker/ employee, Mike was a hard-working and highly committed to his job. I believe that given a few more years of training, he will become an excellent addition to my supervising staff. He was always on time and volunteered often to take on –call duties even when he was not on call. I promoted Mike to my contract crew and then to lead mechanic of that crew. I really need Mike to return as I have not moved anyone into that position with the hope that Mike will return.

As a friend, Mike is a loyal, honest, considerate, and supportive individual who has the ability to see and understand things from another person's perspective. He is a great direct communicator and knows how to raise and discuss common working issues and problems in a non-threatening manner. He likes to have fun too. We are always joking and laughing about different things at work and home.

To tell the truth, I really can't think of anything of consequence on the negative side of the personality ledger when it comes to Mike. All in all, I would have to say that Michael Huggins is a fine, well-balanced person with an abundance of positive qualities.

Sincerely,

Jeff Miller
Senior Project Manager
Associates Plumbing of Virginia, Inc.


DEFENDANT'S EXHIBIT 1

6707-A ELECTRONIC DRIVE, SPRINGFIELD, VA 22151 • (703) 941-2500 • FAX (703) 941-8622
REGISTERED & LICENSED