UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. NO. 05-386-All  (ESH) |
| ANTOINE JONES, ET AL. | : | |

O R D E R

Robert Clay, Warden of the District of Columbia Jail, is hereby ordered  this $15$ day

of June, 2006, to implement procedures that will permit, without prior notice or approval, the

following attorneys and/or investigators to enter the Correctional Treatment Facility and bring

with them laptop computers, CD's, DVDs, videotapes, audio cassette players, and audio tapes for

the purpose of reviewing discovery materials with the clients named in this order. The attorneys,

investigators, and their respective clients are as follows:

| Client | DCDC No. | Attorney/ Investigator |
|---|---|---|
| Antoine Jones | 241-912 | A. Eduardo Balarezo, Esq.<br>Mark Glick, Investigator |
| Kirk Carter | 244-575 | Charles Daum, Esq<br>Iman Pasha, -Investigator |
| Lawrence Maynard | 307-469 | Howard Katzoff, Esq.<br>David P. Jones - Investigator |
| Roel Bermea, Jr. | 307-060 | Noe D. Garza, Esq.<br>Leonardo Rincones, Jr., Esq. |
| Alberto Montelongo | 307-063 | Fred A. Kowalski, Esq. |
| Demetris Johnson | 307-061 | Michael S. Blumenthal, Esq. |

1

| Adrian Jackson | 307-059 | Jon Norris, Esq. |
| Michael Huggins | 232-489 | Rudy Acree, Esq. |
| Ricardo Sanchez | 307-062 | Elita Amato, Esq. |
| Kevin Holland | 265-520 | Brian McDaniel, Esq. |

FURTHER ORDERED, that this order is to remain in effect until_____

____until withdrawn by specific written notification by this court.


_ELLEN SEGAL HUVELLE_
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE


cc:     Robert Clay
        Warden - District of Columbia Jail
        1901 D Street S.E.
        Washington, D.C. 20003

        Office of the General Counsel
        D.C. Department of Corrections
        Washington, D.C.
        Washington, D.C. 20530
        Fax 202 514-8707


        Howard B. Katzoff, Esq.
        717 D Street, N.W., Suite 310
        Washington, D.C. 20004

        U.S. Marshal
        Cellblock Division
        U.S. Courthouse
        Washington, D.C. 20001

2