UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.            ) | Cr. No. 05-386 |
| ) | |
| ) | |
| MICHAEL HUGGINS       ) | |
| _____) | |

**MOTION TO WITHDRAW AS COUNSEL**

_____COMES NOW, Joseph R. Conte, 400 Seventh Street, N.W., Suite 400, Washington, D.C. 20004, to respectfully request leave of this Honorable Court to withdraw as counsel. As grounds for this motion counsel would state that new counsel has been appointed to the defendant because of scheduling conflicts of the undersigned.

WHEREFORE, counsel respectfully requests that this motion be granted.

Respectfully submitted,

_____/s/_____
Joseph R. Conte, Bar #366827
400 Seventh St., N.W., #400
Washington, D.C. 20004
(202) 638-4100
Fax (202) 638-0062

1

## CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that a copy of the foregoing was served by Electronic Case Filing to all counsel this 5th day of July, 2006

_____/s/_____
Joseph R. Conte