UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.                                                           )<br>)<br>)<br>MICHAEL HUGGINS                       )<br>_____) | Cr. No. 05-386 |

**O R D E R**

_____ This matter is before the Court on the defendant's motion to withdraw as counsel and the court, having considered the motion and the record in the case it is this _____ day of _____ 2006,

**ORDERED** that the defendant's motion should be and hereby is **GRANTED**

**SO ORDERED.**

_____

Ellen S. Huvelle
United States District Judge

Copies to:

Mr. Joseph R. Conte, Esquire
400 Seventh St., N.W., #400
Washington, D.C. 20004
Counsel for Mohammad Omar Azizi

Mr. John V. Giese, Esqiure
Office of the U.S. Attorney
555 4th St., N.W.
Washington, D.C. 20530
Counsel for the United States