**TAB 2**

**JACKSON**

| CHARGE | DOCUMENT |
|---|---|
| ASSAULT WITH A HANDGUN | ARREST REPORT |
| POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE | ARREST REPORT |

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

STATE OF MARYLAND
STATE'S ATTORNEY — N. Grissett                     CASE NUMBER    CA033240J

             VS                                    TRACKING #     CR4E00227882

JACKSON, ADRAIN DAVID         DOB: 07/11/78        DATE: 1/12, 2004
                              ID: X0408924         CLERK  Lisa Roarick
DEFENSE ATTORNEY — DAVIES, MATTHEW F

                          DOCKET ENTRIES

JUDGE Lamasney , PRESIDING: Ms. Bingham , REPORTER

1. _____
2. DEFENDANT WITHDRAWS PLEA OF "NOT GUILTY" GENERALLY AND ENTERS PLEA OF "GUILTY"/
   "NOLO CONTENDERE" TO COUNT 2 - Carry a handgun
   DEFENDANT FOUND GUILTY. NO FINDING.
3. PRESENTENCE REPORT SEALED AND FILED.
4. SENTENCED TO THE JURISDICTION OF THE DIVISION OF CORRECTION/P.G. COUNTY
   DEPT. OF CORRECTIONS AS FOLLOWS:
   COUNT  2  FOR A PERIOD OF  30  YEARS days
   COUNT ___ FOR A PERIOD OF ___ YRS. CONCURRENT WITH/CONSECUTIVE TO CNT ___
   COUNT ___ FOR A PERIOD OF ___ YRS. CONCURRENT WITH/CONSECUTIVE TO CNT ___
   COUNT ___ PAY A FINE OF $_____
5. SENTENCE TO COMMENCE AS OF 1-20-04 . ( 0 DAYS CREDIT GIVEN).
6. ALL BUT _____ DAYS ARE SUSPENDED AND THE DEFENDANT IS PLACED ON UNSUPERVISED/
   SUPERVISED PROBATION FOR A PERIOD OF _____.
7. SENTENCE TO INCARCERATION IS SUSPENDED AND THE DEFENDANT IS PLACED ON
   UNSUPERVISED/SUPERVISED PROBATION FOR A PERIOD OF _____.
8. FURTHER PROCEEDINGS DEFERRED.  ENTRY OF JUDGMENT IS STAYED PURSUANT TO
   CRIMINAL PROCEDURE SECTION 6-220, AND THE DEFENDANT IS PLACED ON
   UNSUPERVISED/SUPERVISED PROBATION FOR A PERIOD OF _____.
9. COURT COSTS ASSESSED AT $ _____. COURT COST WAIVED.
10. ORDER FOR PROBATION, FILED.
11. (A) STET    (B) NOLLE PROS    (C) JUDGMENT OF ACQUITTAL
    (D) NOT GUILTY    (E) MERGE REMAINING COUNTS INTO COUNT 2 .
12. DEFENDANT FAILED TO ANSWER. APPEAL IS DISMISSED. FILE REMANDED TO THE
    DISTRICT COURT.
13. ANY BENCH WARRANTS ARE RECALLED. ANY BOND DISCHARGED.
14. DEFENDANT PLACED ON UNSUPERVISED PROBATION UNTIL FINE AND COSTS ARE PAID.
15. FINE AND COSTS TO BE PAID BY _____.
16. DISMISSED AS DUPLICITOUS.
17. MERGED WITH CASE.
18. SUSPEND THE IMPOSITION OF ANY SENTENCE.
19. CLERK TO ISSUE RELEASE ORDER D.O.C/DETENTION CENTER.
20. SENTENCE TO BE SERVED IN THE COUNTY CORRECTIONAL FACILITY.
21. DEFENDANT RELEASED AS TO THIS CASE ONLY.
22. Sentence to be Served on Home Detention.
23. _____
24. _____

G86 65
1-9-04

(A053240)



# DISTRICT COURT OF MARYLAND FOR Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772   Case No.:004E00227882

| STATE OF MARYLAND | VS | JACKSON, ADRAIN DAVID |
|---|---|---|
| COMPLAINANT: | | 2627 BOWEN RD SE #102 |
| Officer: LIDE | | WASHINGTON, DC  20020 |
| Agency/Subagency: DA  SOD | | CC#: 030800056    SID: |
| ID: 2200 | | Local ID:    DL#:    DL State: |

Race: 1   Sex: M   Height: 5'7"   Weight: 182   Hair: BLK   Eyes: BRN
DOB: 07/11/1978   Phone(H): (202) 610-0459   Phone(W):

# FILED

SEP 18 2003 **IV**

**CLERK OF THE CIRCUIT COURT**
**FOR PRINCE GEORGES COUNTY, MD.**

## CHARGE SUMMARY

UPON THE FACTS CONTAINED IN THE APPLICATION OF LIDE
IT IS FORMALLY CHARGED THAT JACKSON, ADRAIN DAVID at
the dates, times and locations stated in the Charging document:

| CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|
| 1 1420 | CR 3 202 | 25 Y | ASSAULT - ~~FIRST~~ 2nd DEGREE |
| 1 5212 | CR 4 203 | 3 Y &/or $2,500.00 | HANDGUN ON PERSON |

Date: 03/21/2003   Time: 08:37 AM   Judicial Officer: _____ 5096

Tracking No. 000002156932

X0408924

LaTonya Thomas 5096



# DISTRICT COURT OF MARYLAND FOR Prince George's County

DATE: 03/21/2003
TIME: 01:17

LOCATED AT (COURT ADDRESS)
14735 Main Street
Upper Marlboro, MD 20772

DISTRICT COURT CASE NUMBER
4E00227882

RELATED CASE(S)

DEFENDANT'S NAME (LAST, FIRST M.I.)
JACKSON, Adrain David

| COMPLAINANT | DEFENDANT |
|---|---|
| NAME (LAST, FIRST M.I.) / TITLE<br>Cpl. Lide | NAME (LAST, FIRST M.I.) / TITLE<br>JACKSON, Adrain David |
| AGENCY / SUB-AGENCY / I.D.NO.(POLICE)<br>P.G. County Police / 2200 | MAFIS NAME (LAST, FIRST M.I.) / TITLE |
|  | I.D.NO. / RACE B / SEX M / HT. 5'07" / WT. 182 / D.O.B. 7/11/78 |
| WORK TELEPHONE / HOME TELEPHONE<br>(301) 731-7818 | CC/OCA 538204 / HAIR BLK / EYES Brown / OTHER DESCRIPTION |
| ADDRESS / APT.NO.<br>SOD<br>6700 Riverdale Road | WORK TELEPHONE (202) 610-0459 / HOME TELEPHONE ( ) - |
|  | ADDRESS 2627 Bowen Rd SE / APT.NO. 102 |
| CITY Riverdale / STATE / ZIP CODE 20737 | CITY Washington DC / STATE / ZIP CODE 20020 |

☐ DOMESTIC VIOLENCE  ☐ HATE CRIME       Page 1 of ___

## STATEMENT OF CHARGES

IT IS FORMALLY CHARGED THAT THE DEFENDANT

**1** CJIS CODE 1 1420  AR 981963  ON OR ABOUT(DATE) 03/21/2003 01:17  AT (PLACE) 3258 Brinkley Road Temple Hills Prince George's County, MD

...did assault Lawrence Metcalf in the ~~first~~ 2nd degree in violation of CR 3-202, contrary to the form of the act of the assembly in such case made and provided and against the peace, government and dignity of the state.

3-203

IN VIOLATION OF:
☒ MD ANN. CODE ART. CR  SEC. 3-202  ☐ COMMON LAW OF MD.  ☐ PUB. LOCAL LAW ART. SEC.
PROBABLE CAUSE ✓Y ___N
☐ COMAR/AGENCY CODE NO.  ☐ ORDINANCE NO.  AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE
COMMISSIONER INITIALS ID NO. 5096 LT

**2** CJIS CODE 1 5212  AR 981963  ON OR ABOUT(DATE) 03/21/2003 01:17  AT (PLACE) 3258 Brinkley Road Temple Hills Prince George's County, MD

...did wear, carry and transport a handgun upon and about their person.

IN VIOLATION OF:
☒ MD ANN. CODE ART. CR  SEC. 4 203  ☐ COMMON LAW OF MD.  ☐ PUB. LOCAL LAW ART. SEC.
PROBABLE CAUSE ✓Y ___N
☐ COMAR/AGENCY CODE NO.  ☐ ORDINANCE NO.  AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE
COMMISSIONER INITIALS ID NO. 5096 LT

☐ CONTINUED ON ATTACHED SHEET (FORM DC/CR 2A)              Court Copy

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTER AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

DATE 03/21/2003  PEACE OFFICER Cpl. Lide (signature)
AGENCY - SUB-AGENCY P.G. County Police  I.D.NO. 2200

TRACKING NO. 000002156921   CBF NO. _____
FORM DC/CR 2 (Rev. 7/94)

CCN: 03-080-0056

# DISTRICT COURT OF MARYLAND FOR Prince George's County

DATE: 3/21/03
TIME: 01:17
RELATED CASE(S):

LOCATED AT (COURT ADDRESS)
14735 Main Street
Upper Marlboro, MD 20772

DISTRICT COURT CASE NUMBER
4E00227882

## COMPLAINANT

NAME (LAST, FIRST M.I.): Cpl. Lide
TITLE:
AGENCY: P.G. County Police
SUB-AGENCY:
I.D.NO.(POLICE): 2200
WORK TELEPHONE: (301) 731-7818
HOME TELEPHONE:
ADDRESS: SOD, 6700 Riverdale Road
APT.NO.:
CITY: Riverdale, MD 20737

## DEFENDANT

NAME (LAST, FIRST M.I.): JACKSON, Adrain David
TITLE:
MAFIS NAME (LAST, FIRST M.I.):
TITLE:
I.D.NO.:
RACE: B
SEX: M
HT.: 5'07"
WT.: 182
D.O.B.(MM/DD/YY): 7/11/78
CC/OCA: 538204
HAIR: BLK
EYES: Brown
OTHER DESCRIPTION: WHITE T SHIRT BLK PANTS
WORK TELEPHONE: (202) 610-0459
HOME TELEPHONE: ( ) -
ADDRESS: 2627 Bowen Rd SE
APT.NO.: 102
CITY: Washington DC
ZIP CODE: 20020

☐ DOMESTIC VIOLENCE    ☐ HATE CRIME    Page 1 of __

## STATEMENT OF PROBABLE CAUSE
ARREST ON TRAFFIC/NATURAL RESOURCES CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

ON 3/21/03 AT 0117 HRS AT 3285 BRINKLEY RD TEMPLE HILLS, MD ( PRINCE GEORGE'S COUNTY ) 20748 (CLUB ELITE). OFFICER LIDE #2200 WAS WORKING SECURITY WHEN HE OBSERVED ADRIAN JACKSON (DEFENDANT) RUNNING TOWARDS THE EXIT DOOR OF CLUB ELITE. OFFICER LIDE ALSO OBSERVED SEVERAL PEOPLE RUNNING BEHIND ADRIAN JACKSON. AS THEY ALL WERE EXITING CLUB ELITE, LAWRENCE METCALF (VICTIM) YELLED " HE HAS A GUN", REFERRING TO ADRIAN JACKSON. OFFICER LIDE THEN WENT OUTSIDE AND OBSERVED LAWRENCE METCALF AND SOMEONE ELSE RESTRAINING ADRIAN JACKSON. OFFICER LIDE OBSERVED LAWRENCE METCALF PULL A GREEN OBJECT FROM THE RIGHT SIDE OF ADRIAN JACKSON'S WAISTBAND. OFFICER LIDE TOOK THE OBJECT FROM LAWRENCE METCALF. THE GREEN OBJECT WAS A GREEN SOCK AND INSIDE OF THE SOCK WAS A FABRINER VITORIA FIRESTORM .45 CALIBER HANDGUN ( SERIAL "71-04-03772-00 ) BLACK IN COLOR.

LAWRENCE METCALF TOLD OFFICER LIDE THAT HE AND ADRIAN JACKSON ACCIDENTLY BUMPED INTO EACH OTHER INSIDE OF CLUB ELITE. ADRIAN JACKSON BECAME UPSET AND POINTED THE HANDGUN AT HIM (LAWRENCE METCALF). LAWRENCE METCALF THEN WALKED AWAY FROM THE DEFENDANT (ADRIAN JACKSON) TO GET HELP. LAWRENCE METCALF AND SEVERAL CITIZENS ATTEMPTED TO APPROACH ADRAIN JACKSON INSIDE OF CLUB ELITE. ADRIAN JACKSON THEN ATTEMPTED TO LEAVE THE CLUB BY RUNNING OUT THE FRONT EXIT OF CLUB ELITE. ADRIAN JACKSON WAS THEN CAUGHT AND DETAINED AFTER A BRIEF STRUGGLE WITH THE VICTIM AND CITIZENS UNTIL OFFICER LIDE PLACED HIM UNDER ARREST. ADRIAN JACKSON SUFFERED MINOR FACIAL LACERATIONS AND BRUISING FROM WHEN HE ATTEMPTED TO RESIST APPREHENSION BY THE VICTIM (LAWRENCE METCALF) AND THE GROUP OF CITIZENS.

THE DEFENDANT (ADRIAN JACKSON) WAS TRANSPORTED TO FORT WASHINGTON HOSPITAL WHERE HE WAS TREATED AND RELEASED. THE DEFENDANT WAS THEN TRANSPORTED TO DISTRICT 4 FOR PROCESSING. ALL EVENTS OCCURRED IN PRINCE GEORGE'S COUNTY, MARYLAND.

☐ CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)    PROBABLE CAUSE CHARGES # 3
LACK OF PROBABLE CAUSE CHARGES # ____

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTER AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.
DATE: 3/21/03
ARRESTING OFFICER: Cpl. Lide
AGENCY: P.G. County Police
SUB-AGENCY:
I.D.NO.: 2200

I HAVE REVIEWED THE STATEMENT OF CHARGES AND HAVE DETERMINED THAT
☒ THERE IS PROBABLE CAUSE TO DETAIN THE DEFENDANT
☐ THERE IS NOT PROBABLE CAUSE TO DETAIN THE DEFENDANT AND I HAVE ACCORDINGLY RELEASED HIM ON HIS OWN RECOGNIZANCE.
DATE: 3/21/03
JUDICIAL OFFICER:
COMMISSIONER I.D.NO.: 5096

TRACKING NO. 000002156921    CBF NO. ____

Court Copy    FORM DC/CR 4 (Rev. 7/94)

Date Printed: May 18, 2006

## Circuit Court For Prince George's County, Maryland

Case No. CA033240J

State of Maryland

VS.

Adrain David Jackson
2627 Bowen Rd Se #102

Washington, DC 20020

Alias: Adrain David Jackson
DOB: 07/11/1978
ID#: Z0408924
Tracking#: 000002156932
Dist Court#: CR4E00227882

Assistant State's Attorney: Nycole L Grissett
Defense Attorney: Matthew Davies

DCM Track: A3
Rule 4-271 Date:

Charge: Assault 2nd Degree
 One of 2 related Charges
 Citation Number:

**Bond**

| Type | Amount | Bondsman |
|---|---|---|
| Corporate Bond | $25,000.00 | Adrain David Jackson |

**Event Activity**

| Date | Event | Date | Closing Docket | Judge/Master |
|---|---|---|---|---|
| 12/11/03 | Status Conference | 12/11/03 | Status Conference Moot | Vincent J Femia |
| 01/12/04 | Trial | 01/12/04 | Plea Hearing Held | Maureen M Lamasney |

Date Printed: May 18, 2006

## Circuit Court For Prince George's County, Maryland

Case No. CA033240J

**Docket Activity**

| Date | User | Docket Entry |
|---|---|---|
| 03/21/03 | (CON) | Corporate Bond |
| 12/11/03 | (CON) | Status Conference Moot |
| 01/12/04 | (CON) | Adult Trial/Sentence |
| 01/12/04 | (CON) | Condition of Bond Met |
| 01/12/04 | (CON) | Conversion Case Closed |
| 01/12/04 | (CON) | Plea Hearing Held |
| 02/17/04 | (CON) | OR1 Sentence: PGC DOC |
| 03/16/04 | (CON) | Conversion Hicks Date |
| 05/17/06 | (JCT) | Letter Requesting Copies Fd From DOJ. 318 |

Case No: CA033240J

STATE OF MARYLAND
PRINCE GEORGE'S COUNTY, TO WIT:

I HEREBY CERTIFY THAT the foregoing is a true copy of the

documents in the above entitled case in the

Circuit Court for Prince George's County, Maryland.

                        IN TESTIMONY WHEREOF, I
                        hereto set my hand and affix the seal
                        of the Circuit Court for Prince
                        George's County, Maryland, this
                        23rd day of May, 2006.

                        *Rosalyn E. Pugh* (signature)
                        Rosalyn E. Pugh, Clerk   #318

# METROPOLITAN POLICE DEPARTMENT
## Washington, D.C.
### ARREST/PROSECUTION REPORT
P.D. 16 Rev. 6/94

| Field | Value |
|---|---|
| 1. PERSON NOTIFIED OF NAME CHANGE | |
| 2. ID NUMBER | |
| 3. DEFENDANT'S TRUE NAME - LAST, FIRST, MIDDLE (ID Only) | |
| 4. CID NUMBER | |
| 5. UNIT-ARREST NO. | 079800937 |
| 6. DEFENDANT'S NAME - LAST, FIRST, MIDDLE (At time of arrest) | JACKSON, ADRIEN, D |
| 7. DEA # NUMBER | HI 891 |
| 8. Arresting Officer's Name | MYERS III, ALFRED, L. |
| 9. TYPE OF RELEASE | |
| 10. NICKNAME / ALIAS | |
| 11. PHONE NUMBER | NONE |
| Rank / Agency | OFC 2145 MPDC |
| 12. COURT DATE | 2/9/98 |
| 13. ADDRESS | 3351 BROTHERS PL SE |
| 14. TIME IN D.C. | LIFE |
| 16. SEX | M |
| 17. RACE | BLK |
| 18. BIRTHDATE | 7/11/78 |
| 19. SOCIAL SECURITY NUMBER | 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 |
| 21. HEIGHT | 5'8 |
| 22. WEIGHT | 180 |
| 23. HAIR | BLK |
| 24. EYES | BRN |
| 25. COMPLEX | MED |
| 26. PERMIT NO/ST | 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/DC |
| 27. BIRTHPLACE | WASHINGTON, DC |
| 28. CO-DEFENDANTS Number | 0 |
| 33. HAT | BLK |
| 34. JACKET | GREEN |
| 35. PANTS | GREEN |
| 37. SHIRT | BLUE |
| 39. WALES/NCIC CHECK - NCIC NUMBER | SYSTEM DOWN |
| 40. LOCATION OF OFFENSE | 100 BLK OF STERLING ST SE |
| DATE OF OFFENSE | 2/9/98 |
| TIME OF OFFENSE | 0330 |
| 41. LOCATION OF ARREST | 100 BLK OF STERLING ST SE |
| DATE OF ARREST | 2/9/98 |
| TIME OF ARREST | 0335 |
| 42. ASSISTING OFFICER'S NAME, BADGE NO. & UNIT OR AGENCY | WOODWARD, E 1612 7D |
| 43. DEFENDANT ADVISED OF RIGHTS - DATE | 2/9/98 |
| TIME | 0400 |
| LOCATION | 7D |
| OFFICER'S NAME | REBISH |
| BADGE NO. | 190 |
| UNIT | 7D |
| 44. COMPLAINANTS / WITNESSES W-1 | MYERS III, ALFRED, L. — 2455 ALABAMA AVE — ADULT — 202 645 0011 |
| 49. CHARGES | 1. USCA PWID COCAINE |
| CCN | 067-162 |
| 50. PROPERTY BOOK / PAGE NO. | 599 / 127 |

PAGE 1    REVERSE CARBON AND FILL IN REVERSE SIDE OF THIS FORM

DISTRIBUTION: Page 1. to ID & RD; Page 2. & 3. to Prosecutor; Page 4. (yellow), Unit Copy; Page 5. Officer's Copy.

REVERSE CARBONS

**55. EMPLOYMENT HISTORY** (List present employment, if any, on Line 1)

| FROM - DATE - TO | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION |
|---|---|---|---|---|
| 1. | UNEMPLOYED | | | |
| 2. | | | | |

**56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES** (Begin with immediate family)

| RELATIONSHIP | DOB/AGE | NAME - LAST, FIRST, M.I. | ADDRESS - STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|
| GRANDFATHER | 60 | MEDLEY, JAMES | 3351 BROTHERS PL SE | |

**57. MILITARY SERVICE: BRANCH/DATE FROM - TO**  N/A

**58. TELEPHONE CALL MADE**  ☒ Yes  ☐ No  ☐ Refused

**59. PHONE NUMBER**  202 563-2290

**60. STATEMENT OF FACTS:**

ON 2/9/98 AT APPROXIMATELY 0330 HRS WHILE ON ROUTINE PATROLL THE DEFENDANT WAS OBSERVED OPERATING A GREEN NISS BEARING MD TAGS ETF-610 WITH NO LIGHTS RUNNING IN THE 100 BLK OF STERLING ST SE. DUE TO RECENT THEFTS FROM AUTO'S AND A BOW GUN WHICH OCCURRED IN THE AREA, SPECIAL ATTENTION WAS ENFORCED DURING THE MIDNIGHT TOUR OF DUTY. THE DEFENDANT AND A PASSENGER APPEARED TO BE SLUMPPED IN THE VEHICLE TO AVOID BEING SCENE. A TRAFFIC STOP WAS CONDUCTED AND THE DEFENDANT AND PASSENGER WEAR ASKED TO STEP OUT OF THE VEHICLE.

A FRISK OF THE DEFENDANT BY THE UNDERSIGNED OFFICER, BY TOUCHING THE OUTTER JACKET, FELT TO BE PACKAGE ROCK COCAINE. THE DEFENDANT WAS PLACED UNDER ARREST AND SEARCH INCIDENT TO ARREST REVEALED 56 SMALL ZIP LOCK BAGS OF A WHITE ROCK LIKE SUBSTANCE, A MAD SIZE ROCK LIKE SUBSTANCE, ALL PACKAGE IN A MAD CLEAR SANDWICH BAG. THESE SUBSTANCES FIELD TESTED POSITIVE FOR A COLOR REACTION TO COCAINE. THE DEFENDANT WAS PLACED UNDER ARREST AND TRANSPORTED TO THE SEVENTH DISTRICT.

COC DRUGS DEF→MYERS→REBISH→MYERS→HS→PB.   COC MONEY DEP→MYERS→PB.

**61. DEFENDANT'S VERSION / REMARKS:**

BEFORE RIGHTS, IN REFERENCE TO QUESTION, BEFORE ARREST

"I HAVE SOME CRACK".   "I WAS GOING TO SERVE HIM".

**62. RECORD CLERK'S NAME**

**63. ARREST RECORD SUMMARY**  SYSTEM DOWN

**64. PROPERTY BOOK/PAGE, NO.** PRISONER'S PROPERTY ONLY

**65. BAIL REFORM ACT CASES:** ☐ Yes ☐ No

**66. PRINTED NAME - OFFICER MAKING STATEMENT**  MYERS, ALFRED
**BADGE NUMBER** 2145  **RANK** OFC  **UNIT** 7D  **DATE** 2/9/98

**67. SIGNATURE OF OFFICER MAKING STATEMENT** /s/ Al Myers

**68. SIGNATURE OF REVIEWING OFFICER** /s/ Lt. N.P. Smith  **UNIT** 7D  **DATE** 2-9-98

CHECK LAST COPY FOR LEGIBILITY BEFORE TURNING IN REPORT

DISTRICT OF ...
OFFICE OF THE ...

UNITED STATES

vs

Jackson, Adrain

person(s). Do not give Witnesses' Names or Addresses. REFER to them as W1 or W2, etc as ... filed in Item 3 ...

ON 2/9/98 AT APPROXIMATELY 0330 HRS WHILE ON ROUTINE PATROL THE DEFENDANT, A. Jackson, WAS OBSERVED OPERATING A GREEN NISS BEARING MD TAGS ETF-610 WITH NO LIGHTS RUNNING IN THE 100 BLK OF STERLING ST SE. DUE TO RECENT THEFTS FROM AUTO'S AND A BOW GUN WHICH OCCURRED IN THE AREA, SPECIAL ATTENTION WAS ENFORCED DURING THE MIDNIGHT TOUR OF DUTY. THE DEFENDANT AND A PASSENGER APPEARED TO BE SLUMPED IN THE VEHICLE TO AVOID BEING SEEN. A TRAFFIC STOP WAS CONDUCTED AND THE DEFENDANT AND PASSENGER WERE ASKED TO STEP OUT OF THE VEHICLE.

A FRISK OF THE DEFENDANT BY THE Arresting OFFICER, BY TOUCHING THE OTTER JACKET, FELT TO BE PACKAGE ROCK COCAINE. THE DEFENDANT WAS PLACED UNDER ARREST AND SEARCH INCIDENT TO ARREST REVEALED 56 SMALL ZIP LOCK BAGS OF A WHITE ROCK LIKE SUBSTANCE, A MAD SIZE ROCK LIKE SUBSTANCE, ALL ... IN A MED CLEAR AND WICH BAG. THESE SUBSTANCES FIELD TESTED POSITIVE FOR A COLOR REACTION TO COCAINE. THE DEFENDANT WAS PLACED UNDER ARREST AND TRANSPORTED TO THE SEVENTH DISTRICT.
DRUGS DEF → MYERS → REBISH → MYERS → HS → PB.    COC MONEY DEF → MYERS → PB.

events described above occurred in the District of Columbia.

ribed and sworn to before me this   9   day of   February   1998

Eddie Morehead   1612          7D
Officer           Badge        District          Deputy Clerk  Yvette Davis

**Metropolitan Police Department**  
Incident-Based Event Report  
Washington, D.C.

| TYPE OF REPORT | DATE AND TIME OF EVENT | DATE OF REPORT | TIME OF REPORT | DISTRICT | SECTOR | BEAT | COMPLAINT NUMBER |
|---|---|---|---|---|---|---|---|
| ● Offense / Incident | 0998033 | | 9 ... 0400 | | | 70806710 |

Right Mark ●  
Wrong Marks ✓ ✗ ⊙

**EVENT LOCATION ADDRESS**: 100 Blk of Sterling St SE

Rear of / In front of / Along side of / Inside of — NW Corner / NE Corner / SW Corner / SE Corner

REPORT RECEIVED BY: ● On-scene (TRU / Walk-in / Radio run)  
IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME? Yes / No  
PROPERTY TYPE: ● Public / Private

**EVENT NO. 1**: UCSA PWID Cocaine

FORCED ENTRY: Yes / No   POINT OF ENTRY:   a. Method Used   b. Tools Used

WEATHER CONDITIONS: ● Clear / Cloudy / Rain / Snow / Other / Not applicable / Unknown

SUSPECTED HATE CRIME?: None / Racial / Religious / Ethnic / Sexual Orientation / Other

SECURITY SYSTEM: Alarm/Audio, Alarm/Silent, Camera, Dog, Dead bolt, Unlocked, Ex... lights, Interior lights, Fence, Guard, Neighborhood watch, Other, ● Not applicable, Unknown

**LOCATION TYPE** (Mark only one):
Air/Bus/Train terminal, Alley, Bank/Savings & loan, Bus stop, Church/Synagogue/Temple, College/University, Commercial office building, Construction site, Convenience store, Department/Discount store, D.C. government building, Doctor's office/Hospital, Drug store, Federal/Government bldg., Field/Woods, Grocery/Supermarket, Hotel/Motel/Etc., Jail/Prison, Lake/Waterway, Liquor store, Park area, Parking lot/Parking garage, Public housing project, Public/Private school, Rental storage facility, Residence/Home, Restaurant, Service station, Sidewalk, Specialty store, ● Street/Highway/Road, Tavern/Night club, Other, Not applicable, Unknown

DESIGNATED AREAS (Mark all that apply): Victim's vehicle, ● Suspect's vehicle, Taxi-cab, Bus, Train/Metro/Amtrak/Etc., Hallway, Elevator, Stairwell, Basement/Laundry room, Apartment/Condo unit, Single family dwelling, Hotel/Motel room, College/University dorm, Classroom, Office room, Vacant building/room, Customer area, Storage area, In public housing, W/in 1 block of public housing, W/in 1,000 ft. of school, Other, Not applicable, Unknown

## PART II - VICTIM INFORMATION

**NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1**: Society/Public

RELATED TO EVENT NO(S).: ● 1

VICTIM TYPE: Individual / Business / Financial ins / Government / Religious org. / ● Society/Public / Police officer / Other

DATE OF BIRTH: Unknown / NA  
AGE RANGE: 0-1 yr. / 2-12 yrs. / 13-17 yrs. / 18-65 yrs. / Over 65  
SEX: Male / Female / Unknown  
HOME PHONE / BUSINESS PHONE

RACE/ETHNICITY: American Indian/Alaskan Native, Asian/Pacific Islander, Black, Chinese, Latino/Hispanic, Jamaican, Japanese, Korean, Vietnamese, White, Other, Unknown/Refused

HOME ADDRESS: DC Resident / Non-DC Resident / Unknown  
BUSINESS ADDRESS/SCHOOL  
OCCUPATION   IS EVENT RELATED TO OCCUPATION? Yes / No / Unknown  
ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1

**STATUS** (Mark one): Open / Unfounded / Closed / Suspended / ● Closed by arrest, attach PD-252

REVIEWER   DISTRIBUTION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| IS VICTIM #1 THE REPORTING PERSON? IF N ENTER THE NAME, ADDRESS, AND PHONE NUMBER OF THE REPORTING PERSON | | | Name: Address: | | | | Phone-Area Code: | | |
| | Yes | No | | | | | | | |
| DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER? | | | WAS PD FORM 378A ISSUED? | | IS CPO/TPO OUTSTANDING? | | IF YES, ENTER CPO/TPO #: | | |
| Yes | No | | Yes | No | Yes | No | Unknown | | |
| INJURIES | Use the following codes to describe injuries. (Mark all that apply) | | I = None Visible M = Apparent Minor Injury B = Apparent Broken Bones | | O = Other Major Injury I = Possible Internal Injury G = Gunshot | | L = Severe Laceration T = Loss of Teeth U = Unconscious | | |

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| Victim |  |  |  |  |  | Yes |  | Admitted |
| Suspect |  |  |  |  |  | No |  | Released |
| Victim |  |  | N/A |  |  | Yes |  | Admitted |
| Suspect |  |  |  |  |  | No |  | Released |
| Victim |  |  | N |  |  | Yes |  | Admitted |
| Suspect |  |  |  |  |  | No |  | Released |
| Victim |  |  |  |  |  | Yes |  | Admitted |
| Suspect |  |  |  |  |  | No |  | Released |

**PART III - PROPERTY**

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 Codes | S = Stolen E = Evidence R = Recovered F = Found | I = Impounded V = Vehicle from which theft occurred D = Alleged drug type | L = Lost P = Suspected proceeds of crime O = Other | a. Property Book & Page No. 549/137 | b. Location of Property Book 7D | |

| Code | Description of Item(s) | Serial Number/Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| E | Clear plastic bag containing medium size white rock chunk | — | — | white | med | 1 | | | |
| E | Small red and black ziplocks containing white rock like substance | — | — | Blue + Red | small | 56 | | | |
| P | Assorted U.S. Currency | — | — | Green | | | $346.00 | | $346.00 |

TOTAL VALUE $346.00

**60 VEHICLE INFORMATION**   Vehicle operated/used by: Victim ☐ Suspect ☑   Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| O | 94 | Nissan | Altima | Green | 4dr | EFT-610 md 99 | 1N4BU31D0RC130510 |

**PART IV - SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)**

61 #1
| | a. Race | | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|---|
| ☑ Suspect ☐ Missing | Asian ☑ Black | White Latino/Hispanic | Unknown Other | ☑ Male Female | Unknown | 19 | 5'7" | 1 | BRO | BLK |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| Med | | | | | | Green | Blue | Alcohol   Drugs   Computer   N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | | | Other | | Color | Make | Model | Caliber |
|---|---|---|---|---|---|---|---|---|
| Handgun Revolver Rifle | Shotgun Semi-automatic Automatic | Other firearm | Cutting instrument Blunt object Motor vehicle | Hands/Feet/Teeth None Unknown | Other (specify) | | | |

62 #2
| | a. Race | | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|---|
| Suspect Missing | Asian Black | White Latino/Hispanic | Unknown Other | Male Female | Unknown | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Alcohol   Drugs   Computer   N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | | | Other | | Color | Make | Model | Caliber |
|---|---|---|---|---|---|---|---|---|
| Handgun Revolver Rifle | Shotgun Semi-automatic Automatic | Other firearm | Cutting instrument Blunt object Motor vehicle | Hands/Feet/Teeth None Unknown | Other (specify) | | | |

63 #3
| | a. Race | | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|---|
| Suspect Missing | Asian Black | White Latino/Hispanic | Unknown Other | Male Female | Unknown | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Alcohol   Drugs   Computer   N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | | | Other | | Color | Make | Model | Caliber |
|---|---|---|---|---|---|---|---|---|
| Handgun Revolver Rifle | Shotgun Semi-automatic Automatic | Other firearm | Cutting instrument Blunt object Motor vehicle | Hands/Feet/Teeth None Unknown | Other (specify) | | | |

*Value of vehicles to be entered by Information Processing section

067-132

PROBABLE CAUSE OF ABSENCE AND DESTINATION

COMPLAINT NUMBER

IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED:

CLASSIFICATION
Critical
Non-critical

CLASSIFIED BY:

PHYSICAL/MENTAL CONDITION (i.e., diabetic)

DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED

NAME OF PARENT/GUARDIAN

ADDRESS OF PARENT/GUARDIAN

IF JUVENILE, ENTER MOTHER'S MAIDEN NAME

MISSING PERSON SECTION NOTIFIED (Name)

NARRATIVE   Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued

As a result of a traffic stop of the listed vehicle, the listed narcotics were seized from S-1's person along with the listed currency. A portion of the narcotics were field tested positive with a color reaction for cocaine. Narcotics and currency are listed on 7D Evidence book #599 pg 127.

Approximate weight of cocaine is 18 grams.

EVIDENCE TECHNICIAN/CSES #
SSO M. Bryant

NAME OF INVESTIGATOR NOTIFIED

TELETYPE NOTIFIED (Name)

NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED

TELETYPE #

REPORTING OFFICER'S SIGNATURE
Eddie Woodard

ELEMENT
7D

OTHER POLICE AGENCY (Indicate if report prepared by officer other than MPD)
USCP
USSS
METRO TRANSIT
OTHER

SECOND OFFICER'S NAME

ELEMENT

SIGNATURE OF SUPERVISOR
MPO C. West

ELEMENT
7D

PAGE 3

**PD 252 Rev: 10/86 — Metropolitan Police Department — SUPPLEMENT REPORT — Washington, D.C.**

- Classification Change: ☐
- Additional Information: ☒

| Field | Entry |
|---|---|
| District | |
| Complaint Number | 067-162 |
| Date and Time of Event | 2-9-98 0330 |
| Date and Time of Original Report | 2-9-98 0400 |
| Location | 100 Blk of Sterling St SE |
| Where Entered | Street |
| Property Type | ☒ Public  ☐ Private |

Complainant/Missing Person/Firm A: Society/Public

Suspect: See Item #22

**Solvability Factors:** (all marked through "See Item #")

**Narrative:**

Case closed with the arrest of:
1) Jackson, Adrain D., Black Male, D.O.B. 7-11-78
2) 3351 Brothers Pl SE
3) SSN# 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
4) Arrest # 079800937
5) Charged with PWID Cocaine

**Status:** ☒ Closed

**Investigative Officer's Recommendation:** ☒ Suspend

Reporting Member's Signature: [signature] Badge/Elem 1612 7D
Supervisor's Signature: [signature] MPD Badge/Elem 3564 7D

87P7575      PAGE 1 OF 1 PAGES

# REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

**U.S. Department of Justice**
**Drug Enforcement Administration**

Read Instructions on Reverse before completing.

| 1. HOW OBTAINED (Check) | | | |
|---|---|---|---|
| ☐ Purchase | ☒ Seizure | ☐ Free Sample | |
| ☐ Lab. Seizure | ☐ Money Flashed | ☐ Compliance Sample (Non-Criminal) | |
| ☐ Internal Body Carry | ☐ Other (Specify) | | |

| 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|
| OC7-16.2 | Felony | F |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Wash DC | 2-9-98 | Jackson, Adrian |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| MPDC 7D | ☒ Case No. ☐ Seizure No.  No. 079802437 | 2-9-98 | |

| 9. Exhibit No. | 10. FDIN (8 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 1 | | Crack Cocaine | | 5g | 5g | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☒ NO (included above) ☐ YES

**REMARKS:** On 2-9-98 the File Title was found to be in possession of the above listed illegal narcotics. Seized were 56 small Red and Blue ziplocks containing white rock like substance and 1 clear plastic bag containing a medium size chunk of a white rock like substance. A portion of each was field tested with a positive color reaction for cocaine. Narcotics listed on 7D evidence book 599/1910

17. SUBMITTED BY SPECIAL AGENT (Signature)
18. APPROVED BY (Signature & Title)

## LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| | | |
| 22. SEAL ☐ Broken ☐ Unbroken | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |

## LABORATORY REPORT

**25. ANALYSIS SUMMARY AND REMARKS**

| EXH. | AMT REC'D | ANALYSIS SUMMARY |
|---|---|---|
| 1.01 | 5.6g | 56 plastic ziplock bags (24 red, 32 black) with a white rocky substance found to contain cocaine base. |
| 1.02 | 5.1g | 1 clear plastic bag with a white rocky substance found to contain cocaine base |

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 1.01 | | cocaine base | 87 | | | 4.7g | 5.2g |
| 1.02 | | cocaine base | 88 | | | 4.4g | 4.7g |

| 34. ANALYST (Signature) Matthew W. Sider | 35. TITLE Forensic Chemist | 36. DATE COMPLETED 4/6/98 |
|---|---|---|
| 37. APPROVED BY (Signature & Date) Paul De Zan | 38. TITLE Laboratory Director | 39. LAB. LOCATION Washington, D.C. |

DEA Form - 7 (Sept. 1995)   Previous edition dated 4/90 may be used until stock is exhausted.   5 – Receipt Copy