**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(CRIMINAL DIVISION)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | Crim. Case No.: 05-CR-386 (ESH) |
| | * | |
| | * | |
| Michael Huggins, *et al.* | * | |
| | * | |
| Defendant. | * | |

*********************************************************************

## MOTION TO ADOPT AND CONFORM TO CO-DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION

The Defendant, Michael Huggins, respectfully moves this Honorable Court, by and through counsel, Rudolph Acree, Jr., to allow him to adopt and conform to oppositions filed on behalf of other defendants in the above-captioned matter. In support of this motion, Mr. Huggins states the following:

1. Mr. Huggins asserts grounds for relief that he has standing to raise.

2. Mr. Huggins does not seek relief that is inconsistent with relief already sought by Defendant Huggins.

3. Mr. Huggins moves to adopt the relevant arguments stated in Defendant Holland's Opposition to Government's Motion to Admit Evidence of Other Crimes Pursuant to Federal Rule of Evidence 609.

4. Mr. Huggins submits that granting this Motion will conserve judicial resources considerably by limiting the filing of duplicative motions.

**WHEREFORE,** for the reasons stated herein Counsel respectfully requests that this Court grant Mr. Huggins Motion to Adopt and Conform Co-Defendant's Opposition to Government's Motion.

Respectfully Submitted,

_____/s/_____
Rudolph Acree, Jr. Esq.
1211 Connecticut Avenue
Suite 506
Washington, D.C. 20036
(202) 331-1961

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 28th day of July 2006, a copy of the foregoing

Motion to Adopt and Conform with Co-Defendants Opposition Motion  was delivered via

electronic case filing.


_____/s/_____
Rudolph Acree, Jr.