**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(CRIMINAL DIVISION)**

| | | |
|---|---|---|
| THE UNITED STATES | * | |
| | * | |
| | * | |
| v. | * | Crim. Case No.: 05-CR-386 (ESH) |
| | * | |
| | * | |
| Michael Huggins, *et al.* | * | |
| | * | |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO ADOPT AND CONFORM WITH CO-DEFENDANTS' MOTION TO DEFENDANT JONES' OMNIBUS PRE-TRIAL MOTION**

The Defendant, Michael Huggins, by and through counsel, Rudolph Acree Jr., moves this Court to allow him to adopt and conform to sections two through five of Jones' Omnibus Pre-Trial motion filed on behalf of other co-defendants. In support of this motion, Mr. Huggins states the following:

1. Asserts the grounds for relief that Mr. Huggins has standing to raise.

2. Mr. Huggins does not seek relief inconsistent with relief already sought in motions filed by the defendant.

3. Mr. Huggins submits that the granting of this Motion will conserve judicial resources considerably by limiting the filing of similar motions by Mr. Huggins.

**WHEREFORE**, for the reasons stated herein Counsel respectfully requests that this Court grant Mr. Huggins' Motion to Adopt and Conform with sections two through five of Co-Defendant Jones' Omnibus Pre-Trial Motion filed with the Court.

        Respectfully Submitted,


        _____/s/_____
        Rudolph Acree, Jr. Esq.
        Counsel for Michael Huggins
        1211 Connecticut Avenue
        Suite 506
        Washington, D.C. 20036
        (202) 331-1961

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of July 2006, a copy of the foregoing Motion to Adopt and Conform with Co-Defendants Motion to Jones' Omnibus Pre-Trial Motion was delivered via electronic case filing.

_____/s/_____
Rudolph Acree, Jr.