**TABLE OF CONTENTS**
<u>United States v. Antoine Jones</u>
**Cr. No. 05-386 (ESH)**

1. August 10th Affidavit for Stored Messages & Two Search Warrants for Cingular and Sprint

2. August 18th Affidavit for Text messages and two Search Warrants

3. Text Messages

4. September 2nd Title III Affidavit and Judge's Order

5. September 30th Affidavit and Judge's Order

6. GPS Affidavit & Order

7. 10/24 MD Search Warrant and Affidavit for Moore Street, Waldorf, MD

8. 10/24 Search Warrant and Affidavit for Levels - 1960 Montana Ave., N.E., Wash., DC

9. Consent to Search Jones' car