# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
### JUDGE ELLEN SEGAL HUVELLE

CASE No. 05-386

UNITED STATES OF AMERICA,

vs.

**ANTOINE JONES**
**ADRIAN JACKSON**
**MICHAEL HUGGINS**
**KEVIN HOLLAND** and
**KIRK CARTER**

*DEFENDANTS*

## <u>WRITTEN VOIR DIRE</u>

**TO THE PROSPECTIVE JUROR:**

You have been selected as a prospective juror in the case of <u>United States of America v. Antoine Jones, Adrian Jackson, Michael Huggins, Kevin Holland, and Kirk Carter</u>. Those selected as members of the jury will live at home and have their evenings and weekends free to themselves. Your contact with other people will not be restricted, although you will, of course, not be permitted to talk about the case with anyone, or read, listen to, or watch any press coverage the case might receive.

The information which you give in your answers to this questionnaire will be used only by the Court and the parties to select a qualified jury. The purpose of this questionnaire is to save time and avoid jurors having to sit and wait before they answer these or similar questions in person. After a jury has been selected, all copies of your response to this questionnaire will be returned to the Clerk of the Court and kept in confidence, under seal, not accessible to the public or the media. The

attorneys are under orders to maintain the confidentiality of any information they learn in the course of reviewing this questionnaire.

Each of the defendants has been charged by the United States with violating certain federal laws between 2003 and 2005.  The government alleges that the defendants belonged to an organization in which they agreed to work together to possess and distribute drugs.  Each defendant denies each charge and maintains his innocence.  A more detailed description of the charges will be given at the beginning of the trial.  The trial is expected to last until approximately the second week in January 2007. The Court will not sit:  the day after Thanksgiving;  December 12 -15;  and December 21 through January 3, 2007.  This questionnaire is being distributed to you to assist the Court in selecting a jury to hear this case and for determining your availability to serve as a juror.

The only purpose of this questionnaire is to encourage your full expression and candor so that all parties have a meaningful opportunity to select a fair and impartial jury to try the issues of this case.  Your full written answers will save all the parties, the Court, and yourself, a great deal of time.  Please do not discuss with anyone any question or answer you give on this questionnaire. You are expected to sign the questionnaire, using only your juror number, your answers will have the effect of a statement under oath.  Your answers to these questions will only be used in court.

Please answer each question below as completely and accurately as you reasonably can.  Do keep in mind that there are no "right" or "wrong" answers, only complete and incomplete answers. Please fill out the entire questionnaire.  Do not leave any questions blank.  If a question does not apply to you in any way, write "N/A" rather than leaving the form blank. If you cannot answer a question because you do not understand it, write "Do not understand" in the space after the question. If you cannot answer a question because you do not know the answer, write "Do not know" in the

space after the question.  If you need extra space to answer any question, please use the extra blank sheets of paper included at the end of the questionnaire.  Be sure to indicate on the blank page the number of the question you are answering.  Please write or print legibly using a black or blue pen. If your answers are illegible, you may be required to re-copy your answers.  Do not write anything on the back of any page.  Please write your Juror number at the top of each page.

When the jury selection process begins in court, you may be asked some follow-up questions based on one or more of your answers to the questionnaire.  Please understand that if there is any personal or confidential information that you wish to discuss privately with the Court and counsel, you will have an opportunity to do so in the oral questioning once the selection process begins.

In addition, now that you are a prospective juror, you MUST follow the instructions listed below until you have been excused from further service in this case.

**DO NOT** read anything whatsoever about this case. Please avoid any newspaper accounts that may relate to this case including articles relating to crime in the District of Columbia.

**DO NOT** read or listen to any news accounts whether in a newspaper, on the television, or on the radio concerning this case or about any of the defendants, Antoine Jones, Adrian Jackson, Michael Huggins, Kevin Holland, and Kirk Carter.

**DO NOT** at any time discuss this case with anyone, including your friends, family members, or other members of this jury panel.

**DO NOT** let anyone, including friends, family members, court personnel, parties in this case, or persons involved in the case, talk to your about your views or any aspect of this case except officially in

the courtroom.

Thank you for your cooperation with these instructions and for your careful and honest responses to the questionnaire. Your forthright and full cooperation is of vital importance to the Court and the parties.

_____

ELLEN S. HUVELLE
United States District Judge

Juror No.:_____

## I. PRELIMINARY MATTERS

1.    The trial in this case may last until the second week of January 2007.  The jury will
      generally sit Monday through Friday from 9:30 a.m. to 5:00 p.m.  If selected as a juror is
      there any  reason why you would be unable to serve?  If yes, please explain:

      _____
      _____
      _____

2.    Do you have any medical condition that would make it difficult for you to serve as a juror?

      _____ Yes       _____ No

      If yes, please explain:_____
      _____
      _____

3.    Are you currently taking any medication on a regular basis which would interfere with your
      ability to serve as a juror in this case?  If yes, please explain and state the name of the
      medication.

      _____
      _____

4.    Does any member of your household have any chronic or major health problem(s) that
      would interfere with your service as a juror?  If yes, please explain.

      _____
      _____

5.    Prior to today, have you asked to be excused from this jury panel?   If yes, on what basis?

      _____
      _____

6.    What is the condition of your hearing?
      ___    No problems at all
      ___    Have difficulty hearing
      ___    Have problems, but they are corrected with a hearing aid.

7.    What is the condition of your eyesight?
      ___    No problems at all
      ___    Have difficulty seeing
      ___    Have problems, but they are corrected by glasses or contact lenses.

1

Juror No.:_____

8.       Do you read, speak and understand English?
         _____   Yes
         _____   With difficulty
         _____   No

9.       Do you have any personal, professional, or financial obligations that would prevent you
         from giving your full attention or prevent you from being present in Court for the duration
         of the trial?  If yes, please explain.

         _____
         _____
         _____

10.      Do you have any moral, religious, or ethical beliefs that prevent you from sitting in
         judgment of another person?  If yes, please explain.

         _____
         _____

11.      Is there anything about you that you think the Court should know which you think might
         influence your ability to sit as a juror in this case?  If yes, please explain.

         _____
         _____
         _____

## II.       BACKGROUND

12.      What is your age and date of birth?_____dob:_____

13.      Place of Birth: _____
                         (City)                 (State)                 (Country)

14.      What is your gender and race or ethnic background?

         _____   Asian                        _____   Male
         _____   Black/African-American       _____   Female
         _____   Hispanic/Latino
         _____   Native American
         _____   White/Caucasian
         _____   Other   _____
                  (please specify)

15.      What is your current marital status? (Check all that apply.)

2

Juror No.:_____

\_\_\_\_ Single                                    \_\_\_\_\_ Divorced
\_\_\_\_ Married \_\_\_ years                    \_\_\_\_\_ Divorced and remarried
\_\_\_\_ Living with someone               \_\_\_\_\_ Widowed
\_\_\_\_ Separated

### III. RESIDENCE

16.    How long have you lived at your current address?  _____

17.    What ward of the city do you live in? _____

18.    What is your neighborhood called?    (e.g. Shaw, Adams Morgan, Georgetown)
       _____

19.    How long have you lived in Washington?_____

20.    Which of the following best describes your type of residence?

            \_\_\_\_\_Own home                     \_\_\_\_\_ Rental apartment
            \_\_\_\_\_Own apartment/condo      \_\_\_\_\_ Live with relative or friend
            \_\_\_\_\_Rental house                  \_\_\_\_\_ Other (please specify): _____

21.    In what other cities, towns, or areas have you maintained your residence and when did you
       live there?  (Please note if these places are in another state or country.)
       _____
       _____
       _____

22.    How many people live in your household?  _____

23.    If persons other than your spouse and children live with you, please describe the
       relationship to you, if
       any:_____
       _____

3

Juror No.:_____

## IV. EDUCATION

24.     Please check the level of education for you and your spouse or significant other.

|  | | You | Spouse/Significant Other |
|---|---|---|---|
| (a) | Grade school or less | _____ | _____ |
| (b) | Some high school | _____ | _____ |
| © | High school graduate | _____ | _____ |
| (d) | Technical or business school | _____ | _____ |
| (e) | Some college | _____ | _____ |
| (f) | College degree | _____ | _____ |
| (g) | Graduate degree | _____ | _____ |

25.     If you attended high school in Washington, D.C., what high school(s) did you attend?
_____
_____

26.     If you attended college or graduate school anywhere, what college(s) or school(s) did you attend, what did you study, and what degree or certificate did you receive?

| College or School | Area of Study | Degree or Certificate |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

27.     Do you plan to attend school in the future?  If yes, what do you plan to study?
_____

28.     Describe any special training or skills that you have.
_____
_____
_____

29.     Are you attending school now?

_____ Yes      _____ No

30.     Have you, any members of your family, or any close friends ever attended law school, taken

4

Juror No.:_____

paralegal course work, participated in a clinical program involving criminal law issues, or received any other type of legal training?  If yes, please describe.

_____

_____

_____

## V. EMPLOYMENT

31.    What is your occupational status?  (Check all that apply.)

_____ Work full-time outside the home          _____ Student
_____ Work part-time outside the home          _____ Retired
_____ Full-time homemaker                      _____ Disabled
_____ Homemaker with part-time employment      _____ Other: _____
_____ Unemployed                               _____

32.    Without giving your place of employment, please state your current occupation.

_____

33.    Check  the following category that best describes your employer :

_____ Federal government agency       _____ Private, for-profit organization
_____ State government agency         _____ Private, not-for-profit organization
_____ County government agency        _____ Self employed
_____ City government agency          _____ Other: _____

34.    Describe what you do:  _____

_____

35.    How long have you worked there?  _____

       (a)    How are you paid? (circle appropriate choice): Salary   Hourly   Commission.

36.    List your previous three jobs, beginning with the most recent.

5

Juror No.:_____

Type of Employment                Position        Dates                    R e a s o n   f o r
Leaving

     a._____

     b._____

     c._____


37.    What is your spouse/partner's occupational status?  (Check all that apply.)
     _____ Work full-time outside the home     _____ Student
     _____ Work part-time outside the home     _____ Retired
     _____ Full-time homemaker     _____ Disabled
     _____ Homemaker with part-time employment     _____ Other: _____
     _____ Unemployed     _____

38.    Check  the following category that best describes your spouse/partner's employer :

     _____ Federal government agency     _____ Private, for profit organization
     _____ State government agency     _____ Private, not-for-profit organization
     _____ County government agency     _____ Self employed
     _____ City government agency     _____ Other: _____

39.    Without giving the place of employment, what is your spouse/partner's current occupation/job title?
    _____

40.    Please describe the nature of his/her job: _____
    _____

41.    What kind of work did he/she do in the past? _____
    _____
    _____
    _____

6

Juror No.:_____

42.    Have you, any members of your family, or any close friends ever been employed by, or
       made any application for employment with, any local, state, or federal law enforcement or
       private security agency, including, but not limited to, the following (check as many as
       apply for each category):

|  | Self | Family Member | Close Friend | Position |
|---|---|---|---|---|
| F.B.I. | ____ | ____ | ____ | _____ |
| U.S. Attorney | ____ | ____ | ____ | _____ |
| District Attorney or Assistant District Attorney | ____ | ____ | ____ | _____ |
| Internal Revenue Service | ____ | ____ | ____ | _____ |
| Drug Enforcement Administration | ____ | ____ | ____ | _____ |
| Central Intelligence Agency | ____ | ____ | ____ | _____ |
| National Security Agency | ____ | ____ | ____ | _____ |
| Department of Justice | ____ | ____ | ____ | _____ |
| Military Police | ____ | ____ | ____ | _____ |
| Correctional Officer | ____ | ____ | ____ | _____ |
| Bureau of Prisons | ____ | ____ | ____ | _____ |
| Parole or Probation Office | ____ | ____ | ____ | _____ |
| State Trooper | ____ | ____ | ____ | _____ |
| Any Police Department | ____ | ____ | ____ | _____ |
| Sheriff's Department | ____ | ____ | ____ | _____ |
| U.S. Marshals Service | ____ | ____ | ____ | _____ |
| U.S. Secret Service | ____ | ____ | ____ | _____ |
| U.S. Customs Service | ____ | ____ | ____ | _____ |
| D.C. Jail/ Other Penal Institution | ____ | ____ | ____ | _____ |
| Federal Protection Service | ____ | ____ | ____ | _____ |
| Bureau of Alcohol, Tobacco, and Firearms | ____ | ____ | ____ | _____ |
| Investigator or volunteer for a prosecutor | ____ | ____ | ____ | _____ |
| Investigator or volunteer for any law enforcement agency | ____ | ____ | ____ | _____ |
| District of Columbia Office of the Attorney General | ____ | ____ | ____ | _____ |
| Other law enforcement or private security agency | ____ | ____ | ____ | _____ |

7

Juror No.:_____

If you checked any category above, state whether your experience affected your view of law enforcement and, if so, please explain:

_____
_____
_____

43.    Have you, any members of your family, or any close friends ever been employed by, or made any application for employment with, any organization or firm involved in criminal defense work, including, but not limited to (check as many as apply for each category):

|  | Self | Family Member | Close Friend | Position |
|---|---|---|---|---|
| Criminal defense law firm | ____ | ____ | ____ | _____ |
| Public Defender Office | ____ | ____ | ____ | _____ |
| Paralegal for defense attorney in a law firm or public defender | ____ | ____ | ____ | _____ |
| Investigator/intern/law clerk for defense attorney in a law firm or public defender | ____ | ____ | ____ | _____ |
| Any non-profit organization involving criminal law issues | ____ | ____ | ____ | _____ |
| Other criminal defense organization not listed above | ____ | ____ | ____ | _____ |
| Any court system | ____ | ____ | ____ | _____ |

If you checked any category above, state whether your experience affected your view of the criminal justice system and, if so, please explain:

_____
_____
_____

8

Juror No.:_____

## VI. MILITARY

44.     Have you ever been in the United States military (including the military reserves, National Guard or ROTC)?

_____ Yes     _____ No

45.     Were you ever involved in any way  in the investigation, prosecution, or defense of anyone subject to a court-martial?

_____ Yes     _____ No

If yes, please explain your involvement._____
_____
_____

46.     Did you ever work in any capacity for the Office of the Judge Advocate General?

_____ Yes     _____ No

If yes, please explain your involvement._____
_____
_____

## VII. LAW ENFORCEMENT OR LEGAL CONTACTS

47.     Do you or a close friend or family member belong to any group or organization that is active in political, law enforcement, crime victim prevention or rehabilitative matters? (i.e. Mothers Against Drunk Driving, the American Civil Liberties Union, Alcoholics Anonymous, Narcotics Anonymous, Fraternal Order of Police, Crimewatch, Crime Stoppers, Orange Hats, Parents Against Minimum Mandatory Sentences, crime victim or related groups, etc.)

_____Yes     _____No

If yes, please describe.

_____
_____

48.     Have you, any member of your family, or any close personal friend had any experiences

9

Juror No.:_____

(good or bad, i.e. filing complaints, writing letter of commendation, lawsuits ) with any law enforcement agency or the government that might cause you to <u>favor or disfavor</u> the government or law enforcement?  If yes, please explain.

_____
_____
_____

49.    Overall, what are your views concerning law enforcement agencies?

_____
_____
_____

50.    Do you know any lawyers, prosecutors or judges?  _____Yes  _____No

If yes, who?

_____
_____
_____

51.    Have you, a member of your family or a close friend ever had a good or unpleasant experience with a lawyer (civil lawyer, prosecutor, criminal defense attorney or other members of the bar)? _____. If yes, please explain your answer.

_____
_____
_____

52.    Would you give  law enforcement officers (MPD, FBI, DEA agents *etc.)* who testify as witnesses in this case,  more credibility, less credibility, or the same credibility as any other witness?

_____ More credibility
_____ Less credibility
_____  Same credibility

Please explain. _____
_____
_____

10

Juror No.:_____

53.    What is your opinion regarding the effectiveness of the criminal justice (court) system?

    ___ It is working very well
    ___ It is working adequately
    ___ It is not working well at all

Please explain: _____
_____
_____

54.    Have you ever called the police to report criminal activity?

_____ Yes       _____ No

If yes, please explain: _____
_____
_____

55.    Have you, any members of your family, or any close friends ever:

|  |  | Self | Family Member | Close Friend |
|---|---|---|---|---|
| (a) | Been accused of a crime? | _____ | _____ | _____ |
| (b) | Been arrested and/or convicted of a crime? | _____ | _____ | _____ |
| © | Been a victim of crime? | _____ | _____ | _____ |
| (d) | Been a witness to crime? | _____ | _____ | _____ |
| (e) | Testified in court or before a grand jury as a witness to a crime? | _____ | _____ | _____ |
| (f) | Had to appear in court for any reason? | _____ | _____ | _____ |

The Court or counsel may follow up orally on this question at a later point in the jury selection process.

11

Juror No.:_____

## VIII.   DRUGS AND DRUG USE

56.    Have you, your spouse/partner, any other family member or close personal friend, ever been an employee or a volunteer with any type of drug or alcohol treatment program?

_____ Yes       _____ No

If yes, please explain: _____
_____
_____

57.    Have you, your spouse/partner, any other family member or close personal friend, ever participated in any type of drug awareness or drug education program?

_____ Yes       _____ No

If yes, please explain: _____
_____
_____

58.    Do you or any member of your immediate family or close personal friend belong to any church, group or other organization that is actively working to stop the sale or use of illegal drugs?

_____ Yes       _____ No

If yes, please explain: _____
_____
_____

59.    Have you, your spouse/partner, any other family member or close personal friend, ever been an inpatient, out-patient or received any other type of counseling or treatment from any type of drug or alcohol rehabilitation program, including Alcoholic Anonymous, Narcotic Anonymous, etc.?

_____ Yes       _____ No

If yes, please explain: _____
_____
_____

12

Juror No.:_____

60.   How serious a problem is the sale and use of illegal drugs in your neighborhood?  Would you say very serious, somewhat serious, or not serious at all? (Check one):

___ Very serious
___ Somewhat serious
___ Not at all serious

Please explain: _____
_____

61.   Do you have any opinion as to whether certain drugs that are now illegal should be legalized?  If yes, please explain.

_____
_____
_____

62.   As a result of any personal, family, or other experience, or any religious or moral belief or conviction, have you formed any opinion about persons who traffic in illegal drugs or narcotics?

_____ Yes        _____ No        _____ Not sure

Please explain.

_____
_____

## VIII. JURY SERVICE AND THE LAW

63.   Have you ever served on a jury in a criminal case?        _____Yes        _____No

If yes, please answer the following questions:

a.      If you have been a juror in the past, please provide the following information.

| Year | Charges or Type of Case | Verdict Reached (Yes or No) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

13

Juror No.:_____

b.      Was there anything about that experience that left you disappointed or dissatisfied with our criminal justice system?      _____ Yes      _____ No

Please explain: _____

_____

c.      Did the judge or prosecutor or anyone else comment on your verdict?

Please explain:_____

_____

64.   Is there is anything about your previous experience as a juror that would make you want to serve or not serve on a jury again?

_____ Yes                    _____ No

Please explain:_____

_____

65.   Have you ever served as a jury foreman?   _____Yes   _____No

If yes, how many times?   _____

66.   Have you ever served on a grand jury?

_____ Yes   _____ No

If yes, please state when, where and for how long you served on a grand jury:

_____

_____

_____

67.   When you feel you are correct, will you still listen to the arguments of others who do not agree with you?

_____ Yes   _____ No

If yes, are you sometimes persuaded to change your position?

_____ Yes   _____ No

14

Juror No.:_____

## IX. PUBLICITY AND DISCUSSION

68.   Have you read, heard, or overheard anything concerning this case in the news media?  Please explain.

_____

_____

69.   If you sit as a juror in this case, the judge will instruct you to avoid exposure to any media coverage or discussion about the case other than the evidence and argument that your hear in court.  Would you find it difficult to obey such an instruction?

_____ Yes        _____ No        _____ Maybe

Please explain:

_____

_____

70.   Since you arrived at the courthouse, have you heard anything about this case, other than what has been told to you by the Court and stated in this questionnaire?

_____ Yes        _____ No        _____ Maybe

If yes or maybe, please explain:_____

_____

71.   Some of the events to be described during the trial are alleged to have occurred at the following locations.  Please place a check mark next to each location to which you, a member of your family, or close personal friend have a significant connection.

_____5119 Barto Avenue, Suitland,  Maryland

_____ 10441 Crescent Park Way, Waldorf, Maryland

_____ 5703 Gloria Drive, Suitland, Maryland

_____ 9156 Piscataway Road, Clinton, Maryland

_____ 9508 Potomac Drive, Fort Washington, Maryland

_____ 2504 Pomeroy Road SE, Washington, D.C.

_____ Club Levels, 10870 Moore Street, Washington, D.C.

15

Juror No.:_____

## X ALLEGATIONS and TRIAL PROCEDURE

72.     This case involves alleged violations of conspiracy, narcotics, and firearms laws.  Is there anything about the nature of these charges that make you feel it would be difficult for you to be an impartial and fair juror?

_____ Yes       _____ No       _____ Not Sure

Please explain:_____
_____
_____

73.     Do you agree or disagree with the Government's use of undercover informants to investigate illegal drug distribution in and around the District of Columbia?     (Circle one answer)

Strongly Agree        Agree        Disagree        Strongly Disagree        No Opinion

74.     Do you agree or disagree with the Government's use of electronic surveillance such as telephone "wiretaps", and body bugs to record the conversations of people alleged to be involved in illegal drug distribution in the District of Columbia?

Strongly Agree        Agree        Disagree        Strongly Disagree        No Opinion

75.     Do you have any opinions about the government's use of witnesses who allegedly participated in some of the crimes charged in this indictment and who have entered into plea agreements with the government in exchange for their cooperation?

_____ Yes       _____ No       _____ Not Sure

Please explain:_____
_____
_____
_____

76.     Have you, any family members, or friends ever received any training in the use of electronic surveillance technology ("wiretaps", "bodybugs", etc.)?

_____ Yes       _____ No

IF YES, Please explain.        _____
_____

16

Juror No.:_____

77.    Some of the evidence in this case may be in the form of items seized during search warrants or testimony from undercover officers who investigated alleged criminal activity in an undercover capacity. Do you have any personal feelings or opinions about these types of evidence or the investigative techniques used to obtain such evidence? If so, please explain:

_____
_____
_____

Please explain:   _____
_____

78.    During the course of this trial, you will hear testimony about a substantial amount of trafficking in narcotics. Will the testimony about a substantial amount of narcotics affect your ability to sit as a fair and impartial juror in this case?

_____ Yes      _____ No       _____ Not Sure

Please explain:   _____
_____

79.    If chosen as a juror would you be able to decide the case solely on the evidence and law as the Court has instructed you to do, without regard to sympathy, bias, or prejudice?

_____ Yes      _____ No       _____ Not Sure

Please explain:   _____
_____

80.    Even though five (5) men are being tried together in this case, you will be instructed that you must consider the evidence offered against them on an individual basis. That means that each one of these men, Antoine Jones, Adrian Jackson, Michael Huggins, Kevin Holland, and Kirk Carter, is entitled to have the charges against them considered by you as if each man were having a separate trial. Do you believe you will have difficulty considering the evidence against each defendant individually?

Yes_____   No_____  Not Sure_____

17

Juror No.:_____

## XI.    SOCIOLOGICAL CONSIDERATIONS

81.   Have you had any experience, positive or negative, involving a person whose race, gender, nationality, or religion is different than yours which may affect your ability to be a fair and impartial juror in this case? If yes, please explain:

_____
_____
_____

## XII. GUN CONSIDERATIONS

82.   Have you or any member of your family ever belonged to any kind of anti-gun or pro-gun club or organization, such as the National Rifle Association (NRA)?

_____Yes    _____No

If yes, please explain.

_____
_____

83.   Do you have any feelings about gun control?

_____Yes    _____ No

Please explain.

_____
_____
_____

84.   Do you or any members of your immediate family have strong opinions or beliefs against the use and possession of handguns and ammunition?

_____Yes    _____ No

If yes, please explain.

_____
_____
_____

18

Juror No.:_____

## XIII. MENTAL HEALTH ISSUES and OPINIONS

85.     Have you, for any reason, sought, or has it been recommenced that you seek counseling, treatment or consultation with any mental health professionals?

Yes ___                          No ___

If YES, please explain:_____
_____

86.     Have you ever received in-patient treatment for any type of mental or psychiatric condition or as treatment for alcoholism or drug abuse?

Yes ___                          No ____

If YES, please describe:_____

87.     Do you now take any prescription drug or other medication to alleviate the symptoms of any type of nervous, behavioral or mental health condition?

Yes ____                         No ____

If YES, please describe:_____
_____.

## XIV. CONTACT WITH PARTIES AND WITNESSES

88.     The five defendants at trial are:

Antoine Jones
Adrian Jackson
Michael Huggins
Kevin Holland
Kirk Carter

Do you know or have you had contact with any of the individuals named as a defendant? If yes, please explain:_____
_____

19

Juror No.:_____

89.     In this case, the government will be represented by two (2) Assistant United States Attorneys. They work at 555 4th Street, NW, Washington, D.C., 20001.  Do you know or have you had contact with either of the individuals named below?

       Assistant United States Attorney Rachel Carlson Lieber
       Assistant United States Attorney John V. Geise

If yes, please explain.

_____
_____
_____

90.     The five defendants in this case are represented by individual lawyers.  Do you know or have you ever had any contact, whether social or professional, with any of the following attorneys (Please circle name):

| | |
|---|---|
| Eduardo Balarezo, Esq. | 400 5th Street N.W. |
|  (Defendant Antoine Jones) | Washington, DC |
| | |
| Jon Norris, Esq. | 641 Indiana Avenue N.W. |
| (Defendant Adrian Jackson) | Washington, DC |
| | |
| Rudy Acree, Esq. | 1211 Connecticut Avenue, N.W. |
|  (Defendant Michael Huggins) | Washington, DC |
| | |
| Brian K. McDaniel, Esq. | 1211 Connecticut Avenue, N.W. |
|  (Defendant Kevin Holland) | Washington, DC |
| | |
| Charles Daum, Esq. | 736 5th Street N.E. |
|  (Defendant Kirk Carter) | Washington, DC |

If yes, please indicate the period of time that you have known that person and the circumstances under which you know that person, e.g., socially, professionally, friend, acquaintance, etc.

_____
_____
_____

91.     Do you personally, or does any immediate family, or close friend, know or have any past or present connection (personal, business, or social) with Judge Ellen S. Huvelle?

       (   ) Yes           (   ) No

Juror No.:_____

## XV  CONCLUSION

92.     As a result of filling out this questionnaire, have you now formed an opinion about this case?

_____Yes   _____No

Please explain:

_____
_____
_____
_____

93.     Is there any matter not covered by this questionnaire that you think the attorneys or Court might want to know about you when considering you as a juror in this case?

_____Yes   _____No _____ Maybe

Please explain:

_____
_____
_____

94.     Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?

_____Yes   _____No        _____ Maybe

Please explain:_____
_____
_____
_____

Please explain:_____
_____
_____

21

Juror No.:_____

**SIGNATURE**

I, Juror No. _____, hereby declare under penalty of perjury that the foregoing answers set forth in this juror questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing the questionnaire.  I have answered all of the above questions in this jury questionnaire myself.

Executed in the District of Columbia, this _____ day of October, 2006.

_____
JUROR NUMBER

22

Juror No.:_____

PLEASE USE THESE PAGES TO CONTINUE ANY OF YOUR ANSWERS TO THE ABOVE

QUESTIONS.  **BE SURE TO INDICATE THE NUMBER OF THE QUESTION YOU ARE**

**ANSWERING:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror No.:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror No.:_____

## POSSIBLE WITNESSES

Set forth below is a list of people who will either be witnesses in this case or will be discussed during trial.  Please review the list of names and circle any names that you recognize or know.

**TO BE SUPPLIED**