UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 05-0386 (ESH) |
| v. | |
| Michael Huggins, | |
| Defendant. | |

**NOTICE OF APPLICABILITY OF ENHANCED PENALTIES
AND INFORMATION CONCERNING DEFENDANT'S PRIOR CONVICTIONS**

Pursuant to Title 21, United States Code, Section 851(a)(1), the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that the defendant, Michael Huggins, has been convicted of the following offenses: in the United States District Court for the Eastern District of Virginia, in case No. 3:93CR00061-002 providing contraband, specifically heroin, to an inmate and in the United States District Court for the District of Columbia possession with intent to distribute marijuana in case No. 88-0164.

The United States further informs the Court that the existence of prior convictions for felony drug offenses as defined by Title 21, United States Code, Section 802(44), may subject the defendant to enhanced penalties under Title 21, United States Code, Sections 846 and 841(b)(1)(A).

The existence of two prior qualifying drug convictions subjects the defendant to a mandatory sentence of life under count one of the pending indictment.

        Respectfully submitted,

        Jeffrey A. Taylor
        UNITED STATES ATTORNEY

        _____
        John V. Geise
        ASSISTANT UNITED STATES ATTORNEY
        D.C. Bar No. 358-267
        U.S. Attorney's Office
        Organized Crime & Narcotics Trafficking Section
        555 4th Street, N.W.,
        Washington, DC 20530
        (202) 616-9156   FAX:  (202) 353-9414
        John.Geise@usdoj.gov