**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL DIVISION)**

| | | |
|---|---|---|
| THE UNITED STATES | * | |
| | * | |
| | * | |
| v. | * | Crim. Case No.: 05-CR-386 (ESH) |
| | * | |
| | * | |
| Michael Huggins, *et al.* | * | |
| | * | |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO REQUEST A HAIRCUT**

The Defendant, Michael Huggins, by and through counsel, Rudolph Acree Jr., moves this Court to grant his request for a haircut. In support of this motion, Mr. Huggins states the following:

1. Mr. Huggins states that he is scheduled for trial on Monday October 23, 2006.

2. In preparation for said trial, Mr. Huggins respectfully requests that this Court allow him to receive a haircut.

**WHEREFORE**, for the reasons stated herein Counsel respectfully requests that this Court grant Mr. Huggins' Motion to Request a Haircut.

Respectfully Submitted,


_____/s/_____
Rudolph Acree, Jr. Esq.
Counsel for Michael Huggins
1211 Connecticut Avenue
Suite 506
Washington, D.C. 20036
(202) 331-1961

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October 2006, a copy of the foregoing Motion to Request a Haircut was delivered via electronic case filing.

_____/s/_____
Rudolph Acree, Jr.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL DIVISION)**

| | | |
|---|---|---|
| THE UNITED STATES | * | |
| | * | |
| | * | |
| v. | * | Crim. Case No.: 05-CR-386(ESH) |
| | * | |
| | * | |
| Michael Huggins, *et al.,* | * | |
| | * | |
| | * | |
| Defendant. | * | |

*********************************************************************

## **ORDER**

UPON CONSIDERATION of the Defendant's Motion to Request a Haircut, it is this ____

day of _____, 2006, hereby

ORDERED that the Defendant's Motion is therefore GRANTED.