UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**OCT 2 7 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 05-CR-386 (ESH) |
| ANTOINE JONES | : | |
| ADRIAN JACKSON | : | |
| MICHAEL HUGGINS | : | |
| KEVIN HOLLAND | : | |

### ORDER

TO THE WARDEN OF THE CENTRAL DETENTION FACILITY (D.C. JAIL):

The Defendants in this case (Antoine Jones, DCDC # 241912; Adrian Jackson, DCDC #307059; Michael Huggins, DCDC # 232589; Kevin Holland, DCDC # 265520) are currently in trial before this Court until January 2007.

It has been brought to the Court's attention that Defendants are provided a lunch sandwich consisting of a single slice of cheese between two pieces of bread, without variation.

Considering the expected length of this trial, the Court is hereby directing the Warden to provide a greater variety of sandwiches to Defendants during the course of their trial.

Date:   October 27 2006

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE