IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL DIVISION)

| | |
|---|---|
| THE UNITED STATES | * |
| | * |
| | * |
| v. | * Crim. Case No.: 05-CR-386(ESH) |
| | * |
| | * |
| Michael Huggins, *et al.*, | * |
| | * |
| | * |
| Defendant. | * |

**FILED**

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*************************************************************

## ORDER

UPON CONSIDERATION of the Defendant's Motion to Request a Haircut, it is this 23 day of October, 2006, hereby

ORDERED that the Defendant's Motion is therefore GRANTED.

*Ellen S Huvelle*

10/23/06