UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Crim. No.: 05-0386-05 (ESH) |
| MICHAEL HUGGINS, | * | |
| | * | |

**<u>MOTION FOR DEFENDANT TO RECEIVE A HAIRCUT AND SHAVE</u>**

**COMES NOW**, Michael Huggins, through undersigned counsel, respectfully request that this Honorable Court grant an order for Mr. Huggins to receive a regular haircut and shave as needed for the duration of this trial.

As grounds for his Motion, Mr. Huggins states the following:

1. The government has predicted that this trail will last at least until mid January, 2007.

2. Mr. Huggins received a haircut at the onset of the trail on or about October 23, 2006. Out of respect for these proceedings and because he is incarcerated and unable to provide these services himself, Mr. Huggins would like to receive a hair cut and a shave on a regular basis as needed for the remaining duration of the trial.

**WHEREFORE,** for these reasons, Michael Huggins respectfully request this Court to grant this motion for a haircut and shave.

Respectfully Submitted,

Rudolph Acree, Jr.
Attorney for Michael Huggins
1211 Connecticut Ave, NW
Suite 506
(202) 331-1961 (ph.)
(202) 331-7004 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| v. * | |
| * | Crim. No.: 05-0386-05 (ESH) |
| MICHAEL HUGGINS, * | |
| * | |

## **ORDER**

     This Honorable Court **FORTHWITH ORDERS** that the District of Columbia, Department of Corrections, **IMMEDIATELY** provide to inmate Michael Huggins, the necessary services to obtain a haircut and shave on a regular basis for the remaining duration of this trial, beginning on November 1, 2006.

_____                                  _____
Date                                                       The Honorable Ellen Segal Huvelle