UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Crim. No.: 05-0386-05 (ESH) |
| MICHAEL HUGGINS, | * |
| | * |

**FILED**

NOV 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

This Honorable Court **FORTHWITH ORDERS** that the District of Columbia, Department of Corrections, **IMMEDIATELY** provide to inmate Michael Huggins, the necessary services to obtain a haircut and shave on a regular basis for the remaining duration of this trial, beginning on November 1, 2006.

_11/1/06_
Date

_Ellen S. Huvelle_
The Honorable Ellen Segal Huvelle