UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USA
vs.
Antoine Jones, et al

Civil/Criminal No. 05-3861, 5, 6

NOTE FROM JURY

We have Reached a uninomous decision on Defendent Kevin Holland. ~~Also~~ Can we also get the recording for call # 216-3667-3747-3884

| Call | Date | Time |
|---|---|---|
| 216 | 9/3/06 | 10:56 AM |
| 3667 | 10-5-06 | 11:10 AM |
| 3747 | 10-5-06 | 7:45 pm |
| 3884 | 10-6-06 | 8:58 pm |

Are we suppose to have all the recording in the final transcript book.

Date: 12-20-06

FOREPERSON

Time: 11:15 AM

CO-109A