UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USA

vs.

Antoine Jones, et al

Civil/Criminal No. 05-386-1,5

## NOTE FROM JURY

Judge Huvelle said it was ok to leave early today. Our plan is to deliberate until 3:00pm. with your permission.

Date: 12-21-06

FOREPERSON

Time: 9:45 AM

CO-109A