UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A.
       vs.
Antoine Jones, et al

Civil/Criminal No. 05-386

NOTE FROM JURY

We have reached a decision on all counts but one for Defendant Michael Huggins

Date: 1-5-07

Time: 3:00 pm

FOREPERSON

CO-109A