### 3. MICHAEL HUGGINS

**FILED**
**JAN 0 5 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I. **Narcotics Conspiracy**

**Count One**: Conspiracy to distribute and/or possess with intent to distribute a controlled substance from on or about sometime in at least 2003, and continuing thereafter up to and including October 24, 2005.

**Not Guilty** ✓        **Guilty** _____

If you find the defendant guilty of Count One proceed to the section called "Controlled Substances" below. If you find the defendant not guilty proceed to the next count.

### Controlled Substances

If you find the defendant guilty of Count One, narcotics conspiracy, then you must answer the following questions relating to the amount of drugs for which the defendant is responsible, including those drugs that he actually distributed or possessed with intent to distribute, and those drugs distributed or possessed with intent to distribute by co-conspirators which the defendant knew or reasonably could have foreseen would be distributed or possessed in furtherance of the conspiracy.

### Cocaine Hydrochloride also known as Powder Cocaine

(A) 5 kilograms or more of mixtures and substances containing a detectable amount of cocaine.

**Not Proven:** _____      **Proven:** _____

If you are unable to find unanimously that the quantity of cocaine was 5 kilograms or more, then you should consider whether the drug quantity was:

(B) 500 grams or more but less than 5 kilograms of mixtures and substances containing a detectable amount of cocaine.

**Not Proven:** _____      **Proven:** _____

If you are unable to find unanimously that the quantity of cocaine was 500 grams or more, then you should consider whether the drug quantity was:

      (C) Less than 500 grams of mixtures and substances containing a detectable amount of cocaine.

      **Not Proven:** _____      **Proven:** _____

**II.**    **Telephone Counts**

    **Count Fourteen**: Unlawful use of a communication facility on or about October 5, 2005 (Overt Act 42).

      **Not Guilty:** _____      **Guilty:** _____

    **Count Seventeen**: Unlawful use of a communication facility on or about October 8, 2005 (Overt Act 47).

      **Not Guilty:** ✓      **Guilty:** _____

    **Count Nineteen**: Unlawful use of a communication facility on or about October 11, 2005 (Overt Act 57).

      **Not Guilty:** ✓      **Guilty:** _____

    **Count Twenty-two**: Unlawful use of a communication facility on or about October 12, 2005 (Overt Act 60).

      **Not Guilty:** ✓      **Guilty:** _____

    **Count Thirty-one**: Unlawful use of a communication facility on or about October 23, 2005 (Overt Act 81).

      **Not Guilty:** ✓      **Guilty:** _____

1-5-07
DATE

_____
FOREPERSON