March 6, 2006

Judge Huvelle,

I Talaya Goodman worked under Michael Huggins for almost 3 years. He was a excellent employee and also a great boss. He always was professional and kept his employees always willing to work I have never seen a person who got along with everyone. No matter what the problem was Michael could always work with us. In writing this letter I just want to say that Michael is a great person and definately a hard worker. He has so many skills that are unbelievable. One thing alot of times we have jobs and just pretend to know what were doing, but Michael knew. He is always ready to help others and not selfish with knowledge. I can say I learned so much in the telecommunication field because of this guy.

I know one thing is that Mcheal loves his family, their is not one day of work that i didn't here about his wife and children. I know that he was not only dedicated to his job but to his loved ones.

Sincerly,

Talaya J. Goodman

8830 Piney Branch Road
Apt# 606
Silver Spring, MD 20903

February 28, 2006

To Whom It May Concern: Re:

Michael Andre Huggins

Please know that this letter of reference comes directly from my heart as well as my head. 1 am a friend of the Huggins family.

Mr. Michael Andre Huggins is a fine young man. He is trustworthy, responsible, considerate and kind. I have known Michael all of his life. Hie is a very good father of seven and stepfather of one. He is an excellent role model for the children and a very good and honest son for his parents. Michael was raised with two parents in the home, hard workers, Christian, supportive parents. His father is a strong disciplinarian who is an excellent husband and father. His mother rules with an iron hand in a velvet glove. His father made the living and his mother made the living worth while.

Whatever mercy you can show Michael, trust me, will not be misplaced.    1 am thanking you in advance for your consideration.

Sincerely,

*Mari Alsop-Owens*

Mari Alsop-Owens, MSW. LICSW. ACSW

Social Worker

To whom it may concern:


    My name is Cpl. Roy Haskins I am the environmental officer at the D.C. jail on the evening shift. Inmate Huggins, Michael 232-589 has been working on my detail squad for the last 4 months. Inmate Huggins has done an exceptional job. He displays excellent work habits and takes his detail assignment very seriously.


Cpl. Roy Haskins

**3rd shift environmental officer**

**Beverly Welch**
10623 Heather *Glen* way
Bowie, *MD* 20721
301-918-7188

March 1,2006

Judge Huvelle
District of Columbia Courts
Washington, DC

C/O: Mr, Joseph R. Contee 400
7th St, NW Washington, DC
20004

Reference: Mr. Michael A. Huggins

This Letter is in reference to Michael A. Huggins. Mr. Huggins is a dear friend to our
family. Mr. Huggins is truly a great and caring family man. His wife, children, parents,
family and friends know that they can count on him. He is definitely a hard worker. He
knows the importance of maintaing a job. We all miss him and his smile.

Sincerel
y,

Beverly Welch