UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.: 05-386 (ESH) |
| : | |
| ANTOINE JONES, et al. : | |
| : | |
| Defendant. : | |
| : | |

FILED
DEC 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the Government's Motion For Enlargement of Time and for the reasons stated herein, it is this /8 day of December, 2008, hereby

ORDERED that the Government's Motion is granted and the government is to file it's Request for Transcript Redactions, for transcripts filed at docket number 519-525, no later than January 16, 2009 .

The Honorable Ellen S. Huvelle
United States District Court
For the District of Columbia

Copies to:

Rudolph Acree
1211 Connecticut Avenue, NW
Suite 303
Washington, DC 20036

Elita C. Amato
2009 N. Fourteenth Street
Suite 708
Arlington, VA 22201

Tony Lenell Axam
FEDERAL PUBLIC DEFENDER FOR D.C.
625 Indiana Avenue, NW