```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
                               )
              v.               )   Criminal No. 05-0386 (ESH)
                               )
ANTOINE JONES,                 )
LAWRENCE MAYNARD,              )
                               )
              Defendants.      )
```

**PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the government in the above-captioned case.

                                            Respectfully submitted,

                                            s/Peter Smith

                                          PETER SMITH, D.C. Bar #465131
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          Appellate Division
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 514-7088

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23d day of April, 2009, in addition to service through the Court's Electronic Case Filing system, we served copies of the foregoing Praecipe by first-class mail, postage prepaid to appellate counsel and to <u>pro se</u> appellant Jones as follows:

| | |
|---|---|
| Stephen C. Leckar<br>Shainis & Peltzman<br>1850 M St., N.W.<br>Suite 240<br>Washington, D.C. 20036 | Michael Lawlor<br>Sicilia Englert<br>Lawlor & Englert, LLC<br>6305 Ivy Lane, Suite 704<br>Greenbelt, MD 20770 |
| (Counsel for Jones) | (Counsel for Maynard) |

Antoine Jones
Reg. 18600-016
USP Florence
P.O. Box 7000
Florence, CO 81226

                                                PETER S. SMITH
                                                Assistant United States Attorney