UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------X

THE UNITED STATES OF AMERICA        Criminal Case No. 05-386

                    v.

ANTOINE JONES,

                    Defendant,

------------------------------X   Washington, D.C.
                                  Tuesday, January 29, 2013
                                  2:03 P.M.

         TRANSCRIPT OF JURY TRIAL – DAY 3 – P.M. SESSION
            BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
                  UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government: Darlene Michele Soltys, AUSA
                    U.S. ATTORNEY'S OFFICE
                    555 Fourth Street, NW, Room 4110
                    Washington, DC 20530
                    (202) 252-7685

For the Defendant:  Antoine Jones, Pro Se

                    Jeffrey Brian O'Toole
                    Errin Rae Scialpi
                    O'TOOLE, ROTHWELL, NASSAU & STEINBACH
                    1350 Connecticut Avenue, NW, Suite 200
                    Washington, DC 20036
                    (202) 775-1550


Court Reporter:           Lisa Walker Griffith, RPR
                          U.S. District Courthouse
                          Room 6507
                          Washington, D.C.  20001
                          (202) 354-3247



Proceedings recorded by mechanical stenography, transcript
produced by computer.

1    **AFTERNOON SESSION**

2         THE DEPUTY CLERK:  This is criminal case 05-386.

3    United States versus Antoine Jones.

4         (Ex parte conference)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19          (Ex parte conference concluded.  Open court)

20          THE COURT:  Bring in the Government.

21          Okay, can we just quickly address the -- do you have

22   anything further to add on the question the motion?  This has

23   been filed pro se, motion to suppress information.  This is

24   what's coming off the cell phones that show contacts.  It has

25   been filed on the public record as of today.  And the case

1    cited for staleness is *United States versus Lindsey*, so --

2          MS. URCHEL:  No, Your Honor, I apologize, I did not

3    have an opportunity to file anything.  But I would like to

4    tell the Court of the following information, which is this,

5    this is why I do not believe that the *Lindsey* case has any

6    bearing on this issue.  The concept of staleness deals with

7    the movability of evidence and the likelihood of whether it

8    will remain where it is alleged to be.  And so to research

9    this issue, we actually looked at "Search and Seizure" manual

10   by John Hall.  And also LaFave "Search and Seizures."  And I

11   would like to just point out to the Court that what they talk

12   about in both instances is timeliness, staleness deals with

13   the timeliness of probable cause.  It has no fixed formula.

14   It depends upon the circumstances of the case, including the

15   type of case and whether the evidence is of the nature to

16   still be in the place to be searched.  And, of course, whether

17   there's probable cause to believe that it is in there.

18          And every journal that we looked at cited to a case

19   from the Maryland Court of Special Appeals, a opinion authored

20   by Judge Moylan, in which he talked about the ultimate

21   criterion in determining the degree of evaporation of probable

22   cause, however, is not case law, but reason, the likelihood

23   that evidence sought is still in the place is a function, not

24   simply of a watch or a calendar, but of variables that do not

25   punch a clock, the character of the crime, of the criminal, of

 1    the thing to be seized, of the place to be searched, et

 2    cetera.  The observation of the half-smoked marijuana

 3    cigarette in an ashtray at a cocktail party may well be stale

 4    the day after the cleaning lady has been in.  The observation

 5    of the burial of a corpse in a cellar may well not be stale

 6    three decades later.  The hare and the tortoise do not

 7    disappear at the same rate of he speed.

 8            And I note for the Court that Judge, Chief Judge

 9    Lamberth distinguished himself in the *Lindsey* case in a case

10    called *United States versus Savoy*, in which he found that

11    there was no staleness and that in this particular case, I

12    think it's very interesting to note that Chief Judge Lamberth

13    also cited to the case that I just read from.

14            THE COURT:  What's it called?

15            MS. SOLTYS:  *Andreson versus State*.

16            THE COURT:  *Andreson*?

17            MS. SOLTYS:  *Vs. State*.  Yes, and Anderson is

18    spelled funny, it's spelled *A-N-D-R-E-S-E-N vs. State*, which

19    is, I'll give you both cites.  It's 24 Maryland App. 128.  And

20    331 A.2d 78, the quote is on page 106.  This was a case that

21    was affirmed by the Supreme Court.

22            THE COURT:  Of Maryland.

23            MS. SOLTYS:  No, the United States Supreme Court.

24    At 427 U.S. 436.  I don't have a copy, but I'm happy to hand

25    up to the Court Chief Judge Lamberth's opinion in the *Savoy*

1    case in which he distinguishes the --

2            THE COURT:  Can I see that a minute?  Let me make

3    sure I have the facts correctly.  These phones were found at

4    the Moore house where the search was being executed on the

5    24th.  And is it one phone or two?

6            MS. SOLTYS:  Two.

7            THE COURT:  Two phones.

8            MS. SOLTYS:  Twice.

9            THE COURT:  Taken then.  And then what happened to

10   them?

11           MS. SOLTYS:  Well, actually, there's a total -- I'll

12   try to make it simple.  One phone was seized on October the

13   24th inside the Moore Street house when they executed the

14   search warrant.  The second phone was inside Mr. Jones' Jeep

15   that was searched on October the 24th, 2005.  It was seized,

16   the Jeep itself was seized, and another search warrant was

17   obtained.

18           THE COURT:  2005?  No.  Oh, this Jeep, I'm sorry,

19   October, all right.

20           MS. SOLTYS:  Yes.  Right.  The Jeep was seized.  And

21   it was then searched on November the 1st, 2005 when agent

22   Kellie O'Brien got another search warrant to search it.  So

23   there are two telephones.  There's the Motorola phone and

24   there's the Nokia phone.  And it's the Government's intentions

25   to -- those telephones were offered into evidence, I believe,

1    in previous trials because they have -- at least one of them

2    had an old exhibit sticker on it.  But the Government wanted

3    to turn on the telephone and charge it up and show the jury

4    that the contact list, what the contact list contained.  And

5    so to do that, we exercised caution and obtained a search

6    warrant.

7            So, we presented facts to Magistrate Judge Robinson

8    demonstrating --

9            THE COURT:  Right, in 2013.

10           MS. SOLTYS:  -- that these phones had been in the

11   possession of FBI for the last -- for the last seven years.

12   And so the question is, is there -- these telephones were the

13   phones that were the subject of the wire, and so we're not

14   talking about the likelihood that there's going to be evidence

15   in a place and whether it's going to be moved out.

16           You know, when you talk about staleness, you talk

17   about the likelihood if we can get a search warrant for a

18   house, what's the likelihood that that piece of evidence is

19   going to be in there.

20           Well, in this case we're talking about these two

21   telephones that have been in the possession of the FBI for the

22   last seven years.  And so it became relevant when there was

23   going to be a new trial that we wanted to show those.  So we

24   applied for a new search warrant.  And so, the case -- the

25   *Savoy* case also talks about citing to *United States versus*

1    *Webb*, which is from our circuit in which *Leon* good faith

2    applies.

3              THE COURT:  Right.

4              MS. SOLTYS:  So clearly, the Government had these

5    phones in our possession for seven years.  We want to show

6    them to the jury, we want to show the contents.  We exercised,

7    you know, due diligence and sought a search warrant to be able

8    to turn them on.  And we took pictures of the contact lists.

9    And that's what we intend to offer.

10             THE COURT:  You hadn't done that before.

11             MS. SOLTYS:  That is correct.

12             THE COURT:  Okay.

13             Mr. Jones, do you want to be heard briefly?  I've

14   read your motion.  And I read *Lindsey*.  It turns out a very

15   interesting subject to whether or not you can search the phone

16   contact list without a warrant.  The law used to be all the

17   over the lot.

18             MR. JONES:  Your Honor, the Government admit that

19   they applied for a search warrant in 2013 --

20             THE COURT:  Yeah.

21             MR. JONES:  -- to search these phones.  She

22   mentioned facts.  The facts here, as you read, there's no

23   facts, there's no probable cause to wait seven years, even if

24   you did have that phone.  You missed your time back then in

25   2005.  I'm going to stick to the opinion of Judge Lamberth in

1    *United States vs. Lindsey* on the staleness.  It's obvious that

2    this is seven years, it's past the staleness.  This is my

3    argument, I'm going to stick to that right there that they

4    don't have any facts to search that phone right now in 2013.

5         THE COURT:  All right.  I think the concept of

6    staleness is getting confused here.  I need to take the two

7    affidavits in support of the search warrants and put them in

8    the court record.  So let these be filed, Len, because they've

9    never been in the record before.  Have they?  Ms. Soltys?

10        MS. SOLTYS:  No.

11        THE COURT:  So, this is the affidavit in support of

12   the search warrant that was issued by Judge Robinson that

13   allowed the Government in 2013 to get out the contents of the

14   contacts in these two phones.  She signed off, I believe on

15   the -- January 10th, 2013?

16        MS. SOLTYS:  One is dated January 9.  The other is

17   dated January 10.

18        THE COURT:  The Court has considered the law on

19   staleness.  And this -- the idea of staleness is whether or

20   not there was a probability, some reason to believe that the

21   evidence sought here has a fair probability that the evidence

22   sought, that is, the contact information would be found in the

23   location of the search, i.e., in the phones, and that it

24   hadn't been tampered with.

25        Well, these phones have been in the possession of

1    the Government all this time.  There is no reason that the

2    Government would have had necessarily one shot and one shot

3    only to go look at the contact list.  They searched and seized

4    these phones.  And out of an abundance of caution, and

5    frankly, I have to infer the reason for the abundance of

6    caution is that the law regarding whether you need a warrant

7    for a cell phone, the contents thereof, has evolved.  And

8    probably was the wise thing to do, although it's not been

9    definitively decided.

10           But it certainly is not stale because we know that

11   these things were seized in '05 and have been sitting around

12   in the Government's possession.  Were available for trial

13   before.  And they were maintained.  To the extent there's a

14   chain of custody issue, that certainly could go to the weight,

15   but it doesn't go to whether I should suppress it.

16           The critical question is whether the information

17   contained in the affidavit when presented to the judge

18   established that there was a fair probability that the

19   evidence would be still found at the location of the search.

20           I'm citing a Sixth Circuit case by Archer -- *U.S. v.*

21   *Archibald*, 685 F.3d 553.  Here we have very good reason to

22   believe that the contents of the phone are still there and

23   would not present a problem.  So the motion will be denied.

24           I also as an alternative basis believe that there

25   are good faith exception of *Leon* and *Webb* applies as indicated

1   in *Savoy*.

2          So let us bring in the jury now and bring in Officer

3   O'Brien.

4          MS. SOLTYS:  Your Honor --

5          THE COURT:  Is it true that you don't need to file

6   this under seal, these affidavits in support of application

7   for a search warrant?  They're no longer under seal.  They're

8   going to be filed in this case, there was a miscellaneous

9   before.

10          THE DEPUTY CLERK:  That miscellaneous case is

11   sealed.

12          MS. SOLTYS:  We did not file it under seal, it does

13   not have to be under seal right now.

14          THE COURT:  And I want it to be filed in our case,

15   Gwen.

16          MS. BRADSHAW:  Okay.

17          THE COURT:  Don't you unseal someone else's case,

18   that's all.

19          THE DEPUTY CLERK:  Okay.

20          MS. URCHEL:  Your Honor, before the jury is brought

21   in, I'd like to put something on the record regarding the jury

22   out of an abundance of caution.  During the lunch break, our

23   witness room is in the hallway on the fourth floor.  Because

24   it gets hot in there, we usually keep the door propped open.

25   It was propped open, and I kept an eye to make sure the jurors

1   don't walk by because the fourth floor is where they're

2   located.

3          I saw one of the jurors, specifically the juror in

4   seat number 13, walk by.  Very close behind them, maybe about

5   five steps, Ms. Scialpi.  And a gentleman, who's not here now,

6   he -- today he's been wearing a tan suit.  I've seen him

7   previously at the hearings on behalf of Mr. Jones, although I

8   don't know his name.  The two of them were talking in close

9   proximity to the juror.  I'm overly concerned because the

10  juror, I think, could hear everything that they were saying.

11         THE COURT:  You think they could?

12         MS. URCHEL:  They were only five feet behind the

13  juror.  I mentioned this to Ms. Scialpi.  I have no reason to

14  think that Ms. Scialpi realized that the juror was there.  So

15  I put this on the record for two reasons.  One, we'd like to

16  remind everyone that the jurors are on this floor and so we

17  shouldn't be discussing the case in the hallway.

18         Secondly, and this is what was most concerning me,

19  is that after Ms. Scialpi turned one way or the other, the

20  juror went to the doorway, which I assume goes back to

21  chambers where the jurors stay, and that individual, the

22  gentleman in the tan suit was at the elevator and was pressing

23  and waiting for the elevator.  And the two of them looked at

24  each other and smiled.  It could be nothing, but I remember

25  thinking it was odd that they were having -- looking at each

1   other in this way.  Again, just out of an abundance of

2   caution, the Government wanted to put that on the record.

3          THE COURT:  Well, what do you want from the Court?

4   Do you want me to make inquiry of 13?  I can't remember, is 13

5   a man or a woman?

6          MS. URCHEL:  It's a female.  I would say probably

7   the youngest juror in the group.  African-American female.  So

8   it would be second from the left on the highest row.

9          MS. SCIALPI:  I don't really have any

10  representations to make other than --

11         THE COURT:  Well, I just want to make sure the

12  person didn't overhear any conversations.

13         MS. SCIALPI:  That's fine.  The person I was

14  speaking with is helping us coordinate clothing for Mr. Jones

15  and things of that nature.

16         THE COURT:  Can we bring in 13 briefly?

17         (Pause.)

18         THE COURT:  I take it from you what you said before,

19  Ms. Soltys, that the next witness after Detective Kane will

20  not finish today?

21         MS. SOLTYS:  Well, I'd like to call Special Agent

22  Kellie O'Brien, and then we'll call Agent Kane.

23         THE COURT:  Right, but she isn't going to finish

24  today.

25         MS. SOLTYS:  It's unlikely she'll finish today,

1    especially in light of cross examination, Your Honor.

2              THE COURT:  Right, I agree.  Okay.

3              (Juror No. 13 entered the courtroom.)

4              THE COURT:  Just have a seat right there.  You're

5    Juror Number 13?

6              JUROR NO. 13:  Yes.

7              THE COURT:  A concern was raised to me about whether

8    you may have overheard something in the hall about the case,

9    just by proximity, not intentionally, but you didn't hear any

10   of the lawyers or witnesses or anybody talking about the case?

11             JUROR NO. 13:  No.

12             THE COURT:  Okay.  That's fine.  Have a seat.  We're

13   going to start.

14             Bring in the rest.

15             Thank you very much.

16             Is there anything else you want to --

17             MS. SOLTYS:  No, Your Honor.

18             THE COURT:  All right, fine.

19             (Jury Present.)

20             THE COURT:  I apologize, ladies and gentlemen, we

21   have had legal issues to take up, but we are now ready to go

22   ahead.  I hope everybody remembers what I said about bringing

23   reading materials, just not the newspaper.  Okay?  Or anything

24   like iPods or whatever.

25             Okay, thank you.

1    **AGENT KELLIE O'BRIEN, GOVERNMENT WITNESS, PREVIOUSLY SWORN**

2                     **DIRECT EXAMINATION (Cont'd)**

3    BY MS. SOLTYS:

4    Q     Good afternoon, Agent.

5    A     Good afternoon.

6    Q     Would you reintroduce yourself to the members of the

7    jury?

8    A     Kellie O'Brien, I'm a special agent with the FBI here in

9    Washington, D.C.

10            MS. SOLTYS:  Your Honor, I would move into evidence

11   at this time Government's Exhibits that are called KOB-1, 2,

12   3, 4, 5, 6, 7, 8, 9.

13            THE COURT:  KO, Kellie O'Brien, is this on the list?

14            MS. SOLTYS:  Yes.

15            THE COURT:  Subject to the prior ruling of the

16   Court, is there anything else?  I understand you have

17   preserved your objection to the contents.  These are the

18   phones?

19            MS. SOLTYS:  No, they'll be coming right after I do

20   these, they'll be next.

21            THE COURT:  What are these again?

22            MS. SOLTYS:  Search warrant for the 9508 cell

23   phones.

24            THE COURT:  Okay.  Any objection to these?

25            MR. JONES:  No, ma'am.

```
 1              THE COURT:  One through nine.  Any objection?

 2              MR. JONES:  No, Your Honor.

 3              MS. SOLTYS:  All right.

 4

 5              (Government's Exhibit Nos. KOB-1, 2, 3, 4,

 6          5, 6, 7, 8 and 9 were received in evidence.)

 7   BY MS. SOLTYS:

 8   Q    All right, Agent, I'm going to show you these are eight

 9   telephones, they've been already moved into evidence.

10   Government's Exhibit Number 9508 SW-5, 6, 7, 8, 9, 10, 11, 12.

11   Do you recognize these items?

12   A    Yes.

13   Q    Do you recognize -- do you know where they were seized

14   from?

15   A    Yes.

16   Q    If you could just remind the jury.

17   A    They were seized at 9508 Potomac Drive.

18   Q    And did there come a point in time in which you obtained

19   a search warrant to be able to look inside these telephone

20   numbers and look at contact numbers?

21   A    Yes.

22   Q    And did you do that?

23   A    I did.

24   Q    Did you create Government's Exhibit KOB Number 1?

25              MR. JONES:  Objection, Your Honor.  She's leading.
```

1          THE COURT:  No, that's overruled.

2    BY MS. SOLTYS:

3    Q    Did you create Government's Exhibit Number KOB Number 1?

4    A    Yes.

5    Q    And if you could just tell the jury what that is?

6    A    It's a summary chart of all the phones.  You see the

7    phone numbers along the left column.  And some of the phones

8    were Nextel direct connect numbers so the middle column is the

9    corresponding direct connect number.

10         And then all the way to your right is the subscriber

11   information, information that we received from the phone

12   company in relation to either that phone number or that direct

13   connect number.

14   Q    And then I am going to put up Government's Exhibit KOB

15   Number 2.  Did you create this chart, this list?

16   A    Yes.

17   Q    And what information is contained on this?

18   A    This is all the information that was in the phone for

19   909-975-0947.

20   Q    And did you look to see whether or not there was contact

21   information in this phone that was seized at 9508 that was

22   somehow linked to Mr. Jones?

23   A    Yes.

24   Q    And could you explain what that evidence is linking this

25   cell phone from 9508 to the defendant?

1   A    On contact list, the last two numbers on the contact list

2   are the intercepted numbers from our wire.

3   Q    This 538-3945 and this 746-0470; is that correct?

4   A    That's correct.

5   Q    And this is KOB-3.  Did you create this exhibit as well?

6   A    I did.

7   Q    And this is what?

8   A    This is a list of all the information that was in either

9   the contacts or dialed calls, recent calls, received calls.

10  Q    And were there names or abbreviations in the contact list

11  for this phone that were significant to you in your

12  investigation?

13  A    Yes.

14  Q    Could you just point that out for us, please, tell us

15  what you --

16  A    Oh, you see the Pelos, next to that, Mexico, Primo

17  number.  You see in the dialed calls also Primo.

18  Q    And if you could remind the jury who's Primo?

19  A    Primo is José Garcia.

20  Q    And during the course of your investigation, did you

21  learn who Pelos is?

22  A    Yes.

23  Q    Who is that?

24  A    Guadalupe Barrone.

25  Q    And do you know whether or not this is a 011528, do you

```
1   know what type of a number that is?

2   A    That's a Mexico prefix.

3              THE COURT:  It's a what?

4              THE WITNESS:  International number.

5              THE COURT:  Okay.  And so the first two were what

6   phone again?  The third one I know.  The first two charts

7   represent the contacts from what phone, 860?

8              MS. SOLTYS:  Okay.  The first one is the master

9   chart.

10             THE COURT:  Yeah, all right.

11             MS. SOLTYS:  Government's Number 2.

12             THE COURT:  909 is whose phone?  Ms. O'Brien?

13  BY MS. SOLTYS:

14  Q    Do you know who was using it?

15  A    No, I don't know who was using that at the house.

16  Q    The second phone, 301-466-7293, you've identify the Pelos

17  and the Primo numbers?

18  A    Correct.

19             THE COURT:  And you don't know who was using 301?

20             THE WITNESS:  No.

21  BY MS. SOLTYS:

22  Q    Government's Exhibit Number 4, do you recognize contact

23  names, names under the contact section that became significant

24  to you in your investigation?

25  A    Yes.
```

1    Q    Who were those people?

2    A    We have H-E-B at the top, which is the nickname for, they

3    call Roel Bermea.  Pelos is Guadalupe Barrone.  And Pri is a

4    shortened version of Primo.

5    Q    KOB-5, could you tell the jury what this is?

6    A    It's also a phone we seized at 9508 Potomac Drive.

7    Q    And any information in the contact list of names of

8    people who were involved in your investigation?

9    A    Yes.  So you have Charley and then Pelos.  Charley being

10   Charley Reyna.

11   Q    KOB-6, would you tell us what this is?

12   A    It's also a chart of one of the phones that I seized.

13   The calls and contacts.

14   Q    And again, any recent calls or contacts that were of

15   interest to you in this investigation?

16   A    Yes.  You have Pelos, Guadalupe Barrone, H-E-B is Roel

17   Bermea.

18   Q    Government's Exhibit KOB-7.  Could you tell us what this

19   is, please?

20   A    It's another phone we seized at 9508 Potomac.

21   Q    Okay.  And any contact or recent calls of interest to

22   you?

23   A    HR and P.

24   Q    And could you just explain what is the direct connect

25   feature and how that relates to the contact information?

1    A    The direct connect feature is kind of a walkie-talkie

2    technology.  And Nextel would assign a number, so you'd

3    actually have two numbers that would be assigned to your

4    phone, an actual 10-digit number, and then your direct connect

5    number.

6    Q    KOB-8, do you recognize, can you tell us what this item

7    is?

8    A    That's also another phone we seized at 9508 belonging to

9    Roel.

10   Q    And this telephone number is for what phone?

11   A    909-975-0957.

12   Q    And was there any contact information in this particular

13   telephone that was somehow connected to Mr. Jones?

14   A    Yes, the last number on the contacts list that's in there

15   is 411 is the intercepted, one of the intercepted lines.

16   Q    If you don't mind just reading that out for us, please?

17   A    202-746-0470.

18   Q    And then the last exhibit, KOB-9, and do you recognize

19   the information on this Government's exhibit?

20   A    Yes.

21   Q    If you could just tell us what this is from?

22   A    It's another phone that we seized at 9508 Potomac Drive.

23   Q    Any contact information that was of interest to you?

24   A    Guadalupe -- let's see.  I believe it was Daniel Zintura

25   recently told us that Primo also went by Pante DeLeon, which

```
 1    is Panther.  And then --

 2              MR. JONES:  Objection, Your Honor, hearsay.

 3              THE COURT:  Yes.

 4              MS. SOLTYS:  I will --

 5              THE COURT:  I'm striking that.

 6              MS. SOLTYS:  I'm not eliciting that.

 7              THE COURT:  Well, it doesn't matter, I have to

 8    strike it.  Objection sustained.

 9              THE WITNESS:  Charley.

10    BY MS. SOLTYS:

11    Q   Okay.  And Charley.

12        Okay, now, I'd like to ask you if you had an opportunity

13    to look at cell phones associated with the defendant to see

14    whether or not cell phones connected with the defendant were

15    in any way connected to individuals who were associated with

16    9508 Potomac Drive?

17    A   I did.

18    Q   Okay.

19              MS. SOLTYS:  These are the two cell phones that we

20    discussed earlier, Your Honor.

21              (Pause.)

22    BY MS. SOLTYS:

23    Q   Do you know whether or not on October the 24th, 2005,

24    Mr. Jones's Grand Cherokee Jeep was seized by the FBI when it

25    was located inside of his residence in Waldorf, Maryland?
```

```
 1   A     Yes.

 2   Q     And were you aware, were you made aware of whether or not

 3   an initial search occurred in the Jeep in the garage at

 4   Mr. Jones' house on October the 4th, 2005?

 5   A     Yes.

 6   Q     Was that Jeep then impounded and taken back to FBI

 7   evidence base somewhere and then searched again?

 8   A     It was.

 9   Q     When was the date of that second search?

10   A     November 1st, 2005.

11   Q     And prior to searching the -- researching the --

12   re-searching the Grand Cherokee, did you obtain a court

13   authorized search warrant to search that Jeep?

14   A     We did.

15   Q     Were there items of evidence that were seized when you

16   searched the Jeep on November the 1st, 2005?

17   A     There were.

18   Q     Do you recognize Government's Exhibit Number AJ-2?

19   A     Yes.

20   Q     And how do you recognize it and what is it?

21   A     These are some of the items that were taken from

22   Mr. Jones's --

23              MR. JONES:  Your Honor, I object.

24              THE COURT:  Basis?

25              MR. JONES:  Everything they're just getting ready to
```

1    bring in.

2              THE COURT:  Can I just see what it is?

3              MS. SOLTYS:  Your Honor, if I could just clarify?

4              THE COURT:  Yeah.

5              MS. SOLTYS:  I believe the objection is more to the

6    telephones.

7              THE COURT:  Well, the objection, if it's based on

8    what we discussed before, the objection has been made and

9    overruled and preserved.  Is that it?

10             MS. SOLTYS:  Yes.

11             THE COURT:  The phones aren't in there, though, are

12   they?

13             MS. SOLTYS:  No.

14             THE COURT:  All right.  Do you have objection to

15   this?  This is AJ-2.  Objection to this exhibit in the

16   hands --

17             MS. SOLTYS:  It's the preservation of an objection

18   to the entire Moore Street search.

19             THE COURT:  Oh, of course, that's preserved.  Okay.

20   Otherwise, the objection is overruled, has been overruled

21   before.  So 2 is in.

22             (Government's Exhibit No. AJ-2 was

23        received in evidence.)

24   BY MS. SOLTYS:

25   Q    And what are those two items or what are those items?

1   A    One is a Maryland certificate of title, and the other one

2   is a wallet.

3   Q    What is the title for?

4   A    The title is for a '97 Honda van.

5   Q    And whose wallet is that?

6   A    Mr. Jones.

7   Q    Government's Exhibit Number 68.  Do you recognize this

8   item?

9   A    Yes.

10         THE COURT:  Sixty-eight for what list?

11         THE WITNESS:  AJ.

12         THE COURT:  AJ?  Okay.  Sorry.

13   BY MS. SOLTYS:

14   Q    And what do you recognize it to be?

15   A    A cellular telephone box.

16   Q    That came from where?

17   A    Mr. Jones's Jeep.

18   Q    Okay.

19         MS. SOLTYS:  So we offer into evidence Government's

20   Exhibit Number AJ-68, Your Honor.

21         THE COURT:  Sixty-eight, the objection has been

22   overruled, it's admitted.  Sixty-eight is in.

23         (Government's Exhibit No. AJ-68 was

24      received in evidence.)

25

1   BY MS. SOLTYS:

2   Q    Government's Exhibit Number AJ-67.  Do you know where

3   that came from?

4   A    Mr. Jones' Jeep.

5             MS. SOLTYS:  And we would offer into evidence

6   Government's Exhibit Number AJ-67?

7             THE COURT:  Again, subject to the objection about

8   Moore Street, overruled, admitted, 67.

9             (Government's Exhibit No. AJ-67 was

10        received in evidence.)

11            MS. SOLTYS:  So without objection to the photograph,

12  although there is a preservation of an ongoing objection,

13  Government's Exhibit AJ-SW-80, 81 and 82 are offered into

14  evidence, Your Honor.

15            THE COURT:  Okay.  Again, subject to the prior

16  ruling, 80, 81 and 82 admitted.

17            (Government's Exhibit Nos. AJ-SW-80, 81

18        and 82 were received in evidence.)

19  BY MS. SOLTYS:

20  Q    If you could just tell us what is AJ-SW-80?

21  A    It's a placard that we use when we begin to take

22  photographs of something.

23  Q    Does it contain information on it that you put there?

24  A    I don't believe I put it there.  I think the person doing

25  the photo log put it there.

1    Q    So is the information that's on this accurate?

2    A    Yes.

3    Q    And it says "Photographer K. O'Brien," what does that

4    mean?

5    A    That's me, Kellie O'Brien.

6    Q    What did you do on that particular date?

7    A    I took photographs of the Jeep Cherokee.

8    Q    This is AJ-SW-81.  Would you tell us, did you take this

9    picture?

10   A    I did.

11   Q    And what's it a picture of?

12   A    Mr. Jones's front compartment taken from the driver's

13   side of his Jeep Grand Cherokee.

14   Q    And I'll just point out, if you could tell what this is?

15   A    Those are air fresheners.

16   Q    And Government's Exhibit AJ-SW-82, can you tell us what

17   this is?

18   A    This is the rear passenger compartment of Mr. Jones's

19   Jeep.

20   Q    Now, did there come a point in time in which you seized

21   Government's Exhibit Number 76?

22   A    Yes.

23   Q    And could you tell the ladies and gentlemen of the jury

24   what that is?

25   A    This is a Motorola cellular telephone that was taken from

1    Mr. Jones's Jeep Grand Cherokee.

2              MS. SOLTYS:  We would offer into evidence

3    Government's Exhibit AJ-SW-76, Your Honor.

4              THE COURT:  Subject to the same objection we spoke

5    about.  Overruled, admitted 76.

6              (Government's Exhibit No. AJ-SW-76 was

7         received in evidence.)

8    BY MS. SOLTYS:

9    Q    Were you made aware of the fact that when Mr. Jones'

10   house was searched on October the 24th, 2005, another

11   telephone, a Nokia, Government's Exhibit Number AJ-SW-73 was

12   seized?

13   A    Yes.

14   Q    Did there come a time in which you, Agent, applied for a

15   search warrant or search warrants to look inside both of these

16   cell phones associated with Mr. Jones to look at contact

17   information?

18   A    Correct.  I think Detective Horne was the one, the

19   affiant on there, yes.  But yes.

20   Q    All right.  So search warrants were obtained for legal

21   authority to look inside both of these cell phones; is that

22   correct?

23   A    That's correct.

24   Q    And did you, in fact, do so?

25   A    I did.

1   Q    Did you look at contact information for anything

2   significant to your investigation?

3   A    Yes.

4   Q    And if you could tell us what that was?

5   A    I was looking for numbers that were similar to the

6   numbers associated with the phones from 9508 Potomac Drive.

7   Q    From Government's Exhibit WT-7, I'm going to ask you, do

8   you see the telephone number that's depicted in this exhibit?

9   A    Yes.

10  Q    Would you read that out loud, please?

11  A    It's 678-330-7712.

12  Q    And is this one of the telephone numbers for the phone

13  calls that we played with you yesterday?

14  A    Yes, it is.

15  Q    Do you see the telephone number that's depicted on this

16  page?

17  A    Yes.

18  Q    Could you read that out loud for us, please?

19  A    713-386-9548.

20  Q    And is that one of the telephone numbers associated with

21  phone calls that you played for us yesterday?

22  A    It is.

23  Q    Do you see the telephone number that's depicted on this

24  page?

25  A    Yes.

1    Q    Could you read that out loud to us, please?

2    A    909-975-0957.

3    Q    And was that also a number associated with the telephone

4    calls that you played for us yesterday?

5    A    Yes.

6    Q    When you looked inside AJ-SW-76, the Motorola telephone,

7    can you tell us what's the telephone number associated with

8    the telephone?

9    A    202-746-0470.

10   Q    And that's the number that the Government was

11   intercepting on Mr. Jones; is that correct?

12   A    That's correct.

13            MS. SOLTYS:  We would offer into evidence

14   Government's Exhibit AJ-SW-77, 78, and 79.

15            MR. JONES:  Object.

16            THE COURT:  For the reasons we've already discussed,

17   overruled.  Admitted.

18            (Government's Exhibit Nos. AJ-SW-77, 78

19        and 79 were received in evidence.)

20   BY MS. SOLTYS:

21   Q    All right.  This is AJ-SW-77.  Did you take this picture?

22   A    I did.

23   Q    And what's the significance of this photograph?

24   A    This is the contact list in that Motorola phone.

25   Q    Belonging to whom?

```
 1   A    Belonging to Mr. Jones.  And in the contact is P.,

 2   abbreviated Charley, 678-330-7712.

 3   Q    Government's Exhibit Number 78.  Did you take this

 4   picture?

 5   A    I did.

 6   Q    What is this picture of?

 7   A    It's a contact in Mr. Jones's phone.  It's saved as

 8   P-H-E-B, 909-975-0957.

 9   Q    During the course of your investigation, did you learn

10   that there is a person whose nickname is H-E-B?

11   A    Yes.

12   Q    And who was that person?

13   A    Roel Bermea.

14   Q    And then lastly, Government's Exhibit AJ-SW-79.  What's

15   this a photograph of?

16   A    Part of the contact list for Mr. Jones's phone.

17   Q    And I point to the first item.  Could you read that out

18   loud for us, please?

19   A    It's P, exclamation points, new.  And the number is

20   713-386-9548.

21   Q    And is that number significant to us?

22   A    It is significant.

23   Q    In fact, was there a phone call yesterday that was

24   somehow significant related to this contact number?

25   A    Yes.  José Garcia in the phone call played yesterday told
```

1   Mr. Jones that this was his new number and to save it.

2   Q    All right.  And then Government's Exhibit Number 73, a

3   Nokia phone.  Do you know what the number for this phone is?

4   A    It's 202-746-0470.

5   Q    Same as the other one, 73?

6   A    Correct.

7   Q    Do you know how they have the same number?

8   A    I don't know how that works with the phone companies, if

9   he changed the Sim card or they just move the phone number

10  over to that new phone.

11  Q    Okay.  And is this phone associated with that box?

12  A    It is.

13  Q    Can you open that box up?  And were you able to determine

14  whether that was a recent purchase?  You can just show them

15  the charger.

16  A    Sure.

17  Q    What's the condition that the charger is in?  Don't take

18  it out of the wrapping.  Show them.

19  A    It's still contained in its wrapper in the box.

20  Q    Okay.  And then did you look to see how recently this

21  phone became activated?

22  A    Yes.

23  Q    And the earliest phone call that you saw was when?

24  A    October 22nd, 2005.

25  Q    Did you look at contact information on that phone,

1    Government's Exhibit Number 73, to determine whether or not

2    there was any connection to this phone to the occupants at

3    9508 Potomac Drive?

4    A    I did.

5    Q    Did you find any contact information in common?

6    A    Yes.

7              MS. SOLTYS:  We offer into evidence Government's

8    Exhibits AJ-SW-74 and AJ-SW-75.

9              THE COURT:  Over objection, they will be admitted.

10             (Government's Exhibit Nos. AJ-SW-74 and 75

11        were received in evidence.)

12   BY MS. SOLTYS:

13   Q    Government's Exhibit Number 74 is on the screen in front

14   of you.  Did you take this photograph?

15   A    I did.

16   Q    And if you could tell us the contact information that you

17   found in Mr. Jones's cell phone?

18   A    It's saved under P, and the number is 713-386-9548.

19   Q    Is that the same number for the phone calls that you

20   played yesterday?

21   A    Yes.

22   Q    And then Government's Exhibit AJ-SW-75, did you take this

23   photograph?

24   A    I did.

25   Q    Is it from the contacts in Mr. Jones' cell phone?

```
 1    A    It is.

 2    Q    And if you could tell us the contact name and telephone

 3    number?

 4    A    It's P-H-E-B, and it's 909-975-0957.

 5    Q    And was that the number for the phone calls that we heard

 6    yesterday?

 7    A    It is.

 8            MS. SOLTYS:  If I could have the Court's indulgence

 9    for one moment.

10            (Pause.)

11            MS. SOLTYS:  Thank you, Your Honor.  I have no

12    further questions for Agent O'Brien at this time.

13            THE COURT:  Okay.  Mr. Jones, your turn.

14            Is everybody okay?  You want to stretch, water?

15                         CROSS-EXAMINATION

16    BY MR. JONES:

17    Q    How are you doing, Agent?

18    A    Good.

19    Q    I'm going to go back to what the Government just showed

20    you on the phones that you said that was mines, that you

21    received from Moore Street.  This phone right here --

22            THE COURT:  What number exhibit, please?

23            MR. JONES:  This is Exhibit AJ-SW-79.

24            THE COURT:  Okay.

25    BY MR. JONES:
```

1    Q    And you said this telephone, 713-386-9548, did you relate

2    that to anybody?

3    A    Yes.

4    Q    Who did you relate that to?

5    A    José Garcia.

6    Q    José Garcia.  Do it say José Garcia on there?

7    A    No, it doesn't.

8    Q    This phone number right here, this phone was in the

9    Government's possession since when?

10   A    Since October 24th, 2005.

11   Q    Since October 24, 2005.

12        Now, is these one of these phones that somebody could

13   easily go into it and put this telephone number in?

14   A    No.

15   Q    So, nobody could put this 713-386-9548 in this phone?

16   A    Are you asking from the time it was in our possession?

17   Q    I'm asking if this is the type of phone that someone

18   could go into it and add this number to it?

19   A    Sure, those are your contact numbers.  You put those in

20   there.

21   Q    That's not the question I'm asking you.

22   A    Yes.

23   Q    I'm going to be very simple.

24   A    Okay.

25   Q    This Motorola cell phone right here.

```
 1    A    Correct.

 2    Q    Is this one of these types of phones that anybody could

 3    just come and add that number to it, anybody?

 4    A    Yes.

 5    Q    Okay.  And in '05, you never viewed this information?

 6    A    I don't believe so.

 7    Q    So you waited until seven years later and you decide to

 8    view this information?

 9    A    Correct.

10    Q    And this number just popped up in this phone?

11    A    That's what was in the phone when I looked at it, yep.

12    Q    What about this phone right here.  Or is it the same

13    phone?

14    A    I believe it's the same phone.

15              THE COURT:  Exhibit number?

16              MR. JONES:  AJ-SW-78.

17              THE COURT:  Thank you.

18    BY MR. JONES:

19    Q    In '05, you said that you seized this phone right here in

20    the Moore Street house?

21    A    I don't believe that phone was seized in the Moore house.

22    I think it was seized out of your Jeep Cherokee.  The Nokia

23    was in your home.

24    Q    Okay.  So it was seized out of the Jeep?

25    A    Correct.
```

1  Q    Now, these numbers right here, 909, 678, did you view

2  these numbers back in '05?

3  A    No, I believe not.

4  Q    Did you do it in '06?

5  A    No.

6  Q    Have you ever told anybody about these telephone numbers

7  right here before?

8  A    I hadn't looked at them until recently to tell anybody

9  about them.

10 Q    Seven years later?

11 A    Correct.

12 Q    Same phone.  This 783, the 678 number.

13 A    Uh-huh.

14 Q    In '04 -- '05, '06, '07, you haven't checked, you haven't

15 said let me check and see what numbers are in here?

16 A    No, we were up on a wire, and we had a pen register.  We

17 had no need to.

18 Q    All this, this is of evidence right here?

19 A    We have a lot of evidence.

20 Q    Well, I'm talking about this evidence right here.

21 A    Right.

22 Q    This evidence is evidence that you using in front of this

23 jury right now?

24 A    Correct.

25 Q    Have you ever used this evidence before?

```
1    A    I do not believe we have.  Wait.  Let me correct.  I
2    believe they used the phones.  I don't believe they turned the
3    phones on.
4    Q    So, how long have you been a special agent?
5    A    Almost 14 years.
6    Q    In '05, in '05, how long was you a special agent?
7    A    Almost seven, I believe, six.
8    Q    So you never thought to turn the phone on and say, oh,
9    this is 678, and this belongs to whoever you say it belongs to
10   in '05?
11   A    No.
12   Q    Your experience and training haven't taught you to cut
13   the phone on?
14   A    Mr. Jones, we were up on a wire, I mean, we were hearing
15   your voice and capturing the numbers you were calling and the
16   numbers that were calling you.  We really had no need.
17   Q    We understand the wire.  We're talking about evidence.
18   We're talking about preparing for a trial.  If you allege that
19   these telephone numbers, wouldn't it kind of like be curious
20   to check the phone in '05 or '06 or '07, not seven years later
21   when anybody could tamper with this phone and put a number in
22   there?  So you saying that -- where was these phones in
23   possession?
24   A    They were in our evidence vault.
25   Q    It was in your evidence vault.  Who took them to the
```

1    vault?

2    A    We did.

3    Q    So, did we check these phones, any of the we check these

4    phones before you put it in the vault to say, hey, let me see

5    if any of these numbers that was on the wire that you speaking

6    of, this José or whoever you speaking of, did you check the

7    phone to say, hey, I'm an experienced, trained agent, I'm

8    going the check this phone and see if this number is here?

9    A    I think my answer has been no.

10   Q    I'm just going one at a time, just like the Government?

11   A    I recognize that.

12   Q    This is another phone right here.

13   A    Correct.

14   Q    This 909.  Did anyone from your team, experienced and

15   trained agent, professional agent or detective, check this

16   phone to see if this 909 was there in '05?

17   A    I do not believe so.

18   Q    Did anyone on your team check and see if it was there in

19   '06?

20   A    No.

21   Q    Did anyone on your team show this information to anybody

22   back then?

23   A    No.

24   Q    So, seven years later, you telling the jury this 909

25   number was in this phone?

1    A    I am telling them that, yes.

2    Q    Agent O'Brien, do you understand what obstruction of

3    justice is?

4    A    I do.

5    Q    That's tampering with evidence.  Am I right?

6    A    That's correct.

7    Q    So, none of your team would tamper with this evidence,

8    would they?

9    A    Absolutely not.

10   Q    You would put your life on that, none of your team would

11   tamper on this evidence?

12   A    I'd put my son's life on it.

13   Q    Okay.  You'd put your son's life on it.  So, same with

14   this --

15           THE COURT:  This?

16           MR. JONES:  Oh, I'm sorry, AJ-SW-74, I'm sorry, Your

17   Honor.

18   BY MR. JONES:

19   Q    Same here, you telling the jury that your well-trained

20   team, specialists, FBI agent, detectives who investigate cases

21   like you say this.  You was up on a wire, the wire was over

22   with, what, when was the wire over with?

23   A    October 24th, 2005.

24   Q    So when did you seize this information?

25   A    The actual phone or --

1    Q    Yes, this phone?

2    A    This phone was October 24, 2005.

3    Q    When did you put in another search warrant to even check

4    the Jeep Cherokee?

5    A    When was it signed by the judge, is that what you're --

6    for the Jeep Cherokee?

7    Q    Yes.

8    A    I don't know the date that it was signed, but --

9    Q    Was its October the 24th?

10   A    More than likely not.

11   Q    It was after that.  So, it was two weeks, three weeks

12   after that, you decide to go into this Jeep?

13   A    No, it wasn't a week, two weeks after that.

14   Q    Well, how long was it?

15   A    Well, November 1st, so.

16   Q    Okay, it's November 1st.  November 1st, you got a warrant

17   to go into the Jeep after you went into the house where the

18   Jeep was at, did you not check that Jeep on October 24th?

19   A    I believe somebody did.

20   Q    So on October 24th, you believe somebody checked that

21   Jeep.  Then on November, what'd you say, first?

22   A    First, yes.

23   Q    You asked for another warrant to check into the Jeep to

24   seize these telephones?

25   A    Well, to do a little, a much more thorough search of the

1    Jeep was the purpose of it, yes.

2    Q    Okay.  Now, do you know who was that person to check the

3    Jeep?

4    A    It was myself, I believe Agent Yanta.  I believe

5    Detective Kirschner was there.  I don't know --

6    Q    So we're talking about some well-seasoned vets who seized

7    this phone right here, Mr. Jones' phone.

8    A    Yeah.

9    Q    Now, nobody thought about turning that phone on, did

10   they?

11   A    No.

12   Q    No one because you was on a wire?

13   A    Correct.

14   Q    Was you on the wire November the 1st?

15   A    No, but you were in jail on November the 1st.

16   Q    Okay, I was in jail November the 1st.  Did anybody stop

17   you to turn this phone on and say, hey, let's see what's this

18   number here, let's see who he's been calling?

19   A    No.

20   Q    Did you know that was my phone?

21   A    At the time?  November 1st?

22   Q    At the time, October the 4th?

23   A    I don't know whether --

24   Q    You don't know that that was my phone.  But you say that

25   was my Jeep.  And these phones was in the Jeep?

1    A    No, that phone was in your house.

2    Q    Oh, this phone was in my house?

3    A    Yes.

4    Q    Where in my house?

5    A    I don't know, I did not seize it.

6    Q    It was in my house, but you don't know where it was in

7    the house?

8    A    Right.

9    Q    Was you at the house?

10   A    No.

11   Q    Somebody told you it was at the house?

12   A    Yes.

13   Q    Could somebody have planted that phone there?

14   A    No.

15   Q    Did you see the person pick up this phone?

16   A    No, I did not.

17   Q    So you didn't see the person pick up this phone so you

18   don't know if somebody put that phone there?

19   A    I do know.

20   Q    You do know?

21   A    I do know.

22   Q    So who picked this phone up?

23   A    I don't know specifically who did, but I do know that

24   nobody planted it there.

25   Q    Did you find any fingerprints of Mr. Jones on this phone?

1    A    We didn't look.

2    Q    So you don't know, you wasn't there, you don't know, you

3    never checked this phone, seven years later you telling the

4    jury that you put a search warrant seven years later, and you

5    want the jury to believe that nobody put this telephone, this

6    telephone number in this phone?

7    A    Yes.

8    Q    This right here is the Jeep Cherokee.  Was this October

9    24?

10   A    No, it was not.

11   Q    This is November the 1st?

12   A    Correct.

13   Q    So, is this how Mr. Jones drive around or y'all did this

14   right here?

15   A    To be honest with you, I don't know if that -- your car

16   was a mess when I saw it.  So, that -- if that's an entry

17   picture before we started searching, that's how it looked.

18   Q    So, out of this right here, this right here, did you find

19   any phones in here?

20   A    In your Jeep, yes.

21   Q    Yes.  How many phones did you find?

22   A    I think three.

23   Q    You found three phones?

24   A    Right.

25   Q    And those three phones, did you seize those phones on

1    October the 24th?

2    A    No.

3    Q    You did not seize those phones on October 24th.  So you

4    and your Special Agent Yanta and Detective Kirschner decides

5    to say, you know what, we didn't seize those phones on October

6    24th.  Let's go back, three people, go into his Jeep.  And all

7    of a sudden you seize, what, two phones?

8    A    Three.

9    Q    Three phones.  Did anybody think about seizing those

10   phones on October 24th?

11   A    No.

12   Q    So when you seized those phones, nobody out of the three

13   of y'all said let's see if this is Mr. Jones' phone and see

14   what contact numbers are in there?

15   A    No.

16   Q    No.  Okay.

17        Let's go to these phones that -- I'm not going to present

18   the phones.  We're going to go over this evidence that they

19   put in.

20            MR. JONES:  Your Honor, this is KOB-9.

21            THE COURT:  Okay.

22   BY MR. JONES:

23   Q    This number right here, 678-548-2945.  Do you see any

24   number that's relating to me?

25   A    No.

1    Q    Whose phone is this?

2    A    I don't know.

3    Q    You don't know.  Do you know this phone was there, you

4    said it was a rental, right, you said it was a rental house

5    where these phones was found at?

6    A    Yes.

7    Q    So do you know if these phones was there that belonged to

8    the owners or do you know who this phone belonged to?

9    A    One of the three individuals arrested out of that house.

10   Q    Which one?

11   A    I don't know which one.

12   Q    You guessing?

13   A    One of the three.

14   Q    One of the three.  But you don't know which three.  So,

15   it's eenie, meenie, minie, moe?

16   A    Yes.

17   Q    Okay.  This number right here, 909-975-0957.  Do you see

18   any number related to me?

19   A    Yes.

20   Q    So, what number do you see relate to me?

21   A    202-746-0470.

22   Q    Why do you say that number relates to me?

23   A    Because that's the number that we were intercepting up on

24   the wire.

25   Q    So the same here, you found this phone in '05.  Am I

1  right?

2  A    Yes.

3  Q    October 24?

4  A    Yes.

5  Q    Did any detectives or special agent find this phone?

6  A    I couldn't tell you exactly who found the phone.

7  Q    One of the two?

8  A    Somebody at the search found the phone.

9  Q    I mean, was it somebody else there besides detectives and

10  agents?

11  A    I couldn't tell you who was at that search warrant off

12  the top of my head.

13  Q    But a law enforcement found that phone; right?

14  A    Yes.

15  Q    So, at the same thing, in '05, when they found this

16  phone, did they check this right here?

17  A    In '05?  Yes, we checked it in '05.

18  Q    In '05, this 202-746-0470, it was in the possession of

19  either an agent or a detective.  Am I right?  Or somebody who

20  was working for y'all that day?

21  A    Somebody who was seizing the evidence on that day, which

22  I believe is Detective Webb.

23  Q    Do you know who it was?

24  A    I believe Detective Webb was the seizing agent.

25  Q    Detective Webb.  Whose telephone is this?

```
1    A    That's your telephone number.

2    Q    No, I'm talking about the 678 --

3    A    That's Roel Bermea's.

4    Q    That's Roel --

5    A    Roel Bermea's.

6    Q    Okay.  Is this the same type of phone that very easily

7    somebody could turn their back and put a number in?  Is

8    that -- is the same type of phone --

9    A    Any phone you can --

10   Q    No, I'm talking about this phone.

11   A    Any phone.

12   Q    I'm talking about this phone, we're not talking about any

13   phone?

14   A    Yes, yes, yes.  Yes, that phone is any phone.

15   Q    So one second you could turn and put this number in here?

16   A    No, I don't believe somebody at the house could --

17   Q    I didn't say anybody.  I'm asking you a question.  Is

18   this the type that you could turn around and put a number in?

19   A    Sure.

20   Q    Okay.  That's all I'm asking.  I'm not saying anybody did

21   it.  I'm just saying is this the type of phone.

22        Same way with this number, 240-863-7126.  Whose telephone

23   number is that?

24   A    I believe it's Roel's, but that was a guess.

25   Q    So it's a belief?
```

1    A    Well, it's a belief based on what he had told us he had

2    programmed in to various phones.

3    Q    This Roel, is he one of them cooperators who, you know,

4    was telling you everything and, you know, was facing, you

5    know, life in prison and a lot of time.  And this is one of

6    those persons who told you that?

7    A    I don't know that he was facing life, but yes, this is

8    his --

9    Q    We'll get to that.

10   A    Yeah.

11   Q    We'll get to that.

12        Do you see anything on that last one?

13          MR. JONES:  I'm sorry, Your Honor, KOB 7?

14   BY MR. JONES:

15   Q    Can you see any number relating to Mr. Jones?

16   A    No.

17   Q    Is this Mr. Bermea's phone too?

18   A    I do not believe so.

19   Q    So do you know whose phone that is?

20   A    It's one of the other two because in contacts is H-E-B,

21   who is Roel.  So it would by process of elimination be one of

22   the other individuals.

23   Q    So, can you, like, what, it's back to eenie, meenie or

24   you just don't know?

25   A    No, that's not eenie, meenie, that's a pretty educated

1   guess there.

2   Q    So it's an education -- which one is it?

3   A    It's an educated.

4   Q    Can you guess which one?

5   A    Yeah, which one out of Gonzalez or Correa.

6   Q    You don't know?

7   A    No.

8   Q    Any numbers on here related to Mr. Jones?

9   A    No.

10  Q    Same here.  Is this Mr. Bermea's phone?

11  A    I do not believe it is.

12  Q    So, do you know whose phone it is?

13  A    No.

14  Q    Any phone number here related to Mr. Jones?

15  A    Can you kind of move it up and straighten it, there you

16  go.  No.

17           MR. JONES:  This is KOB-5, Your Honor.

18  BY MR. JONES:

19  Q    The same here, 832-386-8924.

20           THE COURT:  KOB-4.

21           MR. JONES:  This is KOB-4.

22  BY MR. JONES:

23  Q    Any number you see here related to Mr. Jones?

24  A    No.

25  Q    Do you know whose phone that is?

1    A    I believe this would be Rolando's phone.

2    Q    So why would you say it's his phone?

3    A    Because, and I'm going to butcher his -- this last

4    nickname --

5    Q    Uh-huh.

6    A    -- is Mr. Gonzalez's.  And this is Mr. Bermea's.

7    Q    So it's all an educated guess with you.  You can look at

8    the numbers and say let me guess?

9    A    It's process of elimination.

10   Q    Okay.  So it's basically, even with these other numbers

11   with -- relating to me, it's an educated guess?

12   A    No, I think that's a fact.

13   Q    You think that's a fact.  But you don't know if it's a

14   fact that you wasn't there at Potomac Drive.  You don't know

15   if it's a fact that one of your officers or agent, in fact,

16   might obstruct justice.  You don't know if it's a fact, do

17   you?

18   A    I do, because none of them knew your number to be able to

19   do that.

20   Q    So you saying nobody listened to the wire that was in the

21   Potomac Drive?

22   A    I'm not saying -- I'm not saying that.  I'm just saying

23   just because I remember your number seven years later doesn't

24   mean at the time everybody else does.

25   Q    This right here you said that you knew this back in '05,

1   right, this information?  You didn't say seven years with this

2   information, you said '05.  This information right here with

3   these telephone numbers right here, you --

4   A    I'm talking about your telephone numbers.

5   Q    Right, so you saying -- how long was the wire up?

6   A    Fifty-some days, 51, 52 days maybe.

7   Q    Fifty-one days.  When you talk and you say you're

8   experienced and trained in your documents, what do that mean?

9   A    What does that --

10  Q    Whenever you say you are experienced and trained when you

11  put in maybe affidavits and these different type of documents,

12  what do experience and training mean?

13  A    Well, experience is experience so you're having, for

14  example, I'm a law enforcement officer so you are writing

15  affidavits, you're going on search warrants, you're collecting

16  evidence, you're talking to people, you're interviewing

17  people, you're interrogating people, that's all experience.

18  Q    Right.

19  A    Right.

20  Q    So back to my -- the phones that you was talking about

21  earlier --

22  A    Which phones?

23  Q    The ones that had --

24  A    Your numbers in them.

25  Q    Right.

1    A    Okay.

2    Q    Your experience and training wasn't up, your antenna

3    wasn't up or nobody's antenna was up to basically say, you

4    know, let's check these numbers?  Why you check these numbers

5    right here then?

6    A    These numbers?

7    Q    Yes, these numbers that was in Potomac Drive.  Why did

8    these agents was experienced and trained to check these

9    numbers in '05 and in '06 and '07.  And nobody from the Moore

10   Street, yourself, Yanta, and Kirschner got your experience and

11   training antennas up, why?

12   A    Why?

13   Q    Yes.

14   A    Okay, I'll explain to you why.  At the point that we

15   collected these phones from 9508, we had already established

16   that you were distributing cocaine, and the people that you

17   were distributing to were already known.  The suppliers,

18   although we had some, we didn't have all of them.  That's why

19   these numbers are important.  And yours aren't at the time.

20   Q    What facts do you have that I was distributing anything?

21   Give me one fact, what facts?

22   A    You were riding around with Roel Bermea.

23   Q    I was riding around with -- did you stop me and say, let

24   me pull him out and say this is him?

25   A    No.  I don't -- you're missing the whole point here.

1    Q    But you saying that you have facts that I distributed

2    drugs, narcotics.  So if I'm riding around with anybody,

3    that's a fact that I'm selling drugs?

4    A    Mr. Jones, you are charged with conspiracy, not

5    possession.  There's a big, big difference.

6              THE COURT:  You can't argue with her.

7              THE WITNESS:  There's a big difference.

8    BY MR. JONES:

9    Q    Okay.  The difference is, let me make it very simple for

10   your experience and training.  I'm asking you, you saying that

11   I distributed drugs; right?  That's what you're saying.  We're

12   not talking about a conspiracy.  Anybody could be caught --

13   what I said, you said distributed drugs.  What facts, what

14   evidence that you've seen me give anybody any drugs?  What

15   evidence that you ever seen me with any drugs?  Did you find

16   any drugs at Moore Street?

17             MS. SOLTYS:  I'm going to object to the question.

18             THE COURT:  Compound.

19             MR. JONES:  I'm pro se, don't know what to say.

20   BY MR. JONES:

21   Q    Did you find any drugs in Moore Street?

22   A    In a conspiracy you don't have --

23   Q    No, just say did you or didn't you, yes or no?

24             THE COURT:  Wait a minute.  I'll instruct the jury

25   on what the law is.

```
 1            Mr. Jones is charged with conspiracy, and we'll hear
 2   a lot more about what that means.
 3            Just ask fact questions and stop arguing law with
 4   her.
 5            MR. JONES:  Okay.
 6   BY MR. JONES:
 7   Q    Did you know anybody from your team or any other agents
 8   or detective find any drugs in Moore Street?
 9   A    No.
10   Q    Did you or any agent find any drugs in Mr. Jones'
11   warehouse?
12   A    I can't speak to your warehouse.
13            MS. SOLTYS:  Objection, beyond the scope.
14            MR. JONES:  She just said I'm distributing drugs.
15            THE COURT:  I know, but you asked her that.  You
16   want her to tell you all the evidence.
17   BY MR. JONES:
18   Q    The fact is you never in this whole investigation for a
19   whole year or two years, from 2004, you never had no facts
20   during your time of the investigation that you've seen
21   Mr. Jones give anybody any drugs or anybody take anybody any
22   drugs, you don't have any facts besides what you say, a
23   conspiracy?
24            THE COURT:  No, okay, enough.  This doesn't go to
25   the direct at all.  You're arguing with the witness.
```

1          MR. JONES:  Okay.

2          THE COURT:  Okay.  Finish up.

3          MR. JONES:  Well, Your Honor, Your Honor, like I

4  say, this number, this last one right here, then I'm out --

5  I'm out the way.

6  BY MR. JONES:

7  Q    This right here, 909-975-0947, whose phone is that?

8  A    I don't know.

9  Q    You don't know.  But you don't know whose phone this is,

10 but these two numbers down here has Mr. Jones' number down

11 here; right?

12 A    Correct.

13 Q    Is this the same thing, is this the type of phone that

14 you could just turn around and say, you know what, we want to

15 get this man no matter what and put a number in there?

16 A    Mr. Jones, that number was captured on your pen.

17 Q    You're saying pen register; right?

18 A    Yes, the pen register, the 909 --

19 Q    Who possessed the pen register?

20 A    What do you mean possessed?

21 Q    I mean who controlled the pen register?

22 A    The Government.

23 Q    The Government.

24 A    Right.

25 Q    There we go again.  The Government controlled the pen

1    register.  So the same thing, the Government could tamper with

2    the pen register; right?

3    A    I don't believe so.

4    Q    You don't believe so?

5    A    I'm pretty certain that that's not the case because that

6    information comes from --

7                MR. JONES:  We will see.

8                THE COURT:  Okay.

9                MR. JONES:  We'll see.

10               THE COURT:  Anything further?

11                          **REDIRECT EXAMINATION**

12   BY MS. SOLTYS:

13   Q    Did you tamper with the pen register?

14   A    No.

15   Q    Is there any way that the FBI could tamper with the pen

16   register?

17   A    That's data provided by the phone company.

18   Q    Did you tamper with the wiretap in this case?

19   A    No.

20   Q    Is there any way that the FBI could tamper with the

21   wiretap calls?

22   A    No.

23   Q    And create Mr. Jones' voice out of thin air and then

24   record it somehow?

25   A    No.

1    Q    Okay.  So let me ask you some questions now about the

2    telephones.  Mr. Jones' Jeep was seized by the FBI on October

3    the 24th, 2005; is that correct?

4    A    That's correct.

5    Q    And was that Jeep then kept in the custody and control of

6    the FBI from October the 24th, 2005, when it was seized, until

7    November the 1st, 2005, when you searched it?

8    A    Yes.

9    Q    And did you have any -- did you allow anybody else from

10   the outside to come in and plant evidence in that Jeep?

11   A    No.

12   Q    And to the best of your knowledge, were there any FBI

13   agents lurking around or any MPD officers lurking around that

14   wanted to come in and plant evidence inside that Jeep?

15   A    No.

16   Q    And then once that telephone was seized from the Jeep

17   that we've offered into evidence here, did that maintain in

18   the custody and control of the FBI?

19   A    Yes.

20   Q    And do you have procedures for the FBI for how they store

21   evidence?

22   A    Yes.

23   Q    Can anybody from the general public just walk into the

24   FBI building and walk down to the vault and ask to look at

25   evidence?

1    A    No.

2    Q    Could you just sort of describe for us the procedures

3    that are involved for the safekeeping and procedures to ensure

4    the integrity of evidence that's been seized by the FBI?

5    A    Sure.  The evidence, we call it the evidence control

6    room, is a secure access room, which means that there's a

7    limited access.  And the only people that have badge access to

8    that room are the evidence control people.

9         So, for me as an agent to go down there and give them

10   evidence, I've got to ring the bell, and they've got to buzz

11   me in.  And there's a counter, you go up to the counter and

12   you put the evidence on the counter.  And they'll take the

13   evidence, and then it goes into another vault which is a

14   two-party access vault.  So there's a combination lock.  So

15   two people from evidence control have to open that.  Agents do

16   not have access to any of that.

17        The only way for me to get -- the only way for me to get

18   evidence out of the evidence control is to request that from

19   one of those ladies.

20   Q    So you know that seizing agent at 9508 Potomac Drive was

21   Detective Thomas Webb; is that correct?

22   A    That's correct.

23   Q    Do you have any evidence or any reason to think that

24   Detective Webb, once he took possession of some of the phones

25   from the Mexicans who were arrested at that location, secretly

1    turned around and inputted Mr. Jones' contact information into

2    that?

3    A    Absolutely not.

4    Q    And then when the telephones were seized from either

5    Mr. Jones' residence or from you when you seized it from the

6    Jeep, is there any evidence whatsoever to suggest that anybody

7    secretly turned around and input Mr. Jones' contact

8    information into that telephone or into those two telephones?

9    A    No.

10   Q    Now, did I instruct you to get something, did I tell you

11   that I wished to use those two telephones as evidence in this

12   trial?

13   A    Yes.

14   Q    And did I instruct you to get something so that we could

15   have the legal authority to turn those on and show those to

16   the jury?

17   A    Yes.

18   Q    And what did I tell you to get?

19   A    A search warrant.

20   Q    And did that, in fact, happen?

21   A    Yes.

22   Q    Now, then the last question that I have for you is this:

23   Mr. Jones made a big deal about the fact that perhaps somebody

24   secretly inputted his contact information into the phones that

25   the Mexicans had or secretly inputted the Mexicans' telephone

1    numbers into the cell phones that he had.

2        Can you explain to this jury, is there independent

3    evidence that demonstrates that Mr. Jones was in contact with

4    the three Mexicans at 9508 that had the numbers that were

5    associated with house, the 909 --

6    A    Yes.

7    Q    Bermea?

8    A    Yes.

9    Q    678, Charley, and the 713, Primo?

10   A    Yes.

11   Q    And could you explain to them what is that evidence

12   demonstrating that he was in contact with those individuals?

13   A    Well, we have the pen registers.   Then we have the wire.

14   We have phones.

15   Q    Did you go through these transcripts?

16   A    Yes.

17   Q    Do you have more transcripts to show the jury?

18   A    Yes.

19   Q    And does this demonstrate that Mr. Jones' telephone was

20   in contact with these people.

21   A    Absolutely.

22   Q    Did we hear that evidence yesterday by his voice?

23   A    We did.

24        MS. SOLTYS:   Thank you, Agent.   I have nothing

25   further.

1          THE COURT:  Okay.

2          MR. JONES:  Two minutes, Your Honor.

3          THE COURT:  Oh.

4

5                    **RECROSS-EXAMINATION**

6   BY MR. JONES:

7   Q    Agent O'Brien, the phones that you all possessed, did you

8   all possess this phones before y'all put it into whatever

9   security you all had?

10  A    Sure, we had to get it there.

11  Q    Okay.  The pen register.  You said it's in the

12  Government's hands so they got control of the pen register?

13          THE COURT:  I don't think that's what she said.

14          MR. JONES:  I'm asking.

15          THE WITNESS:  It comes to us from the phone company.

16  BY MR. JONES:

17  Q    Okay.  So, in this case you saying that the pen register

18  hasn't been tampered with?

19  A    I am saying that.

20  Q    In this case?

21  A    In this case, absolutely.

22  Q    Now, if -- you said that you put your son that nobody

23  would obstruct justice in this case?

24          MS. SOLTYS:  Your Honor, I'm going to object.  This

25  is not proper recross-examination.

1          MR. JONES:  Well, the question is --

2          THE COURT:  What is the question?

3          MR. JONES:  The question that -- she said that she

4    would put her son up that nobody would obstruct justice in

5    this case.

6          THE COURT:  All right.  What's your question?

7    BY MR. JONES:

8    Q    The question is, if you was found with the evidence

9    before this trial is over obstructing justice, do you think

10   this jury should believe you at all of any type of

11   credibility?

12         THE COURT:  Okay, that's not a proper question.

13         MR. JONES:  Okay, let me make it proper.

14         THE COURT:  No, no, you've done it.  Your two

15   minutes are up.

16         Okay, thank you.  You're excused.

17         (Witness excused.)

18         THE COURT:  All right.  Ladies and gentlemen, do you

19   want to go -- can you go without a break and go for another --

20   no, you need a break.

21         Okay.  We'll take a five-minute recess.  We're going

22   to put on another witness and we're going to go until about a

23   quarter to five.  Okay.

24         (Jury Out.)

25         (A brief recess was taken.)

1          (Jury Present.)

2          THE COURT:  Please be seated.

3          Can you swear the witness?

4     **AGENT KATERINA KANE, GOVERNMENT WITNESS, SWORN**

5          THE COURT:  Go ahead.

6          MS. URCHEL:  Thank, Your Honor.

7                    **DIRECT EXAMINATION**

8     BY MS. URCHEL:

9     Q     Good afternoon.

10    A     Good afternoon.

11    Q     Could you please state your name for the record,

12    spelling your first and last name for the Court Reporter?

13    A     Katerina Kane, K-A-T-E-R-I-N-A, K-A-N-E.

14    Q     And could you please introduce yourself to the members of

15    the jury by indicating where you are currently employed?

16    A     I'm currently a supervisory special agent at Homeland

17    Security Investigations here in our headquarters in the Office

18    of International Affairs.

19    Q     And how long have you been with that organization?

20    A     Since it was created back in 2003.  Homeland Security

21    Investigations, we used to be called ICE.  We keep going

22    through these name changes.  But ICE was created in 2003.

23    Q     And what does ICE stand for?

24    A     Immigration and Customs Enforcement.

25    Q     And what's your current title?

1    A    Operations chief.

2    Q    And can you please just briefly describe the different

3    positions you've held with that organization since becoming a

4    special agent?

5    A    I originally became a special agent back in 1996 with the

6    Department of Treasury, originally with the Internal Revenue

7    Service, doing mostly money laundering, tax fraud, but also

8    money laundering investigations with lots of different

9    criminal activity, drug activity, bribery, lots of different

10   types of financial investigations.

11        Then I transferred over to Customs, what used to be U.S.

12   Customs.  And as a Customs special agent I did pretty much all

13   drug smuggling and drug-related money laundering.

14   Q    And what are you doing currently?

15   A    Currently I'm in our headquarters office in the Office of

16   International Affairs handling special projects.

17   Q    And were you ever stationed in Baltimore?

18   A    Yes.

19   Q    During what time period?

20   A    From 1997 essentially until 2002.

21   Q    And tell me about --

22   A    I'm sorry.  I misspoke.  Until 2004.

23   Q    Where is the ICE office in Baltimore that you were

24   working out of?

25   A    It was the drug smuggling group, the contraband smuggling

1    group at Baltimore-Washington Airport.

2    Q    Why is there an ICE office at BWI Airport?

3    A    It's typical for most international airports, it's a

4    point of entry for international travel, international

5    passengers and goods coming in and out of the U.S.  So even

6    though it's landlocked, it's -- it's -- the interior, it's

7    considered a border location of the U.S., it's a port of

8    entry.

9    Q    I'd like to direct your attention to February of 2004.

10   Did you begin an investigation that led you to Antoine Jones?

11   A    Yes.

12   Q    And would you recognize Mr. Jones if you saw him in

13   court?

14   A    Yes.

15   Q    Do you see him?

16   A    Yes.  He's right over there.

17        MS. URCHEL:  Let the record reflect that the witness

18   has identified the defendant, Mr. Jones.

19   BY MS. URCHEL:

20   Q    What happened that caused you to begin this

21   investigation?

22   A    I learned that individual was coming into -- flying into

23   BWI from Texas.

24   Q    Where in Texas specifically?

25   A    I think he was flying from Harlingen, Texas, close to

1    McAllen.  We received information from another ICE agent or

2    another agent in McAllen at our McAllen office that the flight

3    was coming from Harlingen into BWI, I remember it was a Friday

4    evening.

5    Q    And if you could explain to the members of the jury who

6    may not know, where exactly is McAllen within Texas?

7    A    It's near the border with Mexico, it's southern, like

8    southeastern Texas, near the border with Mexico.

9    Q    After receiving this information, what did you do?

10   A    Basically the entire group set up surveillance at the

11   gate, we knew where that specific plane was landing.  We set

12   up surveillance right at the gate.

13             MR. JONES:  I object, Your Honor.

14             THE COURT:  What's the basis?

15             MR. JONES:  This information is hearsay.

16             THE COURT:  She was part of the group; right?

17             MR. JONES:  This is not in her report.

18             THE COURT:  I'm sorry?

19             MR. JONES:  This information is not in her report.

20             THE COURT:  Well, I don't know that.  But you're

21   testifying from your own knowledge.  You were part of the

22   surveillance at the gate?

23             THE WITNESS:  Yes.

24             THE COURT:  Okay, go ahead.

25

1    BY MS. URCHEL:

2    Q    Please continue what you did in regards to this gate?

3    A    I was actually positioned right at the gate like where

4    people come off of the plane.  And agents, my fellow group

5    members were stationed throughout, some outside waiting in

6    their cars.  And just at various points from -- and someone

7    coming off a flight will either go straight out the door or to

8    baggage claim.  So we had our agents stationed throughout from

9    the gate to the exit points basically.

10   Q    The gate that you were at, the flight was arriving to BWI

11   from where?

12   A    From Harlingen, Texas.

13   Q    And where is that in approximation to McAllen?

14   A    It's close by.  I guess, I think he was flying Southwest

15   Airlines, I guess Southwest flies out of Harlingen, not out of

16   the airport in McAllen, but within 30 minutes, I think,

17   they're very close.

18   Q    After the flight arrived, did anyone of significance to

19   you come off that flight?

20   A    Yes, the individual, I had a picture, and the individual

21   that matched the picture came off.

22   Q    Can you describe what that individual was wearing?

23   A    He was wearing dark pants, black pants, a light-colored

24   shirt.  He had a black jacket kind of folded over his arm.

25   And light-colored, like cream-colored matching boots and a

1   belt.  Dark mustache, dark hair.  And what I noticed was he

2   didn't have -- he wasn't carrying anything other than his

3   jacket.

4   Q    So no luggage at all?

5   A    No.

6   Q    What was this individual's name?

7   A    Francisco Javier Gonzalez-Ruan.

8             MR. JONES:  Objection, Your Honor.

9             THE COURT:  Basis?

10            MR. JONES:  No foundation.

11            THE COURT:  I think you do.  Did you know his name

12   when he walked off the plane?

13            THE WITNESS:  Based on the information I had

14   received, yes.

15            THE COURT:  You were told by some source or by the

16   airlines?

17            THE WITNESS:  Both.

18            THE COURT:  Okay.  Overruled.

19            THE WITNESS:  Javier -- Francisco Javier

20   Gonzalez-Ruan.

21   BY MS. URCHEL:

22   Q    Did you learn what this individual goes by, what name

23   this person goes by?  You mentioned four different names.

24   A    Yes, we were calling him Javier, we learned he goes by

25   Javier.

1    Q    Okay.  I'm showing you --

2          MS. URCHEL:  And I'd like to move into evidence

3    Government's Exhibit Photo 13.

4          Your Honor, I request Photo 13 be moved into

5    evidence.

6          THE COURT:  Any objection to 13?

7          MR. JONES:  No, ma'am.

8          THE COURT:  Okay, 13 goes in.

9          (Government's Exhibit Photo 13 was

10         received in evidence.)

11   BY MS. URCHEL:

12   Q    Do you recognize the person seen in Government's Exhibit

13   Photo 13?

14   A    Yes, it's Javier.

15   Q    Okay.  What did you observe Javier do after he got off

16   the flight?

17   A    He pretty much walked through the terminal and went

18   straight to the exit to the -- he exited the apport, he didn't

19   go to baggage claim.  I observed him waiting on the sidewalk.

20   Then I observed a car come and pick him up.

21   Q    What type of car was it?

22   A    It was a silver Impala.

23   Q    And what was the license tag on that car?

24   A    The tag was -- it looked funny.  It was XA 913316.

25   And --

```
1   Q    You said it looked funny, in what way?

2   A    Well, it was like a card, it was a temporary tag.

3   Q    Do you know what state it was a temporary tag from?

4   A    Delaware.

5   Q    Okay.  Did you eventually learn to whom that car was

6   registered?

7   A    Yes.

8   Q    Who?

9   A    Guadalupe Barrone.

10        MS. URCHEL:  Your Honor, the Government would move

11  he DMV-6 into evidence without objection from the defendant?

12        THE COURT:  Okay.  DMV-6 admitted.

13        (Government's Exhibit No. DMV-6 was

14   received in evidence.)

15  BY MS. URCHEL:

16  Q    And if you could look at DMV-6, Special Agent Kane.  And

17  tell us what DMV-6 says regarding registration of that car you

18  just mentioned?

19  A    It states it's registered to a Guadalupe Barrow.  I think

20  that's a spelling mistake because that's not his name.  But,

21  Guadalupe Barrow out of Texas.  We found this out and thought

22  it was odd that it had Delaware plates being mailed to Texas.

23  Q    And was this -- is this the DMV records for the car that

24  you saw outside the airport that day?

25  A    Yes.
```

1    Q    Where did that car, what happened next?

2    A    The car ended up going to Jillian's in Arundel Mills, in

3    the Arundel Mills complex.

4    Q    And what happened?

5    A    The individuals, there were two individuals in the car

6    who picked up Javier.  All three of them got out and went into

7    Jillian's.  Jillian's is like a restaurant/bar, like adult

8    entertainment like Dave and Buster's adult entertainment, with

9    pool tables, video games, things like that.  I stayed, I saw

10   them go in, but I stayed on the outside in my car.  Other

11   members of the team went in.

12   Q    Did they eventually leave this establishment?

13   A    Yes.

14   Q    And where did they go?

15   A    They came back to Largo, Maryland to an apartment

16   complex, Summit Circle.

17   Q    And what time did they arrive at the Summit Circle

18   apartment complex?

19   A    It was pretty on a Friday evening, it was around eleven,

20   almost midnight, between eleven and twelve.

21   Q    If you could briefly describe the Summit Circle apartment

22   complex for the members of the jury?

23   A    It was a pretty nice apartment complex.  It was a gated

24   community.  And they were three-story garden style apartments.

25   So you had -- the stairs were exterior basically.  You go up

1    the steps, no elevators.  You go up the steps.  And I think

2    every floor had four apartments, but I'm not sure.  But you

3    would go up, again, you could see somebody going up the steps.

4    But parking, ample parking in front of all the buildings.

5              MS. URCHEL:  Your Honor, the Government would move

6    in ICE 1-A., 1-B., 1- C., and 1-D without objection.

7              THE COURT:  Admitted.  One-A. through D.

8              (Government's Exhibit Nos. ICE 1-A, 1-B,

9         1-C and 1-D were received in evidence.)

10   BY MS. URCHEL:

11   Q    Agent Kane, I'm showing you Government's Exhibit ICE 1-A.

12   What is that?

13   A    That looks like Summit Circle apartments.  The number is

14   a little cloudy, but that looks like an apartment in the

15   Summit Circle complex.

16   Q    I'll zoom this in for you.

17   A    9719, that's the building they went into.

18   Q    Okay.  Showing you ICE 1-B.  What is that?

19   A    The same thing.  I think from the back.

20   Q    Let me un-zoom this one second.

21   A    Yes, that's from the back I think, yeah.

22   Q    That's also Summit Circle apartment complex?

23   A    Yes.

24   Q    1-C?

25   A    Also.

1   Q    And 1-D?

2   A    The same apartment complex.

3   Q    What did these men do after they arrived at the complex?

4   A    They went in, they parked in front of 9719.  And I saw

5   them go up to the third floor and they entered into one of the

6   apartments.

7   Q    Did you continue surveilling?

8   A    Yes.

9   Q    Describe how long you stayed there and what you observed?

10  A    Stayed there overnight, actually through the next day

11  until about noon.

12  Q    And did you see -- actually first, you mentioned how many

13  people in the car that picked up Javier?

14  A    Two.

15  Q    Would you describe the other two people that were in the

16  car with Javier?

17  A    The other two were younger, slimmer, dark hair, but more

18  clean-cut.  They were wearing baseball caps.  They appeared to

19  be Hispanic males, but.

20  Q    Okay.  So you personally stayed there from that night

21  early into the next morning?

22  A    Yes.

23  Q    Okay.  Did you ever get relieved by another shift?

24  A    Yes.  We -- another team arrived to continue the

25  surveillance.

1    Q    Without telling us what they told you, were you debriefed

2    from that other team to learn what had happened while they

3    were surveilling?

4    A    Yes.  They observed, well --

5         THE COURT:  Don't tell us what they told you.

6    BY MS. URCHEL:

7    Q    I just want to find out if you did speak with the agents

8    that relieved you to find out what they observed?

9    A    Yes.

10   Q    After you found out that information, did you ever obtain

11   documents related to a specific apartment?

12   A    Yes.

13        MS. URCHEL:  Your Honor, at this time the Government

14   would like to move in Miscellaneous 4-B, which is a

15   stipulation agreed to by the Government and the defendant.

16        THE COURT:  Okay.  And you're going to read it to

17   them?

18        MS. URCHEL:  At this time I will read in the first

19   paragraph of the stipulation.

20        THE COURT:  And it's Miscellaneous what again?

21        MS. URCHEL:  Miscellaneous 4-B.

22        THE COURT:  Okay.  That will be admitted and be

23   read, or at least the relevant portion of what portion you

24   want to read at this time.

25        Again, ladies and gentlemen, I've told you before, a

1  stipulation is that there is no disagreement between Mr. Jones

2  and the Government regarding the facts.  You may take them as

3  true, and we'll have several of these.  So just remember it

4  means that you can accept them as undisputed facts.

5          Okay.

6          (Government's Exhibit No. Miscellaneous

7      4-B was received in evidence.)

8          MS. URCHEL:  "The United States and the defendant,

9  Antoine Jones, stipulate and agree to the following facts.

10  One, Summit properties.  Government's Exhibit ICE Number 2 is

11  a business record kept in the regular course of business by

12  the leasing office of the Summit Largo Town Center apartments

13  which accurately reflects Antoine Jones's application for

14  residency.

15          "Government's Exhibit ICE Number 3 is a business

16  record kept in the regular course of business by the leasing

17  office of the Summit Largo Town Center apartments which

18  accurately reflects that Antoine Jones signed a lease for

19  Apartment 3-B at 9719 Summit Circle, Largo, Maryland, for six

20  months beginning on November 11, 2003 through May 10, 2004.

21          "Government's Exhibit ICE Number 4 is a business

22  record kept in the regular course of business by the leading

23  office of the Summit Largo Town Center apartment which

24  accurately reflects that Antoine Jones registered two vehicles

25  for parking privileges.

1          "Government's Exhibit ICE Number 30 is a copy of a

2   check from Antoine Jones to the Summit Largo Town Center

3   apartments dated March 1st, 2004 for the payment of rent."

4          THE COURT:  Okay.  So, what exhibits are going in

5   pursuant to that stipulation?

6          MS. URCHEL:  Your Honor, that's ICE-2.

7          THE COURT:  Two is admitted without objection

8   pursuant to that stipulation.

9          MS. URCHEL:  ICE-3.

10          THE COURT:  Three, the lease agreement, the parking

11   pass.

12          MS. URCHEL:  ICE-4 is the parking registration.

13          THE COURT:  Three and 4, and 30?

14          MS. URCHEL:  And ICE-30, yes, Your Honor.

15          THE COURT:  Rent check, received, 30.  Okay.

16          (Government's Exhibit Nos. ICE-2, ICE-3,

17      ICE-4 and ICE-30 received in evidence.)

18   BY MS. URCHEL:

19   Q    Agent Kane, I'm going to first show you these documents,

20   and if you could let us know, I'll show you them all at once

21   and then you can tell us where you got them from.

22      First, this is Government's Exhibit Number ICE-2, what do

23   you recognize that to be?

24   A    That's Mr. Jones' application for that apartment at

25   Summit Properties.

Q    Okay.  This is ICE-3.  Do you recognize what that is?

A    That's the lease agreement for 9719 Summit Circle, 3B.

Q    ICE-4, what is that?

A    These are registration forms for -- to parking, for parking.

Q    This is, as you can see, ICE-30, what is that?

A    It's a check to Summit Properties from Antoine Jones for rent.

Q    Let me focus you first on the lease agreement, ICE-3. What apartment is that lease related to?

A    It's apartment 9719, 3-B.

Q    And who is the leaseholder?

A    Antoine Jones.

Q    For what time period?

A    November 11th, 2003 to May 10th, 2004.

Q    Next looking at ICE-4.  You mentioned this was a parking registration?

A    Yes.

Q    Whose two cars are registered to the Summit Circle apartment complex per that document?

A    Antoine Jones.

Q    And what cars are registered there?

A    A 1994 Plymouth Caravan, and a 2001 Jeep Cherokee.

Q    Okay.  From your review of these documents, did you learn whether the defendant had to list employers when he applied

1    for this apartment?

2    A    Yes.

3    Q    Now, showing you ICE-2.  Can you tell us what you learned

4    about employers that the defendant listed, if any, to get the

5    lease for this apartment?

6    A    The first employer listed is Thomas Brown Agency at 601

7    Pennsylvania Avenue, here in D.C.  And the second employer is

8    D.C. Parks and Recreation.

9    Q    As an ICE special agent, do you have any experience

10   investigating companies?

11   A    Yes.

12   Q    Did you investigate the Thomas Brown Agency?

13   A    Yes.

14   Q    What did you learn?

15   A    That it pretty much didn't -- that it didn't exist.  I

16   actually went to that address.  It's a residential building

17   near here.  There is no Thomas Brown, there wasn't a Thomas

18   Brown Agency back then.  I looked for a Thomas Brown person.

19   No tenant there by that name.  There were no business records,

20   no tax records in D.C. for that company, that business.  I did

21   a search in all the typical commercial databases and there was

22   no company.

23   Q    As you continued your surveillance of this individual,

24   Javier, did you learn about a second property?

25   A    Yes.

1    Q     What was that property?

2    A     8550 Myrtle Avenue in Bowie, Maryland.

3            MS. URCHEL:  Your Honor, the Government would like

4    to move in ICE 7-A and B without objection from the defendant?

5            THE COURT:  Admitted, 7-A. and B.

6            (Government's Exhibit Nos. ICE 7-A and 7-B

7        were received in evidence.)

8    BY MS. URCHEL:

9    Q     I'm showing you ICE 7-A, what is that?

10   A     That's the house, 8550 Myrtle Avenue.

11   Q     And this is ICE 7-B, what is that?

12   A     That's the same house.

13   Q     Okay.  When did you locate this house?

14   A     February 22nd, I believe, it was that Sunday before the

15   27th, I think it was February 22nd.

16   Q     Of 2004?

17   A     Of 2004, yes.

18   Q     Okay.  And how did you locate that house?

19   A     We had the cell phones of Javier, the cell phone that he

20   was using.  We had gotten a pen register order for that cell

21   phone.  What a pen register gives you is not -- like you can't

22   listen in on the calls, but it tells you what numbers are

23   being dialed and what numbers are calling in to that phone.

24          But it also gives you cell tower information, which means

25   it's telling you -- it tells you what cell phone towers the

phone, when it's being used, that the phone is pinging off of,
that it's utilizing.  So it gives you a general sense of where
that person is when they're using the phone.

Q    Was that cell tower information enough to allow you to
pinpoint exactly what house you were looking for?

A    No.

Q    What else did you use, if anything?

A    A device, I always call it the trigger fish device.  I
enlisted the help of a technical guy in our Technical
Operations Division.  He came out with us, when I say "us,"
with me and with my supervisor at the time.  We were literally
driving around.

     And what this other device does was help utilize the
tower information, sort of like triangulation, and it helps
pinpoint better where the signal is coming from, where the
phone is.  But even that isn't precise, but it gets you pretty
much to between, I think between 50 and 100 feet, you know,
pretty close within a hundred, a couple of hundred feet.

               THE COURT:  What's it called, trigger what?

               THE WITNESS:  I always call it trigger fish, Your
Honor, I'm not sure if technically that's right.  I just --
somebody had said trigger fish, and that name stuck to me.
I'm not a techie person.

BY MS. URCHEL:

Q    Once you were narrowed down to this smaller space, what

1    did you do to assist your investigation in locating this

2    house?

3    A    I basically got out on foot and started walking up and

4    down the street we were on, looking at cars and looking at tag

5    numbers.  And when I came across, and just, you know, running

6    those tag numbers to see if any name of interest came up.

7        When -- at this property, though, there was a van parked

8    kind of halfway on the grass, halfway on the driveway.  And it

9    had a tag that I had seen before, or I thought I had seen

10   before.  I thought it was a same tag.  But it was a temporary

11   Delaware registration, a temporary Delaware tag.  And the

12   number I remembered, I thought it was the same one.  And it

13   turns out it was just off by two digit -- by one digit,

14   rather, it was XA 913310.  The other one was 316.  And again,

15   that came back to Guadalupe Barrone.  So, I knew for sure that

16   that was the house.

17   Q    And just so we're clear, you were talking about the house

18   you saw at Myrtle Avenue, and you mentioned another vehicle.

19   Where had you seen that other vehicle?

20   A    The vehicle that came to pick up Javier when he first

21   came into town, when I saw him, when I saw him first come into

22   town on February 6th, that Friday night at

23   Baltimore-Washington Airport.

24           MS. URCHEL:  Your Honor, the Government would move

25   in DMV-7 without objection.

1          THE COURT:  Admitted.

2          (Government's Exhibit No. DMV-7 was

3      received in evidence.)

BY MS. URCHEL:

4

5    Q    I'm showing you DMV-7.  What is this document and what

6    does it tell you?

7    A    It's another vehicle registration from Delaware showing

8    that the temporary tag number XA 913310 was issued to

9    Guadalupe, again, Barrow, I think is misspelled, of Texas, of

10   Mission, Texas.

11   Q    After you located this second house at 8550 Myrtle

12   Avenue, what did you and your team do?

13   A    Well, this was after a long weekend of trying to find

14   this house, then we -- it was Sunday evening now.  We

15   basically, I instructed that we reconvene early in the morning

16   Monday morning, the 23rd, it would have been.

17   Q    And what happened the next morning?

18   A    The next morning we set up surveillance around the house.

19   And pretty much had it under surveillance nonstop through that

20   Friday, actually through the following Saturday.

21   Q    While you were doing the surveillance, did any vehicles

22   come to the house that were significant to you in your

23   investigation?

24   A    Yes.  On the Monday, on the first day we were out there,

25   an Isuzu box truck pulled up.  Somebody got out,

1    African-American male got out, went in the house, the person

2    obviously had a key, went in the house and was just in there a

3    short while, maybe five, ten minutes, and then departed in

4    that Isuzu box truck.

5           MS. URCHEL:  Your Honor, the Government would

6    request admission of Government's Exhibit Photo 24, Photo 25,

7    and DMV-3.

8           THE COURT:  Any objection?

9           MR. JONES:  No objection, Your Honor.

10          THE COURT:  Okay.  DMV --

11          MS. URCHEL:  DMV-3, Your Honor.

12          THE COURT:  And the photo, I'm sorry, again?

13          MS. URCHEL:  The photo is 24, 25, and DMV-3.

14          THE COURT:  Admitted.

15          MS. URCHEL:  Thank you, Your Honor.

16          (Government's Exhibit Nos. Photo 24, 25,

17       and DMV-3 were received in evidence.)

18   BY MS. URCHEL:

19   Q    I'll showing you Photo 24, Agent Kane, what's that?

20   A    That's the Isuzu box truck.  And it looks like it's

21   parked outside of this, what used to be Club Levels on Montana

22   Avenue in Northeast D.C.

23   Q    Do you know who used to run Club Levels?

24   A    I believe Mr. Jones.

25   Q    Showing you Photo 25, what is that?

1    A    That's the tag, 63M462 of the Isuzu box truck.

2    Q    I'm showing you what's been admitted as DMV-3.  Before I

3    show you this, through your investigation, did you learn who

4    that box truck was registered to?

5    A    Yes, actually the very day I saw it, the first day I saw

6    it, it's registered to Antoine Jones.

7    Q    Okay.  And did these DMV records show what you found out

8    on your own?

9    A    Yes.  It's registered to Antoine Jones, with that tag

10   number 63 Mike 462.

11   Q    Did you eventually learn who leased that house at Myrtle

12   Avenue?

13   A    Yes.

14   Q    And who was that?

15   A    Lawrence Maynard.

16   Q    Did you do anything related to a search at Myrtle Avenue?

17   A    Yes.

18   Q    Describe that, describe what happened, what led up to

19   that?

20   A    That week, I obtained an order for a sneak and peek

21   search warrant.  And I believe it was signed Friday morning.

22   And we executed, I executed it Friday evening.  That would be

23   February 27.  So the Friday after -- during that week of

24   surveillance, the Friday after I identified the house.

25   Q    And continue, what happened next?

1    A    So, we got a locksmith to open the door because we didn't

2    want to damage the door.  And unfortunately the locksmith

3    couldn't open the door.  So we basically broke a small

4    basement window in the back and entered the house that way.

5    And we searched the house.

6    Q    What did you observe when you were inside the house?

7    A    It was a pretty big house, about three, four bedrooms.

8    Hardly any furniture at all.  Basically one bedroom had some

9    furniture.  But what was odd is that there were a lot of

10   inflatable mattresses all over the house basically, even on

11   the main level and in some of the bedrooms.

12        The kitchen didn't really -- wasn't really stocked with

13   anything.  It had patron saint candles in the kitchen, just on

14   the kitchen counter.  But there weren't dishes, there

15   weren't -- there weren't, you know, didn't look like anybody

16   was living there.  The refrigerator was empty.

17        The only thing of interest that we really found was that

18   in one of the bedrooms we found several duffle bags.  They

19   were empty, but also lots of boxes of heat-sealing bags, like

20   food saver bags, heat-sealing bags.  Again, these were found

21   upstairs in the bedroom.

22   Q    I'd like to ask you about the windows of this house.  Was

23   there anything significant about that?

24   A    Yeah, that was an odd thing we noticed was that every --

25   there were natural window coverings on some of the windows.

1    On those, they were all drawn or closed.  And on windows that

2    didn't have any natural covering, they were covered by some

3    manner or another, by a blanket, a towel.

4         The front door, which had like the two side windows the

5    length of the door, they were covered with aluminum foil, so

6    it was just pretty odd.  You know, given my investigation, it,

7    you know, obviously somebody didn't want to see what was going

8    on in the house.

9    Q    And you mentioned taking photographs of some of the items

10   that you did see in the house?

11   A    Yes, the duffle bags and the heat-sealing bags.  I think

12   there was duct tape too.

13             MS. URCHEL:  Your Honor, the Government requests

14   Government's Exhibits ICE-8 and ICE-9 be moved into evidence

15   without objection from the defendant.

16             THE COURT:  Granted.

17             (Government's Exhibit Nos. ICE-8 and ICE 9

18        were received in evidence.)

19             THE COURT:  Maybe when you finish Myrtle we'll take

20   a break.

21             MS. URCHEL:  I'm sorry, Your Honor?

22             THE COURT:  When you finish Myrtle.

23             MS. URCHEL:  Yes, Your Honor.

24   BY MS. URCHEL:

25   Q    I'm showing you ICE-8, what is that?

1   A     Those are some of the duffle bags and the heat—sealing

2   bags and some duct tape.

3   Q     Showing you ICE—9, what's that?

4   A     That's the same items.

5   Q     Okay.  You said there were food saver bags.  Were these

6   found in the kitchen?

7   A     No, they were upstairs in the bedroom.

8   Q     Okay.  What happened while you were executing the search

9   warrant?

10  A     I received a call that Javier was flying back into

11  Baltimore—Washington Airport.

12  Q     What did you do in response to this call?

13  A     When we finished up the search, I went back to my office

14  at Baltimore—Washington Airport, it was a replay, went back,

15  set up surveillance at the gate, waiting for him to arrive.

16          MS. URCHEL:  This may be a good points to break,

17  Your Honor.

18          THE COURT:  Okay, that's fine.

19          Thank you very much, ladies and gentlemen, for your

20  patience.  Breakfast at nine.  Please be careful.  Do not read

21  any newspaper articles or hear anything about this, talk to

22  anybody about it.  But we'll start at 9:30.  And as I said,

23  breakfast at nine.  Have a good evening.  Thank you very much.

24          (Jury Out.)

25          THE COURT:  Is the witness excused now?  Okay.

1        Thank you.  Do not discuss your testimony with

2   anyone.

3        THE WITNESS:  Yes, Your Honor.

4        (Witness excused.)

5        THE COURT:  Anything else before we break?

6        MR. O'TOOLE:  On a scheduling matter, Your Honor.

7        THE COURT:  Yeah.

8        MR. O'TOOLE:  We have a -- Ms. Scialpi and I have a

9   case pending in front of Judge Lamberth, and we have been

10  trying to schedule a deposition and we are trying to meet with

11  some attorney general counsel to talk about the case to maybe

12  resolve it.  Trying to find a time when we can talk.  We had

13  suggested, we've suggested maybe meeting late in the day next

14  Tuesday or Thursday.  I don't know what the Court's schedule

15  is.  I know you that want to plow through and get this done.

16  On the other hand, we have things we just -- we really either

17  -- either need to figure out --

18       THE COURT:  At four o'clock on Friday, I have to

19  stop to do a bail hearing.  That's the 1st, okay?

20       MR. O'TOOLE:  Four o'clock this Friday?

21       THE COURT:  Uh-huh.  I don't know what you mean by

22  late in the day on the 7th.  We're not having court on the

23  22nd.

24       MR. O'TOOLE:  Well, that's going to be too late for

25  Judge Lamberth.  Tuesday, I was thinking Tuesday or Wednesday

 1    of next week.

 2            THE COURT:  Tuesday, I can't -- does you have to

 3    meet with him?

 4            MR. O'TOOLE:  Not with the judge, but with attorneys

 5    from the Attorney General's Office, which is very close by

 6    here, so if we were to --

 7            THE COURT:  Well, what time do you want to break?

 8            MR. O'TOOLE:  If we could break -- we haven't

 9    scheduled it yet, but if we could -- I'm trying to work it out

10    with them.  Maybe if we could sneak out of here at four

11    o'clock on one of those two days, that would --

12            THE COURT:  You both have to go?

13            MR. O'TOOLE:  I would like it if we both could go.

14            THE COURT:  How about Thursday, the 7th?

15            MR. O'TOOLE:  Thursday's not a good day.

16            THE COURT:  All right.  Well, I guess we'll do it

17    Wednesday.  You know, one of my concerns is that you're having

18    surgery, so I'm --

19            (Discussion held off the record.)

20            THE COURT:  Okay.  We will break now and resume

21    tomorrow morning.

22            (Court adjourned at 4:50 P.M.)

23                        - o -

24

25

I-N-D-E-X

<u>WITNESSES</u>

|  | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| **On behalf of the Government:** | | | | |
| Kellie O'Brien (Resumed) | | | | |
| (By Ms. Soltys) | 13 | | | |
| (By Mr. Jones) | | 33 | | |
| (By Ms. Soltys) | | | 56 | |
| (By Mr. Jones) | | | | 61 |
| Katerina Kane | | | | |
| (By Ms. Urchel) | 63 | | | |

<u>EXHIBITS</u>

<u>Page No.:</u>

**On behalf of the Government:**

| Exhibit | Page |
|---|---|
| No. KOB-1 - Cell Phone | 15 |
| No. KOB-2 - Cell Phone | 15 |
| No. KOB-3 - Cell Phone | 15 |
| No. KOB-4 - Cell Phone | 15 |
| No. KOB-5 - Cell Phone | 15 |
| No. KOB-6 - Cell Phone | 15 |
| No. KOB-7 - Cell Phone | 15 |
| No. KOB-8 - Cell Phone | 15 |
| No. KOB-9 - Cell Phone | 15 |
| No. AJ-2 - Document and Wallet | 23 |
| No. AJ-68 - Cell Phone Box | 24 |
| No. AJ-67 | 25 |
| No. AJ-SW-80 - Placard | 25 |

### INDEX (Cont'd)

### EXHIBITS (Cont'd)

**Page No.:**

**On behalf of the Government (Cont'd):**

| | |
|---|---|
| No. AJ-SW-81 - Photo | 25 |
| No. AJ-SW-82 - Photo | 25 |
| No. AJ-SW-76 - Cell Phone | 27 |
| No. AJ-SW-77 - Photo | 29 |
| No. AJ-SW-78 | 29 |
| No. AJ-SW-79 | 29 |
| No. AJ-SW-74 - Photo | 32 |
| No. AJ-SW-75 - Photo | 32 |
| No. 13 - Photo | 69 |
| No. DMV-6 | 70 |
| No. ICE 1-A | 72 |
| No. ICE 1-B | 72 |
| No. ICE 1-C | 72 |
| No. ICE 1-D | 72 |
| No. Miscellaneous 4-B | 75 |
| No. ICE 2 | 76 |
| No. ICE 3 | 76 |
| No. ICE 4 | 76 |
| No. ICE 30 | 76 |
| No. ICE 7-A | 79 |
| No. ICE 7-B | 79 |

**INDEX (Cont'd)**

**EXHIBITS (Cont'd)**

**Page No.:**

**On behalf of the Government (Cont'd):**

No. DMV-7                                              81

No. Photo 24                                          83

No. Photo 25                                          83

No. DMV-3                                             83

No. ICE 8                                              86

No. ICE 9                                              85

CERTIFICATE OF REPORTER


        I, Lisa Walker Griffith, certify that the foregoing

is a correct transcript from the record of proceedings in the

above-entitled matter.



_____          _____
Lisa Walker Griffith                          Date

**'04** [1]  55/14
**'05** [18]  28/11 54/5 54/19
 55/2 55/14 56/6 56/6 56/10
 56/20 57/16 64/25 65/15
 65/17 65/17 65/18 69/25
 70/2 71/9
**'06** [5]  55/4 55/14 56/20
 57/19 71/9
**'07** [3]  55/14 56/20 71/9
**'97** [1]  43/4

**·**

──────────X [2]  1/2 1/7

**0**

**011528** [1]  36/25
**0470** [6]  36/3 39/17 48/9
 50/4 64/21 65/18
**05-386** [2]  1/3 2/2
**0947** [2]  35/19 74/7
**0957** [5]  39/11 48/2 49/8
 52/4 64/17

**1**

**1-A** [4]  91/6 91/8 91/11
 110/15
**1-B** [4]  91/6 91/8 91/18
 110/16
**1-C** [3]  91/9 91/24 110/17
**1-D** [4]  91/6 91/9 92/1 110/18
**10** [3]  27/17 34/10 94/20
**10-DIGIT** [1]  39/4
**100** [1]  99/17
**106** [1]  23/20
**10TH** [2]  27/15 96/15
**11** [2]  34/10 94/20
**11TH** [1]  96/15
**12** [1]  34/10
**128** [1]  23/19
**13** [14]  30/4 31/4 31/4 31/16
 32/3 32/5 88/3 88/4 88/6
 88/8 88/9 88/13 109/5
 110/13
**1350** [1]  1/17
**14** [1]  56/5
**15** [9]  109/13 109/14 109/15
 109/16 109/17 109/18
 109/19 109/20 109/21
**1550** [1]  1/18
**1994** [1]  96/23
**1996** [1]  83/5
**1997** [1]  83/20
**1ST** [14]  24/21 41/10 41/16
 59/15 59/16 59/16 60/14
 60/15 60/16 60/21 62/11
 76/7 95/3 107/19

**2**

**200** [1]  1/17
**20001** [1]  1/21
**2001** [1]  96/23
**2002** [1]  83/20
**2003** [4]  82/20 82/22 94/20
 96/15
**20036** [1]  1/18
**2004** [8]  73/19 83/22 84/9
 94/20 95/3 96/15 98/16
 98/17
**2005** [17]  24/15 24/18 24/21
 26/25 40/23 41/4 41/10
 41/16 46/10 50/24 53/10

**53** [1]  58/23 59/2 76/3 76/6
**53/11** [1]  58/23 59/2 76/3 76/6
**2013** [6]  1/7 25/9 26/19 27/4
 27/13 27/15
**202** [3]  1/14 1/18 1/22
**202-746-0470** [5]  39/17 48/9
 50/4 64/21 65/18
**20530** [1]  1/13
**22ND** [4]  50/24 98/14 98/15
 107/23
**23** [1]  109/22
**23RD** [1]  101/16
**24** [11]  23/19 53/11 59/2
 62/9 65/3 102/6 102/13
 102/16 102/19 109/23 111/7
**240-863-7126** [1]  66/22
**24TH** [16]  24/5 24/13 24/15
 40/23 46/10 53/10 58/23
 59/9 59/19 59/20 63/1 63/3
 63/6 63/10 76/3 76/6
**25** [9]  102/6 102/13 102/16
 102/25 109/24 109/25 110/5
 110/6 111/8
**252-7685** [1]  1/14
**27** [2]  103/23 110/7
**27TH** [1]  98/15
**29** [4]  1/7 110/8 110/9
 110/10
**2945** [1]  63/23
**2:03** [1]  1/8

**3**

**3-B** [2]  94/19 96/11
**30** [8]  86/16 95/1 95/13
 95/14 95/15 95/17 96/6
 110/23
**301** [1]  37/19
**301-466-7293** [1]  37/16
**316** [1]  110/14
**32** [2]  110/11 110/12
**3247** [1]  1/22
**33** [1]  109/6
**331** [1]  23/20
**354-3247** [1]  1/22
**386** [2]  1/3 2/2
**3945** [1]  36/3
**3B** [1]  96/2

**4**

**4-B** [4]  93/14 93/21 94/7
 110/19
**411** [1]  39/15
**4110** [1]  1/13
**427** [1]  23/24
**436** [1]  23/24
**462** [1]  103/10
**4:50** [1]  108/22
**4TH** [2]  41/4 60/22

**5**

**50** [1]  99/17
**51** [1]  70/6
**52** [1]  70/6
**538-3945** [1]  36/3
**553** [1]  28/21
**555** [1]  1/13
**56** [1]  109/6

**6**

**601** [1]  97/6
**61** [1]  109/7
**63** [2]  103/10 109/8
**63M462** [1]  103/1

**6507** [1]  1/21
**65** [3]  47/7 64/16 44/8 44/9
 109/24
**678** [5]  55/1 55/12 56/9 66/2
 79/9
**678-330-7712** [2]  47/11 49/2
**678-548-2945** [1]  63/23
**68** [4]  43/7 43/20 43/23
 109/23
**685** [1]  28/21
**69** [1]  110/13
**6TH** [1]  100/22

**7**

**7-A** [5]  98/4 98/5 98/6 98/9
 110/24
**7-B** [3]  98/6 98/11 110/25
**70** [1]  110/14
**7126** [1]  66/22
**713** [1]  79/9
**713-386-9548** [5]  47/19 49/20
 51/18 53/1 53/15
**72** [4]  110/15 110/16 110/17
 110/18
**7293** [1]  37/16
**73** [4]  46/11 50/2 50/5 51/1
**74** [5]  51/8 51/10 51/13
 58/16 110/11
**746-0470** [1]  36/3
**75** [5]  51/8 51/10 51/22
 110/12 110/19
**76** [10]  45/21 46/3 46/5 46/6
 48/6 110/7 110/20 110/21
 110/22 110/23
**7685** [1]  1/14
**77** [4]  48/14 48/18 48/21
 110/8
**7712** [2]  47/11 49/2
**775-1550** [1]  1/18
**78** [6]  23/20 48/14 48/18
 49/3 54/16 110/9
**783** [1]  55/12
**79** [7]  48/14 48/19 49/14
 52/23 110/10 110/24 110/25
**7TH** [2]  107/22 108/14

**8**

**80** [5]  44/13 44/16 44/17
 44/20 109/25
**81** [6]  44/13 44/16 44/17
 45/8 110/5 111/6
**82** [5]  44/13 44/16 44/18
 45/16 110/6
**83** [3]  111/7 111/8 111/9
**832-386-8924** [1]  68/19
**85** [1]  111/11
**8550** [3]  98/2 98/10 101/11
**86** [1]  111/10
**860** [1]  37/7
**8924** [1]  68/19

**9**

**909** [7]  37/12 55/1 57/14
 57/16 57/24 74/18 79/5
**909-975-0947** [2]  35/19 74/7
**909-975-0957** [5]  39/11 48/2
 49/8 52/4 64/17
**913310** [2]  100/14 101/8
**913316** [1]  88/24
**9508** [15]  33/22 34/10 34/17
 35/21 35/25 38/6 38/20 39/8
 39/22 40/16 47/6 51/3 71/15
 77/20 79/4

**9**

9548 [5] 47/19 49/20 51/14
53/1 53/15
9719 [5] 91/17 92/4 94/19
96/2 96/11
9:30 [1] 106/22

**A**

A-N-D-R-E-S-E-N [1] 23/18
A.2p [1] 23/20
ABBREVIATED [1] 49/2
ABBREVIATIONS [1] 36/10
ABLE [4] 26/7 34/19 50/13
69/18
ABOUT [46] 22/12 22/20 25/14
25/16 25/17 25/20 25/25
30/4 32/7 32/8 32/10 32/22
44/7 46/5 54/12 55/6 55/9
55/20 56/17 56/18 60/6 60/9
63/9 66/2 66/10 66/12 66/12
70/4 70/20 72/12 73/2 76/1
78/23 81/22 83/21 92/11
97/4 97/24 100/17 104/7
104/22 104/23 106/21
106/22 107/11 108/14
ABOVE [1] 111/18
ABOVE-ENTITLED [1] 111/18
ABSOLUTELY [4] 58/9 78/3
79/21 80/21
ABUNDANCE [4] 28/4 28/5
29/22 31/1
ACCEPT [1] 94/4
ACCESS [5] 77/6 77/7 77/7
77/14 77/16
ACCURATE [1] 45/1
ACCURATELY [3] 94/13 94/14
94/24
ACROSS [1] 100/5
ACTIVATED [1] 50/21
ACTIVITY [2] 83/9 83/9
ACTUAL [2] 39/4 58/25
ACTUALLY [9] 22/9 24/11 39/3
86/3 92/10 92/12 97/16
101/20 103/5
ADD [3] 21/22 53/18 54/3
ADDRESS [2] 21/21 97/16
ADJOURNED [1] 108/22
ADMISSION [1] 102/6
ADMIT [1] 26/18
ADMITTED [14] 43/22 44/8
44/16 46/5 48/17 51/9 89/12
91/7 93/22 95/7 98/5 101/1
102/14 103/2
ADULT [2] 90/7 90/8
Affairs [2] 82/18 83/16
AFFIANT [1] 46/19
AFFIDAVIT [2] 27/11 28/17
AFFIDAVITS [4] 27/7 29/6 70/11
70/15
AFFIRMED [1] 23/21
African [2] 31/7 102/1
AFRICAN-AMERICAN [2] 31/7
102/1
AFTER [17] 23/4 30/19 31/19
33/19 59/11 59/12 59/13
59/17 85/9 86/18 88/15 92/3
93/10 101/11 101/13 103/23
103/24
AFTERNOON [5] 2/1 33/4 33/5
82/9 82/10
AGAIN [15] 31/1 33/21 37/6
38/14 41/7 44/7 44/15 74/25

91/3 93/20 93/25 100/14
100/16 102/12 104/20
AGENCY [3] 97/6 97/12 97/18
AGENT [40] 24/21 31/21 31/22
33/1 33/4 33/8 34/8 46/14
52/12 52/17 56/4 56/6 57/7
57/15 57/15 58/2 58/20 60/4
63/4 65/5 65/19 65/24 69/15
73/10 77/9 77/20 79/24 80/7
82/4 82/16 83/4 83/5 83/12
85/1 85/2 89/16 91/11 95/19
97/9 102/19
AGENTS [8] 65/10 71/8 73/7
76/13 77/15 86/4 86/8 93/7
AGREE [2] 32/2 94/9
AGREED [1] 93/15
AGREEMENT [3] 95/10 96/2
96/9
AHEAD [3] 32/22 82/5 85/24
AIR [2] 45/15 75/23
AIRLINES [2] 86/15 87/16
AIRPORT [7] 84/1 84/2 86/16
89/24 100/23 106/11 106/14
AIRPORTS [1] 84/3
AJ [42] 41/18 42/15 42/22
43/11 43/12 43/20 43/23
44/2 44/6 44/9 44/13 44/17
44/20 45/8 45/16 46/3 46/6
46/11 48/6 48/14 48/18
48/21 49/14 51/8 51/8 51/10
51/22 52/23 54/16 58/16
109/22 109/23 109/24
109/25 110/5 110/6 110/7
110/8 110/9 110/10 110/11
110/12
AJ-2 [4] 41/18 42/15 42/22
109/22
AJ-67 [4] 44/2 44/6 44/9
109/24
AJ-68 [3] 43/20 43/23 109/23
AJ-SW-73 [1] 46/11
AJ-SW-74 [4] 51/8 51/10 58/16
110/11
AJ-SW-75 [3] 51/8 51/22
110/12
AJ-SW-76 [4] 46/3 46/6 48/6
110/7
AJ-SW-77 [4] 48/14 48/18
48/21 110/8
AJ-SW-78 [2] 54/16 110/9
AJ-SW-79 [3] 49/14 52/23
110/10
AJ-SW-80 [4] 44/13 44/17
44/20 109/25
AJ-SW-81 [2] 45/8 110/5
AJ-SW-82 [2] 45/16 110/6
ALL [41] 24/19 26/16 27/5
28/1 29/18 32/18 34/3 34/8
35/6 35/10 35/18 36/8 37/10
42/14 46/20 48/21 50/2
55/18 63/6 66/20 69/7 70/17
71/4 18 73/16 73/25 80/7 80/8
80/9 81/6 81/10 81/18 83/12
87/4 90/6 91/4 95/20 97/21
104/8 104/10 105/1 108/16
ALLEGE [1] 56/18
ALLEGED [1] 22/8
ALLOW [2] 76/9 99/4
ALLOWED [1] 27/13
ALMOST [3] 56/5 56/7 90/20
ALONG [1] 35/7
ALREADY [4] 34/9 48/16 71/15
71/17

ALSO [15] 22/10 23/13 25/25
28/24 30/5 37/38/6 38/12 39/8
39/25 48/3 83/7 91/22 91/25
98/24 104/19
ALTERNATIVE [1] 28/24
ALTHOUGH [4] 28/8 30/7 44/12
71/18
ALUMINUM [1] 105/5
ALWAYS [2] 99/8 99/20
AM [6] 35/14 58/1 58/5 64/25
65/19 80/19
AMERICA [1] 1/3
AMERICAN [2] 31/7 102/1
AMPLE [1] 91/4
ANDERSON [1] 23/17
ANDRESON [2] 23/15 23/16
ANOTHER [19] 24/16 24/22
38/20 39/8 39/22 46/10
57/12 59/3 59/23 77/13
81/19 81/22 85/1 85/2 92/23
92/24 100/18 101/7 105/3
ANSWER [1] 57/9
ANTENNA [2] 71/2 71/3
ANTENNAS [1] 71/11
ANTOINE [14] 1/5 1/15 2/3
84/10 94/9 94/13 94/18
94/24 95/2 96/7 96/9 96/21
103/6 103/9
ANY [60] 22/5 27/4 31/9
31/12 32/9 32/24 34/1 38/7
38/14 38/21 39/12 39/23
40/15 51/2 51/5 57/3 57/5
61/25 62/19 63/23 64/18
65/5 66/9 66/11 66/12 66/14
67/15 68/8 68/14 68/23
72/14 72/15 72/16 72/21
73/7 73/8 73/10 73/10 73/21
73/21 73/22 75/15 75/20
76/9 76/12 76/13 77/16
77/23 77/23 78/6 81/10 88/6
97/4 97/9 100/6 101/21
102/8 104/8 105/2 106/21
ANYBODY [24] 32/10 53/2 54/2
54/3 55/6 55/8 56/21 57/21
60/16 63/9 66/17 66/20 72/2
72/12 72/14 73/7 73/21
73/21 73/21 76/9 76/23 78/6
104/15 106/22
ANYONE [5] 57/14 57/18 57/21
86/18 107/2
ANYTHING [16] 21/22 22/3
32/16 32/23 33/16 47/1
67/12 71/20 75/10 87/2 99/7
103/16 104/13 104/23
106/21 107/5
APARTMENT [16] 90/15 90/18
90/21 90/23 91/14 91/22
92/2 93/11 94/19 94/23
95/24 96/10 96/11 96/20
97/1 97/5
APARTMENTS [7] 90/24 91/2
91/13 92/6 94/12 94/17 95/3
APOLOGIZE [2] 22/2 32/20
APP [1] 23/19
APPEALS [1] 22/19
APPEARANCES [1] 1/11
APPEARED [1] 92/18
APPLICATION [3] 29/6 94/13
95/24
APPLIED [4] 25/24 26/19 46/14
96/25
APPLIES [2] 26/2 28/25
APPORT [1] 88/18

# A

APPROXIMATION [1] 86/13
ARCHER [1] 28/20
ARCHIBALD [1] 28/21
ARE [39] 24/23 28/22 28/25
30/16 32/21 33/11 33/17
33/21 34/8 36/2 40/19 41/21
42/11 42/25 42/25 44/13
45/15 52/17 53/16 53/19
55/15 63/14 70/10 70/14
71/19 72/4 77/3 77/8 81/15
82/15 83/14 95/4 96/4 96/19
96/22 98/22 98/23 106/1
107/10
AREN'T [2] 42/11 71/19
ARGUE [1] 72/6
ARGUING [2] 73/3 73/25
ARGUMENT [1] 27/3
ARM [1] 86/24
AROUND [14] 28/11 62/13
66/18 71/22 71/23 72/2
74/14 76/13 76/13 78/1 78/7
90/19 99/12 101/18
ARRESTED [2] 64/9 77/25
ARRIVE [2] 90/17 106/15
ARRIVED [3] 86/18 92/3 92/24
ARRIVING [1] 86/10
ARTICLES [1] 106/21
ARUNDEL [2] 90/2 90/3
AS [17] 21/25 26/22 28/24
28/25 36/5 49/7 50/5 77/9
78/11 83/12 94/2 94/4 96/6
97/9 97/23 103/2 106/22
ASHTRAY [1] 23/3
ASK [6] 40/12 47/7 73/3 76/1
76/24 104/22
ASKED [2] 59/23 73/15
ASKING [7] 53/16 53/17 53/21
66/17 66/20 72/10 80/14
ASSIGN [1] 39/2
ASSIGNED [1] 39/3
ASSIST [1] 100/1
ASSOCIATED [9] 40/13 40/15
46/16 47/6 47/20 48/3 48/7
50/11 79/5
ASSUME [1] 30/20
ATTENTION [1] 84/9
ATTORNEY [2] 107/11 108/5
ATTORNEY'S [1] 1/12
ATTORNEYS [1] 108/4
AUSA [1] 1/12
AUTHORED [1] 22/19
AUTHORITY [2] 46/21 78/15
AUTHORIZED [1] 41/13
AVAILABLE [1] 28/12
AVENUE [9] 1/17 97/7 98/2
98/10 100/18 101/12 102/22
103/12 103/16
AWARE [3] 41/2 41/2 46/9

# B

BACK [22] 26/24 30/20 41/6
52/19 55/2 57/22 63/6 66/7
67/23 69/25 70/20 82/20
83/5 90/15 91/19 91/21
97/18 100/15 104/4 106/10
106/13 106/14
BADGE [1] 77/7
BAGGAGE [2] 86/8 88/19
BAGS [9] 104/18 104/19
104/20 104/20 105/11
105/11 106/1 106/2 106/5

BAIL [1] 107/19
BALTIMORE [6] 1/7 1/18 2/19
84/1 100/23 106/11 106/14
BALTIMORE-WASHINGTON [4]
84/1 100/23 106/11 106/14
BAR [1] 90/7
BARRONE [5] 36/24 38/3 38/16
89/9 100/15
BARROW [3] 89/19 89/21
101/9
BASE [1] 41/7
BASEBALL [1] 92/18
BASED [3] 42/7 67/1 87/13
BASEMENT [1] 104/4
BASICALLY [10] 69/10 71/3
85/10 86/9 90/25 100/3
101/15 104/3 104/8 104/10
BASIS [4] 28/24 41/24 85/14
87/9
BE [51] 22/8 22/16 22/16
23/1 23/1 23/3 23/5 25/14
25/15 25/19 25/23 26/7
26/13 26/16 27/8 27/22
28/19 28/23 29/8 29/13
29/14 30/17 30/24 31/8
33/19 33/20 34/19 39/3
43/14 51/9 53/23 56/19
62/15 67/21 69/1 69/18
72/12 82/2 82/21 83/11 88/4
92/19 93/22 93/22 95/23
102/21 103/22 105/14
106/16 106/20 107/24
BEARING [1] 22/6
BECAME [4] 25/22 37/23 50/21
83/5
BECAUSE [15] 25/1 27/8 28/10
29/23 30/1 30/9 60/12 64/23
67/20 69/3 69/18 69/23 75/5
89/20 104/1
BECOMING [1] 83/3
BEDROOM [3] 104/8 104/21
106/7
BEDROOMS [3] 104/7 104/11
104/18
BEEN [24] 21/23 21/25 23/4
25/10 25/21 27/24 27/24
27/25 28/8 28/11 30/6 34/9
42/8 42/20 43/16 54/6 57/9
60/18 77/4 80/18 82/19
101/16 103/2 107/9
BEFORE [21] 1/9 26/10 27/9
28/13 29/9 29/20 31/18 42/8
42/21 55/7 55/25 57/4 62/17
80/8 81/9 93/25 98/14 100/9
100/10 103/2 107/5
BEGIN [3] 44/21 84/10 84/20
BEGINNING [1] 94/20
BEHALF [5] 30/7 109/4 109/12
110/4 111/4
BEHIND [2] 30/4 30/12
BEING [5] 24/4 38/9 89/22
98/23 99/1
BELIEF [2] 66/25 67/1
BELIEVE [37] 22/5 22/17 24/25
27/14 27/20 28/22 28/24
39/24 42/5 44/24 54/6 54/14
54/21 55/3 56/1 56/2 56/2
56/7 57/17 59/19 59/20 60/4
60/4 62/5 65/22 65/24 66/16
66/24 67/18 68/11 69/1 75/3
75/4 81/10 98/14 102/24
103/21
BELL [1] 77/10

BELONGED [2] 64/7 64/8
BELONGING [3] 39/8 48/25 49/1
BELONGS [2] 56/9 56/9
BELT [1] 87/1
BERMEA [5] 38/3 38/17 49/13
71/22 79/7
BERMEA'S [5] 66/3 66/5 67/17
68/10 69/6
BESIDES [2] 65/9 73/22
BEST [1] 76/12
BETTER [1] 99/15
BETWEEN [4] 90/20 94/1 99/17
99/17
BEYOND [1] 73/13
BIG [5] 72/5 72/5 72/7 78/22
104/7
BLACK [2] 86/23 86/24
BLANKET [1] 105/3
BOOTS [1] 86/25
BORDER [3] 84/7 85/7 85/8
BOTH [7] 22/12 23/19 46/15
46/21 87/17 108/12 108/13
BOWIE [1] 98/2
BOX [10] 43/15 50/11 50/13
50/19 101/25 102/4 102/20
103/1 103/4 109/23
BOXES [1] 104/19
BREAK [9] 29/22 81/19 81/20
105/20 106/16 107/5 108/7
108/8 108/20
BREAKFAST [2] 106/23 106/23
BRIAN [1] 1/16
BRIBERY [1] 83/9
BRIEF [1] 81/25
BRIEFLY [4] 26/13 31/16 83/2
90/21
BRING [6] 21/20 29/2 29/2
31/16 32/14 42/1
BRINGING [1] 32/22
BROKE [1] 104/3
BROUGHT [1] 29/20
BROWN [5] 97/6 97/12 97/17
97/18 97/18
BUILDING [3] 76/24 91/17
97/16
BUILDINGS [1] 91/4
BURIAL [1] 23/5
BUSINESS [8] 94/11 94/11
94/15 94/16 94/21 94/22
97/19 97/20
BUSTER'S [1] 90/8
BUTCHER [1] 69/3
BUZZ [1] 77/10
BWI [4] 84/2 84/23 85/3
86/10

# C

CALENDAR [1] 22/24
CALL [11] 31/21 31/22 38/3
49/23 49/25 50/23 77/5 99/8
99/20 106/10 106/12
CALLED [5] 23/10 23/14 33/11
82/21 99/19
CALLING [5] 56/15 56/16 60/18
87/24 98/23
CALLS [14] 36/9 36/9 36/9
36/17 38/13 38/14 38/21
47/13 47/21 48/4 51/19 52/5
75/21 98/22
CAME [10] 43/16 44/3 86/21
90/15 99/10 100/5 100/6
100/15 100/20 100/21
CAN [28] 21/21 24/2 25/17

**CAN...** [25] 26/15 31/16 39/6 42/4 45/16 48/7 50/13 50/14 66/9 67/15 67/23 68/4 68/15 69/7 76/23 79/2 81/19 82/3 83/2 86/22 94/4 95/21 96/6 97/3 107/12
**CAN'T** [5] 31/4 72/6 73/12 98/21 108/2
**CANDLES** [1] 104/13
**CAPS** [1] 92/18
**CAPTURED** [1] 74/16
**CAPTURING** [1] 56/15
**CAR** [13] 62/15 88/20 88/21 88/23 89/5 89/17 89/23 90/1 90/2 90/5 90/10 92/13 92/16
**CARAVAN** [1] 96/23
**CARD** [2] 50/9 89/2
**CAREFUL** [1] 106/20
**CARRYING** [1] 87/2
**CARS** [4] 86/6 96/19 96/22 100/4
**CASE** [34] 1/3 2/2 21/25 22/5 22/14 22/15 22/18 22/22 23/9 23/9 23/11 23/13 23/20 24/1 25/20 25/24 25/25 28/20 29/8 29/10 29/14 29/17 30/17 32/8 32/10 75/5 75/18 80/17 80/20 80/21 80/23 81/5 107/9 107/11
**CASES** [1] 58/20
**CAUGHT** [1] 72/12
**CAUSE** [4] 22/13 22/17 22/22 26/23
**CAUSED** [1] 84/20
**CAUTION** [5] 25/5 28/4 28/6 29/22 31/2
**CELL** [30] 21/24 28/7 33/22 35/25 40/13 40/14 40/19 46/16 46/21 51/17 51/25 53/25 79/1 98/19 98/19 98/20 98/24 98/25 99/4 109/13 109/14 109/15 109/16 109/17 109/18 109/19 109/20 109/21 109/23 110/7
**CELLAR** [1] 23/5
**CELLULAR** [2] 43/15 45/25
**CENTER** [4] 94/12 94/17 94/23 95/2
**CERTAIN** [1] 75/5
**CERTAINLY** [2] 28/10 28/14
**CERTIFICATE** [2] 43/1 111/14
**CERTIFY** [1] 111/16
**CETERA** [1] 23/2
**CHAIN** [1] 28/14
**CHAMBERS** [1] 30/21
**CHANGED** [1] 50/9
**CHANGES** [1] 82/22
**CHARACTER** [1] 22/25
**CHARGE** [1] 25/3
**CHARGED** [2] 72/4 73/1
**CHARGER** [2] 50/15 50/17
**CHARLEY** [7] 38/9 38/9 38/10 40/9 40/11 49/2 79/9
**CHART** [4] 35/6 35/15 37/9 38/12
**CHARTS** [1] 37/6
**CHECK** [19] 55/15 56/20 57/3 57/3 57/6 57/8 57/15 57/18 59/3 59/18 59/23 60/2 65/16 71/4 71/4 71/8 95/2 95/15

96/7
**CHECKED** [4] 55/14 55/20 64/9 65/17
**CHEROKEE** [10] 40/24 41/12 45/7 45/13 46/1 54/22 59/4 59/6 62/8 96/23
**CHIEF** [4] 23/8 23/12 23/25 83/1
**CIGARETTE** [1] 23/3
**CIRCLE** [9] 90/16 90/17 90/21 91/13 91/15 91/22 94/19 96/2 96/19
**CIRCUIT** [2] 26/1 28/20
**CIRCUMSTANCES** [1] 22/14
**CITED** [3] 22/1 22/18 23/13
**CITES** [1] 23/19
**CITING** [2] 25/25 28/20
**CLAIM** [2] 86/8 88/19
**CLARIFY** [1] 42/3
**CLEAN** [1] 92/18
**CLEAN-CUT** [1] 92/18
**CLEANING** [1] 23/4
**CLEAR** [1] 100/17
**CLEARLY** [1] 26/4
**CLOCK** [1] 22/25
**CLOSE** [7] 30/4 30/8 84/25 86/14 86/17 99/18 108/5
**CLOSED** [1] 105/1
**CLOTHING** [1] 31/14
**CLOUDY** [1] 91/14
**CLUB** [2] 102/21 102/23
**COCAINE** [1] 71/16
**COCKTAIL** [1] 23/3
**COLLECTED** [1] 71/15
**COLLECTING** [1] 70/15
**COLORED** [3] 86/23 86/25 86/25
**COLUMBIA** [1] 1/1
**COLUMN** [2] 35/7 35/8
**COMBINATION** [1] 77/14
**COME** [11] 34/18 45/20 46/14 54/3 76/10 76/14 86/4 86/19 88/20 100/21 101/22
**COMES** [2] 75/6 80/15
**COMING** [7] 21/24 33/19 84/5 84/22 85/3 86/7 99/15
**COMMERCIAL** [1] 97/21
**COMMON** [1] 51/5
**COMMUNITY** [1] 90/24
**COMPANIES** [2] 50/8 97/10
**COMPANY** [5] 35/12 75/17 80/15 97/20 97/22
**COMPARTMENT** [2] 45/12 45/18
**COMPLEX** [10] 90/3 90/16 90/18 90/22 90/23 91/15 91/22 92/2 92/3 96/20
**Compound** [1] 72/18
**COMPUTER** [1] 1/24
**CONCEPT** [2] 22/6 27/5
**CONCERN** [1] 32/7
**CONCERNED** [1] 30/9
**CONCERNING** [1] 30/18
**CONCERNS** [1] 108/17
**CONCLUDED** [1] 21/19
**CONDITION** [1] 50/17
**CONFERENCE** [2] 2/4 21/19
**CONFUSED** [1] 27/6
**CONNECT** [6] 35/8 35/9 35/13 38/24 39/1 39/4
**CONNECTED** [3] 39/13 40/14 40/15
**CONNECTICUT** [1] 1/17
**CONNECTION** [1] 51/2

**CONSIDERED** [2] 27/18 84/7
**CONSPIRACY** [5] 72/4 72/12 72/22 73/1 73/23
**CONT'D** [7] 33/2 110/1 110/2 110/4 111/1 111/2 111/4
**CONTACT** [27] 25/4 25/4 26/8 26/16 27/22 28/3 34/20 35/20 36/1 36/1 36/10 37/22 37/23 38/7 38/21 38/25 39/12 39/23 46/16 47/1 48/24 49/1 49/7 49/16 49/24 50/25 51/5 51/16 52/2 53/19 63/14 78/1 78/7 78/24 79/3 79/12 79/20
**CONTACTS** [9] 21/24 27/14 36/9 37/7 38/13 38/14 39/14 51/25 67/20
**CONTAIN** [1] 44/23
**CONTAINED** [4] 25/4 28/17 35/17 50/19
**CONTENTS** [5] 26/6 27/13 28/7 28/22 33/17
**CONTINUE** [4] 86/2 92/7 92/24 103/25
**CONTINUED** [1] 97/23
**CONTRABAND** [1] 83/25
**CONTROL** [7] 76/5 76/18 77/5 77/8 77/15 77/18 80/12
**CONTROLLED** [2] 74/21 74/25
**CONVERSATIONS** [1] 31/12
**COOPERATORS** [1] 67/3
**COORDINATE** [1] 31/14
**COPY** [2] 23/24 95/1
**CORPSE** [1] 23/5
**CORREA** [1] 68/5
**CORRECT** [26] 26/11 36/3 36/4 37/18 46/18 46/22 46/23 48/11 48/12 50/6 54/1 54/9 54/25 55/11 55/24 56/1 57/13 58/6 60/13 62/12 74/12 76/3 76/4 77/21 77/22 111/17
**CORRECTLY** [1] 24/3
**CORRESPONDING** [1] 35/9
**COULD** [53] 28/14 30/10 30/11 30/24 34/14 16 35/5 35/24 36/14 36/18 38/5 38/18 38/24 39/21 42/3 44/20 45/14 45/23 47/4 47/18 48/1 49/17 51/16 52/2 52/8 53/12 53/15 53/18 54/2 56/21 61/13 66/7 66/15 66/16 66/18 72/12 74/14 75/1 75/15 75/20 77/2 78/14 79/11 82/11 82/14 85/5 89/16 90/21 91/3 95/20 108/8 108/9 108/10 108/13
**COULDN'T** [3] 65/6 65/11 104/3
**COUNSEL** [1] 107/11
**COUNTER** [4] 77/11 77/11 77/12 104/14
**COUPLE** [1] 99/18
**COURSE** [7] 22/16 36/20 42/19 49/9 94/11 94/16 94/22
**COURT** [19] 1/1 1/20 21/19 22/4 22/11 22/19 23/8 23/21 23/23 23/25 27/8 27/18 31/3 33/16 41/12 82/12 84/13 107/22 108/22
**Court's** [2] 52/8 107/14
**COURTHOUSE** [1] 1/20
**COURTROOM** [1] 32/3
**COVERED** [2] 105/2 105/5

**C**

COVERING [1] 105/2
COVERINGS [1] 104/25
CREAM [1] 86/25
CREAM-COLORED [1] 86/25
CREATE [5] 34/24 35/3 35/15 36/5 75/23
CREATED [2] 82/20 82/22
CREDIBILITY [1] 81/11
CRIME [1] 22/25
CRIMINAL [4] 1/3 2/2 22/25 83/9
CRITERION [1] 22/21
CRITICAL [1] 28/16
CROSS [3] 32/1 52/15 109/3
CROSS-EXAMINATION [1] 52/15
CURIOUS [1] 56/19
CURRENT [1] 82/25
CURRENTLY [4] 82/15 82/16 83/14 83/15
CUSTODY [3] 28/14 76/5 76/18
Customs [4] 82/24 83/11 83/12 83/12
CUT [2] 56/12 92/18

**D**

D.C [7] 1/7 1/21 33/9 97/7 97/8 97/20 102/22
DAMAGE [1] 104/2
Daniel [1] 39/24
DARK [4] 86/23 87/1 87/1 92/17
Darlene [1] 1/12
DATA [1] 75/17
DATABASES [1] 97/21
DATE [4] 41/9 45/6 59/8 111/23
DATED [3] 27/16 27/17 95/3
Dave [1] 90/8
DAY [12] 1/9 23/4 65/20 65/21 89/24 92/10 101/24 103/5 103/5 107/13 107/22 108/15
DAYS [4] 70/6 70/6 70/7 108/11
DC [2] 1/13 1/18
DEAL [1] 78/23
DEALS [2] 22/6 22/12
DEBRIEFED [1] 93/1
DECADES [1] 23/6
DECIDE [2] 54/7 59/12
DECIDED [1] 28/9
DECIDES [1] 63/4
DEFENDANT [13] 1/6 1/15 35/25 40/13 40/14 84/18 89/11 93/15 94/8 96/25 97/4 98/4 105/15
DEFINITIVELY [1] 28/9
DEGREE [1] 22/21
Delaware [5] 89/4 89/22 100/11 100/11 101/7
DeLeon [1] 39/25
DEMONSTRATE [1] 79/19
DEMONSTRATES [1] 79/3
DEMONSTRATING [2] 25/8 79/12
DENIED [1] 28/23
DEPARTED [1] 102/3
Department [1] 83/6
DEPENDS [1] 22/14
DEPICTED [3] 47/8 47/15 47/23
DEPOSITION [1] 107/10

DESCRIBE [8] 77/2 83/2 86/22 90/6 91/12 91/23 95/15 103/3 103/18
DETECTIVE [12] 31/19 46/18 57/15 60/5 63/4 65/19 65/22 65/24 65/25 73/4 77/21 77/24
DETECTIVES [3] 58/20 65/5 65/9
DETERMINE [2] 50/13 51/1
DETERMINING [1] 22/21
DEVICE [3] 99/8 99/8 99/13
DIALED [3] 36/9 36/17 98/23
DID [126]
DIDN'T [18] 31/12 32/9 61/17 62/1 63/5 66/17 70/1 71/18 72/23 87/2 88/18 97/15 97/15 104/1 104/12 104/15 105/2 105/7
DIFFERENCE [3] 72/5 72/7 72/9
DIFFERENT [5] 70/11 83/2 83/8 83/9 87/23
DIGIT [3] 39/4 100/13 100/13
DILIGENCE [1] 26/7
DIRECT [11] 33/2 35/8 35/9 35/12 38/24 39/1 39/4 73/25 82/7 84/9 109/3
DISAGREEMENT [1] 94/1
DISAPPEAR [1] 23/7
DISCUSS [1] 107/1
DISCUSSED [3] 40/20 42/8 48/16
DISCUSSING [1] 30/17
Discussion [1] 108/19
DISHES [1] 104/14
DISTINGUISHED [1] 23/9
DISTINGUISHES [1] 24/1
DISTINGUISHES THE [1] 24/1
DISTRIBUTED [3] 72/1 72/11 72/13
DISTRIBUTING [4] 71/16 71/17 71/20 73/14
DISTRICT [4] 1/1 1/1 1/10 1/20
Division [1] 99/10
DMV [19] 89/11 89/12 89/13 89/16 89/17 89/23 100/25 101/2 101/5 102/7 102/10 102/11 102/13 102/17 103/2 103/7 110/14 111/6 111/9
DMV-3 [6] 102/7 102/11 102/13 102/17 103/2 111/9
DMV-6 [6] 89/11 89/12 89/13 89/16 89/17 110/14
DMV-7 [4] 100/25 101/2 101/5 111/6
DO [93] 21/21 22/5 22/24 23/6 25/5 26/13 28/8 31/3 31/4 33/19 34/11 34/13 34/13 34/22 36/25 36/25 37/14 37/22 39/6 39/18 40/23 41/18 41/20 42/14 43/7 43/14 44/2 45/6 46/24 47/7 47/15 47/23 50/3 50/7 53/6 55/4 56/1 57/17 58/2 58/4 59/25 60/2 61/19 61/20 61/21 61/23 63/23 64/3 64/7 64/8 64/17 64/20 64/22 65/23 67/12 67/18 67/19 68/11 68/12 68/25 69/16 69/18 69/19 70/8 70/12 71/20 74/20 76/20 77/15 77/23 79/17 81/9 81/18

84/11 85/9 87/11 88/12 88/15 89/3 92/13 95/22 96/1 97/9 100/1 101/12 102/23 103/16 106/12 106/20 107/1 107/19 108/7 108/16
DOCUMENT [3] 96/20 101/5 109/22
DOCUMENTS [5] 70/8 70/11 93/11 95/19 96/24
DOES [10] 29/12 44/23 45/3 69/24 70/9 79/19 82/23 99/13 101/6 108/2
DOESN'T [5] 28/15 40/7 53/7 69/23 73/24
DOING [5] 44/24 52/17 83/7 83/14 101/24
DON'T [52] 23/24 27/4 29/5 29/17 30/1 30/8 31/9 37/15 37/19 39/16 44/24 50/8 50/17 54/6 54/21 56/2 59/8 60/5 60/23 60/24 61/5 61/6 61/18 61/23 62/2 62/2 62/15 64/2 64/3 64/11 64/14 66/16 67/7 67/24 68/6 69/13 69/14 69/16 71/25 72/19 72/22 73/22 74/8 74/9 74/9 75/3 75/4 80/13 85/20 93/5 107/14 107/21
DONE [3] 26/10 81/14 107/15
DOOR [7] 29/24 86/7 104/1 104/2 104/3 105/4 105/5
DOORWAY [1] 30/20
DOWN [6] 74/10 74/10 76/24 77/9 99/25 100/4
DRAWN [1] 105/1
DRIVE [11] 34/17 38/6 39/22 40/16 47/6 51/3 62/13 69/14 69/21 71/7 77/20
DRIVER's [1] 45/12
DRIVEWAY [1] 100/8
DRIVING [1] 99/12
DRUG [4] 83/9 83/13 83/13 83/25
DRUG-RELATED [1] 83/13
DRUGS [13] 72/2 72/3 72/11 72/13 72/14 72/15 72/16 72/21 73/8 73/10 73/14 73/21 73/22
DUCT [2] 105/12 106/2
DUE [1] 26/7
DUFFLE [3] 104/18 105/11 106/1
DURING [6] 29/22 36/20 49/9 73/20 83/19 103/23

**E**

EACH [2] 30/24 30/25
EARLIER [2] 40/20 70/21
EARLIEST [1] 50/23
EARLY [2] 92/21 101/15
EASILY [2] 53/13 66/6
EDUCATED [4] 67/25 68/3 69/7 69/11
EDUCATION [1] 68/12
EENIE [3] 64/15 67/23 67/25
EIGHT [4] 34/8 43/10 43/21 43/22
EITHER [7] 35/12 36/8 65/19 78/4 86/7 107/16 107/17
ELEVATOR [2] 30/22 30/23
ELEVATORS [1] 91/1
ELEVEN [2] 90/19 90/20
ELICITING [1] 40/6

# E

ELIMINATION [2] 67/21 69/9
ELLEN [1] 1/9
ELSE [7] 32/16 33/16 65/9
 69/24 76/9 99/7 107/5
ELSE's [1] 29/17
EMPLOYED [1] 82/15
EMPLOYER [2] 97/6 97/7
EMPLOYERS [2] 96/25 97/4
EMPTY [2] 104/16 104/19
ENDED [1] 90/2
ENFORCEMENT [3] 65/13 70/14
 82/24
ENLISTED [1] 99/9
ENOUGH [2] 73/24 99/4
ENSURE [1] 77/3
ENTERED [3] 32/3 92/5 104/4
ENTERTAINMENT [2] 90/8 90/8
ENTIRE [2] 42/18 85/10
ENTITLED [1] 111/18
ENTRY [3] 62/16 84/4 84/8
ERRIN [1] 1/16
ESPECIALLY [1] 32/1
ESSENTIALLY [1] 83/20
ESTABLISHED [2] 28/18 71/15
ESTABLISHMENT [1] 90/12
ET [1] 23/1
EVAPORATION [1] 22/21
EVEN [6] 26/23 59/3 69/10
 84/5 99/16 104/10
EVENING [5] 85/4 90/19
 101/14 103/22 106/23
EVENTUALLY [3] 89/5 90/12
 103/11
EVER [6] 55/6 55/25 72/15
 83/17 92/23 93/10
EVERY [3] 22/18 91/2 104/24
EVERYBODY [3] 32/22 52/14
 69/24
EVERYONE [1] 30/16
EVERYTHING [3] 30/10 41/25
 67/4
EVIDENCE [81] 22/7 22/15
 22/23 24/25 25/14 25/18
 27/21 27/21 28/19 33/10
 34/6 34/9 35/24 41/7 41/15
 42/23 43/19 43/24 44/5
 44/10 44/14 44/18 46/2 46/7
 48/13 48/19 51/7 51/11
 55/18 55/19 55/20 55/22
 55/22 55/25 56/17 56/24
 56/25 58/5 58/7 58/11 63/18
 65/21 70/16 72/14 72/15
 73/16 76/10 76/14 76/17
 76/21 76/25 77/4 77/5 77/5
 77/8 77/10 77/12 77/13
 77/15 77/18 77/18 77/23
 78/6 78/11 79/3 79/11 79/22
 81/8 88/2 88/5 88/10 89/11
 89/14 91/9 94/7 95/17 98/7
 101/3 102/17 105/14 105/18
EVOLVED [1] 28/7
Ex [2] 2/4 21/19
EXACTLY [3] 65/6 85/6 99/5
EXAMINATION [7] 32/1 33/2
 52/15 75/11 80/5 80/25 82/7
EXAMPLE [1] 70/14
EXCEPTION [1] 28/25
EXCLAMATION [1] 49/19
EXCUSED [4] 81/16 81/17
 106/25 107/4
EXECUTED [4] 24/4 24/13

103/22 103/22
EXECUTING [1] 106/8
EXERCISED [2] 25/5 26/6
EXHIBIT [59] 25/2 34/5 34/10
 34/24 35/3 35/14 36/5 37/22
 38/18 39/18 39/19 41/18
 42/15 42/22 43/7 43/20
 43/23 44/2 44/6 44/9 44/13
 44/17 45/16 45/21 46/3 46/6
 46/11 47/7 47/8 48/14 48/18
 49/3 49/14 50/2 51/1 51/10
 51/13 51/22 52/22 52/23
 54/15 88/3 88/9 88/12 89/13
 91/8 91/11 94/6 94/10 94/15
 94/21 95/1 95/16 95/22 98/6
 101/2 102/6 102/16 105/17
EXHIBITS [7] 33/11 51/8 95/4
 105/14 109/10 110/2 111/2
EXIST [1] 97/15
EXIT [2] 86/9 88/18
EXITED [1] 88/18
EXPERIENCE [9] 56/12 70/12
 70/13 70/13 70/17 71/2
 71/10 72/10 97/9
EXPERIENCED [5] 57/7 57/14
 70/8 70/10 71/8
EXPLAIN [6] 35/24 38/24 71/14
 79/2 79/11 85/5
EXTENT [1] 28/13
EXTERIOR [1] 90/25
EYE [1] 29/25

# F

F.3D [1] 28/21
FACING [2] 67/4 67/7
FACT [15] 46/9 46/24 49/23
 69/12 69/13 69/14 69/15
 69/15 69/16 71/21 72/3 73/3
 73/18 78/20 78/23
FACTS [15] 24/3 25/7 26/22
 26/22 26/23 27/4 71/20
 71/21 72/1 72/13 73/19
 73/22 94/2 94/4 94/9
FAIR [2] 27/21 28/18
FAITH [2] 26/1 28/25
FBI [15] 25/11 25/21 33/8
 40/24 41/6 58/20 75/15
 75/20 76/4 76/6 76/12 76/18
 76/20 76/24 77/4
FEATURE [2] 38/25 39/1
February [5] 84/9 98/14
 98/15 100/22 103/23
FEET [3] 30/12 99/17 99/18
FELLOW [1] 86/4
FEMALE [2] 31/6 31/7
FIFTY [2] 70/6 70/7
FIFTY-ONE [1] 70/7
FIFTY-SOME [1] 70/6
FIGURE [1] 107/17
FILE [3] 22/3 29/5 29/12
FILED [5] 21/23 21/25 27/8
 29/8 29/14
FINANCIAL [1] 83/10
FIND [13] 51/7 55/25 62/18
 62/21 65/5 72/15 72/21 73/8
 73/10 93/7 93/8 101/13
 107/12
FINE [4] 31/13 32/12 32/18
 106/18
FINGERPRINTS [1] 61/25
FINISH [6] 31/20 31/23 31/25
 74/2 105/19 105/22
FINISHED [1] 106/13

FIRST [17] 37/5 37/6 37/8
 49/7 57/9 62/11 59/22
 92/12 93/18 95/19 95/22
 96/9 97/6 100/20 100/21
 101/24 103/5
FISH [3] 99/8 99/20 99/22
FIVE [5] 30/5 30/12 81/21
 81/23 102/3
FIVE-MINUTE [1] 81/21
FIXED [1] 22/13
FLIES [1] 86/15
FLIGHT [6] 85/2 86/7 86/10
 86/18 86/19 88/16
FLOOR [5] 29/23 30/1 30/16
 91/2 92/5
FLYING [4] 84/22 84/25 86/14
 106/10
FOCUS [1] 96/9
FOIL [1] 105/5
FOLDED [1] 86/24
FOLLOWING [3] 22/4 94/9
 101/20
FOOD [2] 104/20 106/5
FOOT [1] 100/3
FOREGOING [1] 111/16
FORMS [1] 96/4
FORMULA [1] 22/13
FOUND [20] 23/10 24/3 27/22
 28/19 51/17 62/23 64/5
 64/25 65/6 65/8 65/13 65/15
 81/8 89/21 93/10 103/7
 104/17 104/18 104/20 106/6
FOUNDATION [1] 87/10
FOUR [6] 87/23 91/2 104/7
 107/18 107/20 108/10
FOURTH [3] 1/13 29/23 30/1
Francisco [2] 87/7 87/19
FRANKLY [1] 28/5
FRAUD [1] 83/7
FRESHENERS [1] 45/15
Friday [10] 85/3 90/19 100/22
 101/20 103/21 103/22
 103/23 103/24 107/18
 107/20
FRONT [7] 45/12 51/13 55/22
 91/4 92/4 105/4 107/9
FUNCTION [1] 22/23
FUNNY [3] 23/18 88/24 89/1
FURNITURE [2] 104/8 104/9
FURTHER [4] 21/22 52/12
 75/10 79/25

# G

GAMES [1] 90/9
GARAGE [1] 41/3
Garcia [5] 36/19 49/25 53/5
 53/6 53/6
GARDEN [1] 90/24
GATE [8] 85/11 85/12 85/22
 86/2 86/3 86/9 86/10 106/15
GATED [1] 90/23
GENERAL [3] 76/23 99/2
 107/11
General's [1] 108/5
GENTLEMAN [2] 30/5 30/22
GENTLEMEN [5] 32/20 45/23
 81/18 93/25 106/19
GET [14] 25/17 27/13 67/9
 67/11 74/15 77/17 77/17
 78/10 78/14 78/18 80/10
 92/23 97/4 107/15
GETS [2] 29/24 99/16
GETTING [2] 27/6 41/25

## G

**GIVE [5]** 23/19 71/21 72/14 73/21 77/9
**GIVEN [1]** 105/6
**GIVES [3]** 98/21 98/24 99/2
**GO [35]** 28/3 28/14 28/15 32/21 52/19 53/13 53/18 59/12 59/17 63/6 63/6 63/17 63/18 68/16 73/24 74/25 77/9 77/11 79/15 81/19 81/19 81/19 81/22 82/5 85/24 86/7 88/19 90/10 90/14 90/25 91/1 91/3 92/5 108/12 108/13
**GOES [6]** 30/20 77/13 87/22 87/23 87/24 88/8
**GOING [32]** 25/14 25/15 25/19 25/23 26/25 27/3 29/8 31/23 32/13 34/8 35/14 47/7 52/19 53/23 57/8 57/10 63/17 63/18 69/3 70/15 72/17 80/24 81/21 81/22 82/21 90/2 91/3 93/16 95/4 95/19 105/7 107/24
**GONZALEZ [3]** 68/5 87/7 87/20
**Gonzalez's [1]** 69/6
**Gonzalez-Ruan [2]** 87/7 87/20
**GOOD [11]** 26/1 28/21 28/25 33/4 33/5 52/18 82/9 82/10 106/16 106/23 108/15
**GOODS [1]** 84/5
**GOT [13]** 24/22 59/16 71/10 77/10 77/10 80/12 88/15 90/6 95/21 100/3 101/25 102/1 104/1
**GOTTEN [1]** 98/20
**Government [31]** 1/12 21/20 25/2 26/4 26/18 27/13 28/1 28/2 31/2 33/1 48/10 52/19 57/10 74/22 74/23 74/25 75/1 82/4 89/10 91/5 93/13 93/15 94/2 98/3 100/24 102/5 105/13 109/4 109/12 110/4 111/4
**Government's [59]** 24/24 28/12 33/11 34/5 34/10 34/24 35/3 35/14 37/11 37/22 38/18 39/19 41/18 42/22 43/7 43/19 43/23 44/2 44/6 44/9 44/13 44/17 45/16 45/21 46/3 46/6 46/11 47/7 48/14 48/18 49/3 49/14 50/2 51/1 51/7 51/10 51/13 51/22 53/9 80/12 88/3 88/9 88/12 89/13 91/8 91/11 94/6 94/10 94/15 94/21 95/1 95/16 95/22 98/6 101/2 102/6 102/16 105/14 105/17
**Grand [4]** 40/24 41/12 45/13 46/1
**Granted [1]** 105/16
**GRASS [1]** 100/8
**Griffith [3]** 1/20 111/16 111/23
**GROUP [6]** 31/7 83/25 84/1 85/10 85/16 86/4
**Guadalupe [9]** 36/24 38/3 38/16 39/24 89/9 89/19 89/21 100/15 101/9
**GUESS [9]** 66/24 68/1 68/4 69/7 69/8 69/11 86/14 86/15 108/16

## H

**H-E-B [4]** 38/2 38/16 49/10 67/20
**HAD [42]** 25/2 25/10 26/4 28/2 32/21 40/12 55/16 55/17 56/16 67/1 67/1 70/23 71/15 71/18 73/19 78/25 79/1 79/4 80/9 80/10 86/8 86/20 86/24 87/13 89/22 90/25 91/2 93/2 96/25 98/19 98/20 99/22 100/9 100/9 100/9 100/19 101/19 102/2 104/8 104/13 105/4 107/12
**HADN'T [3]** 26/10 27/24 55/8
**HAIR [2]** 87/1 92/17
**HALF [1]** 23/2
**HALF-SMOKED [1]** 23/2
**HALFWAY [2]** 100/8 100/8
**HALL [2]** 22/10 32/8
**HALLWAY [2]** 29/23 30/17
**HAND [2]** 23/24 107/16
**HANDLING [1]** 83/16
**HANDS [2]** 42/16 80/12
**HAPPEN [1]** 78/20
**HAPPENED [9]** 24/9 84/20 90/1 90/4 93/2 101/17 103/18 103/25 106/8
**HAPPY [1]** 23/24
**HARDLY [1]** 104/8
**HARE [1]** 23/6
**Harlingen [4]** 84/25 85/3 86/12 86/15
**HAS [14]** 21/22 21/24 22/5 22/13 23/4 27/18 27/21 28/7 42/8 42/20 43/21 57/9 74/10 84/18
**HASN'T [1]** 80/18
**HAVE [69]** 21/21 22/3 23/24 24/3 25/1 25/21 26/24 27/4 27/9 27/25 28/22 28/25 28/11 28/21 29/13 30/13 31/9 32/4 32/8 32/12 32/21 33/16 38/2 38/9 38/16 39/3 40/7 42/14 50/7 52/8 52/11 55/6 55/19 55/25 56/1 56/4 61/13 71/18 71/20 72/1 72/22 73/22 76/9 76/20 77/7 77/15 77/16 77/23 78/15 78/22 79/13 79/13 79/14 79/17 79/24 82/19 87/2 94/3 97/9 101/16 105/2 106/23 107/8 107/8 107/9 107/16 107/18 108/2 108/12
**HAVEN'T [4]** 55/14 55/14 56/12 108/8
**HAVING [4]** 30/25 70/13 107/22 108/17
**HE [30]** 22/20 23/7 23/10 24/1 30/6 50/9 67/1 67/1 67/3 67/7 77/24 79/1 79/12 84/25 86/14 86/23 86/24 87/1 87/2 87/12 87/24 88/15 88/17 88/18 88/18 89/11 96/25 98/19 99/1 100/20
**HE's [3]** 30/6 60/18 84/16
**HEAD [1]** 65/12
**HEADQUARTERS [2]** 82/17 83/15
**HEAR [5]** 30/10 32/9 73/1 79/22 106/21

**HEARD [2]** 26/13 52/5
**HEARING [20]** 56/11 107/19
**HEARINGS [1]** 30/7
**HEARSAY [2]** 40/2 85/15
**HEAT [4]** 104/19 104/20 105/11 106/1
**HEAT-SEALING [4]** 104/19 104/20 105/11 106/1
**HELD [2]** 83/3 108/19
**HELP [2]** 99/9 99/13
**HELPING [1]** 31/14
**HELPS [1]** 99/14
**HER [7]** 72/6 73/4 73/15 73/16 81/4 85/17 85/19
**HERE [51]** 26/22 27/6 27/21 28/21 30/5 33/8 52/21 53/8 53/25 54/1 54/12 54/19 55/1 55/7 55/15 55/18 55/20 57/8 57/12 58/19 60/7 60/18 62/8 62/14 62/18 62/18 62/19 63/23 64/17 64/25 65/16 66/15 68/8 68/10 68/14 68/19 68/23 69/25 70/2 70/3 71/5 71/25 74/4 74/7 74/10 74/11 76/17 82/17 97/7 97/17 108/6 108/10
**HEY [3]** 57/4 57/7 60/17
**HIGHEST [1]** 31/8
**HIM [12]** 30/6 71/24 71/24 84/12 84/15 87/24 88/19 88/20 100/21 100/21 106/15 108/3
**HIMSELF [1]** 23/9
**HIS [14]** 30/8 40/25 45/13 50/1 63/6 67/8 69/2 69/3 78/24 79/22 86/24 87/2 87/11 89/20
**Hispanic [1]** 92/19
**HOME [1]** 54/23
**Homeland [2]** 82/16 82/20
**Honda [1]** 43/4
**HONEST [1]** 62/15
**Honor [47]** 22/2 26/18 29/4 29/20 32/1 32/17 33/10 34/2 34/25 40/2 40/20 41/23 42/3 43/20 44/14 46/3 52/11 58/17 63/20 67/13 68/17 74/3 74/3 80/2 80/24 82/6 85/13 87/8 88/4 89/10 91/5 93/13 95/6 95/14 98/3 99/21 100/24 102/5 102/9 102/11 102/15 105/13 105/21 105/23 106/17 107/3 107/6
**HONORABLE [1]** 1/9
**HOPE [1]** 32/22
**Horne [1]** 46/18
**HOT [1]** 29/24
**HOUSE [44]** 24/4 24/13 25/18 37/15 41/4 46/10 54/20 54/21 59/17 61/1 61/2 61/4 61/6 61/7 61/9 61/11 64/4 64/9 66/16 79/5 98/10 98/12 98/13 98/18 99/5 100/2 100/16 100/17 101/11 101/14 101/18 101/22 102/1 102/2 103/11 103/24 104/4 104/5 104/6 104/7 104/10 104/22 105/8 105/10
**HOW [19]** 38/25 41/20 50/7 50/8 50/20 52/17 56/4 56/6 59/14 62/13 62/17 62/21 70/5 76/20 82/19 92/9 92/12 98/18 108/14

**H**

HOWEVER [1] 22/22
HR [1] 38/23
HUH [3] 55/13 69/5 107/21
HUNDRED [2] 99/18 99/18
HUVELLE [1] 1/9

**I**

I'D [7] 29/21 31/21 40/12
58/12 84/9 88/2 104/22
I'LL [8] 23/19 24/11 45/14
71/14 72/24 91/16 95/20
102/19
I'M [65] 23/24 24/18 26/25
27/3 28/20 30/9 33/8 34/8
40/5 40/6 47/7 52/19 53/17
53/21 53/23 55/20 57/7 57/7
57/10 58/16 58/18 66/1 66/17
66/2 66/10 66/12 66/17
66/20 66/20 66/21 67/13
69/3 69/22 69/22 69/22 70/4
70/14 72/2 72/3 72/10 72/17
72/19 73/1 74/4 74/5 75/5
80/14 80/24 82/16 83/15
83/22 85/18 88/1 91/2 91/11
95/19 98/9 99/21 99/23
101/5 102/12 103/2 105/21
105/25 108/9 108/18
I'VE [4] 26/13 30/6 77/10
93/25
I-N-D-E-X [1] 109/1
I.E [1] 27/23
ICE [52] 82/21 82/22 82/23
83/23 84/2 85/1 91/6 91/8
91/11 91/18 94/10 94/15
94/21 95/1 95/6 95/9 95/12
95/14 95/16 95/16 95/17
95/17 95/22 96/1 96/3 96/6
96/9 96/16 97/3 97/9 98/4
98/6 98/9 98/11 105/14
105/14 105/17 105/17
105/25 106/3 110/15 110/16
110/17 110/18 110/20
110/21 110/22 110/23
110/24 110/25 111/10
111/11
ICE-2 [4] 95/6 95/16 95/22
97/3
ICE-3 [4] 95/9 95/16 96/1
96/9
ICE-30 [3] 95/14 95/17 96/6
ICE-4 [4] 95/12 95/17 96/3
96/16
ICE-8 [3] 105/14 105/17
105/25
ICE-9 [2] 105/14 106/3
IDEA [1] 27/19
IDENTIFIED [2] 84/18 103/24
IDENTIFY [1] 37/16
IMMIGRATION [1] 82/24
IMPALA [1] 88/22
IMPORTANT [1] 71/19
IMPOUNDED [1] 41/6
INCLUDING [1] 22/14
INDEPENDENT [1] 79/2
INDEX [2] 110/1 111/1
INDICATED [1] 28/25
INDICATING [1] 82/15
INDIVIDUAL [7] 30/21 84/22
86/20 86/20 86/22 87/22
97/23
INDIVIDUAL's [1] 87/6

INDIVIDUALS [6] 40/15 64/9
67/22 79/12 90/5 90/5
INDULGENCE [1] 52/8
INFER [1] 28/5
INFLATABLE [1] 104/10
INFORMATION [42] 21/23 22/4
27/22 28/16 35/1 35/11
35/17 35/18 35/21 35/24
38/25 39/12 39/19 39/23
44/23 45/1 46/17 47/1 50/25
51/5 51/16 54/5 54/8 57/21
58/24 70/1 70/2 70/2 75/6
78/1 78/8 78/24 85/1 85/9
85/15 85/19 87/13 93/10
98/24 99/4 99/14
INITIAL [1] 41/3
INPUT [1] 78/7
INPUTTED [3] 78/1 78/24 78/25
INQUIRY [1] 31/4
INSIDE [9] 24/13 24/14 34/19
40/25 46/15 46/21 48/6
76/14 104/6
INSTANCES [1] 22/12
INSTRUCT [3] 72/24 78/10
78/14
INSTRUCTED [1] 101/15
INTEGRITY [1] 77/4
INTEND [1] 26/9
INTENTIONALLY [1] 32/9
INTENTIONS [1] 24/24
INTERCEPTED [3] 36/2 39/15
39/15
INTERCEPTING [2] 48/11 64/23
INTEREST [5] 38/15 38/21
39/23 100/6 104/17
INTERESTING [2] 23/12 26/15
INTERIOR [1] 84/6
INTERNAL [1] 83/6
INTERNATIONAL [6] 37/4 82/18
83/16 84/3 84/4 84/4
INTERROGATING [1] 70/17
INTERVIEWING [1] 70/16
INTRODUCE [1] 82/14
INVESTIGATE [2] 58/20 97/12
INVESTIGATING [1] 97/10
INVESTIGATION [15] 36/12
36/20 37/24 38/8 38/15 47/2
49/9 73/18 73/20 84/10
84/21 100/1 101/23 103/3
105/6
INVESTIGATIONS [4] 82/17 82/21
83/8 83/10
INVOLVED [2] 38/8 77/3
IPODS [1] 32/24
IS [245]
IS NOT [1] 98/21
ISN'T [2] 31/23 99/16
ISSUE [3] 22/6 22/9 28/14
ISSUED [2] 27/12 101/8
ISSUES [1] 32/21
ISUZU [4] 101/25 102/4 102/20
103/1
IT [176]
IT's [71] 23/12 23/18 23/19
24/24 25/15 27/1 27/2 28/8
31/6 31/25 35/6 37/3 38/6
38/12 38/20 39/22 42/7
42/17 43/22 44/21 47/11
49/7 49/7 49/19 50/4 50/19
51/18 52/4 52/4 54/14 59/16
64/15 66/24 66/25 67/1
67/20 67/23 68/2 68/3 69/2
69/7 69/9 69/10 69/11 69/13

69/15 69/16 80/11 84/3 84/3
84/4 84/4 84/4 84/6 84/7
85/7 85/7 86/14 88/14 89/19
93/20 96/7 96/11 97/16
98/25 99/1 99/2 101/7
102/20 103/6 103/9
ITEM [3] 39/6 43/8 49/17
ITEMS [7] 34/11 41/15 41/21
42/25 42/25 105/9 106/4
ITS [2] 50/19 59/9
ITSELF [1] 24/16

**J**

JACKET [2] 86/24 87/3
JAIL [2] 60/15 60/16
JANUARY [4] 1/7 27/15 27/16
27/17
JAVIER [14] 87/7 87/19 87/19
87/24 87/25 88/14 88/15
90/6 92/13 92/16 97/24
98/19 100/20 106/10
JEEP [39] 24/14 24/16 24/18
24/20 40/24 41/3 41/6 41/13
41/16 43/17 44/4 45/7 45/13
45/19 46/1 54/22 54/24 59/4
59/6 59/12 59/17 59/18
59/18 59/21 59/23 60/1 60/3
60/25 60/25 62/8 62/20 63/6
76/2 76/5 76/10 76/14 76/16
78/6 96/23
JEFFREY [1] 1/16
JILLIAN's [3] 90/2 90/7 90/7
JOHN [1] 22/10
JONES [43] 1/5 1/15 2/3
26/13 30/7 31/14 35/22
39/13 43/6 46/16 48/11 49/1
50/1 52/13 56/1 61/25
62/13 67/15 68/8 68/14
68/23 72/4 73/1 73/2 74/16
78/23 79/3 84/10 84/12
84/18 94/1 94/9 94/18 94/24
95/2 96/7 96/13 96/21
102/24 103/6 103/9 109/6
109/7
JONES' [16] 24/14 41/4 44/4
46/9 51/25 60/7 63/13 73/10
74/10 75/23 76/2 78/1 78/5
78/7 79/19 95/24
JONES's [10] 40/24 41/22
43/17 45/12 45/18 46/1 49/7
49/16 51/17 94/13
JOSÉ [6] 36/19 49/25 53/5
53/6 53/6 57/6
JOURNAL [1] 22/18
JUDGE [14] 1/10 22/20 23/8
23/8 23/12 23/25 25/7 26/25
27/12 28/17 59/5 107/9
107/25 108/4
JUROR [9] 30/3 30/9 30/10
30/13 30/14 30/20 31/7 32/3
32/5
JURORS [4] 29/25 30/3 30/4
30/21
JURY [29] 1/9 25/3 26/6 29/2
29/20 29/21 32/19 33/7
34/16 35/5 36/18 38/5 45/23
55/23 57/24 58/19 62/4 62/5
72/24 78/16 79/2 79/17
81/10 81/24 82/1 82/15 85/5
90/22 106/24
JUST [49] 21/21 22/11 23/13
31/1 31/11 32/4 32/9 32/23
34/16 35/5 36/14 38/24

**J**

JUST... [37] 39/16 39/21 41/25
42/2 42/3 44/20 45/14 50/9
50/14 52/19 54/3 54/10
57/10 57/10 66/21 67/24
69/22 69/23 72/23 73/3
73/14 74/14 76/23 77/2 83/7
86/6 89/18 93/7 94/3 99/21
100/5 100/13 100/17 102/2
104/13 105/6 107/16
JUSTICE [5] 58/3 69/16 80/23
81/4 81/9

**K**

K-A-N-E [1] 82/13
K-A-T-E-R-I-N-A [1] 82/13
KANE [9] 31/19 31/22 82/4
82/13 89/16 91/11 95/19
102/19 109/8
KATERINA [3] 82/4 82/13
109/8
KEEP [2] 29/24 82/21
KELLIE [7] 24/22 31/22 33/1
33/8 33/13 45/5 109/5
KEPT [5] 29/25 76/5 94/11
94/16 94/22
KEY [1] 102/2
KIND [5] 39/1 56/19 68/15
86/24 100/8
KIRSCHNER [3] 60/5 63/4
71/10
KITCHEN [4] 104/12 104/13
104/14 106/6
KNEW [4] 69/18 69/25 85/11
100/15
KNOW [78] 25/16 26/7 28/10
30/8 34/13 36/25 37/1 37/6
37/14 37/15 37/19 40/23
44/2 50/3 50/7 50/8 59/8
60/2 60/5 60/20 60/23 60/24
61/5 61/6 61/18 61/19 61/20
61/21 61/23 61/23 62/2 62/2
62/15 63/5 64/2 64/3 64/3
64/7 64/8 64/11 64/14 65/23
67/3 67/4 67/5 67/7 67/19
67/24 68/6 68/12 68/25
69/13 69/14 69/15 71/4
72/19 73/7 73/15 74/8 74/9
74/9 74/14 77/20 85/6 85/20
87/11 89/3 95/20 99/17
100/5 102/23 104/15 105/6
105/7 107/14 107/15 107/21
108/17
KNOWLEDGE [2] 76/12 85/21
KNOWN [1] 71/17
KO [1] 33/13
KOB [25] 33/11 34/5 34/24
35/3 35/14 36/5 38/5 38/11
38/18 39/6 39/18 63/20
67/13 68/17 68/20 68/21
109/13 109/14 109/15
109/16 109/17 109/18
109/19 109/20 109/21
KOB-1 [3] 33/11 34/5 109/13
KOB-2 [1] 109/14
KOB-3 [2] 36/5 109/15
KOB-4 [3] 68/20 68/21 109/16
KOB-5 [3] 38/5 68/17 109/17
KOB-6 [2] 38/11 109/18
KOB-7 [2] 38/18 109/19
KOB-8 [2] 39/6 109/20
KOB-9 [3] 39/18 63/20 109/21

**L**

LADIES [6] 32/20 45/23 77/19
81/18 93/25 106/19
LADY [1] 23/4
LaFave [1] 22/10
LAMBERTH [5] 23/9 23/12
26/25 107/9 107/25
LAMBERTH's [1] 23/25
LANDING [1] 85/11
LANDLOCKED [1] 84/6
LARGO [6] 90/15 94/12 94/17
94/19 94/23 95/2
LAST [11] 25/11 25/11 25/22
36/1 39/14 39/18 67/12 69/3
74/4 78/22 82/12
LASTLY [1] 49/14
LATE [3] 107/13 107/22
107/24
LATER [8] 23/6 54/7 55/10
56/20 57/24 62/3 62/4 69/23
LAUNDERING [3] 83/7 83/8
83/13
LAW [8] 22/22 26/16 27/18
28/6 65/13 70/14 72/25 73/3
LAWRENCE [1] 103/15
LAWYERS [1] 32/10
LEADING [2] 34/25 94/22
LEARN [10] 36/21 49/9 87/22
89/5 93/2 96/24 97/14 97/24
103/3 103/11
LEARNED [3] 84/22 87/24 97/3
LEASE [6] 94/18 95/10 96/2
96/9 96/10 97/5
LEASED [1] 103/11
LEASEHOLDER [1] 96/12
LEASING [2] 94/12 94/16
LEAST [2] 25/1 93/23
LEAVE [1] 90/12
LED [2] 84/10 103/18
LEFT [2] 31/8 35/7
LEGAL [3] 32/21 46/20 78/15
LEN [1] 27/8
LENGTH [1] 105/5
LEON [2] 26/1 28/25
LET [15] 24/2 27/8 29/2 55/15
56/1 57/4 69/8 71/23 72/9
76/1 81/13 84/17 91/20
95/20 96/9
LET's [7] 39/24 60/17 60/18
63/6 63/13 63/17 71/4
LEVEL [1] 104/11
LEVELS [2] 102/21 102/23
LICENSE [1] 88/23
LIFE [5] 58/10 58/12 58/13
67/5 67/7
LIGHT [3] 32/1 86/23 86/25
LIGHT-COLORED [2] 86/23 86/25
LIKE [34] 25/3 22/11 29/21
30/15 31/21 32/24 40/12
56/19 57/10 58/21 67/23
74/3 84/9 85/7 86/3 86/25
88/2 89/2 90/7 90/7 90/8
90/9 91/13 91/14 93/14 98/3
98/21 99/14 102/20 104/15
104/19 104/22 105/4 108/13
LIKELIHOOD [5] 22/7 22/22
25/14 25/17 25/18
LIKELY [1] 59/10
LIMITED [1] 77/7
LINDSEY [5] 22/1 22/5 23/9
26/14 27/1
LINES [1] 39/15

LINKED [1] 35/22
LINKING [1] 35/24
LISA [3] 1/20 111/16 111/23
LIST [16] 25/4 25/4 26/16
28/3 33/13 35/15 36/1 36/1
36/8 36/10 38/7 39/14 43/10
48/24 49/16 96/25
LISTED [2] 47/4 97/6
LISTEN [1] 98/22
LISTENED [1] 69/20
LISTS [1] 26/8
LITERALLY [1] 99/11
LITTLE [2] 59/25 91/14
LIVING [1] 104/16
LOCATE [2] 98/13 98/18
LOCATED [3] 30/2 40/25
101/11
LOCATING [1] 100/1
LOCATION [4] 27/23 28/19
77/25 84/7
LOCK [1] 77/14
LOCKSMITH [2] 104/1 104/2
LOG [1] 44/25
LONG [7] 56/4 56/6 59/14
70/5 82/19 92/9 101/13
LONGER [1] 29/7
LOOK [16] 28/3 34/19 34/20
35/20 40/13 46/15 46/16
46/21 47/1 50/20 50/25 62/1
69/7 76/24 89/16 104/15
LOOKED [10] 22/9 22/18 30/23
48/6 54/11 55/8 62/17 88/24
89/1 97/18
LOOKING [6] 30/25 47/5 96/16
99/5 100/4 100/4
LOOKS [3] 91/13 91/14 102/20
LOT [5] 26/17 55/19 67/5 73/2
104/9
LOTS [3] 83/8 83/9 104/19
LOUD [4] 47/10 47/18 48/1
49/18
LUGGAGE [1] 87/4
LUNCH [1] 29/22
LURKING [2] 76/13 76/13

**M**

MA'AM [2] 33/25 88/7
MADE [4] 41/2 42/8 46/9
78/23
Magistrate [1] 25/7
MAILED [1] 89/22
MAIN [1] 104/11
MAINTAIN [1] 76/17
MAINTAINED [1] 28/13
MAKE [8] 24/2 24/12 29/25
31/4 31/10 31/11 72/9 81/13
MALE [1] 102/1
MALES [1] 92/19
MAN [2] 31/5 74/15
MANNER [1] 105/3
MANUAL [1] 22/9
MANY [2] 62/21 92/12
March [1] 95/3
MARIJUANA [1] 23/2
Maryland [8] 22/19 23/19
23/22 40/25 43/1 90/15
94/19 98/2
MASTER [1] 37/8
MATCHED [1] 86/21
MATCHING [1] 86/25
MATERIALS [1] 32/23
MATTER [4] 40/7 74/15 107/6
111/18

**M**

MATTRESSES [1] 104/10
MAY [8] 23/3 23/5 32/8 85/6
94/2 94/20 96/15 106/16
MAYBE [8] 30/4 70/6 70/11
102/3 105/19 107/11 107/13
108/10
MAYNARD [1] 103/15
McALLEN [6] 85/1 85/2 85/2
85/6 86/13 86/16
ME [31] 24/2 30/18 31/4 32/7
45/5 55/15 56/1 57/4 63/24
64/18 64/20 64/22 69/8
69/11 71/21 71/23 71/24
72/9 72/14 72/15 76/1 77/9
77/11 77/17 77/17 81/13
83/21 91/20 96/9 99/11
99/22
MEAN [9] 45/4 56/14 65/9
69/24 70/8 70/12 74/20
74/21 107/21
MEANS [4] 73/2 77/6 94/4
98/24
MECHANICAL [1] 1/24
MEENIE [3] 64/15 67/23 67/25
MEET [2] 107/10 108/3
MEETING [1] 107/13
MEMBERS [6] 33/6 82/14 85/5
86/5 90/11 90/22
MEN [1] 92/3
MENTIONED [8] 26/22 30/13
87/23 89/18 92/12 96/16
100/18 105/9
MESS [1] 62/16
MEXICANS [3] 77/25 78/25
79/4
MEXICANS' [1] 78/25
MEXICO [4] 36/16 37/2 85/7
85/8
MICHELE [1] 1/12
MIDDLE [1] 35/8
MIDNIGHT [1] 90/20
MIGHT [1] 69/16
MIKE [1] 103/10
MILLS [2] 90/2 90/3
MIND [1] 39/16
MINES [1] 52/20
MINIE [1] 64/15
MINUTE [3] 24/2 72/24 81/21
MINUTES [4] 80/2 81/15 86/16
102/3
MISCELLANEOUS [7] 29/8 29/10
93/14 93/20 93/21 94/6
110/19
MISSED [1] 26/24
MISSING [1] 71/25
MISSION [1] 101/10
MISSPELLED [1] 101/9
MISSPOKE [1] 83/22
MISTAKE [1] 89/20
MOE [1] 64/15
MOMENT [1] 52/9
MONDAY [2] 101/16 101/24
MONEY [3] 83/7 83/8 83/13
MONTANA [1] 85/2
MONTHS [1] 94/20
MOORE [11] 24/4 24/13 42/18
44/8 52/21 54/20 54/21 71/9
72/16 72/21 73/8
MORE [6] 42/5 59/10 59/25
73/2 79/17 92/17
MORNING [7] 92/21 101/15

101/16 101/17 101/18
102/4 108/23
MOST [2] 30/18 84/3
MOSTLY [1] 83/7
MOTION [4] 21/22 21/23 26/14
28/23
MOTOROLA [5] 24/23 45/25
48/6 48/24 53/25
MOVABILITY [1] 22/7
MOVE [9] 33/10 50/9 68/15
88/2 89/10 91/5 93/14 98/4
100/24
MOVED [4] 25/15 34/9 88/4
105/14
MOYLAN [1] 22/20
MPD [1] 76/13
MR [3] 30/7 109/6 109/7
MR. [56] 24/14 26/13 31/14
35/22 39/13 40/24 41/4
41/22 43/6 43/17 44/4 45/12
45/18 46/1 46/9 46/16 48/11
49/1 49/7 49/16 50/1 51/17
51/25 52/13 56/14 60/7
61/25 62/13 63/13 67/15
67/17 68/8 68/10 68/14
68/23 69/6 69/6 72/4 73/1
73/10 73/21 74/10 74/16
75/23 76/2 78/1 78/5 78/7
78/23 79/3 79/19 84/12
84/18 94/1 95/24 102/24
MR. BERMEA's [3] 67/17 68/10
69/6
MR. GONZALEZ's [1] 69/6
MR. JONES [27] 26/13 31/14
35/22 39/13 43/6 46/16
48/11 49/1 50/1 52/13 56/14
61/25 62/13 67/15 68/8
68/14 68/23 72/4 73/1 73/21
74/16 78/23 79/3 84/12
84/18 94/1 102/24
MR. JONES' [16] 24/14 41/4
44/4 46/9 51/25 60/7 63/13
73/10 74/10 75/23 76/2 78/1
78/5 78/7 79/19 95/24
MR. JONES'S [9] 40/24 41/22
43/17 45/12 45/18 46/1 49/7
49/16 51/17
MS [8] 30/5 30/13 30/14
30/19 107/8 109/5 109/6
109/8
MS. [3] 27/9 31/19 37/12
MS. O'BRIEN [1] 37/12
MS. SOLTYS [2] 27/9 31/19
MUCH [9] 32/15 59/25 83/12
88/17 97/15 99/17 101/19
106/19 106/23
MUSTACHE [1] 87/1
MY [17] 27/2 57/9 58/12
60/20 60/24 60/25 61/2 61/4
61/6 65/12 70/20 86/4 90/10
99/11 105/6 106/13 108/17
MYRTLE [8] 98/2 98/10 100/18
101/11 103/11 103/16
105/19 105/22
MYSELF [1] 60/4

**N**

NAME [12] 30/8 52/2 82/11
82/12 82/22 87/6 87/11
87/22 89/20 97/19 99/22
100/6
NAMES [5] 36/10 37/23 37/23
38/7 87/23

NARCOTICS [1] 72/2
NARROWED [1] 99/23
NASSAU [1] 1/17
NATURAL [2] 104/25 105/2
NATURE [2] 22/15 31/15
NEAR [3] 85/7 85/8 97/17
NECESSARILY [1] 28/2
NEED [7] 27/6 28/6 29/5
55/17 56/16 81/20 107/17
NEVER [6] 27/9 54/5 56/8 62/3
73/18 73/19
NEW [5] 55/23 25/24 49/19
50/1 50/10
NEWSPAPER [2] 32/23 106/21
NEXT [12] 31/19 33/20 36/16
90/1 92/10 92/21 96/16
101/17 101/18 103/25
107/13 108/1
NEXTEL [2] 35/8 39/2
NICE [1] 90/23
NICKNAME [3] 38/2 49/10 69/4
NIGHT [2] 92/20 100/22
NINE [3] 34/1 106/20 106/23
NO [1] 1/23
NOBODY [9] 53/15 60/9 61/24
62/5 63/12 69/20 71/9 80/22
81/4
NOBODY's [1] 71/3
NOKIA [4] 24/24 46/11 50/3
54/22
NONE [3] 58/7 58/10 69/18
NONSTOP [1] 101/19
NOON [1] 92/11
NORTHEAST [1] 102/22
NOS [9] 34/5 44/17 48/18
51/10 91/8 95/16 98/6
102/16 105/17
NOT [67] 22/2 22/5 22/22
22/23 22/24 23/5 23/6 25/13
26/15 27/20 28/8 28/10
28/23 29/12 29/13 30/5
31/20 32/9 32/23 35/20
36/25 40/6 40/14 40/23 41/2
51/1 53/21 55/3 56/1 56/20
57/17 58/9 59/10 59/18 61/5
61/16 62/10 63/3 65/17
66/12 66/20 67/18 67/25
68/11 69/22 69/22 72/4
72/12 75/5 77/16 78/3 80/25
81/12 85/6 85/17 85/19
86/15 89/20 91/2 98/21
99/21 99/23 106/20 107/1
107/22 108/4 108/15
NOTE [2] 23/8 23/12
NOTHING [2] 30/24 79/24
NOTICED [2] 87/1 104/24
NOVEMBER [15] 24/21 41/10
41/16 59/15 59/16 59/16
59/21 60/14 60/15 60/16
60/21 62/11 76/7 94/20
96/15
NOW [20] 27/4 29/2 29/13
30/5 32/21 40/12 45/20
53/12 55/1 55/23 60/2 60/9
76/1 78/10 78/22 80/22 97/3
101/14 106/25 108/20
NUMBER [92] 30/4 32/5 34/10
34/24 35/3 35/3 35/9 35/12
35/13 35/15 36/17 37/1 37/4
37/11 37/22 39/2 39/4 39/5
39/10 39/14 41/18 43/7
43/20 44/2 44/6 45/21 46/11
47/8 47/15 47/23 48/3 48/7

# N

**NUMBER...** [60] 48/10 49/3 49/19 49/21 49/24 50/1 50/2 50/3 50/7 50/9 51/1 51/13 51/18 51/19 52/3 52/5 52/22 53/8 53/13 53/18 54/3 54/10 54/15 55/12 56/21 57/8 57/25 60/1 62/6 63/23 63/24 64/17 64/18 64/20 64/22 64/23 66/1 66/7 66/15 66/18 66/22 66/23 67/15 68/14 68/23 69/18 69/23 74/4 74/10 74/15 74/16 91/13 94/10 94/15 94/21 95/1 95/22 100/12 101/8 103/10

**NUMBERS** [41] 34/20 34/20 35/7 35/8 36/1 36/2 37/17 39/1 47/5 47/6 47/12 47/20 53/19 55/1 55/2 55/6 55/15 56/1 56/16 56/19 57/5 63/14 68/8 69/8 69/10 70/3 70/4 70/24 71/4 71/4 71/6 71/7 71/9 71/19 74/10 79/1 79/4 98/22 98/23 100/5 100/6

**NW** [2] 1/13 1/17

# O

**O'BRIEN** [13] 24/22 29/3 31/22 33/1 33/8 33/13 37/12 45/3 45/5 52/12 58/2 80/7 109/5

**O'CLOCK** [3] 107/18 107/20 108/11

**O'TOOLE** [2] 1/16 1/17

**OBJECT** [5] 41/23 48/15 72/17 80/24 85/13

**OBJECTION** [30] 33/17 33/24 34/1 34/25 40/2 40/8 42/5 42/7 42/8 42/14 42/15 42/17 42/20 43/21 44/7 44/11 44/12 46/4 51/9 73/13 87/8 88/6 89/11 91/6 95/7 98/4 100/25 102/8 102/9 105/15

**OBSERVATION** [2] 23/2 23/4

**OBSERVE** [2] 88/15 104/6

**OBSERVED** [5] 88/19 88/20 92/9 93/4 93/8

**OBSTRUCT** [3] 69/16 80/23 81/4

**OBSTRUCTING** [1] 81/9

**OBSTRUCTION** [1] 58/2

**OBTAIN** [2] 41/12 93/10

**OBTAINED** [5] 24/17 25/5 34/18 46/20 103/20

**OBVIOUS** [1] 27/1

**OBVIOUSLY** [2] 102/2 105/7

**OCCUPANTS** [1] 51/2

**OCCURRED** [1] 41/3

**October** [23] 24/12 24/15 24/19 40/23 41/4 46/10 50/24 53/10 53/11 58/23 59/2 59/9 59/18 59/20 60/2 62/8 63/1 63/3 63/5 63/10 65/3 76/2 76/6

**ODD** [5] 30/25 89/22 104/9 104/24 105/6

**OFF** [12] 21/24 27/14 65/11 86/4 86/7 86/19 86/21 87/12 88/15 99/1 100/13 108/19

**OFFER** [6] 26/9 43/19 44/5 46/2 48/13 51/7

**OFFERED** [3] 24/25 44/13 76/17

**OFFICE** [12] 1/12 82/17 83/15 83/15 83/23 84/2 85/2 94/12 94/17 94/23 106/13 108/5

**OFFICER** [2] 29/2 70/14

**OFFICERS** [2] 69/15 76/13

**OH** [7] 24/18 36/16 42/19 56/8 58/16 61/2 80/3

**OKAY** [81] 21/21 26/12 29/16 29/19 32/2 32/12 32/23 32/25 33/24 37/5 37/8 38/21 40/11 40/12 40/18 42/19 43/12 43/18 44/15 50/11 50/20 52/13 52/14 52/24 53/24 54/5 54/24 58/13 59/16 60/2 60/16 63/16 63/21 64/17 66/6 66/20 69/10 71/1 71/14 72/9 73/5 73/24 74/1 74/2 75/8 76/1 80/1 80/11 80/17 81/12 81/13 81/16 81/21 81/23 85/24 87/18 88/1 88/8 88/15 89/5 89/12 91/18 92/10 92/23 93/16 93/22 94/5 95/4 95/15 96/1 96/24 98/13 98/18 102/10 103/7 106/5 106/8 106/18 106/25 107/19 108/20

**OLD** [1] 25/2

**ONCE** [4] 76/16 77/24 95/20 99/25

**ONE** [56] 24/5 24/12 25/1 27/16 28/2 28/2 30/3 30/15 30/19 34/1 37/6 37/8 38/12 39/15 43/1 43/1 46/18 47/12 47/20 50/5 52/9 52/12 54/2 57/10 60/12 64/9 64/10 64/11 64/13 64/14 65/7 66/15 67/3 67/5 67/12 67/20 67/21 68/2 68/4 68/5 69/15 70/7 71/21 74/4 77/19 91/7 91/20 92/5 94/10 100/12 100/13 100/14 104/8 104/18 108/11 108/17

**ONE-A** [1] 91/7

**ONES** [1] 70/23

**ONGOING** [1] 44/12

**ONLY** [6] 28/3 30/12 77/7 77/17 77/17 104/17

**OPEN** [7] 21/19 29/24 29/25 50/13 77/15 104/1 104/3

**OPERATIONS** [2] 83/1 99/10

**OPINION** [3] 22/19 23/25 26/25

**OPPORTUNITY** [2] 22/3 40/12

**ORDER** [2] 98/20 103/20

**ORGANIZATION** [2] 82/19 83/3

**ORIGINALLY** [2] 83/5 83/6

**OTHER** [20] 27/16 30/19 30/24 31/1 31/10 43/5 50/5 67/20 67/22 69/10 73/7 87/2 90/10 92/15 92/17 93/2 99/13 100/14 100/19 107/16

**OTHERWISE** [1] 42/20

**OUR** [12] 26/1 26/5 29/14 29/22 36/2 52/3 56/24 82/17 83/15 85/2 86/8 99/9

**OUT** [49] 22/11 25/15 26/14 27/13 28/4 29/22 31/1 36/14 39/16 45/14 47/10 47/18 48/1 49/17 50/18 54/22 54/24 62/18 63/12 64/9 68/5 71/24 74/4 74/5 75/23 77/18

**OFFERED** [3] 24/25 44/13 76/17

**81** [24] 83/24 84/5 86/7 86/15 86/16 89/21 89/21 90/6 93/7 93/8 93/10 99/10 100/3 100/13 101/24 101/25 102/1 103/7 106/24 107/17 108/9 108/10

**OUTSIDE** [5] 76/10 86/5 89/24 90/10 102/21

**OVER** [11] 26/17 50/10 51/9 58/21 58/22 63/18 81/9 83/11 84/16 86/24 104/10

**OVERHEAR** [1] 31/12

**OVERHEARD** [1] 32/8

**OVERLY** [1] 30/9

**OVERNIGHT** [1] 92/10

**OVERRULED** [9] 35/1 42/9 42/20 42/20 43/22 44/8 46/5 48/17 87/18

**OWN** [2] 36/2 37/17 103/8

**OWNERS** [1] 64/8

# P

**P-H-E-B** [2] 49/8 52/4

**P.M** [3] 1/8 1/9 108/22

**PAGE** [6] 23/20 47/16 47/24 109/11 110/3 111/3

**PANTE** [1] 39/25

**PANTHER** [1] 40/1

**PANTS** [2] 86/23 86/23

**PARAGRAPH** [1] 93/19

**PARKED** [3] 92/4 100/7 102/21

**PARKING** [8] 91/4 91/4 94/25 95/10 95/12 96/4 96/5 96/16

**PARKS** [1] 97/8

**PART** [3] 49/16 85/16 85/21

**PARTE** [2] 2/4 21/19

**PARTICULAR** [3] 23/11 39/12 45/6

**PARTY** [2] 23/3 77/14

**PASS** [1] 95/1

**PASSENGER** [1] 45/18

**PASSENGERS** [1] 84/5

**PAST** [1] 27/2

**PATIENCE** [1] 106/20

**PATRON** [1] 104/13

**PAUSE** [3] 31/17 40/21 52/10

**PAYMENT** [1] 95/3

**PEEK** [1] 103/20

**Pelos** [6] 36/16 36/21 37/16 38/3 38/9 38/16

**PEN** [16] 55/16 74/16 74/17 74/18 74/19 74/21 74/25 75/2 75/13 75/15 79/13 80/11 80/12 80/17 98/20 98/21

**PENDING** [1] 107/9

**Pennsylvania** [1] 97/7

**PEOPLE** [14] 38/1 38/8 63/6 70/16 70/17 70/17 71/16 77/7 77/8 77/15 79/20 86/4 92/13 92/15

**PER** [1] 96/20

**PERHAPS** [1] 78/23

**PERIOD** [2] 83/19 96/14

**PERSON** [14] 31/12 31/13 44/24 49/10 49/12 60/2 61/15 61/17 87/23 88/12 97/18 99/3 99/23 102/1

**PERSONALLY** [1] 92/20

**PERSONS** [1] 67/6

**PHONE** [142]

**PHONES** [58] 21/24 24/3 24/7 25/10 25/13 26/5 26/21

# P

**PHONES...** [51] 27/14 27/23 27/25 28/4 33/18 33/23 35/6 35/7 38/12 40/13 40/14 40/19 42/11 46/16 46/21 47/6 52/20 53/12 54/2 56/2 56/3 56/22 57/3 57/4 60/25 62/19 62/21 62/23 62/25 62/25 63/3 63/5 63/7 63/9 63/10 63/12 63/17 63/18 64/5 64/7 67/2 70/20 70/22 71/15 77/24 78/24 79/1 79/14 80/7 80/8 98/19
**PHOTO** [20] 44/25 88/3 88/4 88/9 88/13 102/6 102/6 102/12 102/13 102/16 102/19 102/25 110/5 110/6 110/8 110/11 110/12 110/13 111/7 111/8
**PHOTOGRAPH** [5] 44/11 48/23 49/15 51/14 51/23
**PHOTOGRAPHER** [1] 45/3
**PHOTOGRAPHS** [3] 44/22 45/7 105/9
**PICK** [4] 61/15 61/17 88/20 100/20
**PICKED** [3] 61/22 90/6 92/13
**PICTURE** [8] 45/9 45/11 48/21 49/4 49/6 62/17 86/20 86/21
**PICTURES** [1] 26/8
**PIECE** [1] 25/18
**PINGING** [1] 99/1
**PINPOINT** [2] 99/5 99/15
**PLACARD** [2] 44/21 109/25
**PLACE** [4] 22/16 22/23 23/1 25/15
**PLANE** [3] 85/11 86/4 87/12
**PLANT** [2] 76/10 76/14
**PLANTED** [2] 61/13 61/24
**PLATES** [1] 89/22
**PLAYED** [5] 47/13 47/21 48/4 49/25 51/20
**PLEASE** [14] 36/14 38/19 39/16 47/10 47/18 48/1 49/18 52/22 82/2 82/11 82/14 83/2 86/2 106/20
**PLOW** [1] 107/15
**PLYMOUTH** [1] 96/23
**POINT** [9] 22/11 34/18 36/14 45/14 45/20 49/17 71/14 71/25 84/4
**POINTS** [4] 49/19 86/6 86/9 106/16
**POOL** [1] 90/9
**POPPED** [1] 54/10
**PORT** [1] 84/7
**PORTION** [2] 93/23 93/23
**POSITIONED** [1] 86/3
**POSITIONS** [1] 83/3
**POSSESS** [1] 80/8
**POSSESSED** [3] 74/19 74/20 80/7
**POSSESSION** [11] 25/11 25/21 26/5 27/25 28/12 53/9 53/16 56/23 65/18 72/5 77/24
**POTOMAC** [11] 34/17 38/6 38/20 39/22 40/16 47/6 51/3 69/14 69/21 71/7 77/20
**PRECISE** [1] 99/16
**PREFIX** [1] 37/2
**PREPARING** [1] 56/18
**PRESENT** [4] 28/23 32/19

63/17 82/1
**PRESENTED** [2] 85/7 128/3
**PRESERVATION** [2] 42/17 44/12
**PRESERVED** [3] 33/17 42/9 42/19
**PRESSING** [1] 30/22
**PRETTY** [12] 67/25 75/5 83/12 88/17 90/19 90/23 97/15 99/16 99/18 101/19 104/7 105/6
**PREVIOUS** [1] 25/1
**PREVIOUSLY** [2] 30/7 33/1
**PRI** [1] 38/3
**PRIMO** [8] 36/16 36/17 36/18 36/19 37/17 38/4 39/25 79/18
**PRIOR** [3] 33/15 41/11 44/15
**PRISON** [1] 67/5
**PRIVILEGES** [1] 94/25
**PRO** [3] 1/15 21/23 72/19
**PROBABILITY** [3] 27/20 27/21 28/18
**PROBABLE** [4] 22/13 22/17 22/21 26/23
**PROBABLY** [2] 28/8 31/6
**PROBLEM** [1] 28/23
**PROCEDURES** [3] 76/20 77/2 77/3
**PROCEEDINGS** [2] 1/24 111/17
**PROCESS** [2] 67/21 69/9
**PRODUCED** [1] 1/24
**PROFESSIONAL** [1] 57/15
**PROGRAMMED** [1] 67/2
**PROJECTS** [1] 83/16
**PROPER** [3] 80/25 81/12 81/13
**PROPERTIES** [3] 94/10 95/25 96/7
**PROPERTY** [3] 97/24 98/1 100/7
**PROPPED** [2] 29/24 29/25
**PROVIDED** [1] 75/17
**PROXIMITY** [2] 30/9 32/9
**PUBLIC** [2] 21/25 76/23
**PULL** [1] 71/24
**PULLED** [1] 101/25
**PUNCH** [1] 22/25
**PURCHASE** [1] 50/14
**PURPOSE** [1] 60/1
**PURSUANT** [2] 95/5 95/8
**PUT** [31] 27/7 29/21 30/15 31/2 35/14 44/23 44/24 44/25 53/13 53/15 53/19 56/21 57/4 58/10 58/12 58/13 59/3 61/18 62/4 62/5 63/19 66/7 66/15 66/18 70/11 74/15 77/12 80/8 80/22 81/4 81/22

# Q

**QUARTER** [1] 81/23
**QUESTION** [13] 21/22 25/12 28/16 53/21 66/17 72/17 78/22 81/1 81/2 81/3 81/6 81/8 81/12
**QUESTIONS** [3] 52/12 73/3 76/1
**QUICKLY** [1] 21/21
**QUOTE** [1] 23/20

# R

**RAE** [1] 1/16
**RAISED** [1] 32/7
**RATE** [1] 23/7
**RATHER** [1] 100/14
**RE** [1] 41/12

**RE-SEARCHING** [1] 41/12
**READ** [3] 23/14 23/26 26/14 26/14 26/22 47/10 47/18 48/1 49/17 93/16 93/18 93/23 93/24 106/20
**READING** [2] 32/23 39/16
**READY** [2] 32/21 41/25
**REALIZED** [1] 30/14
**REALLY** [6] 31/9 56/16 104/12 104/12 104/17 107/16
**REAR** [1] 45/18
**REASON** [7] 22/22 27/20 28/1 28/5 28/21 30/13 77/23
**REASONS** [2] 30/15 48/16
**RECEIVED** [24] 34/6 35/11 36/9 42/23 43/24 44/10 44/18 46/7 48/19 51/1 52/22 85/1 87/14 88/10 89/14 91/9 94/7 95/15 95/17 98/7 101/3 102/17 105/18 106/10
**RECEIVING** [1] 85/9
**RECENT** [4] 36/9 38/14 38/21 50/14
**RECENTLY** [3] 39/25 50/20 55/8
**RECESS** [2] 81/21 81/25
**RECOGNIZE** [14] 34/11 34/13 37/22 39/6 39/18 41/18 41/20 43/7 43/14 57/11 84/12 88/12 95/23 96/1
**RECONVENE** [1] 101/15
**RECORD** [14] 21/25 27/8 27/9 29/21 30/15 31/2 75/24 82/11 84/17 94/11 94/16 94/22 108/19 111/17
**RECORDED** [1] 1/24
**RECORDS** [4] 89/23 97/19 97/20 103/7
**RECREATION** [1] 97/8
**RECROSS** [3] 80/5 80/25 109/3
**RECROSS-EXAMINATION** [2] 80/5 80/25
**REDIRECT** [2] 75/11 109/3
**REFLECT** [1] 84/17
**REFLECTS** [3] 94/13 94/18 94/24
**REFRIGERATOR** [1] 104/16
**REGARDING** [4] 28/6 29/21 89/17 94/2
**REGARDS** [1] 86/2
**REGISTER** [14] 55/16 74/17 74/18 74/19 74/21 75/1 75/2 75/13 75/16 80/11 80/12 80/17 98/20 98/21
**REGISTERED** [8] 89/6 89/19 94/24 96/19 96/22 103/4 103/6 103/9
**REGISTERS** [1] 79/13
**REGISTRATION** [6] 89/17 95/12 96/4 96/17 100/11 101/7
**REGULAR** [3] 94/11 94/16 94/22
**REINTRODUCE** [1] 33/6
**RELATE** [3] 53/1 53/4 64/20
**RELATED** [9] 49/24 64/18 68/8 68/14 68/23 83/13 93/11 96/10 103/16
**RELATES** [2] 38/25 64/22
**RELATING** [3] 63/24 67/15 69/11
**RELATION** [1] 35/12
**RELEVANT** [2] 25/22 93/23
**RELIEVED** [2] 92/23 93/8

**R**

REMAIN [1] 22/8
REMEMBER [5] 30/24 31/4
69/23 85/3 94/3
REMEMBERED [1] 100/12
REMEMBERS [1] 32/22
REMIND [3] 30/16 34/16 36/18
RENT [3] 95/3 95/15 96/8
RENTAL [2] 64/4 64/4
REPLAY [1] 106/14
REPORT [2] 85/17 85/19
REPORTER [3] 1/20 82/12
111/14
REPRESENT [1] 37/7
REPRESENTATIONS [1] 31/10
REQUEST [3] 77/18 88/4 102/6
REQUESTS [1] 105/13
RESEARCH [1] 22/8
RESEARCHING [1] 41/11
RESIDENCE [2] 40/25 78/5
RESIDENCY [1] 94/14
RESIDENTIAL [1] 97/16
RESOLVE [1] 107/12
RESPONSE [1] 106/12
REST [1] 32/14
RESTAURANT [1] 90/7
RESTAURANT/BAR [1] 90/7
RESUME [1] 108/20
RESUMED [1] 109/5
REVENUE [1] 83/6
REVIEW [1] 96/24
REYNA [1] 38/10
RIDING [3] 71/22 71/23 72/2
RIGHT [72] 24/19 24/20 25/9
26/3 27/3 27/4 27/5 29/13
31/23 32/2 32/4 32/18 33/19
34/3 34/8 35/10 37/10 42/14
46/20 48/21 50/22 51/23 53/8
53/25 54/12 54/19 55/1 55/7
57/12 58/5 60/7 61/8 62/8
62/14 62/18 62/18 62/24
63/23 64/4 64/17 65/1 65/13
65/16 65/19 69/25 70/1 70/2
70/3 70/5 70/18 70/19 70/25
71/5 72/11 74/4 74/7 74/11
74/17 74/24 75/2 81/6 81/18
84/16 85/12 85/16 86/3
99/21 108/16
RING [1] 77/10
ROBINSON [2] 25/7 27/12
ROEL [10] 38/3 38/16 39/9
49/13 66/3 66/4 66/5 67/3
67/21 71/22
ROEL'S [1] 66/24
ROLANDO'S [1] 69/1
ROOM [6] 1/13 1/21 29/23
77/6 77/6 77/8
ROTHWELL [1] 1/17
ROW [1] 31/8
RPR [1] 1/20
RUAN [2] 87/7 87/20
RULING [2] 33/15 44/16
RUN [1] 102/23
RUNNING [1] 100/5

**S**

SAFEKEEPING [1] 77/3
SAID [22] 31/18 32/22 52/20
53/1 54/19 55/15 63/13 64/4
64/4 69/25 70/2 72/13 72/13
73/14 80/11 80/13 80/22

SAINT [1] 104/13
SAME [25] 23/7 46/4 50/5
50/7 51/19 54/12 54/14
55/12 58/13 58/19 64/25
65/15 66/6 66/8 66/22 68/10
68/19 74/1 75/1 91/19 92/2
98/12 100/10 100/12 106/4
SATURDAY [1] 101/20
SAVE [1] 50/1
SAVED [2] 49/7 51/18
SAVER [2] 104/20 106/5
SAVOY [4] 23/10 23/25 25/25
29/1
SAW [12] 30/3 50/23 62/16
84/12 89/24 90/9 92/4
100/18 100/21 100/21 103/5
103/5
SAY [27] 31/6 53/6 56/8 56/9
57/4 57/7 58/21 59/21 60/17
60/24 63/5 64/22 66/17 69/2
69/8 70/1 70/7 70/10 71/3
71/23 71/24 72/19 72/23
73/22 74/4 74/14 99/10
SAYING [15] 30/10 56/20 66/20
66/21 69/20 69/22 69/22
69/22 70/5 72/1 72/10 72/11
74/17 80/17 80/19
SAYS [2] 45/3 89/17
SCHEDULE [2] 107/10 107/14
SCHEDULED [1] 108/9
SCHEDULING [1] 107/6
SCIALPI [6] 1/16 30/5 30/13
30/14 30/19 107/8
SCOPE [1] 73/13
SCREEN [1] 51/13
SE [3] 1/15 21/23 72/19
29/13
SEALED [1] 29/11
SEALING [4] 104/19 104/20
105/11 106/1
SEARCH [42] 22/9 22/10 24/4
24/14 24/16 24/22 24/22
25/5 25/17 25/24 26/7 26/15
26/19 26/21 27/4 27/7 27/12
27/23 28/19 29/7 33/22
34/19 41/3 41/9 41/13 41/13
42/18 46/15 46/15 46/20
59/3 59/25 62/4 65/8 65/11
70/15 78/19 97/21 103/16
103/21 106/8 106/13
SEARCHED [10] 22/16 23/1
24/15 24/21 28/3 41/7 41/16
46/10 76/7 104/5
SEARCHING [3] 41/11 41/12
62/17
SEASONED [1] 60/6
SEAT [3] 30/4 32/4 32/12
SEATED [1] 82/2
SECOND [9] 24/14 31/8 37/16
41/9 66/15 91/20 97/7 97/24
101/11
SECONDLY [1] 30/18
SECRETLY [4] 77/25 78/7 78/24
78/25
SECTION [1] 37/23
SECURE [1] 77/6
SECURITY [3] 80/9 82/17 82/20
SEE [38] 24/2 35/6 35/20
36/16 36/17 39/24 40/13
42/2 47/8 47/15 47/23 50/20

55/15 57/4 57/8 57/16 57/18
60/4 60/25 61/15 61/17
63/13 63/13 63/23 64/17
64/20 67/12 67/15 68/23
75/7 75/9 84/15 91/3 92/12
96/6 100/6 105/7 105/10
SEEN [8] 30/6 72/14 72/15
73/20 88/12 100/9 100/9
100/19
SEGAL [1] 1/9
SEIZE [7] 58/24 59/24 61/5
62/25 63/3 63/5 63/7
SEIZED [31] 23/1 24/12 24/15
24/16 24/20 28/3 28/11
34/13 34/17 35/21 38/6
38/12 38/20 39/8 39/22
40/24 41/15 45/20 46/12
54/19 54/21 54/22 54/24
60/6 63/12 76/2 76/6 76/16
77/4 78/4 78/5
SEIZING [4] 63/9 65/21 65/24
77/20
SEIZURE [1] 22/9
SEIZURES [2] 22/10
SELLING [1] 72/3
SENSE [1] 99/2
SERVICE [1] 83/7
SESSION [2] 1/9 2/1
SET [4] 85/10 85/11 101/18
106/15
SEVEN [14] 25/11 25/22 26/5
26/23 27/2 54/7 55/10 56/7
56/20 57/24 62/3 62/4 69/23
70/1
SEVERAL [2] 94/3 104/18
SHE [8] 26/21 27/14 31/23
73/14 80/1 81/3 81/3 85/16
SHE'LL [1] 31/25
SHE'S [1] 34/25
SHIFT [1] 92/23
SHIRT [1] 86/24
SHORT [1] 102/3
SHORTENED [1] 38/4
SHOT [2] 28/2 28/2
SHOULD [2] 28/15 81/10
SHOULDN'T [1] 30/17
SHOW [15] 21/24 25/3 25/23
26/5 26/6 31/8 50/14 50/18
57/21 78/15 79/17 95/19
95/20 103/3 103/7
SHOWED [1] 52/19
SHOWING [12] 88/1 91/11
91/18 97/3 98/9 101/5 101/7
102/19 102/25 103/2 105/25
106/3
SIDE [2] 45/13 105/4
SIDEWALK [1] 88/19
SIGNAL [1] 99/15
SIGNED [5] 27/14 59/5 59/8
94/18 103/21
SIGNIFICANCE [2] 48/23 86/18
SIGNIFICANT [8] 36/11 37/23
47/2 49/21 49/22 49/24
101/22 104/23
SILVER [1] 88/22
SIM [1] 50/9
SIMILAR [1] 47/5
SIMPLE [3] 24/12 53/23 72/9
SIMPLY [1] 22/24
SINCE [5] 53/9 53/10 53/11
82/20 83/3
SITTING [1] 28/11
SIX [2] 56/7 94/19

**S**

**Sixth** [1] 28/20
**Sixty** [3] 43/10 43/21 43/22
**Sixty-eight** [3] 43/10 43/21
43/22
**slimmer** [1] 92/17
**small** [1] 104/3
**smaller** [1] 99/25
**smiled** [1] 30/24
**smoked** [1] 23/2
**smuggling** [3] 83/13 83/25
83/25
**sneak** [2] 103/20 108/10
**so** [103]
**Soltys** [5] 1/12 27/9 31/19
109/5 109/6
**some** [18] 27/20 35/7 41/21
60/6 70/6 71/18 76/1 77/24
86/5 87/15 104/8 104/11
104/25 105/2 105/9 106/1
106/2 107/11
**somebody** [17] 53/12 59/19
59/20 61/11 61/13 61/18
65/8 65/9 65/19 65/21 66/7
66/16 78/23 91/3 99/22
101/25 105/7
**somehow** [4] 35/22 39/13
49/24 75/24
**someone** [3] 29/17 53/17 86/6
**something** [5] 29/21 32/8
44/22 78/10 78/14
**somewhere** [1] 41/7
**son** [2] 80/22 81/4
**son's** [2] 58/12 58/13
**sorry** [9] 24/18 43/12 58/16
58/16 67/13 83/22 85/18
102/12 105/21
**sort** [2] 77/2 99/14
**sought** [4] 22/23 26/7 27/21
27/22
**source** [1] 87/15
**southeastern** [1] 85/8
**southern** [1] 85/7
**Southwest** [2] 86/14 86/15
**space** [1] 99/25
**speak** [2] 73/12 93/7
**speaking** [3] 31/14 57/5 57/6
**special** [14] 22/19 31/21 33/8
56/4 56/6 63/4 65/5 82/16
83/4 83/5 83/12 83/16 89/16
97/9
**specialists** [1] 58/20
**specific** [2] 85/11 93/11
**specifically** [3] 30/3 61/23
84/24
**speed** [1] 23/7
**spelled** [2] 23/18 23/18
**spelling** [2] 82/12 89/20
**spoke** [1] 46/4
**stairs** [1] 90/25
**stale** [3] 23/3 23/5 28/10
**staleness** [10] 22/1 22/6
22/12 23/11 25/16 27/1 27/2
27/6 27/19 27/19
**stand** [1] 82/23
**start** [2] 32/13 106/22
**started** [2] 62/17 100/13
**state** [5] 23/15 23/17 23/18
82/11 89/3
**states** [11] 1/1 1/3 1/10 2/3
22/1 23/10 23/23 25/25 27/1
89/19 94/8

**stationed** [2] 83/17 86/5 86/8
**STENOGRAPHY** [1] 38/7
**stayed** [5] 90/9 90/10 92/9
92/10 92/20
**STEINBACH** [1] 1/17
**STENOGRAPHY** [1] 1/24
**steps** [4] 30/5 91/1 91/1 91/3
**stick** [2] 26/25 27/3
**sticker** [1] 25/2
**still** [5] 12/2 16/22 23/28/19
28/22 50/19
**stipulate** [1] 94/9
**stipulation** [5] 93/15 93/19
94/1 95/5 95/8
**stocked** [1] 104/12
**stop** [4] 60/16 71/23 73/3
107/19
**store** [1] 76/20
**story** [1] 90/24
**straight** [2] 86/7 88/18
**straighten** [1] 68/15
**street** [11] 1/13 24/13 42/18
44/8 52/21 54/20 71/10
72/16 72/21 73/8 100/4
**stretch** [1] 52/14
**strike** [1] 40/8
**striking** [1] 40/5
**stuck** [1] 99/22
**style** [1] 90/24
**subject** [6] 25/13 26/15 33/15
44/7 44/15 46/4
**subscriber** [1] 35/10
**sudden** [1] 63/7
**suggest** [1] 78/6
**suggested** [2] 107/13 107/13
**suit** [2] 30/6 30/22
**Suite** [1] 1/17
**summary** [1] 35/6
**Summit** [16] 90/16 90/17
90/21 91/13 91/15 91/22
94/10 94/12 94/17 94/19
94/23 95/2 95/25 96/2 96/7
96/19
**Sunday** [2] 98/14 101/14
**supervisor** [1] 99/11
**supervisory** [1] 82/16
**suppliers** [1] 71/17
**support** [3] 27/7 27/11 29/6
**suppress** [2] 21/23 28/15
**Supreme** [2] 23/21 23/23
**sure** [11] 24/3 29/25 31/11
50/16 53/19 66/19 77/5
80/10 91/2 99/21 100/15
**surgery** [1] 108/18
**surveillance** [10] 85/10 85/12
85/22 92/25 97/23 101/18
101/19 101/21 103/24
106/15
**surveilling** [2] 92/7 93/3
**sustained** [1] 40/8
**SW** [30] 34/10 44/13 44/17
44/20 45/8 45/16 46/3 46/6
46/11 48/6 48/14 48/18
48/21 49/14 51/8 51/8 51/10
51/22 52/23 54/16 58/16
109/25 110/5 110/6 110/7
110/8 110/9 110/10 110/11
110/12
**SW-5** [1] 34/10
**swear** [1] 82/3
<u>**SWORN** [2] 33/1 82/4</u>

**T**

**TABLES** [1] 90/9

**TAG** [12] 88/23 88/24 89/2
89/3 100/7 100/16
**TAGGING** [3] 100/6 100/9
100/10 100/11 101/8 103/1
103/9
**TAKE** [15] 27/6 31/18 32/21
44/21 45/8 48/21 49/3 50/17
51/14 51/22 73/21 77/12
81/21 94/2 105/19
**TAKEN** [6] 24/9 41/6 41/21
45/12 45/25 81/25
**TAKING** [1] 105/9
**TALK** [7] 22/11 25/16 25/16
70/7 106/21 107/11 107/12
**TALKED** [1] 22/20
**TALKIE** [1] 39/1
**TALKING** [17] 25/14 25/20 30/8
32/10 55/20 56/17 56/18
60/6 66/2 66/10 66/12 66/12
70/4 70/16 70/20 72/12
100/17
**TALKS** [1] 25/25
**TAMPER** [8] 56/21 58/7 58/11
75/1 75/13 75/15 75/18
75/20
**TAMPERED** [2] 27/24 80/18
**TAMPERING** [1] 58/5
**TAN** [2] 30/6 30/22
**TAPE** [2] 105/12 106/2
**TAUGHT** [1] 56/12
**TAX** [2] 83/7 97/20
**TEAM** [11] 57/14 57/18 57/21
58/7 58/10 58/20 73/7 90/11
92/14 92/21 101/12
**TECHIE** [1] 99/23
**TECHNICAL** [2] 99/9 99/9
**TECHNICALLY** [1] 99/21
**TECHNOLOGY** [1] 39/2
**TELEPHONE** [32] 25/3 34/19
39/10 39/13 43/15 45/25
46/11 47/8 47/12 47/15
47/20 47/23 48/3 48/6 48/7
48/8 52/2 53/1 53/13 55/6
56/19 62/5 62/6 65/25 66/1
66/22 70/3 70/4 76/16 78/8
78/25 79/19
**TELEPHONES** [11] 24/23 24/25
25/12 25/21 34/9 42/6 59/24
76/2 78/4 78/8 78/11
**TELL** [29] 22/4 35/5 36/14
38/5 38/11 38/18 39/6 39/21
44/20 45/8 45/14 45/16
45/23 47/4 48/7 51/14 52/2
55/8 65/6 65/11 73/14 78/10
78/18 83/21 89/17 93/5
95/21 97/3 101/6
**TELLING** [7] 57/24 58/1 58/19
62/3 67/4 93/1 98/25
**TELLS** [2] 98/22 98/25
**TEMPORARY** [5] 89/2 89/3
100/10 100/11 101/8
**TEN** [1] 102/3
**TENANT** [1] 97/19
**TERMINAL** [1] 88/17
**TESTIFYING** [1] 85/21
**TESTIMONY** [1] 107/1
**Texas** [10] 84/23 84/24 84/25
85/6 85/8 86/12 89/21 89/22
101/9 101/10
**THAN** [3] 31/10 59/10 87/2
**THANK** [11] 32/15 32/25 52/11
54/17 79/24 81/16 82/6
102/15 106/19 106/23 107/1
**THAT** [386]

# T

**THAT'S** [62] 26/9 29/18 31/13
32/12 35/1 36/4 37/2 39/8
39/14 42/19 45/1 45/5 46/23
47/8 47/15 47/23 48/10
48/12 53/21 54/11 58/5 58/6
62/1 66/2 17 63/24 64/23
66/1 66/3 66/4 66/20 67/25
67/25 69/12 69/13 70/17
71/18 72/3 72/11 75/5 75/17
76/4 77/4 77/22 80/13 81/12
89/20 89/20 91/17 91/21
91/22 95/6 95/24 96/2 98/10
98/12 99/21 102/20 103/1
106/4 106/18 107/19 107/24
**THEIR** [2] 66/7 86/6
**THEM** [29] 24/10 25/1 26/6
26/8 27/7 30/4 30/8 30/23
50/14 50/18 55/8 55/9 56/25
58/1 67/3 69/18 70/24 71/18
77/9 79/11 90/6 90/10 92/5
93/17 94/2 94/4 95/20 95/21
108/10
**THEN** [34] 24/9 24/9 24/21
26/24 31/22 35/10 35/14
38/9 39/4 39/18 40/1 41/6
41/7 49/14 50/2 50/20 51/22
57/22 59/21 71/5 74/4 75/23
76/5 76/16 77/13 78/4 78/22
79/13 83/11 88/20 95/21
97/18 101/14 102/3
**THERE** [87] 22/17 23/11 24/23
25/12 25/19 25/22 27/3
27/20 28/1 28/18 28/22
28/24 29/8 29/24 30/14 32/4
32/16 33/16 34/18 35/20
36/10 39/12 39/14 41/15
41/17 42/11 44/12 44/23
44/24 44/25 45/20 46/14
46/19 49/10 49/23 51/2 53/6
53/20 56/22 57/11 57/18
60/5 61/13 61/18 61/24 62/2
63/14 64/3 64/7 65/9 68/1
68/15 69/14 74/15 74/25
75/15 75/20 76/12 77/9 78/6
79/2 80/10 84/2 84/16 90/5
92/9 92/10 92/20 94/1 96/22
97/1 97/1 97/9 97/19 97/19
97/21 100/7 101/24 102/2
104/9 104/14 104/14 104/15
104/16 104/23 104/25
105/12 106/5
**THERE'S** [13] 22/17 24/11
24/23 24/24 25/14 26/22
26/23 28/13 72/5 72/7 77/6
77/11 77/14
**THEREOF** [1] 28/7
**THESE** [62] 24/3 25/10 25/12
25/20 26/4 26/21 27/8 27/14
27/25 28/4 28/11 29/6 33/17
33/20 33/21 33/24 34/8
34/11 34/19 40/19 41/21
46/15 46/21 53/12 53/12
54/2 55/1 55/2 55/6 56/19
56/22 57/3 57/5 57/5 59/24
60/25 63/17 64/5 64/7 69/10
70/3 70/11 71/4 71/4 71/6
71/7 71/8 71/8 71/15 71/19
74/10 79/15 79/20 82/22
92/3 94/3 95/19 96/4 96/24
103/7 104/20 106/5
**THEY** [51] 22/11 24/13 25/1

26/19 27/3 27/9 28/3 28/13
30/10 30/11 30/18 30/25
34/13 34/17 38/2 42/12 50/7
50/9 51/9 56/2 56/2 56/24
58/8 60/10 63/18 65/15
65/16 76/20 80/12 90/12
90/14 90/15 90/17 90/24
91/17 92/3 92/4 92/4 92/5
92/18 92/18 93/1 93/2 93/4
93/5 93/8 104/18 105/1
105/2 105/5 106/7
**THEY'LL** [3] 33/19 33/20 77/12
**THEY'RE** [6] 29/7 29/7 30/1
41/25 86/17 99/3
**THEY'VE** [3] 27/8 34/9 77/10
**THIN** [1] 75/23
**THING** [2] 23/1 28/8 65/15
74/13 75/1 91/19 104/17
104/24
**THINGS** [4] 28/11 31/15 90/9
107/16
**THINK** [28] 23/12 27/5 30/10
30/11 30/14 44/24 46/18
54/22 57/9 62/22 63/9 69/12
69/13 77/23 80/13 81/9
84/25 86/14 86/17 87/11
89/19 91/1 91/19 91/21
98/15 99/17 101/9 105/11
**THINKING** [2] 30/25 107/25
**THIRD** [2] 37/6 92/5
**THIS** [248]
**Thomas** [6] 77/21 97/6 97/12
97/17 97/1 97/17 91/24
**THOROUGH** [1] 59/25
**THOSE** [25] 24/25 25/23 38/1
42/25 42/25 45/15 53/19
53/19 62/25 62/25 63/3 63/5
63/9 63/12 67/6 77/19 78/8
78/11 78/15 78/15 79/12
100/6 105/1 106/1 108/11
**THOUGH** [3] 42/11 84/6 100/7
**THOUGHT** [6] 56/8 60/9 89/21
100/9 100/10 100/12
**THREE** [19] 23/6 59/11 62/22
62/23 62/25 63/6 63/8 63/9
63/12 64/9 64/13 64/14
64/14 79/4 90/6 90/24 95/10
95/13 104/7
**THREE-STORY** [1] 90/24
**THROUGH** [11] 34/1 79/15
82/22 88/17 91/7 92/10
94/20 101/19 101/20 103/3
107/15
**THROUGHOUT** [2] 86/5 86/8
**Thursday** [2] 107/14 108/14
**Thursday's** [1] 108/15
**TIME** [24] 26/24 28/11 33/11
34/18 45/20 46/14 52/12
53/16 57/10 60/21 60/22
67/5 69/24 71/19 73/20
83/19 90/17 93/13 93/18
93/24 96/14 99/11 107/12
108/7
**TIMELINESS** [2] 22/12 22/13
**TITLE** [4] 43/1 43/3 43/4 82/25
**TODAY** [5] 21/25 30/6 31/20
31/24 31/25
**TOLD** [10] 39/25 49/25 55/6
61/11 67/1 67/6 87/15 93/1
93/5 93/25
**TOMORROW** [1] 108/21
**TOO** [3] 67/17 105/12 107/24
**TOOK** [4] 26/8 45/7 56/25

77/24
**TORTOISE** [1] 23/6
**TOTAL** [1] 24/11
**TOWEL** [1] 105/3
**TOWER** [3] 98/24 99/4 99/14
**TOWERS** [1] 98/25
**TOWN** [6] 94/12 94/17 94/23
95/2 100/21 100/22
**TRAINED** [6] 57/7 57/15 58/19
70/8 70/10 71/8
**TRAINING** [5] 56/12 70/12 71/2
71/11 72/10
**TRANSCRIPT** [3] 1/9 1/24
111/17
**TRANSCRIPTS** [2] 79/15 79/17
**TRANSFERRED** [1] 83/11
**TRAVEL** [1] 84/4
**TREASURY** [1] 83/6
**TRIAL** [6] 1/9 25/23 28/12
56/18 78/12 81/9
**TRIALS** [1] 25/1
**TRIANGULATION** [1] 99/14
**TRIGGER** [4] 99/8 99/19 99/20
99/22
**TRUCK** [5] 101/25 102/4
102/20 103/1 103/4
**TRUE** [2] 29/5 94/3
**TRY** [1] 24/12
**TRYING** [5] 101/13 107/10
107/10 107/12 108/9
**Tuesday** [5] 1/7 107/14
107/25 107/25 108/2
**TURN** [10] 25/3 26/8 52/13
56/8 60/17 66/7 66/15 66/18
74/14 78/15
**TURNED** [4] 30/19 56/2 78/1
78/7
**TURNING** [1] 60/9
**TURNS** [2] 26/14 100/13
**TWELVE** [1] 90/20
**TWICE** [1] 24/8
**TWO** [39] 24/5 24/6 24/7
24/23 25/20 27/6 27/14 30/8
30/15 30/23 36/1 37/5 37/6
39/3 40/19 42/25 59/11
59/13 63/7 65/7 67/20 73/19
74/10 77/14 77/15 78/8
78/11 80/2 81/14 90/5 92/14
92/15 92/17 94/24 95/7
96/19 100/13 105/4 108/11
**TWO-PARTY** [1] 77/14
**TYPE** [11] 22/15 37/1 53/17
66/6 66/8 66/18 66/21 70/11
74/13 81/10 88/21
**TYPES** [2] 54/2 83/10
**TYPICAL** [2] 84/3 97/21

# U

**U.S** [7] 1/12 1/20 23/24 28/20
83/11 84/5 84/7
**UH** [3] 55/13 69/5 107/21
**Uh-huh** [3] 55/13 69/5 107/21
**ULTIMATE** [1] 22/20
**UN** [1] 91/20
**UN-ZOOM** [1] 91/20
**UNDER** [7] 29/6 29/7 29/12
29/13 37/23 51/18 101/19
**UNDERSTAND** [3] 33/16 56/17
58/2
**UNDISPUTED** [1] 94/4
**UNFORTUNATELY** [1] 104/2
**UNITED** [10] 1/1 1/3 1/10 2/3

# U

UNITED... [6] 22/1 23/10 23/23 25/25 27/1 94/8
UNLIKELY [1] 31/25
UNSEAL [1] 29/17
UNTIL [7] 54/7 55/8 76/6 81/22 83/20 83/22 92/11
UP [42] 23/25 25/3 32/21 35/14 50/13 54/10 55/16 56/14 58/21 61/15 61/17 61/22 64/23 68/15 70/5 71/2 71/3 71/3 71/11 74/2 77/11 81/4 81/15 85/10 85/12 88/20 90/2 90/6 90/25 91/1 91/3 91/3 92/5 92/13 100/3 100/6 100/20 101/18 101/25 103/18 106/13 106/15
UPON [1] 22/14
UPSTAIRS [2] 104/21 106/7
URCHEL [1] 109/8
US [34] 29/2 31/14 36/14 36/14 38/11 38/18 39/6 39/16 39/21 39/25 44/20 45/8 45/16 47/4 47/18 47/21 48/1 48/4 48/7 49/18 49/21 51/16 52/2 67/1 77/2 80/15 89/17 93/1 93/5 95/20 95/21 97/3 99/10 99/10
USE [3] 44/21 78/11 99/7
USED [8] 26/16 55/25 56/2 82/21 83/11 99/1 102/21 102/23
USING [6] 37/14 37/15 37/19 55/22 98/20 99/3
USUALLY [1] 29/24
UTILIZE [1] 99/13
UTILIZING [1] 99/2

# V

VAN [2] 43/4 100/7
VARIABLES [1] 22/24
VARIOUS [2] 67/2 86/6
VAULT [7] 56/24 56/25 57/1 57/4 76/24 77/13 77/14
VEHICLE [4] 100/18 100/19 100/20 101/7
VEHICLES [2] 94/24 101/21
VERSION [1] 38/4
VERSUS [5] 2/3 22/1 23/10 23/15 25/25
VERY [13] 23/12 26/14 28/21 30/4 32/15 53/23 66/6 72/9 86/17 103/5 106/19 106/23 108/5
VETS [1] 60/6
VIDEO [1] 90/9
VIEW [2] 54/8 55/1
VIEWED [1] 54/5
VOICE [3] 56/15 75/23 79/22

# W

WAIT [3] 26/23 56/1 72/24
WAITED [1] 54/7
WAITING [4] 30/23 86/5 88/19 106/15
WALDORF [1] 40/25
WALK [4] 30/1 30/4 76/23 76/24
WALKED [2] 87/12 88/17
WALKER [3] 1/20 111/16 111/23
WALKIE [1] 39/1

WALKIE-TALKIE [1] 39/1
WALKING [1] 109/3
WALLET [3] 43/2 43/5 109/22
WANT [19] 26/5 26/6 26/13 29/14 31/3 31/4 31/11 32/16 52/14 62/5 73/16 74/14 81/19 93/7 93/24 104/2 105/7 107/15 108/7
WANTED [4] 25/2 25/23 31/2 76/14
WAREHOUSE [2] 73/11 73/12
WARRANT [24] 24/14 24/16 24/22 25/6 25/17 25/24 26/7 26/16 26/19 27/12 28/6 29/7 33/22 34/19 41/13 46/15 59/3 59/16 59/23 62/4 65/11 78/19 103/21 106/9
WARRANTS [4] 27/7 46/15 46/20 70/15
WAS [216]
WASHINGTON [9] 1/7 1/13 1/18 1/21 33/9 84/1 100/23 106/11 106/11
WASN'T [8] 59/13 62/2 69/14 71/2 71/3 87/2 97/17 104/12
WATCH [1] 22/24
WATER [1] 52/14
WAY [12] 30/19 31/1 35/10 40/15 66/22 74/5 75/15 75/20 77/17 77/17 89/1 104/4
WE [116]
WE'D [1] 30/15
WE'LL [10] 31/22 67/9 67/11 73/1 75/9 81/21 94/3 105/19 106/22 108/16
WE'RE [13] 25/15 25/20 32/12 56/17 56/18 60/6 63/18 66/12 72/11 81/21 81/22 100/17 107/22
WE'VE [3] 48/16 76/17 107/13
WEARING [4] 30/6 86/22 86/23 92/18
Webb [7] 26/1 28/25 65/22 65/24 65/25 77/21 77/24
Wednesday [2] 107/25 108/17
WEEK [4] 59/13 103/20 103/23 108/1
WEEKEND [1] 101/13
WEEKS [3] 59/11 59/11 59/13
WEIGHT [1] 28/14
WELL [29] 23/3 23/5 24/11 25/20 27/25 31/3 31/11 31/21 36/5 40/7 42/7 55/20 58/19 59/14 59/15 59/25 60/6 67/1 70/13 74/3 79/13 81/1 85/20 89/2 93/4 101/13 107/24 108/7 108/16
WELL-SEASONED [1] 60/6
WELL-TRAINED [1] 58/19
WENT [13] 30/20 39/25 59/17 88/17 90/6 90/11 91/17 92/4 97/16 102/1 102/2 106/13 106/14
WERE [93] 24/3 24/25 25/12 25/13 28/11 28/12 28/13 30/8 30/10 30/12 30/25 34/6 34/13 34/17 35/8 36/10 36/11 37/5 38/1 38/8 38/14 40/14 40/15 41/2 41/2 41/15 41/15 41/17 41/21 44/18 46/9 46/20 47/5 48/19 50/13 51/11 55/16 56/14 56/14

56/15 56/16 56/24 60/15 66/22 70/9 71/10 71/17 71/22 76/12 77/25 78/4 79/4 83/17 83/23 85/21 86/5 86/10 87/15 87/24 90/5 90/24 90/25 91/9 92/15 92/17 92/18 93/1 93/3 97/19 98/7 99/15 99/11 99/19 100/4 100/17 101/21 101/22 101/24 102/17 104/6 104/9 104/19 104/20 104/25 105/1 105/2 105/5 105/18 106/5 106/5 106/7 106/8 106/8
WEREN'T [3] 104/14 104/15 104/15
WHAT [149]
WHAT'D [1] 59/21
WHAT'S [16] 21/24 23/14 25/18 45/11 48/7 48/23 49/14 50/17 60/17 81/6 82/25 85/14 99/19 102/19 103/2 106/3
WHATEVER [2] 32/24 80/8
WHATSOEVER [1] 78/6
WHEN [44] 24/13 24/21 25/16 25/22 28/17 40/24 41/9 41/15 44/21 46/9 48/6 50/23 53/9 54/11 56/21 58/22 58/24 59/3 59/5 62/16 63/12 65/15 70/7 76/6 76/7 78/4 78/5 87/12 96/25 98/13 99/1 99/3 99/10 100/5 100/7 100/20 100/21 100/21 104/6 105/19 105/22 106/13 107/12
Whenever [1] 70/10
WHERE [27] 22/8 24/4 30/1 30/21 34/13 43/16 44/2 56/22 59/17 61/4 61/6 64/5 82/15 83/23 84/24 85/6 85/11 86/3 86/11 86/13 90/1 90/14 95/21 99/2 99/15 99/15 100/19
WHETHER [19] 22/7 22/15 22/16 25/15 26/15 27/19 28/6 28/15 28/16 32/7 35/20 36/25 40/14 40/23 41/2 50/14 51/1 60/23 96/25 WHICH [30] 22/4 22/20 23/10 23/18 24/1 26/1 26/1 30/20 34/18 38/2 39/25 45/20 46/14 64/10 64/11 64/14 65/21 68/2 68/4 68/5 70/22 77/6 77/13 93/1 94/14 94/1 94/17 94/23 98/24 105/4 108/5
WHILE [4] 93/2 101/21 102/3 106/8
WHO [37] 36/21 36/23 37/14 37/15 37/19 38/1 38/8 40/15 49/12 53/4 56/25 58/20 60/2 60/6 60/18 61/22 61/23 64/8 65/6 65/11 65/19 65/21 65/23 67/3 67/6 67/21 74/19 74/21 77/25 85/5 89/8 90/6 96/12 102/23 103/3 103/11 103/14
WHO'S [2] 30/5 36/18
WHOEVER [2] 56/9 57/6
WHOLE [3] 71/25 73/18 73/19
WHOM [2] 48/25 89/5
WHOSE [12] 37/12 43/5 49/10 64/1 65/25 66/22 67/19

# W

**WHOSE... [5]** 68/12 68/25 74/7 74/9 96/19
**WHY [10]** 22/5 64/22 69/2 71/4 71/7 71/11 71/12 71/14 71/18 84/2
**WILL [10]** 22/8 28/23 31/19 40/4 51/9 75/7 86/7 93/18 93/22 108/20
**WINDOW [2]** 104/4 104/25
**WINDOWS [4]** 104/22 104/25 105/1 105/4
**WIRE [15]** 25/13 36/2 55/16 56/14 56/17 57/5 58/21 58/21 58/22 60/12 60/14 64/24 69/20 70/5 79/13
**WIRETAP [2]** 75/18 75/21
**WISE [1]** 28/8
**WISHED [1]** 78/11
**WITHIN [3]** 85/6 86/16 99/18
**WITHOUT [10]** 26/16 44/11 81/19 89/11 91/6 93/1 95/7 98/4 100/25 105/15
**WITNESS [11]** 29/23 31/19 33/1 73/25 81/17 81/22 82/3 82/4 84/17 106/25 107/4
**WITNESSES [2]** 32/10 109/2
**WOMAN [1]** 31/5
**WORK [1]** 108/9
**WORKING [2]** 65/20 83/24
**WORKS [1]** 50/8
**WOULD [41]** 22/3 22/11 27/22 28/2 28/19 28/23 31/6 31/8 33/6 33/10 38/11 39/2 39/3 44/5 45/8 46/2 47/10 48/13 58/7 58/8 58/10 58/10 67/21 69/1 69/2 80/23 81/4 81/4 84/12 89/10 91/3 91/5 92/15 93/14 98/3 100/24 101/16 102/5 103/22 108/11 108/13
**WOULDN'T [1]** 56/19
**WRAPPER [1]** 50/19
**WRAPPING [1]** 50/18
**WRITING [1]** 70/14
**WT [1]** 47/7
**WT-7 [1]** 47/7

# X

**XA [3]** 88/24 100/14 101/8

# Y

**Y'ALL [4]** 62/13 63/13 65/20 80/8
**YANTA [3]** 60/4 63/4 71/10
**YEAH [9]** 26/20 37/10 42/4 60/8 67/10 68/5 91/21 104/24 107/7
**YEAR [1]** 73/19
**YEARS [15]** 25/11 25/22 26/5 26/23 27/2 54/7 55/10 56/5 56/20 57/24 62/3 62/4 69/23 70/1 73/19
**YEP [1]** 54/11
**YES [114]**
**YESTERDAY [8]** 47/13 47/21 48/4 49/23 49/25 51/20 52/6 79/22
**YET [1]** 108/9
**YOU [493]**
**YOU'D [2]** 39/2 58/13
**YOU'RE [17]** 32/4 59/5 70/7 70/13 70/15 70/15 70/16

70/16 70/17 71/25 72/11 72/25 74/17 81/14 85/23 93/16 108/17
**YOU'VE [5]** 37/16 72/14 73/20 81/14 83/3
**YOUNGER [1]** 92/17
**YOUNGEST [1]** 31/7
**YOUR [111]**
**YOURS [1]** 71/19
**YOURSELF [3]** 33/6 71/10 82/14

# Z

**ZINTURA [1]** 39/24
**ZOOM [2]** 91/16 91/20