UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------X

THE UNITED STATES OF AMERICA      Criminal Case No. 05-386

                v.

ANTOINE JONES,

             Defendant,

------------------------------X   Washington, D.C.
                                  Wednesday, January 30, 2013
                                  2:15 P.M.


TRANSCRIPT OF JURY TRIAL – DAY 4 – P.M. SESSION
BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government: Darlene Michele Soltys, AUSA
                    Courtney Urschel, AUSA
                    U.S. ATTORNEY'S OFFICE
                    555 Fourth Street, NW, Room 4110
                    Washington, DC 20530
                    (202) 252-7685


For the Defendant:  Antoine Jones, Pro Se

                    Jeffrey Brian O'Toole
                    Errin Rae Scialpi
                    O'TOOLE, ROTHWELL, NASSAU & STEINBACH
                    1350 Connecticut Avenue, NW, Suite 200
                    Washington, DC 20036
                    (202) 775-1550


Court Reporter:         Lisa Walker Griffith, RPR
                        U.S. District Courthouse
                        Room 6507
                        Washington, D.C.  20001
                        (202) 354-3247


1-30-13 P.M.

1                    **AFTERNOON SESSION**

2              THE DEPUTY CLERK:  This is criminal case 05-386-1.

3    United States of America versus Antoine Jones.

4              THE COURT:  We'll take this up at the bench.  This

5    is under seal.

6               (Whereupon, bench conference under seal and

7    redacted per Court Order. )

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13          (Open Court.)

14          THE COURT:  Okay.  Gwen, bring in the jury, please.

15  Everybody sit down and get ready.

16          I take it the witness does not speak English.  The

17  witness's lawyer is over there.  Okay.

18          **SPANISH INTERPRETERS DULY SWORN**

19          (Pause.)

20          (Jury Present.)

21          THE COURT:  Good afternoon, ladies and gentlemen.

22          JURORS IN UNISON:  Good afternoon.

23          THE COURT:  Ladies and gentlemen, before we begin,

24  sorry for the delay.  I just want to make inquiry.  Did you

25  overhear anything?  Anybody talk to you about this case?  Did

1    anything happen in the last few hours that was in any way out

2    of the ordinary?

3            (No response.)

4            THE COURT:  No?  You've just been sitting in there

5    eating breakfast, lunch, whatever?

6            Okay, good.  Thank you.  Just wanted to make sure.

7    If anything strikes you as being the least bit out of the

8    ordinary, don't talk with each other about it.  Tell

9    Ms. Franklin or one of the marshals.

10           Okay.  We're ready -- I think we've sworn the

11   interpreters?

12           THE DEPUTY CLERK:  Yes.

13           THE COURT:  We're ready to swear the witness.

14           **DANIEL ZINTURA, GOVERNMENT WITNESS, SWORN**

15                      **DIRECT EXAMINATION**

16   BY MS. SOLTYS:

17   Q   Mr. Zintura, would you please look at the ladies and

18       gentlemen of the jury, would you please tell them your

19       name, your full name, and would you spell your last name

20       for the benefit of the Court Reporter?

21   A   (Through the Interpreter) My name is Daniel Zintura.  My

22       last name is spelled Z-E-N-T-U-R-A.

23   Q   Mr. Zintura, are you currently incarcerated?

24   A   (Through the Interpreter) Yes.

25   Q   And were you arrested in Maryland on May 23rd, 2012 in a

                          1-30-13 P.M.

1       narcotics conspiracy and brought here to Washington,

2       D.C.?

3    A   (Through the Interpreter) Yes.

4    Q   What is the name of the prosecutor in your case?

5    A   (Through the Interpreter) Thomas, I don't remember his

6       last name.

7    Q   Were you charged in an indictment that charged you and

8       many other people in participating in a narcotics

9       conspiracy?

10   A   (Through the Interpreter) Yes.

11   Q   Have you met me before?

12   A   (Through the Interpreter) Yes.

13   Q   And could you please tell the ladies and gentlemen of the

14      jury where was the first place that you and I met?

15   A   (Through the Interpreter) In one of the rooms that is

16      outside of this room.

17   Q   Here in this courthouse?

18   A   (Through the Interpreter) Yes, in this court.

19   Q   In fact, is that the only place that you and I have ever

20      met?

21   A   (Through the Interpreter) Yes.

22   Q   And when I met you for the first time, who did I want to

23      ask you questions about?

24   A   (Through the Interpreter) Antoine Jones.

25   Q   And do you know Mr. Jones?

                        1-30-13 P.M.

1    A    (Through the Interpreter) Yes.

2    Q    The very first time that you and I met, was the other

3         prosecutor, Tom, present?

4    A    (Through the Interpreter) Yes.

5    Q    And was one of your lawyers, Carlos Vanegas, present when

6         we met?

7    A    (Through the Interpreter) Yes, that is right.

8              THE COURT:  Can I have an approximate date, please?

9    BY MS. SOLTYS:

10   Q    Do you recall that the date was November the 7th, 2012?

11   A    (Through the Interpreter) Yes.

12   Q    The first time I asked you questions about Antoine Jones,

13        did you tell me about receiving a note?

14   A    (Through the Interpreter) Yes, in D.C. Jail.

15   Q    And could you tell the people in the jury about receiving

16        the note?

17   A    (Through the Interpreter) Yes.

18   Q    Go ahead.

19             THE COURT:  Can you put a date on this?

20   Approximately when did this occur?

21             MS. SOLTYS:  Okay.

22             THE COURT:  Could you ask him that?

23             MS. SOLTYS:  I'll ask.

24   BY MS. SOLTYS:

25   Q    When did you receive the note?

                      1-30-13 P.M.

```
 1                THE INTERPRETER:  The interpreter does not know who

 2     to interpret.

 3                MS. SOLTYS:  Please interpret for the Judge, I'm

 4     sorry.

 5                THE COURT:  Yes.

 6                THE WITNESS:  (Through the Interpreter) About June

 7     2012.

 8     BY MS. SOLTYS:

 9     Q    What did the note say?

10     A    (Through the Interpreter) The note said if I knew about

11          Guadalupe Barrone and about Javier Gonzalez, if I knew

12          that he had been in jail here in D.C.

13     Q    All right.  This is Government's Exhibit Number

14          Miscellaneous 14.  You've seen this note before?

15     A    (Through the Interpreter) Yes.  That is the second note I

16          received from him, from Antoine Jones.

17     Q    I'd like to know about the first note that you received

18          from Antoine Jones.  What, if anything, did it tell you

19          to do?

20     A    (Through the Interpreter) That we should help each other

21          and that he didn't know me and I didn't know him.

22     Q    And after you received that note from Mr. Jones, did you

23          receive visit from someone?

24                THE COURT:  Can I step back?  I'm a little lost.

25     How did the first note come to him?
```

1    BY MS. SOLTYS:

2    Q   How did you receive the first note?

3    A   (Through the Interpreter) From another inmate from the

4        same jail.

5    Q   And how did you know the note was from Antoine Jones?

6    A   (Through the Interpreter) Because he said he had seen

7        Antoine Jones, and he had given the note to him for him

8        to bring it to me.

9    Q   Now, after you received this note in July of 2012, were

10       you visited by someone at the D.C. Jail?

11   A   (Through the Interpreter) Yes, from an investigator who

12       was coming at the request of Antoine Jones.

13   Q   What did this investigator look like?

14           THE INTERPRETER:  Could the interpreter have a

15   repetition?

16   BY MS. SOLTYS:

17   Q   What did she look like?

18   A   (Through the Interpreter) She was of the black race, her

19       hair was a little bit blondish, and she was thin.

20   Q   And did she -- what did she do when she came to see you?

21           THE COURT:  Is this after the first or second note?

22           MS. SOLTYS:  This is after --

23           MR. O'TOOLE:  Objection.

24           THE COURT:  Ask him.  Yeah, I know, ask him.

25           Was this visit after the second note, which is

                           1-30-13 P.M.

11

1    Miscellaneous what?

2              MS. SOLTYS:  Fourteen.

3              THE COURT:  Miscellaneous 14?  It's not in evidence;

4    right?

5              MS. SOLTYS:  Not yet.

6              THE COURT:  Does it have a date on it?

7              MS. SOLTYS:  No, it does not have a date on it.

8              THE COURT:  All right.  Sir, did she come to visit

9    after the second note or after the first note?

10             THE WITNESS:  (Through the Interpreter) After the

11   first note.

12   BY MS. SOLTYS:

13   Q   And could you explain to the jury, were you able to

14       communicate with her?

15   A   (Through the Interpreter) Yes.

16   Q   How were you able to communicate to her?  Who else was

17       present when you talked to her?

18   A   (Through the Interpreter) Because she asked for me and

19       also called for my son to come along because at the time

20       he was also there.

21   Q   There in the D.C. Jail?

22   A   (Through the Interpreter) In D.C. Jail.

23   Q   Incarcerated?

24   A   (Through the Interpreter) Yes.

25   Q   Does he have the same name as you?

                         1-30-13 P.M.

12

1    A    (Through the Interpreter) Yes, and she called for the two

2         of us at the same time.

3    Q    So, could you explain to the jury what happened a when

4         this African-American woman with blond hair who said she

5         was Mr. Jones' investigator came to see you?

6              THE COURT:  Do they speak the same language.  Did

7    she speak in English or Spanish?

8              THE WITNESS:  (Through the Interpreter) She spoke

9    English, but my son translated for me.  But he understood

10   little as well.

11             She first showed me an photograph of Antoine Jones

12   and told me if I knew him.

13             At first I told her that I did not because of the

14   case of conspiracy, the 2012 case.

15             THE COURT:  What case?  Wait.  The 2012 case?  I

16   see.

17             THE WITNESS:  (Through the Interpreter) And then she

18   asked us to sign the back of a document, the back side of a

19   photograph saying that I did not know him.  And she asked my

20   son to do the same, to sign behind the photograph that we

21   didn't know him and knew not about him.

22   BY MS. SOLTYS:

23   Q    Did you sign the back of the photograph saying you did

24        not know Antoine Jones?

25   A    (Through the Interpreter) Yes.

                         1-30-13 P.M.

13

1    Q    Was that true?

2    A    (Through the Interpreter) No.

3    Q    Do you know him?

4    A    (Through the Interpreter) Yes.

5    Q    Do you see this photograph?

6    A    (Through the Interpreter) Yes.

7    Q    This is Photo Number 1.  How does this compare to the

8         photo that she had you sign the back of?

9    A    (Through the Interpreter) Yes.

10   Q    Yes what?

11   A    (Through the Interpreter) Yes, it looks like it.

12   Q    There's nothing on the back of this photo; right?

13   A    (Through the Interpreter) Right.

14   Q    When you and I talked in November 7, 2012, did you tell

15        me about this note and this visit from this investigator?

16   A    (Through the Interpreter) Yes, that is correct.

17   Q    And did there come a time, I think in January now, 2013,

18        that you and I met another time?

19   A    (Through the Interpreter) Yes.

20   Q    And was it here in the courthouse downstairs somewhere?

21   A    (Through the Interpreter) Yes, in the same place that I

22        met you the first time, in a small room.

23   Q    Was your attorney, Carlos Vanegas, present when we

24        talked?

25   A    (Through the Interpreter) Yes.

1-30-13 P.M.

14

1    Q    Did your attorney give me this note?

2    A    (Through the Interpreter) Yes, I gave it to him in the

3         D.C. Jail.

4    Q    And you saw him give it to me?

5    A    (Through the Interpreter) Yes, he gave it to you here in

6         that small room where we were meeting before me.

7    Q    Is this the note that your attorney handed to me when we

8         met that time?

9    A    (Through the Interpreter) Yes, that is the one.

10             MS. SOLTYS:  This is Government's Exhibit Number 14,

11   Miscellaneous Number 14, and we offer it into evidence, Your

12   Honor.

13             THE COURT:  Any objection?

14             MR. JONES:  No objection.

15             THE COURT:  All right.  Fourteen is admitted.

16   Miscellaneous.

17             (Government's Miscellaneous Exhibit No. 14 was

18   received in evidence.)

19             (Pause.)

20   BY MS. SOLTYS:

21   Q    How did you receive this note?

22   A    (Through the Interpreter) Through another he inmate as

23         well at the D.C. Jail.  He gave it to me on December the

24         8th of 2012.

25             MS. SOLTYS:  Your Honor, there is a stipulation

1   which I would like to present to the jury at this point,

2   which is Miscellaneous Number 22.  And it is stipulation that

3   says that, "The United States and the defendant, Antoine

4   Jones, stipulate and agree to the following facts.

5        "Number one:  Government's Exhibit Miscellaneous

6   Number 14 was written by Antoine Jones."

7        THE COURT:  Okay, ladies and gentlemen, you may

8   accept that as a fact that this Miscellaneous 14 was written

9   by Antoine Jones.

10       Can we see the whole thing or is there more?

11       MS. SOLTYS:  There's more on the back.

12       THE COURT:  Okay.

13  BY MS. SOLTYS:

14  Q   Did you read this note when you received it?

15  A   (Through the Interpreter) Yes.

16  Q   And we are obviously communicating right now with the

17      help of an interpreter; right?

18  A   (Through the Interpreter) Yes, that is so.

19  Q   Do you understand English?

20  A   (Through the Interpreter) Yes, little.

21  Q   Can you read some English?

22  A   (Through the Interpreter) A little bit as well.

23  Q   What language do you feel more comfortable in speaking?

24  A   (Through the Interpreter) Spanish.

25  Q   Do you see this number four?  Did his family stay at

1-30-13 P.M.

16

1    Myrtle Avenue?

2    A    (Through the Interpreter) Yes.

3    Q    Do you know what house I'm talking about on Myrtle

4         Avenue?

5    A    (Through the Interpreter) A house in Bowie.

6    Q    Whose house was it?

7    A    (Through the Interpreter) It was rented, I believe, by

8         Antoine Jones.

9    Q    Why do you believe that?

10   A    (Through the Interpreter) Because I went to that house to

11        live with my former wife and my daughter for about three

12        weeks.

13   Q    And when you were there, did you see any mail with any

14        names on it?

15   A    (Through the Interpreter) Yes, I saw some mail with --

16        addressed to Antoine Jones.

17   Q    Number five says, "Tell him that Guadalupe Barrone came

18        through here about two weeks ago."  Do you know who

19        Guadalupe Barrone is?

20   A    (Through the Interpreter) Yes.

21   Q    How long have you known Guadalupe Barrone?

22   A    (Through the Interpreter) Since we were children, many

23        years, for many years.

24   Q    Does he go by a nickname?

25   A    (Through the Interpreter) Pelos.

                    1-30-13 P.M.

17

1    Q    Pelos.  Number six:  "Tell him I don't know him, never

2         heard or seen him before.  I don't know why the

3         Government's trying to put us together."

4              Is that someone, is that something someone is

5         supposed to tell you or something else?

6    A    (Through the Interpreter) I don't understand.

7              THE COURT:  I don't either.

8              MR. O'TOOLE:  I don't either.

9              THE COURT:  It says what it says.

10   BY MS. SOLTYS:

11   Q    Number one says, "Ask Daniel Zintura."  So what did you

12        understand when you were given this note?

13   A    (Through the Interpreter) He was telling the young man

14        who gave me the note to tell me whether I had been in

15        jail here in D.C.

16   Q    Okay.  So how did you understand number six, "Tell him I

17        don't know him"?

18   A    (Through the Interpreter) Well, he's asking me through

19        the note, but well, let's go, number four, when he asks

20        whether my family stayed at the Myrtle Avenue house, that

21        means he knows me.

22   Q    What about number six, what does that mean to you?  "Tell

23        him I don't know him, never heard or seen him before."

24   A    (Through the Interpreter) Well, what I understand is that

25        he wants me to say that I don't know him when I do.

                        1-30-13 P.M.

18

1    Q    Mr. Zintura, are you represented by two attorneys?

2    A    (Through the Interpreter) Yes, that's right.

3    Q    One of your attorneys is named Shelly Peterson?  Do you

4         see Ms. Peterson in the courtroom right now?

5    A    (Through the Interpreter) Yes.

6    Q    If at any point you want to talk to her, you're more than

7         welcome to do so.  You just have to ask the Judge's

8         permission, okay?

9    A    (Through the Interpreter) Okay, that's fine.

10   Q    And your other attorney is Carlos Vanegas?

11   A    (Through the Interpreter) Yes.

12   Q    Is Mr. Vanegas fluent in Spanish?

13   A    (Through the Interpreter) Yes.

14   Q    And did there come a point in time in which you decided

15        to change your plea to guilty and enter into a plea

16        agreement with the Government?

17   A    (Through the Interpreter) Yes.

18             MS. SOLTYS:  I would move into evidence Government's

19   Exhibit Number Miscellaneous 8, which is Mr. Zintura's plea

20   agreement.

21             THE COURT:  Any objection?

22             MR. JONES:  No objection.

23             THE COURT:  All right.  It is admitted.

24             (Government's Miscellaneous Exhibit Number 8 was

25   received in evidence.)

                    1-30-13 P.M.

```
1    BY MS. SOLTYS:

2    Q   Do you see the date, January 8, 2013?

3    A   (Through the Interpreter) Yes.

4    Q   Do you see the date here, January 9, 2012?

5    A   (Through the Interpreter) Yes.

6    Q   And do you see your signature on the last page with the

7        date January 8, 2013?

8    A   (Through the Interpreter) Yes.

9    Q   Would you agree with me that this 2012 is a mistake and

10       it should be 2013?

11   A   (Through the Interpreter) Yes.

12   Q   Mr. Zintura, do you recognize this plea agreement?

13   A   (Through the Interpreter) Yes, of course, I do.

14   Q   And did Carlos Vanegas actually translate this plea

15       agreement into Spanish for you?

16   A   (Through the Interpreter) That's right.

17   Q   Do you remember on January the 9th, 2013, entering a

18       guilty plea before a judge here in this courthouse?

19   A   (Through the Interpreter) Yes.

20   Q   Could you tell the ladies and gentlemen of the jury what

21       is the name of the judge before whom you pled guilty?

22   A   (Through the Interpreter) Kollar-Kotelly.

23   Q   And how many different counts did you plead guilty to?

24   A   (Through the Interpreter) To two.

25   Q   (Through the Interpreter) What were those two counts that
```

```
 1          you pled guilty to?

 2   A   (Through the Interpreter) The first one is conspiracy of

 3          May 23rd, 2012.  And the other one is conspiracy 2004,

 4          2006, with Antoine Jones.

 5   Q   Could you tell the ladies and gentlemen of the jury, what

 6          are you facing when you go back before Judge

 7          Kollar-Kotelly for sentencing?

 8   A   (Through the Interpreter) Well, in the papers that I read

 9          of my guilty plea, it was 30 to life.

10   Q   And as part of your plea agreement, does it say what your

11          accountability is for?

12   A   (Through the Interpreter) Yes.

13   Q   Do you see here on paragraph two where it says that you

14          are accountable for at least 22 kilograms of heroin?

15   A   (Through the Interpreter) Yes.

16   Q   And approximately 73 kilograms of cocaine?

17   A   (Through the Interpreter) Yes.

18   Q   And that's just in Count I; right?

19   A   (Through the Interpreter) Yes, that's right.

20   Q   And in Count II --

21          THE COURT:  Count II is the 2004-06 conspiracy;

22   correct?

23          THE WITNESS:  (Through the Interpreter) Yes, that is

24   true.

25
```

21

1   BY MS. SOLTYS:

2   Q   And it says that you are accountable for at least five,

3       but not more than 15 kilograms of cocaine?

4   A   (Through the Interpreter) Yes, that's right.

5   Q   And do you understand when you looked at the papers that

6       you were told about a possible sentence that you would

7       receive based on your offense level?

8   A   (Through the Interpreter) My criminal history level is

9       43.

10  Q   You know you're at the top?  You're looking at a lot of

11      time?

12  A   (Through the Interpreter) Yes, that's true.

13  Q   What do you have to do under the terms of this plea

14      agreement?

15  A   (Through the Interpreter) Tell the truth.

16  Q   What do you hope will happen when you go back before

17      Judge Kollar-Kotelly if you tell the truth?

18  A   (Through the Interpreter) I hope that maybe the sentence

19      that I'm given won't be so long.

20  Q   Did I make any promises to you as to what sentence you

21      would receive?

22  A   (Through the Interpreter) No.

23  Q   What about this guy, Tom Gillice, did he make any

24      promises to you as to what sentence you would receive

25      when you went back to be sentenced by Judge

22

1      Kollar-Kotelly?

2   A  (Through the Interpreter) No.

3   Q  And when you pled guilty before Judge Kollar-Kotelly, did

4      she make any promises to you about what she would

5      sentence you to?

6   A  (Through the Interpreter) No.

7   Q  And who's going to ultimately decide your sentence?

8   A  (Through the Interpreter) Judge Kollar-Kotelly.

9   Q  I'd like to ask you if you could tell the ladies and

10     gentlemen of the jury a little about yourself.  What

11     country were you born in?

12  A  (Through the Interpreter) I was born in Edinburg, Texas.

13  Q  You are a U.S. citizen?

14  A  (Through the Interpreter) Yes, but I was raised in

15     Mexico.

16  Q  How did that happen?

17  A  (Through the Interpreter) Well, my mom only came during

18     the time when she gave birth to me.  And then after a few

19     months returned to Mexico.

20  Q  And did there come a time that you came back to the

21     United States, to Texas?

22  A  (Through the Interpreter) I came back to begin to live in

23     Texas when I was 18, approximately, in 1993.

24  Q  When did you first start coming up here to the Maryland,

25     Delaware area?

                    1-30-13 P.M.

23

```
 1   A   (Through the Interpreter) Between 1998 and 2000.

 2   Q   And could you explain to these people why you started,

 3       why you first came up here to the Maryland, Delaware

 4       area?

 5   A   (Through the Interpreter) I began to come here to work

 6       with the family of Guadalupe Barrone to pick squash in

 7       the fields.

 8   Q   Was that type of work seasonal?

 9   A   (Through the Interpreter) Yes, it was seasonal, for

10       something like two months, and that's all.

11   Q   And then did you go back to Texas?

12   A   (Through the Interpreter) That's right.

13   Q   And where you living in Texas during this period of time?

14   A   (Through the Interpreter) West Waco, Texas.

15   Q   What type of Texas is that?

16   A   (Through the Interpreter) It's right close to the border

17       with Tamaulipas, Mexico.

18   Q   I'd like to show you some photographs and ask if you know

19       who these people are.  Okay?

20   A   (Through the Interpreter) Okay.

21   Q   This is a photograph, Number 13, this picture is already

22       in evidence.  Do you know who this man is?

23   A   (Through the Interpreter) Javier Gonzalez.

24   Q   And what name does he go by?

25   A   (Through the Interpreter) Javier.
```

24

1    Q     This is Government's Number 14.  Who's that person?

2    A     (Through the Interpreter) That's me.

3          MS. SOLTYS:  Offer Photo Number 15 into evidence,

4    Your Honor.

5          THE COURT:  No objection?

6          MR. JONES:  No objection.

7          THE COURT:  Fifteen's admitted, photo.

8          (Government's Photo Exhibit No. 15 was received in

9    evidence.)

10   BY MS. SOLTYS:

11   Q     This is Photo Number 15, do you know who this person is?

12   A     (Through the Interpreter) Manuel Oresti.

13   Q     What name do you call him?

14   A     (Through the Interpreter) Chimuelo.

15   Q     Is there another nickname for him?

16   A     (Through the Interpreter) No, it's his brother who has a

17         different nickname.  He only has the nickname Chimuelo.

18   Q     This is Photo Number 16, do you know who this person is?

19   A     (Through the Interpreter) This is Manuel Oresti's

20         brother, and I know him as Pepé Oresti.

21   Q     Do you know his real name?

22   A     (Through the Interpreter) I think it's José.

23   Q     This is Photo Number 17, already in evidence.  Did you

24         know who this person is?

25   A     (Through the Interpreter) Guadalupe Barrone.

                    1-30-13 P.M.

25

1   Q  And you told us earlier that you know Mr. Barrone by a

2      nickname.  Would you repeat that nickname please for the

3      jury.

4   A  (Through the Interpreter) His nickname, he's referred to

5      as Pelos.

6   Q  Why is he called Pelos?

7   A  (Through the Interpreter) Well, a lot of the people in

8      Mexico who work in drugs would call him by that name.

9      And so, that's what I heard.  That's what they call him.

10   Q  What does Pelos mean in Spanish?

11   A  (Through the Interpreter) That's a person's hair, that's

12      Pelos.

13   Q  Did you know any of these guys since childhood?

14   A  (Through the Interpreter) I knew Mr. Barrone from the

15      time I was a child.  And also Manuel Oresti for some,

16      yes, some 20 years.

17   Q  Mr. Zintura, how did you first get started in the drug

18      trafficking business?

19   A  (Through the Interpreter) In 2004, Guadalupe Barrone

20      invited me to come here from Texas to work with him.

21         THE INTERPRETER:  The interpreter would add in

22 Maryland.

23         THE WITNESS:  (Through the Interpreter) And with

24 Manuel Oresti, Pepé Oresti, Javier Gonzalez, and Jorge, last

25 name I don't know, another person called Jorge.  And Benito

26

1    Benavides.

2    BY MS. SOLTYS:

3    Q    And of these people that you just named, who was in

4         charge?

5    A    (Through the Interpreter) The one in charge was Pepé

6         Oresti.

7    Q    That would be Photo Number 16?

8    A    (Through the Interpreter) Yes, that's right.

9    Q    The person you also know as José?

10   A    (Through the Interpreter) Yes, that's right.  I've known

11        him always by the name of Pepé.

12   Q    When you first got invited up here to start working with

13        this man and Pelos and the others, explain to the jury

14        who were they dealing with here in the Washington, D.C.,

15        Maryland area?

16   A    (Through the Interpreter) As far as I know, with Antoine

17        Jones, Frank Holden, Roger, one from D.C., whose last

18        name I don't know, and Tony.  I don't know his last name.

19   Q    Did you learn whether or not Pepé and Pelos had a name

20        for Antoine Jones?

21   A    (Through the Interpreter) Yes, I always heard them

22        referring to him as Birolo.

23   Q    And could you explain to the ladies and gentlemen of the

24        jury how did Mr. Jones get that nickname, Birolo?

25   A    (Through the Interpreter) Because he has an eye that's

1-30-13 P.M.

27

1           damaged.

2                   THE COURT:  How do you spell that?

3                   THE WITNESS:  (Through the Interpreter) V-I-R-O-L-O.

4                   MS. SOLTYS:  V, as in Victor, or B, as in boy?

5                   THE WITNESS:  (Through the Interpreter) It's the B

6      from bueno.

7      BY MS. SOLTYS:

8      Q   When did you actually learn Birolo's real name?

9      A   (Through the Interpreter) I found out in the house in

10          Bowie where I was living for a couple of weeks when I saw

11          some mail with that name on it.  And Guadalupe Barrone

12          and Frank Holden told me about his nickname as well.

13     Q   Okay.  So, I'd like to talk to you now about how the

14          operation worked.  Do you understand my question?

15     A   (Through the Interpreter) Yes.

16     Q   Go ahead.  Tell them.

17     A   (Through the Interpreter) Okay.  In 2004, the first time

18          I came to Maryland, Guadalupe Barrone and Oresti were

19          already working with Antoine Jones, and Frank Holden,

20          Tony and Roger.  Okay, so the first time that I came, I

21          only came to bring back two kilos of cocaine back to

22          Texas.

23     Q   What was wrong with it?

24     A   (Through the Interpreter) Nothing, they just told me to

25          take those two kilos back to Texas; that they were bad,

                            1-30-13 P.M.

28

1         and they were not -- they were worthless.

2   Q    Okay.  And then did you come back up here?

3   A    (Through the Interpreter) And then about a month later, I

4         came back to Maryland.  I don't remember the month, but

5         2004.

6              THE COURT:  When did you first come, when in 2004?

7              THE WITNESS:  (Through the Interpreter) I don't

8    remember the month.

9              THE COURT:  Well, can you tell us whether it was the

10   winter, the spring, fall, summer?

11             THE WITNESS:  (Through the Interpreter) Winter.

12   BY MS. SOLTYS:

13  Q    Could you tell us now how this drug operation worked

14        between the people that you know who were Mexicans and

15        Mr. Jones?

16  A    (Through the Interpreter) Well, okay, so the first time

17        that I was sent from Texas to work with them, I was sent

18        to help when they were unloading a trailer that was

19        coming from Texas on Central Avenue to a warehouse that

20        Antoine Jones also supposedly rented.

21  Q    So I'd like to ask some questions about the tractor

22        trailer.  Were there times in which you actually saw with

23        your own eyes what was on that tractor trailer?

24  A    (Through the Interpreter) Yes.

25  Q    Tell them, please.

                           1-30-13 P.M.

29

1    A    (Through the Interpreter) Yes, well the first time when

2         they unloaded the tractor trailer with the drugs, they

3         would come in boxes.  There were lemons and dried tea

4         leaves, and between the boxes of those things is where

5         the kilos of cocaine were from Texas to Maryland.

6    Q    How were they wrapped, those kilos?

7    A    (Through the Interpreter) Well, they were -- it had sort

8         of a rubber, plastic, clear plastic.  And they also had a

9         gray tape, not gray actually, it was beige tape.  And

10        between the two things, between the plastic and the tape,

11        you had grease like for vehicles, vehicle grease.

12   Q    What's the purpose of the grease?

13   A    (Through the Interpreter) Supposedly for dogs not to be

14        able to detect, smell the drugs when they go through the

15        checkpoints.

16   Q    This first time that you saw the tractor come, did you

17        see where it was unloaded?

18   A    (Through the Interpreter) At the warehouse that's located

19        on Central Avenue.

20   Q    And whose warehouse was that?

21   A    (Through the Interpreter) Antoine Jones, he rented it.

22   Q    And how do you know that?

23   A    (Through the Interpreter) Because, since I've known

24        Guadalupe Barrone for so long, he would always tell me

25        things, and he told me.

                        1-30-13 P.M.

80

```
 1   Q   Did you ever see Mr. Jones give anything to anybody that
 2       was related to that warehouse?
 3   A   (Through the Interpreter) The first time that -- he gave
 4       the keys, the first time the day before that truck was
 5       unloaded, he gave the keys to the warehouse to Jorge.  In
 6       the office, he gave the keys in the office.
 7           THE COURT:  Who's Jorge?
 8           THE WITNESS:  (Through the Interpreter) He was one
 9   that worked with Pepé, with Guadalupe Barrone, and others.  I
10   don't remember his last name.  He was in charge of giving the
11   drugs to Antoine Jones, to Frank Holden and Roger.
12   BY MS. SOLTYS:
13   Q   Could you tell the jury how many kilos are we talking
14       about that came up the first time you saw that trailer in
15       Mr. Jones' warehouse?
16   A   (Through the Interpreter) About 200 kilos, and other
17       times, it was 150 kilos, 100.
18   Q   How many times total are you aware of that tractor
19       trailers came up here loaded with kilos that you
20       witnessed?
21   A   (Through the Interpreter) The times that I remember that
22       I was there, three or four times.
23   Q   I'd like to ask you some questions --
24           THE COURT:  I'm sorry.  Over what period of time?
25           THE WITNESS:  (Through the Interpreter) The first
```

81

```
1    time that I came from Texas, that time in the winter, this
2    happened two days later.
3    BY MS. SOLTYS:
4    Q    Let me ask you a question to help understand the date of
5         these events.  Okay?
6    A    (Through the Interpreter) Okay.
7    Q    I want to fast forward and ask you some questions about
8         the house on Myrtle Avenue in Bowie.
9    A    (Through the Interpreter) Very well.
10   Q    Did something happen that caused -- was there some event
11        that happened at that house that you were involved in?
12   A    (Through the Interpreter) Well, that was the house where
13        Guadalupe Barrone and Pepé and others wanted me to live
14        there with my wife, well, my wife at that time, and my
15        daughter so that I could keep the money there at that
16        house because they would keep the drugs in another place
17        in the Largo town area.
18   Q    Was there an event that occurred at that house involving
19        you and four other people in which you left that house
20        quickly?
21   A    (Through the Interpreter) Well, that was much later.  I
22        had been working with them for several months already.
23        And some money had already been collected.  And so I
24        came -- about $300,000.  And so I came from Texas to
25        bring it back to Texas.
```

1    Q    And did something happen that you and other people fled

2         from that house?

3    A    (Through the Interpreter) Well, when I came from Texas to

4         bring the money back to Texas, I arrived from Texas to

5         the airport.  Then three other people picked us up on

6         excursion vehicle.  And stayed at a hotel that was rented

7         out for that night.

8              And so when we were coming from the airport on

9         our way to the Bowie house, we stopped by a gas station,

10        and we realized that we were being followed.  So we

11        continued as if we were going to the Bowie house.  And

12        when we left that gas station, this vehicle was still

13        following us.

14             And so, in one of the traffic lights, we lost

15        them.  And so we decided we would go to the Bowie house

16        anyway.  And so, when we went into the house, I called

17        Mr. Barrone and -- because he had the money, had hidden

18        the money, it was hidden.  And so I told him what was

19        happening, that I thought there were problems; that

20        somebody had seen us.  So I decided I would not take the

21        money back to Texas.

22   Q    And what happened?

23   A    (Through the Interpreter) So we were going back to Texas.

24        And we took the same route we had taken from the airport.

25        And we again saw the car that had been following us.  And

                         1-30-13 P.M.

83

1        for us it was an undercover.

2    Q   And what kind of a vehicle were you in?

3    A   (Through the Interpreter) In an Excursion.

4    Q   And who was driving that Excursion?

5    A   (Through the Interpreter) It was Victor, I don't remember

6        his last name.  Actually, Valdez, Victor Valdez, also

7        Antonio Valdez and Sabina [phonetic] Valdez had been the

8        three that had gone to pick Javier and myself up.

9    Q   So, it's you, Javier, Victor, Antonio, Sabina; is that

10       correct?

11   A   (Through the Interpreter) Correct.

12   Q   Sabina is a man or a woman?

13   A   (Through the Interpreter) It is Victor and Antonio's

14       mother.

15   Q   Okay.  And did you get stopped by the police in Virginia?

16   A   (Through the Interpreter) So yes, we were stopped in

17       Virginia.  They held us up for about three hours.  But

18       since I had decided not to take the money, they had let

19       us go.

20   Q   Okay.  And then after this event that you just --

21           THE COURT:  Okay.  Take a break sometime wherever.

22           MS. SOLTYS:  Let's take a break right now, then.

23           THE COURT:  That's what I thought.

24           Okay.  Thank you.  Ladies and gentlemen, we'll take

25   a ten-minute recess.  Thank you.

                      1-30-13 P.M.

1          (Jury Out.)

2          THE COURT:  Anything further?  Okay.  We'll break

3     for ten minutes.

4          (A brief recess was taken.)

5          THE COURT:  Do you want to approach the bench?

6          (Bench conference.)

7          MS. SOLTYS:  You know, we've had some conversations

8     with supervisors over the course of the break.  And we are

9     very concerned about the events that we described to the

10    Court this morning.  The marshals are looking into it.

11         THE COURT:  I just spoke to the head of the Marshal

12    Service.

13         MS. SOLTYS:  But it is our feeling right now that

14    there should be an individual voir dire of each juror in a

15    closed courtroom, and that we appreciate the fact that the

16    Court asked, but the Court asked sort of generally amongst

17    all of 16 at once in an open courtroom, and I --

18         THE COURT:  What would you ask?

19         MS. SOLTYS:  Just ask the same question in a closed

20    setting so that if anybody is -- I think that under those

21    circumstances, people would have been very hesitant to make

22    any sort of acknowledgment to the Court.

23         MR O'TOOLE:  Can we get a proffer?

24         THE COURT:  Yeah, I don't know enough facts.  Let's

25    wait, let's get through the witness and then take it up.  I

                    1-30-13 P.M.

35

1    don't know the facts of when they were here and when the jury

2    was floating around, but do you think they were here during

3    the lunch hour?  There are all kinds of things.  If you start

4    doing that to the jurors, and they'll worry about the future,

5    not so much about him necessarily.

6           I think that they were being honest when I asked

7    them if anything, anything came to their attention.  I think

8    you need a little more investigation before we start doing

9    each person individually.  All I know is that, I don't even

10   know who you know from that $100,000 was carried by two

11   people into this courtroom.  Who told you?

12          MS. SOLTYS:  Well, I've heard it third hand and

13   fourth hand.

14          THE COURT:  Well, I think that --

15          MS. SOLTYS:  I've heard it from marshals and I've

16   heard it from detectives.

17          THE COURT:  But somebody must have let them in and

18   known that.  So I think somebody ought to investigate that

19   before we decide --

20          MS. SOLTYS:  And that is what's happening, and the

21   Court told the Government to do it.  The police and the FBI

22   have been told to stand back, the marshals are going take

23   care of it.

24          THE COURT:  That's beyond my -- I just talked to the

25   U. S. Marshal, and if he knows about taking care of it, he

                          1-30-13 P.M.

36

1    sure didn't let on.  Okay.  So I don't know.  He said he'd

2    look into it.  That's the way I left it.  I didn't get the

3    sense that he had been fully informed.  But he will be.  So

4    that's between you and the marshals.  I'm not going to get

5    involved in this jurisdictional mess.

6            MS. URSCHEL:  If we could just add, we have concerns

7    because the courtroom had many people in it when the Court

8    its made inquiry of the jurors, we had concerns that perhaps

9    if one of the jurors had something to share, they would have

10   not been willing to do it in an open courtroom.

11           THE COURT:  Well, I understand that, but I'm not

12   prepared yet because I don't know enough.  Besides that, we

13   ought to get -- where is the marshal?  I don't, as far as I

14   know, turn off the tape.

15           THE DEPUTY MARSHAL:  It should be running daily.  We

16   will look into it.

17           THE COURT:  So let's -- let's just sit tight for a

18   little bit.  If you've got a bad apple there, it doesn't

19   matter if you find out today or tomorrow.  I'm not sure if

20   they're really bad they would tell us.

21           Okay.  Thank you.

22           (Open Court.)

23           (Jury Present.)

24           THE COURT:  Okay, ladies and gentlemen, we're ready

25   to continue.

1-30-13 P.M.

87

1              The witness is still under oath.

2              THE WITNESS:  (Through the Interpreter) Yes.

3              MS. SOLTYS:  Your Honor, the Government would move

4     into evidence Photograph Number 17.  There is no objection.

5              THE COURT:  Seventeen is admitted.

6              (Government's Photo Exhibit No. 17 was received in

7     evidence.)

8                    **DIRECT EXAMINATION (Cont'd)**

9     BY MS. SOLTYS:

10    Q   Mr. Zintura, I want to -- I want to just finish up with

11        what we were talking about right before the break.

12              And you were telling us about this event with

13        Javier, Victor, Antonio, Sabina Valdez.  Do you remember

14        that?

15    A   (Through the Interpreter) Yes.

16    Q   How many months before that event did you first start

17        dealing with Pepé, Pelos and Birolo?

18    A   (Through the Interpreter) Like four months before.

19              THE COURT:  I'm sorry, can you remind us again the

20    date of the event?

21              MS. SOLTYS:  2-27, 28-04.

22    BY MS. SOLTYS:

23    Q   Okay.  Mr. Zintura, now I'd like to ask you some

24        questions about the warehouse that you said on Central

25        Avenue.

                           1-30-13 P.M.

88

```
 1    A    (Through the Interpreter) Okay.

 2    Q    If I were to show you photographs of the warehouse that

 3         you said Mr. Jones, that you knew as Birolo, handed the

 4         keys over and where the drug activity occurred, would you

 5         be able to recognize that warehouse?

 6    A    (Through the Interpreter) Yes.

 7    Q    Let me show you a photograph, this is Government's

 8         Exhibit Number ICE 23.  Do you recognize this photograph?

 9    A    (Through the Interpreter) Yes.

10    Q    What is it?

11    A    (Through the Interpreter) It's a warehouse for me, it's a

12         garage.

13    Q    Is this the warehouse that you recognize?

14    A    (Through the Interpreter) Yes.

15    Q    This is Government's Exhibit Number ICE 23-C.  Do you

16         recognize that photograph?

17    A    (Through the Interpreter) Yes.

18    Q    And how do you recognize it?

19    A    (Through the Interpreter) Because the one, the first one

20         that's right there on the edge, on the corner, is the one

21         that Antoine Jones rented.

22    Q    And have you ever, were you ever inside that warehouse?

23    A    (Through the Interpreter) Yes, I went in some two times.

24    Q    And I'd like to ask you now some questions about the

25         tractor trailer, is this warehouse where the tractor
```

89

```
1              trailer arrived that was loaded with the kilos?

2                   MR. JONES:  Objection, Your Honor, leading.

3                   THE COURT:  Sustained.

4    BY MS. SOLTYS:

5    Q   Let mow ask the question this way.  Describe for the jury

6              what activity took place at this warehouse?

7    A   (Through the Interpreter) Well, the first time when the

8              trailer arrived, it backed up towards the door and just

9              went right up to the door because it wouldn't go inside.

10             And then the garage door was opened, the garage door was

11             opened.  And then the trailer door was opened to unload

12             the drugs.

13   Q   And tell us what happened?

14   A   (Through the Interpreter) Yes, well, Javier, Jorge and

15             myself were there, I was there the first time to help

16             unload the cargo.

17   Q   And what did it look like?

18   A   (Through the Interpreter) Well, inside it was principally

19             empty, but Antoine had there a small truck which he

20             supposedly used to move furniture.

21                  And then in addition, there was a small office

22             and besides that, there was an empty room where the drugs

23             were left.

24                  I think on that first time Antoine Jones came

25             there with a suitcase and took some kilos, I don't know
```

1     how many.  And Javier Gonzalez stayed there to take care

2     of the rest of it, the rest of the drugs.

3  Q  What do you mean Javier Gonzalez stayed there?

4  A  (Through the Interpreter) Well, Guadalupe Barrone and

5     Pepé Oresti did not want the drugs to remain there alone.

6     And so, since they didn't want to have the drugs in the

7     apartment in Largo town, they decided to leave it there.

8  Q  So where would Mr. Gonzalez sleep?

9  A  (Through the Interpreter) On an air mattress.

10 Q  What time of day did this occur that this tractor came up

11    loaded with kilos to be unloaded at the warehouse?

12 A  (Through the Interpreter) At four, like at four in the

13    morning.

14 Q  Why at four o'clock in the morning?

15 A  (Through the Interpreter) Well, I imagine it was at that

16    hour because there still isn't much traffic at that time

17    and it's still dark.

18 Q  Now, you've described the drugs being unloaded, the kilos

19    being unloaded at the warehouse.  Was there another

20    location where drug dealing between Pepé and Pelos and

21    Mr. Jones occurred?

22 A  (Through the Interpreter) In an apartment in Largo town.

23 Q  Had you ever been to that apartment in Largo town?

24 A  (Through the Interpreter) I was there as well some two

25    times or three.

1-30-13 P.M.

41

1    Q    Did you ever spend the night in that apartment?

2    A    (Through the Interpreter) Once.

3    Q    What did you sleep on?

4    A    (Through the Interpreter) They also had air mattresses.

5    Q    If I were to show you a photograph of the apartment,

6         would you recognize that apartment?

7    A    (Through the Interpreter) Yes.

8    Q    Whose apartment was it, who rented it?

9              MR. JONES:  Objection.

10             THE COURT:  What's the basis?  Wait a minute.

11   What's the basis for the objection?  That's all I want to

12   know.

13             MR. JONES:  Is she getting ready to put the pictures

14   in evidence?

15             THE COURT:  I don't know what pictures we're talking

16   about.  She's not about -- I don't know any pictures.

17             MS. SOLTYS:  I just asked the question about whose

18   apartment it was.

19             THE COURT:  Yeah, whose apartment it was.  Do you

20   object to the question?

21             MR. JONES:  Yes.

22             THE COURT:  What's the basis?

23             MR. JONES:  I'm saying is she getting ready to show

24   any pictures?

25             THE COURT:  I don't know, all I can do is rule on

                         1-30-13 P.M.

42

1   the questions now, but I don't know any basis --

2           MR. JONES:  If she's not going to show the picture,

3   I take the objection back.

4           THE COURT:  Okay.  I don't know if she is, but the

5   question can be answered.

6           Do you know whose apartment this is?

7           THE WITNESS:  (Through the Interpreter) Well, I

8   heard that it belonged to Antoine Jones, that he paid for the

9   rent, and if it wasn't in his name, it was in the name of

10  someone who worked for him who was also an Afro descendent.

11          MR. JONES:  Your Honor, I object.

12          THE COURT:  Yeah.

13          MR. JONES:  He said --

14          THE COURT:  Right.  I don't think he can testify to

15  that.

16          MR. JONES:  Move to strike, please.

17          THE COURT:  Yes, the Court will strike that

18  testimony.  It's not based on personal knowledge.  We have

19  the documents in evidence.  We don't need to ask him.

20          Ladies and gentlemen, that answer will be stricken,

21  put it out of your mind.  What he heard is not competent

22  evidence.

23  BY MS. SOLTYS:

24  Q   I'd like to ask you some questions about this apartment.

25          Did you ever see Antoine Jones there?

43

```
 1    A    (Through the Interpreter) Yes.

 2    Q    And what happened when Antoine Jones came to that

 3         apartment?

 4    A    (Through the Interpreter) He would go there to pick up,

 5         he would go to drop off money and to pick up drugs.

 6    Q    Do you know -- can you describe for us what this

 7         apartment looked like?

 8    A    (Through the Interpreter) Well, it had two bedrooms, just

 9         two bedrooms and a living room, but it was all empty, and

10         it had a small kitchen.

11    Q    What floor was this apartment on?

12    A    (Through the Interpreter) The third floor.

13    Q    If I were to show you a photograph of the apartment,

14         would you recognize it?

15    A    (Through the Interpreter) Yes.

16    Q    Let me show you what's been marked as Government's

17         Exhibit Number ICE 1-A.  Do you recognize that

18         photograph?

19    A    (Through the Interpreter) Yes.

20    Q    What do you recognize it to be?

21    A    (Through the Interpreter) The third floor which is this

22         part here in the middle.

23              THE COURT:  Can he point to what he -- say that

24    again.  Just have him point it on the screen when he says --

25              THE WITNESS:  (Through the Interpreter) Well, the
```

1-30-13 P.M.

44

1    apartment was here on this side.

2           THE COURT:  Can you point it?  You can touch the

3    screen.  Okay.  Behind the tree, you mean?

4           THE WITNESS:  (Through the Interpreter) Yes.

5           THE COURT:  Okay.

6    BY MS. SOLTYS:

7    Q    Now, explain for the jury, please, what happened when

8         Antoine Jones came to that apartment?

9           THE COURT:  Well, can you go back a minute?  How

10   often did he come to pick up money or to drop off money and

11   pick up drugs.  How many times did you see that?

12          THE WITNESS:  (Through the Interpreter) Over three

13   times that I was there.  He would bring the money in plastic

14   bags or in backpacks like the ones you carry on your back.

15   BY MS. SOLTYS:

16   Q    And what happened?  Where did he come?  What did he do?

17   A    (Through the Interpreter) Well, the one time I saw him

18        come into the apartment and the other times it was in the

19        hall way here where he would give the money to Jorge.

20          THE COURT:  Who is Jorge again?  I'm sorry.

21          THE WITNESS:  (Through the Interpreter) Jorge is the

22   one who knew all of them, Antoine Jones, Tony, Frank Holden,

23   he was the one who had the customers to buy the drugs.

24   BY MS. SOLTYS:

25   Q    Now did you ever count the money that Mr. Jones brought

                        1-30-13 P.M.

45

1          over to purchase the kilos?

2     A    (Through the Interpreter) I never counted it myself.  But

3          I did hear Pepé, Barrone and another one say that it was

4          80 or 70.  And I knew that it was 80,000 or 70,000.

5               MR. JONES:  Objection, Your Honor, hearsay.

6               MS. SOLTYS:  Statement made in furtherance of the

7     conspiracy, Your Honor.

8               THE COURT:  Yes.  Overruled.

9               And I'm sorry, what's the nickname for Jorge?

10              THE WITNESS:  (Through the Interpreter) Bebé,

11    B-E-B-É.

12              THE COURT:  Pepé.  Huh, Pepé?

13              MS. SOLTYS:  No, Bebé.

14              THE INTERPRETER:  Bebé, B-E-B-É.

15              THE COURT:  Okay.

16    BY MS. SOLTYS:

17    Q    And do you know what Mr. Jones received in exchange for

18         the money that he brought over to that apartment?

19    A    (Through the Interpreter) He was given more drugs, more

20         kilos of cocaine.

21    Q    Do you know how many kilos Mr. Jones received at any one

22         period in time?

23    A    (Through the Interpreter) Fifteen or 20.

24    Q    Where did he put those 15 or 20 kilos that he obtained?

25    A    (Through the Interpreter) In a suitcase.

                          1-30-13 P.M.

46

1    Q    Do you know how often Mr. Jones came over to this

2         apartment to meet with Jorge and Pepé and the others?

3              MR. JONES:  Objection, Your Honor.

4              THE COURT:  Only what he saw or was told by the

5    other people.  Lay a foundation.

6    BY MS. SOLTYS:

7    Q    Do you know how often Mr. Jones came over to that

8         apartment during this period of time to deal narcotics

9         with Pepé and a Jorge?

10             THE COURT:  In '04.  Is that what you mean by the

11   period of time?

12             MS. SOLTYS:  Yes.

13             THE COURT:  Okay.

14             THE WITNESS:  (Through the Interpreter) The two or

15   three times that I was there, he brought money.  But daily, I

16   understood from Guadalupe Barrone, that he would come buy to

17   bring little bits like 40,000, 30,000 as he was gathering the

18   money that he got.

19   BY MS. SOLTYS:

20   Q    Be sides Mr. Jones, you said, were there other people

21        that also bought some of these narcotics that had been

22        shipped up in the tractor trailer?

23             MR. JONES:  Objection, Your Honor, leading.

24             THE COURT:  No.  Go ahead.

25             THE WITNESS:  (Through the Interpreter) To that

                         1-30-13 P.M.

47

```
 1    apartment, only Antoine Jones and Tony Best would go, just

 2    those two would arrive there at the Largo town apartment.

 3    BY MS. SOLTYS:

 4     Q   Were there other people who obtained narcotics?

 5     A   (Through the Interpreter) Frank Holden and Rogers, I

 6         don't know his last name, they were given the kilos at

 7         stores like Shoppers and Home Depot and other places.

 8     Q   Okay.  Now, in addition to these two properties that

 9         you've told us about, was there a third property?

10            THE COURT:  Wait, I'm confused.  Are you talking

11    about two properties plus the warehouse?

12            MS. SOLTYS:  No, I'm talking -- I've only shown him

13    two photos, the warehouse and the apartment.

14            THE COURT:  Okay.

15            MS. SOLTYS:  So I showed you --

16            THE COURT:  Summit Circle.

17            MS. SOLTYS:  Right.

18            THE COURT:  All right.

19    BY MS. SOLTYS:

20     Q   Besides this photo --

21            THE COURT:  What number, please?

22            MS. SOLTYS:  1-A, ICE 1-A.

23    BY MS. SOLTYS:

24     Q   And besides this warehouse, ICE 23-A, is there another

25         location where you stayed that was associated with
```

48

```
 1          Mr. Jones?
 2   A   (Through the Interpreter) In the Bowie house on Myrtle
 3          Avenue.
 4   Q   And if I were to show you a photograph of that house on
 5          Myrtle Avenue, would you recognize it?
 6   A   (Through the Interpreter) Yes.
 7   Q   You've told us before, but you stayed there overnight?
 8   A   (Through the Interpreter) I spent up to three weeks there
 9          with my wife.
10   Q   This is Government's Exhibit Number ICE 7-A.  Do you
11          recognize this photograph?
12   A   (Through the Interpreter) Yes, it's this one here.
13   Q   And what do you recognize this one here to be, what is
14          that?
15   A   (Through the Interpreter) That's the house where I stayed
16          for three weeks with my wife, and then when she went back
17          to Texas, I stayed a few more days there.
18   Q   What did you sleep on in that house?
19   A   (Through the Interpreter) At first also on air
20          mattresses, and then later in regular beds.
21   Q   Do you know where the air mattress came from?
22   A   (Through the Interpreter) It was bought at Walmart.
23   Q   Who bought it?
24   A   (Through the Interpreter) Well, from this house, I bought
25          it.  But Guadalupe Barrone bought the other one for the
```

49

```
 1        apartment.
 2   Q    Okay.  Now, how many times do you know that there were
 3        shipments of kilos in tractor trailers brought here to
 4        the Washington, D.C. area for the benefit of Mr. Jones?
 5             MR. JONES:  Objection, Your Honor.
 6             THE COURT:  Yes, I think you've got to lay a
 7   foundation.  You can ask him how many times did he observe.
 8   BY MS. SOLTYS:
 9   Q    How many times did you personally see tractor trailers
10        brought here to this area for the benefit of Mr. Jones'
11        drug trafficking?
12   A    (Through the Interpreter) Four times the trailer arrived
13        at the warehouse.  And there were other times after that,
14        but it was a different trailer and unloaded in different
15        places.
16   Q    And the four times that you know about that the tractor
17        trailers came up here, how many kilos were in the tractor
18        trailers each time?
19   A    (Through the Interpreter) It was always more than 100
20        kilos, up to 200.
21             THE COURT:  When was the last time that you were
22   involved in any shipment that came up here from Texas or
23   Mexico for the benefit of Mr. Jones?
24             THE WITNESS:  (Through the Interpreter) I don't
25   remember where, I just remember that I came here to work with
```

50

1    Guadalupe Barrone for about four months.

2  BY MS. SOLTYS:

3    Q   Did you get paid by Mr. Barrone for the work that you

4        did?

5    A   (Through the Interpreter) Yes.

6    Q   Where did you get paid, here in the Washington, D.C. area

7        or in Texas?

8    A   (Through the Interpreter) Part here in Maryland and part

9        in Texas.

10   Q   How often were you paid?

11   A   (Through the Interpreter) He'd always give me here part

12       $5,000 or 3,000, and he'd give me the rest in Texas.

13   Q   And the rest was what?

14   A   (Through the Interpreter) He would supposedly pay me

15       10,000 for unloading the truck.  So he'd give me 7,000 or

16       5,000 in Texas.

17   Q   And who was the person that was the -- the person in

18       charge of this operation, who was the mastermind of this

19       operation?

20   A   (Through the Interpreter) Pepé Oresti and Guadalupe

21       Barrone.

22   Q   How did the money get back to Texas?  The money that was

23       paid for the kilos?

24   A   (Through the Interpreter) In that same trailer.  The

25       trailer would always go up to New York, and so when the

                        1-30-13 P.M.

1      truck came back from New York on the way from Texas, it

2      was loaded with the money.

3    Q   How was the money packaged?

4    A   (Through the Interpreter) It would be put in a box,

5      something similar to where the kilos of cocaine would be.

6      And then they would wrap them in the food saver, like

7      sealed shut.

8    Q   Why was it put in a food saver bag and sealed shut?

9    A   (Through the Interpreter) Because that way they would

10     prevent the dogs from detecting the money were they to be

11     stopped.

12   Q   Tell us about how the tractor was loaded with the money

13     to be sent back to Texas?  What time of day did that

14     happen?

15   A   (Through the Interpreter) At the same time, about four

16     o'clock in the morning, the truck would arrive at the

17     warehouse, and it was loaded.  Once I participated in the

18     loading of it.  And it would be put in boxes that had

19     clothes that were going back to Texas.

20   Q   Do you know how much money was put on that tractor that

21     time to be sent back to Texas?

22           THE COURT:  What time?

23           MS. SOLTYS:  The time he's telling us about, Your

24   Honor.

25           THE COURT:  Well, he's told us about several times.

52

1          MS. SOLTYS:  No, he just mentioned that there was

2     only one time that he put the money on the tractor.  I asked

3     him about that time.

4     BY MS. SOLTYS:

5     Q    How much money do you know was put on the tractor that

6          time that you just told us about?

7     A    (Through the Interpreter) It was about $800,000 or maybe

8          even more than that.

9     Q    Now, I'd like to ask you some specific questions about

10         something that you did.  Taking something from

11         Government's Exhibit Number ICE 1-A, to Government's

12         Exhibit Number ICE 7-A.  Do you know what I'm talking

13         about?

14    A    (Through the Interpreter) Yes.

15    Q    Could you explain to the jury?

16    A    (Through the Interpreter) Okay.  The apartment in Largo

17         town, Javier was there, Guadalupe Barrone, Manuel Oresti,

18         and they were going to go to pick up some money from a

19         person who had gotten the drugs, when they realized that

20         they were being followed by a truck.

21              So they came back to the apartment to tell

22         Guadalupe Barrone because by the way it was only Javier

23         Gonzalez and Jorge that had gone to get the money.  So

24         they came back.

25              So when they got back in the apartment I started

                              1-30-13 P.M.

53

```
1    looking out the window across, because there was another
2    building there.  And they realized there were more cars
3    there.  And so they all decided to go back to Texas,
4    leave the money back there.
5         So they called me, I was at the Bowie location.
6    And they asked me to go get the money, to recover the
7    money, pick up the money-counting machines and some
8    pistols that had been left there.
9  Q  Did you go do that?
10 A  (Through the Interpreter) Yes.
11 Q  Where did you go?
12 A  (Through the Interpreter) I went to the Largo town
13   apartment.
14 Q  That third floor apartment that you just pointed out in
15   the picture?
16 A  (Through the Interpreter) Yes, I went there because I had
17   a key to the apartment because whenever they would go,
18   when Guadalupe Barrone, Pepé, Oresti, Javier Gonzalez
19   would go to the -- Delaware to the auctions to buy
20   vehicles, they gave me a key once.  So I had the key to
21   the apartment.
22 Q  Okay.  And?
23 A  (Through the Interpreter) So they told me go take the
24   money when there are no cars.  So because the cars had
25   gone following them, they told me, now it's your
```

54

```
 1        opportunity to go back to the house and get he the money

 2        and take it to the Bowie house.  And I did so, I took the

 3        money to the Bowie house.

 4   Q    How much money are we talking about?

 5   A    (Through the Interpreter) Well, I never counted it, but

 6        they told me it was about $350,000.

 7   Q    How was it wrapped?

 8   A    (Through the Interpreter) They were not packed per se

 9        yet.  They were in a suitcase and they were held together

10        with a rubber band.

11   Q    So where did you take that money, the pistols, the money

12        counter?

13   A    (Through the Interpreter) To the Bowie house.

14   Q    Then what happened?

15   A    (Through the Interpreter) They went to Texas, Guadalupe

16        Barrone, Jorge, they all went to Texas and I stayed by

17        myself at the Bowie house.

18             THE COURT:  At the Bowie house, is that what --

19             THE INTERPRETER:  Bowie, yes.

20             THE WITNESS:  (Through the Interpreter) So Guadalupe

21   Barrone went to Texas and two or three days later I went as

22   well.  No, actually I went to Texas and he came back before I

23   went to Texas, and he hid the money.

24             So we realized that there were cars following us as

25   well.  And we thought that they were the undercovers.  So we
```

55

 1   decided that the money would be hidden and we'd all go back

 2   to Texas.

 3   BY MS. SOLTYS:

 4   Q   And then did you come back to this area?

 5   A   (Through the Interpreter) It was about a month later that

 6       Javier Gonzalez and myself came, which is when we were

 7       picked up at the airport.

 8   Q   Which airport?

 9   A   (Through the Interpreter) Baltimore.

10   Q   What where you picked up in?

11   A   (Through the Interpreter) In the Excursion, picked up by

12       Sabina, Antonio and Victor Valdez.

13   Q   Where did you spend the night that night?

14   A   (Through the Interpreter) One of the hotels right around

15       the airport, close to the airport.

16   Q   Did you go somewhere the next morning?

17   A   (Through the Interpreter) We went to the Bowie house, but

18       that's when we stopped at the gas station before and we

19       realized that there was this person in the car.  And he

20       was making as if he was putting air in the tires.  And

21       Javier Gonzalez realized that he was just pretending

22       because he wasn't doing it.

23               So we decided to go to the house.  So, when we

24       were on our way to the Bowie house, when we got off of 95

25       into the road that leads to the Bowie house is when we

                          1-30-13 P.M.

56

1    lost the car that was following, which was a blue

2    Mustang.

3             So we did go to the Bowie house to pick up the

4    money.  And which is when I called Guadalupe Barrone and

5    told him what was happening.  And he told me to leave it

6    there, to go back to Texas and not to pick up the money.

7             And then two weeks later or a week later, I

8    don't remember, he came with someone else to get the

9    money.

10   Q   And this is when -- so you left the Myrtle house in what

11       type of a vehicle?

12   A   (Through the Interpreter) In that same Excursion, the one

13       that we drove in with.

14   Q   And who were the people in the car with you?

15   A   (Through the Interpreter) It was Sabina, Antonio and

16       Victor Valdez and Javier Gonzalez.

17   Q   After that, did you ever -- did you ever come back up

18       here to do drug deals with Mr. Jones?

19   A   (Through the Interpreter) I did not come back, I only

20       came back after, in 2009.

21   Q   Why didn't you come back on this occasion?  Why didn't

22       you come back?

23   A   (Through the Interpreter) Because I didn't want to work

24       with Guadalupe Barrone, Pepé Oresti and all the other

25       ones anymore because they were -- they had too many

                        1-30-13 P.M.

57

1          problems.

2               And so about six months later they also did not

3          work for about six months later.  But after those six

4          months, they started working again.  And I'm talking

5          about Guadalupe Barrone, Javier Gonzalez, and the rest of

6          the others.

7               But since Guadalupe Barrone would always tell me

8          everything, he told me that they were coming back up to

9          work with Antoine Jones.

10    Q    If you were to see Antoine Jones again, would you

11         recognize him?

12    A    (Through the Interpreter) Yes.

13    Q    Do you see him in this courtroom?

14    A    (Through the Interpreter) Yes.

15    Q    Could you point him out to us, please?

16    A    (Indicating.)  (Through the Interpreter) It is that

17         person that is in the edge there.

18              MS. SOLTYS:  And I would like for the record to

19    reflect an in-court identification of the defendant, Antoine

20    Jones, Your Honor.

21              THE COURT:  Let the record so reflect that Mr. Jones

22    is sitting at the edge.

23              Okay.  Does that conclude?

24              MS. SOLTYS:  If I could have the Court's indulgence

25    for one moment.

                          1-30-13 P.M.

```
1              THE COURT:  Yes.

2              (Pause.)

3    BY MS. SOLTYS:

4    Q   The last question that I have for you is, you told us

5        when you came up with Javier Gonzalez, you flew into the

6        airport at BWI.  Do you remember how you got from the

7        airport to the hotel where you stayed that night?

8    A   (Through the Interpreter) Yes, in one of those cars, you

9        know, the ones that do take you to the airport, to the

10       hotels, those cars.

11             THE COURT:  Like an airport van?

12             THE WITNESS:  (Through the Interpreter) Yes, yes,

13   the van.

14             MS. SOLTYS:  Thank you, Mr. Zintura, I have no

15   further questions for you at this time.

16             THE COURT:  Okay.  This is probably a good place to

17   stop for the evening.

18             Ladies and gentlemen, we're going to stop now.

19   We'll start up tomorrow, breakfast at nine.  At 9:30 we'll

20   start the testimony, the cross examination of this witness.

21   Please do not discuss the case with anyone.

22             And can I just speak briefly with the juror, if you

23   could just step out for a minute, we'll get to you in a

24   minute, but the juror in seat, is it 7?  If you would stand

25   outside for a minute, we'll chat in a second.
```

                              1-30-13 P.M.

59

1            Thank you, ladies and gentlemen.  Leave your notes

2    behind.  And do not discuss the case with anyone.  Thank you.

3            (Jury Out.)

4            THE COURT:  Okay, the witness will be excused.

5            (Witness excused.)

6            THE COURT:  The juror has to pick someone up at an

7    airport this Friday.  I just want to make sure it's the

8    absolute -- she wants us to break early because her husband

9    can't pick up a family member at Dulles.  So it may be that

10   we'll accommodate that, but I'd just like to ask her if this

11   is really real.  Okay?

12           (Juror No. 7 present.)

13           THE COURT:  You're Juror 7?

14           JUROR NO. 7:  Yes, ma'am.

15           THE COURT:  How are you?  Ms. Franklin told me that

16   you need to pick up someone on Friday afternoon?  And this is

17   somebody, a family member or what?

18           JUROR NO. 7:  A family member.

19           THE COURT:  And how old are they?

20           JUROR NO. 7:  He's 29.

21           THE COURT:  And he can't get into town without you

22   drive --

23           JUROR NO. 7:  It is his first time come to America.

24           THE COURT:  But he can't get to town without you

25   going out to pick him up?

                          1-30-13 P.M.

60

1          JUROR NO. 7:  No, ma'am, because my husband had an

2     accident, he can't go and get him.

3          THE COURT:  He what?

4          JUROR NO. 7:  My husband had an accident, he can't

5     go and get him.

6          THE COURT:  I didn't hear the words.

7          JUROR NO. 7:  I said my husband had an accident.

8          THE COURT:  I'm sorry.

9          JUROR NO. 7:  So he cannot go and get him, that's

10    what I was relying on him.

11         THE COURT:  Uh-huh.

12         JUROR NO. 7:  So other people are working, they

13    can't go and get him.

14         THE COURT:  And he can't get in here himself?

15         JUROR NO. 7:  No, ma'am.

16         THE COURT:  Well, why don't you just double-check to

17    make sure there's nobody and let us know tomorrow.  So if we

18    have to -- I mean, you know, we have to excuse everybody.  So

19    it's really not a small inconvenience.

20         Okay.  And nobody approached you about anything;

21    right, today?  You haven't seen or heard anything the least

22    bit out of the ordinary?

23         JUROR NO. 7:  No, Ma'am.

24         THE COURT:  Okay.  All right, thank you very much.

25    I'm sure we'll be able to accommodate you.  But see if

                        1-30-13 P.M.

61

1    there's any other alternatives, okay, and let us know

2    tomorrow.

3             JUROR NO. 7:  Thank you.

4             THE COURT:  Thank you.  And you would have to leave,

5    what, you're going to drive here from -- you're going to

6    drive to Dulles?

7             JUROR NO. 7:  I'll drive here, then when I leave

8    here, just get the car and go to the airport.

9             THE COURT:  And what time does the plane arrive?

10            JUROR NO. 7:  It arrives at three.

11            THE COURT:  It arrives at three?

12            JUROR NO. 7:  Uh-huh.

13            THE COURT:  Okay.  Well, nobody gets through Customs

14   by three, that's for sure in Dulles.  Okay.  Thank you.

15            (Juror No. 7 out.)

16            MR O'TOOLE:  Your Honor, if I could address another

17   scheduling issue that we -- I addressed yesterday a little

18   bit on a case we have with Judge Lamberth.  And we had worked

19   on a deposition for Friday, and it looks like it's going to

20   have to go tomorrow afternoon at 4:30 at the District

21   Building.

22            THE COURT:  That's okay.

23            MR O'TOOLE:  So if I could leave -- if I could leave

24   here tomorrow.  And Mr. Jones is all right if Ms. Scialpi

25   stays here beyond 4:15 without me, I think will be fine, and

                          1-30-13 P.M.

1    I would ask the Court if I could leave by 4:15 to walk over

2    to the District Building.

3              THE COURT:  Okay.  As long as he's fine with --

4              You're fine with Ms. Scialpi helping out, it won't

5    be long, tomorrow afternoon?  You're okay with that?

6              MR. JONES:  Yes.

7              THE COURT:  All right, that's fine.

8              MR O'TOOLE:  And then our problem next week has gone

9    away.  So we're going to combine it all tomorrow night so we

10   won't need next week.

11             (Discussion held off the record.)

12             THE COURT:  Okay.  And who comes after this witness?

13   Give me the lineup a little bit for the next few days.  I

14   don't see that we can do anything about this witness,

15   although I can't understand why a 29-year-old who speaks

16   English can't find his way in from Dulles Airport, but.

17             MS. SOLTYS:  So we're going to call former Officer

18   Whitehead and Officer Miller.  And then we're going to call

19   Guadalupe Barrone.

20             THE COURT:  So the other two may be short.  I don't

21   know who they are, I can't remember anymore.  Whitehead and

22   Miller?

23             MS. SOLTYS:  Traffic stop with Mr. Maynard in North

24   Carolina.

25             THE COURT:  Okay, that's fine.

                        1-30-13 P.M.

63

```
 1                    MS. SOLTYS:  And we have a bunch of stipulations

 2    coming up.

 3                    THE COURT:  Okay, that's fine.  Then comes Barrone.

 4    And does he have counsel?

 5                    MS. SOLTYS:  Not in the Washington, D.C. area.  His

 6    counsel is in McAllen, Texas.  So he will not have counsel

 7    present in the courtroom.

 8                    THE COURT:  Is he locked up or walking?

 9                    MS. SOLTYS:  Locked up.

10                    THE COURT:  Okay.  All right, so you'll work that

11    out with Ms. Franklin then.

12                    Anything further for Mr. Jones?

13                    Marshal, do you have anything that you want to

14    report publicly or not at the moment?  All right, very good.

15    Thank you.

16                    Anything else before we excuse everybody?  Okay.

17    Thank you.

18                    Ms. Soltys, you're still feeling on schedule?

19                    MS. SOLTYS:  Yes, Your Honor.

20                    THE COURT:  Based on what we've done so far?

21                    MS. SOLTYS:  Yes.

22                    THE COURT:  What's your prediction for your case?

23                    MS. SOLTYS:  You know, if we continue to move at the

24    pace that we're going, we thought we would be done in -- it

25    would have taken us a total of 12 days, which gets us to, I
```

1    think it's February 11, 11 is a Monday, 12.  We were thinking

2    that we could be done by the 12th.

3           THE COURT:  Let's just look at that one minute.

4           Okay.  That is Tuesday, the 12th, is her best

5    estimate.  We're still on the record.

6           The Government's best estimate is Tuesday, the 12th,

7    to finish their case.  So that gives you some clue of what's

8    going on.  I ordered and reverse *Jencks,* and what's the other

9    one, the experts, what date did I give you for the experts?

10          MS. SOLTYS:  February 7th.

11          THE COURT:  Okay, February 7th.

12          MR O'TOOLE:  We'll comply with that.

13          THE COURT:  All right.

14          Is there reverse *Jencks* that you're aware of?  Well,

15   you better check with the investigator.  That's reverse

16   *Jencks*, it applies.  And he's required to turn it over before

17   the witnesses come.

18          And the other, do you need any *Lewis* information on

19   these witnesses, or you know who they are from past times?

20   Date of birth?

21          MS. SOLTYS:  Right, I know.

22          THE COURT:  I know you know.

23          MS. SOLTYS:  I'm not sure.  I'll let you know.

24          THE COURT:  Fine.  Okay.  There may be people who

25   are new.  You've given us your complete list?  Sorry.  Have

65

1    you given us your complete list of witnesses that you're

2    aware of?

3            MR. JONES:  I gave a list, basically it's probably

4    everybody that I'm going to call.

5            THE COURT:  Is there anybody that we can -- you're

6    going to delete because they have to run around checking

7    records and stuff.  Let me know tomorrow.

8            MR. JONES:  I will let her know tomorrow.

9            THE COURT:  Yeah, let me know if there's anybody who

10   doesn't need to come.  And then you're going to, through --

11   this is where standby counsel's got to be important, helping

12   finds witnesses and things.  I don't do that.

13           Okay.  We resume tomorrow at 9:30.

14           Does anybody have any objection accommodating her

15   one hour?

16           MS. SOLTYS:  No, we have no objection.

17           THE COURT:  All right.  Okay.

18           (Court recessed for the day at 4:47 P.M.)

19                       - o -

20

21

22

23

24

25

                          1-30-13 P.M.

66

1                          I-N-D-E-X

2                         **WITNESSES**

3                               **Direct    Cross  Redirect  Recross**

4       **Government**:

5       Daniel Zintura

6          (By Ms. Soltys)              6

7

8

9                         **EXHIBITS**

10                                                      **Page No.**:

11      **Government**:

12      Miscellaneous No. 14                                14

13      Miscellaneous No. 8                                 18

14      Photo No. 15                                        24

15      Photo No. 17                                        36

16

17

18

19

20

21

22

23

24

25

                         1-30-13 P.M.

CERTIFICATE OF REPORTER


I, Lisa Walker Griffith, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.



_____        _____
Lisa Walker Griffith                               Date

**$**

$100,000 [1] 35/10
$300,000 [1] 31/24
$350,000 [1] 54/6
$5,000 [1] 50/12
$800,000 [1] 52/7

**'**

'04 [1] 46/10

**-**

-X [2] 1/2 1/7

**0**

04 [1] 37/21
05-386 [1] 1/3
05-386-1 [1] 2/2
06 [1] 20/21

**1**

1-A [4] 43/17 47/22 47/22
52/11
10,000 [1] 50/15
100 [2] 30/17 49/19
11 [2] 64/1 64/1
12 [1] 64/1
12TH [3] 64/2 64/4 64/6
13 [1] 23/21
1350 [1] 1/18
14 [10] 9/14 11/3 14/10 14/11
14/17 15/6 15/8 24/1 66/12
66/12
15 [6] 21/3 24/3 24/8 24/11
45/24 66/14
150 [1] 30/17
1550 [1] 1/19
16 [3] 24/18 26/7 34/17
17 [4] 24/23 37/4 37/6 66/15
18 [2] 22/23 66/13
1993 [1] 22/23
1998 [1] 23/1

**2**

2-27 [1] 37/21
20 [3] 25/16 45/23 45/24
200 [3] 1/18 30/16 49/20
2000 [1] 23/1
20001 [1] 1/22
20036 [1] 1/19
2004 [5] 20/3 25/19 27/17 28/5
28/6
2004-06 [1] 20/21
2006 [1] 20/4
2009 [1] 56/20
2012 [11] 6/25 8/10 9/7 10/9
12/14 12/15 13/14 14/24 19/4
19/9 20/3
2013 [6] 17/7 13/17 19/2 19/7
19/10 19/17
202 [3] 1/14 1/19 1/23
20530 [1] 1/14
22 [2] 15/2 20/14
23 [1] 38/8
23-A [1] 47/24
23-C [1] 38/15
23RD [2] 6/25 20/3
24 [1] 66/14
252-7685 [1] 1/14
27 [1] 37/21
28-04 [1] 37/21
29 [1] 59/20
29-YEAR-OLD [1] 62/15
2:15 [1] 1/8

**3**

3,000 [1] 50/12
30 [2] 1/7 20/9
30,000 [1] 46/17
3247 [1] 1/23
354-3247 [1] 1/23
36 [1] 66/15
386 [1] 1/3

**4**

40,000 [1] 46/17
4110 [1] 1/13
43 [1] 21/9
4:15 [2] 61/25 62/1
4:30 [1] 61/20
4:47 [1] 65/18

**5**

5,000 [1] 50/16
555 [1] 1/13

**6**

6507 [1] 1/22

**7**

7,000 [1] 50/15
7-A [2] 48/10 52/12
70 [1] 45/4
70,000 [1] 45/4
73 [1] 20/16
7685 [1] 1/14
775-1550 [1] 1/19
7TH [3] 8/10 64/10 64/11

**8**

80 [1] 45/4
80,000 [1] 45/4
8TH [1] 14/24

**9**

95 [1] 55/24
9:30 [2] 58/19 65/13
9TH [1] 19/17

**A**

ABLE [5] 11/13 11/16 29/14
38/5 60/25
ABOUT [62] 5/25 6/8 7/23 8/12
8/13 8/15 9/6 9/10 9/11 9/17
12/21 13/15 16/3 16/11 16/18
17/22 21/6 21/23 22/4 22/10
27/12 27/13 28/3 28/21 30/14
30/16 31/7 31/24 33/17 34/9
35/4 35/5 35/25 37/11 37/12
37/24 38/24 41/16 41/16
41/17 42/24 47/9 47/11 49/16
50/1 51/12 51/15 51/23 51/25
52/3 52/6 52/7 52/9 52/13
54/4 54/6 55/5 57/2 57/3
57/5 60/20 62/14
ABOVE [1] 67/7
ABOVE-ENTITLED [1] 67/7
ABSOLUTE [1] 59/8
ACCEPT [1] 15/8
ACCIDENT [3] 40/2 60/4 60/7
ACCOMMODATE [2] 59/10 60/25
ACCOMMODATING [1] 65/14
ACCOUNTABILITY [1] 20/11
ACCOUNTABLE [2] 20/14 21/2
ACKNOWLEDGMENT [1] 34/22
ACROSS [1] 53/1
ACTIVITY [2] 38/4 39/6
ACTUALLY [6] 19/14 27/8 28/22

29/9 33/6 54/22
ADD [2] 25/4 30/6
ADDITION [2] 39/21 47/8
ADDRESS [1] 61/16
ADDRESSED [2] 16/16 61/17
ADMITTED [4] 14/15 18/23 24/7
37/5
AFRICAN [1] 12/4
AFRICAN-AMERICAN [1] 12/4
AFRO [1] 42/10
AFTER [15] 9/22 10/9 10/21
10/22 10/25 11/9 11/9 11/10
22/18 33/20 49/13 56/17
56/20 57/3 62/12
AFTERNOON [6] 2/1 5/21 5/22
59/16 61/20 62/5
AGAIN [6] 32/25 37/19 43/24
44/20 57/4 57/10
AGO [1] 16/18
AGREE [2] 15/4 19/9
AGREEMENT [6] 18/16 18/20
19/12 19/15 20/10 21/14
AHEAD [3] 8/18 27/16 46/24
AIR [5] 40/9 41/4 48/19 48/21
55/20
AIRPORT [14] 32/5 32/8 32/24
55/7 55/8 55/15 55/15 58/6
58/7 58/9 58/11 59/7 61/18
62/16
ALL [25] 9/13 11/8 14/15 18/23
23/10 34/17 35/3 35/9 41/11
41/25 43/9 44/22 47/18 53/3
54/16 55/1 56/24 60/24 62/1
62/7 62/9 63/10 63/14 64/13
65/17
ALONE [1] 40/5
ALONG [1] 11/19
ALREADY [5] 23/21 24/23 27/19
31/22 31/23
ALSO [12] 11/19 11/20 25/15
26/9 28/20 29/8 33/6 41/4
42/10 46/21 48/19 57/2
ALTERNATIVES [1] 61/1
ALTHOUGH [1] 62/15
ALWAYS [7] 26/11 26/21 29/24
49/19 50/11 50/22 55/7/7
AMERICA [3] 1/3 2/3 59/23
AMERICAN [1] 12/4
AMONGST [1] 34/16
ANOTHER [11] 10/3 13/18 14/22
24/15 25/25 31/16 40/19 45/3
47/24 53/1 61/16
ANSWER [1] 42/20
ANSWERED [1] 42/5
ANTOINE [36] 1/5 1/16 2/3
7/24 8/12 9/16 9/18 10/5
10/7 10/12 12/11 12/24 15/3
15/6 15/9 16/8 16/16 20/4
26/16 26/20 27/19 28/20
29/21 30/11 38/21 39/19
39/24 42/8 42/25 43/2 44/8
44/22 47/1 57/9 57/10 57/19
57/12 56/15
ANTONIO [5] 33/7 33/9 37/13
55/12 56/15
ANTONIO'S [1] 33/13
ANY [19] 6/1 14/13 16/13 16/13
18/6 18/21 21/20 21/23 22/4
25/13 34/22 41/16 41/24 42/1
45/21 49/22 61/1 64/18 65/14
ANYBODY [6] 5/25 30/1 34/20
65/5 65/9 65/14
ANYMORE [2] 56/25 62/21
ANYONE [2] 58/21 59/2

## A

ANYTHING [14] 5/25 6/1 6/7 9/18 30/1 34/2 35/7 35/7 60/20 60/21 62/14 63/12 63/13 63/16

ANYWAY [1] 32/16

APARTMENT [32] 40/7 40/22 40/23 41/1 41/5 41/6 41/8 41/18 41/19 42/6 42/24 43/3 43/7 43/11 43/13 44/1 44/8 44/18 45/18 46/2 46/8 47/1 47/2 47/13 49/1 52/16 52/21 52/25 53/13 53/14 53/17 53/21

APPEARANCES [1] 1/11

APPLE [1] 36/18

APPLIES [1] 64/16

APPRECIATE [1] 34/15

APPROACH [1] 34/5

APPROACHED [1] 60/20

APPROXIMATE [1] 8/8

APPROXIMATELY [3] 8/20 20/16 22/23

ARE [23] 6/23 15/16 18/1 20/6 20/14 21/2 22/13 23/19 30/13 30/18 34/8 34/10 35/3 35/22 47/10 53/24 54/4 55/14 55/19 59/19 60/12 62/21 64/19 64/25

AREA [9] 22/25 23/4 26/15 31/17 49/4 49/10 50/6 55/4 63/5

AROUND [3] 35/2 55/14 65/6

ARRESTED [1] 6/25

ARRIVE [3] 47/2 51/16 61/9

ARRIVED [4] 32/4 39/1 39/8 49/12

ARRIVES [2] 61/10 61/11

AS [30] 6/7 11/25 12/10 14/22 15/8 15/22 20/10 21/20 21/24 24/20 25/5 26/9 26/16 26/16 26/22 27/4 27/4 27/12 32/11 36/13 36/13 38/3 40/24 43/16 46/17 54/21 54/24 55/20 62/3 62/3

ASK [24] 7/23 8/22 8/23 10/24 10/24 17/11 18/7 22/9 23/18 28/21 30/23 31/4 31/7 34/18 34/19 37/23 38/24 39/5 42/19 42/24 49/7 52/9 59/10 62/1

ASKED [10] 8/12 11/18 12/18 12/19 34/16 34/16 35/6 41/17 52/2 53/6

ASKING [1] 17/18

ASKS [1] 17/19

ASSOCIATED [1] 47/25

ATTENTION [1] 35/7

ATTORNEY [4] 13/23 14/1 14/7 18/10

ATTORNEY'S [1] 1/13

ATTORNEYS [2] 18/1 18/3

AUCTIONS [1] 53/19

AUSA [2] 1/12 1/12

AVENUE [10] 1/18 16/1 16/4 17/20 28/19 29/19 31/8 37/25 48/3 48/5

AWARE [3] 30/18 64/14 65/2

AWAY [1] 62/9

## B

B-E-B-É [2] 45/11 45/14

BACK [48] 9/24 12/18 12/18 12/23 13/8 13/12 15/11 20/6 21/16 21/25 22/20 22/22 23/1 27/19 27/21 27/25 28/2 28/4 31/25 32/4 32/21 32/23 35/22 42/3 44/9 44/14 48/16 50/22 51/1 51/13 51/19 51/21 52/21 52/24 52/25 53/3 53/4 54/1 54/22 55/1 55/4 56/6 56/17 56/19 56/20 56/21 56/22 57/8

BACKED [1] 39/8

BACKPACKS [1] 44/14

BAD [3] 27/25 36/18 36/20

BAG [1] 51/8

BAGS [1] 44/14

BALTIMORE [1] 55/9

BAND [1] 54/10

BARRONE [33] 9/11 16/17 16/19 16/21 23/6 24/25 25/1 25/14 25/19 27/11 27/18 29/24 30/9 31/13 32/17 40/4 45/3 46/16 48/25 50/1 50/3 50/21 52/17 52/22 53/18 54/16 54/21 56/4 56/24 57/5 57/7 62/19 63/3

BASED [3] 21/7 42/18 63/20

BASICALLY [1] 65/3

BASIS [4] 41/10 41/11 41/22 42/1

BE [32] 19/10 21/19 21/25 26/7 29/13 34/14 36/3 36/15 38/5 40/11 42/5 42/20 43/20 46/20 48/13 51/4 51/5 51/10 51/13 51/18 51/21 55/1 59/4 59/9 60/25 61/25 62/5 62/20 63/24 64/2 64/24 65/11

BEBÉ [3] 45/10 45/13 45/14

BECAUSE [26] 10/6 11/18 11/19 12/13 16/10 26/25 29/23 31/16 32/17 36/7 36/12 38/19 39/9 40/16 51/9 52/22 53/1 53/16 53/17 53/24 55/22 56/23 56/25 59/8 60/1 65/6

BEDROOMS [2] 43/8 43/9

BEDS [1] 48/20

BEEN [15] 6/4 9/12 17/14 31/22 31/23 32/25 33/7 34/21 35/22 36/3 36/10 40/23 43/16 46/21 53/8

BEFORE [23] 1/9 5/23 7/11 9/14 14/6 17/2 17/23 19/18 19/21 20/6 21/16 22/3 30/4 35/8 35/19 37/11 37/16 37/18 48/7 54/22 55/18 63/16 64/16

BEGAN [1] 23/5

BEGIN [2] 5/23 22/22

BEHIND [3] 12/20 44/3 59/2

BEIGE [1] 29/9

BEING [6] 6/7 32/10 35/6 40/18 40/19 52/20

BELIEVE [2] 16/7 16/9

BELONGED [1] 42/8

Benavides [1] 26/1

BENCH [4] 2/4 2/6 34/5 34/6

BENEFIT [4] 6/20 49/4 49/10 49/23

Benito [1] 25/25

BESIDES [4] 36/12 39/22 47/20 47/24

BEST [3] 47/1 64/4 64/6

BETTER [1] 64/15

BETWEEN [7] 23/1 28/14 29/4 29/10 29/10 36/4 40/20

BEYOND [2] 35/24 61/25

Birolo [4] 26/22 26/24 37/17 38/3

BIG [1] 44/22

BIRTH [2] 22/18 64/20

BIT [7] 6/7 10/19 15/22 36/18 60/22 61/18 62/13

BITS [1] 46/17

BLACK [1] 10/18

BLOND [1] 12/4

BLONDISH [1] 10/19

BLUE [1] 56/1

BORDER [1] 23/16

BORN [2] 22/11 22/12

BOUGHT [5] 46/21 48/22 48/23 48/24 48/25

BOWIE [18] 16/5 27/10 31/8 32/9 32/11 32/15 48/2 53/5 54/2 54/3 54/13 54/17 54/18 54/19 55/17 55/24 55/25 56/3

BOX [1] 51/4

BOXES [3] 29/3 29/4 51/18

BOY [1] 27/4

BREAK [6] 33/21 33/22 34/2 34/8 37/11 59/8

BREAKFAST [2] 6/5 58/19

Brian [1] 1/17

BRIEF [1] 34/4

BRIEFLY [1] 58/22

BRING [7] 5/14 10/8 27/21 31/25 32/4 44/13 46/17

BROTHER [2] 24/16 24/20

BROUGHT [6] 7/1 44/25 45/18 46/15 49/3 49/10

BUENO [1] 27/6

BUILDING [3] 53/2 61/21 62/2

BUNCH [1] 63/1

BUSINESS [1] 25/18

BUY [3] 44/23 46/16 53/19

BWI [1] 58/6

## C

CALL [6] 24/13 25/8 25/9 62/17 62/18 65/4

CALLED [7] 11/19 12/1 25/6 25/25 32/16 53/5 56/4

CAME [36] 10/20 12/5 16/17 22/17 22/20 22/22 23/3 27/18 27/20 27/21 28/4 30/14 30/19 31/1 31/24 31/24 32/3 35/7 39/24 40/10 43/2 44/8 46/1 46/7 48/21 49/17 49/22 49/25 51/1 52/21 52/24 54/22 55/6 56/8 56/20 58/5

CAN [20] 8/8 8/19 9/24 15/10 15/21 28/9 34/23 37/19 41/25 42/5 42/14 43/6 43/23 44/2 44/2 44/9 49/7 58/22 62/14 63/5

CAN'T [10] 59/9 59/21 59/24 60/2 60/4 60/13 60/14 62/15 62/16 62/21

CANNOT [1] 60/9

CAR [5] 32/25 55/19 56/1 56/14 61/8

CARE [3] 35/23 35/25 40/1

CARGO [1] 39/16

Carlos [4] 8/5 13/23 18/10 19/14

Carolina [1] 62/24

CARRIED [1] 35/10

CARRY [1] 44/14

CARS [6] 53/2 53/24 53/24 54/24 58/8 58/10

CASE [13] 1/3 2/2 5/25 7/4

## C

**CASE... [9]** 12/14 12/14 12/15 12/15 58/21 59/2 61/18 63/22 64/7
**CAUSED [1]** 31/10
**Central [3]** 28/19 29/19 37/24
**CERTIFICATE [1]** 67/3
**certify [1]** 67/5
**CHANGE [1]** 18/15
**CHARGE [4]** 26/4 26/5 30/10 50/18
**CHARGED [2]** 7/7 7/7
**CHAT [1]** 58/25
**CHECK [2]** 60/16 64/15
**CHECKING [1]** 65/6
**CHECKPOINTS [1]** 29/15
**CHILD [1]** 25/15
**CHILDHOOD [1]** 25/13
**CHILDREN [1]** 16/22
**Chimuelo [2]** 24/14 24/17
**Circle [1]** 47/16
**CIRCUMSTANCES [1]** 34/21
**CITIZEN [1]** 22/13
**CLEAR [1]** 29/8
**CLOSE [2]** 23/16 55/15
**CLOSED [2]** 34/15 34/19
**CLOTHES [1]** 51/19
**CLUE [1]** 64/7
**COCAINE [6]** 20/16 21/3 27/21 29/5 45/20 51/5
**COLLECTED [1]** 31/23
**COLUMBIA [1]** 1/1
**COMBINE [1]** 62/9
**COME [24]** 9/25 11/8 11/19 13/17 18/14 22/20 23/5 25/20 28/2 28/6 29/3 29/16 41/10 44/16 44/18 46/16 55/4 56/17 56/19 56/21 56/22 59/23 64/17 65/10
**COMES [2]** 62/12 63/3
**COMFORTABLE [1]** 15/23
**COMING [6]** 10/12 22/24 28/19 32/8 57/8 63/2
**COMMUNICATE [2]** 11/14 11/16
**COMMUNICATING [1]** 15/16
**COMPARE [1]** 13/7
**COMPETENT [1]** 42/21
**COMPLETE [2]** 64/25 65/1
**COMPLY [1]** 64/12
**CONCERNED [1]** 34/9
**CONCERNS [2]** 36/6 36/8
**CONCLUDE [1]** 57/23
**CONFERENCE [2]** 2/6 34/6
**CONFUSED [1]** 47/10
**Connecticut [1]** 1/18
**CONSPIRACY [7]** 7/1 7/9 12/14 20/2 20/3 20/21 45/7
**CONT'D [1]** 37/8
**CONTINUE [2]** 36/25 63/23
**CONTINUED [1]** 32/11
**CONVERSATIONS [1]** 34/7
**CORNER [1]** 38/20
**CORRECT [5]** 13/16 20/22 33/10 33/11 67/6
**COULD [24]** 7/13 8/15 8/22 10/14 11/13 12/3 19/20 20/5 22/9 23/2 26/23 28/13 30/13 31/15 36/6 52/15 57/15 57/24 58/23 61/16 61/23 61/23 62/1 64/2
**COUNSEL [3]** 63/4 63/6 63/6
**COUNSEL's [1]** 65/11

## COUNT

**COUNT [4]** 20/18 20/20 20/21 34/25
**COUNTED [2]** 45/2 54/5
**COUNTER [1]** 54/12
**COUNTING [1]** 53/7
**COUNTRY [1]** 22/11
**COUNTS [2]** 19/23 19/25
**COUPLE [1]** 27/10
**COURSE [2]** 19/13 34/8
**COURT [17]** 1/1 1/21 2/7 5/13 6/20 7/18 34/10 34/16 34/16 34/22 35/21 36/7 36/22 42/17 57/19 62/1 65/18
**Court's [1]** 57/24
**COURTHOUSE [4]** 1/21 7/17 13/20 19/18
**Courtney [1]** 17/7
**COURTROOM [8]** 18/4 34/15 34/17 35/11 36/7 36/10 57/13 63/7
**CRIMINAL [3]** 1/3 2/2 21/8
**CROSS [2]** 58/20 66/3
**CURRENTLY [1]** 6/23
**CUSTOMERS [1]** 44/23
**Customs [1]** 61/13

## D

**D.C [16]** 1/7 1/22 7/2 8/14 9/12 10/10 11/21 11/22 14/3 14/23 17/15 26/14 26/17 49/4 50/6 63/5
**DAILY [2]** 36/15 46/15
**DAMAGED [1]** 27/1
**DANIEL [4]** 6/14 6/21 17/11 66/5
**DARK [1]** 40/17
**Darlene [1]** 1/12
**DATE [13]** 8/8 8/10 8/19 11/6 11/7 19/2 19/4 19/7 31/4 37/20 64/9 64/20 67/12
**DAUGHTER [2]** 16/11 31/15
**DAY [5]** 1/9 30/4 40/10 51/13 65/18
**DAYS [5]** 31/2 48/17 54/21 62/13 63/25
**DC [2]** 1/14 1/19
**DEAL [1]** 46/8
**DEALING [3]** 26/14 37/17 40/20
**DEALS [1]** 56/18
**December [1]** 14/23
**DECIDE [2]** 22/7 35/19
**DECIDED [8]** 18/14 32/15 32/20 33/18 40/7 53/3 55/1 55/23 57/19
**DEFENDANT [4]** 1/6 1/16 15/3 57/19
**Delaware [3]** 22/25 23/3 53/19
**DELAY [1]** 5/24
**DELETE [1]** 65/6
**DEPOSITION [1]** 61/19
**Depot [1]** 47/7
**DESCENDENT [1]** 42/10
**DESCRIBE [2]** 39/5 43/6
**DESCRIBED [2]** 34/9 40/18
**DETECT [1]** 29/14
**DETECTING [1]** 51/10
**DETECTIVES [1]** 35/16
**DID [90]**
**DIDN'T [10]** 9/21 9/21 12/21 36/1 36/2 40/6 56/21 56/21 56/23 60/6
**DIFFERENT [4]** 19/23 24/17 49/14 49/14
**DIRE [1]** 34/14

## DIRECT

**DIRECT [3]** 6/15 37/8 66/3
**DISCUSS [2] 58/2 59/2
**DISCUSSION [1]** 62/11
**DISTRICT [6]** 1/1 1/1 1/10 1/21 61/20 62/2
**DO [74]**
**DOCUMENT [1]** 12/18
**DOCUMENTS [1]** 42/19
**DOES [15]** 5/16 9/1 11/6 11/7 11/25 13/7 16/24 17/22 20/10 23/24 25/10 57/23 61/9 63/4 65/14
**DOESN'T [2]** 36/18 65/10
**DOGS [2]** 29/13 51/10
**DOING [3]** 35/4 35/8 55/22
**DON'T [38]** 6/8 7/5 17/1 17/2 17/6 17/7 17/8 17/17 17/23 17/25 25/25 26/18 26/18 28/4 28/7 30/10 33/5 34/24 35/1 35/9 36/1 36/12 36/13 39/25 41/15 41/16 41/25 42/1 42/4 42/14 42/19 47/6 49/24 56/8 60/16 62/14 62/20 65/12
**DONE [3]** 63/20 63/24 64/2
**DOOR [5]** 39/8 39/9 39/10 39/10 39/11
**DOUBLE [1]** 60/16
**DOUBLE-CHECK [1]** 60/16
**DOWN [1]** 5/15
**DOWNSTAIRS [1]** 13/20
**DRIED [1]** 29/3
**DRIVE [4]** 59/22 61/5 61/6 61/7
**DRIVING [1]** 33/4
**DROP [2]** 43/5 44/10
**DROVE [1]** 56/13
**DRUG [6]** 25/17 28/13 38/4 40/20 49/11 56/18
**DRUGS [16]** 25/8 29/2 29/14 30/11 31/16 39/12 39/22 40/2 40/5 40/6 40/18 43/5 44/11 44/23 45/19 52/19
**Dulles [4]** 59/9 61/6 61/14 62/16
**DULY [1]** 5/18
**DURING [4]** 22/17 23/13 35/2 46/8

## E

**EACH [5]** 6/8 9/20 34/14 35/9 49/18
**EARLIER [1]** 25/1
**EARLY [1]** 59/8
**EATING [1]** 6/5
**EDGE [3]** 38/20 57/17 57/22
**Edinburg [1]** 22/12
**EITHER [2]** 17/7 17/8
**ELLEN [1]** 1/12
**ELSE [4]** 11/16 17/5 56/8 63/16
**EMPTY [3]** 39/19 39/22 43/9
**English [6]** 5/16 12/7 12/9 15/19 15/21 62/16
**ENOUGH [2]** 34/24 36/12
**ENTER [1]** 18/15
**ENTERING [1]** 19/17
**ENTITLED [1]** 67/7
**Errin [1]** 1/17
**ESTIMATE [2]** 64/5 64/6
**EVEN [2]** 35/9 52/8
**EVENING [1]** 58/17
**EVENT [6]** 31/10 31/18 33/20 37/12 37/16 37/20
**EVENTS [2]** 31/5 34/9
**EVER [10]** 7/19 30/1 38/22

Case 1:05-cr-00386-ESH Document 341-6 Filed 03/19/09 Page 69 of 79

## E

EVER... [7] 38/22 40/23 41/1 42/25 44/25 56/17 56/17
EVERYBODY [4] 5/15 60/18 63/16 65/4
EVERYTHING [1] 57/8
EVIDENCE [14] 11/3 14/11 14/18 18/18 18/25 23/22 24/3 24/9 24/23 37/4 37/7 41/14 42/19 42/22
EXAMINATION [3] 6/15 37/8 58/20
EXCHANGE [1] 45/17
EXCURSION [5] 32/6 33/3 33/4 55/11 56/12
EXCUSE [2] 60/18 63/16
EXCUSED [2] 59/4 59/5
EXHIBIT [14] 9/13 14/10 14/17 15/5 18/19 18/24 24/8 37/6 38/8 38/15 43/17 48/10 52/11 52/12
EXHIBITS [1] 66/9
EXPERTS [2] 64/9 64/9
EXPLAIN [7] 11/13 12/3 23/2 26/13 26/23 44/7 52/15
EYE [1] 26/25
EYES [1] 28/23

## F

FACING [1] 20/6
FACT [3] 7/19 15/8 34/15
FACTS [3] 15/4 34/24 35/1
FALL [1] 28/10
FAMILY [6] 15/25 17/20 23/6 59/9 59/17 59/18
FAR [3] 26/16 36/13 63/20
FAST [1] 31/7
FBI [1] 35/21
FEBRUARY [3] 64/1 64/10 64/11
FEEL [1] 15/23
FEELING [2] 34/13 63/18
FEW [4] 6/1 22/18 48/17 62/13
FIELDS [1] 23/7
FIFTEEN [1] 45/23
FIFTEEN'S [1] 24/7
FIND [2] 36/19 62/16
FINDS [1] 65/12
FINE [8] 18/9 61/25 62/3 62/4 62/7 62/25 63/3 64/24
FINISH [2] 37/10 64/7
FIRST [35] 7/14 7/22 8/2 8/12 9/17 9/25 10/2 10/21 11/9 11/11 12/11 12/13 13/22 20/2 22/24 23/3 25/17 26/12 27/17 27/20 28/16 29/1 29/16 30/3 30/4 30/14 30/25 37/16 38/19 39/7 39/15 39/24 48/19 59/23
FIVE [2] 16/17 21/2
FLED [1] 32/1
FLEW [1] 58/5
FLOATING [1] 35/2
FLOOR [4] 43/11 43/12 43/21 53/14
FLUENT [1] 18/12
FOLLOWED [2] 32/10 52/20
FOLLOWING [6] 15/4 32/13 32/25 53/25 54/24 56/1
FOOD [2] 51/6 51/8
FOREGOING [1] 67/5
FORMER [2] 16/11 62/17
FORWARD [1] 31/7

## F (cont.)

FOUND [1] 27/9
FOUNDATION [2] 46/5 49/7
FOUR [12] 15/25 17/19 30/22 31/19 37/18 40/12 40/12 40/14 49/12 49/16 50/1 51/15
FOURTEEN [2] 11/2 14/15
FOURTH [2] 1/13 35/13
FRANK [6] 26/17 27/12 27/19 30/11 44/22 47/5
FRANKLIN [3] 6/9 59/15 63/11
FRIDAY [3] 59/7 59/16 61/19
FULL [1] 6/19
FULLY [1] 36/3
FURNITURE [1] 39/20
FURTHER [3] 34/2 58/15 63/12
FURTHERANCE [1] 45/6
FUTURE [1] 35/4

## G

GARAGE [3] 38/12 39/10 39/10
GAS [3] 32/9 32/12 55/18
GATHERING [1] 46/17
GAVE [10] 14/2 14/5 14/23 17/14 22/18 30/3 30/5 30/6 53/20 65/3
GENERALLY [1] 34/16
GENTLEMEN [14] 5/21 5/23 6/18 7/13 15/7 19/20 20/5 22/10 26/23 33/24 36/24 42/20 58/18 59/1
GET [25] 5/15 25/17 26/24 33/15 34/23 34/25 36/2 36/4 36/13 50/5 50/6 50/22 52/23 53/6 54/1 56/8 58/23 59/21 59/24 60/2 60/5 60/9 60/13 60/14 61/8
GETS [2] 61/13 63/25
GETTING [2] 41/13 41/23
GILLICE [1] 21/23
GIVE [9] 14/1 14/4 30/1 44/19 50/11 50/12 50/15 62/13 64/9
GIVEN [7] 10/7 17/12 21/19 45/19 47/6 64/25 65/1
GIVES [1] 64/7
GIVING [1] 30/10
GO [38] 8/18 16/24 17/19 20/6 21/16 23/11 23/24 27/16 29/14 32/15 33/19 39/9 43/4 43/5 44/9 46/24 47/1 50/25 52/18 53/3 53/6 53/9 53/11 53/17 53/19 53/23 54/1 55/1 55/16 55/23 56/3 56/6 60/2 60/5 60/9 60/13 61/8 65/10
GONE [4] 33/8 52/23 55/25 62/8
GONZALEZ [13] 9/11 23/23 25/24 40/1 40/3 40/8 52/23 53/18 55/6 55/21 56/16 57/5 58/5
GOOD [5] 5/21 5/22 6/6 58/16 63/14
GOT [26] 12/36 18/46 18/49/6 52/25 55/24 58/6 65/11
GOTTEN [1] 52/19
GOVERNMENT [7] 1/12 6/14 18/16 35/21 37/3 66/4 66/11
GOVERNMENT'S [17] 9/13 14/10 14/17 15/5 17/3 18/18 18/24 24/1 24/8 37/6 38/7 38/15

## H

HAD [44] 9/12 10/6 10/7 13/8 17/14 26/19 29/7 29/8 29/11 31/22 31/23 32/17 32/17 32/20 32/24 32/25 33/7 33/8 33/18 33/18 34/7 36/3 36/7 36/8 36/9 39/19 40/23 41/4 43/8 43/10 44/23 46/21 51/18 52/19 52/23 53/8 53/16 53/20 53/24 56/25 60/1 60/4 60/7 61/18
HAIR [3] 10/19 12/4 25/11
HALL [1] 44/19
HAND [2] 35/12 35/13
HANDED [2] 14/7 38/3
HAPPEN [6] 6/1 21/16 22/16 31/10 32/1 51/14
HAPPENED [9] 12/3 31/2 31/11 32/22 39/13 43/2 44/7 44/16 54/14
HAPPENING [3] 32/19 35/20 56/5
HAS [5] 24/16 24/17 26/25 59/6 62/8
HAVE [36] 7/11 7/19 8/8 10/14 11/6 11/7 15/25 16/21 18/7 21/13 34/21 35/17 35/22 36/6 36/9 38/22 40/6 42/18 43/24 57/24 58/4 58/14 60/18 60/18 61/4 61/1 18 61/20 63/1 63/4 63/6 63/13 63/25 64/25 65/6 65/14 65/16
HAVEN'T [1] 60/21
HE [84]
HE'D [4] 36/1 50/11 50/12 50/15
HE'S [7] 17/18 25/4 51/23 51/25 59/20 62/3 64/16
HEAD [1] 34/11
HEAR [2] 45/3 60/6
HEARD [10] 17/2 17/23 25/9 26/21 35/12 35/15 35/16 42/8 42/21 60/21
HEARSAY [1] 45/5
HELD [3] 33/17 54/9 62/11
HELP [5] 9/20 15/17 28/18 31/4 39/15
HELPING [2] 62/4 65/11
HER [11] 10/18 11/14 11/16 11/17 12/13 18/6 59/8 59/10 64/4 65/8 65/14
HERE [40] 7/1 7/17 9/12 13/20 14/5 16/18 17/15 19/4 19/18 20/13 22/24 23/3 23/5 25/20 26/12 26/14 28/2 30/19 35/1 35/2 43/22 44/1 44/19 48/12 48/13 49/3 49/10 49/17 49/22

## H (cont.)

43/16 48/10 52/11 52/11 64/6
GRAY [2] 29/9 29/9
GREASE [3] 29/11 29/11 29/12
GRIFFITH [3] 1/21 67/5 67/12
GUADALUPE [27] 9/11 16/17 16/19 16/21 23/6 24/25 25/19 27/11 27/18 29/24 30/9 31/13 40/4 46/16 48/25 50/1 50/20 52/17 52/22 53/18 54/15 54/20 56/4 56/24 57/5 57/7 62/19
GUILTY [6] 17/15 19/18 19/21 19/23 20/1 20/9 22/3
GUY [1] 21/23
GUYS [1] 25/13
GWEN [1] 5/14

## H

HERE... [11] 49/25 50/6 50/8 50/11 56/18 60/14 61/5 61/7 61/8 61/24 61/25
HEROIN [1] 20/14
HESITANT [1] 34/21
HID [1] 54/23
HIDDEN [3] 32/17 32/18 55/1
HIM [52] 8/22 9/16 9/21 9/25 10/7 10/7 10/24 10/24 12/12 12/19 12/21 12/21 13/3 14/2 14/4 16/17 17/1 17/1 17/2 17/16 17/17 17/23 17/23 17/23 17/25 24/13 24/15 24/20 25/8 25/9 25/20 26/11 26/22 32/18 35/5 42/10 42/19 43/24 44/17 47/12 49/7 52/3 56/5 57/17 57/13 57/15 59/25 60/2 60/5 60/9 60/10 60/13
HIMSELF [1] 54/11
HIS [14] 7/5 15/25 24/16 24/21 25/4 26/18 27/12 30/10 33/6 42/9 47/6 59/23 62/16 63/5
HISTORY [1] 21/8
HOLDEN [6] 26/17 27/12 27/19 30/11 44/22 47/5
HOME [1] 47/7
HONEST [1] 35/6
HONOR [15] 14/12 14/25 24/4 37/3 39/2 42/11 45/5 45/7 46/3 46/23 49/5 51/24 57/20 61/16 63/19
HONORABLE [1] 1/9
HOPE [2] 21/16 21/18
HOTEL [2] 32/6 58/7
HOTELS [2] 55/14 58/10
HOUR [3] 35/3 40/16 65/15
HOURS [2] 6/1 33/17
HOUSE [34] 16/3 16/5 16/6 16/10 17/20 27/9 31/8 31/11 31/12 31/16 31/18 31/19 32/2 32/9 32/11 32/15 32/16 48/2 48/4 48/15 48/18 48/24 54/1 54/2 54/3 54/13 54/17 54/18 55/17 55/23 55/24 55/25 56/3 56/10
HOW [42] 9/25 10/2 10/5 11/16 13/7 14/21 16/21 17/16 19/23 22/16 25/17 26/24 27/2 27/13 28/13 29/6 29/22 30/13 30/18 37/16 38/18 40/1 44/9 44/11 45/21 46/1 46/7 49/2 49/7 49/9 49/17 50/10 50/22 51/3 51/12 51/20 52/5 54/4 54/7 58/6 59/15 59/19
HUH [3] 45/12 60/11 61/12
HUSBAND [4] 59/8 60/1 60/4 60/7
HUVELLE [1] 1/9

## I

I'D [11] 9/17 22/9 23/18 27/13 28/21 30/23 37/23 38/24 42/24 52/9 59/10
I'LL [3] 8/23 61/7 64/23
I'M [20] 9/3 9/24 16/3 21/19 30/24 36/4 36/11 36/19 37/19 41/23 44/20 45/9 47/10 47/12 52/12 57/4 60/8 60/25 64/23 65/4
I'VE [6] 26/10 29/23 35/12 35/15 35/15 47/12

I-N-D-E-X [1] 66/1
ICE [8] 28/18 38/15 43/7 47/24 47/24 48/10 52/11 52/12
IDENTIFICATION [1] 57/19
II [2] 20/20 20/21
IMAGINE [1] 40/15
IMPORTANT [1] 65/11
IN-COURT [1] 57/19
INCARCERATED [2] 6/23 11/23
INCONVENIENCE [1] 60/19
INDICATING [1] 57/16
INDICTMENT [1] 7/7
INDIVIDUAL [1] 34/14
INDIVIDUALLY [1] 35/9
INDULGENCE [1] 57/24
INFORMATION [1] 64/18
INFORMED [1] 36/3
INMATE [2] 10/3 14/22
INQUIRY [2] 5/24 36/8
INSIDE [3] 38/22 39/9 39/18
INTERPRET [2] 9/2 9/3
INTERPRETER [255]
INTERPRETERS [2] 5/18 6/11
INVESTIGATE [1] 35/18
INVESTIGATION [1] 35/8
INVESTIGATOR [5] 10/11 10/13 12/5 13/15 64/15
INVITED [2] 25/20 26/12
INVOLVED [3] 31/11 36/5 49/22
INVOLVING [1] 31/18
IS [113]
ISN'T [1] 40/16
ISSUE [1] 61/17
IT [121]
IT's [17] 11/3 23/16 24/16 24/22 27/5 33/9 38/11 38/11 40/17 42/18 48/12 53/25 59/7 60/19 61/19 64/1 65/3
ITS [1] 36/8

## J

JAIL [9] 8/14 9/12 10/4 10/10 11/21 11/22 14/3 14/23 17/15
JANUARY [1] 1/7 13/17 19/2 19/4 19/7 19/17
JAVIER [18] 9/11 23/23 23/25 25/24 33/8 33/9 37/13 39/14 40/1 40/3 52/17 52/22 53/18 55/6 55/21 56/16 57/5 58/5
JEFFREY [1] 1/17
JENCKS [3] 64/8 64/14 64/16
JONES [55] 1/5 1/16 2/3 7/24 7/25 8/12 9/16 9/18 9/22 10/5 10/7 10/12 12/11 12/24 15/4 15/6 15/9 16/8 16/16 20/4 26/17 26/20 26/24 27/19 28/15 28/20 29/21 30/1 30/11 38/3 38/21 39/24 40/21 42/8 42/25 43/2 44/8 44/22 44/25 45/17 45/21 46/1 46/7 46/20 47/1 48/1 49/4 49/23 56/18 57/9 57/10 57/20 57/21 61/24 63/12
JONES' [3] 12/5 30/15 49/10
JORGE [13] 25/24 25/25 30/5 30/7 39/14 44/19 44/20 44/21 45/9 46/2 46/9 52/23 54/16
JOSÉ [2] 24/22 26/9
JUDGE [10] 1/10 9/3 19/18 19/21 20/6 21/17 21/25 22/3 22/8 61/18
JUDGE's [1] 18/7
JULY [1] 10/9

JUNE [1] 9/6
JURISDICTIONAL [1] 36/5
JUROR [7] 34/14 58/22 58/24 59/6 59/12 59/13 61/15
JURORS [3] 35/4 36/8 36/9
JURY [23] 1/9 5/14 5/20 6/18 7/14 8/15 11/13 12/3 15/1 19/20 20/5 22/10 25/3 26/13 26/24 30/13 34/1 35/1 36/23 39/5 44/7 52/15 59/3
JUST [31] 5/24 6/4 6/18/7 20/18 26/3 27/24 33/20 34/11 34/19 35/24 36/6 36/17 37/10 39/8 41/17 43/8 43/24 47/1 49/25 52/1 52/6 53/14 55/21 58/22 58/23 59/7 59/10 60/16 61/8 64/3

## K

KEEP [2] 31/15 31/16
KEY [3] 53/17 53/20 53/20
KEYS [4] 30/4 30/5 30/6 38/4
KILOGRAMS [3] 20/14 20/16 21/3
KILOS [22] 27/21 27/25 29/5 29/6 30/13 30/16 30/17 30/19 39/1 39/25 40/11 40/18 45/1 45/20 45/21 45/24 47/6 49/3 49/17 49/20 50/23 51/5
KIND [1] 33/2
KINDS [1] 35/3
KITCHEN [1] 43/10
KNEW [8] 9/10 9/11 12/12 12/21 25/14 38/3 44/22 45/4
KNOW [78]
KNOWLEDGE [1] 42/18
KNOWN [4] 16/21 26/10 29/23 35/18
KNOWS [2] 17/21 35/25
KOLLAR [6] 19/22 20/7 21/17 22/1 22/3 22/8
Kollar-Kotelly [6] 19/22 20/7 21/17 22/1 22/3 22/8
KOTELLY [6] 19/22 20/7 21/17 22/1 22/3 22/8

## L

LADIES [14] 5/21 5/23 6/17 7/13 15/7 19/20 20/5 22/9 26/23 33/24 36/24 42/20 58/18 59/1
LAMBERTH [1] 61/18
LANGUAGE [2] 12/6 15/23
LARGO [7] 31/17 40/7 40/22 40/23 47/2 52/16 53/12
LAST [13] 6/1 6/19 6/22 7/6 19/6 25/24 26/17 26/18 30/10 33/6 47/6 49/21 58/4
LATER [10] 28/3 31/2 31/21 48/20 54/21 55/5 56/7 56/7 57/2 57/3
LAWYER [1] 5/17
LAWYERS [1] 8/5
LAY [2] 46/5 49/6
LEADING [2] 39/2 46/23
LEADS [1] 55/25
LEARN [2] 26/19 27/8
LEAST [4] 6/7 20/14 21/4 21/2 60/21
LEAVE [9] 40/7 53/4 56/5 59/1 61/4 61/7 61/23 61/23 62/1
LEAVES [1] 29/4
LEFT [6] 31/19 32/12 36/2 39/23 53/8 56/10
LEMONS [1] 29/3
LET [14] 31/4 33/18 35/17 36/1

# L

**LET...** [10] 38/7 39/5 43/16
57/21 60/17 61/1 64/23 65/7
65/8 65/9
**LET'S** [7] 17/19 33/22 34/24
34/25 36/17 36/17 64/3
**LEVEL** [2] 21/7 21/8
**LEWIS** [1] 64/18
**LIFE** [1] 20/9
**LIGHTS** [1] 32/14
**LIKE** [28] 9/17 10/13 10/17
13/11 15/1 22/9 23/10 23/18
27/13 28/21 29/11 30/23
37/18 37/23 38/24 39/17
40/12 42/24 43/7 44/14 46/17
47/7 51/6 52/9 57/18 58/11
59/10 61/19
**LINEUP** [1] 62/13
**LISA** [3] 1/21 67/5 67/12
**LIST** [3] 64/25 65/1 65/3
**LITTLE** [11] 9/24 10/19 12/10
15/20 15/22 22/10 35/8 36/18
46/17 61/17 62/13
**LIVE** [3] 16/11 22/22 31/13
**LIVING** [3] 23/13 27/10 43/9
**LOADED** [6] 30/19 39/1 40/11
51/2 51/12 51/17
**LOADING** [1] 51/18
**LOCATED** [1] 29/18
**LOCATION** [3] 40/20 47/25 53/5
**LOCKED** [2] 63/8 63/9
**LONG** [5] 16/21 21/19 29/24
62/3 62/5
**LOOK** [7] 6/17 10/13 10/17 36/2
36/16 39/17 64/3
**LOOKED** [2] 21/5 43/7
**LOOKING** [3] 21/10 34/10 53/1
**LOOKS** [2] 13/11 61/19
**LOST** [3] 9/24 32/14 56/1
**LOT** [2] 21/10 25/7
**LUNCH** [2] 6/5 35/3

# M

**MA'AM** [4] 59/14 60/1 60/15
60/23
**MACHINES** [1] 53/7
**MADE** [2] 36/8 45/6
**MAIL** [3] 16/13 16/15 27/11
**MAKE** [8] 5/24 6/6 21/20 21/23
22/4 34/21 59/7 60/17
**MAKING** [1] 55/20
**MAN** [4] 17/13 23/22 26/13
33/12
**MANUEL** [4] 24/12 24/19 25/15
25/24 52/17
**MANY** [16] 7/8 16/22 16/23
19/23 30/13 30/18 36/7 37/16
40/1 44/11 45/21 49/2 49/7
49/9 49/17 56/25
**MARKED** [1] 43/16
**MARSHAL** [4] 34/11 35/25 36/13
63/13
**MARSHALS** [5] 6/9 34/10 35/15
35/22 36/4
**MARYLAND** [6] 6/25 22/24 23/3
25/22 26/15 27/18 28/4 29/5
50/8
**MASTERMIND** [1] 50/18
**MATTER** [2] 36/19 67/7
**MATTRESS** [2] 40/9 48/21
**MATTRESSES** [2] 41/4 48/20
**MAY** [6] 6/25 15/7 20/3 59/9
62/20 64/24
**MAYBE** [2] 9/18 52/7
**MAYNARD** [1] 62/23
**McALLEN** [1] 63/6
**ME** [50] 7/11 8/13 9/21 10/8
11/18 12/9 12/11 12/12 13/15
14/1 14/4 14/6 14/7 14/23
17/14 17/14 17/18 17/21
17/25 19/9 22/18 24/2 25/20
27/12 27/24 29/24 29/25 31/4
31/13 38/7 38/11 43/16 50/11
50/12 50/14 50/15 53/5 53/6
53/20 53/23 53/25 54/6 56/5
57/7 57/8 59/15 61/25 62/13
65/7 65/9
**MEAN** [6] 17/22 25/10 40/3
44/3 46/10 60/18
**MEANS** [1] 17/21
**MEET** [1] 46/2
**MEETING** [1] 14/6
**MEMBER** [3] 59/9 59/17 59/18
**MENTIONED** [1] 52/1
**MESS** [1] 36/5
**MET** [9] 7/11 7/14 7/20 7/22
8/2 8/6 13/18 13/22 14/8
**MEXICANS** [1] 28/14
**MEXICO** [5] 22/15 22/19 23/17
25/8 49/23
**MICHELE** [1] 1/12
**MIDDLE** [1] 43/22
**MILLER** [2] 62/18 62/22
**MIND** [1] 42/21
**MINUTE** [7] 33/25 41/10 44/9
58/23 58/24 58/25 64/3
**MINUTES** [1] 34/3
**MISCELLANEOUS** [13] 9/14 11/1
11/3 14/11 14/16 14/17 15/2
15/5 15/8 18/19 18/24 66/12
66/13
**MISTAKE** [1] 19/9
**MOM** [1] 22/17
**MOMENT** [2] 57/25 63/14
**MONDAY** [1] 64/1
**MONEY** [42] 31/15 31/23 32/4
32/17 32/18 32/21 33/18 43/5
44/10 44/10 44/13 44/19
44/25 45/18 46/15 46/18
50/22 50/22 51/2 51/3 51/10
51/12 51/20 52/2 52/5 52/18
52/23 53/4 53/6 53/7 53/7
53/24 54/1 54/3 54/4 54/11
54/11 54/23 55/1 56/4 56/6
56/9
**MONEY-COUNTING** [1] 53/7
**MONTH** [4] 28/3 28/4 28/8 55/5
**MONTHS** [9] 22/19 23/10 31/22
37/16 37/18 50/1 57/2 57/3
57/4
**MORE** [12] 15/10 15/11 15/23
18/6 21/3 35/8 45/19 45/19
48/17 49/19 52/8 53/2
**MORNING** [3] 34/10 40/13 40/14
51/16 55/16
**MOTHER** [1] 33/14
**MOVE** [5] 18/18 37/3 39/20
42/16 63/23
**MOW** [1] 39/5
**MR.** [39] 6/17 6/23 7/25 9/22
12/5 18/1 18/12 18/19 19/12
25/1 25/14 25/17 26/24 28/15
30/1 30/15 32/17 37/10 37/23
38/3 40/8 40/21 44/25 45/17
45/21 46/1 46/7 46/20 48/1
49/4 49/10 49/23 50/3 56/18
57/21 58/14 61/14 62/23
63/12
**MR. BARRONE** [4] 25/1 25/14
32/17 50/3
**MR. GONZALEZ** [1] 40/8
**MR. JONES** [20] 7/25 9/22 26/24
28/15 30/1 38/3 40/21 44/25
45/17 45/21 46/1 46/7 46/20
48/1 49/4 49/23 56/18 57/21
61/24 63/12
**MR. JONES'** [3] 12/5 30/15 49/10
**MR. MAYNARD** [1] 62/23
**MR. VANEGAS** [1] 18/12
**MR. ZINTURA** [8] 6/17 6/23 18/1
19/12 25/17 37/10 37/23
58/14
**MR. ZINTURA'S** [1] 18/19
**Ms** [4] 61/24 61/3 63/18 66/6
**Ms.** [4] 6/9 18/4 59/15 62/4
**Ms. FRANKLIN** [2] 6/9 59/15
**Ms. PETERSON** [1] 18/4
**Ms. SCIALPI** [1] 62/4
**MUCH** [7] 31/21 35/5 40/16
51/20 52/5 54/4 60/24
**MUST** [1] 35/17
**MUSTANG** [1] 56/2
**MY** [21] 6/21 6/21 11/19 12/9
12/19 16/11 16/11 17/20 20/9
21/8 22/17 27/14 31/14 31/14
31/14 35/24 48/9 48/1 66/1
60/4 60/7
**MYRTLE** [7] 16/1 16/3 17/20
31/8 48/2 48/5 56/10
**MYSELF** [5] 33/8 39/15 45/2
54/17 55/6

# N

**NAME** [25] 6/19 6/19 6/19 6/21
6/22 7/4 7/6 11/25 19/21
23/24 24/13 24/21 25/8 25/25
26/11 26/18 26/18 26/19 27/8
27/11 30/10 33/6 42/9 42/9
47/6
**NAMED** [2] 18/3 26/3
**NAMES** [1] 16/14
**NARCOTICS** [5] 7/1 7/8 46/8
46/21 47/4
**NASSAU** [1] 1/18
**NECESSARILY** [1] 35/5
**NEED** [6] 35/8 42/19 59/16
62/10 64/18 65/10
**NEVER** [4] 17/1 17/23 45/2 54/5
**NEW** [3] 50/25 51/1 64/25
**NEXT** [4] 55/16 62/8 62/10
62/13
**NICKNAME** [16] 16/24 24/15
24/17 24/17 25/2 25/2 25/4
26/24 27/12 45/9
**NIGHT** [6] 32/7 41/1 55/13
55/13 58/7 62/9
**NINE** [1] 58/19
**NO** [36] 1/3 6/3 6/4 11/7 13/2
14/14 14/17 18/22 21/22 22/2
22/6 24/5 24/6 24/8 24/16
37/4 37/6 45/13 46/24 47/12
52/1 53/24 54/22 58/14 59/12
60/1 60/15 60/23 61/15 65/16
65/16 66/10 66/12 66/13
66/14 66/15
**NOBODY** [3] 60/17 60/20 61/13
**NORTH** [1] 62/23
**NOT** [37] 5/16 9/1 11/3 11/5

# N

NOT... [33] 11/7 12/13 12/19
12/21 12/24 21/3 26/19 28/1
29/9 29/13 32/20 33/18 35/5
36/4 36/10 36/11 36/19 40/5
41/16 42/2 42/18 42/21 54/8
56/6 56/19 57/2 58/21 59/2
60/19 63/5 63/6 63/14 64/23
NOTE [27] 8/13 8/16 8/25 9/9
9/10 9/14 9/15 9/17 9/22
9/25 10/2 10/5 10/7 10/9
10/21 10/25 11/9 11/9 11/11
13/15 14/1 14/7 14/21 15/14
17/12 17/14 17/19
NOTES [1] 59/1
NOTHING [2] 13/12 27/24
NOVEMBER [2] 8/10 13/14
NOW [19] 10/9 13/17 15/16
18/4 27/13 28/13 33/22 34/13
37/23 38/24 40/18 42/1 44/7
44/25 47/8 49/2 52/9 53/25
58/18
NUMBER [31] 9/13 13/7 14/10
14/11 15/2 15/5 15/6 15/25
16/7 17/1 17/11 17/16 17/19
17/22 18/19 18/24 23/21 24/1
24/3 24/11 24/18 24/23 26/7
37/4 38/8 38/15 43/17 47/21
48/10 52/11 52/12
NW [2] 1/13 1/18

# O

O'CLOCK [2] 40/14 51/16
O'TOOLE [2] 1/17 1/18
OATH [1] 37/1
OBJECT [2] 41/20 42/11
OBJECTION [18] 10/23 14/13
14/14 18/21 18/22 24/5 24/6
37/4 39/2 41/9 41/11 42/3
45/5 46/3 46/23 49/5 65/14
65/16
OBSERVE [1] 49/7
OBTAINED [2] 45/24 47/4
OBVIOUSLY [1] 15/16
OCCASION [1] 56/21
OCCUR [2] 8/20 40/10
OCCURRED [3] 31/18 38/4 40/21
62/11
OFF [5] 36/14 43/5 44/10 55/24
62/11
OFFENSE [1] 21/7
OFFER [2] 14/11 24/3
OFFICE [4] 1/13 30/6 30/6
39/21
OFFICER [2] 62/17 62/18
OFTEN [4] 44/10 46/1 46/7
50/10
OKAY [61] 5/14 5/17 6/6 6/10
8/21 15/7 15/12 17/16 18/8
18/9 23/19 23/20 27/13 27/17
27/20 28/2 28/16 31/5 31/6
33/15 33/20 33/21 33/24 34/2
36/1 36/21 36/24 37/23 38/1
42/4 44/3 44/5 45/15 46/13
47/8 47/14 49/2 52/16 53/22
57/23 58/16 59/4 59/11 60/20
60/24 61/1 61/13 61/14 61/22
62/3 62/5 62/12 62/25 63/3
63/10 63/16 64/4 64/11 64/24
65/13 65/17
OLD [2] 59/19 62/15
ONCE [4] 34/17 41/2 51/17
53/20

ONE [33] 6/9 7/15 8/5 14/9
9/5 9/17 11/18 11/20 11/21
26/5 26/17 30/8 32/14 36/9
38/19 38/19 38/20 44/17
44/22 44/23 45/3 45/21 48/12
48/13 48/25 52/2 55/14 56/12
57/25 58/8 64/3 64/9 65/15
ONES [3] 44/14 56/25 58/9
ONLY [10] 7/19 22/17 24/17
27/21 46/4 47/1 47/1 52/2
52/22 56/19
OPEN [4] 5/13 34/17 36/10
36/22
OPENED [3] 39/10 39/11 39/11
OPERATION [4] 27/14 28/13
50/18 50/19
OPPORTUNITY [1] 54/1
ORDER [1] 2/7
ORDERED [1] 64/8
ORDINARY [3] 6/2 6/8 60/22
ORESTI [12] 24/22 24/20 25/15
25/24 25/24 26/6 27/18 40/5
50/20 52/17 53/18 56/24
ORESTI's [1] 24/19
OTHER [23] 6/8 7/8 8/2 9/20
18/10 20/3 30/16 31/19 32/1
32/5 44/18 46/5 46/20 47/4
47/7 48/25 49/13 56/24 60/12
61/1 62/20 64/8 64/18
OTHERS [5] 26/13 30/9 31/13
46/2 57/6
OUGHT [2] 35/18 36/13
OUR [4] 32/9 34/13 55/24 62/8
OUT [17] 6/1 6/7 27/9 32/7
34/1 36/19 42/21 53/1 53/14
57/15 58/23 59/3 59/25 60/22
61/15 62/4 63/11
OUTSIDE [2] 7/16 58/25
OVER [11] 5/17 30/24 34/8 38/4
44/12 45/1 45/18 46/1 46/7
62/1 64/16
OVERHEAR [1] 5/25
OVERNIGHT [1] 48/7
OVERRULED [1] 45/8
OWN [1] 28/23

# P

P.M [3] 1/8 1/9 65/18
PACE [1] 63/24
PACKAGED [1] 51/3
PACKED [1] 54/8
PAGE [2] 19/6 66/10
PAID [5] 42/8 50/3 50/6 50/10
50/23
PAPERS [2] 20/8 21/5
PARAGRAPH [1] 20/13
PART [5] 20/10 43/22 50/8 50/8
50/11
PARTICIPATED [1] 51/17
PARTICIPATING [1] 7/8
PAST [1] 64/19
PAUSE [3] 5/19 14/19 58/2
PAY [1] 50/14
PELOS [10] 16/25 17/1 25/5
25/6 25/10 25/12 26/13 26/19
37/17 40/20
PEOPLE [19] 7/8 8/15 23/2
23/19 25/7 26/3 28/14 31/19
32/1 32/5 34/21 35/11 36/7
46/5 46/20 47/4 56/14 60/12
64/24
PEPÉ [18] 24/20 25/24 26/5
26/11 26/19 30/9 31/13 37/17

40/5 40/20 45/3 45/12 45/12
46/7 46/9 50/6 53/18 56/24
PER [2] 2/7 54/8
PERHAPS [1] 36/8
PERIOD [5] 23/13 30/24 45/22
46/8 46/11
PERMISSION [1] 18/8
PERSON [12] 24/1 24/11 24/18
24/24 25/25 26/9 35/9 50/17
50/17 52/9 55/19 57/17
PERSON's [1] 25/11
PERSONAL [1] 42/18
PERSONALLY [1] 49/9
PETERSON [2] 18/3 18/4
PHONETIC [1] 33/7
PHOTO [14] 13/7 13/8 13/12
24/3 24/7 24/8 24/11 24/18
24/23 26/7 37/6 47/20 66/14
66/15
PHOTOGRAPH [15] 12/11 12/19
12/20 12/23 13/5 23/21 37/4
38/7 38/8 38/16 41/5 43/13
43/18 48/4 48/11
PHOTOGRAPHS [2] 23/18 38/2
PHOTOS [1] 47/13
PICK [14] 23/6 33/8 43/4 43/5
44/10 44/11 52/18 53/7 56/3
56/6 59/6 59/9 59/16 59/25
PICKED [4] 32/5 55/7 55/10
55/11
PICTURE [3] 23/21 42/2 53/15
PICTURES [4] 41/13 41/15 41/16
41/24
PISTOLS [2] 53/8 54/11
PLACE [6] 7/14 7/19 13/21
31/16 39/6 58/16
PLACES [2] 47/7 49/15
PLANE [1] 61/9
PLASTIC [4] 29/8 29/8 29/10
44/13
PLEA [9] 18/15 18/15 18/19
19/12 19/14 19/18 20/9 20/10
21/13
PLEAD [1] 19/23
PLEASE [13] 5/14 6/17 6/1
7/13 8/8 9/3 25/2 28/25
42/16 44/7 47/21 57/15 58/21
PLED [3] 19/21 20/1 22/3
PLUS [1] 47/11
POINT [7] 15/1 18/6 18/14
43/23 43/24 44/2 57/15
POINTED [1] 53/14
POLICE [2] 33/15 35/21
POSSIBLE [1] 21/6
PREDICTION [1] 63/22
PREPARED [1] 36/12
PRESENT [9] 5/20 8/3 8/5 11/17
13/23 15/1 36/23 59/12 63/7
PRETENDING [1] 55/21
PREVENT [1] 51/10
PRINCIPALLY [1] 39/18
PRO [1] 1/16
PROBABLY [2] 58/16 65/3
PROBLEM [1] 62/19
PROBLEMS [2] 32/19 57/1
PROCEEDINGS [1] 67/6
PROFFER [1] 34/23
PROMISES [3] 21/20 21/24 22/4
PROPERTIES [2] 47/8 47/11
PROPERTY [1] 47/9
PROSECUTOR [2] 7/4 8/3
PUBLICLY [1] 63/14
PURCHASE [1] 45/1

## P

**PURPOSE** [1] 29/12
**PUT** [11] 8/19 17/3 41/13 42/21 45/24 51/4 51/8 51/18 51/20 52/2 52/5
**PUTTING** [1] 55/20

## Q

**QUESTION** [8] 27/14 31/4 34/19 39/5 41/17 41/20 42/5 58/4
**QUESTIONS** [11] 7/23 8/12 28/21 30/23 31/7 37/24 38/24 42/1 42/24 52/9 58/15
**QUICKLY** [1] 31/20

## R

**RACE** [1] 10/18
**RAE** [1] 1/17
**RAISED** [1] 22/14
**READ** [3] 15/14 15/21 20/8
**READY** [6] 5/15 6/10 6/13 36/24 41/13 41/23
**REAL** [3] 24/21 27/8 59/11
**REALIZED** [6] 32/10 52/19 53/2 54/24 55/19 55/21
**REALLY** [3] 36/20 59/11 60/19
**RECALL** [1] 8/10
**RECEIVE** [7] 8/25 9/23 10/2 14/21 21/7 21/21 21/24
**RECEIVED** [11] 9/16 9/17 9/22 10/9 14/18 15/14 18/25 24/8 37/6 45/17 45/21
**RECEIVING** [2] 8/13 8/15
**RECESS** [2] 33/25 34/4
**RECESSED** [1] 65/18
**RECOGNIZE** [14] 19/12 38/5 38/8 38/13 38/16 38/18 41/6 43/14 43/17 43/20 48/5 48/11 48/13 57/11
**RECORD** [5] 57/18 57/21 62/11 64/5 67/6
**RECORDS** [1] 65/7
**RECOVER** [1] 53/6
**RECROSS** [1] 66/3
**REDACTED** [1] 2/7
**REDIRECT** [1] 66/3
**REFERRED** [1] 27/4
**REFERRING** [1] 26/22
**REFLECT** [2] 57/19 57/21
**REGULAR** [1] 48/20
**RELATED** [1] 30/2
**RELYING** [1] 60/10
**REMAIN** [1] 40/5
**REMEMBER** [13] 7/5 19/17 28/4 28/8 30/10 30/21 33/5 37/13 49/25 49/25 56/8 58/6 62/21
**REMIND** [1] 37/19
**RENT** [1] 42/9
**RENTED** [6] 16/7 28/20 29/21 32/6 38/21 41/8
**REPEAT** [1] 25/2
**REPETITION** [1] 10/15
**REPORT** [1] 63/14
**REPORTER** [3] 1/21 6/20 67/3
**REPRESENTED** [1] 18/1
**REQUEST** [1] 10/12
**REQUIRED** [1] 64/16
**RESPONSE** [1] 6/3
**REST** [5] 40/2 40/2 50/12 50/13 57/5
**RESUME** [1] 65/13
**RETURNED** [1] 22/19
**REVERSE** [3] 64/8 64/14 64/15

## RIGHT

**RIGHT** [38] 8/7 9/13 11/4 11/8 13/1 13/3 13/11 14/15 15/16 15/17 18/2 18/4 18/23 19/16 20/18 20/19 21/4 23/12 23/16 26/8 26/10 33/22 34/13 37/11 38/20 39/9 42/14 47/17 47/18 55/14 60/21 60/24 61/24 62/7 63/10 63/14 64/13 64/21 65/17
**ROAD** [1] 55/25
**ROGER** [3] 26/17 27/20 30/11
**ROGERS** [1] 47/5
**ROOM** [7] 1/13 1/22 7/16 13/22 14/6 39/22 43/9
**ROOMS** [1] 7/15
**ROTHWELL** [1] 1/18
**ROUTE** [1] 32/24
**RPR** [1] 1/21
**RUBBER** [2] 29/8 54/10
**RULE** [1] 41/25
**RUN** [1] 65/6
**RUNNING** [1] 36/15

## S

**SABINA** [6] 33/7 33/9 33/12 37/13 55/12 56/15
**SAID** [9] 9/10 10/6 12/4 36/1 37/24 38/3 42/13 46/20 60/7
**SAME** [11] 10/4 11/25 12/2 12/6 12/20 13/21 32/24 34/19 50/24 51/15 56/12
**SAVER** [2] 51/6 51/8
**SAW** [9] 14/4 16/15 27/10 28/22 29/16 30/14 32/25 44/17 46/4
**SAY** [5] 9/9 17/25 20/10 43/23 45/3
**SAYING** [3] 12/19 12/23 41/23
**SAYS** [8] 15/3 16/17 17/9 17/9 17/11 20/13 21/2 43/24
**SCHEDULE** [1] 63/18
**SCHEDULING** [1] 61/17
**SCIALPI** [3] 1/17 61/24 62/4
**SCREEN** [2] 43/24 44/3
**SE** [2] 1/16 54/8
**SEAL** [2] 2/5 51/6
**SEALED** [2] 51/7 51/8
**SEASONAL** [2] 23/8 23/9
**SEAT** [1] 58/24
**SECOND** [5] 9/15 10/21 10/25 11/9 58/25
**SEE** [21] 10/20 12/5 12/16 13/5 15/10 15/25 16/13 18/4 19/2 19/4 19/6 20/13 29/17 30/1 42/25 44/11 49/9 57/10 57/13 60/25 62/14
**SEEN** [6] 14/14 10/6 17/2 17/23 32/20 60/21
**SEGAL** [1] 1/9
**SENSE** [1] 36/3
**SENT** [4] 28/17 28/17 51/13 51/21
**SENTENCE** [6] 21/6 21/18 21/20 21/24 22/5 22/7
**SENTENCED** [1] 21/25
**SENTENCING** [1] 20/7
**SERVICE** [1] 34/12
**SESSION** [2] 1/19 2/1
**SETTING** [1] 34/20
**SEVENTEEN** [1] 37/5
**SEVERAL** [2] 31/22 51/25
**SHARE** [1] 36/9
**SHE** [24] 10/17 10/18 10/19

10/20 10/20 10/20 11/8 11/18 12/17 12/19 13/8 22/4 22/4 22/18 41/13 41/23 42/4 48/16 59/8
**SHE'S** [2] 41/16 42/2
**SHELLY** [1] 18/3
**SHIPMENT** [1] 49/22
**SHIPMENTS** [1] 49/3
**SHIPPED** [1] 46/22
**SHOPPERS** [1] 47/7
**SHORT** [1] 62/20
**SHOULD** [4] 9/20 19/10 34/14 36/16
**SHOW** [9] 23/18 38/2 38/7 41/5 41/23 42/2 43/13 43/16 48/4
**SHOWED** [2] 12/11 47/15
**SHOWN** [1] 47/12
**SHUT** [2] 51/7 51/8
**SIDE** [2] 12/18 44/1
**SIDES** [1] 46/20
**SIGN** [4] 12/18 12/20 12/23 13/8
**SIGNATURE** [1] 19/6
**SIMILAR** [1] 51/5
**SINCE** [6] 16/22 25/13 29/23 33/18 40/6 57/7
**SIR** [1] 11/8
**SIT** [2] 5/15 36/17
**SITTING** [2] 6/4 57/22
**SIX** [6] 17/1 17/16 17/22 57/2 57/3 57/3
**SLEEP** [3] 40/8 41/3 48/18
**SMALL** [6] 13/22 14/6 39/19 39/21 43/10 60/19
**SMELL** [1] 29/14
**SO** [69]
**SOLTYS** [3] 1/12 63/18 66/6
**SOME** [23] 15/21 16/15 23/18 25/15 25/16 27/11 28/21 30/23 31/7 31/10 31/23 34/7 37/23 38/23 38/24 39/25 40/24 42/24 46/21 52/9 52/18 53/7 64/7
**SOMEBODY** [4] 32/20 35/17 35/18 59/17
**SOMEONE** [8] 9/23 10/10 17/4 17/4 42/10 56/8 59/6 59/16
**SOMETHING** [9] 17/4 17/5 23/10 31/10 32/1 36/9 51/5 52/10 52/10
**SOMETIME** [1] 33/21
**SOMEWHERE** [2] 13/20 55/16
**SON** [3] 11/9 12/9 12/20
**SORRY** [8] 5/24 9/4 30/24 37/19 44/20 45/9 60/8 64/25
**SORT** [3] 29/7 34/16 34/22
**SPANISH** [6] 5/18 12/7 15/24 18/12 19/15 25/10
**SPEAK** [4] 5/16 12/6 12/7 58/22
**SPEAKING** [1] 15/23
**SPEAKS** [1] 62/15
**SPECIFIC** [1] 52/9
**SPELL** [2] 6/19 27/2
**SPELLED** [1] 6/22
**SPEND** [2] 41/1 55/13
**SPENT** [1] 48/8
**SPOKE** [2] 12/8 34/11
**SPRING** [1] 28/10
**SQUASH** [1] 23/6
**STAND** [2] 35/22 58/24
**STANDBY** [1] 65/11
**START** [7] 22/24 26/12 35/3

## S

START... [4] 35/8 37/16 58/19 58/20
STARTED [4] 23/2 25/17 52/25 57/4
Statement [1] 45/6
STATES [5] 1/1 1/3 1/10 2/3 15/3 22/21
STATION [3] 32/9 32/12 55/18
STAY [1] 15/25
STAYED [10] 17/20 32/6 40/1 40/3 47/25 48/7 48/15 48/17 54/16 58/7
STAYS [1] 61/25
STEINBACH [1] 1/18
STEP [2] 9/24 58/23
STILL [6] 32/12 37/1 40/16 40/17 63/18 64/5
STIPULATE [1] 15/4
STIPULATION [2] 14/25 15/2
STIPULATIONS [1] 63/1
STOP [3] 58/17 58/18 62/23
STOPPED [5] 32/9 33/15 33/16 51/11 55/18
STORES [1] 47/7
Street [1] 1/13
STRICKEN [1] 42/20
STRIKE [2] 42/16 42/17
STRIKES [1] 6/7
STUFF [1] 65/7
SUITCASE [3] 39/25 45/25 54/9
Suite [1] 1/18
SUMMER [1] 28/10
Summit [1] 47/16
SUPERVISORS [1] 34/8
SUPPOSED [1] 17/5
SUPPOSEDLY [4] 28/20 29/13 39/20 50/14
SURE [8] 6/6 36/1 36/19 59/7 60/17 60/25 61/14 64/23
Sustained [1] 39/3
SWEAR [1] 6/13
SWORN [3] 5/18 6/10 6/14

## T

TAKE [16] 2/4 5/16 27/25 32/20 33/18 33/21 33/22 33/24 34/25 35/22 40/1 42/3 53/23 54/2 54/11 58/9
TAKEN [3] 32/24 34/4 63/25
TAKING [2] 35/25 52/10
TALK [4] 5/25 6/8 18/6 27/13
TALKED [4] 11/17 13/14 13/24 35/24
TALKING [9] 16/3 30/13 37/11 41/15 47/10 47/12 52/12 54/4 57/4
Tamaulipas [1] 23/17
TAPE [4] 29/9 29/9 29/10 36/14
TEA [1] 29/3
TELL [29] 6/8 6/18 7/13 8/13 8/15 9/18 13/14 16/17 17/1 17/5 17/14 17/16 17/22 19/20 20/5 21/15 21/17 22/9 27/16 28/9 28/13 28/25 29/24 30/13 36/20 39/13 51/12 52/21 57/7
TELLING [3] 17/13 37/12 51/23
TEN [2] 33/25 34/3
TEN-MINUTE [1] 33/25
TERMS [1] 21/13
TESTIFY [1] 42/14
TESTIMONY [2] 42/18 58/20

TEXAS [41] 22/12 22/21 22/23 23/1 23/13 23/14 23/15 25/20 27/22 27/25 28/17 28/19 29/5 31/1 31/24 31/25 32/3 32/4 32/4 32/21 32/23 48/17 49/22 50/7 50/9 50/12 50/16 50/22 51/1 51/13 51/19 51/21 53/3 54/15 54/16 54/21 54/22 54/23 55/2 56/6 63/6
THAN [4] 18/6 21/3 49/19 52/8
THANK [13] 6/6 33/24 33/25 36/21 58/14 59/1 59/2 60/24 61/3 61/4 61/14 63/1 63/5
THAT [252]
THAT's [33] 18/2 18/9 19/16 20/18 20/19 21/4 21/12 23/10 23/12 24/2 25/9 25/9 25/11 26/8 26/10 26/25 29/18 33/23 35/24 36/2 36/4 38/20 41/11 48/15 55/18 60/9 61/14 61/22 62/7 62/23 63/3 64/15
THEIR [2] 35/7 64/7
THEM [12] 6/18 26/21 27/16 28/17 28/25 31/22 32/15 35/7 35/17 44/22 51/6 53/25
THEN [24] 12/17 22/18 23/11 28/2 28/3 32/5 33/20 33/22 34/25 39/10 39/11 39/21 48/16 48/20 51/6 54/14 55/4 56/7 61/7 62/8 62/18 63/3 63/11 65/10
THERE [68]
THERE's [5] 13/12 15/11 60/17 61/1 65/9
THESE [8] 23/2 23/19 25/13 26/3 31/5 46/21 47/8 64/19
THEY [60] 11/24 25/9 26/14 27/24 27/25 28/1 28/1 28/18 29/2 29/2 29/6 29/7 29/8 29/14 31/16 33/17 33/18 35/1 35/2 35/6 36/9 36/20 40/6 40/7 41/4 47/6 51/6 51/9 51/10 52/18 52/19 52/20 52/21 52/24 52/25 53/2 53/3 53/5 53/6 53/17 53/20 53/23 53/25 54/6 54/8 54/9 54/9 54/15 54/16 54/25 56/25 56/25 57/2 57/4 57/8 59/19 60/1 62/2 64/19 65/6
THEY'LL [1] 35/4
THEY'RE [1] 36/20
THIN [1] 10/19
THING [1] 15/10
THINGS [5] 29/4 29/10 29/25 35/3 65/12
THINK [14] 6/10 13/17 24/22 34/20 35/2 35/6 35/7 35/18 39/24 42/14 49/6 61/25 64/1
THINKING [1] 64/1
THIRD [5] 35/12 43/12 43/21 47/9 53/14
THIS [102]
Thomas [1] 7/5
THOSE [10] 19/25 27/25 29/4 29/6 34/20 45/24 47/2 57/3 58/8 58/10
THOUGHT [4] 32/19 33/23 54/25 63/24
THREE [14] 16/11 30/22 32/5 33/8 33/17 40/25 44/12 46/15 48/8 48/16 54/21 61/10 61/11 61/14

THROUGH [258]
TIGHT [1] 35/10
TIME [49] 7/22 8/2 8/12 11/19 12/2 13/17 13/18 13/22 14/8 18/14 21/11 22/18 22/20 23/13 25/15 27/17 27/20 28/16 29/1 29/16 30/3 30/4 30/14 30/24 31/4 31/1 31/14 39/7 39/15 39/24 40/10 40/16 44/17 45/22 46/8 46/11 49/18 49/21 51/13 51/15 51/21 51/22 51/23 52/2 52/3 52/6 58/15 59/23 61/9
TIMES [19] 28/22 30/17 30/18 30/21 30/22 38/23 40/25 44/11 44/13 44/18 46/15 49/2 49/7 49/9 49/12 49/13 49/16 51/25 64/19
TIRES [1] 55/20
TODAY [2] 36/19 60/21
TOGETHER [2] 17/3 54/9
TOLD [24] 12/12 12/13 21/6 25/1 27/12 27/24 29/25 32/18 35/11 35/21 35/22 46/4 47/9 48/7 51/25 52/6 53/23 53/25 54/6 56/5 56/5 57/8 58/4 59/15
TOM [2] 8/3 21/23
TOMORROW [11] 36/19 58/19 60/17 61/2 61/20 61/24 62/5 62/9 65/7 65/8 65/13
TONY [4] 26/18 27/20 44/22 47/1
TOO [1] 56/25
TOOK [4] 32/24 39/6 39/25 54/2
TOP [1] 21/10
TOTAL [2] 30/18 63/25
TOUCH [1] 44/2
TOWARDS [1] 39/8
TOWN [9] 31/17 40/7 40/22 40/23 47/2 52/17 53/12 59/21 59/24
TRACTOR [17] 28/21 28/23 29/2 29/16 30/18 38/25 38/25 40/10 46/22 49/3 49/9 49/16 49/17 51/12 51/20 52/2 52/5
TRAFFIC [3] 32/14 40/16 62/23
TRAFFICKING [2] 25/18 49/11
TRAILER [14] 28/18 28/22 28/23 29/2 30/14 38/25 39/1 39/8 39/11 46/22 49/12 49/14 50/24 50/25
TRAILERS [5] 30/19 49/3 49/9 49/17 49/18
TRANSCRIPT [2] 1/9 67/6
TRANSLATE [1] 19/14
TRANSLATED [1] 12/9
TREE [1] 44/3
TRIAL [1] 1/9
TRUCK [6] 30/4 39/19 50/15 51/1 51/16 52/20
TRUE [3] 13/1 20/24 21/12
TRUTH [2] 21/15 21/17
TRYING [1] 17/3
Tuesday [2] 64/4 64/6
TURN [2] 36/14 64/16
TWO [24] 12/1 16/18 18/1 19/24 19/25 20/13 23/10 27/21 27/25 29/10 31/2 35/10 38/23 40/24 43/8 43/9 46/14 47/2 47/8 47/11 47/13 54/21 56/7 62/20
TYPE [3] 23/8 23/15 56/11

**U**

**U.S** [3] 1/13 1/21 22/13
**Uh** [2] 60/11 61/12
**Uh-huh** [2] 60/11 61/12
**ultimately** [1] 22/7
**under** [5] 2/5 2/6 21/13 34/20 37/1
**undercover** [1] 33/1
**undercovers** [1] 54/25
**understand** [10] 15/19 17/6 17/12 17/16 17/24 21/5 27/14 31/4 36/11 62/15
**understood** [2] 12/9 46/16
**UNITED** [6] 1/1 1/3 1/10 2/3 15/3 22/21
**unload** [2] 39/11 39/16
**unloaded** [7] 29/2 29/17 30/5 40/11 40/18 40/19 49/14
**unloading** [2] 28/18 50/15
**up** [43] 2/4 22/24 23/3 26/12 28/2 30/14 30/19 32/5 33/8 33/17 34/25 37/10 39/8 39/9 40/10 43/4 43/5 44/10 44/11 46/22 48/8 49/17 49/20 49/22 50/25 52/18 53/7 55/7 55/10 55/11 56/3 56/6 56/17 57/8 58/5 58/19 59/6 59/9 59/16 59/25 63/2 63/8 63/9
**Urschel** [1] 1/12
**us** [34] 12/2 12/18 17/3 25/1 28/9 28/13 32/5 32/13 32/20 32/25 33/1 33/17 33/19 36/20 37/12 37/19 39/13 43/6 47/9 48/7 51/12 51/23 51/25 52/6 54/24 57/15 58/4 59/8 60/17 61/1 63/25 63/25 64/25 65/1
**used** [1] 39/20

**V**

**V-I-R-O-L-O** [1] 27/3
**Valdez** [7] 33/6 33/6 33/7 33/7 37/13 55/12 56/16
**van** [2] 58/11 58/13
**Vanegas** [5] 8/5 13/23 18/10 18/12 19/14
**vehicle** [5] 29/11 32/6 32/12 33/2 56/11
**vehicles** [2] 29/11 53/20
**versus** [1] 2/3
**very** [6] 8/2 31/9 34/9 34/21 60/24 63/14
**Victor** [8] 27/4 33/5 33/6 33/9 33/13 37/13 55/12 56/16
**Virginia** [2] 33/15 33/17
**visit** [4] 9/23 10/25 11/8 13/15
**visited** [1] 10/10
**voir** [1] 34/14

**W**

**Waco** [1] 23/14
**wait** [4] 12/15 34/25 41/10 47/10
**walk** [1] 62/1
**Walker** [3] 1/21 67/5 67/12
**walking** [1] 63/8
**Walmart** [1] 48/22
**want** [13] 5/24 7/22 18/6 31/7 34/5 37/10 37/10 40/5 40/6 41/11 56/23 59/7 63/13
**wanted** [2] 6/6 31/13
**wants** [2] 17/25 59/8
**warehouse** [21] 28/19 29/18 29/20 30/2 30/5 30/15 37/24

**38/2 38/5 38/11 38/13 38/22**
**38/25 39/6 40/7 40/19 47/11**
**47/13 47/24 49/13 51/17**
**was** [129]
**Washington** [9] 1/7 1/14 1/19 1/22 7/1 26/14 49/4 50/6 63/5
**wasn't** [2] 42/9 55/22
**way** [10] 6/1 32/9 36/2 39/5 44/19 51/1 51/9 52/22 55/24 62/16
**we** [73]
**we'd** [1] 55/1
**we'll** [10] 2/4 33/24 34/2 58/19 58/19 58/23 58/25 59/10 60/25 64/12
**we're** [10] 6/10 6/11 6/13 36/24 41/15 58/18 62/9 62/17 62/18 63/24 64/5
**we've** [3] 6/10 34/7 63/20
**Wednesday** [1] 1/7
**week** [3] 56/7 62/8 62/10
**weeks** [6] 16/12 16/18 27/10 48/8 48/16 56/7
**welcome** [1] 18/7
**well** [41] 12/10 14/23 15/22 17/18 17/19 17/24 20/8 22/17 25/7 27/12 28/9 28/16 29/1 29/7 31/9 31/12 31/14 31/21 32/3 35/12 35/14 36/11 39/7 39/14 39/18 40/4 40/15 40/24 42/7 43/8 43/25 44/9 44/17 48/24 51/25 54/5 54/22 54/25 60/16 61/13 64/14
**went** [15] 16/10 21/25 32/16 38/23 39/9 48/16 53/12 53/16 54/15 54/16 54/21 54/21 54/22 54/23 55/17
**were** [69]
**West** [1] 23/14
**what** [83]
**what's** [10] 29/12 35/20 41/10 41/11 41/22 43/16 45/9 63/22 64/7 64/8
**whatever** [1] 6/5
**when** [59] 7/22 8/5 8/20 8/25 10/20 11/17 12/3 13/14 13/23 14/7 15/14 16/13 17/12 17/19 17/25 20/6 21/5 21/16 21/25 22/3 22/18 22/23 22/24 26/12 27/8 27/10 28/6 28/6 28/18 29/1 29/14 32/3 32/8 32/12 32/16 35/1 35/1 35/6 36/7 39/7 43/2 43/24 44/7 48/16 49/21 50/25 52/9 52/25 53/18 53/24 55/6 55/18 55/23 55/24 55/25 56/4 56/10 58/5 61/7
**whenever** [1] 53/17
**where** [29] 7/14 14/6 20/13 23/13 27/10 29/4 29/17 31/12 36/13 38/4 38/25 39/22 40/8 40/20 44/16 44/19 45/24 47/25 48/15 48/21 49/25 50/6 51/5 53/11 54/11 55/10 55/13 58/7 65/11
**Whereupon** [1] 2/6
**wherever** [1] 33/21
**whether** [4] 17/14 17/20 26/19 28/9
**which** [14] 10/25 15/1 15/2 18/14 18/19 28/22 31/19 39/19 43/21 55/6 55/8 56/1

**56/4 63/25**
**WHITEHEAD** [2] 67/3 67/8
**who** [38] 7/22 9/1 10/11 11/16 12/4 16/18 17/14 23/19 23/22 24/11 24/16 24/18 24/24 25/8 26/3 26/14 28/14 33/4 35/10 35/11 41/8 42/10 42/10 44/20 44/22 44/23 47/4 48/23 50/17 50/18 52/19 56/14 62/12 62/15 62/21 64/4 19 64/24 65/9
**who's** [3] 22/7 24/1 30/7
**whole** [1] 15/10
**whom** [1] 19/21
**whose** [7] 16/6 26/17 29/20 41/8 41/17 41/19 42/6
**why** [11] 16/9 17/2 23/2 23/3 25/6 40/14 51/8 56/21 56/21 60/16 62/15
**wife** [5] 16/11 31/14 31/14 48/9 48/16
**will** [9] 21/16 36/3 36/16 42/17 42/20 59/4 61/25 63/6 65/8
**willing** [1] 36/10
**window** [1] 53/1
**winter** [3] 28/10 28/11 31/1
**without** [3] 59/21 59/24 61/25
**witness** [10] 5/16 6/13 6/14 34/25 37/1 58/20 59/4 59/5 62/1 62/6 62/14
**witness's** [1] 5/17
**witnessed** [1] 30/20
**witnesses** [5] 64/17 64/19 65/1 65/12 66/2
**woman** [2] 12/4 33/12
**won't** [3] 21/19 62/4 62/10
**words** [1] 60/6
**work** [11] 23/5 23/8 25/8 25/20 28/17 49/25 50/3 56/23 57/3 57/9 63/10
**worked** [5] 27/14 28/13 30/9 42/10 61/18
**working** [5] 26/12 27/19 31/22 57/4 60/12
**worry** [1] 35/4
**worthless** [1] 28/1
**would** [55] 6/17 6/18 6/19 15/1 18/18 19/9 21/6 21/21 21/24 22/4 25/2 25/8 25/21 26/7 29/3 29/24 31/16 32/15 32/20 34/18 34/21 36/9 36/20 37/3 38/4 40/8 41/6 43/4 43/5 43/14 44/13 44/19 46/16 47/1 47/2 48/5 50/14 50/25 51/4 51/5 51/6 51/9 51/16 51/18 53/17 53/19 55/1 57/7 57/10 57/18 58/24 61/4 62/1 63/24 63/25
**wouldn't** [1] 39/9
**wrap** [1] 51/6
**wrapped** [2] 29/6 54/7
**written** [2] 15/16 15/8
**wrong** [1] 27/23

**Y**

**yeah** [5] 10/24 34/24 41/19 42/12 65/9
**year** [1] 62/15
**years** [3] 16/23 16/23 25/16
**yes** [101]
**yesterday** [1] 61/17
**yet** [3] 11/5 36/12 54/9
**York** [2] 50/25 51/1

# Y

**YOU [318]**
**YOU'LL [1]** 63/10
**YOU'RE [13]** 18/6 21/10 21/10
59/13 61/5 61/5 62/4 62/5
63/18 64/14 65/1 65/5 65/10
**YOU'VE [8]** 6/4 9/14 36/18
40/18 47/9 48/7 49/6 64/25
**YOUNG [1]** 17/13
**YOUR [40]** 6/18 6/19 6/19 7/4
8/5 13/23 14/1 14/7 14/11
14/25 18/3 18/10 18/15 19/6
20/10 20/10 21/7 22/7 24/4
28/23 37/3 39/2 42/11 42/21
44/14 45/5 45/7 46/3 46/23
49/5 51/23 53/25 57/20 59/1
61/16 63/19 63/22 63/22
64/25 65/1
**YOURSELF [1]** 22/10

# Z

**Z-E-N-T-U-R-A [1]** 6/22
**ZINTURA [12]** 6/14 6/17 6/21
6/23 17/11 18/1 19/12 25/17
37/10 37/23 58/14 66/5
**ZINTURA'S [1]** 18/19