UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------X

THE UNITED STATES OF AMERICA      Criminal Case No. 05-386

v.

ANTOINE JONES,

                Defendant,

------------------------------X   Washington, D.C.
                                  Thursday, January 31, 2013
                                  2:11 P.M.

TRANSCRIPT OF JURY TRIAL – DAY 5 – P.M. SESSION
BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:  Darlene Michele Soltys, AUSA
                     Courtney Urschel, AUSA
                     U.S. ATTORNEY'S OFFICE
                     555 Fourth Street, NW, Room 4110
                     Washington, DC 20530
                     (202) 252-7685


For the Defendant:  Antoine Jones, Pro Se

                    Jeffrey Brian O'Toole
                    Errin Rae Scialpi
                    O'TOOLE, ROTHWELL, NASSAU & STEINBACH
                    1350 Connecticut Avenue, NW, Suite 200
                    Washington, DC 20036
                    (202) 775-1550


Court Reporter:      Lisa Walker Griffith, RPR
                     U.S. District Courthouse
                     Room 6507
                     Washington, D.C.  20001
                     (202) 354-3247



Proceedings recorded by mechanical stenography, transcript
produced by computer.

1                    **AFTERNOON SESSION**

2            THE DEPUTY CLERK:  This is criminal case 05-386-1.

3     United States of America versus Antoine Jones.

4            THE COURT:  Are we ready?

5            MS. URSCHEL:  Your Honor, a couple of witness

6     issues.  First of all, we have two officers who are in from

7     out of town.  They've been waiting all day to testify.  One

8     of them, Officer Miller, has a work conflict tomorrow so

9     we're hoping to get him on today.

10           THE COURT:  Who's the other one?

11           MS. URSCHEL:  The other one is Mr. Whitehead.  For

12    sure Miller is the one who has a conflict who really needs to

13    go on today.

14           THE COURT:  Well, how much longer do you think

15    you'll be, Mr. Jones?

16           MR. JONES:  I'm going to give about 20 minutes.

17           THE COURT:  That is realistic, 20?

18           MR. JONES:  I don't know.  It depends on his

19    answers.

20           THE COURT:  Well, how long will Miller be?

21           MS. URSCHEL:  Not that long, Your Honor, about ten

22    minutes.

23           MR. JONES:  Your Honor --

24           THE COURT:  Let's take Miller and get him out of

25    here, so we don't have to worry.  We'll just interrupt this

1    and bring Zintura back afterwards.

2              MS. URSCHEL:  Okay.  And then that brings me to

3    another point.  At the request of the marshals, our next

4    witness after that, we have here, and he's in the courthouse.

5    He's awaiting transport back to where he will be staying for

6    the night.  And it looks like we're not going to get to him.

7              But we wanted to ask the Court's permission before

8    we give the marshals the okay to get that person back to that

9    person's facility.  We want to let you know so you're not

10   asking us where our next witness is and the marshals have

11   taken him back.

12             THE COURT:  Okay.  But can we find out who that

13   person is, who's going to be on tomorrow, in other words?

14             MS. URSCHEL:  Yes, well, now this is Mr. Barrone.

15             THE COURT:  Okay, fine.

16             MS. URSCHEL:  And we would think he would then come

17   tomorrow, if not today.  And we just -- the marshals asked if

18   we still needed him today.  We don't think we do because of

19   the timing of the cross and these other two witnesses, but we

20   wanted to clear it with the Court before we let them take him

21   back.  Is that --

22             THE COURT:  Take him back.  That's fine.

23             MR. O'TOOLE:  Your Honor, as I mentioned yesterday,

24   at 4:15, I'm going to go over to the District Building --

25             THE COURT:  Yes.

1      MR. O'TOOLE:  -- on Judge Lamberth's case, and

2  Ms. Scialpi will be here.

3      THE COURT:  But is it okay, let's just take Miller

4  so we don't have to worry about the person has to get out of

5  here.

6      Is that a problem with for the marshals?  I have

7  three marshals here.  What time does this guy have to leave?

8      (Discussion held off the record.)

9      MS. SOLTYS:  So the officer has a flight out tonight

10  at nine o'clock, so we would like to just do him before 4:30,

11  that's all.  He's literally going to be ten minutes.  So

12  we're happy to resume with Zintura right now.

13      THE COURT:  All right, let's see how it goes.

14      MS. SOLTYS:  But just remember that we've got one

15  person right at the tail-end of the day.

16      THE COURT:  Then we'll bring in the witness,

17  Zintura, please.  We've got the interpreters.  Let's do it.

18  Okay.

19  **DANIEL ZENTURA, GOVERNMENT WITNESS, PREVIOUSLY SWORN**

20      THE COURT:  Do I need to instruct the jury again to

21  disregard whatever might have happened in the first part of

22  the trial?  I told them that once.  I don't want to get into

23  any specifics.  No?  Okay.  They'll be told again sometime.

24      (Jury Present.)

25      THE COURT:  Good afternoon, ladies and gentlemen.

1          JURORS IN UNISON:  Good afternoon.

2          THE COURT:  We're ready to proceed, Mr. Jones.

3          MR. JONES:  Yes, ma'am.  One second, please.

4                     **CROSS-EXAMINATION (Cont'd)**

5   BY MR. JONES:

6   Q   Good afternoon, Mr. Zintura.

7   A   (Through the Interpreter) Good afternoon.

8   Q   This morning we were talking about your case getting

9   dismissed.  But before it got dismissed, you had talked to

10  some officers?

11  A   (Through the Interpreter) Yes.

12  Q   Do you know what type of officers they was, was they

13  agents?

14          THE COURT:  You mean like FBI?

15          MR. JONES:  Yes, special agents.

16          THE WITNESS:  (Through the Interpreter) FBI agents.

17  BY MR. JONES:

18  Q   Do you remember how many people that you talked to, how

19  many agents you talked to?

20  A   (Through the Interpreter) With three of them.

21  Q   When you talked to these agents, did they take any notes?

22  A   (Through the Interpreter) I don't remember.

23  Q   When you talked to these agents, did they videotape the

24  communication or the interview?

25  A   (Through the Interpreter) No.

1    Q    When you talked to these agents, did they use any type of

2    tape recorder or audio?

3    A    (Through the Interpreter) No.

4    Q    Do you remember the name of the agents?

5    A    (Through the Interpreter) No, I don't remember.

6    Q    Were they Hispanics?

7    A    (Through the Interpreter) Two Americans and one Hispanic.

8    Q    When they interviewed you, was it in Spanish or was it in

9    English?

10   A    (Through the Interpreter) In Spanish.

11   Q    Did you sign anything?

12   A    (Through the Interpreter) No, I didn't sign anything.

13   Q    So, you said you stayed in jail two days?

14   A    (Through the Interpreter) Yes, only two days.

15   Q    And during those two days, they asked you about Antoine

16   Jones?

17   A    (Through the Interpreter) The first day when they

18   arrested me, yes, they asked me before they took me to the

19   county.

20   Q    What did you tell them about Antoine Jones?

21   A    (Through the Interpreter) That I didn't know what they

22   were talking about.

23   Q    Did you tell them you didn't know Antoine Jones?

24   A    (Through the Interpreter) Yes.

25            MR. JONES:  Can I make this an exhibit?

```
 1              THE COURT:  Has the Government seen it?

 2              MR. JONES:  I'm sorry?

 3              THE COURT:  What number is this, please, Gwen?

 4              THE DEPUTY CLERK:  Defendant's Exhibit 5.

 5              THE COURT:  Five.

 6              Any objection to 5?

 7              MS. SOLTYS:  No, Your Honor.

 8              THE COURT:  Then you can you put it on.  Five is

 9     admitted.

10              (Defendant's Exhibit No. 5 was received

11         in evidence.)

12     BY MR. JONES:

13     Q    Do you see your name on this indictment?

14     A    (Through the Interpreter) Yes.

15     Q    Do you see the second name on this indictment?

16     A    (Through the Interpreter) Yes.

17     Q    Do you know who this person is, Francisco Javier

18     Gonzalez-Ruan?

19     A    (Through the Interpreter) Yes.

20     Q    Have you seen this person, Francisco Javier, on the

21     street?

22              THE COURT:  Ever?  I don't under --

23     BY MR. JONES:

24     Q    Have you seen him on the street while you was out?

25              MS. SOLTYS:  I would object to the question --
```

1          THE COURT:  Wait a minute.  I want to know when.

2     BY MR. JONES:

3     Q    Before you got arrested, have you seen this guy, Javier?

4          MS. SOLTYS:  Objection.

5          THE COURT:  Since when?

6     BY MR. JONES:

7     Q    You got arrested on 2007.  Did you see this guy, Javier,

8     after 2007?

9          THE COURT:  After 2007.

10         THE WITNESS:  (Through the Interpreter) Before he

11    was locked up, I did, because he was arrested in 2006.  I

12    don't remember which month.  And then he was brought to D.C.

13    But before he was arrested, I had seen him in Mexico.

14    BY MR. JONES:

15    Q    So after he was arrested, you haven't seen him any more?

16    A    (Through the Interpreter) I believe I have in Mexico.

17    Q    So isn't it true that his case was dismissed, too?

18         MS. SOLTYS:  Objection, Your Honor.

19         THE COURT:  Sustained.

20    BY MR. JONES:

21    Q    So you're telling the jury that you did see this guy,

22    Javier, back in Mexico after he was arrested and brought to

23    D.C.?

24    A    (Through the Interpreter) Yes.

25         THE DEPUTY CLERK:  This is Defendant's Exhibit 6.

1          THE COURT:  Any objection?  Have you seen it?

2          MS. SOLTYS:  I do have an objection.  And ask that a

3     portion of it be redacted.  That's all.

4          THE COURT:  What is 6?

5          MS. SOLTYS:  Your Honor, I have no objection with

6     the following stipulation.

7          THE COURT:  Exhibit 6 is the motion to dismiss.

8          MS. SOLTYS:  The stipulation that the parties have

9     agreed upon is that this indictment, 06072, was dismissed on

10    the Government's motion, but the parties stipulate that

11    Francisco Javier Gonzalez-Ruan and Guadalupe Barrone were

12    indicted in a superseding indictment in a different case

13    number, 05-386.

14          This Government's motion to dismiss the indictment

15    is accurate as to Mr. Zintura, Mr. Zentura's case.  The

16    Government didn't dismiss the indictment.

17          THE COURT:  Okay.  Do I have a date on this motion,

18    please?

19          Mr. Jones, pull the motion down so you can see the

20    date when the motion was made.  Okay.  5-9-07.

21          Ladies and gentlemen, what this tells you is that

22    the other two gentlemen were -- for the superseding

23    indictment, Barrone and Ruan, but the indictment against

24    Mr. Zintura was dismissed by virtue of Court Order in

25    response to this motion.

1  BY MR. JONES:

2  Q   Mr. Zintura, isn't it true that you never see this guy,

3  Javier, with Mr. Jones?

4  A   (Through the Interpreter) I've never seen him talking to

5  him.  But when I was with him once at the warehouse on

6  Central Avenue, Antoine Jones came and Jorge Flores also

7  came.

8  Q   So you saying that Antoine Jones came to his own

9  warehouse?

10 A   (Through the Interpreter) Yes.

11 Q   And Javier was at Mr. Jones' warehouse?

12 A   (Through the Interpreter) Yes, and I was there too.

13 Q   And did Mr. Jones stay?

14 A   (Through the Interpreter) No, he didn't stay, he just

15 give him the keys of the other room that was there to Jorge.

16 Q   What was that last part?  I didn't hear you.

17 A   (Through the Interpreter) When he was there, he gave the

18 warehouse keys to Jorge.

19         THE COURT:  Who, Jones?

20         THE WITNESS:  (Through the Interpreter) Antoine

21 Jones.

22 BY MR. JONES:

23 Q   Who is Jorge?

24 A   (Through the Interpreter) Jorge Flores.

25 Q   Can you describe, whoever this person is, can you

1    describe him?

2    A    (Through the Interpreter) Jorge Flores at that time,

3    2004, 2005, was 21 years old, approximately 5-7, 200 pounds,

4    white, dark hair, that's all I can tell you.

5    Q    So 2004 and 2005, you and this person and Javier was at

6    the warehouse?

7    A    Yes.

8    Q    So you telling the jury today that 2004, 2005, that you,

9    Javier and this other person was at the warehouse?

10            MS. SOLTYS:  Object to the question because he never

11   said 2005.

12            THE COURT:  Let him answer.  When was it?

13            THE WITNESS:  (Through the Interpreter) Okay.  It

14   was in 2004.  And I also remember that Antoine Jones went

15   inside the warehouse.  He didn't stay there.  But he went in

16   to show us the height of the warehouse to find out if the

17   trailer could go in there.  After that, he left, and we

18   remained there as checking the warehouse.

19   BY MR. JONES:

20   Q    So you just didn't tell the jury that it was 2004 and

21   2005 that you was at the warehouse?

22   A    (Through the Interpreter) I did say that, but I wasn't

23   sure.  But it is 2004 when I went in with Guadalupe Barrone

24   and the other guys.

25   Q    Isn't it true you just changed from 2004 and 2005 when

1    the Government got up and said 2004, you didn't say 2005?

2    A    (Through the Interpreter) I was saying 2004, 2005 because

3    I wasn't sure what year it was when I came here.

4    Q    Do you remember what time or date in 2004?

5    A    (Through the Interpreter) It was about -- I don't

6    remember what month, but I remember it was about noon or 2:00

7    P.M.

8    Q    The question that I'm asking you, in terms of seasons,

9    winter, spring, summer, fall.  Do you understand what I'm

10   saying?

11   A    (Through the Interpreter) I understand.  It was still

12   winter, I believe.

13   Q    It was still winter?

14   A    (Through the Interpreter) Yeah, I still remember because

15   when I was at the Largo town apartment, it snowed.

16   Q    So you was at the --

17   A    (Through the Interpreter) And I only lived with them a

18   couple of months.

19   Q    I'm sorry, what was the last?

20   A    (Through the Interpreter) I only lived with Guadalupe

21   Barrone and the others three, four months.

22   Q    Where did you live at, sir?

23   A    (Through the Interpreter) Well, at the beginning, I would

24   come and help them load the trailer, and then I would go to

25   Texas.

1    Q    Maybe I'm confused.  You said you lived with them for a

2    couple of months.

3    A    (Through the Interpreter) I didn't say I lived.  I said I

4    was with them.  I was working with them for a few months.

5    Q    When you was at this Hampton Boulevard, and you just

6    mentioned the apartments in Largo, Hampton Boulevard

7    warehouse, did you stay at the Summit Circle apartment?

8    A    (Through the Interpreter) Yeah, I stayed there several

9    times.

10   Q    You stayed there several times?

11   A    (Through the Interpreter) Yes.

12   Q    While you stayed there, did you see the person, Gregory

13   Leech, who was living there?

14          THE COURT:  You have to say, did you see anyone else

15   living there.  There's no evidence against Gregory Leech.

16   BY MR. JONES:

17   Q    While you stayed at Summit Circle, did you see a black

18   guy about this tall --

19          THE COURT:  How tall is that?

20          MR. JONES:  Six feet.

21   BY MR. JONES:

22   Q    -- staying at Summit Circle, living at Summit Circle?

23          MS. SOLTYS:  Objection, would like specification.

24   Does he mean Mr. Jones' apartment, Apartment 3-B.

25          THE WITNESS:  (Through the Interpreter) No, nobody

```
 1  was living there that was black.

 2  BY MR. JONES:

 3  Q    What time of the year was you staying at Summit Circle?

 4  A    (Through the Interpreter) In the winter.

 5            THE COURT:  Wasn't it when your wife was there, too,

 6  your ex-wife?

 7            THE WITNESS:  (Through the Interpreter) No, when my

 8  ex-wife came, I was at the Bowie house, Bowie house.

 9            THE COURT:  Oh.

10  BY MR. JONES:

11  Q    Isn't it true that you told the Government that you've

12  seen Mr. Jones one time when you was looking out the door?

13  A    (Through the Interpreter) Yes.

14  Q    So, you staying at Mr. Jones' apartment, have you ever

15  seen Mr. Jones inside his apartment?

16  A    (Through the Interpreter) Only there at the door.

17  Q    Only there at the door.  So, Mr. Zintura, isn't it true

18  that you told the Government that Summit Circle had one

19  bedroom because you didn't never been in there before?

20  A    (Through the Interpreter) No, I didn't say it had one

21  bedroom.  The apartment had two bedrooms.

22  Q    So you never told the Government during your interview

23  that it had one bedroom?

24  A    (Through the Interpreter) No.

25  Q    Mr. Zintura, let's go back to D.C. Jail.  As a matter of
```

1    fact, you told a couple of inmates that you don't know this

2    person the Government is trying to tell you that you know,

3    the person with the club?

4           MS. SOLTYS:  I'm going to object to that

5    characterization.

6           THE COURT:  Sustained.  Try it again.

7    BY MR. JONES:

8    Q   Mr. Zintura, did you tell a couple of inmates that the

9    Government was asking you about this black guy in D.C. with a

10   club?

11   A   (Through the Interpreter) Could you repeat the question?

12   Q   Did you tell some inmates at D.C. Jail that the

13   Government was asking you about a black guy from D.C. with a

14   club?

15          THE COURT:  Nightclub.

16          MR. JONES:  Nightclub.

17          THE WITNESS:  (Through the Interpreter) No, I never

18   told an inmate that the Government was asking me about

19   Antoine Jones because when I talked to them, I wasn't talking

20   to the prosecutors yet.

21   BY MR. JONES:

22   Q   Mr. Zintura, before you was talking to the prosecutors,

23   did you not tell a lot of inmates you didn't know Antoine

24   Jones?

25   A   (Through the Interpreter) Yes, I did tell other inmates

1    that I didn't know this Mr. Jones but I wasn't referring to

2    Antoine Jones who's here in this new case.  Tony Jones, I was

3    not referring to the one in the new case, which is Antoine

4    Jones.

5            THE COURT:  Wait a minute wait a minute, I'm

6    confused.

7            THE INTERPRETER:  Could you repeat the question?

8    BY MR. JONES:

9    Q    This person --

10            MS. SOLTYS:  Could we approach for a moment or could

11    I consult with Mr. Jones?

12            (Pause.)

13    BY MR. JONES:

14    Q    This person, Anthony or Tony, isn't his name Anthony

15    Antoine Jones?

16            THE COURT:  This is somebody who got indicted in the

17    recent case?

18            MR. JONES:  Yes.

19            THE COURT:  Anthony?

20            MS. SOLTYS:  Court's indulgence, please.

21            So the parties would stipulate that in Mr. Zentura's

22    current case, the 2012 case, among his codefendants, there is

23    a defendant whose name is Anthony Antoine Jones.

24            THE COURT:  Okay.  That's stipulated to.  Anthony

25    Antoine Jones is not the same person who's standing at the

1    podium.

2            MS. SOLTYS:  Correct.

3            THE COURT:  Unless things aren't confusing enough.

4    BY MR. JONES:

5    Q    You know the difference between this Anthony Antoine

6    Jones and this Antoine Jones that you've been speaking of

7    yesterday?

8            THE COURT:  You mean you?

9            MR. JONES:  Yes.

10           THE WITNESS:  (Through the Interpreter) Yes.

11   BY MR. JONES:

12   Q    So do this Anthony Antoine Jones have a club in D.C.?

13   A    (Through the Interpreter) No.

14   Q    Do this Anthony Antoine Jones have a club anywhere?

15   A    (Through the Interpreter) I don't know.

16   Q    So isn't it true when you talked to the little black guy

17   that was your cellie, that you was talking about Antoine

18   Jones with the club?

19   A    (Through the Interpreter) When I was with my cellie I was

20   speaking about Antoine Jones.

21           THE COURT:  Who, the defendant here, this gentleman?

22           THE WITNESS:  (Through the Interpreter) Yes, the

23   defendant.

24   BY MR. JONES:

25   Q    This second note --

1          THE COURT:  Defense Exhibit, which one?  Your

2     exhibit?

3          MR. JONES:  Her exhibit, she got the exhibit.

4     BY MR. JONES:

5     Q    This is Government's Exhibit 14.  Do you recognize that

6     note?

7     A    (Through the Interpreter) Yes.

8     Q    Who gave you that note?

9     A    (Through the Interpreter) So, it's an inmate that works

10    in the chapel of the D.C. Jail.

11    Q    Do you know this inmate's name?  Do you know this inmate

12    name?

13    A    (Through the Interpreter) No, I don't know his name.

14    Q    How did you get to know this inmate?

15    A    (Through the Interpreter) I said I don't know his name.

16    Q    I said how did you get to know this inmate?  I didn't say

17    name.  Is it a fact that this inmate was in the gospel choir

18    with you?

19    A    (Through the Interpreter) Yes.

20    Q    Isn't it a fact that you came to this inmate and told him

21    you didn't know me, too?

22    A    (Through the Interpreter) No, I told that inmate that I

23    knew Antoine Jones, the accused, the defendant.

24    Q    Then after you start cooperating, you came back to this

25    same inmate with a whole different story.

1    A    (Through the Interpreter) Like what different story?

2    Q    That you knew Antoine Jones and that Antoine Jones and

3    naming all these other people that you named yesterday, like

4    Javier and all them?

5    A    (Through the Interpreter) Yes, I did tell him then that I

6    knew Antoine Jones and the whole list of other inmates or who

7    had been accused.

8    Q    This is after you started cooperating?

9    A    (Through the Interpreter) This was before I started

10   cooperating.

11   Q    This is before?

12   A    (Through the Interpreter) Yes.

13   Q    So when did you get this note right here?

14   A    (Through the Interpreter) A date of December, 2012.

15   Q    So that's when you got that note?

16   A    (Through the Interpreter) Yeah, that's the date I

17   remember.

18   Q    So when you got this note, after --

19         THE COURT:  This note is Exhibit 14 for the

20   Government.

21   BY MR. JONES:

22   Q    Did any time, did the Government, FBI agents or anybody

23   come pick you up or come talk to you at D.C. Jail?

24   A    (Through the Interpreter) No.

25   Q    So, when he gave you this note right here, you didn't

```
 1   tell this man you didn't know me?

 2   A   (Through the Interpreter) No, I didn't say I didn't know

 3   you.  I said I already knew you.

 4   Q   You said you told him you knew me already?

 5   A   (Through the Interpreter) Yes.

 6   Q   Let's go to this note.  The question was for him to ask

 7   you; am I correct?

 8           THE COURT:  You can't -- you can't make these

 9   statements like that.

10   BY MR. JONES:

11   Q   The question right here, "Ask Daniel Zintura have he been

12   locked up before in D.C. or Maryland and the Government

13   dismiss his case."

14       Did you tell my investigator that you had got your case

15   dismissed?

16           THE COURT:  Back in July?

17           MR. JONES:  Whenever he had this interview with her.

18           THE WITNESS:  (Through the Interpreter) I don't

19   remember if I told her that.

20   BY MR. JONES:

21   Q   So you don't remember that you told my investigator --

22           MS. SOLTYS:  Objection.

23           THE COURT:  What's the basis?

24           MS. SOLTYS:  It's to the form of a question now,

25   which is -- to the form of a question now.  He's assuming
```

1    facts that are not in evidence.

2            THE COURT:  Well, he's asking if he remembers.  He

3    says, I don't remember.  So it's been asked and answered.

4    BY MR. JONES:

5    Q   The second question, "Who was with him if he got locked

6    up in D.C. or Maryland?"

7        The question is, did Javier ever get locked up with you?

8            THE COURT:  In D.C. or Maryland?

9            MR. JONES:  Yeah, I said D.C. or Maryland.

10           THE WITNESS:  (Through the Interpreter) No.

11   BY MR. JONES:

12   Q   Did you tell my investigator that Javier got his case

13   dismissed too?

14   A   (Through the Interpreter) No, I told the investigator,

15   the accused, that Javier had been freed because of a mistake

16   in 2007.

17           THE COURT:  Who had?

18           THE INTERPRETER:  Javier.

19           THE WITNESS:  (Through the Interpreter) Javier

20   Gonzalez.

21   BY MR. JONES:

22   Q   So around about the same time you and Javier got your

23   case dismissed?

24           MS. SOLTYS:  Objection, because --

25           THE COURT:  Right, it's not accurate, sustained.

1    Javier's case was just -- he was put into a different case.

2    His case was not dismissed.  The witness's case was

3    dismissed.

4    BY MR. JONES:

5    Q   Did you know that Javier got arrested on August 24th,

6    2006?

7    A   (Through the Interpreter) Yes.

8    Q   Did you know that Case Number 06-072 had you, Javier and

9    Barrone on indictment?

10   A   (Through the Interpreter) Could you repeat that?

11   Q   Did you know that Case Number 06-072 had --

12          THE COURT:  It's Exhibit 6.  Did he know at the time

13   in '06 --

14          MR. JONES:  06-072.

15          THE COURT:  Do you want to know whether he knew in

16   '06 or some other time?

17   BY MR. JONES:

18   Q   At any time when you got arrested that you had Javier on

19   your indictment, too?

20   A   (Through the Interpreter) Yes.

21   Q   On the 9th day of May, 2007, do you remember your case

22   being dismissed?

23   A   Yes.

24   Q   On May 10th, 2007, did you ever hear of Javier getting

25   released from D.C. Jail?

1    A    (Through the Interpreter) No, I never heard he'd been

2    freed.

3    Q    But you've seen him in Mexico?

4    A    (Through the Interpreter) Yeah, I saw him in Mexico when

5    after they had released him supposedly because there had been

6    a mistake.  Yeah, it was in the same month of May.  I can't

7    remember, or maybe it was the end of April, sometime the end

8    of May, it was the same month.  Because he had only been in

9    jail later than a month.

10   Q    So you and Javier is in Mexico enjoying yourself?

11   A    (Through the Interpreter) What do you mean having a good

12   time?

13   Q    You wasn't locked up, was you?

14   A    (Through the Interpreter) No.

15   Q    You wasn't still in jail in Texas, was you?

16   A    (Through the Interpreter) No, not anymore.

17   Q    You wasn't not in the D.C. Jail facing life, was you?

18   A    (Through the Interpreter) No.

19   Q    You and Javier was in Mexico enjoying yourself.

20   A    (Through the Interpreter) Yes.

21   Q    This one right here, "Tell him that Guadalupe Barrone

22   came through here about two weeks ago."

23       Now, you said you've seen me in church, but you never

24   seen me in the intake unit where everybody have to come

25   through to get classified; right?

1              MS. SOLTYS:  Objection, asked and answered.

2              THE COURT:  Yes.  Okay, move on.  He said that this

3      morning.  Move on.

4              MR. JONES:  I'm moving on.

5      BY MR. JONES:

6      Q    Now, this last question, "Tell him I don't know him,

7      never heard of him, or seen him before.  I don't know why the

8      Government trying to put us together."

9          Isn't it a fact that you told the Government you seen me

10     one time and you peeped out the Summit Circle door because

11     it's a fact you don't know Mr. Jones?

12     A    (Through the Interpreter) Yes, I did see him on that

13     occasion, and on other occasions, I saw Mr. Jones.

14     Q    Can you tell the jury these occasions that you seen

15     Mr. Jones?

16     A    (Through the Interpreter) Maybe six, seven times.

17     Q    Can you tell them the locations that you've seen

18     Mr. Jones this six or seven times?

19     A    (Through the Interpreter) So, I saw him about three times

20     in the apartment in Largo town, two times at the warehouse

21     and one time in the parking lot of a Home Depot.

22     Q    A Home Depot.

23     A    (Through the Interpreter) That kind of shop.

24     Q    So when you see Mr. Jones, you never once communicate

25     with him?

1    A    (Through the Interpreter) I believe Mr. Jones handed me

2    the keys to the house in Bowie.

3    Q    In Bowie.

4    A    (Through the Interpreter) Yes.

5    Q    What year and what month, if you know, did Mr. Jones give

6    this key to you in Bowie?

7    A    (Through the Interpreter) It was in 2004 in the winter,

8    but I can't remember which month.

9    Q    2004, winter.

10        Now, you said that Mr. Jones had mail at this house?

11            THE COURT:  Which house?  Myrtle Avenue?

12            MR. JONES:  Yeah, Bowie house.

13   BY MR. JONES:

14   Q    You said Mr. Jones had mail at this house; is that

15   correct?

16   A    (Through the Interpreter) Yes, I saw paper with his name

17   on it.

18   Q    You saw paper with Mr. Jones' name on it.  Can you tell

19   this jury what type of paper you've seen with Mr. Jones' name

20   on it?

21   A    (Through the Interpreter) I remember his name was on it,

22   but I can't remember if it was a bank letter or some other

23   document.  I only know that it has his name on it.

24   Q    So, are you sure that Mr. Jones lived at that house?

25   A    (Through the Interpreter) No, I've never said Mr. Jones

1    lived there.  No, all I know is that Guadalupe Barrone had

2    said that he had rented it so that I could go live there.

3    Q   He rented it so you could go live at the Bowie house?

4    A   (Through the Interpreter) Me or anybody else who was

5    going to be in charge of taking care of the money in that

6    house.

7    Q   Okay.  Did you put any furniture in this house?

8    A   (Through the Interpreter) Yes.

9    Q   What type of furniture did you put in this house?

10   A   (Through the Interpreter) Okay, I put in a dining room

11   that was made of metal with a glass top.  I had a rustic

12   bedroom.  And at that moment, I didn't set up a living room.

13   Q   But before you left, did you set up a living room?

14   A   (Through the Interpreter) No, I never set up a living

15   room.

16   Q   Okay.  So, did you have any food in the refrigerator?

17   A   (Through the Interpreter) Yes.

18   Q   So, how long did you stay at this house?

19           THE COURT:  Myrtle Avenue now?

20           MR. JONES:  Yes, the house we're talking about,

21   Myrtle Avenue.

22           THE WITNESS:  (Through the Interpreter) About three

23   weeks or a month.

24   BY MR. JONES:

25   Q   So did you get familiar with the neighbors?

1    A    (Through the Interpreter) No, I never spoke with any of

2    them.

3    Q    You never come outside?

4    A    (Through the Interpreter) Yeah, I mean, well, I didn't go

5    and speak to the other neighbors.  But the neighbor who was

6    in front, I would see him every day because he would go out

7    to smoke.

8    Q    So Mr. Zintura, did you see anybody else's mail in that

9    house besides Antoine Jones?

10   A    (Through the Interpreter) I don't remember.  Well, in

11   that house, it was snowing, and I have photos of my wife

12   because we made a snowman, and I have photos of my wife and

13   my daughter with the snowman.

14   Q    Did you produce those photos to the Government so they

15   could show the jury?

16   A    (Through the Interpreter) No, because my ex-wife has

17   them.

18   Q    Your ex-wife has them.  So, did anybody else stay there

19   while you and your wife was there?

20   A    (Through the Interpreter) No.

21   Q    So, while you was there this three weeks, you never seen

22   any mail with Maynard, the last name, on it?

23   A    (Through the Interpreter) That would say --

24            THE COURT:  The last name of Maynard?

25            THE WITNESS:  (Through the Interpreter) No.

1   BY MR. JONES:

2   Q    You didn't see a lease with Mr. Maynard's name on it?

3   A    (Through the Interpreter) Well, I think maybe yes,

4   because that's how I know his last name, Antoine Jones' name.

5   Q    So you telling the jury today that you seen Antoine Jones

6   Maynard --

7              THE COURT:   What?

8              MR. JONES:   He's telling the jury today that you've

9   seen Antoine Jones Maynard document in that house.

10             THE WITNESS:   (Through the Interpreter) Yes.  I

11  don't know those are letters or just magazines that companies

12  send in.

13             MR. JONES:   Okay.

14  BY MR. JONES:

15  Q    Was you promised anything for cooperating against Antoine

16  Jones?

17  A    (Through the Interpreter) No, nobody has promised me

18  anything.

19  Q    So you decided to just cooperate, you're just being a

20  good Samaritan?

21  A    (Through the Interpreter) No, I'm not being a good

22  Samaritan, I'm only just saying that I was working with

23  trafficking with Guadalupe Barrone and Maynard and all those

24  people.

25  Q    Did your son, Daniel Zintura, Jr., and your wife get

1    arrested in this case?

2    A    (Through the Interpreter) In the new case of 2012, yes.

3    Q    Is all the three of y'all facing a lot of time?

4    A    (Through the Interpreter) Yes.

5    Q    Mr. Zintura, how old are you?

6    A    (Through the Interpreter) Thirty-eight years old.

7    Q    Isn't it a fact that you don't want to die in prison?

8    A    (Through the Interpreter) No.

9    Q    Isn't it a fact that you don't want your son or wife to

10   die in prison?

11   A    (Through the Interpreter) No, neither.

12   Q    So you don't matter if anybody, one of y'all die in

13   prison?

14   A    (Through the Interpreter) Well, it's not that I don't

15   care, but it is that I have accepted that I was involved in

16   drug trafficking.  And every time one does something bad and

17   one accepts it.

18   Q    How long have you been selling drugs?

19   A    (Through the Interpreter) Well, I've been involved in

20   selling drugs since the first time I was arrested in 2009 in

21   Texas.  No, excuse me, 1999.

22   Q    1999.  How many times have you been arrested?

23   A    (Through the Interpreter) Three times with the one of

24   today.

25   Q    You've been arrested and convicted three times?

1    A    (Through the Interpreter) The second one I'm counting as

2    the one from 2007, when the FBI arrested me, but I did not

3    receive a sentence.  I was not condemned.

4    Q    So was you condemned twice?

5            THE COURT:  No, convicted is the word.

6            MR. JONES:  He said "condemned."

7            THE COURT:  Well, I don't know what he said.

8            But anyways, how many -- do you know how many times

9    you've been convicted?  Is it more than the case that you've

10   just pled to?

11           THE WITNESS:  (Through the Interpreter) Only 1999

12   when I went to the state prison for six months.  And this

13   time I'm here.

14   BY MR. JONES:

15   Q    So in 1999, was it for drugs?

16   A    (Through the Interpreter) Yes, for possession of

17   marijuana.

18   Q    Did you go to the FBI agent then and decide that you

19   wanted to say let me cooperate and be a good Samaritan?

20           MS. SOLTYS:  Objection.

21           THE COURT:  Basis?

22           MS. SOLTYS:  Well, first it's a compound question.

23   And he has denied that he is doing this because he's a good

24   Samaritan.

25           THE COURT:  Sustained.

1   BY MR. JONES:

2   Q    Did your lawyer explain to you about the sentence

3   guidelines?

4   A    (Through the Interpreter) Yes, my attorney did.

5   Q    Did your attorney tell you was facing a lot of time?

6   A    (Through the Interpreter) Yes.

7   Q    Did they tell you that the amount of drugs that you took

8   a cop to you was facing life?

9   A    (Through the Interpreter) Yes.

10           THE COURT:  I would like to instruct the jury, I

11  probably should have done it during the Government's case.

12  But you have heard evidence that Mr. Zintura has been

13  convicted of a crime.  And you should consider this

14  conviction or convictions only in evaluating the credibility

15  of this witness's testimony here in court.

16           Okay.

17           MR. JONES:  Your Honor, I'd like to show

18  Government's Exhibit Miscellaneous 8.

19           THE COURT:  Government exhibit what?

20  BY MR. JONES:

21  Q    Have you ever seen this document before?

22  A    (Through the Interpreter) Yes.

23  Q    Did your lawyer explain to you about this document?

24  A    (Through the Interpreter) Of course, he did.

25  Q    Okay.  Let's read from here to where it says 73 kilos.

1    Can you read that out loud?

2    A    (Through the Interpreter) Yeah, I can read it.

3    Q    Can you read it for the jury, please?

4    A    (Through the Interpreter) Yes.

5    (In English) "Your client agrees and" -- I don't know

6    this word, "at the time of plea of guilty of the criminal

7    charge state above the person for Count I your client

8    accountable for at least 22 kilograms of heroin and

9    approximately 73 kilograms of cocaine."

10   Q    So this right here --

11            THE COURT:  Let's get straight.  Count I is which,

12   the recent case or this matter?

13            MR. JONES:  This is -- Count I is his case.

14            THE COURT:  They're both his case.  Count I and

15   Count II.

16            MS. SOLTYS:  Count I is the case pending before

17   Judge Kollar-Kotelly.

18            THE COURT:  Well, so is Count II pending before

19   Judge Kollar-Kotelly.

20            MS. SOLTYS:  That's the original, that's his 2012

21   case.

22            THE COURT:  Okay.  Count II relates to this man.

23   Okay.

24   BY MR. JONES:

25   Q    So, the case that you just got arrested on in 2012, you

1    took a cop to 73 kilos of cocaine; is that correct?

2            THE COURT:  He agreed that he was accountable for

3    that quantity.  I don't think he copped a plea to that

4    quantity if you want to know.  He said he's accountable for

5    at least 22 kilograms.

6            MR. JONES:  It's 73, Your Honor.

7            THE COURT:  It is?

8            MS. SOLTYS:  It's 22 kilos of heroin and 73 of

9    cocaine.

10            THE COURT:  Seventy-three of cocaine, yes,

11    hydrochloride is powder.

12   BY MR. JONES:

13   Q   Let's go to Count II.  Do you see where it say Count II

14   at.  Can you read that, Count II?

15   A   (Through the Interpreter) No, I don't know where that is.

16            THE COURT:  Well, we can read it, it's right here.

17   BY MR. JONES:

18   Q   It says Count II.  "Your client is accountable for at

19   least five, not more than 15 kilograms of cocaine."

20            THE COURT:  Hydrochloride.

21   BY MR. JONES:

22   Q   You told the jury yesterday that it was hundreds of kilos

23   of cocaine in 2004 that Javier and his crew and Mr. Jones

24   sold?

25   A   (Through the Interpreter) Yes.

1    Q    Was you involved with those hundreds of kilos?

2    A    (Through the Interpreter) Yes.

3              MR. JONES:  So, I'd like to make this an exhibit.

4              THE COURT:  Show it to the Government.

5              MS. SOLTYS:  Okay.

6              THE DEPUTY CLERK:  This is Defendant's Exhibit 7.

7              THE COURT:  Do you have any objection?

8              MS. SOLTYS:  No.

9              THE COURT:  No?  Okay.  It's admitted.

10             (Defendant's Exhibit No. 7 was received

11        in evidence.)

12   BY MR. JONES:

13   Q    Now, right here, you say you take responsibility for 63

14   kilos of cocaine?

15             THE COURT:  How many?

16             MR. JONES:  Sixty-three kilos.

17             THE COURT:  Wait, it's off the screen.  I can't see

18   it.

19             Are you talking about Count I or Count II?

20             MR. JONES:  Count I, we're talking about Count I

21   right now.

22             THE COURT:  Count I.  Seventy-three, 73.

23   BY MR. JONES:

24   Q    Did your lawyer show you this right here?

25             THE COURT:  Have you ever seen this piece of paper

1    before?

2          THE WITNESS:   (Through the Interpreter) No.

3    BY MR. JONES:

4    Q   So, did your lawyer tell you that you could look at over

5    here and see 73 kilos so you could know where your guideline

6    is at?

7          THE COURT:  Doesn't it tell him in there, in that

8    letter?

9          MR. JONES:  In that letter?

10          THE COURT:  In the plea letter, it tells him what

11    his exposure is.  Go that paragraph.  It's in his plea

12    agreement.

13          MR. JONES:  What he's taking a cop to is not what

14    he's supposed -- the amount of time.

15          THE COURT:  You're going to lose the jury on this

16    one.

17          Ladies and gentlemen, we'll take break.  I've got to

18    see the plea agreement.  I don't know what you mean by:

19    "taking a cop to."

20          (Jury Out.)

21          THE COURT:  You know, we can spend forever on this.

22    His guideline range is --

23          Can you release the witness?

24          (Witness excused.)

25          THE COURT:  -- is set forth here, and whether you

1    call this life or not, I mean, it goes from anywhere from 292

2    up to 405.  That's the guideline range they gave him.  What's

3    the point that's being made here?

4              MR. JONES:  The point is, Your Honor, he testified

5    he about hundreds of kilos of cocaine.

6              THE COURT:  Yes.

7              MR. JONES:  If he testified about hundreds of kilos

8    of cocaine, the Government did not make him responsible for

9    150 kilos.

10             THE COURT:  No, they did not.

11             MR. JONES:  The 150 kilos is at 38.  So he should be

12   at 38.  So he's getting a benefit off the top.

13             THE COURT:  Right.

14             MR. JONES:  And then he is a supervisor or a leader

15   or some type of management role, that's another four points.

16   So I want the jury to understand that he's getting benefit

17   off the top before he's even dealing with the 5K1.  So I'm

18   explaining to him that you saying 73 kilos, but actually it

19   should be 150 kilos.

20             THE COURT:  Well, okay.

21             MS. SOLTYS:  May I say something?

22             THE COURT:  Yes.

23             MS. SOLTYS:  Which is that Mr. Zintura is maxed out

24   in this plea agreement because what Mr. Jones does not

25   understand is that you take -- you don't look at the cocaine

1    separately from the heroin.  You have to, actually have to do

2    a conversion of the kilos of cocaine and the -- into

3    marijuana and the kilos of heroin into marijuana and so the

4    terms of the plea agreement discusses the fact that his plea

5    agreement, he actually exceeds the threshold for level 38.

6    So he is maxed out under the terms of this plea agreement.

7            THE COURT:  Okay.  Well, unless -- then this is a

8    useless exercise if that's accurate.

9            MR. JONES:  Then we would stipulate then.

10           THE COURT:  Okay.  He's maxed out.  He is facing,

11   what he faced under the plea agreement, depending on his

12   criminal history, which they didn't figure out, is set forth

13   in the paragraph that says, "Based upon the calculations."

14   And that that would be -- that he's maxed out.  That was the

15   most they could charge him.  And so, we'll stipulate because

16   otherwise we're wasting time.

17           Thank you.  Ten-minute break.

18           How much longer?  We've got to take this other

19   witness.

20           MR. JONES:  I think you need to take the other

21   witness, Your Honor.

22           THE COURT:  All right, we'll take the other witness.

23           You know, we've got all these interpreter here,

24   we've got extra marshals here.  How much longer can we be?

25           MR. JONES:  What, for this witness or the next one?

1           THE COURT:  Yes, no, this witness.

2           MR. JONES:  I can't say, Your Honor.

3           THE COURT:  Well, we're going to have to -- you're

4    going to have to hold your interpreters --

5           MR. JONES:  We'll finish before the day.

6           THE COURT:  What?

7           MR. JONES:  We'll finish before the day.

8           THE COURT:  Yeah, but we've got a guy we have to get

9    in here before the day, Miller.  So we better take him next,

10   Government.  We'll go a little late to try to finish this

11   witness today.

12          MR. JONES:  Fine, Your Honor.

13          THE COURT:  Do your best.  The jury is counting on

14   you.

15          Okay, ten minutes, less than ten, Gwen, 3:30.

16          (A brief recess was taken.)

17          (Jury Present.)

18          MS. SOLTYS:  Your Honor, did you want to explain to

19   the jury that we're taking a witness out of order?

20          THE COURT:  Sure.

21          Ladies and gentlemen, in order to accommodate this

22   gentleman's schedule, we're interrupting the

23   cross-examination of Mr. Zintura.  He will return, and this

24   witness is going back to North Carolina.  So please, just

25   bear with us.  We had to switch the order of the witness.

1          Okay.

2          MS. SOLTYS:  Your Honor, the Government moves into

3    evidence three items, there is no objection.  They are DMV 2,

4    DMV 5 and from Levels --

5          THE COURT:  Does somebody have their cell phone on?

6    Turn them off, please.

7          MS. SOLTYS:  -- 14.

8          THE COURT:  DMV --

9          MS. SOLTYS:  Levels 14.

10         (Government's Exhibit Nos. DMV 2, DMV 5

11      and Levels 14 were received in evidence.)

12         **ELTON B. MILLER, GOVERNMENT WITNESS, SWORN**

13                    **DIRECT EXAMINATION**

14   BY MS. SOLTYS:

15   Q    Good afternoon, Trooper.

16   A    Good afternoon.

17   Q    Would you please state your name for the record, would

18   you spell your last name for the benefit of the Court

19   Reporter, would you introduce yourself to the members of the

20   jury by telling them how you're employed and in what

21   capacity?

22   A    Yes, Ma'am.  It's Elton Ben Miller, last name

23   M-I-L-L-E-R.  And I'm a trooper with the North Carolina State

24   Highway Patrol.

25   Q    And, Trooper, I'd like to ask you how long have you been

1    with the North Carolina State Highway Patrol?

2    A    Thirteen and a half years.

3    Q    If you'd just very briefly tell us what are your duties?

4    A    Our main duties in North Carolina, since we're highway

5    patrol, is traffic enforcement, speeding tickets, looking for

6    any type of violations of North Carolina motor vehicle law

7    and investigating collisions.

8    Q    And have you had the occasion to issue many, many

9    speeding tickets in your career?

10   A    Yes, ma'am, I average about 2,000 a year.

11   Q    So, is it obvious, then, that you're not going to

12   remember every single speeding ticket that you've ever issued

13   in your life?

14   A    That's correct.

15   Q    In anticipation of your testimony here today, did you

16   review certain items?

17   A    Yes, ma'am.

18   Q    And specifically I'd like to ask if you reviewed a North

19   Carolina citation?

20   A    Yes, Ma'am.

21        MS. SOLTYS:  Your Honor, the Government would put on

22   the screen, this is an item that's called Levels SW-14.

23        THE COURT:  It's in evidence.

24   BY MS. SOLTYS:

25   Q    Would you tell us what this is?

1    A    It would be a handwritten that appears to be the court

2    copy of the North Carolina uniform citation.

3    Q    And do you recognize any handwriting on this particular

4    citation?

5    A    Yes, ma'am, that's my handwriting.

6    Q    All right.  So, could you explain what does this citation

7    reflect?

8    A    It was a speeding citation, originally for 77 mile an

9    hour in a 60 mile an hour zone on Sunday, March the 13th,

10   2005 at 8:15 A.M.  And that occurred on I-85 south at

11   Statesville Road in the city limites of Charlotte in

12   Mecklenburg County, which is in North Carolina.

13   Q    Okay.  And who did you issue the ticket to?

14   A    It was issued to a Lawrence Maynard.

15   Q    And did you place that person's address on the citation?

16   A    Yes, ma'am.  The address that I got off his driver's

17   license was 7711 Greenleaf Road in Hyattsville, Maryland.

18   Q    This is Government's Exhibit DMV, I put that on the

19   screen in front of you.  Do you recognize this to be a --

20   from the Maryland Motor Vehicle Administration, license

21   information, driver's license information for a Lawrence

22   Maynard at the same address that you just noted for us; is

23   that correct?

24   A    Yes, ma'am.

25   Q    And then I'd like to ask you about the vehicle that

1  Mr. Maynard was driving when he was ticketed by you on that

2  particular date.  Is that information reflected on this

3  citation?

4  A    It is.  It's been written over a little bit by one of our

5  district attorneys took care of the charge.  But it was a

6  Honda Odyssey, I believe it's a '97 minivan.  And it had a

7  Maryland registration number of 273 M, as in Mary, 195.

8  Q    That's the actual tag number; is that correct?

9  A    Yes, ma'am.

10  Q    And then let me show you, this has been marked and

11  admitted as Government's Exhibit Number DMV Number 2.  Do you

12  see this tag number right here, 273 M 195?

13  A    Yes, ma'am.

14  Q    And how does that compare to the ticket, the license tag

15  for the vehicle that you gave the speeding ticket to?

16  A    It's the same one.

17  Q    So from this document you're able to determine that this

18  particular vehicle, this Honda Odyssey, was registered to

19  Antoine Jones at 12221 Brandywine in Brandywine, Prince

20  George's County; is that correct?

21  A    Yes, ma'am.

22  Q    Do you recall whether or not there was a passenger in the

23  Honda?

24  A    I do recall there was one black male passenger in the

25  Honda, but I did not interact with that subject, though.

1    Q   And if you could just explain to the ladies and gentlemen

2    of the jury where the person, Mr. Maynard, received this

3    speeding ticket, which direction was he heading on and what

4    was the highway?

5    A   It was southbound on Interstate 85, which runs out of

6    Virginia into North Carolina, north of Raleigh, and continues

7    south through Charlotte into South Carolina.  It's a main

8    thoroughfare to Atlanta, Georgia.

9         MS. SOLTYS:  Thank you very much, Trooper.  I have

10   no further questions.  And I appreciate you being here today.

11        THE WITNESS:  Yes, ma'am.

12                        **CROSS-EXAMINATION**

13   BY MR. JONES:

14   Q   How are you doing, Mr. Miller?

15   A   Good, sir, how are you?

16   Q   You said you had tooken [sic] many speeding tickets?

17   A   Yes, sir.

18   Q   This day that you stopped this vehicle, you said he was

19   speeding or was it going through a work station?

20   A   I clocked him speeding 77 mile an hour in a 60 mile an

21   hour speed zone.

22   Q   So, is this a warning ticket or a regular ticket?

23   A   That's a regular speeding citation.  It's a North

24   Carolina uniform citation.

25   Q   What is the procedure when somebody's speeding and you

1    stop them?

2    A    I get behind the vehicle that I clocked, activate my blue

3    lights, my siren, and pull the vehicle to, most of the time

4    the right shoulder of the roadway.  I would approach the

5    vehicle, interact with the driver in conversation.  My normal

6    thing, depending on what time of the day it was, I'll

7    introduce myself and say good morning or good afternoon or

8    good evening.  Ask for their driver's license, registration,

9    and usually ask where they're going.

10   Q    And if the person gives you all that which you ask for

11   them, what do you do next?

12   A    I would walk back to my car, run their driver's license

13   either on my computer or through my communication center, and

14   then I would issue a citation for the charge that I have for

15   that person.

16   Q    So in this case, did the person who was driving this car

17   give you everything you asked for?

18   A    Yes, sir, to the best of my recollection, I got his

19   driver's license, and I would assume the registration card,

20   and that's why I issued that citation to Mr. Maynard for

21   speeding.

22          MR. JONES:  Thank you very much.

23          THE WITNESS:  Yes, sir.

24          MS. SOLTYS:  Thank you, I have no further questions,

25   Your Honor.

```
1            THE COURT:  Good, you're excused.

2            THE WITNESS:  Yes, ma'am, thank you.

3            THE COURT:  On your way back to North Carolina.

4            THE WITNESS:  Thank you.

5            THE COURT:  Have a good day.

6            THE WITNESS:  Thank you.

7            (Witness excused).

8            THE COURT:  Do you want to call the other witness

9   out of order or do you want to resume?

10           MS. SOLTYS:  We're going to call the other officer

11  out of order as well, and he's on his way.

12           THE COURT:  Okay.

13           More exhibits?

14           MS. SOLTYS:  Yes.

15           (Pause.)

16           MS. SOLTYS:  Your Honor, the Government will move

17  into evidence the following items:  NC 1, NC 2, NC 3, NC 4,

18  NC 5, and NC 6.

19           THE COURT:  Any objection to them?  Any objections?

20           MR. JONES:  Yes, Your Honor.

21           MS. SOLTYS:  This is --

22           THE COURT:  Subject to a ruling I made before, you

23  mean?

24           MS. SOLTYS:  Yes.

25           THE COURT:  Okay.  Your objection is preserved.
```

1       Good afternoon.

2               **FREDERICK WHITEHEAD, GOVERNMENT WITNESS, SWORN**

3                       **DIRECT EXAMINATION**

4   BY MS. SOLTYS:

5   Q    Good afternoon, sir.

6   A    How you doing?

7   Q    Would you state for the record, would you spell your last

8   name for the benefit of the Court Reporter, would you

9   introduce yourself to the members of jury by telling them how

10  you're employed and in what capacity?

11  A    Frederick Whitehead, W-H-I-T-E-H-E-A-D.  I'm currently an

12  investigator with the Department of Veteran Affairs.

13  Q    And I'd like to specifically ask you a question, who you

14  were working for on April the 5th, 2005?

15  A    Durham Police Department.

16  Q    I'd like for you, if you would take a step back, then,

17  and just tell the ladies and gentlemen of the jury your

18  employment history, the various organizations that you've

19  worked for?

20  A    I'm a seven-year military veteran, United States Army.  I

21  was employed 12 years with the Durham Police Department.  My

22  last assignment being the Highway Interdiction Unit.  And I'm

23  currently --

24               THE COURT:  I didn't hear the last assignment.

25               THE WITNESS:  That was the middle assignment, I was

1    a police officer employed with the Durham Police Department.

2            THE COURT:  Durham, yeah, what happened?

3            THE WITNESS:  And now I'm currently an investigator,

4    a criminal investigator with the Department of Veteran

5    Affairs.

6    BY MS. SOLTYS:

7    Q   And when you were assigned to the Durham Police

8    Department, were you part of a particular unit?

9    A   Yes, I was.

10   Q   What was that unit?

11   A   The Highway Interdiction Unit.

12   Q   And would you explain, what does that mean, the Highway

13   Interdiction Unit?

14   A   Pretty much the Highway Interdiction Unit is a unit

15   comprised of officers who specialize in the introduction of

16   money, drugs, weapons, up and down the highways from city to

17   city.

18   Q   So what sort of specialized training did you have to

19   become a member of the Highway Interdiction Unit?

20   A   Pretty much all the schools that were available that was

21   involved in highway interdiction, Pipeline, RCA., Desert

22   Snow, Advance and Basic Highway Interdiction.  Also the DEA

23   in highway interdiction school.

24   Q   So I'd like to direct your attention to April the 5th,

25   2005, ask if at 2:30 in the afternoon you were working and

1    employed as a member of the Durham Police Department, working

2    in uniform and marked police cruiser?

3    A    I was in uniform on that day.  My particular vehicle, my

4    personal vehicle was an unmarked white police vehicle, but I

5    did have the hidden interior lights.

6    Q    And did there come a time in that afternoon that you were

7    working on Highway 85 somewhere in North Carolina?

8    A    I was.

9    Q    Can you tell us where on Highway 85, Interstate 85?

10   A    Yes, it was on Interstate 85.  During that particular

11   point in time we had construction that was going on in the

12   area.  So my partner and I were sitting, monitoring the

13   traffic flowing southbound.

14   Q    And this would be southbound around what city or what

15   location?

16   A    Southbound in Durham, North Carolina, city limits of

17   Durham.

18   Q    Did there come a point in time around 2:30 in the

19   afternoon that you saw a particular -- a vehicle that was

20   doing something wrong and it caused you to take some action?

21   A    I did.  My partner and I were monitoring the traffic.

22   And I noticed the vehicle traveling at a high rate of speed.

23   I made a visual estimation of about 67 in a 55 mile an hour

24   work zone.  And then I corroborated it with my -- a radar,

25   certified also.

1      So, with our radar instruct, I corroborated the speed of

2   the vehicle, which was about 68.  And I turned out behind the

3   vehicle and initiated a traffic stop.

4   Q    What type of a vehicle was it?

5   A    It was a green Honda Odyssey minivan.

6   Q    And in preparation for your testimony here today, did you

7   have an opportunity to review various reports that you

8   prepared as well as any photos from that particular traffic

9   stop?

10  A    I did.

11  Q    So, I'd like to ask you, do you recall or can you tell

12  the ladies and gentlemen of the jury what the tag number was

13  for the Honda Odyssey that you stopped?

14  A    I don't have it committed to memory.  I could look in my

15  notes.

16  Q    If you look at your notes, would that refresh your

17  recollection as to what the tag was for that particular

18  vehicle?

19  A    It will.  It was a Maryland tag 273, M, as in Mary, 195.

20  Q    This has already been admitted.  This is Government's

21  Exhibit Number DMV Number 2.  Do you see here where it says

22  273 M 195?

23  A    Yes.

24  Q    So, do you see that the vehicle in question is at the

25  time registered to a person by the name of Antoine Jones?

1    A    It is.

2    Q    Tell us what happened when you came to stop that vehicle?

3    A    Initiated my traffic stop about South Rocksborough

4    Street, which is one of the roads that intersects with

5    Interstate 85.  I got out, approached the vehicle on the

6    passenger side due to the heavy traffic and the volume of

7    cars travel up and down Interstate 85.  Got to the passenger

8    side window.  I noticed there was a passenger there.  He

9    appeared to be sleeping.

10       I then spoke to the driver of the vehicle.  And asked him

11   for his license and registration, once I identified myself to

12   him.

13   Q    And did the driver of that vehicle provide you with his

14   driver's license.

15   A    He did.

16   Q    Do you know the name of the individual who was driving

17   the vehicle?

18   A    Yes, it was a Lawrence Maynard.

19   Q    This is Government's Exhibit Number 6.  Do you recognize

20   this photocopy of a, what appears to be a Maryland driver's

21   license?

22   A    Yes, I do.

23   Q    Where did this particular photo xerox come from?

24   A    I made it myself at our police headquarters in Durham.

25   Q    Okay.  And so, is this the person who was driving this

1    Honda Odyssey?

2    A    Yes, it was.

3    Q    And did there come a point in time in which you learned

4    the name of the passenger?

5    A    I did.

6    Q    What was the name of the passenger?

7    A    His name was Derrick Gordon.

8    Q    Did you ask Mr. Maynard, the driver of the vehicle, any

9    questions, did you ask him to do anything?

10   A    I did.  Once he -- I got him back to the back of the

11   vehicle, I just asked him to step out of the vehicle and step

12   to the rear of his vehicle in between my vehicle and his

13   vehicle.  And I pretty much just asked him some general

14   questions, where was he headed, was he aware that he was in a

15   work zone, what was his rush.  And he pretty much answered

16   all of my questions.

17        I just asked him about his passenger in the vehicle also,

18   asked him some information about him, which he provided me

19   somewhat enough information.

20   Q    And then what did you do next?

21   A    I then went up and spoke with the passenger who now

22   appeared to be awake.  However, he was still laying back in

23   the passenger side seat.

24   Q    And do you recall the type of questions that you asked

25   the passenger?

1   A   I did.  I initially asked him for his -- any

2   identification.  At first he was kind of hesitant.  He asked

3   me why did he need to provide me with any type of

4   identification, he wasn't driving.  And I just advised him

5   that, you know, based on North Carolina law, that if he's a

6   passenger in the vehicle I have stopped, I have the right to

7   ask him for his identification to find out who he was.  And

8   at that time he presented me his ID.

9   Q   Did you ask him other questions about what his

10  destination was?

11  A   I did.

12  Q   Were those the same questions that you had asked the

13  driver, Lawrence Maynard?

14  A   For the most part, yes.

15  Q   How did the answers that you got from the passenger

16  compare to the answers that you got from Mr. Maynard, the

17  driver?

18  A   When I spoke to the passenger, he told me that they were

19  headed to Atlanta, Georgia to visit some girls that they had

20  met on a previous trip.  When I asked Mr. Maynard the same

21  questions at the rear of the vehicle, he told me that he was

22  on his way to South Carolina to pick up a DJ to take him back

23  to his nightclub in Washington, D.C. for a party.

24  Q   Did the fact that you got inconsistent answers from the

25  two individuals raise any concerns in your mind?

```
 1    A    It did, along with the fact that I did ask Mr. Maynard

 2    what was the passenger's last name and he couldn't provide me

 3    the last name.  I asked the same passenger the same question,

 4    and he couldn't either.

 5    Q    So then what happened?

 6              THE COURT:  The passenger could not provide his last

 7    name or Maynard's last name?

 8              THE WITNESS:  Maynard's last name.

 9              THE COURT:  Okay.

10    BY MS. SOLTYS:

11    Q    So then what happened?

12    A    At that point I just asked Mr. Maynard if he would just

13    remain at the rear of the vehicle.  Asked Mr. Gordon if he

14    would just stay seated in the passenger seat.  And I went

15    back to my vehicle and started to run their information

16    through the national computers.

17              THE COURT:  What's the other person's name?

18              THE WITNESS:  Derrick Gordon.

19    BY MS. SOLTYS:

20    Q    And did any red flags, were any red flags raised when you

21    ran both Lawrence Maynard's information and Derrick Gordon's

22    information?

23    A    While I was running the information, no, but based on the

24    responses that I got from them, there were some red flags.

25    Q    So then what happened?
```

1   A   While I was in my vehicle, I've worked with a partner or

2   several partners, and it just happened one of my partners

3   happened to drive up beside me, pulled his vehicle right my

4   vehicles, and I pretty much explained to him what I had.  I

5   told him that I was probably going to have the K-9 officer

6   respond out with his dog and do a free air search of the

7   vehicle while it was stationed there on the highway.

8   Q   Did there come a point in time in which you had a

9   conversation with Mr. Maynard?

10  A   It was.  Once I ran his license, everything checked back.

11  He didn't have any warrants or he wasn't wanted.  I decided I

12  was going to write him a warning ticket.  At that point I

13  wrote him a warning ticket.  I went back to where he was at,

14  standing at the rear of his vehicle, presented him with the

15  warning ticket.  And at that time I told him he was free to

16  leave.

17  Q   And then did you ask him any further questions?

18  A   I did.  Part of the Highway Interdiction Unit is I have

19  a, I guess a systemic way of dealing with patrons as they

20  travel up and down the highway.  I allowed him to get back to

21  his vehicle, and as he was approaching his vehicle, opening

22  up the driver's side door, I just yelled from the rear of the

23  vehicle if you mind if I asked him some additional questions.

24  And at that point he closed the door back and he said, sure,

25  and he walked back to where I was standing at the rear of the

1   vehicle.

2   Q    What did you ask him?

3   A    At that time I asked him was he transporting any large

4   sums of U.S. currency, any explosives, any illegal weapons or

5   anything.

6   Q    What was his response, how did he -- what was his

7   demeanor like, what was his response?

8   A    When I initially asked him, it was almost like he paused,

9   holding his breath.  And it was probably about a five or ten

10  second lapse with him before he provided me a response.

11  Q    What was his response?

12  A    He responded back, no, but he has a cooler that was in

13  the rear of the hatchback area of the vehicle.  And that he

14  forgot to put ice in it.

15  Q    And then what happened?

16  A    I thought that was very strange.  He started to make a

17  move to open up the rear hatchback.  And I just kind of

18  veered in the back, and I didn't see a cooler back there.  So

19  at that point, I asked him would he consent to have me search

20  his vehicle, and he said yes, that I could search the

21  vehicle.

22  Q    So then what happened?

23  A    I just told him I was going to perform a courtesy search,

24  pat-down of his outer clothing just to make sure he didn't

25  have any weapons on him.

1     I went to the passenger side of the vehicle, informed

2   Mr. Gordon that Mr. Maynard had given me permission to search

3   the vehicle.  I patted him down the same way, just his

4   waistband area to make sure he didn't have any weapons.

5     And I had Mr. Maynard have a seat in the front seat of my

6   vehicle, which was directly behind him.  And Mr. Gordon had a

7   seat in my partner's vehicle.

8   Q   And did Mr. Maynard have anything on his person that you

9   learned of?

10  A   He did, he had a large amount of U.S. currency in both

11  front pockets.

12  Q   And what about Mr. Gordon?

13  A   Same thing for Mr. Gordon.  There was a large amount of

14  U.S. currency in both of his front pockets.

15  Q   So then what happened?

16  A   At that time, the K-9 officer arrived, and he conducted a

17  free air search of the vehicle while it remained sitting

18  there on the highway.

19  Q   Okay.

20  A   The dog indicated on the right rear bumper of the vehicle

21  to the presence of an illegal substance, possibly drugs, or

22  it could be money that was close to drugs.  And at that time,

23  I went back to Mr. Maynard and indicated or just asked him if

24  he had anything in the vehicle that we needed to know about,

25  and he said no.

1    Q   So tell us now, did you perform a visual and a -- any

2    sort of search of the interior of the vehicle?

3    A   I did.  Like I said, I've been through vast training.

4    And I guess one of the new things I was doing was kind of

5    placing myself in the vehicle just to kind of get a panoramic

6    view of the vehicle to pick up my abnormalities.  So I

7    climbed in the vehicle and had a seat in the very back.

8        It was, I guess a three-seated vehicle.  So I climbed in

9    the back and just had a seat.  And it appeared that the rear

10   seat was higher, much higher than it would be in a normal

11   vehicle.  So that was a concern of mine.

12       So I went back to Mr. Maynard and asked him had any

13   modifications or anything been done to the vehicle.  And he

14   replied not to his knowledge.  So at that time I went back to

15   the vehicle, and I started to look around at the vehicle.

16   Q   What did you see?

17   A   When I came back to the vehicle, I kind of got down on my

18   hands and knees and I looked at the rear of the vehicle, and

19   it appeared to be two gas tanks on the vehicle.  And I know

20   that was not anything that a dealer or manufacturer does to a

21   vehicle is have two gas tanks.

22   Q   How do you know that?

23   A   Just through my training and my personal knowledge of

24   being a vehicle owner.

25   Q   So, then what?

1  A   At that time, I lifted up the hatchback area.  And I

2  started to pull up the carpet that's in the rear area of the

3  vehicle, and I noticed that it was glued down.  And as a drug

4  interdiction officer, that's one of the things that they

5  teach us, that's a sign that's possibly a compartment or

6  something possibly in the vehicle.

7  Q   Why, what's wrong with glue?  Doesn't it come like that?

8  A   No, it doesn't, it doesn't come like that.

9  Q   How do you know that?

10 A   Citizens wouldn't have a reason to glue the rear area.  I

11 mean, most vehicles, there are compartments there for tires,

12 tools that they may have, jumper cables and stuff like that.

13 So that was unusual.

14 Q   So then what happened?

15 A   I got back underneath the vehicle further.  And I noticed

16 that it was actually two compartments, where it looked like

17 two gas tanks.  And I could see a riveting where it looked

18 like there had been some construction, some additional

19 construction on the vehicle that was considered after market

20 or non-manufactured.

21 Q   What does that mean, after market installation?

22 A   That means once the vehicle leaves the dealer or the

23 manufacturer, some work, some additional work, in this

24 particular case, a compartment, a hidden compartment was

25 added to the vehicle.

1    Q    So, then what happened?

2    A    I started to fiddle around a little bit.  The K-9 officer

3    started to tug away at the carpet a little bit.  And we

4    slowly was able to pull the carpet back and after we took out

5    the third row seating, we could see that there was a

6    compartment that was in the floor under that third seat area.

7    Q    What do you mean a compartment?

8    A    Just A hidden compartment, a compartment where somebody

9    would use to hide or store things that they didn't want

10   anybody to find.

11   Q    Did you ever see one of these hidden compartments in any

12   other type of Honda Odyssey that came from the factory?

13   A    Well, through training, I have, but to my personal

14   knowledge, I've never known anybody just to put a compartment

15   in the vehicle, you know, just because.

16   Q    So did you look in this hidden compartment?

17   A    I did.  We could tell that there were some wires and

18   stuff that ran to the compartment which would indicate that

19   it was probably electrified, meaning there was probably a

20   process.  But since we were on the highway, we were first

21   trying to determine what was actually in the compartment.

22        So once we got to a point where we could actually open up

23   the compartment long enough to put a flashlight in, we were

24   able to see that there were bags.  And it appeared that the

25   bags contained U.S. currency, money, with rubber bands around

1    it.

2    Q    So then what happened?

3    A    At that point, just to make sure it was just money in the

4    compartment, we went ahead and we were able to open up the

5    compartment a little bit further on the highway.  And once we

6    were able to determine that the compartment just contained

7    money, we stopped at that point.

8    Q    All right.  Did there come a point time in which you

9    actually continued further and seized the money that was

10   inside of the vehicle?

11   A    We did.  We were able to retrieve the money from the

12   compartment.  We took it and placed it on the hood of the car

13   in front of Mr. Maynard so that -- so it just could be seen

14   so there wouldn't be any issues about anything with the

15   money.

16        And we asked him about the money.  And he replied that

17   that was not his vehicle, it was his boss's vehicle.  And it

18   was pretty much a company vehicle.  And the money, he had no

19   knowledge of the money, no prior knowledge of the money.

20   Q    Was the money ultimately seized by you?

21   A    We did.  We told him that based on the threshold rule,

22   which was essentially $10,000, that we were going to seize

23   the money.  And we offered to take him with us back to police

24   headquarters so that we could count the money in front of him

25   and give him a receipt for the money even though he denied

1    any knowledge of the money.

2    Q    And did that happen?

3    A    That did.

4    Q    How much money did you locate in this hidden compartment

5    inside Mr. Jones' Honda Odyssey?

6    A    I think in the compartment in the bags at this particular

7    time there was roughly $67 115.

8    Q    Did you ultimately, did you also seize for forfeiture

9    purposes the money?

10   A    That money we did.  Now, the money that Maynard and

11   Gordon had on their persons, which was probably about, I'd be

12   afraid to say, you know, close to maybe ten, $15,000, we did

13   not keep that money.  They kept that money on them.

14   Q    And did you also seize for forfeiture purposes Mr. Jones'

15   Honda Odyssey?

16   A    We did, due to the fact that it had the after market

17   compartment on the inside of it.

18   Q    And was Mr. Maynard given any instruction as to what, if

19   anything, he could do to retrieve the vehicle and the money?

20   A    We did.  They were actually given a card for the asset

21   forfeiture, the gentleman who handled it for that area.  And

22   he would be the person that they would need to contact as far

23   as any claiming of the money or the vehicle.

24   Q    Did you take photographs of Mr. Jones' Honda Odyssey?

25   A    We did.

1    Q    This is Government's Exhibit Number 1.  This is called NC

2    Stop Number 1.  Can you tell us what we're looking at?

3    A    We're actually looking at the undercarriage of the

4    vehicle, and you're looking at the actual gas tank, and then

5    you're looking at the hidden compartment contained within the

6    vehicle.

7    Q    And could you show us, if you could actually touch the

8    screen and then tell us what we're looking at.  Go ahead and

9    touch it and a little spot will appear.

10   A    (Witness complies.)

11   Q    And what is that?

12   A    This is actually the compartment area.  And this is where

13   the currency was found.  This is the after market compartment

14   that was put inside the vehicle.

15   Q    So this whole thing, that's the hidden compartment?

16   A    Yes.

17   Q    And what about the legitimate gas tank, is that visible?

18   A    Yes, that's the tape that you -- the first area that you

19   get to, which is here.

20   Q    That's that area?

21   A    Yes.

22   Q    Another photograph, this is NC Stop 2.  Would you tell

23   what this is a photograph of, please?

24   A    That's another, I guess more clearer photo that was taken

25   from underneath the vehicle, and that's pretty much comprised

1    of the compartment.  And this was the riveting and the, I

2    guess obscurities that I saw that was underneath the vehicle

3    that led me to believe that there was something, possibly a

4    compartment that had been added to the vehicle.

5    Q    And this is -- all of the money was found in here?

6    A    Yes.

7    Q    This is Government's Exhibit Number 3, NC Stop 3.  Would

8    you tell us what we're looking at in this photograph, please?

9    A    Yes.  That's actually the electronic door.  It was

10   determined later that through a series of events, that

11   compartment, it's through the battery of the vehicle, it's an

12   electrocuted compartment, but that's what we were able to

13   pull back with the carpet and locate the door entrance to the

14   hidden compartment.

15   Q    They look like Target bags; is that correct?

16   A    Yes, which contained the U.S. currency.

17   Q    I'm sorry?

18   A    That contained the money.

19   Q    Government's Exhibit Number 4.  What is this a photograph

20   of?

21   A    That's just the compartment, and we've kind of pulled

22   back further on the door to get it open so you can get kind

23   of an idea.  And that's the money and how it was packaged.

24   Q    And then lastly, Government's Exhibit Number NC 5.  What

25   is this a photograph of?

1    A    That was the money that was taken out of the hidden

2    compartment at our police headquarters on our evidence table.

3    Q    And the Target bags?

4    A    The Target bags are the bags which contained the money.

5    Q    Now, you said -- did there come a point time in which you

6    actually looked closely at the vehicle to try and figure out

7    how to open this hidden compartment besides using manual

8    force before trying to pry it open?

9    A    Right.  The following day, pretty much spent my entire

10   day looking at the compartment, just with the hinges and the

11   wires that were running from the compartment led me to

12   believe that it was a -- pretty much what we call electrified

13   compartment, and there was a series of events where there was

14   something on the vehicle, possibly a toggle switch or

15   something that was activated which would open up and close

16   the compartment that we found.

17   Q    So did you figure out how to actually open the hidden

18   compartment?

19   A    I did, after messing around with it for just about half

20   of the day, it was determined that it was a series of events

21   that had to take place in order for the compartment to be

22   opened.

23   Q    Can you tell us what those series of events were to open

24   the hidden compartment?

25   A    Yes.  I determined that it was a preset station for the

1    radio.  The rear defrost, the driver's side mirror indicator

2    that switches back and forth from your left side to the right

3    side had to be indicated to the left side or the light had to

4    be on.  And then there was a magnet that I located in the

5    vehicle.  And you took that magnet and you just rubbed it

6    across the dashboard and it would open the compartment and

7    close it.

8    Q    Presto, just like that.

9    A    Yes.

10   Q    So it was preset, turn on the radio to a preset station.

11   Turn on the left defrost, turn on -- engage the left side

12   mirror, and run a magnet across the dash?

13   A    Yes, yes.

14   Q    And the hidden compartment opened?

15   A    Yes.

16            MS. SOLTYS:  Thank you very much, Mr. Whitehead.

17            THE COURT:  Okay, Mr. Jones.

18                          **CROSS-EXAMINATION**

19   BY MR. JONES:

20   Q    How are you doing, sir?

21   A    Good.  How are you doing?

22   Q    You said that you stopped Mr. Maynard for speeding?

23   A    Yes.

24   Q    And you gave him a citation?

25   A    Gave him a warning ticket.

1   Q   A warning ticket.  So that wasn't a regular ticket that

2 he had to pay for?

3   A   No.

4   Q   So, when you stopped him for speeding, did he pull over

5 or try to get away?

6   A   He pulled over.

7   Q   Did he abide by all the rules in terms of giving

8 registration and giving his license?

9   A   He did.

10   Q   So after he did all that, why didn't you allow him to go?

11   A   I did allow him to go.

12   Q   You did?

13   A   Yes, I did.

14   Q   So how long was it before you allowed him to go?

15   A   Once I ran all his information, made sure his license was

16 valid, the vehicle that he was driving was valid, long enough

17 for all that information to come back, I would say probably,

18 the initial part of that, prior to me giving him his warning

19 ticket and his license back and allowing him to go, maybe it

20 was ten minutes at most.

21   Q   This was the year 2005?

22   A   Yes.

23   Q   How long was you an officer in 2005?

24   A   From the Durham Police Department, I had been there 12

25 years.

```
 1    Q    In 12 years, can you estimate how many speeding tickets

 2    or violations of speeding you stopped?

 3    A    Several, I would say hundreds.

 4    Q    So, out of those hundreds, did you ask them to consent to

 5    search?

 6    A    Well, there were cases where I had to ask for a consent.

 7    And there were cases where I didn't have to have consent.

 8    Q    Did you, after reading Mr. Maynard's license,

 9    approximately knew how old he was?

10    A    Based on his license, there was a date of birth on there,

11    so yes.

12    Q    Before you asked Mr. Maynard and Mr. Gordon any

13    questions, did you have any suspicions to not let him go?

14    A    I'm not understanding what you're saying.

15    Q    After he gave you his license and showed the

16    registration, and you see this was an older man at the time,

17    what made you give -- what suspicions did you have of

18    Mr. Maynard?

19    A    Well, as highway interdiction officer, there were a lot

20    of suspicions once I stopped Mr. Maynard, and I had him in

21    the back of the vehicle, and I asked him a particular set of

22    questions.  And the same thing when I went back up and talked

23    to Mr. Gordon, who was sitting in the passenger side seat.

24    Q    The question is, before you even asked him any question

25    about whether Gordon or you asked Mr. Gordon any questions
```

1    about Mr. Maynard, what gave you suspicions to even stop him

2    to ask these questions?

3    A    Well, the fact that you have two people that are

4    traveling from Washington, D.C. or the Maryland area, the

5    driver doesn't know the passenger's name, or last name.  That

6    to me is suspicious.  If I'm going to get in the vehicle and

7    ride with somebody 4 or 500 miles, I'm going to pretty much

8    be able to know just about everything about him.

9    Q    The question that I'm asking is, before you asked him any

10   questions about Mr. Gordon, and before you asked any

11   questions to Mr. Gordon about Mr. Maynard, what gave you

12   suspicions about Mr. Maynard?

13       What was the suspicions that you had to say, hey, let me

14   stop you and ask you some questions about this gentleman

15   right here who's not driving?

16   A    I mean, there was -- that's what I do as a police

17   officer.  That's what any police officer does.  So it's not

18   the fact of anything being suspicious.  That's a police

19   officer performing his job.

20   Q    I understand that, sir.  You said he abide by the rules,

21   he gave you his license, didn't he?

22   A    Oh, he gave me his license and the registration for the

23   vehicle, yes.

24   Q    Did he do anything suspicious to say, hey, let me stop

25   you and take more time and ask you about this gentleman in

1    the car?

2    A   As far as presenting me his license and the registration,

3    no, there was nothing suspicious.  But as I mentioned to you

4    before, when he came back to the rear of the vehicle and I

5    started to ask him some additional questions, that's when the

6    suspicion was arose.

7    Q   Okay.  Let me get this understanding.  Was he in the car

8    when you [sic] gave your license and registration or he was

9    out the car?

10   A   He was in the vehicle.

11   Q   He was in the vehicle, sitting in the car?

12   A   In the driver seat, yes.

13   Q   You asked for his license?

14   A   Yes.

15   Q   He gave it to you?

16   A   Yes.

17   Q   You asked for his registration?

18   A   I asked him for license and his registration at the same

19   time.

20   Q   He gave it to you?

21   A   Yes.

22   Q   Now, he's now sitting in the car?

23   A   Yes.

24   Q   Why didn't you say, sir, have a nice day and leave?

25   A   Because I was not done conducting my business.  I mean, I

1   hadn't gotten to the point of why he was speeding inside of a

2   work zone.  He was driving 67 miles an hour or 68 miles an

3   hour in a 55 mile an hour work zone.  That's speeding in a

4   work zone.

5       So we hadn't got to the point of, okay, why were you

6   speeding, you know, why are you in a rush.  So that's why I

7   did not say, sir, have a nice day.

8   Q   Did you give him a ticket, a regular ticket, you gave him

9   a warning?

10  A   I warning ticket.

11  Q   So it wasn't significant enough to say I'm going to give

12  you a ticket because you're speeding, going 60 or 70 or

13  whatever in a work zone?

14  A   I absolutely could have.  But police work is officer

15  discretion.  I mean, I don't have anybody over top of me

16  telling me that I should write a ticket or I shouldn't write

17  a ticket.  That decision was based on me.

18      Once I ran his license and registration and he didn't

19  have any warrants out on him, at that time I determined that

20  I was going to write him a warning ticket.

21  Q   So you wrote the warning ticket.  Then what did you do?

22  A   I ran Mr. Gordon's information also.

23  Q   So you went over to the other side or was you on the same

24  side as Mr. Gordon?

25  A   Mr. Gordon was on the passenger side.  I went to the

1    passenger side where he was sitting.

2    Q    And you asked this gentleman for his license and he gave

3    it to you?

4    A    Asked him for his ID.  Not initially, he didn't give it

5    to me.

6    Q    But he end up giving it to you?

7    A    Yes, he did.

8    Q    Because you told him this is the policy of Durham, North

9    Carolina?

10   A    Not just Durham, North Carolina, it's the State of North

11   Carolina and anywhere else.

12   Q    This is the police of North Carolina.  Did he not abide

13   by that?

14   A    Eventually, he did, yes.

15   Q    So, now you have two gentlemen who haven't broke the law,

16   who did everything you asked, and you still went on asking

17   questions?

18   A    The law was broken.  I mean, he was speeding inside of a

19   work zone.  I could have issued him a citation and which a

20   fine would have been $500.  I chose not to do that.

21   Q    Right.  So at this time, Mr. Maynard had this warning

22   ticket that you had gave to him by this time?  Did he have

23   this warning ticket at that time?

24   A    Not at this particular time, no.

25   Q    So, when you went over and talked to Mr. Gordon, you

1    hadn't gave him the warning ticket yet?

2    A    No, I hadn't made it back to my vehicle yet.

3    Q    How many officers was out there at this time?

4    A    Two.

5    Q    What was the name of the other officer?

6    A    Officer Gaddy.

7    Q    What was he doing at the time?

8    A    He had just pulled up by the time I went and talked to

9    Gordon.

10            THE COURT:  What's the last name?

11            THE WITNESS:  Gaddy, G-A-D-D-Y.

12   BY MR. JONES:

13   Q    It wasn't Officer Miller?

14   A    I don't know Officer Miller.

15   Q    Okay.  So, right now, you telling the jury that you had

16   suspicion because of one of the guys didn't know the next

17   person's last name?

18   A    I had my own personal suspicions.  But also that is not

19   usual behavior for two people that are traveling at such

20   great lengths with one another not to be a little bit more

21   familiar with one another.

22   Q    Did he not tell you that this young man was an employee

23   of him?

24   A    I don't recall.

25   Q    You don't recall that he didn't say that they worked for

1    a club?

2    A    Oh, there was a mention that they were working for a

3    club.

4    Q    Did you know if he didn't know if this man's name was

5    Jones or he couldn't remember the name was Gordon?

6    A    He told me he didn't know his last name.

7    Q    So, isn't it a fact that the gentleman never told you

8    that he was going to Atlanta?

9    A    Which gentleman are you speaking of?

10   Q    Gordon?

11   A    That's absolutely incorrect.  He told me exactly that he

12   was going to Atlanta, and that he was going to visit some

13   young ladies that he had met on a previous trip.

14   Q    So, Mr. Gordon told you that he was going to Atlanta.

15   And Mr. Maynard told you he was going where?

16   A    To South Carolina to pick up a DJ.

17   Q    Did you check that out?

18   A    Absolutely not.

19   Q    So, that just threw a red letter that, hey, y'all got to

20   be doing something because you usually, when you driving with

21   somebody, you know their last name.  But by chance this man

22   didn't know his last name.  Which one didn't know whose last

23   name?

24   A    Neither of them knew each other's last name.

25   Q    So you asked Mr. Gordon what was his last name?

```
 1    A    I sure did.

 2              THE COURT:  Maynard's last name, you mean.  Gordon

 3    knew his last name.

 4              THE WITNESS:  No, Maynard didn't know Gordon's last

 5    name.

 6              THE COURT:  Yeah, right.

 7              THE WITNESS:  Nor did Gordon know Maynard's last

 8    name.

 9              THE COURT:  I know.

10    BY MR. JONES:

11    Q    So you never testified only saying that Mr. Maynard

12    didn't know Gordon's last name?

13    A    No, I testified both ways.

14    Q    Both ways?

15    A    Yes.

16    Q    Now, after you realized that these two guys didn't know

17    each other's last name, did they know each other's first

18    name?

19    A    They knew each other's first name.

20    Q    Now, you thought it was like suspicious.  What did you do

21    after that?

22    A    Went back to my vehicle after I had retrieved Gordon's

23    driver's license.  Told Mr. Maynard he could just stand where

24    he was at in between the vehicles for his safety.  And I went

25    back to my vehicle and started running the information.
```

1    Q   So now you asked Mr. Maynard to come out of the vehicle?

2    A   He was already out of the vehicle.

3    Q   Why did he get out the vehicle?

4    A   Once he presented me with his license and registration, I

5    asked him to step back to the rear of the vehicle so that I

6    could speak to him about the traffic infraction that he just

7    committed.

8    Q   So now, did you tell Mr. Maynard that he could leave?

9    A   Not at that point, I didn't, no.

10   Q   At what point did you tell Mr. Maynard he could leave?

11   A   Once I decided I was going to write him a warning ticket,

12   I then got out of my vehicle, gave him his driver's license

13   and the warning ticket and told him he was free to leave.

14   And I gave Maynard, I'm sorry, Gordon his identification back

15   also.

16   Q   How many vehicles or how many officers were there at that

17   time?

18   A   At that time the K-9 officer had pulled up.  So it was

19   three officers, myself, Officer Gaddy and Officer Sole.

20              THE COURT:  What's the last one?

21              THE WITNESS:  Sole, S-O-L-E.

22   BY MR. JONES:

23   Q   So before you left, you or one of your officers called

24   the K-9?

25   A   When I got back in my vehicle, I made the determination

1    myself once I had filled in my partner as to what was going

2    on.

3    Q    So this went from a speeding ticket to a warning citation

4    to you calling the K-9 unit.

5    A    That's highway interdiction.

6    Q    So now, knowing that you called the K-9 unit, you told

7    Mr. Maynard he could leave?

8    A    Absolutely.

9    Q    Did he leave?

10   A    He was getting ready to leave, yes.

11   Q    So why didn't he pull off?

12   A    I have no idea.  I asked him if I could ask him a few

13   additional questions once he was getting ready to enter his

14   vehicle.  He shut the door, he walked back to where I was.

15   And at that point I asked him the questions that I had to ask

16   him.

17   Q    So is that why he didn't leave because you told him to

18   come back?

19   A    I didn't tell him to come back.  I asked him if I could

20   ask him a few additional questions.

21   Q    Why would you ask him a few additional questions after

22   they did everything you asked and you told him you could

23   leave?

24   A    Because there were a few additional things that I thought

25   needed to be panned out before he left us.

```
 1   Q   Why didn't you ask those few additional things before you
 2   told him to leave?
 3   A   Because I was done with the infraction of him speeding in
 4   a work zone.
 5   Q   So now what was this -- you was working on next?
 6   A   This was the drug interdiction aspect of my job.
 7   Q   Okay.  So, you asked Mr. Maynard for consent to search
 8   the vehicle?
 9   A   No.
10   Q   You never asked him for consent to search the vehicle?
11   A   No.
12   Q   You went in without consent?
13   A   No, I didn't have to have his consent.  Once the dog
14   indicated on the vehicle, I didn't have to have his consent.
15   Q   Did you ask Mr. Maynard's consent to search his vehicle
16   before the dog searched?
17   A   No, I did not.
18   Q   So can you explain to the jury what exactly happened?
19   A   I sure can.  As I mentioned before, once I indicated to
20   Mr. Maynard if he had had any illegal weapons, drugs,
21   narcotics in the vehicle, he went back to the vehicle, walked
22   to the rear of the hatchback area.  Said that he had a cooler
23   in the rear of the vehicle.  I told him don't, you know,
24   don't bother, we would do it from there.
25       And at that point I just told him I was going to pat him
```

```
 1    down for his safety, and I was going to have a K-9 do a free
 2    air sniff around his vehicle.
 3    Q   Okay.  So once the K-9 got there, if I'm correct, you
 4    just asked the K-9 to go around the vehicle?
 5    A   Go around the exterior of the vehicle.
 6    Q   So you never really asked him for consent to go into the
 7    vehicle?
 8    A   I didn't have to have his consent to go in the vehicle.
 9    Q   Okay.  So once the K-9 went around the vehicle --
10    A   Right.
11    Q   -- what happened?
12    A   The dog indicated on the right rear bumper of the
13    vehicle.  That means he stopped and he paused.
14            THE COURT:  Excuse me.  Do you need a lozenge?
15    You're okay?  Water?  All right.
16            Come on, Mr. Jones, finish up so we get out of here.
17    BY MR. JONES:
18    Q   So, you telling the jury that when the dog got there, you
19    asked the gentleman with the K-9 to just go around and
20    search?
21    A   Yes.
22    Q   And how long was it before this dog alert for whatever
23    y'all was looking for?
24    A   Not even a minute.
25    Q   Not even a minute.  What did the dog do to alert?
```

1    A    The dog indicates by sitting on its hind legs, his head

2    directed up, and he just barks.  And that indicates that he

3    detects the presence of some illegal substance.

4    Q    So, after that what happened?

5    A    At that particular point in time I went back to where

6    Mr. Maynard was sitting in my vehicle, and I asked him was

7    there was anything in the vehicle that I needed to know

8    about.  He said no.

9    Q    So, this is when you went and you started searching the

10   vehicle?

11   A    Yes.

12   Q    When you searched the vehicle, exactly what did you do

13   first?

14   A    As I stated before, I got in the rear of the vehicle, the

15   third seat area.  And I just sat and just kind of observed

16   the vehicle from that point, to have a bird's eye view.

17   Q    So, you telling the jury that you never allowed that dog

18   to go into that vehicle?

19   A    No, the dog never went into the vehicle.

20   Q    The dog never went into the vehicle?

21   A    No.

22   Q    Isn't it a fact on that day, when you all started

23   searching that vehicle, you all went straight into tearing up

24   the interior of the vehicle?

25   A    No.

1   Q   So you never tore up the interior of that vehicle at all?

2   A   The vehicle, once the vehicle was taken to the salvage

3   yard in order for us to determine if the compartment was a

4   wired compartment, which we felt that it was, the upper

5   interior part, the front dashboard area was traced all the

6   way back to the compartment where the wires led from the

7   battery to the vehicle, that area was lifted up.  But the

8   vehicle was not tore up.

9   Q   Let me get this straight.  Once you started searching

10  this vehicle, you did not, and your team did not go in there

11  and just start tearing up this vehicle from the front to the

12  back?

13  A   No, we did not.

14  Q   So you got into the vehicle.

15  A   Yes.

16  Q   Sat on the seat?

17  A   Yes.

18  Q   And you looked up high and you realized what?

19  A   Well, I didn't look up high.  I just noticed that that

20  third row seat was higher, much higher than it would have

21  been coming from the manufacturer.

22  Q   So you didn't do a plain search, did you?

23  A   I didn't have to get to a plain search.  Once I got back

24  in the third seat and I observed that abnormality, I knew

25  there was something going on in the back area of the vehicle.

1    Q   So you're telling the jury instead of looking in the

2    vehicle to see if you see anything in the glove compartment,

3    see if you see anything, guns, drugs, money, whatever you

4    asked, explosives, you went up in the vehicle, got over the

5    first seat, went to the last seat and sat down?

6    A   Absolutely.  With my training, that's not what a highway

7    interdiction officer does.  If drugs, weapons, explosives are

8    going to be in a vehicle, they're not going to be in plain

9    sight, they're going to be hidden.

10   Q   It's going to be hidden.

11   A   It's going to be hidden.

12   Q   What made you think that these guys had any of that?

13   A   Namely their responses that they gave me.

14   Q   So now, how long was it before you realized that, let me

15   start searching this vehicle like you say you were searching?

16   A   Once the dog indicated, I was in the car not even two

17   minutes after that.

18   Q   Two minutes after that?

19   A   Two minutes after that, if two minutes.

20   Q   Then what happened?

21   A   That's when I noticed there was an after market

22   compartment or possibly a second gas tank that had been added

23   to the vehicle.

24   Q   Then what happened?

25   A   We started getting in the compartment.

1    Q    I mean, what happened?  How did you get into the

2    compartment?

3    A    I initially crawled underneath the vehicle to confirm

4    that it was actually a compartment.  Once that done, the

5    hatchback area or the back glass was already lifted up.  So,

6    you know, we took out the third row seat, and the carpet was

7    glued down.  And that's another tell-tale sign that there was

8    something going on.

9    Q    So you sat on the seat, and you realized something was

10   different about this vehicle, you got out the vehicle, and

11   you looked under the vehicle and realized it was something

12   wrong with this vehicle?

13   A    Yes.

14   Q    Now, the crime scene photos that she just showed you, did

15   you take any photos inside that vehicle?

16   A    No, just the compartment area.

17   Q    Did you take any photos outside that vehicle?

18   A    I think there were some photos taken of the vehicle, the

19   exterior of the vehicle, but they're not included in these

20   photos.

21   Q    They're not included?

22   A    No.

23   Q    Okay.  So, now that you found this safe or secret

24   compartment or whatever you want to call it, what do you do?

25   A    We discovered that it was filled with Target bags that

1    had U.S. currency in it.  And we took the currency, along

2    with the bags, placed it on the hood of my car.

3    Q   So, was that money illegal to have?

4    A   The amount was.

5    Q   What law says that that amount of money was illegal?

6    A   Vaguely, I want to think it's a threshold law where you

7    can't have more than $10,000 in U.S. currency on your person.

8    Q   So you telling the jury that you can't have more than

9    $10,000?

10   A   Right.  The average citizen, person, would dare walk

11   around with more than $10,000 in U.S. currency on their

12   persons.  So there is a law in which that can be -- the money

13   can be seized, anything more than $10,000.

14   Q   So, they told you that they worked for a club?

15   A   Mr. Maynard said he was a manager for a club.  He

16   actually presented me a, I think a card or something at one

17   point with something about a club.

18   Q   So, did he tell you that this club could make $100,000 on

19   the weekend?

20            MS. SOLTYS:  Objection.

21            THE COURT:  Sustained.

22   BY MR. JONES:

23   Q   So, you saying because you saying it's a threshold law

24   that if you've got over $10,000, you took that money?

25   A   Yes.

1    Q    And that money wasn't -- no signs of -- was any drugs in

2    that car?

3    A    No, we didn't find any drugs.

4    Q    Okay.  Now, let's go to the money on their possession.

5    You telling the jury that they had almost $10,000 in their

6    pocket?

7    A    At least $10,000.

8    Q    At least $10,000.

9         THE COURT:  Together or each?

10        THE WITNESS:  Together.  I mean, between

11   Mr. Maynard, Mr. Gordon and a jacket that was located in the

12   back seat of the vehicle, there was at least $10,000, if not

13   more.

14   BY MR. JONES:

15   Q    Did you take photos of that $10,000?

16   A    No, we did not.

17   Q    So you don't have no evidence that they had $10,000 in

18   their pocket, do you?

19   A    I've been doing this for quite some time.  And I could

20   just about make a visual guesstimation, with the

21   denominations of money that they had, that it was close to

22   $10,000.

23   Q    What kind of denominations did they have?

24   A    Hundreds, twenties, fifties, I mean, you name it, they

25   had it.

1    Q    So you seen hundreds, twenties, fifties, and you assumed

2    that was $10,000.

3         Did you not tell the jury that if it was over $10,000 you

4    could have seized it?

5    A    That decision to not take that money was not my decision.

6    We consulted with some other folks, namely, the -- he's the

7    agent that does the seizures.  And he instructed us to allow

8    them to keep that money on their persons.

9    Q    So you telling the jury you gave that money back to them?

10   A    I never did take the money.  They kept the money on them

11   the whole time.

12   Q    You never took their money?

13   A    Never --

14   Q    -- never took their money?

15   A    Never took that money off their persons, no.

16   Q    Okay.  Let's go to this hidden box or hidden compartment

17   that you speaked [sic] of.  You said the next day, you

18   figured it out how to get into this hidden compartment?

19   A    Hidden compartment, yes.

20   Q    Did you know that compartment was a safe?

21   A    It was not a safe.

22   Q    Did you own that vehicle?

23   A    No, I did not.

24   Q    So how would you tell the jury today it wasn't a safe?

25   A    Because I've had numerous hours of training on hidden

1    compartments.  And I know that that was a hidden compartment,

2    after market hidden compartment.

3    Q    So isn't a hidden compartment a safe, a hidden safe?  You

4    ever heard of a hidden safe?

5    A    Yes, I've heard of a hidden safe.

6    Q    If I had a club and in my office I had a hidden safe,

7    that's a hidden compartment.  Is that not the same as a

8    hidden safe?

9    A    The configurations were not the same as a safe, because

10   your traditional safe that a person would keep in their

11   house, it didn't have a dial in which you could dial numbers

12   in to open the safe.  It didn't have a handle.

13        This was a flat area that to just a normal eye, it

14   appeared to be just the rear of a vehicle to just somebody

15   with no training.

16   Q    Is that the point, that you don't want nobody know that

17   you have money?  You said that this car was coming from

18   Washington, D.C.

19   A    Right.

20   Q    And he told you that the owner of that car, it's a

21   vehicle that belongs to the club.

22   A    Right.

23   Q    Carry money, large sums of money?

24   A    Right.

25   Q    So the point, hidden safe, hidden compartment, is that

1    not the same thing?

2    A    Let me go back.  He never mentioned to me anything about

3    that vehicle transporting large sums of money from a club.

4    However, based on my training and experience, once I

5    determined that a hidden compartment was in the vehicle, I

6    knew it was either, well, a couple of different things.

7    Could be weapons, could be explosives, could be drugs or

8    could be money.

9    Q    In your training and experience, how many cars that you

10   stopped that a club owner vehicle, how many vehicles did you

11   stop that belonged to a club owner?

12   A    None.

13   Q    Thank you, sir.

14       Last question right here.  You said the next day you

15   figured out how to get into this safe?

16   A    I figured out how to -- well, I was already in the safe.

17   I figured out how to operate the safe.

18   Q    So one more time, tell me how you figured that out?

19           THE COURT:  You said one question, you got it.

20   Don't ask him --

21   BY MR. JONES:

22   Q    One more time, can you tell --

23           THE COURT:  No, no, we've already had --

24           MR. JONES:  Your Honor, I'm not finished my cross.

25   Are you stopping my cross?

1    THE COURT:  I am at this point.  You asked -- that

2    question's been asked before.

3    Anything else on redirect?

4    MR. JONES:  I just want to preserve to the record

5    that I wasn't finished.

6    THE COURT:  Very good.  Have a seat.

7    Anything else?  Quickly.

8    **REDIRECT EXAMINATION**

9    BY MS. SOLTYS:

10   Q   Explain to the ladies and gentlemen of the jury if money

11   is taken, is there a mechanism by which people can get their

12   money back if they do something, if they show something?

13   A   If they show proof of income.  And this is done through

14   the asset forfeiture gentleman who actually took possession

15   of money and the vehicle, if they can provide that they have

16   earned the money legally or by legal means, that money will

17   be given back to them.

18   MS. SOLTYS:  Thank you, sir.

19   THE WITNESS:  Yes.

20   THE COURT:  Anything about that?

21   **RECROSS-EXAMINATION**

22   BY MR. JONES:

23   Q   Do you know if Mr. Jones or Maynard kept calling down

24   there trying to get the money?

25   A   I'm aware that they did make some calls down there.

1          MR. JONES:  Thank you very much.

2          THE COURT:  Okay, thank you, sir, you can step down.

3          (Witness excused.)

4          THE COURT:  Given the hour, I don't think we can

5   resume with the other witness.  So we'll have to -- tomorrow

6   we're going to start at 9:30.  Breakfast at nine.  If you

7   want to bring a little snack to supplement breakfast, that's

8   fine.  We'll sit until approximately two o'clock, and then

9   you'll be free for the weekend.  Okay?

10          Do not discuss the case.  Thank you very much.  Have

11   a nice evening.  And see you tomorrow at 9:30 at the latest.

12   Breakfast at nine.  Just leave your papers, et cetera.

13          (Jury Out.)

14          THE COURT:  Quick question.

15          MR. JONES:  Your Honor, the last time that he said

16   that it was against the law to have over 10,000, you actually

17   corrected him and said that wasn't true.  But you didn't do

18   it this time.  He said it was --

19          THE COURT:  You'll have to tell me, I don't know

20   whether there is --

21          MR. JONES:  No, I'm reminding you at the last

22   trial --

23          THE COURT:  You can show me where it happened.

24          MR. JONES:  Okay, because you didn't -- because the

25   jury might think it's true that --

```
1              THE COURT:  I don't know if it's true or not.
2              MR. JONES:  Well, I'll bring the log, but you -- I'm
3   going to show the transcript where you corrected him.
4              THE COURT:  All right.  So you're bringing in both
5   Mr. Zintura and Mr. Barrone?  I will need to know for the
6   marshals.  We're not that far away from ending with
7   Mr. Zintura.
8              MS. SOLTYS:  Right.  We'll need them both here
9   tomorrow.
10             THE COURT:  You will?
11             MS. SOLTYS:  Yes.
12             THE COURT:  Okay.  The marshals need to know that.
13  Okay.  And does Mr. Barrone speak English or only Spanish.
14             MS. URSCHEL:  He will require an interpreter as
15  well.  We are arranging to have interpreters.
16             THE COURT:  You are.
17             MS. URSCHEL:  Yes, Your Honor.
18             THE COURT:  Okay.  All right.  So we're going to
19  resume at 9:30.  And how are we doing in terms of your
20  predictions here?  Who comes after those two?  They're taking
21  an inordinate amount of time.  I guess --
22             MS. URSCHEL:  Court's indulgence.
23             THE COURT:  So Whitehead has testified, and --
24             MS. URSCHEL:  We are hoping to call Victoria O'Brien
25  from the IRS tomorrow.
```

1          THE COURT:  Well, you're never going to get her

2     tomorrow.  Don't be ridiculous.

3          MS. URSCHEL:  Well, we think we would call her

4     before Mr. Barrone.

5          THE COURT:  Oh, okay.  I didn't know about that.

6     Sorry.  Who?  Victoria who?

7          MS. URSCHEL:  Victoria O'Brien from the IRS.

8          THE COURT:  What does she add?  Is she on our list

9     here?  I don't remember her from before.

10          MS. URSCHEL:  She is on the list, Your Honor.

11          THE COURT:  Did she testify before?

12          MS. URSCHEL:  She did not, Your Honor.

13          THE COURT:  Okay.

14          MS. URSCHEL:  After that we plan to call --

15          THE COURT:  What does she have to say, though, can I

16     have -- O'Brien?

17          MS. SOLTYS:  She is going to deal with Mr. Jones'

18     tax records, lack of any tax returns or W-2s or anything

19     generated by the Club Levels.  And no significant -- no

20     filings by Mr. Jones demonstrating that he's earned

21     legitimate income.

22          MR. JONES:  Your Honor, I object to that because,

23     first of all, I had plenty of legitimate income.  And like

24     you said before, I never got charged for tax evasion or any

25     of this information they want to bring in.

1          THE COURT:  We went through this last time.  I'm

2     going to look back to see.  Didn't I keep this out?  It seems

3     like we're on a tangent.  I think you can use it in rebuttal,

4     but you're not going to use it now.  This is not a tax case.

5     You hold off on the IRS.

6          If you keep on trying to insinuate you've got lots

7     of legitimate income, you're going to open the door, Mr. --

8          MR. JONES:  Your Honor.

9          THE COURT:  Can you let me finish?

10          MR. JONES:  I'm sorry, go ahead.

11          THE COURT:  I said if you're going to keep on

12     insinuating you have legitimate income, then it's going to

13     come in in rebuttal.  I'm just telling you.  You make it

14     sound like, you know, $69,000 in cash running around down in

15     Route 85 is normal for a club owner.  But we went through

16     this last time.

17          You know, hold up.  Wait for the rebuttal for

18     something.  Okay?

19          MS. SOLTYS:  Okay.

20          THE COURT:  All right.  Who comes after Barrone?

21     But it's going to come out if you keep this up.  You always

22     open every door.  I'm just telling you.

23          MR. JONES:  Yes, Your Honor, I'm sorry.

24          THE COURT:  I give you fair warning, you'll see it

25     on rebuttal.

1          Okay.  Who comes after Barrone?

2          MS. URSCHEL:  Your Honor, after Barrone we

3    anticipate calling Detective Norma Horne.  She will be

4    lengthy, we'll explain a number of calls with Detective

5    Horne.

6          THE COURT:  She will be lengthy?

7          MS. URSCHEL:  Yes, Your Honor.

8          THE COURT:  Okay.  And then who?

9          MS. URSCHEL:  After that we'll call Special Agent

10   Scott Eicher.

11         THE COURT:  Okay.  That's going to take us a while.

12   Okay.  And are there any people that you've eliminated on

13   here?

14         MS. URSCHEL:  Yes, Your Honor, there's one.

15         THE COURT:  Who?

16         MS. URSCHEL:  Robin Betkey, we didn't call her.

17         THE COURT:  Okay.

18         MS. URSCHEL:  We wanted to shave down the ice cake.

19         THE COURT:  Any what about, anyone else?  The AT&T

20   custodians, these people, I'm looking at the list that was --

21   the Government witness list.

22         MS. URSCHEL:  We also eliminated Thomas Smith, the

23   AT&T, the Nextel custodians we have not eliminated,

24   unfortunately.

25         THE COURT:  No.  Okay, AT&T, Nextel.  Okay.  How

1      about FBI asset forfeiture?

2              MS. URSCHEL:  We have not eliminated that person.

3      I've told you the ones we have eliminated which are two

4      witnesses, Your Honor.

5              THE COURT:  Becky and who's the other one.  Oh,

6      Thomas.

7              MS. URSCHEL:  Thomas Smith and Robin Betkey.

8              THE COURT:  Okay.  Great.  Okay.

9              All right, we'll resume tomorrow.

10             MS. SOLTYS:  Your Honor, I want to ask the Court to

11     actually revisit this issue about --

12             THE COURT:  I'll read the transcript.

13             MS. SOLTYS:  -- ordering the Government not to call

14     somebody from the IRS.  The woman that we have lined up is

15     actually going to be, I understand that she's going on

16     vacation on Tuesday for an extended period of time.  And we

17     just heard Mr. Jones ask a question implying that the club

18     makes hundreds of thousands -- you know, $100,000 on the

19     weekends, so.

20             THE COURT:  I put him on fair notice.  Anybody from

21     the IRS can say he didn't file; right?  You don't need a

22     special person.

23             MS. SOLTYS:  Well, they assign certain people that

24     travel the region and provide --

25             THE COURT:  When is she coming back?  At this rate,

1    she'll available for rebuttal.

2            MS. SOLTYS:  She said she'll be gone for three

3    weeks.  She's based in New Jersey, so we've made arrangements

4    for her to come down tomorrow morning.

5            THE COURT:  But she's not here yet.

6            MS. SOLTYS:  She's not here yet.

7            THE COURT:  And can you find out when she's coming

8    back to town?  I always think the Government overdoes it, and

9    I'm continuing to do believe that.  Do you want to call?

10           MS. SOLTYS:  We don't have her number right here

11   right now.

12           THE COURT:  Also, besides the IRS, if she could come

13   on Monday if worse came to worse if I have to reconsider.

14   But you've got to make a much more detailed proffer.

15           MS. SOLTYS:  Okay, we'll see if we can have her here

16   on Monday and provide a more detailed proffer.

17           THE COURT:  Well, then I'll decide.  I still think

18   she belongs on rebuttal.  We may have to -- he's asking

19   essentially for an instruction on the legality of the 10,000.

20   I don't know exactly what I did last time.  You might want to

21   be prepared to address that as well.

22           MS. SOLTYS:  I understand.

23           THE COURT:  All right.  Thank you.  Tomorrow

24   morning.

25           (Court recessed for the day at 5:00 P.M.)

I-N-D-E-X

WITNESSES

|  | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|

**On behalf of the Government:**

Daniel Zintura (Resumed)
   (By Mr. Jones)                          5

Elton B. Miller
   (By Ms. Soltys)              39
   (By Mr. Jones)                         43

Frederick Whitehead
   (By Ms. Soltys)              46
   (By Mr. Jones)                         65
   (By Ms. Soltys)                                   88
   (By Mr. Jones)                                              88

EXHIBITS

Page No.:

**On behalf of the Government:**

DMV 2                                                   39

DMV 5                                                   39

Levels 14                                               39


**On behalf of the Defendant:**

No. 5                                                    7

No. 7                                                   34

CERTIFICATE OF REPORTER


        I, Lisa Walker Griffith, certify that the foregoing
is a correct transcript from the record of proceedings in the
above-entitled matter.




_____        _____
Lisa Walker Griffith                          Date

**$**

$10,000 [15] 60/22 83/7 83/9
 83/11 83/13 83/24 84/5 84/7
 84/8 84/12 84/15 84/17
 84/22 85/2 85/3
$100,000 [2] 83/18 94/18
$15,000 [1] 61/12
$500 [1] 71/20
$67 [1] 61/7
$69,000 [1] 92/14

**'**

'06 [2] 22/13 22/16
'97 [1] 42/6

**-**

----------------X [2] 1/2 1/7

**0**

05-386 [2] 1/3 9/13
05-386-1 [1] 2/2
06-072 [3] 22/8 22/11 22/14
06072 [1] 9/9
07 [1] 9/20
072 [3] 22/8 22/11 22/14

**1**

10,000 [2] 89/16 95/19
10TH [1] 22/24
115 [1] 61/7
12 [3] 46/21 66/24 67/1
12221 [1] 42/19
1350 [1] 1/18
13TH [1] 41/9
14 [7] 18/5 19/19 39/7 39/9
 39/11 40/22 96/17
15 [1] 33/19
150 [3] 36/9 36/11 36/19
1550 [1] 1/19
195 [4] 42/7 42/12 49/19
 49/22
1999 [4] 29/21 29/22 30/11
 30/15

**2**

2,000 [1] 40/10
20 [2] 2/16 2/17
200 [2] 1/18 11/3
20001 [1] 1/22
20036 [1] 1/19
2004 [13] 11/3 11/5 11/8
 11/14 11/20 11/23 11/25
 12/1 12/2 12/4 25/7 25/9
 33/23
2005 [13] 11/3 11/5 11/8
 11/11 11/21 11/25 12/1 12/2
 41/10 46/14 47/25 66/21
 66/23
2006 [2] 8/11 22/6
2007 [7] 8/7 8/8 8/9 21/16
 22/21 22/24 30/2
2009 [1] 29/20
2012 [5] 16/22 19/14 29/2
 32/20 32/25
2013 [1] 1/7
202 [3] 1/14 1/19 1/23
20530 [1] 1/14
21 [1] 11/3
22 [3] 32/8 33/5 33/8
24TH [1] 22/5
252-7685 [1] 1/14
273 [4] 42/7 42/12 49/19
 49/22

**292** [1] 36/1
2900UmuRT'7
2:11 [1] 1/8
2:30 [2] 47/25 48/18
2s [1] 91/18

**3**

3-B [1] 13/24
31 [1] 1/7
3247 [1] 1/23
34 [1] 96/21
354-3247 [1] 1/23
38 [1] 36/11 36/12 37/5
386 [2] 1/3 9/13
39 [4] 96/7 96/15 96/16
 96/17
3:30 [1] 38/15

**4**

405 [1] 36/2
4110 [1] 1/13
43 [1] 96/7
46 [1] 96/9
4:15 [1] 3/24
4:30 [1] 4/10

**5**

5-7 [1] 11/3
5-9-07 [1] 9/20
500 [1] 68/7
55 [2] 48/23 70/3
555 [1] 1/13
5:00 [1] 95/25
5K1 [1] 36/17
5TH [2] 46/14 47/24

**6**

60 [3] 41/9 43/20 70/12
63 [1] 34/13
65 [1] 96/9
6507 [1] 1/22
67 [2] 48/23 70/2
68 [2] 49/2 70/2

**7**

70 [1] 70/12
73 [8] 31/25 32/9 33/1 33/6
 33/8 34/22 35/5 36/18
7685 [1] 1/14
77 [2] 41/8 43/20
7711 [1] 41/17
775-1550 [1] 1/19

**8**

85 [9] 41/10 43/5 48/7 48/9
 48/9 48/10 50/5 50/7 92/15
88 [2] 96/10 96/10
8:15 [1] 41/10

**9**

9:30 [3] 89/6 89/11 90/19
9TH [1] 22/21

**A**

A.M [1] 41/10
ABIDE [3] 66/7 68/20 71/12
ABLE [8] 42/17 59/4 59/24
 60/4 60/6 60/11 63/12 68/8
ABNORMALITIES [1] 57/6
ABNORMALITY [1] 80/24
ABOUT [62] 2/16 2/21 4/4 5/8
 6/15 6/20 6/22 12/5 12/6
 13/18 15/9 15/13 15/18
 17/17 17/20 21/22 23/22

**24**/19 26/20 26/22 31/2
 31/7 33/4 34/19 34/20 36/5 36/7
 40/10 41/25 48/23 49/2 50/3
 51/7 51/18 52/9 55/9 56/12
 56/24 60/14 60/16 61/11
 62/17 64/19 67/25 68/1 68/8
 68/8 68/10 68/11 68/12
 68/14 68/25 75/6 79/8 82/10
 83/17 84/20 87/2 88/20 91/5
 93/19 94/1 94/11
ABOVE [2] 32/7 97/5
ABOVE-ENTITLED [1] 97/5
ABSOLUTELY [5] 70/14 73/11
 73/18 76/8 81/6
ACCEPTED [1] 29/15
ACCEPTS [1] 29/17
ACCOMMODATE [1] 38/21
ACCOUNTABLE [4] 32/8 33/2
 33/4 33/18
ACCURATE [3] 9/15 21/25 37/8
ACCUSED [3] 18/23 19/7 21/15
ACROSS [2] 65/6 65/12
ACTION [1] 48/20
ACTIVATE [1] 44/2
ACTIVATED [1] 64/15
ACTUAL [2] 42/8 62/4
ACTUALLY [20] 36/18 37/1 37/5
 58/16 59/21 59/22 60/9
 61/20 62/3 62/7 62/12 63/9
 64/6 64/17 82/4 83/16 88/14
 89/16 94/11 94/15
ADD [1] 91/8
ADDED [3] 58/25 63/4 81/22
ADDITIONAL [9] 54/23 58/18
 58/23 69/5 76/13 76/20
 76/21 76/24 77/1
ADDRESS [4] 41/15 41/16
 41/22 95/21
Administration [1] 41/20
ADMITTED [4] 7/9 34/9 42/11
 49/20
Advance [1] 47/22
ADVISED [1] 52/4
Affairs [2] 46/12 47/5
AFRAID [1] 61/12
AFTER [35] 3/4 8/8 8/9 8/15
 8/22 11/17 18/24 19/8 19/18
 23/5 58/19 58/21 59/4 61/16
 62/13 64/19 66/10 67/8
 67/15 74/16 74/21 74/22
 76/21 79/4 81/7 81/18
 81/19 81/21 86/2 90/20
 91/14 92/20 93/1 93/2 93/9
AFTERNOON [13] 2/1 4/25 5/1
 5/6 5/7 39/15 39/16 44/7
 46/1 46/5 47/25 48/6 48/19
AFTERWARDS [1] 3/1
AGAIN [3] 4/20 4/23 15/6
AGAINST [4] 9/23 13/15 28/15
 89/16
AGENT [3] 30/18 85/7 93/9
AGENTS [9] 5/13 5/15 5/16
 5/19 5/21 5/23 6/1 6/4
 19/22
AGO [1] 23/22
AGREED [2] 9/9 33/2
AGREEMENT [7] 35/12 35/18
 36/24 37/4 37/5 37/6 37/11
AGREES [1] 32/5
AHEAD [3] 60/4 62/8 92/10
AIR [3] 54/6 56/17 78/2
ALERT [2] 78/22 78/25
ALL [34] 2/6 2/7 4/11 4/13

**A**

**ALL...** [30] 9/3 11/4 19/3 19/4 26/1 28/23 29/3 37/22 37/23 41/6 44/10 47/20 51/16 60/8 63/5 66/7 66/10 66/15 66/17 78/19 72/22 79/23 80/1 80/5 90/4 90/18 91/23 92/20 94/9 95/23
**ALLOW** [3] 46/10 66/11 85/7
**ALLOWED** [3] 54/20 66/14 79/17
**ALLOWING** [1] 66/19
**ALMOST** [2] 55/8 84/5
**ALONG** [2] 53/1 83/1
**ALREADY** [7] 20/3 20/4 49/20 75/2 82/5 87/16 87/23
**ALSO** [12] 10/6 11/14 47/22 48/25 51/17 61/8 61/14 70/22 72/18 75/15 93/22 95/12
**ALWAYS** [2] 92/21 95/8
**AM** [2] 20/7 88/1
**AMERICA** [2] 1/3 2/3
**AMERICANS** [1] 6/7
**AMONG** [1] 16/22
**AMOUNT** [7] 31/7 35/14 56/10 56/13 83/4 83/5 90/21
**ANOTHER** [7] 3/3 36/15 62/22 62/24 72/20 72/21 82/7
**ANSWER** [1] 11/12
**ANSWERED** [3] 21/3 24/1 51/15
**ANSWERS** [4] 2/19 52/1 52/16 52/24
**ANTHONY** [8] 16/14 16/14 16/19 16/23 16/24 17/5 17/12 17/14
**ANTICIPATE** [1] 93/3
**ANTICIPATION** [1] 40/15
**ANTOINE** [34] 1/5 1/16 2/3 6/15 6/20 6/23 10/6 10/8 10/20 11/14 15/19 15/23 16/2 16/3 16/15 16/23 16/25 17/5 17/6 17/12 17/14 17/17 17/20 18/23 19/2 19/2 19/6 27/9 28/4 28/5 28/9 28/15 42/19 49/25
**ANY** [56] 4/23 5/21 6/1 7/6 8/15 9/1 19/22 22/18 26/7 26/16 27/1 27/22 34/7 40/6 41/3 45/19 45/19 49/8 51/8 52/1 52/3 52/25 53/20 53/20 54/11 54/17 55/3 55/4 55/4 55/25 56/4 57/1 57/12 59/11 60/1 61/1 61/18 61/23 67/12 67/13 67/24 67/25 68/9 68/10 68/17 70/19 77/20 81/12 82/15 82/17 84/1 84/3 91/18 91/24 93/12 93/19
**ANYBODY** [9] 19/22 26/4 27/8 27/18 29/12 59/10 59/14 70/15 94/20
**ANYMORE** [1] 23/16
**ANYONE** [2] 13/14 93/19
**ANYTHING** [23] 6/11 6/12 28/15 28/18 51/9 55/5 56/8 56/24 57/13 57/20 60/14 61/19 68/18 68/24 79/7 81/2 81/3 83/13 87/2 88/3 88/7 88/20 91/18
**ANYWAYS** [1] 30/8
**ANYWHERE** [3] 17/14 36/1

---

71/11
**APARTMENT** [9] 12/15 13/7 13/24 13/24 14/14 14/15 14/21 24/20
**APARTMENTS** [1] 13/6
**APPEAR** [1] 62/9
**APPEARANCES** [1] 1/11
**APPEARED** [6] 50/9 51/22 57/9 57/19 59/24 86/14
**APPEARS** [2] 41/1 50/20
**APPRECIATE** [1] 43/10
**APPROACH** [2] 16/10 44/4
**APPROACHED** [1] 50/5
**APPROACHING** [1] 54/21
**APPROXIMATELY** [4] 11/3 32/9 67/9 89/8
**APRIL** [3] 23/7 46/14 47/24
**ARE** [27] 2/4 2/6 21/1 25/24 28/11 29/5 34/19 39/3 40/3 43/14 43/15 58/1 64/4 65/20 65/21 68/3 70/6 72/19 73/9 81/7 87/25 90/15 90/16 90/19 90/24 93/12 94/3
**AREA** [20] 48/12 55/13 56/4 58/1 58/2 58/10 59/6 61/21 62/12 62/18 62/20 68/4 77/22 79/15 80/5 80/7 80/25 82/5 82/16 86/13
**AREN'T** [1] 17/3
**ARMY** [1] 46/20
**AROSE** [1] 69/6
**AROUND** [14] 21/22 48/14 48/18 57/15 59/2 59/25 64/19 78/2 78/4 78/5 78/9 78/19 83/11 92/14
**ARRANGEMENTS** [1] 95/3
**ARRANGING** [1] 90/15
**ARRESTED** [15] 6/18 8/3 8/7 8/11 8/13 8/15 8/22 22/5 22/18 29/1 29/20 29/22 29/25 30/2 32/25
**ARRIVED** [1] 56/16
**AS** [32] 3/23 9/15 11/18 14/25 30/1 42/7 42/11 45/11 48/1 49/8 49/8 49/17 49/19 54/19 54/21 58/3 61/18 61/22 61/23 67/19 68/16 69/2 69/2 70/24 76/1 77/19 79/14 86/7 86/9 90/14 95/21
**ASK** [35] 3/7 9/2 20/6 20/11 39/25 40/18 41/25 44/8 44/9 44/10 46/13 47/25 49/11 51/8 51/9 52/7 52/9 53/1 54/17 55/2 67/4 67/6 68/2 68/14 68/25 69/5 76/12 76/15 76/21 76/21 77/1 77/15 87/20 94/10 94/17
**ASKED** [54] 3/17 6/15 6/18 21/3 24/1 44/17 50/10 51/1 51/13 51/17 51/18 51/24 52/1 52/2 52/12 52/3 53/12 53/13 54/23 55/3 55/8 55/19 56/23 57/12 60/16 67/12 67/21 67/24 67/25 68/9 68/10 69/6 13 69/17 69/18 71/2 71/4 71/16 73/25 75/1 75/6 76/12 76/15 76/19 76/22 77/7 77/10 78/4 78/6 78/19 79/6 81/4 88/1 88/2
**ASKING** [9] 3/10 12/8 15/9 15/13 15/18 21/2 68/9 71/16 95/18

---

**ASPECT** [1] 77/6
**ASPECT** [3] 60/20 88/14 94/1
**ASSIGN** [1] 94/23
**ASSIGNED** [1] 47/7
**ASSIGNMENT** [3] 46/22 46/24 46/25
**ASSUME** [1] 44/19
**ASSUMED** [1] 85/1
**ASSUMING** [1] 20/25
**ATLANTA** [5] 43/8 52/19 73/8 73/12 73/14
**ATTENTION** [1] 47/24
**ATTORNEY** [2] 31/4 31/5
**ATTORNEY'S** [1] 1/13
**ATTORNEYS** [1] 42/5
**AUDIO** [1] 6/2
**AUGUST** [1] 22/5
**AUSA** [2] 1/12 1/12
**AVAILABLE** [2] 47/20 95/1
**AVENUE** [5] 1/18 10/6 25/11 26/19 26/21
**AVERAGE** [2] 40/10 83/10
**AWAITING** [1] 3/5
**AWAKE** [1] 51/22
**AWARE** [2] 51/14 88/25
**AWAY** [3] 59/3 66/5 90/6

---

**B**

**BACK** [68] 3/1 3/5 3/8 3/11 3/21 3/22 8/22 14/25 18/24 20/16 38/24 44/12 45/3 46/16 51/10 51/10 51/22 52/22 53/15 54/10 54/13 54/20 54/24 54/25 55/12 55/18 55/18 56/23 57/7 57/9 57/12 57/14 57/17 58/15 59/4 60/23 63/13 63/22 65/2 66/17 66/19 67/21 67/22 69/4 72/2 74/22 74/25 75/5 75/14 75/25 76/14 76/18 76/19 77/21 79/5 80/6 80/12 80/23 80/25 82/5 84/12 85/9 87/2 88/12 88/17 92/2 94/25 95/8
**BAD** [1] 29/16
**BAGS** [9] 59/24 59/25 61/6 63/15 64/3 64/4 64/4 82/25 83/2
**BANDS** [1] 59/25
**BANK** [1] 25/22
**BARKS** [1] 79/2
**BARRONE** [15] 3/14 9/11 9/23 11/23 12/21 22/9 23/21 26/1 28/23 90/5 90/13 91/4 92/20 93/1 93/2
**BASED** [8] 37/13 52/5 53/23 60/21 67/10 70/17 87/4 95/3
**BASIC** [1] 47/22
**BASIS** [2] 20/23 30/21
**BATTERY** [2] 63/11 80/7
**BE** [55] 2/15 2/20 3/5 3/13 4/2 4/11 4/23 9/3 26/5 30/19 36/11 36/19 37/14 37/24 41/1 41/1 41/19 48/14 50/9 50/20 51/22 56/22 57/10 57/19 60/13 60/14 61/11 61/22 64/21 65/3 65/4 68/8 72/20 73/20 76/25 81/8 81/8 81/9 81/10 81/11 83/12 83/13 86/14 87/7 87/7 87/7 87/8 88/17 89/9 91/2 93/3 93/6 94/15 95/2 95/21
**BEAR** [1] 38/25

# B

**BECAUSE [34]** 3/18 8/11 11/10 12/2 12/14 14/19 15/19 21/15 21/24 23/5 23/8 24/10 27/6 27/12 27/16 28/4 30/23 36/24 37/15 59/15 69/25 70/12 71/8 72/16 73/20 76/17 76/24 77/3 83/23 85/25 86/9 89/24 89/24 91/22

**BECKY [1]** 94/5

**BECOME [1]** 47/19

**BEDROOM [4]** 14/19 14/21 14/23 26/12

**BEDROOMS [1]** 14/21

**BEEN [30]** 2/7 14/19 17/6 19/7 20/11 21/3 21/15 23/1 23/5 23/8 29/18 29/19 29/22 29/25 30/9 31/12 39/25 42/4 42/10 49/20 57/3 57/13 58/18 63/4 66/24 71/20 80/21 81/22 84/19 88/2

**BEFORE [46]** 1/9 3/7 3/20 4/10 5/9 6/18 8/3 8/10 8/13 14/19 15/22 19/9 19/11 20/12 24/7 26/13 31/21 32/16 32/18 35/1 36/17 38/5 38/7 38/9 45/22 55/10 64/8 66/14 67/12 67/24 68/9 68/10 69/4 75/23 76/25 77/1 77/16 77/19 78/22 79/14 81/14 88/21 91/4 91/9 91/11 91/24

**BEGINNING [1]** 12/23

**BEHALF [3]** 96/4 96/14 96/19

**BEHAVIOR [1]** 72/19

**BEHIND [3]** 44/2 49/2 56/6

**BEING [8]** 22/22 28/19 28/21 36/3 43/10 46/22 57/24 68/18

**BELIEVE [7]** 8/16 12/12 25/1 42/6 63/3 64/12 95/9

**BELONGED [1]** 87/11

**BELONGS [2]** 86/21 95/18

**BEN [1]** 39/22

**BENEFIT [4]** 36/12 36/16 39/18 46/8

**BESIDE [1]** 54/3

**BESIDES [3]** 27/9 64/7 95/12

**BEST [2]** 38/13 44/18

**BETKEY [2]** 93/16 94/7

**BETTER [1]** 38/9

**BETWEEN [4]** 17/5 51/12 74/24 84/10

**BIRD's [1]** 79/16

**BIRTH [1]** 67/10

**BIT [5]** 42/4 59/2 59/3 60/5 72/20

**BLACK [6]** 13/17 14/1 15/9 15/13 17/16 42/24

**BLUE [1]** 44/2

**BOSS's [1]** 60/17

**BOTH [8]** 32/14 53/21 56/10 56/14 74/13 74/14 90/4 90/8

**BOTHER [1]** 77/24

**BOULEVARD [2]** 13/5 13/6

**BOWIE [7]** 14/8 14/8 25/2 25/3 25/6 25/12 26/3

**BOX [1]** 85/16

**BRANDYWINE [2]** 42/19 42/19

**BREAK [1]** 35/17 37/17

**BREAKFAST [3]** 89/6 89/7 89/12

**BREATH [1]** 55/19

**BRIAN [1]** 1/17

**BRIEF [1]** 38/16

**BRIEFLY [1]** 40/3

**BRING [5]** 3/1 4/16 89/7 90/2 91/25

**BRINGING [1]** 90/4

**BRINGS [1]** 3/2

**BROKE [1]** 71/15

**BROKEN [1]** 71/18

**BROUGHT [2]** 8/12 8/22

**BUILDING [1]** 3/24

**BUMPER [2]** 56/20 78/12

**BUSINESS [1]** 69/25

# C

**CABLES [1]** 58/12

**CAKE [1]** 93/18

**CALCULATIONS [1]** 37/13

**CALL [12]** 36/1 45/8 45/10 64/12 82/24 90/24 91/3 91/14 93/9 93/16 94/13 95/9

**CALLED [4]** 40/22 62/1 75/23 76/6

**CALLING [3]** 76/4 88/23 93/3

**CALLS [2]** 88/25 93/4

**CAME [13]** 10/6 10/7 10/8 12/3 14/8 18/20 18/24 23/22 50/2 57/17 59/12 69/4 95/13

**CAN [40]** 3/12 6/25 7/8 9/19 10/25 10/25 11/4 24/14 24/17 25/18 32/1 32/2 32/3 33/14 33/16 35/21 35/23 37/24 48/9 49/11 62/2 63/22 64/23 67/1 77/18 77/19 83/12 83/13 87/22 88/11 88/15 89/2 89/4 89/23 91/15 92/3 92/9 94/21 95/7 95/15

**CAN'T [9]** 20/8 20/8 23/6 25/8 25/22 34/17 38/2 83/7 83/8

**CAPACITY [2]** 39/21 46/10

**CAR [13]** 44/12 44/16 60/12 69/1 69/7 69/9 69/11 69/22 81/16 83/2 84/2 86/17 86/20

**CARD [3]** 44/19 61/20 83/16

**CARE [3]** 26/5 29/15 42/5

**CAREER [1]** 40/9

**CAROLINA [21]** 38/24 39/23 40/1 40/4 40/6 40/19 41/2 41/12 43/6 43/7 43/24 45/3 48/7 48/16 52/5 52/22 71/9 71/10 71/11 71/12 73/16 71/10 71/11 71/12 73/16 72/23 72/24 22/2 22/2 22/8 22/11 29/1 29/2 30/9 31/11 32/12 32/13 32/14 32/16 32/21 32/25 44/16 58/24 89/10 92/4

**CARPET [5]** 58/2 59/3 59/4 63/13 82/6

**CARRY [1]** 86/23

**CARS [2]** 50/7 87/9

**CASE [37]** 1/3 2/2 4/1 5/8 8/17 9/12 9/15 16/2 16/3 16/17 16/22 16/22 20/13 20/14 21/12 21/23 22/1 22/1 22/22 22/2 22/8 22/11 29/1 29/2 30/9 31/11 32/12 32/13 32/14 32/16 32/21 32/25 44/16 58/24 89/10 92/4

**CASES [2]** 67/6 67/7

**CASH [1]** 92/14

**CAUSED [1]** 48/20

**CELL [1]** 39/5

**CELLIE [2]** 17/17 17/19

**CENTER [1]** 44/13

**CENTRAL [1]** 10/6

**CERTAIN [2]** 40/16 94/23

**CERTIFICATE [1]** 97/1

**CERTIFIED [1]** 48/25

**CERTIFY [1]** 97/3

**CETERA [1]** 89/12

**CHANCE [1]** 73/21

**CHANGED [1]** 11/25

**CHAPEL [1]** 18/10

**CHARACTERIZATION [1]** 15/5

**CHARGE [5]** 26/5 32/7 37/15 42/5 44/14

**CHARGED [1]** 37/7

**CHARLOTTE [2]** 41/11 43/7

**CHECK [1]** 73/17

**CHECKED [1]** 54/10

**CHECKING [1]** 11/18

**CHOIR [1]** 18/17

**CHOSE [1]** 71/20

**CHURCH [1]** 23/23

**CIRCLE [7]** 13/7 13/17 13/22 13/22 14/3 14/18 24/10

**CITATION [14]** 40/19 41/2 41/4 41/6 41/8 41/15 42/3 43/23 43/24 44/14 44/20 65/24 71/19 76/3

**CITIZEN [1]** 83/10

**CITIZENS [1]** 58/10

**CITY [5]** 41/11 47/16 47/17 48/14 48/16

**CLAIMING [1]** 61/23

**CLASSIFIED [1]** 23/25

**CLEAR [1]** 3/20

**CLEARER [1]** 62/24

**CLIENT [3]** 32/5 32/7 33/18

**CLIMBED [2]** 57/7 57/8

**CLOCKED [2]** 43/20 44/2

**CLOSE [5]** 56/22 61/12 64/15 65/7 84/21

**CLOSED [1]** 54/24

**CLOSELY [1]** 64/6

**CLOTHING [1]** 55/24

**CLUB [20]** 15/3 15/10 15/14 17/12 17/14 17/18 73/1 73/3 83/14 83/15 83/17 83/18 86/6 86/21 87/3 87/10 87/11 91/19 92/15 94/17

**COCAINE [11]** 32/9 33/1 33/9 33/10 33/19 33/23 34/14 36/5 36/8 36/25 37/2

**CODEFENDANTS [1]** 16/22

**COLLISIONS [1]** 40/7

**COLUMBIA [1]** 1/1

**COME [24]** 3/16 12/24 19/23 19/23 23/24 27/3 48/6 48/18 50/23 51/3 54/8 58/7 58/8 60/8 64/5 66/17 75/1 76/18 76/19 78/16 92/13 92/21 95/4 95/12

**COMES [3]** 90/20 92/20 93/1

**COMING [4]** 80/21 86/17 94/25 95/7

**COMMITTED [2]** 49/14 75/7

**COMMUNICATE [1]** 24/24

**COMMUNICATION [2]** 5/24 44/13

**COMPANIES [1]** 28/11

**COMPANY [1]** 60/18

**COMPARE [2]** 42/14 52/16

**COMPARTMENT [60]** 58/5 58/24 58/24 59/6 59/7 59/8 59/8 59/14 59/16 59/18 59/21 59/23 60/4 60/5 60/6 60/12 61/4 61/6 61/17 62/5 62/12 62/13 62/15 63/1 63/4 63/11

# C

COMPARTMENT... [34] 63/12
63/14 63/21 64/2 64/7 64/10
64/11 64/13 64/16 64/18
64/21 64/24 65/6 65/14 80/3
80/4 80/6 81/2 81/22 81/25
82/2 82/4 82/16 82/24 85/16
85/18 85/19 85/20 86/1 86/2
86/3 86/7 86/25 87/5
COMPARTMENTS [4] 58/11 58/16
59/11 86/1
COMPLIES [1] 62/10
COMPOUND [1] 30/22
COMPRISED [2] 47/15 62/25
COMPUTER [2] 1/25 44/13
COMPUTERS [1] 53/16
CONCERN [1] 57/11
CONCERNS [1] 52/25
CONDEMNED [3] 30/3 30/4 30/6
CONDUCTED [1] 56/16
CONDUCTING [1] 69/25
CONFIGURATIONS [1] 86/9
CONFIRM [1] 82/3
CONFLICT [2] 2/8 2/12
CONFUSED [2] 13/1 16/6
CONFUSING [1] 17/3
CONNECTICUT [1] 1/18
CONSENT [12] 55/19 67/4 67/6
67/7 77/7 77/10 77/12 77/13
77/14 77/15 78/6 78/8
CONSIDER [1] 31/13
CONSIDERED [1] 58/19
CONSTRUCTION [3] 48/11 58/18
58/19
CONSULT [1] 16/11
CONSULTED [1] 85/6
CONT'D [1] 5/4
CONTACT [1] 61/22
CONTAINED [6] 59/25 60/6 62/5
63/16 63/18 64/4
CONTINUED [1] 60/9
CONTINUES [1] 43/6
CONTINUING [1] 95/9
CONVERSATION [2] 44/5 54/9
CONVERSION [1] 37/2
CONVICTED [4] 29/25 30/5 30/9
31/13
CONVICTION [1] 31/14
CONVICTIONS [1] 31/14
COOLER [3] 55/12 55/18 77/22
COOPERATE [2] 28/19 30/19
COOPERATING [4] 18/24 19/8
19/10 28/15
COP [4] 31/8 33/1 35/13
35/19
COPPED [1] 33/3
COPY [1] 41/2
CORRECT [11] 17/2 20/7 25/15
33/1 40/14 41/23 42/8 42/20
63/15 78/3 97/4
CORRECTED [2] 89/17 90/3
CORROBORATED [2] 48/24 49/1
COULD [46] 11/17 15/11 16/7
16/10 16/10 22/10 26/2 26/3
27/15 35/4 35/5 37/15 41/6
43/1 49/14 53/6 55/20 56/22
58/17 59/5 59/17 59/22
60/13 60/24 61/19 62/7 62/7
70/14 71/19 74/23 75/6 75/8
75/10 76/7 76/12 76/19
76/22 83/18 84/19 85/4
86/11 87/7 87/7 87/7 87/8

95/12
95/25 95/25
COUNSEL [3] 1/21 1/23 1/24
COUNT [18] 32/7 32/11 32/13
32/14 32/15 32/16 32/18
32/22 33/13 33/13 33/14
33/18 34/19 34/19 34/20
34/20 34/22 60/24
COUNTING [2] 30/1 38/13
COUNTY [3] 6/19 41/12 42/20
COUPLE [6] 2/5 12/18 13/2
15/1 15/8 87/6
COURSE [1] 31/24
COURT [10] 1/1 1/21 3/20 9/24
31/15 39/18 41/1 46/8 94/10
95/25
COURT's [3] 3/7 16/20 90/22
COURTESY [1] 55/23
COURTHOUSE [2] 1/21 3/4
COURTNEY [1] 1/12
CRAWLED [1] 82/3
CREDIBILITY [1] 31/14
CREW [1] 33/23
CRIME [2] 31/13 82/14
CRIMINAL [5] 1/3 2/2 32/6
37/12 47/4
CROSS [8] 31/9 5/4 38/23
43/12 65/18 87/24 87/25
96/3
CROSS-EXAMINATION [4] 5/4
38/23 43/12 65/18
CRUISER [1] 48/2
CURRENCY [10] 55/4 56/10
56/14 59/25 62/13 63/16
83/1 83/1 83/7 83/11
CURRENT [1] 16/22
CURRENTLY [3] 46/11 46/23
47/3
CUSTODIANS [2] 93/20 93/23

# D

D.C [20] 1/7 1/22 8/12 8/23
14/25 15/9 15/12 15/13
17/12 18/10 19/23 20/12
21/6 21/8 21/9 22/25 23/17
52/23 68/4 86/18
DANIEL [4] 4/19 20/11 28/25
96/5
DARE [1] 83/10
DARK [1] 11/4
DARLENE [1] 1/12
DASH [1] 65/12
DASHBOARD [2] 65/6 80/5
DATE [8] 9/17 9/20 12/4 19/14
19/16 42/2 67/10 97/10
DAUGHTER [1] 27/13
DAY [22] 1/9 2/7 4/15 6/17
22/21 27/6 38/5 38/7 38/9
43/18 44/6 45/5 48/3 64/9
64/10 64/20 69/24 70/7
79/22 85/17 87/14 95/25
DAYS [3] 6/13 6/14 6/15
DC [2] 1/14 1/19
DEA [1] 47/22
DEAL [1] 91/17
DEALER [2] 57/20 58/22
DEALING [2] 36/17 54/19
DECEMBER [1] 19/14
DECIDE [2] 30/18 95/17
DECIDED [3] 28/19 54/11 75/11
DECISION [3] 70/17 85/5 85/5
DEFENDANT [7] 1/6 17/6 16/23
17/21 17/23 18/23 96/19
DEFENDANT's [5] 7/4 7/10 8/25

34/6 34/10
DEFENSE [2] 18/4 18/15
DEFROST [2] 65/1 65/11
DEMEANOR [1] 55/7
DEMONSTRATING [1] 91/20
DENIED [2] 30/23 60/25
DENOMINATIONS [2] 84/21
84/23
DEPARTMENT [8] 46/12 46/15
46/21 47/1 47/4 47/8 48/1
66/24
DEPENDING [2] 37/11 44/6
DEPENDS [1] 2/18
DEPOT [2] 24/21 24/22
DERRICK [3] 51/7 53/18 53/21
DESCRIBE [2] 10/25 11/1
DESERT [1] 47/21
DESTINATION [1] 52/10
DETAILED [2] 95/14 95/16
DETECTIVE [2] 93/3 93/4
DETECTS [1] 79/3
DETERMINATION [1] 75/25
DETERMINE [4] 42/17 59/21
60/6 80/3
DETERMINED [5] 63/10 64/20
64/25 70/19 87/5
DIAL [2] 86/11 86/11
DID [177]
DIDN'T [65] 6/12 6/21 6/23
9/16 10/14 10/16 11/15
11/20 12/1 13/3 14/19 14/20
15/23 16/1 18/16 18/21
19/25 20/1 20/2 20/2 26/12
27/4 28/2 37/12 46/24 54/11
55/18 55/24 56/4 59/9 66/10
67/7 68/21 69/24 70/18 71/4
72/16 72/25 73/4 73/6 73/22
73/22 74/4 74/12 74/16 75/9
76/11 76/17 76/19 77/1
77/13 77/14 78/8 80/19
80/22 80/23 84/3 86/11
86/12 89/17 89/24 91/5 92/2
93/16 94/21
DIE [3] 29/7 29/10 29/12
DIFFERENCE [1] 17/5
DIFFERENT [6] 9/12 18/25 19/1
22/1 82/10 87/6
DINING [1] 26/10
DIRECT [4] 39/13 46/3 47/24
96/3
DIRECTED [1] 79/2
DIRECTION [1] 43/3
DIRECTLY [1] 56/6
DISCOVERED [1] 82/25
DISCRETION [1] 70/15
DISCUSS [1] 89/10
DISCUSSES [1] 37/4
DISCUSSION [1] 4/8
DISMISS [4] 9/7 9/14 9/16
20/13
DISMISSED [11] 5/9 5/9 8/17
9/9 9/24 20/15 21/13 21/23
22/2 22/3 22/22
DISREGARD [1] 4/21
DISTRICT [6] 1/1 1/1 1/10 1/21
3/24 42/5
DJ [2] 52/22 73/16
DMV [10] 39/3 39/4 39/8
39/10 39/10 41/18 42/11
49/21 96/15 96/16
DO [71] 2/14 3/18 4/10 4/17
4/20 5/12 5/18 6/4 7/13
7/15 7/17 9/2 9/17 12/4

Case 1:05-cr-00386-ESH    Document 849    Filed 03/19/13    Page 103 of 115

# D

**DO...** [57] 12/9 17/12 17/14 18/5 18/11 18/11 22/15 22/21 23/11 30/8 33/13 34/7 37/1 38/13 41/3 41/19 42/11 42/22 42/24 44/11 44/11 45/8 45/9 49/11 49/21 49/24 50/16 50/19 50/22 51/9 51/20 51/24 54/6 57/22 58/9 59/7 61/19 68/16 68/24 70/21 71/20 74/20 77/24 78/1 78/14 78/25 79/12 80/22 82/24 82/24 84/18 88/12 88/23 89/10 89/17 95/9 95/9

**DOCUMENT** [5] 25/23 28/9 31/21 31/23 42/17

**DOES** [16] 4/7 13/24 29/16 36/24 39/5 41/6 42/14 47/12 57/20 58/11 68/17 81/7 85/7 90/13 91/8 91/15

**DOESN'T** [5] 35/7 58/7 58/8 58/8 68/5

**DOG** [13] 54/6 56/20 77/13 77/16 78/12 78/18 78/22 78/25 79/1 79/17 79/19 79/20 81/16

**DOING** [11] 30/23 43/14 46/6 48/20 57/4 65/20 65/21 72/7 73/20 84/19 90/19

**DON'T** [50] 2/18 2/25 3/18 4/4 4/22 5/22 6/5 7/22 8/12 12/5 15/1 17/15 18/13 18/15 20/18 20/21 21/3 24/6 24/7 24/11 27/10 28/11 29/7 29/9 29/12 29/14 30/7 32/5 33/3 33/15 35/18 36/25 49/14 70/15 72/14 72/24 72/25 77/23 77/24 84/17 86/16 87/20 89/4 89/19 90/1 91/2 91/9 94/21 95/10 95/20

**DONE** [6] 31/11 57/13 69/25 77/3 82/4 88/13

**DOOR** [12] 14/12 14/16 14/17 24/10 54/22 54/24 63/9 63/13 63/22 76/14 92/7 92/22

**DOWN** [17] 9/19 47/16 50/7 54/20 55/24 56/3 57/17 58/3 78/1 81/5 82/7 88/23 88/25 89/2 92/14 93/18 95/4

**DRIVE** [1] 54/3

**DRIVER** [8] 44/5 50/10 50/13 51/8 52/13 52/17 68/5 69/12

**DRIVER'S** [11] 41/16 41/21 44/8 44/12 44/19 50/14 50/20 54/22 65/1 74/23 75/12

**DRIVING** [9] 42/1 44/16 50/16 50/25 52/4 66/16 68/15 70/2 73/20

**DRUG** [3] 29/16 58/3 77/6

**DRUGS** [13] 29/18 29/20 30/15 31/7 47/16 56/21 56/22 77/20 81/3 81/7 84/1 84/3 87/7

**DUE** [2] 50/6 61/16

**DURHAM** [12] 46/15 46/21 47/1 47/2 47/7 48/1 48/16 48/17 50/24 66/24 71/8 71/10

**DURING** [4] 6/15 14/22 31/11 48/10

**DUTIES** [2] 40/17 40/14

# E

**EACH** [5] 73/24 74/17 74/17 74/19 84/9

**EARNED** [2] 88/16 91/20

**EICHER** [1] 93/10

**EIGHT** [1] 29/6

**EITHER** [3] 44/13 53/4 87/6

**ELECTRIFIED** [2] 59/19 64/12

**ELECTROCUTED** [1] 63/12

**ELECTRONIC** [1] 63/9

**ELIMINATED** [5] 93/12 93/22 93/23 94/2 94/3

**ELLEN** [1] 1/9

**ELSE** [7] 13/14 26/4 27/18 71/11 88/3 88/7 93/19

**ELSE'S** [1] 27/18

**ELTON** [3] 39/12 39/22 96/6

**EMPLOYED** [5] 39/20 46/10 46/21 47/1 48/1

**EMPLOYEE** [1] 72/22

**EMPLOYMENT** [1] 46/18

**END** [4] 4/15 23/7 23/7 71/6

**ENDING** [1] 90/6

**ENFORCEMENT** [1] 40/5

**ENGAGE** [1] 65/11

**ENGLISH** [3] 6/9 32/5 90/13

**ENJOYING** [2] 23/10 23/19

**ENOUGH** [5] 17/3 51/19 59/23 66/16 70/11

**ENTER** [1] 76/13

**ENTIRE** [1] 64/9

**ENTITLED** [1] 97/5

**ENTRANCE** [1] 63/13

**ERRIN** [1] 1/17

**ESSENTIALLY** [2] 60/22 95/19

**ESTIMATE** [1] 67/1

**ESTIMATION** [1] 48/23

**ET** [1] 89/12

**EVALUATING** [1] 31/14

**EVASION** [1] 91/24

**EVEN** [7] 36/17 60/25 67/24 68/1 78/24 78/25 81/16

**EVENING** [1] 44/8 89/11

**EVENTS** [4] 63/10 64/13 64/20 64/23

**EVENTUALLY** [1] 71/14

**EVER** [9] 7/22 14/14 21/7 22/24 31/21 34/25 40/12 59/11 86/4

**EVERY** [4] 27/6 29/16 40/12 92/22

**EVERYBODY** [1] 23/24

**EVERYTHING** [5] 44/17 54/10 68/8 71/16 76/22

**EVIDENCE** [11] 7/11 13/15 21/1 31/12 34/11 39/3 39/11 40/23 45/17 64/2 84/17

**EX** [4] 14/6 14/8 27/16 27/18

**EX-WIFE** [4] 14/6 14/8 27/16 27/18

**EXACTLY** [4] 73/11 77/18 79/12 95/20

**EXAMINATION** [8] 5/4 38/23 39/13 43/12 46/3 65/18 88/8 88/21

**EXCEEDS** [1] 37/5

**EXCUSE** [2] 29/21 78/14

**EXCUSED** [4] 35/24 45/1 45/7 89/3

**EXERCISE** [1] 37/8

# F

**FACED** [1] 37/11

**FACILITY** [1] 3/9

**FACING** [5] 23/17 29/3 31/5 31/8 37/10

**FACT** [15] 15/1 18/17 18/20 24/9 24/11 29/7 29/9 37/4 52/24 53/1 61/16 68/3 68/18 73/7 79/22

**FACTORY** [1] 59/12

**FACTS** [1] 21/1

**FAIR** [2] 92/24 94/20

**FALL** [1] 12/9

**FAMILIAR** [2] 26/25 72/21

**FAR** [3] 61/22 69/2 90/6

**FBI** [6] 5/14 5/16 19/22 30/2 30/18 94/1

**FEET** [1] 13/20

**FELT** [1] 80/4

**FEW** [6] 13/4 76/12 76/20 76/21 76/24 77/1

**FIDDLE** [1] 59/2

**FIFTIES** [2] 84/24 85/1

**FIGURE** [3] 37/12 64/6 64/17

**FIGURED** [5] 85/18 87/15 87/16 87/17 87/18

**FILE** [1] 94/21

**FILINGS** [1] 91/20

**FILLED** [2] 76/1 82/25

**FIND** [6] 3/12 11/1 16 52/7 59/10 84/3 95/7

**FINE** [5] 3/15 3/22 28/12 71/20 89/8

**FINISH** [5] 38/5 38/7 38/10 78/16 92/9

**FINISHED** [2] 87/24 88/5

**FIRST** [13] 2/6 4/21 6/17 29/20 30/22 52/2 59/20 62/18 74/17 74/19 79/13 81/5 91/23

**FIVE** [4] 7/5 7/8 33/19 55/9

**FLAGS** [3] 53/20 53/20 53/24

**FLAT** [1] 86/13

**FLIGHT** [1] 4/9

**FLOOR** [1] 59/6

**FLORES** [3] 10/6 10/24 11/2

**FLOWING** [1] 48/13

**FOLKS** [1] 85/6

**FOLLOWING** [3] 9/6 45/17 64/9

**FOOD** [1] 26/16

**FORCE** [1] 64/8

# E

**EXHIBIT** [26] 6/25 7/4 7/10 8/25 9/1 9/8 11/15 12/18/3 18/3 18/5 19/19 22/12 31/18 31/19 34/3 34/6 34/10 39/10 41/18 42/11 49/21 50/19 62/1 63/7 63/19 63/24

**EXHIBITS** [2] 45/13 96/12

**EXPERIENCE** [2] 87/4 87/9

**EXPLAIN** [9] 31/2 31/23 38/18 41/6 43/1 47/12 77/18 88/10 93/4

**EXPLAINED** [1] 54/4

**EXPLAINING** [1] 36/18

**EXPLOSIVES** [4] 55/4 81/4 81/7 87/7

**EXPOSURE** [1] 35/11

**EXTENDED** [1] 94/16

**EXTERIOR** [2] 78/5 82/19

**EXTRA** [1] 37/24

**EYE** [2] 79/16 86/13

# F

FOREGOING [1] 97/3
FOREVER [1] 35/21
FORFEITURE [5] 61/8 61/14
61/21 88/14 94/1
FORGOT [1] 55/14
FORM [2] 20/24 20/25
FORTH [3] 35/25 37/12 65/2
FOUND [4] 62/13 63/5 64/16
82/23
FOUR [2] 12/21 36/15
FOURTH [1] 1/13
FRANCISCO [3] 7/17 7/20 9/11
FREDERICK [3] 46/2 46/11
96/8
FREE [6] 54/6 54/15 56/17
75/13 78/1 89/9
FREED [2] 21/15 23/2
FRONT [9] 27/6 41/19 56/5
56/11 56/14 60/13 60/24
80/5 80/11
FURNITURE [2] 26/7 26/9
FURTHER [7] 43/10 44/24
54/17 58/15 60/5 60/9 63/22

# G

G-A-D-D-Y [1] 72/11
GADDY [3] 72/6 72/11 75/19
GAS [6] 57/17 57/21 58/17
62/4 62/17 81/22
GAVE [23] 10/17 18/8 19/25
36/2 42/15 65/24 65/25
67/15 68/1 68/11 68/21
68/22 69/8 69/15 69/20 70/8
71/2 71/22 72/1 75/12 75/14
81/13 85/9
GENERAL [1] 51/13
GENERATED [1] 91/19
GENTLEMAN [9] 17/21 61/21
68/14 68/25 71/2 73/7 73/9
78/19 88/14
GENTLEMAN's [1] 38/22
GENTLEMEN [10] 4/25 9/21
9/22 35/17 38/21 43/1 46/17
49/12 71/15 88/10
GEORGE's [1] 42/20
GEORGIA [2] 43/8 52/19
GET [34] 2/9 2/24 3/6 3/8 4/4
4/22 18/14 18/16 19/13 21/7
23/25 26/25 28/25 32/11
38/8 44/2 54/20 57/5 62/19
63/22 63/22 66/5 68/6 69/7
75/3 78/16 80/9 80/23 82/1
85/18 87/15 88/11 88/24
91/1
GETTING [4] 5/8 22/24 36/12
36/16 76/10 76/13 81/25
GIRLS [1] 52/19
GIVE [11] 2/16 3/8 10/15 25/5
44/17 60/25 67/17 70/8
70/11 71/4 92/24
GIVEN [5] 56/2 61/18 61/20
88/17 89/4
GIVES [1] 44/10
GIVING [4] 66/7 66/8 66/18
71/6
GLASS [2] 26/11 82/5
GLOVE [1] 81/2
GLUE [2] 58/7 58/10
GLUED [2] 58/3 82/7
GO [31] 2/13 3/24 11/17
12/24 14/25 20/6 26/2 26/3

27/4 27/6 30/18 33/13 35/11
38/10 62/16 66/10 66/11
66/14 66/19 67/13 78/4 78/5
78/6 78/8 78/19 79/18 80/10
84/4 85/16 87/2 92/10
GOES [2] 4/13 36/1
GOING [55] 2/16 3/6 3/13 3/24
4/11 15/4 28/6 35/15 38/3
38/4 38/24 40/11 43/19 44/9
45/10 48/1 54/5 54/12
55/23 60/22 68/6 68/7 70/11
70/12 70/20 73/8 73/12
73/12 73/14 73/15 75/11
76/1 77/25 78/1 80/25 81/8
81/8 81/9 81/10 81/11 82/8
89/6 90/3 90/18 91/1 91/17
92/2 92/4 92/7 92/11 92/12
92/21 93/11 94/15 94/15
GONE [1] 95/2
GONZALEZ [3] 7/18 9/11 21/20
GONZALES-RUAN [2] 7/18 9/11
GOOD [21] 4/25 5/1 5/6 5/7
23/11 28/20 28/21 30/19
30/23 39/15 39/16 43/15
44/7 44/7 44/8 45/1 45/5
46/1 46/5 65/21 88/6
GORDON [26] 51/7 53/13 53/18
56/2 56/6 56/12 56/13 61/11
67/12 67/23 67/25 67/25
68/10 68/11 70/24 70/25
71/25 72/9 73/5 73/10 73/14
73/25 74/2 74/7 75/14 84/11
GORDON's [5] 53/21 70/22
74/4 74/12 74/22
GOSPEL [1] 18/17
GOT [50] 4/14 4/17 5/9 8/3
8/7 12/1 16/16 18/3 19/15
19/18 20/14 21/5 21/12
21/22 22/5 22/18 32/25
35/17 37/18 37/23 37/24
38/8 41/16 44/18 50/5 50/7
51/10 52/1 52/16 52/24
53/24 57/17 58/15 59/22
70/5 73/19 75/12 75/25 78/3
78/18 79/14 80/14 80/23
81/4 82/10 83/24 87/19
91/24 92/6 95/14
GOTTEN [1] 70/1
GOVERNMENT [32] 1/12 4/19
7/1 9/16 12/1 14/11 14/18
14/22 15/2 15/9 15/13 15/18
19/20 19/22 20/12 24/8 24/9
27/14 31/19 34/4 36/8 38/10
39/2 39/12 40/21 45/16 46/2
93/21 94/13 95/8 96/4 96/14
GOVERNMENT's [14] 9/10 9/14
18/5 31/11 31/18 39/10
41/18 42/11 49/20 50/19
62/1 63/7 63/19 63/24
GREAT [2] 72/20 94/8
GREEN [1] 49/5
GREENLEAF [1] 41/17
GREGORY [2] 13/12 13/15
GRIFFITH [3] 1/21 97/3 97/10
GUADALUPE [6] 9/11 11/23
12/20 23/21 26/1 28/23
GUESS [6] 54/19 57/4 57/8
62/24 63/2 90/21
GUESSTIMATION [1] 84/20
GUIDELINE [3] 35/5 35/22 36/2
GUIDELINES [1] 31/3
GUILTY [1] 32/6
GUNS [1] 81/3

GUY [10] 4/7 8/3 8/7 8/21
10/4 13/14 15/2 15/13 17/16
38/8
GUYS [4] 11/24 72/16 74/16
81/12
GWEN [2] 7/3 38/15

# H

HAD [77] 5/9 8/13 14/18
14/20 14/21 14/23 19/7
20/14 20/17 21/15 21/17
22/8 22/11 22/18 23/5 23/5
23/8 25/10 25/14 26/1 26/2
26/11 38/25 40/8 42/6 43/16
48/11 52/12 52/19 54/4 54/8
56/2 56/5 56/6 56/10 56/24
57/7 57/9 57/12 58/18 60/18
61/11 61/16 63/4 64/21 65/3
65/3 66/2 66/24 67/6 67/20
68/13 71/21 71/22 72/8
72/15 72/18 73/13 74/22
75/18 76/1 76/15 77/20
77/20 77/22 81/12 81/22
83/1 84/5 84/17 84/21 84/25
85/25 86/6 86/6 87/23 91/23
HADN'T [4] 70/1 70/5 72/1
72/2
HAIR [1] 11/4
HALF [2] 40/2 64/19
HAMPTON [2] 13/5 13/6
HANDED [1] 25/1
HANDLE [1] 86/12
HANDLED [1] 61/21
HANDS [1] 57/18
HANDWRITING [2] 41/3 41/5
HANDWRITTEN [1] 41/1
HAPPEN [1] 61/2
HAPPENED [21] 4/21 47/2 50/2
53/5 53/11 53/25 54/2 54/3
55/15 55/22 56/15 58/14
59/1 60/2 77/18 78/11 79/4
81/20 81/24 82/1 89/23
HAPPY [1] 4/12
HAS [15] 2/8 2/12 4/4 4/9 7/1
25/23 27/16 27/18 28/17
30/23 31/12 42/10 49/20
55/12 90/23
HATCHBACK [5] 55/13 55/17
58/1 77/22 82/5
HAVE [116]
HAVEN'T [2] 8/15 71/15
HAVING [1] 23/11
HE [190]
HE'D [1] 23/1
HE's [21] 3/4 3/5 4/11 20/25
21/2 28/8 30/23 33/4 35/13
35/14 36/12 36/16 36/17
37/10 37/14 45/11 52/5
69/22 85/6 91/20 95/18
HEAD [1] 79/1
HEADED [2] 51/14 52/19
HEADING [1] 43/3
HEADQUARTERS [3] 50/24 60/24
64/2
HEAR [3] 10/16 22/24 46/24
HEARD [6] 23/1 24/7 31/12
86/4 86/5 94/17
HEAVY [1] 50/6
HEIGHT [1] 11/16
HELD [1] 4/8
HELP [1] 12/24
HER [10] 18/3 20/17 20/19
91/1 91/3 91/9 93/16 95/4

**HER...** [2] 95/10 95/15
**HERE** [44] 2/25 3/4 4/2 4/5
4/7 12/3 16/2 17/21 19/13
19/25 20/11 23/21 23/22
30/13 31/15 31/25 32/10
33/16 34/13 34/24 35/5
35/25 36/3 37/23 37/24 38/9
40/15 42/12 43/10 49/6
49/21 62/19 63/5 68/15
78/16 87/14 90/8 90/20 91/9
93/13 95/5 95/6 95/10 95/15
**HEROIN** [4] 32/8 33/8 37/1
37/3
**HESITANT** [1] 52/2
**HEY** [3] 68/13 68/24 73/19
**HIDDEN** [34] 48/5 58/24 59/8
59/11 59/16 61/4 62/5 62/15
63/14 64/1 64/7 64/17 64/24
65/14 81/9 81/10 81/11
85/16 85/16 85/18 85/19
85/25 86/1 86/2 86/3 86/3
86/4 86/5 86/6 86/7 86/8
86/25 86/25 87/5
**HIDE** [1] 59/9
**HIGH** [3] 48/22 80/18 80/19
**HIGHER** [4] 57/10 57/10 80/20
80/20
**HIGHWAY** [23] 39/24 40/1 40/4
43/4 46/22 47/11 47/12
47/14 47/19 47/21 47/22
47/23 48/7 48/9 54/7 54/18
54/20 56/18 59/20 60/5
67/19 76/5 81/6
**HIGHWAYS** [1] 47/16
**HIM** [135]
**HIND** [1] 79/1
**HINGES** [1] 64/10
**HIS** [93] 2/18 8/17 10/8 14/15
16/14 16/22 18/13 18/15
20/13 21/12 22/2 25/16
25/21 25/23 28/4 32/13
32/14 32/20 33/23 35/11
35/11 35/22 37/4 37/11
41/16 44/18 45/11 50/11
50/13 51/7 51/12 51/12
51/15 51/17 52/1 52/7 52/8
52/9 52/22 52/23 53/6 54/3
54/6 54/10 54/14 54/21
54/21 55/6 55/6 55/7 55/9
55/11 55/20 55/24 56/3 56/8
56/14 57/14 60/17 60/17
66/8 66/15 66/15 66/18
66/19 67/10 67/15 68/19
68/21 68/22 69/2 69/13
69/17 69/18 70/18 71/2 71/4
73/6 73/22 73/25 74/3 74/24
75/4 75/12 75/14 76/13
77/13 77/14 77/15 78/1 78/2
78/8 79/1
**HISPANIC** [1] 6/7
**HISPANICS** [1] 6/6
**HISTORY** [2] 37/12 46/18
**HOLD** [3] 38/4 92/5 92/17
**HOLDING** [1] 35/11
**HOME** [2] 24/21 24/22
**HONDA** [11] 42/6 42/18 42/23
42/25 49/5 49/13 51/1 59/12
61/5 61/15 61/24
**HONOR** [32] 2/5 2/21 2/23
3/23 7/7 8/18 9/5 31/17
33/6 36/4 37/21 38/2 38/12
38/18 39/2 40/21 44/25
45/1 45/2 87/24 89/13
90/17 91/10 91/12 91/22
92/8 92/23 93/2 93/7 93/14
94/4 94/10
**HONORABLE** [1] 1/9
**HOOD** [2] 60/12 83/2
**HOPING** [2] 2/9 90/24
**HORNE** [2] 93/3 93/5
**HOUR** [9] 41/9 41/9 43/20
43/21 48/23 70/2 70/3 70/3
89/4
**HOURS** [1] 85/25
**HOUSE** [18] 14/8 14/8 25/2
25/10 25/11 25/12 25/14
25/24 26/3 26/6 26/7 26/9
26/18 26/20 27/9 27/11 28/9
86/11
**HOW** [55] 2/14 2/20 4/13 5/18
5/18 13/19 18/14 18/16
26/18 28/4 29/5 29/18 29/22
30/8 30/8 34/15 37/18 37/24
39/20 39/25 42/14 43/14
43/15 46/6 46/9 52/15 55/6
57/22 58/9 61/4 63/23 64/7
64/17 65/20 65/21 66/14
66/23 67/1 67/9 72/3 75/16
75/16 78/22 81/14 82/1
85/18 85/24 87/9 87/10
87/15 87/16 87/17 87/18
90/19 93/25
**HOWEVER** [2] 51/22 87/4
**HUNDREDS** [9] 33/22 34/1 36/5
36/7 67/3 67/4 84/24 85/1
94/18
**HUVELLE** [1] 1/9
**HYATTSVILLE** [1] 41/17
**HYDROCHLORIDE** [2] 33/11
33/20

I

**I'D** [10] 31/17 34/3 39/25
40/18 41/25 46/13 46/16
47/24 49/11 61/11
**I'LL** [4] 44/6 90/2 94/12 95/17
**I'M** [39] 2/16 3/24 7/2 12/8
12/9 12/19 13/1 15/4 16/5
24/4 28/21 28/22 30/1 30/13
36/17 39/23 46/11 46/20
46/22 47/3 63/17 67/14 68/6
68/7 68/9 70/11 75/14 78/3
87/24 88/25 89/21 90/2 92/1
92/10 92/13 92/22 92/23
93/20 95/9
**I'VE** [11] 10/4 25/25 29/19
35/17 54/1 57/3 59/14 84/19
85/25 86/5 94/3
**I-85** [1] 41/10
**I-N-D-E-X** [1] 96/1
**ICE** [2] 55/14 93/18
**ID** [2] 52/8 71/4
**IDEA** [2] 63/23 76/12
**IDENTIFICATION** [4] 52/2 52/4
52/7 75/14
**IDENTIFIED** [1] 50/11
**II** [8] 32/15 32/18 32/22
33/13 33/13 33/14 33/18
34/19
**ILLEGAL** [6] 55/4 56/21 77/20
79/3 83/3 83/5
**IMPLYING** [1] 94/17
**INCLUDED** [2] 82/19 82/21
**INCOME** [5] 88/13 91/21 91/23
92/7 92/12
**INCONSISTENT** [1] 52/24
**INCORRECT** [1] 73/11
**INDICATE** [1] 59/18
**INDICATED** [7] 56/20 56/23
65/3 77/14 77/19 78/12
81/16
**INDICATES** [2] 79/1 79/2
**INDICATOR** [1] 65/1
**INDICTED** [2] 9/12 16/16
**INDICTMENT** [10] 7/13 7/15 9/9
9/12 9/12 9/14 9/16 9/23 9/23
22/9 22/19
**INDIVIDUAL** [1] 50/16
**INDIVIDUALS** [1] 52/25
**INDULGENCE** [2] 16/20 90/22
**INFORMATION** [14] 41/21 41/21
42/2 51/18 51/19 53/15
53/21 53/22 53/23 66/15
66/17 70/22 74/25 91/25
**INFORMED** [1] 56/1
**INFRACTION** [2] 75/6 77/3
**INITIAL** [1] 66/18
**INITIALLY** [4] 52/1 55/8 71/4
82/3
**INITIATED** [2] 49/3 50/3
**INMATE** [9] 15/18 18/9 18/11
18/14 18/16 18/17 18/20
18/22 18/25
**INMATE'S** [1] 18/11
**INMATES** [6] 15/1 15/8 15/12
15/23 15/25 19/6
**INORDINATE** [1] 90/21
**INSIDE** [9] 11/5 14/15 60/10
61/5 61/17 62/14 70/1 71/18
82/15
**INSINUATE** [1] 92/6
**INSINUATING** [1] 92/12
**INSTALLATION** [1] 58/21
**INSTEAD** [1] 81/1
**INSTRUCT** [3] 4/20 31/10 49/1
**INSTRUCTED** [1] 85/7
**INSTRUCTION** [2] 61/18 95/19
**INTAKE** [1] 23/24
**INTERACT** [2] 42/25 44/5
**INTERDICTION** [14] 46/22 47/11
47/13 47/14 47/19 47/21
47/22 47/23 54/1 58/4
67/19 76/5 77/6 81/7
**INTERIOR** [5] 48/5 57/2 79/24
80/1 80/5
**INTERPRETER** [136]
**INTERPRETERS** [3] 4/17 38/4
90/15
**INTERRUPT** [1] 2/25
**INTERRUPTING** [1] 38/22
**INTERSECTS** [1] 50/4
**INTERSTATE** [5] 43/5 48/9
48/10 50/5 50/7
**INTERVIEW** [3] 5/24 14/22
20/17
**INTERVIEWED** [1] 6/8
**INTRODUCE** [3] 39/19 44/7 46/9
**INTRODUCTION** [1] 47/15
**INVESTIGATING** [1] 40/7
**INVESTIGATOR** [7] 20/14 20/21
21/12 21/14 46/12 47/3 47/4
**INVOLVED** [4] 29/15 29/19 34/1
47/21
**IRS** [6] 90/25 91/7 92/5 94/14
94/21 95/12
**IS** [137]
**ISN'T** [14] 8/17 10/2 11/25

**I**

ISN'T... [11] 14/11 14/17 16/14
17/16 18/20 24/9 29/7 29/9
73/7 79/22 86/3
ISSUE [4] 40/8 41/13 44/14
94/11
ISSUED [4] 40/12 41/14 44/20
71/19
ISSUES [2] 2/6 60/14
IT [190]
IT's [34] 18/9 20/24 21/3
21/25 22/12 24/11 29/14
30/22 33/6 33/8 33/16 34/9
34/17 35/11 39/22 40/23
42/4 42/6 42/16 43/7 43/23
63/11 63/11 68/17 71/10
81/10 81/11 83/6 83/23
86/20 89/25 90/1 92/12
92/21
ITEM [1] 40/22
ITEMS [3] 39/3 40/16 45/17
ITS [1] 79/1

**J**

JACKET [1] 84/11
JAIL [9] 6/13 14/25 15/12
18/10 19/23 22/25 23/9
23/15 23/17
JANUARY [1] 1/7
JAVIER [24] 7/17 7/20 8/3 8/7
8/22 9/11 10/3 10/11 11/5
11/9 19/4 21/7 21/12 21/15
21/18 21/19 21/22 22/5 22/8
22/18 22/24 23/10 23/19
33/23
JAVIER's [1] 22/1
JEFFREY [1] 1/17
JERSEY [1] 95/3
JOB [2] 68/19 77/6
JONES [67] 1/5 1/16 2/3 2/15
5/2 6/16 6/20 6/23 9/19
10/3 10/6 10/8 10/13 10/19
10/21 11/4 14/12 14/15
15/19 15/24 16/1 16/2 16/2
16/4 16/11 16/15 16/23
16/25 17/6 17/6 17/12 17/14
17/18 17/20 18/23 19/2 19/2
19/6 24/11 24/13 24/15
24/18 24/24 25/1 25/5 25/10
25/14 25/24 25/25 27/9 28/5
28/9 28/16 33/23 36/24
42/19 49/25 65/17 73/5
78/16 88/23 91/20 94/17
96/5 96/7 96/9 96/10
JONES' [10] 10/11 13/24 14/14
25/18 25/19 28/4 61/5 61/14
61/24 91/17
JORGE [6] 10/6 10/15 10/18
10/23 10/24 11/2
JR [1] 28/25
JUDGE [4] 1/10 4/1 32/17
32/19
JULY [1] 20/16
JUMPER [1] 58/12
JURY [38] 1/9 4/20 4/24 8/21
11/8 11/20 24/14 25/19
27/15 28/5 28/8 31/10 32/3
33/22 35/15 35/20 36/16
38/13 38/17 38/19 39/20
43/2 46/9 46/17 49/12 72/15
77/18 78/18 79/17 81/1 83/8
84/5 85/3 85/9 85/24 88/10

**J** (cont.)

89/13 89/25
JUST [75] 8/25 13/14 14/19
4/14 10/14 11/20 11/25 13/5
22/1 28/11 28/19 28/19
28/22 30/10 32/25 38/24
40/3 41/22 43/1 46/17 51/11
51/13 51/17 52/4 53/12
53/12 53/14 54/2 54/22
55/17 55/23 55/24 56/3
56/23 57/5 57/9 57/23 59/8
59/14 59/15 60/3 60/3 60/6
60/1 63/21 64/10 64/19
65/5 65/8 68/8 71/10 72/8
73/19 74/23 75/6 77/25 78/4
78/19 79/2 79/15 79/15
80/11 80/19 82/14 82/16
84/20 86/13 86/14 86/14
88/4 89/4 92/12 92/13 92/22
94/17

**K**

K-9 [12] 54/5 56/16 59/2
75/18 75/24 76/4 76/6 78/1
78/3 78/4 78/9 78/19
KEEP [7] 61/13 85/13 86/10
92/2 92/6 92/11 92/21
KEPT [3] 61/13 85/10 88/23
KEY [1] 25/6
KEYS [3] 10/15 10/18 25/2
KILOGRAMS [4] 32/8 32/9 33/5
33/19
KILOS [16] 31/25 33/1 33/8
33/22 34/1 34/14 34/16 35/5
36/5 36/7 36/9 36/11 36/18
36/19 37/2 37/3
KIND [10] 24/23 52/2 55/17
57/4 57/5 57/17 63/21 63/22
79/15 84/23
KNEES [1] 55/18
KNEW [12] 18/23 19/2 19/6
20/3 20/4 22/15 67/9 73/24
74/3 74/19 80/24 87/6
KNOW [85] 2/18 3/9 5/12 6/21
6/23 7/17 8/1 15/1 15/2
15/23 16/1 17/5 17/15 18/11
18/11 18/13 18/14 18/15
18/16 18/21 20/1 20/2 22/5
22/8 22/11 22/12 22/15 24/6
24/7 24/11 25/5 25/23 26/1
28/4 28/11 30/7 30/8 32/5
33/4 33/15 35/5 35/18 35/21
37/23 50/16 52/5 56/24
57/19 57/22 58/9 59/15
61/12 68/5 68/8 70/6 72/14
72/16 73/4 73/6 73/6 73/21
73/22 73/22 74/4 74/7 74/9
74/12 74/16 74/17 77/23
79/7 82/6 85/20 86/1 86/16
88/23 89/19 90/1 90/5 90/12
91/5 92/14 92/17 94/18
95/20
KNOWING [1] 76/6
KNOWLEDGE [6] 57/14 57/23
59/14 60/19 60/19 61/1
KNOWN [1] 59/14
KOLLAR [28] 32/17 32/19
KOLLAR-KOTELLY [2] 32/17
32/19
KOTELLY [2] 32/17 32/19

**L**

LACK [1] 91/18
LADIES [9] 4/25 9/21 35/17

**L** (cont.)

38/21 43/1 46/17 49/12
73/18 88/10
LAMBERTH's [1] 4/1
LAPSE [1] 55/10
LARGE [5] 55/3 56/10 56/13
86/23 87/3
LARGO [3] 12/15 13/6 24/20
LAST [39] 10/16 12/19 24/6
27/22 27/24 28/4 39/18
39/22 46/7 46/22 46/24 53/2
53/3 53/6 53/7 53/8 68/5
72/10 72/17 73/6 73/21
73/22 73/22 73/24 73/25
74/2 74/3 74/4 74/7 74/12
74/17 75/20 81/5 87/14
89/15 89/21 92/1 92/16
95/20
LASTLY [1] 63/24
LATE [1] 38/10
LATER [2] 23/9 63/10
LATEST [1] 89/11
LAW [9] 40/6 52/5 71/15
71/18 83/5 83/6 83/12 83/23
89/16
LAWRENCE [5] 41/14 41/21
50/18 52/13 53/21
LAWYER [4] 31/2 31/23 34/24
35/4
LAYING [1] 51/22
LEADER [1] 36/14
LEARNED [2] 51/3 56/9
LEASE [1] 28/2
LEAST [6] 32/8 33/5 33/19
84/7 84/8 84/12
LEAVE [13] 4/7 54/16 69/24
75/8 75/10 75/13 76/7 76/9
76/10 76/17 76/23 77/2
89/12
LEAVES [1] 58/22
LED [3] 63/3 64/11 80/6
LEECH [2] 13/13 13/15
LEFT [8] 11/17 26/13 65/2
65/3 65/11 65/11 75/23
76/25
LEGAL [1] 88/16
LEGALITY [1] 95/19
LEGALLY [1] 88/16
LEGITIMATE [5] 62/17 91/21
91/23 92/7 92/12
LEGS [1] 79/1
LENGTHS [1] 72/20
LENGTHY [2] 93/4 93/6
LESS [1] 38/15
LET [13] 3/9 3/20 11/12 30/19
42/10 67/13 68/13 68/24
69/7 80/9 81/14 87/2 92/9
LET's [11] 2/24 4/3 4/3 4/17
14/25 20/6 31/25 32/11
33/13 84/4 85/16
LETTER [5] 25/22 35/8 35/9
35/10 73/19
LETTERS [1] 28/11
LEVEL [1] 37/5
LEVELS [6] 39/4 39/9 39/11
40/22 91/19 96/17
LICENSE [28] 41/17 41/20
41/21 42/14 44/8 44/12
44/19 50/11 50/14 50/21
54/10 66/8 66/15 66/19 67/8
67/10 67/15 68/21 68/22
69/2 69/8 69/13 69/18 70/14
71/2 74/23 75/4 75/12
LIFE [4] 23/17 31/8 36/1

## L

LIFE... [1] 40/13
LIFTED [3] 58/1 80/7 82/5
LIGHT [1] 65/3
LIGHTS [2] 44/3 48/5
LIKE [32] 3/6 4/10 5/14 13/23
19/1 19/3 20/9 31/10 31/17
34/3 39/25 40/18 41/25
46/13 46/16 47/24 49/11
55/7 55/8 57/3 58/7 58/8
58/12 58/16 58/18 63/15
65/8 74/20 81/15 91/23 92/3
92/14
LIMITES [1] 41/11
LIMITS [1] 48/16
LINED [1] 94/14
LISA [3] 1/21 97/3 97/10
LIST [5] 19/61 91/8 91/10
93/20 93/21
LITERALLY [1] 4/11
LITTLE [9] 17/16 38/10 42/4
59/2 59/3 60/5 62/9 72/20
89/7
LIVE [3] 12/22 26/2 26/3
LIVED [6] 12/17 12/20 13/1
13/3 25/24 26/1
LIVING [7] 13/13 13/15 13/22
14/1 26/12 26/13 26/14
LOAD [1] 12/24
LOCATE [2] 61/4 63/13
LOCATED [2] 65/4 84/11
LOCATION [1] 48/15
LOCATIONS [1] 24/17
LOCKED [5] 8/11 20/12 21/5
21/7 23/13
LOG [1] 90/2
LONG [11] 2/20 2/21 26/18
29/18 39/25 59/23 66/14
66/16 66/23 78/22 81/14
LONGER [3] 2/14 37/18 37/24
LOOK [9] 35/4 36/25 49/14
49/16 57/15 59/16 63/15
80/19 92/2
LOOKED [6] 57/18 58/16 58/17
64/6 80/18 82/11
LOOKING [12] 14/12 40/5 62/2
62/3 62/4 62/5 62/8 63/8
64/10 78/23 81/1 93/20
LOOKS [1] 3/6
LOSE [1] 35/15
LOT [5] 15/23 24/21 29/3 31/5
67/19
LOTS [1] 92/6
LOUD [1] 32/1
LOZENGE [1] 78/14

## M

M-I-L-L-E-R [1] 39/23
MA'AM [13] 5/3 39/22 40/10
40/17 40/20 41/5 41/16
41/24 42/9 42/13 42/21
43/11 45/2
MADE [13] 9/20 26/11 27/12
36/3 45/22 48/23 50/24
66/15 67/17 72/2 75/25
81/12 95/3
MAGAZINES [1] 28/11
MAGNET [3] 65/4 65/5 65/12
MAIL [4] 25/10 25/14 27/8
27/22
MAIN [2] 40/4 43/7
MAKE [13] 6/25 20/8 34/3
36/8 55/16 55/24 56/4 60/3
82/18 84/20 88/25 92/3
95/14
MAKES [1] 94/18
MALE [1] 42/24
MAN [5] 20/1 32/22 67/16
72/22 73/21
MAN'S [1] 73/4
MANAGEMENT [1] 36/15
MANAGER [1] 83/15
MANUAL [1] 64/7
MANUFACTURED [1] 58/20
MANUFACTURER [3] 57/20 58/23
80/21
MANY [15] 5/18 5/19 29/22
30/8 30/8 34/15 40/8 40/8
43/16 67/1 72/3 75/16 75/16
87/9 87/10
MARCH [1] 41/9
MARIJUANA [3] 30/17 37/3 37/3
MARKED [2] 42/10 48/2
MARKET [6] 58/19 58/21 61/16
62/13 81/21 86/2
MARSHALS [9] 3/3 3/8 3/10
3/17 4/6 4/7 37/24 90/6
90/12
MARY [2] 42/7 49/19
MARYLAND [10] 20/12 21/6
21/8 21/9 41/17 41/20 42/7
49/19 50/20 68/4
MATTER [4] 14/25 29/12 32/12
97/5
MAXED [4] 36/23 37/6 37/10
37/14
MAY [7] 22/21 22/24 23/6
23/8 36/21 58/12 95/18
MAYBE [6] 13/1 23/7 24/16
28/3 61/12 66/19
MAYNARD [49] 27/22 27/24
28/6 28/9 28/23 41/14 41/22
42/1 43/2 44/20 50/18 51/8
52/13 52/16 52/20 53/1
53/12 54/9 56/2 56/5 56/8
56/23 57/12 60/13 61/10
61/18 65/22 67/12 67/18
67/20 68/1 68/16 68/12
71/21 73/15 74/4 74/11
74/23 75/1 75/8 75/10 75/14
76/7 77/7 77/20 79/6 83/15
84/11 88/23
MAYNARD'S [8] 28/2 53/7 53/8
53/21 67/8 74/2 74/7 77/15
ME [56] 3/2 6/18 6/18 6/18
15/18 18/21 20/1 20/4 23/23
23/24 24/9 25/1 26/4 28/17
29/21 30/2 30/19 42/10
51/18 52/3 52/3 52/8 52/18
52/21 53/2 54/3 55/1 55/19
56/2 63/3 64/1 66/18 68/16
68/13 68/22 68/24 69/2 69/7
70/15 70/16 70/17 71/5 73/6
73/11 75/4 78/8 80/8 81/13
81/14 83/16 87/2 87/2 87/18
89/19 89/23 92/9
MEAN [20] 5/14 13/24 17/8
23/11 27/4 35/18 36/1 45/23
47/12 58/11 58/21 59/7
68/16 69/25 70/15 71/18
74/2 82/1 84/10 84/24
MEANING [1] 59/19
MEANS [3] 58/22 78/13 88/16
MECHANICAL [1] 1/25
MECHANISM [1] 88/11
MECKLENBURG [1] 41/12
MEMBER [2] 47/19 48/1
MEMBERS [2] 39/19 46/9
MEMORY [1] 49/14
MENTION [1] 73/2
MENTIONED [5] 3/23 13/6 69/3
77/19 87/2
MESSING [1] 64/19
MET [2] 52/20 73/13
METAL [1] 26/11
MEXICO [7] 8/13 8/16 8/22
23/3 23/4 23/10 23/19
MICHELE [1] 1/12
MIDDLE [1] 46/25
MIGHT [3] 4/21 89/25 95/20
MILE [6] 41/8 41/9 43/20
43/20 48/23 70/3
MILES [3] 68/7 70/2 70/2
MILITARY [1] 46/20
MILLER [12] 2/8 2/12 2/20
2/24 4/3 38/9 39/12 39/22
43/14 72/13 72/14 96/6
MIND [2] 52/25 54/23
MINE [1] 57/11
MINIVAN [2] 42/6 49/5
MINUTE [6] 8/1 16/5 16/5
37/17 78/24 78/25
MINUTES [9] 2/16 2/22 4/11
38/15 66/20 81/17 81/18
81/19 81/19
MIRROR [2] 65/1 65/12
MISCELLANEOUS [1] 31/18
MISTAKE [2] 21/15 23/6
MODIFICATIONS [1] 57/13
MOMENT [2] 16/10 26/12
MONDAY [2] 95/13 95/16
MONEY [58] 26/5 47/16 56/22
59/25 60/3 60/7 60/9 60/11
60/15 60/16 60/18 60/19
60/19 60/20 60/23 60/24
60/25 61/1 61/4 61/9 61/10
61/10 61/13 61/13 61/19
61/23 63/5 63/18 63/23 64/1
64/4 81/3 83/3 83/5 83/12
83/24 84/1 84/4 84/21 85/5
85/8 85/9 85/10 85/10 85/12
85/14 85/15 86/17 86/23
86/23 86/3 87/3 87/8 88/10 88/12
88/15 88/16 88/16 88/24
MONITORING [2] 48/12 48/21
MONTH [8] 8/12 12/6 23/6
23/8 23/9 25/5 25/8 26/23
MONTHS [5] 12/18 12/21 13/2
13/4 30/12
MORE [16] 8/15 30/9 33/19
45/13 62/24 68/25 72/20
83/7 83/8 83/11 83/13 84/13
87/18 87/22 95/14 95/16
MORNING [5] 5/8 24/3 44/7
95/4 95/24
MOST [5] 37/15 44/3 52/14
58/11 66/20
MOTION [7] 9/7 9/10 9/14 9/17
9/19 9/20 9/25
MOTOR [2] 40/6 41/20
MOVE [4] 24/2 24/3 45/16
55/17
MOVES [1] 39/2
MOVING [1] 24/4
MR [6] 10/2 92/7 96/5 96/7
96/9 96/10
MR. [115]
MR. BARRONE [4] 3/14 90/5

# M

MR. BARRONE... [2]  90/13 91/4
MR. GORDON [16]  53/13 56/2
56/6 56/12 56/13 67/12
67/23 67/25 68/10 68/11
70/24 70/25 71/25 73/14
73/25 84/11
MR. GORDON's [1]  70/22
MR. JONES [27]  2/15 5/2 9/19
10/3 10/13 14/12 14/15 16/1
16/11 24/11 24/13 24/15
24/18 24/24 25/1 25/5 25/10
25/14 25/24 25/25 33/23
36/24 65/17 78/16 88/23
91/20 94/17
MR. JONES' [9]  10/11 13/24
14/14 25/18 25/19 61/5
61/14 61/24 91/17
MR. MAYNARD [36]  42/1 43/2
44/20 51/8 52/16 52/20 53/1
53/12 54/9 56/2 56/5 56/8
56/23 57/12 60/13 61/18
65/22 67/12 67/18 67/20
68/1 68/11 68/12 71/21
73/15 74/11 74/23 75/11 75/8
75/10 76/7 77/7 77/20 79/6
83/15 84/11
MR. MAYNARD's [3]  28/2 67/8
77/15
MR. MILLER [1]  43/14
MR. WHITEHEAD [2]  2/11 65/16
MR. ZENTURA's [2]  9/15 16/21
MR. ZINTURA [14]  5/6 9/15
9/24 14/17 14/25 15/8 15/22
27/8 29/5 31/12 36/23 38/23
90/5 90/7
Ms [3]  96/7 96/9 96/10
Ms. [1]  4/2
Ms. SCIALPI [1]  4/2
MUCH [22]  2/14 37/18 37/24
43/9 44/22 47/14 47/20
51/3 51/15 54/4 57/10
60/18 61/4 62/25 64/9 64/12
65/16 68/7 80/20 89/1 89/10
95/14
MY [57]  14/7 17/19 20/14
20/21 21/12 27/11 27/12
27/13 27/16 31/4 41/5 44/2
44/3 44/5 44/12 44/13 44/13
44/18 46/21 48/3 48/3 48/12
48/21 48/24 49/14 50/3
51/12 51/16 53/15 54/1 54/2
54/3 56/5 56/7 57/6 57/17
57/23 57/23 59/13 64/9
69/25 72/2 72/18 74/22
74/25 75/12 75/25 76/1 77/6
79/6 81/6 83/2 85/5 86/6
87/4 87/24 87/25
MYRTLE [3]  25/11 26/19 26/21
MYSELF [6]  44/7 50/11 50/24
57/5 75/19 76/1

# N

NAME [57]  6/4 7/13 7/15
16/14 16/23 18/11 18/12
18/13 18/15 18/17 25/16
25/18 25/19 25/21 25/23
27/22 27/24 28/2 28/4 28/4
39/17 39/18 39/22 46/8
49/25 50/16 51/4 51/6 51/7
53/2 53/3 53/7 53/7 53/8
53/17 68/5 68/5 72/5 72/10

72/17 73/4 73/5 73/6 73/21
73/23 73/25 73/25 74/2 74/4
74/2 74/3 74/5 74/8 74/12
74/17 74/18 74/19 84/24
NAMED [1]  19/3
NAMELY [2]  81/13 85/6
NAMING [1]  19/3
NARCOTICS [1]  77/21
NASSAU [1]  1/18
NATIONAL [1]  53/16
NC [10]  45/17 45/17 45/17
45/17 45/18 45/18 62/1
62/22 63/7 63/24
NEED [9]  4/20 37/20 52/3
61/22 78/14 90/5 90/8 90/12
94/21
NEEDED [4]  31/18 56/24 76/25
79/7
NEEDS [1]  2/12
NEIGHBOR [1]  27/5
NEIGHBORS [2]  26/25 27/5
NEITHER [2]  29/11 73/24
NEVER [32]  10/2 10/4 11/10
14/19 14/22 15/17 23/1
23/23 24/7 24/24 25/25
26/14 27/1 27/3 27/21 59/14
73/7 74/11 77/10 78/6 79/17
79/19 79/20 80/1 85/10
85/12 85/13 85/14 85/15
87/2 91/1 91/24
NEW [5]  16/2 16/3 29/2 57/4
95/3
NEXT [10]  3/3 3/10 37/25 38/9
44/11 51/20 72/16 77/5
85/17 87/1 94/3
NEXTEL [2]  93/23 93/25
NICE [3]  69/24 70/7 89/11
NIGHT [1]  3/6
NIGHTCLUB [3]  15/15 15/16
52/23
NINE [3]  4/10 89/6 89/12
NO [91]  1/23 4/23 5/25 6/3 6/5
6/12 7/7 7/10 9/5 10/14
13/15 13/25 14/7 14/20
14/24 15/17 17/13 18/13
18/22 19/24 20/2 21/10
21/14 23/1 23/14 23/16
23/18 25/25 26/1 26/14 27/1
27/16 27/20 27/25 28/17
28/21 29/8 29/11 29/21 30/5
33/15 34/8 34/9 34/10 35/2
36/10 38/1 39/3 43/10 44/24
53/23 55/12 56/25 58/8
60/18 60/19 66/3 69/3 71/24
72/2 74/4 74/13 75/9 76/12
77/9 77/11 77/13 77/17 79/8
79/19 79/21 79/25 80/13
82/16 82/22 84/1 84/3 84/16
84/17 85/15 85/23 86/15
87/23 87/23 89/21 91/19
91/19 93/25 96/13 96/20
96/21
NOBODY [3]  13/25 28/17 86/16
NON [1]  58/20
NON-MANUFACTURED [1]  58/20
NONE [1]  87/12
NOON [1]  12/6
NORMA [1]  93/3
NORMAL [4]  44/5 57/10 86/13
92/15
NORTH [19]  38/24 39/23 40/1
40/4 40/6 40/18 41/2 41/12
43/6 43/6 43/23 45/3 48/7

48/12 52/5 71/8 71/10 71/10
71/12 71/23 71/23 72/11
Nos [1]  39/10
NOT [80]  2/21 3/6 3/9 3/17
15/23 16/3 16/25 21/1 21/25
22/2 23/1 16 23/17 28/21
29/14 30/2 30/3 33/19 35/13
36/1 36/8 36/10 36/24 40/11
42/22 42/25 53/6 57/14
57/20 60/17 61/13 67/13
67/14 68/15 68/17 69/25
70/7 71/17 71/17 12 71/20
71/24 72/18 72/20 72/22
73/18 75/9 77/17 78/24
78/25 80/8 80/10 80/10
80/13 81/6 81/8 81/16 82/19
82/21 84/12 84/16 85/3 85/5
85/5 85/21 85/23 86/7 86/9
87/1 87/24 89/10 90/1 90/6
91/12 92/4 92/4 93/23 94/2
94/13 95/5 95/6
NOTE [9]  17/25 18/6 18/8
19/13 19/15 19/18 19/19
19/25 20/6
NOTED [1]  41/22
NOTES [3]  5/21 49/15 49/16
NOTHING [1]  69/3
NOTICE [1]  94/20
NOTICED [6]  48/22 50/8 58/3
58/15 80/19 81/21
NOW [31]  3/14 4/12 20/24
20/25 23/23 24/6 25/10
26/19 34/13 34/21 47/3
51/21 57/1 61/10 64/5 69/22
69/22 71/15 72/15 74/16
74/20 75/1 75/8 76/6 77/5
81/14 82/14 82/23 84/4 92/4
95/11
NUMBER [20]  7/3 9/13 22/8
22/11 42/7 42/8 42/11 42/11
42/12 49/12 49/21 49/21
50/19 62/1 62/2 63/7 63/19
63/24 93/4 95/10
NUMBERS [1]  86/11
NUMEROUS [1]  85/25
NW [2]  1/13 1/18

# O

O'BRIEN [3]  90/24 91/7 91/16
O'CLOCK [2]  4/10 89/8
O'TOOLE [2]  1/17 1/18
OBJECT [4]  7/25 11/10 15/4
91/22
OBJECTION [16]  7/6 8/4 8/18
9/1 9/2 9/5 13/23 20/22
21/24 24/1 30/20 34/7 39/3
45/19 45/25 83/20
OBJECTIONS [1]  45/19
OBSCURITIES [1]  63/2
OBSERVED [2]  79/15 80/24
OBVIOUS [1]  40/11
OCCASION [2]  24/13 40/8
OCCASIONS [2]  24/13 24/14
OCCURRED [1]  41/10
ODYSSEY [9]  42/6 42/18 49/5
49/13 51/1 59/12 61/5 61/15
61/24
OFF [9]  4/8 34/17 36/12 36/17
39/6 41/16 76/11 85/15 92/5
OFFERED [1]  60/23
OFFICE [2]  1/13 86/6
OFFICER [22]  2/8 4/9 45/10
47/1 54/5 56/16 58/4 59/2

**O**

OFFICER... [14] 66/23 67/19 68/17 68/17 68/19 70/14 72/5 72/6 72/13 72/14 75/18 75/19 75/19 81/7
OFFICERS [8] 2/6 5/10 5/12 47/15 72/3 75/16 75/19 75/23
OH [5] 14/9 68/22 73/2 91/5 94/5
OKAY [64] 3/2 3/8 3/12 3/15 4/3 4/18 4/23 9/17 9/20 11/13 16/24 24/2 26/7 26/10 26/16 28/13 31/16 31/25 32/22 32/23 34/5 34/9 36/20 37/7 37/10 38/15 39/1 41/13 45/12 45/25 50/25 53/9 56/19 65/17 69/7 70/5 72/15 77/7 78/3 78/9 78/15 82/23 84/4 85/16 89/2 89/9 89/24 90/12 90/13 90/18 91/5 91/13 92/18 92/19 93/1 93/8 93/11 93/12 93/17 93/25 93/25 94/8 94/8 95/15
OLD [4] 11/3 29/5 29/6 67/9
OLDER [1] 67/16
ONCE [26] 4/22 10/5 24/24 50/11 51/10 54/10 58/22 59/22 60/5 66/15 67/20 70/18 75/4 75/11 76/1 76/13 77/13 77/19 78/3 78/9 80/2 80/9 80/23 81/16 82/4 87/4
ONE [44] 2/7 2/10 2/11 2/12 4/14 5/3 6/7 14/12 14/18 14/20 14/23 16/3 18/1 23/21 24/10 24/21 29/12 29/16 29/17 29/23 30/1 30/2 35/16 37/25 42/4 42/16 42/24 50/4 54/2 57/4 58/4 59/1 11 72/16 72/20 72/21 73/22 75/20 75/23 83/16 87/18 87/19 87/22 93/14 94/5
ONES [1] 94/3
ONLY [12] 6/14 12/17 12/20 14/16 14/17 23/8 25/23 28/22 30/11 31/14 74/11 90/13
OPEN [13] 55/17 59/22 60/4 63/22 64/7 64/8 64/15 64/17 64/23 65/6 86/12 92/7 92/22
OPENED [2] 64/22 65/14
OPENING [1] 54/21
OPERATE [1] 87/17
OPPORTUNITY [1] 49/7
ORDER [8] 9/24 38/19 38/21 38/25 45/9 45/11 64/21 80/3
ORDERING [1] 94/13
ORGANIZATIONS [1] 46/18
ORIGINAL [1] 32/20
ORIGINALLY [1] 41/8
OTHER [28] 2/10 2/11 3/13 3/19 9/22 10/15 11/9 11/24 15/25 19/3 19/24 16/24/13 25/22 27/5 37/18 37/20 37/22 45/8 45/10 52/9 53/17 59/12 70/23 72/5 85/6 89/5 94/5
OTHER'S [4] 73/24 74/17 74/17 74/19
OTHERS [1] 12/21
OTHERWISE [1] 37/16
OUR [9] 3/3 3/10 40/4 42/4

49/1 50/24 64/2 64/2 91/8
OUT [52] 2/17 2/24 3/6 3/20 4/9 7/24 11/16 14/12 24/10 27/6 32/1 35/20 36/23 37/6 37/10 37/12 37/14 38/19 43/5 45/9 45/11 49/2 50/5 51/11 52/7 54/6 59/4 64/1 64/6 64/17 67/4 69/9 70/19 72/3 73/17 75/1 75/2 75/3 75/12 76/25 78/16 82/6 82/10 85/18 87/15 87/16 87/17 87/18 89/13 92/7 92/21 95/7
OUTER [1] 55/24
OUTSIDE [2] 27/3 82/17
OVER [12] 3/24 35/4 42/4 66/4 66/6 70/15 70/23 71/25 81/4 83/24 85/3 89/16
OVERDOES [1] 95/8
OWN [3] 10/8 72/18 85/22
OWNER [5] 57/24 86/20 87/10 87/11 92/15

**P**

P.M [4] 1/8 1/9 12/7 95/25
PACKAGED [1] 63/23
PAGE [1] 96/13
PANNED [1] 76/25
PANORAMIC [1] 57/5
PAPER [4] 25/16 25/18 25/19 34/25
PAPERS [1] 89/12
PARAGRAPH [2] 35/11 37/13
PARKING [1] 24/21
PART [7] 4/21 10/16 47/8 52/14 54/18 66/18 80/5
PARTICULAR [15] 41/3 42/2 42/18 47/8 48/3 48/10 48/19 49/8 49/15 49/23 58/24 61/6 67/21 71/24 79/5
PARTIES [3] 9/8 9/10 16/21
PARTNER [4] 48/12 48/21 54/1 76/1
PARTNER'S [1] 56/7
PARTNERS [2] 54/2 54/2
PARTY [1] 52/23
PASSENGER [21] 42/22 42/24 50/6 50/7 50/8 51/4 51/6 51/17 51/21 51/23 51/25 52/6 52/15 52/18 53/3 53/6 53/14 56/1 67/23 75/21 71/1
PASSENGER'S [2] 53/2 68/5
PAT [2] 55/24 77/25
PAT-DOWN [1] 55/24
PATROL [3] 39/24 40/1 40/5
PATRONS [1] 54/19
PATTED [1] 56/3
PAUSE [2] 16/12 45/15
PAUSED [2] 55/8 78/13
PAY [1] 66/2
PEEPED [1] 24/10
PENDING [2] 32/16 32/18
PEOPLE [9] 5/18 19/3 28/24 68/3 72/19 88/11 93/12 93/20 94/23
PERFORM [2] 55/23 57/1
PERFORMING [1] 68/19
PERIOD [1] 94/16
PERMISSION [2] 3/7 56/2
PERSON [29] 3/8 3/13 4/4 4/15 7/17 7/20 10/25 11/5 11/9 13/12 15/2 15/3 16/9 16/14 16/25 32/7 43/2 44/10 44/15

44/16 49/25 50/25 56/8 56/25 72/3 83/7 85/19 86/10 94/2 94/22
PERSON'S [4] 3/9 41/15 53/17 72/17
PERSONAL [4] 48/4 57/23 59/13 72/18
PERSONS [4] 61/11 83/12 85/8 85/15
PHONE [1] 39/5
PHOTO [2] 50/23 62/24
PHOTOCOPY [1] 50/20
PHOTOGRAPH [5] 62/22 62/23 63/8 63/19 63/25
PHOTOGRAPHS [1] 61/24
PHOTOS [10] 27/11 27/12 27/14 49/8 82/14 82/15 82/17 82/18 82/20 84/15
PICK [4] 19/23 52/22 57/6 73/16
PIECE [1] 34/25
PIPELINE [1] 47/21
PLACE [2] 41/15 64/21
PLACED [2] 60/12 83/2
PLACING [1] 57/5
PLAIN [3] 80/22 80/23 81/8
PLAN [1] 91/14
PLEA [10] 32/6 33/3 35/10 35/11 35/18 36/24 37/4 37/4 37/6 37/11
PLEASE [11] 4/17 5/3 7/3 9/18 16/20 32/3 38/24 39/6 39/17 62/23 63/8
PLED [1] 30/10
PLENTY [1] 91/23
POCKET [2] 84/6 84/18
POCKETS [2] 56/11 56/14
PODIUM [1] 17/1
POINT [28] 3/3 36/3 36/4 48/11 48/18 51/3 53/12 54/8 54/12 54/24 55/19 59/22 60/3 60/7 60/8 64/5 70/1 70/5 75/9 75/10 76/15 77/25 79/5 79/16 83/17 86/16 86/25 88/1
POINTS [1] 36/15
POLICE [17] 46/15 46/21 47/1 47/1 47/7 48/1 48/2 48/4 50/24 60/23 64/2 66/24 68/16 68/17 68/18 70/14 71/12
POLICY [1] 71/8
PORTION [1] 9/3
POSSESSION [3] 30/16 84/4 88/14
POSSIBLY [6] 56/21 58/5 58/6 63/3 64/14 81/22
POUNDS [1] 11/3
POWDER [1] 33/11
PREDICTIONS [1] 90/20
PREPARATION [1] 49/6
PREPARED [2] 49/8 95/21
PRESENCE [2] 56/21 79/3
PRESENT [2] 4/24 38/17
PRESENTED [4] 52/8 54/14 75/4 83/16
PRESENTING [1] 69/2
PRESERVE [1] 88/4
PRESERVED [1] 45/25
PRESET [3] 64/25 65/10 65/10
PRESTO [1] 65/8
PRETTY [10] 47/14 47/20 51/13 51/15 54/4 60/18

## P

PRETTY... [4] 62/25 64/9 64/12 68/7
PREVIOUS [2] 52/20 73/13
PREVIOUSLY [1] 4/19
Prince [1] 42/19
PRIOR [2] 60/19 66/18
prison [4] 29/7 29/10 29/13 30/12
Pro [1] 1/16
PROBABLY [7] 31/11 54/5 55/9 59/19 59/19 61/11 66/17
PROBLEM [1] 4/6
PROCEDURE [1] 43/25
PROCEED [1] 5/2
PROCEEDINGS [2] 1/25 97/4
PROCESS [1] 59/20
PRODUCE [1] 27/14
PRODUCED [1] 1/25
PROFFER [2] 95/14 95/16
PROMISED [2] 28/15 28/17
PROOF [1] 88/13
PROSECUTORS [2] 15/20 15/22
PROVIDE [7] 50/13 52/3 53/2 53/6 88/15 94/24 95/16
PROVIDED [2] 51/18 55/10
PRY [1] 64/8
PULL [7] 9/19 44/3 58/2 59/4 63/13 66/4 76/11
PULLED [5] 54/3 63/21 66/6 72/8 75/18
PURPOSES [2] 61/9 61/14
PUT [13] 7/8 22/1 24/8 26/7 26/9 26/10 40/21 41/18 55/14 59/14 59/23 62/14 94/20

## Q

QUANTITY [2] 33/3 33/4
QUESTION [23] 7/25 11/10 12/8 15/11 16/7 20/6 20/11 20/24 20/25 21/5 21/7 24/6 30/22 46/13 49/24 53/3 67/24 67/24 68/9 87/14 87/19 89/14 94/17
QUESTION's [1] 88/2
QUESTIONS [24] 43/10 44/24 51/9 51/14 51/16 51/24 52/9 52/12 52/21 54/17 54/23 67/13 67/22 67/25 68/2 68/10 68/11 68/14 69/5 71/17 76/13 76/15 76/20 76/21
Quick [1] 89/14
Quickly [1] 88/7
QUITE [1] 84/19

## R

RADAR [2] 48/24 49/1
RADIO [2] 65/1 65/10
RAE [1] 1/17
RAISE [1] 52/25
RAISED [1] 53/20
Raleigh [1] 43/6
RAN [6] 53/21 54/10 59/18 66/15 70/18 70/22
RANGE [2] 35/22 36/2
RATE [2] 48/22 94/25
RCA [1] 47/21
READ [7] 31/25 32/1 32/2 32/3 33/14 33/16 94/12
READING [1] 67/8

READY [4] 2/4 5/2 76/10 76/13
REALISTIC [1] 73/17
REALIZED [5] 74/16 80/18 81/14 82/9 82/11
REALLY [2] 2/12 78/6
REAR [21] 51/12 52/21 53/13 54/14 54/22 54/25 55/13 55/17 56/20 57/9 57/18 58/2 58/10 65/1 69/4 75/5 77/22 77/23 78/12 79/14 86/14
REASON [1] 58/10
REBUTTAL [6] 92/3 92/13 92/17 92/25 95/1 95/18
RECALL [6] 42/22 42/24 49/11 51/24 72/24 72/25
RECEIPT [1] 60/25
RECEIVE [1] 30/3
RECEIVED [4] 7/10 34/10 39/11 43/2
RECENT [2] 16/17 32/12
RECESS [1] 38/16
RECESSED [1] 95/25
RECOGNIZE [4] 18/5 41/3 41/19 50/19
RECOLLECTION [2] 44/18 49/17
RECONSIDER [1] 95/13
RECORD [5] 4/8 39/17 46/7 88/4 97/4
RECORDED [1] 1/25
RECORDER [1] 6/2
RECORDS [1] 91/18
RECROSS [2] 88/21 96/3
RECROSS-EXAMINATION [1] 88/21
RED [4] 53/20 53/20 53/24 73/19
REDACTED [1] 9/3
REDIRECT [3] 88/3 88/8 96/3
REFERRING [2] 16/1 16/3
REFLECT [1] 41/7
REFLECTED [1] 42/2
REFRESH [1] 49/16
REFRIGERATOR [1] 26/16
REGION [1] 94/24
REGISTERED [2] 42/18 49/25
REGISTRATION [2] 44/7 44/8 44/19 50/11 66/8 67/16 68/22 69/2 69/8 69/17 69/18 70/18 75/4
REGULAR [4] 43/22 43/23 66/1 70/8
RELATES [1] 32/22
RELEASE [1] 35/23
RELEASED [2] 22/25 23/5
REMAIN [1] 53/13
REMAINED [2] 11/18 56/17
REMEMBER [24] 4/14 5/18 5/22 6/4 6/5 8/12 11/14 12/4 12/6 12/6 12/14 19/17 20/19 20/21 21/3 22/21 23/7 25/8 25/21 25/22 27/10 40/12 73/5 91/9
REMEMBERS [1] 21/2
REMINDING [1] 89/21
RENTED [2] 26/2 26/3
REPEAT [3] 15/11 16/7 22/10
REPLIED [2] 57/14 60/16
Reporter [4] 1/21 39/19 46/8 97/1
REPORTS [1] 49/7
REQUEST [1] 3/3
REQUIRE [1] 90/14
RESPOND [1] 54/6

RESPONDED [2] 55/12
RESPONSE [5] 8/22 55/6 55/7 55/10 55/11
RESPONSES [2] 53/24 81/13
RESPONSIBILITY [1] 34/13
RESPONSIBLE [1] 36/21
RESUME [5] 4/12 45/9 89/5 90/19 94/9
Resumed [1] 96/5
RETRIEVE [2] 60/11 61/19
RETRIEVED [1] 74/22
RETURN [1] 38/23
RETURNS [1] 91/18
REVIEW [2] 40/16 49/7
REVIEWED [1] 40/18
REVISIT [1] 94/11
RIDE [1] 68/7
RIDICULOUS [1] 91/2
RIGHT [46] 4/12 4/13 4/15 19/13 19/25 20/11 21/25 23/21 23/25 32/10 33/16 34/13 34/21 34/24 36/13 37/22 41/6 42/12 44/4 52/6 54/3 56/20 60/8 64/9 65/2 68/15 71/21 72/15 74/6 78/10 78/12 78/15 83/10 86/19 86/22 86/24 87/14 90/4 90/8 90/18 92/20 94/9 94/21 95/10 95/11 95/23
RIVETING [2] 58/17 63/1
Road [2] 41/11 41/17
ROADS [1] 50/4
ROADWAY [1] 44/4
Robin [2] 93/16 94/7
Rocksborough [1] 50/3
ROLE [1] 36/15
ROOM [7] 1/13 1/22 10/15 26/10 26/12 26/13 26/15
ROTHWELL [1] 1/18
ROUGHLY [1] 61/7
Route [1] 92/15
ROW [3] 59/5 80/20 82/6
RPR [1] 1/21
Ruan [3] 7/18 9/11 9/23
RUBBED [1] 65/5
RUBBER [1] 59/25
RULE [1] 60/21
RULES [2] 66/7 68/20
RULING [1] 45/22
RUN [3] 44/12 53/15 65/12
RUNNING [4] 53/23 64/11 74/25 92/14
RUNS [1] 43/5
RUSH [2] 51/15 70/6
RUSTIC [1] 26/11

## S

S-O-L-E [1] 75/21
SAFE [17] 82/23 85/20 85/21 85/24 86/3 86/3 86/4 86/5 86/6 86/8 86/9 86/10 86/12 86/25 87/15 87/16 87/17
SAFETY [2] 74/24 78/1
SAID [41] 6/13 11/11 12/1 13/1 13/3 18/15 18/16 20/3 20/4 21/9 23/23 24/2 25/10 25/14 25/25 26/2 30/6 30/7 33/4 43/16 43/18 54/24 55/20 56/25 57/3 64/5 65/22 68/20 77/22 79/8 83/15 85/17 86/17 87/14 87/19 89/15 89/17 89/18 91/24 92/11 95/2

Case 1:05-cr-00386-ESH    Document 730-3    Filed 03/19/13    Page 111 of 115

**SALVAGE** [1] 80/2
**Samaritan** [4] 28/20 28/22 30/19 30/24
**SAME** [19] 16/25 18/25 21/22 23/6 23/8 41/22 42/16 52/12 52/20 53/3 53/3 56/3 56/13 67/22 69/18 70/23 86/7 86/9 87/1
**SAT** [4] 79/15 80/16 81/5 82/9
**SAW** [7] 23/4 24/13 24/19 25/16 25/18 48/19 63/2
**SAY** [26] 11/22 12/1 13/3 13/14 14/20 18/16 20/2 27/23 30/19 33/13 34/13 36/21 38/2 44/7 61/12 66/17 67/3 68/13 68/24 69/24 70/7 70/11 72/25 81/15 91/15 94/21
**SAYING** [9] 10/8 12/2 12/10 28/22 36/18 67/14 74/11 83/23 83/23
**SAYS** [6] 21/3 31/25 33/18 37/13 49/21 83/5
**SCENE** [1] 82/14
**SCHEDULE** [1] 38/22
**SCHOOL** [1] 47/23
**SCHOOLS** [1] 47/20
**Scialpi** [2] 1/17 4/2
**Scott** [1] 93/10
**SCREEN** [4] 34/17 40/22 41/19 62/8
**Se** [1] 1/16
**SEARCH** [14] 54/6 55/19 55/20 55/23 56/2 56/17 57/2 67/5 77/7 77/10 77/15 78/20 80/22 80/23
**SEARCHED** [2] 77/16 79/12
**SEARCHING** [5] 79/9 79/23 80/9 81/15 81/15
**SEASONS** [1] 12/8
**SEAT** [21] 51/23 53/14 56/5 56/5 56/7 57/7 57/9 57/10 59/6 67/23 69/12 79/15 80/16 80/20 80/24 81/5 81/5 82/6 82/9 84/12 88/6
**SEATED** [2] 53/14 57/8
**SEATING** [1] 59/5
**SECOND** [7] 5/3 7/15 17/25 21/5 30/1 55/10 81/22
**SECRET** [1] 82/23
**SEE** [37] 4/13 7/13 7/15 8/7 8/21 9/19 10/2 13/12 13/14 13/17 24/12 24/24 27/6 27/8 28/2 33/13 34/17 35/5 35/18 42/12 49/21 49/24 55/18 57/16 58/17 59/5 59/11 59/24 67/16 81/2 81/2 81/3 81/3 89/11 92/2 92/24 95/15
**SEEMS** [1] 92/2
**SEEN** [25] 7/1 7/20 7/24 8/3 8/13 8/15 9/1 10/4 14/12 14/15 23/3 23/22 23/24 24/7 24/9 24/14 24/17 25/19 27/21 28/5 28/9 31/21 34/25 60/13 85/1
**SEGAL** [1] 1/9
**SEIZE** [3] 60/22 61/8 61/14
**SEIZED** [4] 60/9 60/20 83/13 85/4
**SEIZURES** [1] 85/7
**SELLING** [2] 29/18 29/20

**SEND** [1] 28/12
**SENTENCE** [2] 37/3 38/12
**SEPARATELY** [1] 37/1
**SERIES** [4] 63/10 64/13 64/20 64/23
**SESSION** [2] 1/9 2/1
**SET** [6] 26/12 26/13 26/14 35/25 37/12 67/21
**SEVEN** [3] 24/16 24/18 46/20
**SEVEN-YEAR** [1] 46/20
**SEVENTY** [2] 33/10 34/22
**Seventy-three** [2] 33/10 34/22
**SEVERAL** [4] 13/8 13/10 54/2 67/3
**SHAVE** [1] 93/18
**SHE** [15] 18/3 82/14 91/8 91/8 91/10 91/11 91/12 91/15 91/17 93/3 93/6 94/25 95/2 95/12 95/18
**SHE'LL** [2] 95/1 95/2
**SHE'S** [5] 94/15 95/3 95/5 95/6 95/7
**SHOP** [1] 24/23
**SHOULD** [5] 31/11 31/13 36/11 36/19 70/11
**SHOULDER** [1] 44/4
**SHOULDN'T** [1] 70/16
**SHOW** [11] 11/16 27/15 31/17 34/4 34/24 42/10 62/7 88/12 88/13 89/23 90/3
**SHOWED** [2] 67/15 82/14
**SHUT** [1] 76/14
**SIC** [3] 43/16 69/8 85/17
**SIDE** [15] 50/6 50/8 51/23 54/22 56/1 65/1 65/2 65/3 65/3 65/11 67/23 70/23 70/24 70/25 71/1
**SIGHT** [1] 81/9
**SIGN** [4] 6/11 6/12 58/5 82/7
**SIGNIFICANT** [2] 70/11 91/19
**SIGNS** [1] 84/1
**SINCE** [4] 8/5 29/20 40/4 59/20
**SINGLE** [1] 40/12
**SIR** [13] 12/22 43/15 43/17 44/18 44/23 46/5 65/20 68/20 69/24 70/7 87/13 88/18 89/2
**SIREN** [1] 44/3
**SIT** [1] 89/8
**SITTING** [8] 48/12 56/17 67/23 69/11 69/22 71/1 79/1 79/6
**SIX** [4] 13/20 24/16 24/18 30/12
**SIXTY** [1] 34/16
**SIXTY-THREE** [1] 34/16
**SLEEPING** [1] 50/9
**SLOWLY** [1] 59/4
**Smith** [2] 93/12 94/7
**SMOKE** [1] 27/7
**SNACK** [1] 89/7
**SNIFF** [1] 78/2
**Snow** [1] 47/22
**SNOWED** [1] 12/15
**SNOWING** [1] 27/11
**SNOWMAN** [2] 27/12 27/13
**SO** [171]
**SOLD** [1] 33/24
**Sole** [2] 75/19 75/21
**Soltys** [4] 1/12 96/7 96/9 96/10
**SOME** [24] 5/10 15/12 22/16 25/22 36/15 48/20 51/13

51/18 52/19 53/24 54/23 58/13 58/18 58/23 58/23 59/17 68/14 69/5 73/12 79/3 82/18 84/19 85/6 88/25
**SOMEBODY** [7] 16/16 39/5 59/8 68/7 73/21 86/14 94/14
**SOMEBODY's** [1] 43/25
**SOMETHING** [17] 29/16 36/21 48/20 58/6 63/3 64/14 64/15 73/20 80/25 82/8 82/9 82/11 83/16 83/17 88/12 88/12 92/18
**SOMETIME** [2] 4/23 23/7
**SOMEWHAT** [1] 51/19
**SOMEWHERE** [1] 48/7
**SON** [2] 28/25 29/9
**SORRY** [7] 7/2 12/19 63/17 75/14 91/6 92/10 92/23
**SORT** [2] 47/18 57/2
**SOUND** [1] 92/14
**SOUTH** [4] 41/10 43/7 43/7 50/3 52/22 73/16
**SOUTHBOUND** [4] 43/5 48/13 48/14 48/16
**Spanish** [3] 6/8 6/10 90/13
**SPEAK** [3] 27/5 75/6 90/13
**SPEAKED** [1] 85/17
**SPEAKING** [3] 17/6 17/20 73/9
**SPECIAL** [3] 5/15 93/9 94/22
**SPECIALIZE** [1] 47/15
**SPECIALIZED** [1] 47/18
**SPECIFICALLY** [2] 40/18 46/13
**SPECIFICATION** [1] 13/23
**SPECIFICS** [1] 4/23
**SPEED** [3] 43/21 48/22 49/1
**SPEEDING** [23] 40/5 40/9 40/12 41/8 42/15 43/3 43/16 43/19 43/20 43/23 43/25 44/21 65/22 66/4 67/1 67/2 70/1 70/3 70/6 70/12 71/18 76/3 77/3
**SPELL** [2] 39/18 46/7
**SPEND** [1] 35/21
**SPENT** [1] 64/9
**SPOKE** [4] 27/1 50/10 51/21 52/18
**SPOT** [1] 62/9
**SPRING** [1] 12/9
**STAND** [1] 74/23
**STANDING** [3] 16/25 54/14 54/25
**START** [4] 18/24 80/11 81/15 89/6
**STARTED** [14] 19/8 19/9 53/15 55/16 57/15 58/2 59/2 59/3 69/5 74/25 79/9 79/22 80/9 81/25
**STATE** [7] 30/12 32/7 39/17 39/23 40/1 46/7 71/10
**STATED** [1] 79/14
**STATEMENTS** [1] 20/9
**STATES** [5] 1/1 1/3 1/10 2/3 46/20
**Statesville** [1] 41/11
**STATION** [3] 43/19 64/25 65/10
**STATIONED** [1] 54/7
**STAY** [7] 10/13 10/14 11/15 13/7 26/18 27/8 27/18 53/14
**STAYED** [5] 6/13 13/8 13/10 13/12 13/17
**STAYING** [4] 3/5 13/22 14/3 14/14
**STEINBACH** [1] 1/18

**S**

STENOGRAPHY [1] 1/25

STEP [5] 46/16 51/11 51/11 75/5 89/2

STILL [8] 3/18 12/11 12/13 12/14 23/15 51/22 71/16 95/17

STIPULATE [4] 9/10 16/21 37/9 37/15

STIPULATED [1] 16/24

STIPULATION [2] 9/6 9/8

STOP [12] 44/1 49/3 49/9 50/2 50/3 62/2 62/22 63/7 68/1 68/14 68/24 87/11

STOPPED [10] 43/18 49/13 52/6 60/7 65/22 66/4 67/2 67/20 78/13 87/10

STOPPING [1] 87/25

STORE [1] 59/9

STORY [2] 18/25 19/1

STRAIGHT [3] 32/11 79/23 80/9

STRANGE [1] 55/16

STREET [4] 1/13 7/21 7/24 50/4

STUFF [2] 58/12 59/18

SUBJECT [2] 42/25 45/22

SUBSTANCE [2] 56/21 79/3

SUCH [1] 72/19

SUITE [1] 1/18

SUMMER [1] 12/9

SUMMIT [7] 13/7 13/17 13/22 13/22 14/3 14/18 24/10

SUMS [3] 55/4 86/23 87/3

SUNDAY [1] 41/9

SUPERSEDING [2] 9/12 9/22

SUPERVISOR [1] 36/14

SUPPLEMENT [1] 89/7

SUPPOSED [1] 35/14

SUPPOSEDLY [1] 23/5

SURE [12] 2/12 11/23 12/3 25/24 38/20 54/24 55/24 56/4 60/3 66/15 74/1 77/19

SUSPICION [2] 69/6 72/16

SUSPICIONS [7] 67/13 67/17 67/20 68/1 68/12 68/13 72/19

SUSPICIOUS [5] 68/6 68/18 68/24 69/3 74/20

SUSTAINED [5] 8/19 15/6 21/25 30/25 83/21

SW [1] 40/22

SW-14 [1] 40/22

SWITCH [2] 38/25 64/14

SWITCHES [1] 65/2

SWORN [3] 4/19 39/12 46/2

SYSTEMIC [1] 54/19

**T**

TABLE [1] 64/2

TAG [6] 42/8 42/12 42/14 49/12 49/17 49/19

TAIL [1] 4/15

TAIL-END [1] 4/15

TAKE [25] 2/24 3/20 3/22 4/3 5/21 34/13 35/17 36/25 37/18 37/20 37/22 38/9 46/16 48/20 52/22 60/23 61/24 64/21 68/25 82/15 82/17 84/15 85/5 85/10 93/11

TAKEN [7] 3/11 38/16 62/24 64/1 80/2 82/18 88/11

TAKING [5] 26/5 35/13 35/19 38/19 89/1

TALE [1] 82/7

TALK [1] 19/23

TALKED [11] 5/9 5/18 5/19 5/21 5/23 6/1 15/19 17/16 67/22 71/25 72/8

TALKING [9] 5/8 6/22 10/4 15/19 15/22 17/17 26/20 34/19 34/20

TALL [2] 13/18 13/19

TANGENT [1] 92/3

TANK [3] 62/4 62/17 81/22

TANKS [3] 57/19 57/21 58/17

TAPE [2] 6/2 62/18

TARGET [4] 63/15 64/3 64/4 82/25

TAX [4] 91/18 91/18 91/24 92/4

TEACH [1] 58/5

TEAM [1] 80/10

TEARING [2] 79/23 80/11

TELL [46] 6/20 6/23 11/4 11/20 15/2 15/8 15/12 15/23 15/25 19/5 20/1 20/14 21/12 23/21 24/6 24/14 24/17 25/18 31/5 31/7 35/4 35/7 40/3 40/25 46/17 48/9 49/11 50/2 57/1 59/17 62/2 62/8 62/22 63/8 64/23 72/22 75/8 75/10 76/19 82/7 83/18 85/3 85/24 87/18 87/22 89/19

TELL-TALE [1] 82/7

TELLING [16] 8/21 11/8 28/5 28/8 39/20 46/9 70/16 72/15 78/18 79/17 81/1 83/8 84/5 85/9 92/13 92/22

TELLS [2] 9/21 35/10

TEN [8] 2/21 4/11 37/17 38/15 38/15 55/9 61/12 66/20

TEN-MINUTE [1] 37/17

TERMS [5] 12/8 37/4 37/6 66/7 90/19

TESTIFIED [5] 36/4 36/7 74/11 74/13 90/23

TESTIFY [2] 2/7 91/11

TESTIMONY [3] 31/15 40/15 49/6

TEXAS [3] 12/25 23/15 29/21

THAN [10] 23/9 30/9 33/19 38/15 57/10 80/20 83/7 83/8 83/11 83/13

THANK [14] 37/17 43/9 44/22 44/24 45/2 45/4 45/6 65/16 87/13 88/18 89/1 89/2 89/10 95/23

THAT [454]

THAT'S [47] 3/22 4/11 9/3 11/4 16/24 19/15 19/16 28/4 32/20 32/20 36/2 36/3 36/15 37/8 40/14 40/22 41/5 42/8 43/23 44/20 58/2 58/4 58/5 58/5 62/15 62/18 62/20 62/24 62/25 63/9 63/12 63/21 63/23 68/16 68/17 68/18 69/5 70/3 70/6 73/11 76/5 81/6 81/21 82/7 86/7 89/7 93/11

THEIR [17] 39/5 44/8 44/12 53/15 61/11 73/21 81/13 83/11 84/4 84/5 84/18 85/8 85/12 85/14 85/15 86/10 88/11

THEM [32] 2/8 3/20 4/22 5/20 6/20 6/23 12/4 12/24 13/1 13/4 13/4 15/19 19/4 24/17 27/2 27/17 27/18 39/6 39/20 44/1 44/11 45/19 46/9 53/24 61/13 67/4 73/24 85/8 85/9 85/10 88/17 90/8

THEN [45] 3/2 3/16 4/16 7/8 8/12 12/24 18/24 19/5 30/18 36/14 37/7 39/7 39/7 40/11 41/25 42/10 44/14 46/16 48/24 50/10 51/20 51/21 53/5 53/11 53/25 54/17 55/15 55/22 56/15 57/25 58/14 59/1 60/2 62/4 62/8 63/24 65/4 70/21 75/12 81/20 81/24 89/8 92/12 93/8 95/17

THERE [81] 10/12 10/15 10/17 11/15 11/17 11/18 13/8 13/10 13/12 13/13 13/15 14/1 14/5 14/16 14/17 14/19 16/22 23/5 26/1 26/2 27/18 27/19 27/21 35/7 39/3 42/22 42/24 48/6 48/18 50/8 50/8 51/3 53/24 54/7 54/8 55/18 56/1 56/18 58/11 58/11 58/18 59/5 59/17 59/19 59/24 60/8 60/14 61/7 63/3 64/5 64/14 63/6 64/24 65/6 66/7 67/7 67/10 67/10 67/19 68/16 69/3 72/3 73/2 75/16 76/24 77/24 78/3 78/18 79/7 80/10 80/25 81/21 82/7 82/18 83/1 84/12 88/11 88/24 88/25 89/20 93/12

THERE'S [2] 13/15 93/14

THESE [14] 3/19 5/21 5/23 6/1 19/3 20/8 24/14 37/23 59/11 68/2 74/16 81/12 82/19 93/20

THEY [52] 5/12 5/12 5/21 5/23 6/1 6/6 6/8 6/15 6/17 6/18 6/18 6/21 23/5 27/14 31/7 36/2 36/10 37/12 37/15 39/3 52/18 52/19 54/19 58/4 58/12 59/9 61/13 61/20 61/22 63/15 72/25 73/2 74/17 74/19 76/22 81/13 83/14 83/14 84/5 84/17 84/21 84/23 84/24 85/10 88/12 88/12 88/13 88/15 88/15 88/25 91/25 94/23

THEY'LL [1] 4/23

THEY'RE [7] 32/14 44/9 81/8 81/9 82/19 82/21 90/20

THEY'VE [1] 2/7

THING [5] 44/6 56/13 62/15 67/22 87/1

THINGS [7] 17/3 57/4 58/4 59/9 76/24 77/1 87/6

THINK [17] 2/14 3/16 3/18 28/3 33/3 37/20 61/3 81/12 82/18 83/6 83/16 89/4 89/25 91/3 92/3 95/4 95/17

THIRD [6] 59/5 59/6 79/15 80/20 80/24 82/6

THIRTEEN [1] 40/2

THIRTY [1] 29/6

THIRTY-EIGHT [1] 29/6

THIS [190]

THOMAS [3] 93/22 94/6 94/7

THOROUGHFARE [1] 43/8

**T**

THOSE [10] 6/15 27/14 28/11
28/23 34/1 52/12 64/23 67/4
77/1 90/20

THOUGH [3] 42/25 60/25 91/15

THOUGHT [3] 55/16 74/20
76/24

THOUSANDS [1] 94/18

THREE [16] 4/7 5/20 12/21
24/19 26/22 27/21 29/3
29/23 29/25 33/10 34/16
34/22 39/3 57/8 75/19 95/2

THREE-SEATED [1] 57/8

THRESHOLD [4] 37/5 60/21
83/6 83/23

THREW [1] 73/19

THROUGH [148]

Thursday [1] 1/7

TICKET [28] 40/12 41/13 42/14
42/15 43/3 43/22 43/22
54/12 54/13 54/15 65/25
66/1 66/1 66/19 70/8 70/8
70/10 70/12 70/16 70/17
70/20 70/21 71/22 71/23
72/1 75/11 75/13 76/3

TICKETED [1] 42/1

TICKETS [4] 40/5 40/9 43/16
67/1

TIME [64] 4/7 11/2 12/4 14/3
14/12 19/22 21/22 22/12
22/16 22/18 23/12 24/10
24/21 29/3 29/16 29/20
30/13 31/5 32/6 35/14 37/16
44/3 44/6 48/6 48/11 48/18
49/25 51/3 52/8 54/8 54/15
55/3 56/16 56/22 57/14 58/1
60/8 61/7 64/5 67/16 68/25
69/19 70/19 71/21 71/22
71/23 71/24 72/3 72/7 72/8
75/17 75/18 79/5 84/19
85/11 87/18 87/22 89/15
89/18 90/21 92/1 92/16
94/16 95/20

TIMES [10] 13/9 13/10 24/16
24/18 24/19 24/20 29/22
29/23 29/25 30/8

TIMING [1] 3/19

TIRES [1] 58/11

TODAY [13] 2/9 2/13 3/17 3/18
11/8 28/5 28/8 29/24 38/11
40/15 43/10 49/6 85/24

TOGETHER [3] 24/8 84/9 84/10

TOGGLE [1] 64/14

TOLD [38] 4/22 4/23 14/11
14/18 14/22 15/1 15/18
18/20 18/22 20/4 20/19
20/21 21/14 24/9 33/22
52/18 52/21 54/5 54/15
55/23 60/21 71/8 73/6 73/7
73/11 73/14 73/15 74/23
75/13 76/6 76/17 76/22 77/2
77/23 77/25 83/14 86/20
94/3

TOMORROW [11] 2/8 3/13 3/17
89/5 89/11 90/9 90/25 91/2
94/9 95/4 95/23

TONIGHT [1] 4/9

Tony [2] 16/2 16/14

TOO [6] 8/17 10/12 14/5 18/21
21/13 22/19

TOOK [14] 6/18 31/7 33/1 42/5
59/4 60/12 65/5 82/6 83/1
83/24 85/12 85/14 85/15
88/21

TOOKEN [1] 43/16

TOOLS [1] 58/12

TOP [4] 26/11 36/12 36/17
70/15

TORE [2] 80/1 80/8

TOUCH [2] 62/7 62/9

TOWN [4] 2/7 12/15 24/20
95/8

TRACED [1] 80/5

TRADITIONAL [1] 86/10

TRAFFIC [8] 40/5 48/13 48/21
49/3 49/8 50/3 50/6 75/6

TRAFFICKING [2] 28/23 29/16

TRAILER [2] 11/17 12/24

TRAINING [9] 47/18 57/3 57/23
59/13 81/6 85/25 86/15 87/4
87/9

TRANSCRIPT [5] 1/9 1/25 90/3
94/12 97/4

TRANSPORT [1] 3/5

TRANSPORTING [2] 55/3 87/3

TRAVEL [3] 50/7 54/20 94/24

TRAVELING [3] 48/22 68/4
72/19

TRIAL [3] 1/9 4/22 89/22

TRIP [2] 52/20 73/13

TROOPER [4] 39/15 39/23
39/25 43/9

TRUE [9] 8/17 10/2 11/25
14/11 14/17 17/16 89/17
89/25 90/1

TRY [4] 15/6 38/10 64/6 66/5

TRYING [5] 15/2 24/8 59/21
64/8 88/24 92/6

Tuesday [1] 94/16

TUG [1] 59/3

TURN [4] 39/6 65/10 65/11
65/11

TURNED [1] 49/2

TWENTIES [2] 84/24 85/1

TWICE [1] 30/4

TWO [27] 2/6 3/19 6/7 6/13
6/14 6/15 9/22 14/21 23/22
24/20 52/25 57/19 57/21
58/16 58/17 68/3 71/15 72/4
72/19 74/16 81/16 81/18
81/19 81/19 89/8 90/20 94/3

TYPE [10] 5/12 6/1 25/19 26/9
36/15 40/6 49/4 51/24 52/3
59/12

**U**

U.S [10] 1/13 1/21 55/4 56/10
56/14 59/25 63/16 83/1 83/7
83/11

ULTIMATELY [2] 60/20 61/8

UNDER [5] 7/22 37/6 37/11
59/6 82/11

UNDERCARRIAGE [1] 62/3

UNDERNEATH [4] 58/15 62/25
63/2 82/3

UNDERSTAND [2] 12/9 12/11
36/16 36/25 68/20 94/15
95/22

UNDERSTANDING [2] 67/14 69/7

UNFORTUNATELY [1] 7/2

UNIFORM [4] 41/2 43/24 48/2
48/3

UNIT [23] 23/24 46/22 47/8
47/10 47/11 47/13 47/14
47/14 47/19 54/18 76/4 76/6

UNITED [5] 1/1 1/3 1/10 2/3
46/20

UNLESS [2] 17/3 37/7

UNMARKED [1] 48/4

UNTIL [1] 89/8

UNUSUAL [1] 58/13

UP [44] 8/11 12/1 19/23
20/12 21/6 21/7 23/13 26/12
26/13 26/14 36/2 47/16 50/7
51/21 52/22 54/3 54/20
54/22 55/17 57/6 58/1 58/2
59/22 60/4 64/15 67/22 71/6
72/8 73/16 75/18 78/16 79/2
79/23 80/1 80/7 80/8 80/11
80/18 80/19 81/4 82/5 92/17
92/21 94/14

UPON [2] 9/9 37/13

UPPER [1] 80/4

Urschel [1] 1/12

US [21] 3/10 11/16 24/8
38/25 40/3 40/25 41/22 48/9
50/2 57/1 58/5 60/23 62/2
62/7 62/8 63/8 64/23 76/25
80/3 85/7 93/11

USE [4] 6/1 59/9 92/3 92/4

USELESS [1] 37/8

USING [1] 64/7

USUAL [1] 72/19

USUALLY [2] 44/9 73/20

**V**

VACATION [1] 94/16

VAGUELY [1] 83/6

VALID [2] 66/16 66/16

VARIOUS [2] 46/18 49/7

VAST [1] 57/3

VEERED [1] 55/18

VEHICLE [163]

VEHICLES [5] 54/4 58/11 74/24
75/16 87/10

VERSUS [1] 2/3

VERY [9] 40/3 43/9 44/22
55/16 57/7 65/16 88/6 89/1
89/10

VETERAN [3] 46/12 46/20 47/4

Victoria [3] 90/24 91/6 91/7

VIDEOTAPE [1] 5/23

VIEW [2] 57/6 79/16

VIOLATIONS [2] 40/6 67/2

Virginia [1] 43/6

VIRTUE [1] 9/24

VISIBLE [1] 62/17

VISIT [2] 52/19 73/12

VISUAL [3] 48/23 57/1 84/20

VOLUME [1] 50/6

**W**

W-2s [1] 91/18

W-H-I-T-E-H-E-A-D [1] 46/11

WAISTBAND [1] 56/4

WAIT [5] 8/1 16/5 16/5 34/17
92/17

WAITING [1] 2/7

WALK [2] 44/12 83/10

WALKED [3] 54/25 76/14 77/21

Walker [3] 1/21 97/3 97/10

WANT [21] 3/9 4/22 8/1 22/15
29/7 29/9 33/4 36/16 38/18
45/8 45/9 59/9 82/24 83/6
86/16 88/4 89/7 91/25 94/10
95/9 95/20

WANTED [5] 3/7 3/20 30/19
54/11 93/18

**W**

WAREHOUSE [12] 10/5 10/9 10/11 10/18 11/6 11/9 11/15 11/16 11/18 11/21 13/7 24/20

WARNING [18] 43/22 54/12 54/13 54/15 65/25 66/1 66/18 70/9 70/10 70/20 70/21 71/21 71/23 72/1 75/11 75/13 76/3 92/24

WARRANTS [2] 54/11 70/19

WAS [320]

Washington [7] 1/7 1/14 1/19 1/22 52/23 68/4 86/18

WASN'T [17] 11/22 12/3 14/5 15/19 16/1 23/13 23/15 23/17 52/4 54/11 66/1 70/11 72/13 84/1 85/24 88/5 89/17

WASTING [1] 37/16

Water [1] 78/15

WAY [6] 45/3 45/11 52/22 54/19 56/3 80/6

WAYS [2] 74/13 74/14

WE [93] 2/4 2/6 2/25 3/4 3/7 3/8 3/9 3/12 3/16 3/17 3/18 3/18 3/18 3/19 3/20 4/4 4/10 5/8 11/17 16/10 27/12 33/16 35/21 37/9 37/24 38/8 38/9 38/25 48/11 56/24 59/3 59/4 59/5 59/17 59/20 59/20 59/22 59/22 59/23 60/4 60/4 60/5 60/7 60/11 60/11 60/12 60/16 60/21 60/21 60/22 60/23 60/24 61/10 61/12 61/16 61/20 61/25 63/12 64/12 64/16 70/5 77/24 78/16 80/4 80/13 81/25 82/6 82/25 83/1 84/3 84/16 85/6 89/4 90/15 90/19 90/24 91/3 91/3 91/14 92/1 92/15 93/2 93/16 93/18 93/22 93/23 94/2 94/3 94/14 94/16 95/10 95/15 95/18

WE'LL [15] 2/25 4/16 35/17 37/15 37/22 38/5 38/7 38/10 89/5 89/8 90/8 93/4 93/9 94/9 95/15

WE'RE [20] 2/9 3/6 4/12 5/2 26/20 34/20 37/16 38/3 38/19 38/22 40/4 45/10 62/2 62/3 62/8 63/8 89/6 90/6 90/18 92/3

WE'VE [9] 4/14 4/17 37/18 37/23 37/24 38/8 63/21 87/23 95/3

WEAPONS [7] 47/16 55/4 55/25 56/4 77/20 81/7 87/7

WEEKEND [2] 83/19 89/9

WEEKENDS [1] 94/19

WEEKS [4] 23/22 26/23 27/21 95/3

WELL [33] 2/14 2/20 3/14 12/23 21/2 27/4 27/10 28/3 29/14 29/19 30/7 30/22 32/18 33/16 36/20 37/7 38/3 45/11 49/8 59/13 67/6 67/19 68/3 80/19 87/6 87/16 90/2 90/15 91/1 91/3 94/23 95/17 95/21

WENT [33] 11/14 11/15 11/23 30/12 51/21 53/14 54/13 56/1 56/23 57/12 57/14 60/4

67/22 70/23 70/25 71/16 70/25 72/18 74/22 74/23 74/3 77/12 77/21 78/9 79/5 79/9 79/19 79/20 79/23 81/4 81/5 92/1 92/15

WERE [41] 5/8 6/6 6/22 9/11 9/22 39/11 46/14 47/7 47/8 47/20 47/25 48/6 48/12 48/21 52/12 52/18 53/20 53/24 59/17 59/20 59/20 59/23 59/24 60/4 60/4 60/6 60/11 60/22 61/20 63/12 64/11 64/23 67/6 67/7 67/19 70/5 73/2 75/16 76/24 81/15 82/18 86/9

WHAT [123]

WHAT'S [6] 20/23 36/2 53/17 58/7 72/10 75/20

WHATEVER [5] 4/21 70/13 78/22 81/3 82/24

WHEN [55] 5/21 5/23 6/1 6/8 6/17 8/1 8/5 9/20 10/5 10/17 11/12 11/23 11/25 12/3 12/15 13/5 14/5 14/7 14/12 15/19 17/16 17/19 19/13 19/15 19/18 19/25 22/18 23/4 24/24 30/2 30/12 42/1 43/25 47/7 50/2 52/18 52/20 53/20 55/8 57/17 66/4 67/22 69/4 69/5 69/8 71/25 73/20 75/25 78/18 79/9 79/12 79/22 81/21 94/25 95/7

WHENEVER [1] 20/17

WHERE [33] 3/5 3/10 12/22 23/24 31/25 33/13 33/15 35/5 43/2 44/9 48/9 49/21 50/23 51/14 54/13 54/25 58/16 58/17 59/8 59/22 62/12 64/13 67/6 67/7 71/1 73/15 74/23 76/14 79/5 80/6 83/6 89/23 90/3

WHETHER [5] 22/15 35/25 42/22 67/25 89/20

WHICH [36] 8/12 16/3 18/1 20/25 25/8 25/11 32/11 36/23 37/12 41/12 43/3 43/5 44/10 49/2 50/4 51/3 51/18 54/8 56/6 59/18 60/8 60/22 61/11 62/19 63/16 64/4 64/5 64/15 71/19 73/9 73/22 80/4 83/12 86/11 88/11 94/3

WHILE [10] 7/24 13/12 13/17 27/19 27/21 53/23 54/1 54/7 56/17 93/11

WHITE [2] 11/4 48/4

Whitehead [6] 2/11 46/2 46/11 65/16 90/23 96/8

WHO [36] 2/6 2/12 2/12 3/12 7/17 10/19 10/23 13/13 16/16 17/21 18/8 19/6 21/5 21/17 26/4 27/5 41/13 44/16 46/13 47/15 50/16 50/25 51/21 52/7 64/3 71/2 71/15 71/16 88/14 90/20 91/6 91/6 92/20 93/1 93/8 93/15

WHO'S [6] 2/10 3/13 16/2 16/25 68/15 94/5

WHOEVER [1] 10/25

WHOLE [4] 18/25 19/6 62/15 85/11

WHOSE [2] 16/23 73/22

WHY [15] 24/7 44/20 52/3 58/6 66/10 69/24 70/1 70/5 70/6 70/6 75/3 76/11 76/17 76/21 77/1

WIFE [10] 14/5 14/6 14/8 27/11 27/12 27/16 27/18 27/19 28/25 29/9

WILL [13] 2/20 3/5 4/2 38/23 45/16 49/19 62/9 88/16 90/5 90/10 90/14 93/3 93/6

WINDOW [1] 50/8

WINTER [12] 12/9 12/12 12/13 14/4 25/7 25/9

WIRED [1] 80/4

WIRES [3] 59/17 64/11 80/6

WITHIN [1] 62/5

WITHOUT [1] 77/12

WITNESS [24] 2/5 3/4 3/10 4/16 4/19 35/23 35/24 37/19 37/21 37/22 37/25 38/1 38/11 38/19 38/24 38/25 39/12 45/7 45/8 46/2 62/10 89/3 89/5 93/21

WITNESS'S [2] 22/2 31/15

WITNESSES [3] 3/19 94/4 96/2

WOMAN [1] 94/14

WORD [2] 30/5 32/6

WORDS [1] 3/13

WORK [13] 2/8 43/19 48/24 51/15 58/23 58/23 70/2 70/3 70/4 70/13 70/14 71/19 77/4

WORKED [4] 46/19 54/1 72/25 83/14

WORKING [8] 13/4 28/22 46/14 47/25 48/1 48/7 73/2 77/5

WORKS [1] 18/9

WORRY [2] 2/25 4/4

WORSE [2] 95/13 95/13

WOULD [53] 3/16 3/16 4/10 7/25 12/23 12/24 13/23 16/21 27/6 27/6 27/23 31/10 37/9 37/14 39/17 39/17 39/19 40/21 40/25 41/1 44/4 44/12 44/14 44/19 46/7 46/7 46/8 46/16 47/12 48/14 49/16 53/12 53/14 55/19 57/10 59/9 59/18 61/22 61/22 62/22 63/7 64/15 65/6 66/17 67/3 71/20 76/21 77/24 80/20 83/10 85/24 86/10 91/3

WOULDN'T [2] 58/10 60/14

WRITE [5] 54/12 70/16 70/16 70/20 75/11

WRITTEN [1] 42/4

WRONG [3] 48/20 58/7 82/12

WROTE [2] 54/13 70/21

**X**

XEROX [1] 50/23

**Y**

Y'ALL [4] 29/3 29/12 73/19 78/23

YARD [1] 80/3

YEAH [12] 12/14 13/8 19/16 21/9 23/4 23/6 25/12 27/4 32/2 38/8 47/2 74/6

YEAR [6] 12/3 14/3 25/5 40/10 46/20 66/21

YEARS [6] 11/3 29/6 40/2 46/21 66/25 67/1

YELLED [1] 54/22

# Y

**YES [119]**

**YESTERDAY [4]** 3/23 17/7 19/3
33/22

**YET [5]** 15/20 72/1 72/2 95/5
95/6

**YOU [584]**

**YOU'D [1]** 40/3

**YOU'LL [4]** 2/15 89/9 89/19
92/24

**YOU'RE [21]** 3/9 8/21 28/19
35/15 38/3 39/20 40/11
42/17 45/1 46/10 62/4 62/5
67/14 70/12 78/15 81/1 90/4
91/1 92/4 92/7 92/11

**YOU'VE [16]** 14/11 17/6 23/3
23/23 24/17 25/19 28/8
29/25 30/9 30/9 40/12 46/18
83/24 92/6 93/12 95/14

**YOUNG [2]** 72/22 73/13

**YOUR [83]** 2/5 2/21 2/23 3/23
5/8 7/7 7/13 8/18 9/5 14/5
14/6 14/22 17/17 18/1 20/14
21/22 22/19 22/21 27/18
27/19 28/25 28/25 29/9 31/2
31/5 31/17 31/23 32/5 32/7
33/6 33/18 34/24 35/4 35/5
36/4 37/21 38/2 38/4 38/12
38/13 38/18 39/2 39/17
39/18 40/3 40/9 40/13 40/15
40/21 44/25 45/3 45/16
45/20 45/25 46/7 46/17
47/24 49/6 49/16 49/16
52/25 65/2 69/8 75/23 80/10
83/7 86/10 87/9 87/24 89/12
89/15 90/17 90/19 91/10
91/12 91/22 92/8 92/23 93/2
93/7 93/14 94/4 94/10

**YOURSELF [4]** 23/10 23/19
39/19 46/9

# Z

**ZENTURA [1]** 4/19

**Zentura's [2]** 9/15 16/21

**Zintura [21]** 3/1 4/12 4/17
5/6 9/15 9/24 10/2 14/17
14/25 15/8 15/22 20/11 27/8
28/25 29/5 31/12 36/23
38/23 90/5 90/7 96/5

**ZONE [10]** 41/9 43/21 48/24
51/15 70/2 70/3 70/4 70/13
71/19 77/4