UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------X

THE UNITED STATES OF AMERICA        Criminal Case No. 05-386

            v.

ANTOINE JONES,

            Defendant,

------------------------------X   Washington, D.C.
                                  Monday, February 4, 2013
                                  2:11 P.M.

       TRANSCRIPT OF JURY TRIAL - DAY 7 - P.M. SESSION
          BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:  Darlene Michele Soltys, AUSA
                     Courtney Urschel, AUSA
                     U.S. ATTORNEY'S OFFICE
                     555 Fourth Street, NW, Room 4110
                     Washington, DC 20530
                     (202) 252-7685


For the Defendant:   Antoine Jones, Pro Se

                     Jeffrey Brian O'Toole
                     Errin Rae Scialpi
                     O'TOOLE, ROTHWELL, NASSAU & STEINBACH
                     1350 Connecticut Avenue, NW, Suite 200
                     Washington, DC 20036
                     (202) 775-1550


Court Reporter:      Lisa Walker Griffith, RPR
                     U.S. District Courthouse
                     Room 6507
                     Washington, D.C.  20001
                     (202) 354-3247



Proceedings recorded by mechanical stenography, transcript
produced by computer.

**AFTERNOON SESSION**

1

2          THE DEPUTY CLERK:  This is criminal case 05-386-1.

3   United States of America versus Antoine Jones.

4          THE COURT:  Are we ready to proceed?

5          MS. URSCHEL:  Yes.

6          THE COURT:  All right.  Bring the jurors in.

7          MS. SOLTYS:  Can I put on the record that Mr. Jack

8   Geise is back at the office, and he's trying to prepare a

9   mechanism for the Court so that we can obtain the Nextel cell

10  site data.  And he thinks that perhaps, since we have the

11  consent of the telephone users, that we might not be able to

12  use the 2703(b) order, that we might use another mechanism.

13  But whatever we decide will allow us to seek that

14  information, we'll tell the Court.

15         THE COURT:  Okay.  That's fine.

16         (Jury Present.)

17         THE COURT:  All right.  We're ready to go?

18         MS. URSCHEL:  Yes, Your Honor.  The United States

19  calls Detective Norma Horne to the stand.

20         THE COURT:  Okay.

21         THE DEPUTY CLERK:  Detective Horne, please raise

22  your right hand.

23     **DETECTIVE NORMA HORNE, GOVERNMENT WITNESS, SWORN**

24         THE DEPUTY CLERK:  Thank you.  You may be seated.

25         THE COURT:  Good afternoon.

1          THE WITNESS:  Good afternoon.

2                    **DIRECT EXAMINATION**

3   BY MS. URSCHEL:

4   Q    Good afternoon.

5   A    Good afternoon.

6   Q    Would you please introduce yourself to the members of the

7   jury by letting them know your name and spelling your name

8   for the record?

9   A    Norma Horne, N-O-R-M-A, H-O-R-N-E.

10   Q    Where do you work?

11   A    Currently employed by the Metropolitan Police Department,

12   assigned to the Homicide Branch.

13   Q    And for how long have you been with MPD?

14   A    June will be 23 years.

15   Q    What is your current rank?

16   A    Detective.

17   Q    Can you please describe for the members of the jury your

18   experiences at MPD through your time with that organization?

19   A    I actually started out Uniform Patrol with a scout car.

20   Subsequently moved up to the Vice Unit, which the name has

21   changed now, but those were basically we would target drug

22   offenses.

23        From there, I went to the Gun Recovery Unit.  And then on

24   to Safe Streets Task Force.

25   Q    Let me interrupt you and ask you to describe the Safe

1    Street Task Force.  What is that and what's the focus of that

2    have task force?

3    A    It's a combination of, we have federal agents.  You have

4    Park Police.  You have MPD detectives, officers.  And the

5    focus really is on the violent crimes in targeted areas.  And

6    it's -- actually a lot of it turns out to be long-term

7    investigations, not just your normal every day street crime.

8    Q    And what time period were you with Safe Streets?

9    A    I left Safe Streets in 2006.  So, seven years, six, seven

10   years.

11   Q    And can you describe assignments that you've had since

12   you worked on Safe Streets?

13   A    I left Safe Streets and went to the Joint Terrorism Task

14   Force.  I was there for a couple of years from '06 to '08.

15   And in '08, August of '08, I went to the Homicide Branch.

16   Q    I'd like to direct your attention back to your time with

17   the Safe Streets Task Force.

18        During your time there, did you become familiar with an

19   individual named Antoine Jones?

20   A    Yes.

21   Q    How did you become familiar with him?

22   A    Through an investigation.

23   Q    Do you see Mr. Jones in court?

24   A    Yes.

25   Q    Would you please identify Mr. Jones, indicating where

1   he's located or something that he's wearing?

2   A   He's just behind the monitor right here.  He has on a

3   blue shirt and tie.

4          MS. URSCHEL:  Let the record reflect an in-court

5   identification of the defendant, Mr. Jones, by this witness.

6          THE COURT:  Yes, let the record so reflect.

7   BY MS. URSCHEL:

8   Q   Without going into what led you to begin investigating

9   the defendant, please describe what investigative steps you

10   took beginning this investigation of him?

11   A   We started out with surveillance.

12   Q   Surveillance where?

13   A   At the Club Levels.

14   Q   And who runs -- or at that time, who ran Club Levels?

15   A   Mr. Jones.

16   Q   I'm showing Photo 19-A, which has already been admitted.

17       Detective Horne, what's that a photograph of?

18   A   It's an aerial photograph of the front of the building.

19   And Levels is, as you can see, the sign is right above where

20   the scoopy sign is.

21   Q   Next I'm showing you Photo 19-B.  Could you describe

22   what's in that photo?

23   A   It's actually the entire building.

24   Q   Next is Photo 19-C.  What's that photo?

25   A   It's still aerial, and it's the back side of the building

1     to include the parking lot that used to be behind there or

2     junkyard.

3     Q   Now I'm showing you Photo 20.

4     A   That's the vehicle Mr. Jones drove all the time.

5     Q   Okay.  And what's it parked in front of?

6     A   It's parked in front of Levels.

7     Q   Now, Photo 21?

8     A   That's a van that's registered to Mr. Jones.

9     Q   Showing you Photo 22?

10    A   That's the Cadillac, it's also registered to Mr. Jones.

11    Q   And Photo 23?

12    A   It's a picture of the front of Levels, and it has the

13    Cadillac and the van and two other vehicles.

14    Q   Okay.

15         MS. URSCHEL:  I believe all of these are admitted,

16    Ms. Franklin and Your Honor, except perhaps one or two of

17    them.  The defendant has no objection to the admission.  And

18    just so the record is clear, that was 19-A, B and C, 20, 21,

19    22, and 23.

20         THE COURT:  19-A, B and C are in, 20, 21 are in, 22

21    is admitted, I think.  And was 23 listed?  No.  Okay, very

22    good.

23         (Government's Exhibit No. Photo 23 was

24      received in evidence.)

25

1    BY MS. URSCHEL:

2    Q   I know you mentioned who some of these vehicles were

3    registered to.  But to be clear, I'd like to show you again

4    Photo 20 first.  And now I'm showing you what has been

5    admitted, DMV-1.  Can you let the jury know how the car shown

6    in Photo 20 compares to on DMV-1?

7    A   It bears the same license plate number, which is

8    highlighted to the left, Mary 667480.

9    Q   And to on whom is that car registered?

10   A   Deniece Jones.

11   Q   Who's Deniece Jones?

12   A   Antoine's wife.

13   Q   Next I want to show you Photo 22.  And how does Photo 22

14   compare to DMV-4?  I'm going to flip to the second page of

15   DMV-4.  How do those two exhibits compare?

16   A   If you look to the left, probably halfway down the column

17   on the left, it bears the same tag number, which is Mary

18   Charlie William 738 Maryland tag.

19   Q   And finally, showing Photo 21, and -- but actually, I

20   want to make sure that last one.  Who was this registered to?

21   I think I moved away too quickly.  Photo 22, who was that

22   registered to?

23   A   Mr. Jones.

24   Q   And now again at Photo 21, the vehicle shown there, and

25   DMV-2.  Do those two relate?

1    A    Yes.  If you look up to the left after the paragraph,

2    you'll see the tag number 273, M, Mary, 195, which is the

3    same tag that's on the Honda Odyssey van.  And it's

4    registered to Mr. Jones.

5    Q    Thank you, Detective Horne.

6         Were there other investigative techniques that you and

7    the Safe Streets Task Force team used in addition to

8    surveilling Club Levels?

9    A    Yes.

10   Q    Did any of those involve telephones?

11   A    Yes.

12   Q    Please describe.

13   A    Pen registers, and then subsequently a Title 3 wiretap.

14   Q    The phone that was monitored of the defendant's in that

15   wiretap, did you personally monitor any of those calls?

16   A    Yes, I did.

17   Q    And when you monitored them, did you monitor them live?

18   A    Yes.

19   Q    Did you monitor all of them live?

20   A    No.

21   Q    Okay.  How about -- can you describe about how many you

22   monitored live, and if you had monitored any since the time

23   that they were live?

24   A    We all basically sat on different shifts over a 24-hour

25   period.  We also had other people, analysts, whoever, sit,

1    that wanted to work, and sit on the wire.  I can't say how

2    many times I actually sat on it.  But preparing, I would say

3    as far as transcribing calls and stuff, we transcribed the

4    calls, we listened and transcribed the calls, myself and

5    other law enforcement.

6    Q    Okay.  And for those calls that were significant to your

7    investigation, of that group, if you didn't listen to them

8    live, have you since listened to them?

9    A    Yes.

10   Q    I'm going to hand you what has already been entered into

11   evidence as WT-7.  What is that binder that I just gave you?

12   A    It says United States versus Antoine Jones, it has the

13   case number and the trial transcripts.

14   Q    Okay.  And are you personally familiar with those

15   transcripts?

16   A    Yes.

17   Q    How is it that you're familiar with them?

18   A    I helped transcribe most of them.

19   Q    Okay.  And do all of the transcripts in that binder

20   accurately reflect what was said in the conversations, who

21   said what in the conversations and the time and date that

22   those conversations were made?

23   A    Yes.

24   Q    And do the transcripts accurately reflect who was saying

25   what in every call?

1  A   Yes.

2  Q   Focusing back on the wiretap, did -- the people that were

3  significant in the wiretap, the calls that you listened to,

4  did any of them call from non-local numbers?

5  A   Yes.

6  Q   And was there anything in common that the people had who

7  called from out-of-town phone numbers?

8  A   Yes.

9  Q   What was that?

10 A   They all had a Spanish accent.

11 Q   Through your investigation, did you determine if there

12 was a certain country that these individuals with the Spanish

13 accent had connections to?

14 A   Yes, Mexico.

15 Q   Does that transcript binder contain transcripts of all

16 the calls from the individuals that had ties to Mexico, all

17 the calls that they made to the defendant, are they contained

18 in that binder?

19 A   Yes, they are.

20 Q   All right.  I'd like to ask you about people other than

21 the ones with the Spanish accents that were heard on the

22 wire.

23 A   Okay.

24 Q   Before I do that, let me show you what has not been yet

25 admitted, Government's Photo 1.  Do you recognize that

1   person?

2   A   That's the defendant, of Mr. Jones.

3           MS. URSCHEL:  And, your Honor, the Government would

4   request that this be moved into evidence?

5           THE COURT:  Any objection?

6           MR. JONES:  No objection.

7           THE COURT:  Admitted.

8           (Government's Exhibit No. Photo 1 was

9       received in evidence.)

10  BY MS. URSCHEL:

11  Q   I'm showing you -- actually --

12          THE COURT:  Are there any objections to these?  It

13  looks like there's a whole --

14          MS. URSCHEL:  Your Honor, at this time the

15  Government would request admission of Photos 2, 3, 4, 5, 6,

16  7, 10 and 12 -- I'm sorry, 11 and 12, without objection from

17  the defendant.

18          THE COURT:  Okay, 11, 12, and 2 through 7.

19          MS. URSCHEL:  Correct.

20          (Government's Exhibit Nos. Photo 2, 3, 4,

21      5, 6, 7, 11 and 12 were received in evidence.)

22  BY MS. URSCHEL:

23  Q   I'm showing you Photo 2.

24  A   Adrian Jackson.

25  Q   Was that person significant in your investigation?

1    A    Yes, he was intercepted.

2    Q    Okay.  And how was it that you were able to identify

3    Adrian Jackson was one of the people intercepted on the wire?

4    A    Through some of our investigations and based on his phone

5    although his phone in the name of Joseph Hawkins.  That was

6    the phone he utilized all the time.

7    Q    And when Mr. Jackson's voice is heard on the wire, do you

8    personally recognize it?

9    A    Yes.

10   Q    How so?

11   A    I just -- I knew his voice.  I knew his phone number.

12   And I recognized that.

13   Q    Okay.  Next I'm showing Photo 3.  Who's that a photo of?

14   A    Michael Huggins.

15   Q    And did that person come to your attention during your

16   investigation of Antoine Jones?

17   A    Yes.

18   Q    Was he heard on the wire?

19   A    He was intercepted, and his phone was also registered to

20   him.  His cell phone that we intercepted him on.

21   Q    Okay.  And how is it that you could recognize that

22   individual's voice on the wire?

23   A    Just from listening to all the calls.

24   Q    Next is Photo 4, Government's Exhibit 4.

25   A    Kevin Holland.

1    Q    Okay.  Was he overheard on the wire?

2    A    Yes, he was.  And his phone actually was in the name of

3    Nika [phonetic] Williamson, the phone that he actually

4    utilized that was intercepted.

5    Q    And so how is it that you came to learn that it was this

6    individual, Kevin Holland, that was overheard on the wire?

7    A    Because we actually went out in an instance and

8    surveilled him, when he actually met up with Mr. Jones, and

9    they were talking on the phone of where they were meeting.

10   And we actually went and surveilled that location.

11   Q    Next I'm showing you Government Photo 5.

12   A    Kirk Carter.

13   Q    Okay.  And was that person ever heard on the wire?

14   A    Yes, he was intercepted, and his phone is also registered

15   to him.

16   Q    Next is Photo 6.  Who do we see in that photograph?

17   A    John Adams.

18   Q    Was he ever heard on the wire?

19   A    Yes.

20   Q    And how did you know that it was John Adams that was

21   talking on the wire?

22   A    Just through listening to the phone calls.  And also his

23   phone that he utilized was registered in his wife's name,

24   Simone Adams.

25   Q    Next is Government's Exhibit Photo 7.  Who is that?

1    A    Demetrius Johnson.

2    Q    And was he ever heard on the wire?

3    A    He was intercepted, and his phone is also registered to

4    him.

5    Q    Next, Photo 11.  Who is that?

6    A    Donald Hunter.

7    Q    Was he on the wire?

8    A    Yes.

9    Q    And how did you come to identify Mr. Hunter?

10   A    Through the wire intercept and surveillance and an

11   arrest.

12   Q    Does he go by a nickname?

13   A    Pep, Pepper.

14   Q    Who?

15   A    Pep, P-E-P, or Pepper, P-E-P-P-E-R.

16   Q    And now we have Photo 12.  Who is that individual?

17   A    Lawrence Maynard.

18   Q    Was Mr. Maynard intercepted on the wire?

19   A    Yes, he was.

20   Q    How did you know that it was Mr. Maynard that was on the

21   wire?

22   A    I also got to know Mr. Maynard's voice and his phone is

23   actually registered.  His phone's actually registered to the

24   Club Levels, the phone he was actually utilizing.

25   Q    Are you familiar with the name Gregory Hawkins?

1    A    Yes.

2    Q    Was a person by that name overheard on the wire?

3    A    Yes, he was intercepted.

4    Q    And do you know someone by the name Pauline Spence?

5    A    Yes.

6    Q    And was a person by that name intercepted on the wire?

7    A    Yes, she was.

8    Q    At this point, Detective Horne, I'd like to start playing

9    some calls from the wire from Government's Exhibit WT-6.

10        Before I start playing those calls, did you ever hear

11   references to the terms "tickets" or "VIP tickets" on the

12   calls?

13   A    Yes.

14   Q    Were those terms significant in your investigation?

15   A    Yes.

16   Q    All right.  I would like to begin playing calls.  And the

17   first call is call activation 739 from September 6th, 2005.

18   I see you have your transcript binder open.  And I would ask

19   that 739 be played.

20            (Call Activation 739 played.)

21            MR. JONES:  Your Honor, I'd like to continue my

22   objection, make it a continuing objection with all these

23   calls.

24            THE COURT:  Okay.  Based on some of the paper that

25   we --

```
1              MR. JONES:  Yes.

2              THE COURT:  Yes, of course.  You don't have to have

3    continue any objection where we've ruled on something before.

4    BY MS. URSCHEL:

5    Q    Who was on that call, Detective Horne?

6    A    Pauline Spence and Mr. Jones.

7    Q    And next I'd like to play you call 1048, which was from

8    September 7th, 2005 at 9:05 P.M.

9              (Call Activation 1048 played.)

10   BY MS. URSCHEL:

11   Q    Who were the speakers on that call?

12   A    Pauline Spence and Mr. Jones.

13   Q    The next call I'd like to play is from about five days

14   later, September 12, 2005.  It's from 10:42 P.M., and it's

15   activation 98.

16             (Call Activation 98 played.)

17   BY MS. URSCHEL:

18   Q    Who was on that call?

19   A    John Adams and Mr. Jones.

20   Q    And the next call I'm going to play is just a couple

21   minutes later.  It's from again September 12, 2005, at 10:48

22   P.M.  This is activation 109.

23             (Call Activation 109 was played.)

24   BY MS. URSCHEL:

25   Q    Who was on that call, Detective Horne?
```

1    A    Mr. Huggins and Mr. Jones.

2    Q    The next call we'll play is from the following day at

3    4:50 P.M., that's September 13, 2005, at 4:50 P.M, it's call

4    number 210.

5            (Call Activation 210 was played.)

6    BY MS. URSCHEL:

7    Q    Who was on that call?

8    A    John Adams and Mr. Jones.

9    Q    Our next call is going to be from about 25 minutes later.

10   Again, September 13, 2005, at 5:17 P.M.  It's activation 213.

11           (Call Activation 213 was played.)

12   BY MS. URSCHEL:

13   Q    Who was on that call?

14   A    Demetrius Johnson and Mr. Jones.

15   Q    All right.  The next call we're going to play is from

16   about two weeks later, September 26, 2005, it's from 11:21

17   P.M.  And it's activation 2442.

18           (Call Activation 2442 played.)

19   BY MS. URSCHEL:

20   Q    Who was that call between?

21   A    Mr. Huggins and Mr. Jones.

22   Q    The next call is a little over a week later, it's from

23   October 5th, 2005, from 11:10 A.M., and it's call 3665.

24           (Call Activation 3665 was played.)

25

1    BY MS. URSCHEL:

2    Q    Who was on that call?

3    A    Mr. Huggins and Mr. Jones.

4    Q    The next call is just one minute later.  Again, October

5    5th, 2005 at 11:11 A.M.  It's call 3667.

6              (Call Activation 3667 was played.)

7    BY MS. URSCHEL:

8    Q    And who was on that call?

9    A    Mr. Huggins and Mr. Jones again.

10   Q    Next we're going to play from October 14th, 2005, a call

11   from 4:23 P.M.  It's activation 4890.

12             (Call Activation 4890 was played.)

13   BY MS. URSCHEL:

14   Q    Who was on that call?

15   A    John Adams and Mr. Jones.

16   Q    I'm going to play you one more call, then I'll ask you

17   some questions about these calls.

18        The next call I'm playing is just an hour and 20 minutes

19   after that last call, so it was on October 14, 2005 at 5:45

20   P.M., it's Activation 4897.

21             (Call Activation 4897 was played.)

22   BY MS. URSCHEL:

23   Q    And who was on that call?

24   A    Mr. Jones and John Adams again.

25   Q    These calls, where there are references to the term

1    "ticket," what did you understand that to mean?

2    A    Quantities of cocaine.

3              MR. JONES:  Objection, Your Honor.

4              THE COURT:  Is this the same as we've done before?

5    I think you preserved this objection; right?  Okay.

6              Go ahead, you can testify.

7    BY MS. URSCHEL:

8    Q    Just so we're clear, when there were references to

9    tickets, what did you understand that to mean?

10   A    Quantities of cocaine.

11   Q    Why did you think that?

12   A    In the conversations where they're actually talking

13   actual club business, there's no struggle with the

14   conversation, there's no "uh, uh, uh," there's no half a

15   ticket.  Pauline Spence, referring back to her call, she said

16   the ticket she had, she had to work it through thoroughly.

17   John Adams just initially just said, you know, I mean, not

18   John Adams, Michael Huggins was talking about a half a ticket

19   and the little tickets.

20   Q    And so because of those terms such as half a ticket,

21   little ticket, what was your view?

22   A    I took it to mean that those were quantities of cocaine

23   because later on actually as you hear other calls where they

24   are actually talking club business, they don't struggle to

25   talk about tickets at all.

1    Q    Okay.  While listening on the wire, did you ever hear

2    references to terms such as "homework" or "math homework"?

3    A    Yes.

4    Q    Are those terms significant to you in your investigation?

5    A    Yes.

6    Q    I'd like to go back and play some more calls for you.

7    The next call is from September 7, 2005.  It was at 10:33

8    A.M.  And it's activation 848.

9              (Call Activation 848 is played.)

10   BY MS. URSCHEL:

11   Q    Who was on that call?

12   A    Greg Hawkins and Mr. Jones.

13   Q    The next call will be activation 93, from September 12,

14   2005, at 9:37 P.M.

15             (Call Activation 93 was played.)

16   BY MS. URSCHEL:

17   Q    Who was on that call?

18   A    Demetrius Johnson and Mr. Jones.

19   Q    The next call is from September 12, 2005, at 11:22 P.M.,

20   it's activation 126.

21             (Call Activation 126 was played.)

22   BY MS. URSCHEL:

23   Q    Detective Horne, these references to homework, what did

24   you understand those to mean?

25   A    The money, counting the money.

1   Q    And why did you think that?

2   A    Just listening to it, and through conversation with some

3   of the -- some of these coconspirators, they weren't in

4   school.  And they said it was money.

5   Q    Earlier you made reference to an individual named

6   Lawrence Maynard.  Was that person significant in your

7   investigation of Mr. Jones?

8   A    Yes.

9   Q    Okay.  I'd like to play you some calls now.  The first

10  call is going to be activation 55.  It's from September 2nd,

11  2005, at 5:23 P.M.

12          (Call Activation 55 was played.)

13  BY MS. URSCHEL:

14  Q    Who was on that call?

15  A    Pauline Spence and Mr. Jones.

16  Q    The next call is activation 584.  It's from September

17  5th, 2005, at 4:44 P.M.

18          (Call Activation 584 was played.)

19  BY MS. URSCHEL:

20  Q    Who was on that call?

21  A    Lawrence Maynard and Mr. Jones.

22  Q    The next call we're going to play is just one minute

23  later, September 5th, 2005, at 4:45 P.M.  It's activation

24  585.

25          (Call Activation 585 was played.)

1   BY MS. URSCHEL:

2   Q   Who was on that call?

3   A   Pauline Spence and Mr. Jones.

4   Q   The next call is two days later, September 7, 2005, at

5   10:24 A.M.  It's activation 843.

6          (Call Activation 843 was played.)

7   BY MS. URSCHEL:

8   Q   Who was on that call, Detective Horne?

9   A   John Adams and Mr. Jones.

10  Q   The next call will be from just one minute later, it was

11  activation 845, at 10:25 A.M again on September 7, 2005.

12         (Call Activation 845 was played.)

13  BY MS. URSCHEL:

14  Q   Who was on that call?

15  A   Lawrence Maynard and Mr. Jones.

16  Q   The next call is again just one minute after that last

17  call.  It's from 10:26 A.M., again on September 7, 2005.

18  It's 846.

19         (Call Activation 846 was played.)

20  BY MS. URSCHEL:

21  Q   Who was on that call?

22  A   Pauline Spence and Mr. Jones.

23  Q   These last calls that we've played, there were references

24  to Lawrence and VIP tickets.  What did you understand these

25  calls to mean?

1    A    Well, the first few calls, I believe Lawrence, what we

2    interpreted was Lawrence forgot to give Mr. Jones the money

3    that Pauline had given him.  And that's within the first

4    couple of calls you had.  And then the other calls were

5    reference to picking up a quantity of cocaine from John.

6    Q    And is Lawrence, Lawrence Maynard?

7    A    Yes.

8    Q    I'm next going to play a series of calls, all from

9    September 18th, 2005.  The first call is activation 1157,

10   it's from September 18, 2005.  And it occurred at 6:25 P.M.

11          (Call Activation 1157 was played)?

12   BY MS. URSCHEL:

13   Q    Who was on that call?

14   A    Charlie and Mr. Jones.

15   Q    The next call is just four minutes later at 6:29 P.M.

16   It's activation 1161.

17          (Call Activation 1161 was played.)

18   BY MS. URSCHEL:

19   Q    Who was on that call?

20   A    Kevin Holland and Mr. Jones.

21   Q    You heard the reference to Rivertown, what did you

22   understand that to mean?

23   A    It's right over there off of 5 and 95.  It's a little

24   strip mall.

25   Q    Okay.  And what were you personally doing when that call

1    came in?

2    A    We were down in the monitoring, doing other things.   And

3    then we left and went out to try and surveil that meet.

4    Q    And where did you head towards?

5    A    Rivertown.

6    Q    And why exactly did you go there?

7    A    Because that's where Mr. Jones and Mr. Holland were

8    meeting.

9    Q    Did you go by yourself?

10   A    No, went with Special Agent Yanta, and I think Special

11   Agent O'Brien was with us.

12   Q    The next call we're going to play is from 6:45 P.M. that

13   day, it's activation 1170.

14            (Call Activation 1170 was played).

15   BY MS. URSCHEL:

16   Q    First of all, who was on that call that we just played?

17   A    Kevin Holland again and Mr. Jones.

18   Q    The call I had played before, before this one I just

19   played, where were you located when that call came in?

20   A    At the office.

21   Q    Okay.  And you mentioned that you had left to go towards

22   Rivertown.  This call 1170 that we just played, was the

23   contents of that call replayed to you?

24   A    Yes.

25   Q    And did you know what Shoppers were, the reference to

1    Shoppers?

2    A    The Shoppers food warehouse is closer to, right when you

3    get off 95 and -- so the Shoppers is right there, in that

4    first little strip mall, where the liquor store and the gas

5    station and all that stuff's there.

6    Q    And after hearing this call and the reference to

7    shoppers, what did you and the other two agents do?

8    A    We actually pulled up in the Shoppers parking lot.

9    Q    Okay.  And what happened when you got there?

10   A    Mr. Jones was already there.  Kevin Holland pulls up and

11   threw a plastic bag in the back of Mr. Jones's vehicle.

12   Q    Were any photographs taken of what you observed?

13   A    Yes.

14          MS. URSCHEL:  Your Honor, without objection at this

15   time the Government moves in Photo 38-A, B, C, D, E and F.

16   Photo 38-A, B, C, D, E and F.

17          THE COURT:  Admitted.

18          (Government's Exhibit Nos. Photo 38-A, B,

19      C, D. E and F were received in evidence.)

20   BY MS. URSCHEL:

21   Q    First, Detective Horne, I'm showing you Government's

22   Photo 38-A.  What do we see in this photograph?

23   A    Mr. Jones standing outside his Jeep, and we're in the

24   parking lot area of the Shoppers.

25   Q    Next is 38-B.

1    A    Still Mr. Jones in his jeep.

2    Q    How about 38-C?

3    A    It's a blurry picture, and that Kevin Holland's silver

4    Mercedes.  And he's actually throwing a bag into the back of

5    Mr. Jones's car.

6    Q    Just so we're clear, there is one individual picture on

7    this photo.  Who is that individual?

8    A    That's Kevin Holland that's standing between the Jeep and

9    the Mercedes.

10   Q    Next is 38-D.  What is that?

11   A    That is a picture of Kevin Holland has gotten back into

12   his Mercedes, and he's about to close the door.

13   Q    38-E?

14   A    Mr. Jones is pulling out first, and then Kevin Holland's

15   vehicle.  He's got his foot on the a brake.

16   Q    And finally 38-F?

17   A    And that Mr. Holland's Mercedes pulling off.

18   Q    You mentioned that you observed the throwing of

19   something.  Can you describe what exactly you saw?

20   A    It was a plastic bag that he threw into the back seat of

21   Mr. Jones's vehicle.

22   Q    Who's "he"?

23   A    I'm sorry, Kevin Holland.

24   Q    Okay.  And is that throw captured on any of the

25   photographs?

1    A    It's the blurry photograph that Special Agent Yanta took.

2    Q    Are you referencing Photo 38-C?

3    A    Yes.

4    Q    Okay.  And why do you say that that captures that?

5    A    Because when he got out of the car, we were watching.  He

6    stepped out, and he tossed the plastic bag into the back of

7    Mr. Jones' Jeep.  It's just a very poor picture.

8    Q    Is it fair to say that what you observed through your

9    eyes was different than what we see, not different -- let me

10   say this.  How did the photographs compare to what you were

11   able to see through your own eyes?

12   A    The photograph is just blurry.  But I was watching,

13   watching, Special Agent Yanta was actually taking the

14   picture.  She had the camera.

15   Q    Okay.  And this happened on September 18th, 2005?

16   A    Yes.

17   Q    I'm going to go back to more calls from that day.  And

18   the next call we're going to play is call 1180, it's from

19   8:15 P.M. that evening.

20   A    The call number is different.

21           (Call Activation 1180 played.)

22   BY MS. URSCHEL:

23   Q    Our next call is 1193.  And that's 8:15 P.M. on September

24   18th, 2005.  And we'll play that now, 1193.

25           (Call Activation 1193 was played.)

 1            THE COURT:  Do you have 1180 on here?

 2            THE WITNESS:  No, that's what I was saying, it's not

 3   in this book.

 4            THE COURT:  Okay, it's not in mine either.

 5   BY MS. URSCHEL:

 6   Q   We're focusing now on 1193 that we just played.  Who were

 7   the callers in 1193?

 8   A   Mr. Holland and Mr. Jones.

 9   Q   All right.  A call two minutes later at 8:17 P.M., call

10   1195.  Again on September 18, 2005.

11        (Call 1195 is played)?

12   BY MS. URSCHEL:

13   Q   And who was on that call?

14   A   Kirk Carter and Mr. Jones.

15   Q   The next call, just two minutes later at 8:19 P.M., again

16   on September 18, 2005, 1197, if we could play that call.

17          (Call Activation 1197 was played.)

18   BY MS. URSCHEL:

19   Q   And who was on that call?

20   A   Mr. Huggins and Mr. Jones.

21            MS. URSCHEL:  Your Honor, at this time the

22   Government would move in Government's Exhibit Number WT-8,

23   which is a summary of testimony provided by this witness.

24   The defendant, I believe has an objection.

25            THE COURT:  Has an objection?

```
 1              MS. URSCHEL:  Yes, Your Honor.

 2              THE COURT:  Okay.

 3              MR. JONES:  She just testified to all that.

 4              THE COURT:  I know.  It's just a summary of what she

 5      just did?

 6              MS. URSCHEL:  Yes, Your Honor.

 7              THE COURT:  She can use summary charts.  Okay.

 8              MS. URSCHEL:  Thank, Your Honor.

 9              THE COURT:  You have the underlying data right here.

10      So the jury has heard it.  I'm sorry, the number again, WT?

11              MS. URSCHEL:  WT-8, the Government moves in.

12              THE COURT:  Admitted over objection.

13              (Government's Exhibit No. WT-8 was

14         received in evidence.)

15      BY MS. URSCHEL:

16      Q   Detective Horne, I've put up on the screen before you

17      what's been admitted as Government's Exhibit WT-8.  Have you

18      had a chance to review this documents previously?

19      A   Yes.

20      Q   Okay.  And does this document accurately reflect the

21      testimony that you've given?

22      A   Yes.  Each call, there's like a brief synopsis, and the

23      call numbers are there with the time for September 18th.

24      Q   So this is a brief summary, if you will, of what you

25      testified to?
```

```
1    A    Yes.

2    Q    We're going to go on to some more calls.  And these are

3    from October 8th, 2005.  We're going to start with call 4112,

4    which again, October 8, 2005.  And it's from 11:25 A.M.

5              (Call Activation 4112 was played.)

6    BY MS. URSCHEL:

7    Q    Who are the speakers on that call?

8    A    Mr. Jones and Roel Bremea.

9    Q    The next call I'm going to play is from about an hour and

10   a half after that call, it's 4142 at 12:46 P.M.

11             (Call Activation 4142 was played.)

12   BY MS. URSCHEL:

13   Q    Who was on that call?

14   A    Kevin Holland and Mr. Jones.

15   Q    Okay.  Our next call is from later that evening at 7:38

16   P.M.  It's activation 4194.  And again, it's from October 8,

17   2005.

18             (Call Activation 4194 was played.)

19   BY MS. URSCHEL:

20   Q    Who was on that call?

21   A    Michael Huggins and Mr. Jones.

22   Q    The next call is from the following day, October 9, at

23   11:14 A.M.  And it's activation 4231.

24             (Call Activation 4231 was played.)

25
```

```
1   BY MS. URSCHEL:

2   Q    Who is on that call, Detective Horne?

3   A    Roel Bremea and Mr. Jones.

4   Q    Okay.  The next group of calls that I will play are going

5   to be from October 10th, in the evening, into October 11th,

6   2005.  And the first of this group is activation 4384, and

7   that's from 9:34 P.M. on October 10, 2005.

8            (Call Activation 4384 is played.)

9   BY MS. URSCHEL:

10  Q    Who was on that call?

11  A    Mr. Bremea and Mr. Jones again.

12  Q    The next call is from the next morning, October 11, 2005,

13  at 7:39 A.M., it's activation 4390.

14           (Call Activation 4390 was played.)

15  BY MS. URSCHEL:

16  Q    Who was on that call?

17  A    Roel Bremea and Mr. Jones again.

18  Q    The next call is just two minutes later at 7:44 A.M.

19  It's call 4393.  We'll play that one.

20           (Call Activation 4393 was played.)

21  BY MS. URSCHEL:

22  Q    Who are the callers on that one?

23  A    Adrian Jackson and Mr. Jones.

24  Q    The next call is again two minutes later at 7:46 A.M.,

25  again, October 11, 2005, it's 4394.
```

```
 1              (Call Activation 4394 was played.)
 2    BY MS. URSCHEL:
 3    Q   Who was on that call?
 4    A   John Adams and Mr. Jones.
 5    Q   Our next call is 4395.  And it's another three minutes
 6    later at 7:49 A.M.  If we could play that call.
 7              (Call Activation 4395 was played.)
 8    BY MS. URSCHEL:
 9    Q   Who was on that call?
10    A   Mr. Huggins and Mr. Jones.
11    Q   The next one is just a few minutes later at 7:56 A.M. on
12    October 11, 2005.  It's activation 4398.
13              (Call Activation 4398 was played.)
14    BY MS. URSCHEL:
15    Q   Who was on that a call?
16    A   Mr. Holland and Mr. Jones.
17    Q   Okay.  The next call is just two minutes later, it's
18    activation 4399.  It's at 7:58 A.M.  Again, it's activation
19    4399.
20              (Call Activation 4399 was played.)
21              THE COURT:  This isn't in the book either.
22              MS. URSCHEL:  Right, Your Honor, we're going to get
23    that transcript in the book, and I apologize for not having
24    that before you.
25              THE COURT:  So we are missing two so far.  I don't
```

1    know if you're going to be able to give this ultimately to

2    the jury or not, but you've got to make sure that it agrees.

3                    MS. URSCHEL:  Absolutely, Your Honor.  We'll

4    certainly get those transcripts.

5                    THE COURT:  Okay.

6                    MS. URSCHEL:  Thank you.

7                    (Call Activation 4399 was played.)

8    BY MS. URSCHEL:

9    Q    All right.  Our next call is activation 4408 at 8:42 A.M.

10   Again, from October 11th, 2005.

11                   (Call Activation 4408 was played.)

12   BY MS. URSCHEL:

13   Q    A very quick call.  Who was that call between?

14   A    Adrian Jackson and Mr. Jones.

15   Q    Okay.  And just one minute later, there's call 4409 which

16   happened at 8:43 A.M.  If we could play that call.

17                   (Call Activation 4409 was played.)

18   BY MS. URSCHEL:

19   Q    Who were the participants of that call, Detective Horne?

20   A    Mr. Bremea and Mr. Jones.

21   Q    The next call at 11:38 A.M. on October 11, 2005, that

22   same day, it's activation 4424.

23                   (Call Activation 4424 was played.)

24   BY MS. URSCHEL:

25   Q    Who was in that call?

1    A    Mr. Jones and Mr. Jackson.

2    Q    The next call in this, and the final call in this little

3    series is activation 4433.  It happened at 11:56 A.M. on

4    October 11, 2005.  If we could play that call.

5            (Call Activation 4433 was played.)

6            MS. URSCHEL:  Your Honor, the Government would like

7    to move in Government's Exhibit WT-9.  There is an objection,

8    it's the same objection as before from Mr. Jones.

9            THE COURT:  Right.  Overruled, and it will go in,

10   WT-9.

11           (Government's Exhibit No. WT-9 was

12       received in evidence.)

13           THE COURT:  Why don't you finish this exhibit, and

14   then we'll take a break.

15           MS. URSCHEL:  Yes, Your Honor.

16   BY MS. URSCHEL:

17   Q    Detective Horne, I'm showing you what's been admitted as

18   Government's Exhibit Number WT-9.  Have you seen the summary

19   chart before?

20   A    Yes.

21   Q    And does this summary chart accurately reflect the calls

22   that you testified about that occurred on October 11, 2005?

23   A    Yes, it's just a brief synopsis of each call.

24           MS. URSCHEL:  Thank you.  And at this time we're

25   happy to take a break.

1          THE COURT:  Okay.  Ladies and gentlemen, we'll take

2     a break until 20 of, please.

3          (Jury Out.)

4          THE COURT:  Detective, you may step down, do not

5     discuss your testimony.

6          THE WITNESS:  Yes, ma'am.

7          (Witness excused.)

8          THE COURT:  How much longer on direct?

9          MS. URSCHEL:  Probably about 15 minutes or so, not

10    too bad.  Fifteen to 20 minutes, Your Honor.

11         THE COURT:  Okay.  Fine.  Thank you.

12         (A brief recess was taken.)

13         MR. JONES:  Your Honor, before the jury comes back,

14    I feel that I don't have the same resource as a lawyer or the

15    Government.  And when she finish her 15 to 20 minutes, I'd

16    like to question Detective Horne, but I'd like to also

17    reserve my rights to bring her back because I think that I

18    should -- this is the second time that they played tapes,

19    that I should be able to give my defense team to formulate a

20    tape like they have.  So I can play it for Detective Horne or

21    Agent O'Brien because it's like we're going through, but I

22    don't have the same resources as -- they have tapes ready.  I

23    don't have tapes ready.  So I can't do it in D.C. Jail, so

24    I'm going to need help from my defense team or someone to

25    help me to formulate the tape like the Government has.

1      THE COURT:  I'm sure Detective Horne will be
2  available to be called back.
3      MR. JONES:  Okay, thank you .
4      MS. SOLTYS:  And we also told Mr. Jones that if he
5  wants to play any phone calls, we're prepared to play them.
6      THE COURT:  Yeah, if you give them numbers, you have
7  all the calls.  If you know them, they'll play them as you
8  ask for them.
9      MR. JONES:  So give the Government the numbers of
10  the calls I want?
11      THE COURT:  Sure, the calls.  You can do it either
12  in your case or in response to -- we have another witness, I
13  don't know who else, but it's up to you when you want to play
14  them.  But if you figure out what numbers you want, you don't
15  have to make a tape, they can access with the help of their
16  paralegal, tapes.  Thank you.
17      MR. JONES:  Thank you.
18      THE COURT:  All right.  Let's bring in the jury.
19      (Jury Present.)
20      THE COURT:  Okay, go ahead.
21      MS. URSCHEL:  Thank you, Your Honor.
22      (Detective Norma Horne resumed the
23    witness stand.)
24             **DIRECT EXAMINATION (Cont'd)**
25

1    BY MS. URSCHEL:

2    Q    Detective Horne, I'm going to play you about ten calls

3    next.  After I play those ten calls I'm going to ask you

4    about the people referenced in the calls.

5         So let's start with activation 4571, it's from October

6    12, 2005.  And it happened at 12:36 P.M.

7              (Call Activation 4571 was played.)

8    BY MS. URSCHEL:

9    Q    Who was on that call?

10   A    Mr. Bremea and Mr. Jones.

11   Q    The next call was ten minutes later.  It's at 12:44 P.M.

12   Again on October 12, 2005.  And it's 4572.

13             (Call Activation 4572 was played.)

14   BY MS. URSCHEL:

15   Q    Who was on that call?

16   A    Mr. Jones and John Adams.

17   Q    Just three minutes later is our next call, it's

18   activation 4574.  It occurred at 12:47 P.M.

19             (Call Activation 4574 was played.)

20   BY MS. URSCHEL:

21   Q    Who was on that call?

22   A    Mr. Hawkins and Mr. Jones.

23   Q    Next call is about an hour later.  It's at 1:40 P.M.

24   Again, on October 12, 2005.  It's activation 4585.

25             (Call Activation 4585 was played.)

1   BY MS. URSCHEL:

2   Q   Who was on that call?

3   A   Mr. Huggins and Mr. Jones.

4   Q   Next at 3:05 P.M., that same day, it's activation 4595.

5           (Call Activation 4595 was played.)

6   BY MS. URSCHEL:

7   Q   Who was on that call, Detective Horne?

8   A   Mr. Jackson and Mr. Jones.

9   Q   The next one is activation 4620.  And it is at 7:40 P.M.

10  that evening.  If we could play that call.

11          (Call Activation 4620 was played.)

12  BY MS. URSCHEL:

13  Q   Who was on that call?

14  A   Mr. Hawkins and Mr. Jones.

15  Q   The next call is at 9:18 that evening, it's 4633.

16          (Call Activation 4633 was played.)

17  BY MS. URSCHEL:

18  Q   Let's go ahead and play the very next call which is at

19  the same time, 9:18, it's activation 4634.

20          (Call Activation 4634 was played.)

21  BY MS. URSCHEL:

22  Q   Who were the participants of those two calls?

23  A   Mr. Jones and Mr. Holland.

24  Q   Okay.  Next one is for the next day, October 13, 2005.

25  It's at 2:53 P.M., it's activation 4716.

```
 1              (Call Activation 4716 was played.)

 2    BY MS. URSCHEL:

 3    Q   Who was on that call?

 4    A   Mr. Carter and Mr. Jones.

 5    Q   And the next call, before I have some questions about

 6    these calls, is 4735.  It's from October 13, 2005.  And it's

 7    at 5:25 P.M.

 8              (Call Activation 4735 was played.)

 9    BY MS. URSCHEL:

10    Q   Who was that call between?

11    A   Mr. Bremea and Mr. Jones.

12    Q   Detective Horne, these calls we just played, there were

13    references to people, uncle, brother-in-law, cousin.  Were

14    these terms significant in your investigation?

15    A   Yes.

16    Q   How so?

17    A   Just listening to the calls and interpreting calls.

18    You'll see on some of the calls and translations, they all

19    don't have the same uncle, but then with John Adams, no, you

20    mean my cousin.  And we interpret all that to be that they

21    would be ready tomorrow, the drugs would be here tomorrow.

22    Q   Okay.  What does it mean to take down a case?

23    A   Do you mean what's involved in it?

24    Q   Just what does the term mean and generally what's

25    involved in it?
```

1    A    Okay.  To start with, the legwork is you have to make

2    sure you know where each person that's involved in the case,

3    where they live.  And you've actually been able to verify

4    that they live at the location.  So that's, as we term it,

5    bedding them down through surveillance.

6         You have to organize, I think on this, all the search

7    warrants that we executed, we had to have enough manpower to

8    cover every search warrant, which entails, you had to bring

9    people in from other offices and other agencies.  We brought

10   in more MPD people, more agents from other areas.  It's a

11   large ordeal, and yet you have to schedule -- you're changing

12   a lot of people's schedules.

13   Q    Let me ask you this.  When a case is taken down, you

14   talked about the arrangements that have to be made leading up

15   to a take-down.  But what does it mean to take down a case?

16   A    Okay.  For us, when we took this case down, that was when

17   we were sure, based on the phone calls, that the drugs came

18   in.

19   Q    Okay.  And you mentioned a take-down.  When was the

20   take-down in this case?

21   A    October 24th.

22   Q    Okay.  And is there some strategizing involved regarding

23   when exactly to take down a case?

24   A    You always have safety concerns that you have to be

25   worried about.  You have to let people know.  This actually,

1    this take-down took place on a Monday, so people had to kind

2    of be aware that this possibly might happen over the weekend,

3    but it turned out it happened on a Monday.

4        We do what is termed -- the FBI does a opts plan, and the

5    opts plan has which people are assigned to which location.

6    The actual start time because all the warrants were executed

7    at 6:A.M, they have a basic communication center or com

8    center, and you have somebody in charge there.  And they call

9    over the radio and say, okay, let's go hit the warrant, and

10   that's at 6:00 A.M.  But it involves the supervised opts

11   plan, and the opts plan, I can't remember the exact number of

12   all the search warrants, but you have to have one for each

13   location and people at each location.

14   Q   And is information that you learn on the wire, does that

15   play a part as to when you're going to actually take the case

16   down?

17   A   Yes.

18   Q   Okay.  So I'd like to play some calls leading up to the

19   take-down.  The first call is on October 19th, 2005.  It's

20   activation 5400.  It occurred at 11:13 A.M. on that day.

21           (Call Activation 5400 was played.)

22   BY MS. URSCHEL:

23   Q   Who was heard on call?

24   A   Primo.

25   Q   Next call is one minute later, it's at 11:15 A.M., again

1   on October 19, 2005.  It's 5401.

2        (Call Activation 5401 was played.)

3   BY MS. URSCHEL:

4   Q   And who's on that call?

5   A   Mr. Jones and Primo.

6   Q   I'd like to fast-forward a couple of days until October

7   23rd, 2005, the evening of that day.  This call, 6019, was at

8   7:56 P.M.

9        (Call Activation 6019 was played.)

10  BY MS. URSCHEL:

11  Q   Who was on that call?

12  A   Mr. Huggins and Mr. Jones.

13  Q   Just a few minutes later is call activation 6020.  It was

14  at 8:07 P.M. that same evening.

15       (Call Activation 6020 was played.)

16  BY MS. URSCHEL:

17  Q   Who was on that call?

18  A   Mr. Jones.

19  Q   And one minute later is our next call, which is 6021, it

20  happens at 8:08 P.M. that same evening.

21       (Call Activation 6021 was played.)

22  BY MS. URSCHEL:

23  Q   Who was on that call?

24  A   Mr. Carter and Mr. Jones.

25  Q   Next, a few minutes later, it's activation 6024.  A call

1      at 8:14 P.M. on October 23rd.

2                   (Call Activation 6024 was played.)

3      BY MS. URSCHEL:

4      Q    Who was on that call?

5      A    Mr. Jones and Mr. Huggins.

6      Q    Okay.  The next call is activation 6026, it happens at

7      8:19 P.M. that evening.  If could we could play that call.

8                   (Call Activation 6026 was played.)

9      BY MS. URSCHEL:

10     Q    Who was on that call?

11     A    Mr. Hawkins and Mr. Jones.

12     Q    The next call is just a few minutes later at 8:30 P.M.

13     It 's activation 6033.

14                  (Call Activation 6033 was played.)

15     BY MS. URSCHEL:

16     Q    Who's on that call?

17     A    Mr. Huggins and Mr. Jones.

18     Q    All right.  The next call is activation 6040.  It is 18

19     minutes after that last call we played at 8:48 P.M.

20                  (Call Activation 6040 was played.)

21     BY MS. URSCHEL:

22     Q    Who's that call between?

23     A    Mr. Adams and Mr. Jones.

24     Q    The next one is 6044, it occurs at 9:07 P.M. that

25     evening, October 23rd.

1          (Call Activation 6044 was played.)

2    BY MS. URSCHEL:

3    Q    Who was on that call?

4    A    Ms. Spence and Mr. Jones.

5    Q    All right.  Just five minutes later is the next call,

6    which occurs at 9:11 P.M., it's activation 6045.

7              (Call Activation 6045 is played.)

8    BY MS. URSCHEL:

9    Q    Whose voice was that?

10   A    Mr. Jones.

11   Q    Okay.  The next call is at 9:16 P.M., again on October

12   23rd, it's activation 6048.

13             (Call Activation 6048 was played.)

14   BY MS. URSCHEL:

15   Q    Who's on that?

16   A    Mr. Carter, Mr. Jones.

17   Q    Two more calls to go.  The next one is at 10:07 P.M. on

18   October 23rd, 2005, it's activation 6060.

19             (Call Activation 6060 was played.)

20   BY MS. URSCHEL:

21   Q    Who was on that call?

22   A    Mr. Holland and Mr. Jones.

23   Q    One minute later at 10:08 P.M., on October 23rd, 2005, is

24   call activation 6061.

25             (Call Activation 6061 was played.)

1    BY MS. URSCHEL:

2    Q    Who was on that call?

3    A    Mr. Holland again and Mr. Jones.

4    Q    What was it about these calls that we've just played that

5    made you and the other members of the Safe Streets Task Force

6    want to take down the case after these calls?

7    A    Based on all this, the totality of circumstances, we

8    believed that the shipment of cocaine had come in.  And we

9    believed during that evening, prior to, Mr. Jones was

10   catching up with everyone to get the money.

11   Q    And how long after that last call that we played did the

12   take-down occur?  The last call was played at 10:08 P.M. on

13   October 23rd, 2005, how much later did the take-down occur?

14   A    The actual kickoff time was 6:00 A.M. from the com

15   center.

16   Q    Okay.  The next morning?

17   A    Yes, the morning of the 24th.

18              THE COURT:  From the what center?

19              THE WITNESS:  Communications center where they give

20   you the go sign.

21              MS. URSCHEL:  Court's brief indulgence.

22              No further questions, thank you.

23              THE COURT:  Mr. Jones, you may as well start.

24              Everybody okay?  Water?  Stretch?

25                        **CROSS-EXAMINATION**

BY MR. JONES:

Q    Good afternoon, Detective Horne.

A    Good afternoon.

Q    Detective Horne, you started investigating this case what year?

A    '04, '05.

Q    '04, '05?  What was the first step to get you to start investigating this case?

A    I'm sorry, I --

Q    How did you get to start investigating Antoine Jones?

A    We received information that you were moving multiple kilos of cocaine.

Q    By whom?

         MS. URSCHEL:  Objection, Your Honor, regarding identity of sources.

         MR. JONES:  I'm not asking for the name, I'm just saying source one, source two, source three, by whom?  Which source?

         THE WITNESS:  Which source as -- you want me to just give you a number arbitrarily?

         THE COURT:  No, no, no.

BY MR. JONES:

Q    You said '04, you started investigation on Mr. Jones. What source or what information that you got to start investigating Mr. Jones?

```
1    A    I think I just answered that.  We received information

2    that you were bringing in multiple kilos of cocaine.

3    Q    And I asked from whom?

4    A    The person --

5              MS. URSCHEL:  Your Honor, again we object.

6              THE COURT:  You're not going to tell the name, so I

7    don't understand.

8    BY MR. JONES:

9    Q    In this investigation, do you have a source one, a

10   confidential source two and a confidential source three?

11             THE COURT:  You're referring to people in the

12   affidavits, I don't know whether it's any of those people.

13             MR. JONES:  I'm asking the detective, how did she

14   get my name, Mr. Jones, Mr. Antoine Jones.

15             THE COURT:  From a confidential source.

16   BY MR. JONES:

17   Q    This confidential source, did you check to see if this

18   person was credible?

19   A    Yes.

20   Q    Did you check the background of this person?

21   A    Background, like what do you mean, background?

22   Q    Isn't it a fact that your confidential had a background

23   of obstruction of justice?

24   A    I don't know who you're talking about, sir.

25   Q    The confidential source that told you about Mr. Antoine
```

1    Jones.

2    A    Well, there were several.

3    Q    Well, let's start with the first one that told you about

4    Mr. Antoine Jones.  Did they have a confidential source one,

5    was it a confidential source two or was it a confidential

6    source three or was it more than three?

7    A    There were different sources that provided the

8    information.  I don't know what you mean by --

9    Q    Detective, did you prepare yourself --

10              MS. URSCHEL:  Objection, Your Honor, ask that the

11   witness be allowed to finish her answer before she's asked

12   another question.

13              THE COURT:  Yeah, all right.

14   BY MR. JONES:

15   Q    Detective Horne, is this not your third trial testifying

16   on this case?

17   A    That's correct.

18   Q    In the first trial, how many times did you testify?

19   A    I was on the stand for a few days, I think, a couple

20   days.

21   Q    How many times, do you remember?

22   A    How many times did I walk off the stand and get on the

23   stand?

24   Q    Yes.

25   A    Couldn't tell you, sir.

1   Q   On the second trial, how many times did you testify on

2   the second trial?

3   A   I don't know how many times I got on and off the stand.

4   There's breaks, there's lunch.  I don't know.

5   Q   I'm talking about you testify, leave, come back a couple

6   days or a week later and testify again.  This is what I'm

7   talking about.

8   A   I believe you're talking about the second trial, I got on

9   the stand, I can't remember, like I said, I can't remember

10   how many times I got on the stand.

11   Q   Are you an experienced and trained officer?

12   A   Yes.

13   Q   You can't remember how many times you got on the stand,

14   and you expect this jury that you can remember way back in

15   '04?

16   A   Yes.

17   Q   So, was it more than two times on the second trial?

18   A   On the second trial?  I told you, I don't remember, I got

19   on and off the stand several times.

20   Q   So when the Government asks you a question, you remember

21   everything.  But when Mr. Jones asks you a question, you

22   can't remember?

23   A   I mean, I go to the bathroom every day.  I don't remember

24   how many times I go.

25   Q   We're talking about a person that's facing a lot of time.

1   Did you prepare yourself before you got on the stand?

2   A    Yes.

3   Q    Did you talk to any of the other agents or officers to

4   prepare your testimony?

5            THE COURT:  Today for this testimony?

6            MR. JONES:  Yes.

7            THE WITNESS:  To prepare to do the phone calls,

8   you're asking for today?

9   BY MR. JONES:

10  Q    The phone calls, you're talking about these people right

11  here, you talked about a lot of things.  Did you prepare

12  yourself?

13  A    Yes.

14  Q    Now, you testified in two other trials.  You testified in

15  the other two trials that how you started this investigation.

16  Did you not, isn't it a fact you said CS-1 started this

17  investigation?

18  A    I'm not sure which one is actually CS-1 in the affidavit

19  prepared by Special Agent Yanta.

20  Q    I'm not talking about no affidavit.  I'm talking about

21  the investigation you started on CS-1 and that CS-1 gave you

22  information on Antoine Jones.  Am I correct?

23  A    There was more than one source.  There's more than one CS

24  that gave us information on you moving multiple kilos.

25  Q    We could go all day.  I'm trying to get the jury to

1   understand where you started this investigation, Detective,

2   that's all I'm trying to do.

3           THE COURT:  She doesn't know if it's CS-1, if that

4   was the tip off, so let's move on.

5   BY MR. JONES:

6   Q   Well, the question is, isn't it a fact that CS-1 from

7   18th and D started this investigation and gave you

8   information on Mr. Jones?  Do you remember that?

9   A   I don't know if that is CS-1 is what I'm trying to tell

10  you, sir.

11  Q   Detective, you swore under oath; did you not?

12  A   Yes, I did.

13  Q   And you telling this jury that you've been a detective,

14  what, you say 20-something years?

15  A   Correct.

16  Q   You testified in this trial numerous of times.  You

17  testified in this trial against Mr. Jones about these

18  confidential sources.  And you telling jury you don't know

19  who CS-1 is?

20          THE COURT:  CS-1 is referred to in the affidavits.

21  It's unclear to me what's going on here.  Until you come up

22  with a line from --

23          MR. JONES:  I'm trying to get the start -- I'm

24  trying to get the start of who mentioned Antoine Jones so we

25  could go on with this.

1          THE COURT:  Do you know who the very first person to

2    mention Antoine Jones was?

3          THE WITNESS:  Do I know the person's name, you're

4    asking me?

5          THE COURT:  Well, who that person is.  You don't

6    have to say the name.  But at least presupposes these

7    questions that you know who that person was.  Do you know?

8          THE WITNESS:  Yes, I'm just not sure if that was

9    CS-1.  I'm not sure what the numbers that were designated to

10   each source that we talked to.  That's what I'm trying to

11   say.

12         THE COURT:  She has somebody in mind who's CS-1, or

13   the confidential source who initiated the first contact.

14   BY MR. JONES:

15   Q   Did you check any background of your confidential source,

16   criminal backgrounds?

17   A   Criminal backgrounds were run on all the sources.

18   Q   Now, do you remember, was it only three or was it more

19   than three sources?

20         THE COURT:  Did you have more than three

21   confidential sources?

22         THE WITNESS:  It was three.

23   BY MR. JONES:

24   Q   Out of the three, did you check to see if the three was

25   credible, that they even knew Antoine Jones?

1    A    All three of the sources were receiving cocaine, buying

2    cocaine from you, Mr. Jones.

3    Q    Can you tell this jury today that CS-1, 2 or 3, you have

4    seen get drugs from Mr. Jones, can you tell the jury that,

5    Detective?

6            MS. URSCHEL:   Your Honor, we object to the reference

7    to CS-1, 2 and 3.   I believe that would be too confusing.

8            MR. JONES:   Okay.

9    BY MR. JONES:

10   Q    The three confidential sources, can you tell the jury,

11   look them in the eye and tell this jury right here that you

12   or anybody, anybody on your team seen Mr. Jones supply or

13   give any narcotics to any of your sources?

14   A    No, we did not see Mr. Jones give any cocaine to any of

15   the sources.

16   Q    So the only thing you had is your sources giving

17   information on Mr. Jones?

18           THE COURT:   That's what initiated the investigation.

19   I'm lost.

20           MR. JONES:   I'm trying to start, Your Honor, I'm

21   just trying to start with this right here, the sources so I

22   want the jury to know if these sources are credible.

23           THE COURT:   It's irrelevant to the jury whether the

24   sources are irrelevant or not.   There were search warrants

25   signed based on the information provided.

1           MR. JONES:  I'm not talking about search warrants,

2     Your Honor, I'm talking about sources.  I'm talking about

3     credibility here.  I'm talking about --

4           THE COURT:  It's not relevant.  I'm sorry, sir, move

5     on.

6     BY MR. JONES:

7     Q    Detective Horne, have you ever took any course on codes

8     or slang?  Slangs, you know, uncle, slim, any information,

9     like have of you took a course on that?

10    A    No.

11    Q    Have you ever took a course on any type of codes?

12    A    No.

13    Q    So, for you to listen to a call on someone that you don't

14    know personally, you speculating; am I right?

15    A    Someone I don't --

16    Q    Someone -- Mr. Jones and somebody else having a

17    conversation.

18    A    And your question was -- I'm sorry, you were having a

19    conversation with somebody else?

20    Q    These calls you just played, it was about a hundred

21    calls?

22    A    I'm not sure how many.  It was a bunch.

23    Q    It was a bunch of calls.  You got summaries of these

24    calls.  So, you actually saying that you know what these

25    calls and these conversations are about.  What training do

1    you have to verify that?  I'm not an expert, but I took some

2    type of training on conversations.

3    A    Okay.  Well, pertaining to these phone calls that you're

4    talking about, we've actually spoken to some of your other

5    coconspirators, and they also said exactly what they were

6    talking about when they were on the phone with you.

7    Q    Is these the same coconspirators that cooperated with the

8    Government and went home within two years?

9    A    I can't say they all went home within two years.

10   Everybody got different amounts of time.

11   Q    Are these the same coconspirators that's home right now?

12   A    Correct, yup.

13   Q    Okay.  Detective, it had been a lot of communications in

14   this case.  And it been two trials.  It been investigations,

15   2004, 2005.  So basically, you became familiar with the

16   conversation of Mr. Jones or Mr. Maynard or Mr. Adams or

17   Mr. Holland; am I right?

18   A    I became, once we were up on the intercept, the wire

19   intercept, correct.

20          MS. URSCHEL:  Your Honor, we do have an objection to

21   these documents.

22          THE COURT:  Okay.  Bring them up.

23          Excuse us.  Can you step down, Agent?

24          (The witness withdrew from the witness

25      stand.)

1          (Bench conference.)

2          MS. URSCHEL:  What are they?  May I see it?

3          MR. JONES:  Yes.  We had them in as exhibits before.

4          MS. URSCHEL:  Your Honor, from looking at these

5   documents, they appear to be text messages that were months

6   before the wire.  We believe that we don't see any relevance

7   in admitting these documents that were -- that are text

8   messages prior to the wire in this case.

9          THE COURT:  Whose phone?

10          MR. JONES:  Mr. Jones and Mr. Maynard.  They're

11   communications.

12          THE COURT:  What is the date?

13          MR. JONES:  I believe they're in August.  They're

14   communications, they're communications that this team had,

15   that the ICE agents, the FBI agents and the detective, they

16   had actually doing the same thing they did, and they

17   interpret these codes, they're codes.  And they interpret

18   them.  So, I don't have the phone so I'm going put these back

19   in as exhibits.  We did it before, and I think that I should

20   be able to put --

21          THE COURT:  I have no recollection.  Let's let the

22   jury go home.  Unless you show me transcripts.

23          MR. JONES:  The exhibit numbers are right here, Your

24   Honor.

25          THE COURT:  From the last case?

1          MR. JONES:  Yeah, we put them in as exhibits.

2    That's where I got them from.

3          THE COURT:  So what does this show?

4          MR. JONES:  She's actually interpreting my

5    communication.  Adams, everybody's communication.  So I want

6    to bring her attention to this communication right here.

7          THE COURT:  What's the yellow stuff for?

8          MR. JONES:  I may need to get another one.  That's

9    just me --

10         THE COURT:  Were you going to ask her about this

11   stuff or you're just going to put it in?

12         MR. JONES:  I want to ask her, Your Honor, just like

13   the Government just asked for almost a hundred calls.  So

14   right now Mr. O'Toole said that he basically not going to

15   help me, and I didn't really want to get --

16         THE COURT:  He's got nothing to do with it.

17         MR. JONES:  That's what I'm saying.  So I didn't

18   want to give the Government the calls because I want to be

19   able to present the calls to Norma Horne or Kevin O'Brien as

20   more of a surprise instead of having the Government, you

21   know --

22         THE COURT:  How can you be surprised?

23         MR. JONES:  I'm talking about some of my calls, the

24   phone calls.

25         THE COURT:  Oh, the ones you're going to ask --

1          MR. JONES:  Yeah, I didn't want to really -- no

2     disrespect, I didn't want to give it to the Government.

3          THE COURT:  Well, if you want them to be played,

4     you're going to have to give them to the Government, that

5     much we know.  You can give them simultaneously.  You have

6     them all there; right?  You can just give --

7          MS. URSCHEL:  Your Honor, if I could just respond,

8     from what Mr. Jones says, let me be clear about something,

9     Detective Horne's testimony is lay testimony about her

10    understanding of calls while she was listening on the wire.

11         What Mr. Jones is trying do is take communications

12    that were months before the wire and quiz this witness on

13    them when she has said that her understanding was based on

14    the wire.

15         MR. JONES:  And I understand that.  But I'm talking

16    about during this whole investigation.

17         THE COURT:  She's not listening to a wire, I mean, a

18    wire is a little different.  Text messages are a little

19    different than phone calls.  Are any of these phone calls or

20    they're all text messages?

21         MR. JONES:  Those are all text messages, but they

22    interpret these text messages.

23         THE COURT:  They did?

24         MR. JONES:  Yes, they did.

25         THE COURT:  Who did, where?

1            MR. JONES:  It's not there, but it is, they're

2       interpret these calls, those text messages.

3            THE COURT:  Where?

4            MR. JONES:  In the affidavit.

5            THE COURT:  Well, I'm going to have to see this.

6       Let's send the jury home.

7            (Open Court.)

8            (Witness resumed the witness stand.)

9            THE COURT:  Okay, ladies and gentlemen, instead of

10      having you sitting there not listening to us, we'll excuse

11      you at this time so we can address this matter outside the

12      presence of the jury.  We will start up tomorrow.  Breakfast

13      at nine, 9:30 is the trial time.

14           And have a good evening, don't discuss the case, and

15      see everybody tomorrow morning.

16           (Jury Out.)

17           THE COURT:  Detective, you're excused.  Don't

18      discuss your testimony with anyone.

19           THE WITNESS:  Yes, ma'am.

20           (Witness excused.)

21           THE COURT:  Okay.  I have dozens of pages here, I

22      don't know, some of them have yellow highlighting.  This is

23      Exhibit 3.  Is this an exhibit from trial two or trial one or

24      what?  I don't know what this is.

25           MR. JONES:  They gave it to me.  And I don't know if

1    it's one or two.  But it is an exhibit.

2              THE COURT:  Well, we have Exhibit 3, Jones.  This is

3    defense.  It looks like it is texting messages from August 4,

4    '05, they go on to August 5 and 6.  Three days worth of text

5    messaging between the defendant.  And I don't know who you're

6    talking to.  How do we know?

7              MR. JONES:  The telephone numbers are on there, Your

8    Honor.  The text messages have telephone numbers.

9              THE COURT:  "I just got out of a hot bubble bath."

10   Who's writing that to whom?

11             MR. JONES:  That's not what I'm going to go, Your

12   Honor.  That's not what I'm going.

13             THE COURT:  "Thank you, baby, you're a good lover"?

14             MR. JONES:  I'm not trying to --

15             THE COURT:  I'm only reading highlighted --

16             MR. JONES:  Yeah, but you giving out -- I'm not

17   trying to actually give my defense out right now, Your Honor.

18             THE COURT:  Well, I can't rule on an exhibit to make

19   it admissible or not admissible.  I don't feel that you're

20   going to give up your defense or not.  You can hold onto

21   these until your defense case.  I can't respond.

22             The second Jones Exhibit 5, you don't know what

23   trial this is from.  This goes to the date back to April

24   18th.

25             MS. URSCHEL:  Your Honor, the Government believes we

1    know where these come to if I could be heard.

2          MR. JONES:  So you saying I can call Norma Horne

3    back?

4          THE COURT:  I'm not saying anything right now.  If

5    you don't tell me anything about what these, the relevancy of

6    these are, I have a hard time ruling on objections.

7          MR. JONES:  What's the relevance is, Your Honor, she

8    just played almost a hundred calls of communications with me

9    and other people.

10          THE COURT:  Right.  And there are hundreds more.

11          MR. JONES:  And those text messages are

12    communications with me and other people.

13          THE COURT:  What would you do with them?

14          MR. JONES:  The same thing that the Government just

15    did.  Ask her to interpret it.

16          THE COURT:  What would you ask her?  I just said,

17    are you going to say -- I'm looking at your yellow highlight.

18    "I'm sleepy, that's why you should come let me finish you

19    off"?

20          MR. JONES:  No.

21          THE COURT:  Give me a hint.

22          MR. JONES:  You can pull out the affidavit,

23    September the 2nd.

24          THE COURT:  September 2nd?

25          MR. JONES:  Yes.

1          THE COURT:  Let me see the affidavit.

2          MR. JONES:  I don't have it, Your Honor.

3          THE COURT:  Okay.  Do you have it?

4          MS. URSCHEL:  We can get it, Your Honor.  But while

5    we're doing that, Mr. Jones is trying to reconsider this

6    Court's ruling about the affidavit of the wiretap.  Those

7    exhibits were used to question Special Agent Yanta at the

8    first trial.  He's trying to attack the affidavit.  Not only

9    did Detective Horne not write the affidavit, but the legality

10   of the affidavit is irrelevant to our purposes.

11         THE COURT:  The legality of the affidavit is

12   irrelevant in the sense that we cannot re-litigate the

13   warrants or the Title 3 warrants.  But that's not what he's

14   doing here, I don't think.

15         MR. JONES:  Thanks.

16         THE COURT:  So these are from the first trial.  I

17   don't know that these came in in the first trial.  Again, I

18   want to see the affidavit that you're talking about.  I can't

19   rule on things without --

20         MR. JONES:  You can look in the earlier where they

21   talk about the text message, every time they talk about the

22   text message, they talk about narcotics.

23         THE COURT:  This is September, let's see, this is

24   the one filled out by Yanta.  Well, to begin, we can't

25   impeach this person with Yanta's.  Where am I looking?

1          MR. JONES:  It should be the earlier, where they

2    talk about text messages.

3          THE COURT:  You can't give me a page or anything?

4          MS. SOLTYS:  I can point the Court to the page.

5          THE COURT:  Sure, you can look at it.  Are both of

6    these by Yanta?

7          MS. SOLTYS:  Yes.

8          THE COURT:  Well, you've the wrong witness anyway.

9          MR. JONES:  Your Honor, I think they're all a team.

10   They work together.  They testified that they worked

11   together.

12         THE COURT:  Are you trying to impeach someone's

13   credibility?

14         MR. JONES:  No, I'm not trying to impeach.  If you

15   read the text messages and I could read it to you, Your

16   Honor, it's basically everything that I did in this case is

17   related to drugs.  And when you read the end of those text

18   messages, it's going to say the same thing that what she's

19   saying with these calls.

20         THE COURT:  Yeah, but Yanta is the person you have

21   to --

22         MR. JONES:  I'm not going after the legality of the

23   affidavit.  I'm not touching that.  You ruled that.  I'm not

24   touching that.  The only thing I'm talking about is this is

25   what was handed --

1          THE COURT:  This is what?  Is Yanta testifying?

2          MS. URSCHEL:  Not for the Government, Your Honor.

3          THE COURT:  That's what I thought.  Let us see what

4     it says in here about text messages.  Who gave you these

5     documents, the Government?

6          MR. JONES:  No, I think my defense team, when they

7     gave me the defense exhibits, those were in the exhibits.

8          THE COURT:  You're not going to go over all these

9     lines.

10          MR. JONES:  No, Your Honor.  I'm just going to go

11     over, once you read the affidavit, those are the text

12     messages that I'm going to go over.  I don't have the same

13     sources as the Government.  It looks real good.  They played

14     a hundred calls, and I don't have a hundred calls.  Right

15     now, I just have this handy.  So I present to you this,

16     something very simple.  If she don't know, she don't know.

17          MS. URSCHEL:  Your Honor, as we said, the Government

18     is happy to play any calls that the defendant wants.

19          THE COURT:  I know that.

20          MS. URSCHEL:  The witness on the stand now is not

21     familiar with these text messages.  She is familiar with the

22     wire and would be happy to testify about the calls on the

23     wire.

24          MS. SOLTYS:  Your Honor, the relevant paragraphs are

25     paragraphs 26, 27, 28 and 29.

1          THE COURT:  June '05, let's see, where are we?  It's

2     not this one, this is August.  So let's start with the first

3     one.  Somebody sent a message to Antoine Jones saying, "Need

4     ones."

5          MR. JONES:  Yes.

6          THE COURT:  That's on May 29th.

7          MR. JONES:  Yes.  That's my text message.

8          THE COURT:  Yeah, here it is.  "Need ones."  Okay.

9          And then on June 4th, I don't think this can be used

10    with this witness.  She's not the author of this.  And the

11    fact that they may or may not have gotten it right can't just

12    go to the general investigation.  If there are confidential

13    sources, you know, this -- whether this witness, without

14    having read all these text messages, which she doesn't need

15    to do and shouldn't do, the Court sustains the objection.

16         I think we've got to mark these some way or another,

17    otherwise nobody's ever going to know what they're about.

18    We'll have to make a copy of these and give them back.  It

19    goes to paragraphs 26 and 27 of an affidavit written by

20    Yanta.  And whether or not they're really about drugs or not

21    is irrelevant.

22         MR. JONES:  Your Honor, if you give me the wiretap,

23    and I could put it on record exactly what it says about

24    drugs, its would take nothing but a second.  I would put it

25    on record --

1           THE COURT:  The wiretap.  This is --

2           MR. JONES:  The affidavit that you have up there.

3    Is it a September 2nd affidavit?

4           THE COURT:  It doesn't go into evidence.

5           MR. JONES:  No, I'm not talking about the affidavit.

6    If you read it, they interpret these text messages.

7           THE COURT:  I know.

8           MR. JONES:  And they had this -- this information,

9    just like the wiretap, for the last seven years.  And as a

10   matter of fact, in August.  So they interpret this.  You are

11   allowing the Government to play hundreds of calls.

12          THE COURT:  From a slightly different time period

13   for one thing.

14          MR. JONES:  It's the same time period.

15          THE COURT:  No, it isn't, the calls --

16          MR. JONES:  This is September.  Those are August.

17          THE COURT:  Yeah, and April and May and June and

18   July.  I don't know what you were doing during that period of

19   time, but the person who arguably interprets --

20          MR. JONES:  Well, then I'd like to call Agent Yanta,

21   one of the team members.

22          THE COURT:  We'll see.

23          MR. JONES:  So I'd like to -- if I can't question

24   Norma Horne, I think that I should be able to call Agent

25   Yanta because she definitely interpreted those calls -- I

1    mean, those text messages.

2         THE COURT:  You're still -- whose book is this?

3    You're still trying desperately to get at the accuracy of the

4    affidavits.

5         MR. JONES:  No, Your Honor.

6         THE COURT:  The credibility of a witness may be at

7    issue, but this witness is not the person.

8         MR. O'TOOLE:  Your Honor, if I may, if I may very

9    briefly, Mr. Jones has shared this with me.  And I think

10   you're both doing this.  These --

11        THE COURT:  Thank heavens you're here.

12        MR. O'TOOLE:  Can you say it a little louder,

13   please?

14        I think the point is, what you have in front of you

15   are communications from Mr. Jones.  These communications are

16   certainly, the agent just testified that she was on this case

17   for two years.  So certainly she was on this case

18   investigating his communications during the exact time that

19   the texts took place that are in your left hand.  So those

20   texts, whether they were a month earlier than the wire or two

21   months or three months earlier than the wire, they're still

22   communications that were being examined by this officer.

23   This officer --

24        THE COURT:  No, she didn't examine this.

25        MR. O'TOOLE:  I think he can ask that, he can ask

1    her whether she examined the text.  Now, she certainly

2    examined other forms of communication.  And I feel that it's

3    possibility, who knows, he thinks that she examined the texts

4    as well.  The texts are examples of communication just like

5    the verbal, the verbal telephone calls are examples of

6    communications.

7           For him to not be able to ask her about these

8    communications seems to be following, as long as she's here,

9    he's got the text in front of him.  He also used the

10   telephone.  That doesn't mean he's excluded from using the

11   text, which are communications in the very same time period,

12   whether it's a month before or two months before.

13          THE COURT:  You can ask her, and we'll see what her

14   answer is, whether she analyzed the text messages that

15   existed from April -- I don't know whether you can put it in

16   your case, but if she hasn't gone through all these, and I'm

17   not going to have her do it all now, you can't just pluck out

18   something and say does this mean drugs or not.  And half the

19   time, it's not -- I don't see that it actually rebuts what's

20   in those tapes, but be that as it may, you can ask her if she

21   went through the texts.  And if you want to give her some

22   examples if she did, you can ask her.  But before we dump all

23   this in, and it's not going in in the Government's

24   cross-examination of this witness.

25          You can ask her if she analyzed all the text

1    messages.  That's where you start.  And lay a foundation.  If

2    she did, then we'll figure out whether -- you can ask her a

3    few select questions.  I'm not putting in all those things

4    just on this witness.  It doesn't go to her credibility.  If

5    she analyzed these things as drugs, then you'll have

6    somebody, Busard [phonetic] or whoever it is, come and say it

7    was ice cubes.  But I don't know that she did that analysis,

8    I have no idea.  You can't just call people a team and put it

9    up there and stick it down their throat.

10           MR. JONES:  This is what they've been testifying,

11   Your Honor.  Every time, it's only four of them, they testify

12   as a team.  And I'm pretty sure the text message was

13   important enough that they went and got a search warrant.  So

14   it was enough to interpret.

15           THE COURT:  The question is, it's so tenuous.  We're

16   not litigating the search warrant.  We're not litigating the

17   probable cause.  So, the only question is, I know your point

18   is to say they listened to your conversations and they read

19   too much into some of them.

20           MR. JONES:  Right.  That's my point.  And I think

21   that's part of my defense.

22           THE COURT:  I understand that.

23           MR. JONES:  And I don't want to be denied a Sixth

24   Amendment right here.

25           THE COURT:  Right, but you've got to be able to

1    identify who you're talking to.  I don't know why you can't

2    put a witness on to say all this.

3           MR. JONES:  Well, first, like you say, I have to set

4    a foundation through this officer or I will call Agent Yanta.

5           THE COURT:  No, I don't think you can set a

6    foundation.  These are your conversations.  You know, are you

7    talking to Adams in there?  Are you talking to Demetrius

8    Johnson?  Who are you talking to?  It makes a difference.

9    Nobody said that --

10          MR. JONES:  Your Honor --

11          THE COURT:  -- Mousad is a coconspirator.

12          MR. JONES:  She just testified about a lot of people

13   here, Adams, Johnson, Spence, Holland, she testified about --

14          THE COURT:  Are they in there?  I don't know they

15   are.

16          MR. JONES:  My point is the codes, these are targets

17   just like they was targets.  Everybody was targeted.

18          THE COURT:  You're not answering my question.  Are

19   those text message with any of those people?

20          MR. JONES:  No, they are not.

21          THE COURT:  They're not?

22          MR. JONES:  No.

23          THE COURT:  Oh.  Well, how many calls are there from

24   September 4th, when the wire went up, until October 24th,

25   with other people?  There have to be dozens, that's the

1    problem here.

2         MR. JONES:  And they selected the calls that they

3    wanted.  And I want to select the calls or the text messages

4    or the communications.  I want to be able to say, okay, I'm

5    not going to follow suit here.  Let me see right here since

6    you are now a layman or you appear to be an expert of codes,

7    what about this code right here?  Is it drug related?  Yes or

8    no?  This is -- this investigation is a part of that, this is

9    something that they brought out.  This is something that they

10   say is narcotics.  So, as a team, she should say, oh, yeah,

11   this is what it meant.  I'm not talking about the affidavit.

12   I'm talking about I picked these right here because they are

13   talking about codes in there.

14        THE COURT:  I want to know whether you're talking to

15   any of the people who are alleged coconspirators in this

16   case.  That's what I want to know.

17        MR. JONES:  Yes.

18        THE COURT:  Who in there?

19        MR. JONES:  Everybody in there are people that they

20   were targets in this investigation.

21        THE COURT:  That's not the same thing.  People got

22   to be targets, and then they no longer were targets.

23        MR. JONES:  It shows what I'm trying to show the

24   jury is that these officers and agents makes [sic] mistakes

25   on codes, they makes mistakes on targets, they makes mistakes

1    in their investigation.  If I can't do this, I might as well

2    just sit down, if I can't present a case.

3           THE COURT:  You're presenting your case excellently.

4    Why don't you do it with the telephone calls then?  What's

5    the difference?  I don't understand.  Then you can just put

6    them in, they'll play every call you want.

7           MS. URSCHEL:  Your Honor, the Government would note

8    that the difference is that these are calls, text messages

9    that the defendant had with female employees of his at his

10   club at a time before the wiretap.  The Government believes

11   that trying to show these to the witness --

12          THE COURT:  I know, I know, I know.  That's why,

13   first you start out by getting your own telephone calls in

14   from the time when the wiretap is up.

15          MR. JONES:  So you denying me?

16          THE COURT:  Oh, stop with this I deny you.  I said

17   the objection is sustained.  Whether you can bring them out

18   in your own case is something else.  You cannot -- you can

19   ask her whether she analyzed these text messages.  I'll

20   permit it.  And then we'll decide what to do.

21          Okay.  We're going to have to renumber them.  And

22   we're going to renumber them, where are we?  Thirteen and 14.

23   Yeah, I know, you want to say they made mistakes.  Well, not

24   every conversation is actually about drugs.  But you're

25   never going to be able to disprove that none of them are

1    about drugs.

2         And text messages with people who are not

3    necessarily coconspirators prove almost nothing.  But if you

4    want to ask her, "I feel sleepy," does that mean drugs, let

5    me know.  We will give you copies if you --

6         MS. URSCHEL:  Your Honor, the Government was able to

7    get the two missing transcripts that --

8         THE COURT:  What's the number, Gwen?

9         THE DEPUTY CLERK:  The one that was previously

10   numbered as Jones 3 is now Defense Exhibit 13.

11        THE COURT:  Defense 13, okay.

12        THE DEPUTY CLERK:  And the next one is Defense 14.

13        MS. URSCHEL:  The Court knows that there were two

14   missing transcripts.  We have those now.  If the Court would

15   like to give us your copy of the binder, we can put them in

16   the order that they were played with the witness, and we'll

17   do the same for --

18        THE COURT:  Are you going to give the jury binders,

19   ever?

20        MS. URSCHEL:  We'll give the jury this binder that

21   has been admitted into evidence that they can use.

22        THE COURT:  Okay.  We'll resume tomorrow.

23        MS. SCIALPI:  Your Honor, just one moment.  I have a

24   quick scheduling matter to bring to your attention.  On this

25   Friday, I have a misdemeanor bench trial scheduled at

1    Superior Court.  I've spoken with Mr. Jones, who would not

2    object to my not being present on that day, and I would just

3    like your permission to --

4              THE COURT:  Sure, Mr. O'Toole will be here.

5              MS. SCIALPI:  And Mr. O'Toole will be here, yes.

6              THE COURT:  Okay, that's fine.

7              MS. SCIALPI:  Thank you.

8              THE COURT:  Okay.  Who comes after Horne?

9              MS. SOLTYS:  We'll be calling two people from phone

10   companies, just AT&T, and Sprint Nextel to lay a foundation.

11   And then we'll be calling Scott Eichert tomorrow.  And then

12   after that, I expect that we'll move in to calling Roel

13   Bremea.  And if I could -- the Court did not comment on the

14   Government's opposition to the oral motion to suppress

15   evidence.

16             THE COURT:  He said he wanted to respond to it.  So

17   I'm waiting.

18             MR. JONES:  Yeah, I needed to get the GPS, so I

19   could --

20             THE COURT:  Somebody said you have it.

21             MR. JONES:  I don't have it.  The GPS data?  I don't

22   have it.

23             THE COURT:  Is it out -- was it an exhibit at the

24   hearing?  Was it not an exhibit at the hearing?

25             MS. SOLTYS:  At the motions hearing, it's on disk,

1    it's over 3,000 pages long.

2              THE COURT:  What did we do with that?

3              MS. SOLTYS:  For the motions hearing?  It remains on

4    a disk.

5              THE COURT:  Oh.  Mr. O'Toole, is there a computer

6    you can use at the lunch hour or something?

7              MR. O'TOOLE:  Well, that's the problem.

8              MS. SCIALPI:  The GPS data is 3,000 pages long.  He

9    cannot bring a disk into the jail to review it.  I'm not

10   entirely certain which days.  What we've been doing is

11   printing out specific days he requests.

12             THE COURT:  Is it on specific dates?  It's September

13   what?  Aren't there specific dates?  Oh, they're not.  I

14   mean, I don't --

15             MS. SCIALPI:  Each day is about 200 pages long.

16             THE COURT:  I mean, I've always known the addresses

17   came out of the -- in some instances out of the wiretaps;

18   right?  You mean you're looking through, he doesn't know

19   whether they ever tracked his car to any of these three

20   addresses?  Did they track anything to those addresses?

21             MS. SOLTYS:  As we set forth in our opposition, I

22   said that -- we said very clearly how each --

23             THE COURT:  I know that.

24             MS. SOLTYS:  Property was found.  And the only time

25   there is the one, there's a footnote where we said that on

```
1   October the 19th, they activated the GPS in real time as they
2   were on their way to Demetrius Johnson's house on Crescent
3   Parkway to just confirm one more time that that was his
4   address.  That's the only -- that's the only time.  We're not
5   hiding the ball, I put everything in there that we knew about
6   the GPS.  But I mean, I only brought it up because if the
7   Court wanted to have an evidentiary hearing at some point, if
8   the Court felt that an evidentiary hearing was necessary
9   for --
10          THE COURT:  I don't see how this affects Eichert.
11  Is Eichert going to put him on these houses?
12          MS. SOLTYS:  No.
13          THE COURT:  He's going to put him on Potomac Drive.
14          MS. SOLTYS:  This is all stuff that's coming at the
15  end of the week.  We have plenty of time.
16          THE COURT:  Right.  They knew all about -- it just
17  goes to the searches of these two -- whose three people's
18  houses?
19          MS. SOLTYS:  Right.  Carter, Demetrius Johnson.
20          THE COURT:  Right.
21          MS. SOLTYS:  And Adrian Jackson.
22          THE COURT:  And what's the -- the standing question
23  is just a -- I don't know whether he can move to suppress it
24  without standing.
25          MS. SOLTYS:  We made that argument.
```

1          THE COURT:  I just don't know.  That would be the

2     sort of --

3          MR. JONES:  Your Honor, it would be the same

4     argument that Mr. Balarezo said about Potomac Drive, to move

5     to suppress that evidence, so it would be the same argument.

6     And I want to put on the record that I've been trying to get

7     the GPS data so that I can present a defense.

8          THE COURT:  It was here.

9          MR. JONES:  I mean, everybody says it's here, but I

10    don't have it.  So I just want to put on record I've been

11    trying to get this GPS data.

12         THE COURT:  My sympathy, when you say I want to go

13    pro se, it makes it very complicated.

14         MR. JONES:  This is before --

15         THE COURT:  This data has been available to your

16    counsel a long time.

17         MR. JONES:  Right, so I'm putting on record that I

18    asked Mr. Balarezo, and I also asked Mr. O'Toole.  And to

19    date, I still don't have this data.  This is why that I'm

20    going pro se because a lot of this discovery, the only time

21    I've been getting it --

22         THE COURT:  What dates do you need it for?

23         MR. JONES:  I want all of it, Your Honor.

24         THE COURT:  You've got to get -- you've got to get

25    something more specific because you can't take the disks.

1    The disks were here for that evidentiary hearing.

2         MR. JONES:  Well, if Mr. Balarezo or Mr. O'Toole

3    needed it, they would've had printed all of it.  This is why

4    I need --

5         THE COURT:  -- pay anybody to print 3,000 pages.

6         MR. JONES:  Mr. Balarezo did it before.

7         THE COURT:  Please, you have to sit down, I've had

8    enough.

9         MR. O'TOOLE:  If the Court would give us authority,

10   authorization to print the 3,000 pages, we'll do it at a

11   printer, and you'll have it.

12        THE COURT:  This is a needle in a haystack.  We'll

13   have an -- you know, we could have an evidentiary hearing and

14   you could listen to this.  I mean, I sat through this twice

15   before.  There isn't any basis to think that they didn't know

16   these guys' addresses.  They knew who they were.  They were

17   on the, you know, they were on the tape.  They were on the

18   tape, at least one or two of them even before there was any

19   GPS at the end of the month.  You think that they couldn't

20   figure out where they lived?  It was simple.  That's what I

21   don't understand.  Why should the public pay for thousands

22   and thousands and thousands of pages when you can look

23   through there and -- or he can -- you can't give him a

24   computer sitting in here for an hour?

25        MR. O'TOOLE:  For 3,000 pages.  Well, we'll do what

1    we can.

2           THE COURT:  I mean, really, you know, there's a

3    limit.  It should not be that because he goes pro se, that

4    the taxpayer has to pay thousands and thousands and thousands

5    of dollars more to look for needles in a haystack.  And he

6    can't take the tape back there.  If he gave them days, they'd

7    give it to him.

8           What possible could he say about the people, which

9    ones, Ms. Soltys, did they know about before the GPS went up?

10   Put aside anything else that they would have found

11   independently.  There are a couple, one or two of these

12   people they had to know because of the tape.

13          MS. SOLTYS:  They knew about Mr. Kirk Carter.  He

14   was named in the September 2nd affidavit.  They knew his

15   address.  It's listed on Pomeroy Road.  That's in the

16   September 2nd affidavit.

17          They knew about Adrian Jackson.  He's a targeted

18   interceptee, he's named in the September 2nd, affidavit.  His

19   date of birth, his Social Security number are listed in

20   there.  They knew what vehicle he drove.

21          And then, as we explained, they learned about

22   Demetrius Johnson on September, I believe the 3rd, when they

23   saw -- they heard a phone call, and they made an observation

24   and they saw Mr. Jones meeting this person that turned out to

25   be Demetrius Johnson.  And he was driving his Chevy

```
 1    Avalanche.  And they took the tag number down and they ran
 2    the tag number and it came back to Crescent Parkway in
 3    Waldorf, Maryland.
 4              THE COURT:  What date was that again?
 5              MS. SOLTYS:  On September the 3rd.
 6              THE COURT:  Okay.  Now, how many disks are there?
 7              MS. SOLTYS:  For the GPS?
 8              THE COURT:  Yes.
 9              MS. SOLTYS:  It's just one, it's just one disk.
10              THE COURT:  Can you just burn it to start with?
11              MS. SOLTYS:  Sure, we have given him copies.  I will
12    just tell Mr. Jones that if you use a computer and you go
13    into the find function, you can look for whatever you want.
14              THE COURT:  How does he listen tapes at the jail?
15              MR. JONES:  Your Honor, by the time I get back, it's
16    like six or seven o'clock.
17              THE COURT:  You'll have the weekend to look.
18              MR. JONES:  When you listen to the disks, you can't
19    print anything.
20              THE COURT:  No, you're just going to research the
21    disk.  It seems to me --
22              MR. JONES:  Your Honor, on the weekend is where I
23    prepare for my defense.
24              THE COURT:  I am sorry, sir.  I'm doing the best I
25    can.  If you want the disk, you can have it, and I'm sure we
```

1    can arrange for you to use it at the jail this weekend.

2    There is not a scintilla of evidence to support your point.

3    If, in fact, before that GPS went up on the -- it wasn't up

4    until the end of September because they had technical

5    problems.  The way I see it, I'm satisfied that they knew

6    their addresses.  So you're going to have to come up with

7    something better.  And if you want to dig through this and

8    use your time to dig through something that I think has to be

9    a waste of time, you're welcome to do it.

10            MR. JONES:  They didn't know that, Your Honor.  They

11   didn't know that the house that they went into is Adrian

12   Jackson's girlfriend's house.  They didn't know that address.

13   They did not know that address.

14            THE COURT:  Which one is this?

15            MR. JONES:  Adrian Jackson.  They did not know that

16   that was his girlfriend's house.  And Demetrius Johnson, he

17   had -- the address that they had was for his old house.  So I

18   want to see where did the GPS find -- if the GPS found these

19   houses before wiretap or any other information without me

20   researching to study the GPS, then I don't have a fair trial

21   here.  The resources that they have, I don't have.

22            THE COURT:  I know that's your position.  You're

23   going to get the -- you burn them another one, and we'll make

24   sure you can call up Marie Amato and see if he can use it at

25   the jail.

1          MR. JONES:  I need a print-out, Your Honor, so I can

2     study it.  Cell 1 is a maximum security unit.  This is not

3     like a place I can go to my room and study.  This is a unit.

4          THE COURT:  You either give me specific days or you

5     take the disk, it's your choice.

6          Thank you.

7          (Court recessed for the day at 5:02 P.M.)

8                              - o -

**I-N-D-E-X**

**WITNESSES**

|  | **Direct** | **Cross** | **Redirect** | **Recross** |
|---|---|---|---|---|

**On behalf of the Government:**

Detective Norma Horne
  (By Ms. Urschel)               3
  (By Mr. Jones)

**EXHIBITS**

**Page No.:**

**On behalf of the Government:**

| | Page No.: |
|---|---|
| Photo 23 | 6 |
| Photo 1 | 11 |
| Photo 2 | 11 |
| Photo 3 | 11 |
| Photo 4 | 11 |
| Photo 5 | 11 |
| Photo 6 | 11 |
| Photo 7 | 11 |
| Photo 11 | 11 |
| Photo 12 | 11 |
| Photo 38-A | 25 |
| Photo 38-B | 25 |
| Photo 38-C | 25 |
| Photo 38-D | 25 |
| Photo 38-E | 25 |

## INDEX (Cont'd)

## EXHIBITS (Cont'd)

**Page No.:**

**On behalf of the Government (Cont'd):**


Photo 38-F                                                25

WT-8                                                      29

WT-9                                                      34




**On behalf of the Defendant:**

No. 5                                                      7

No. 7                                                     34

CERTIFICATE OF REPORTER

I, Lisa Walker Griffith, certify that the foregoing
is a correct transcript from the record of proceedings in the
above-entitled matter.

_____        _____
Lisa Walker Griffith                              Date

'
'04 [4] 46/6 46/7 46/23 49/15
'05 [4] 46/6 46/7 60/4 65/1
'06 [1] 4/14
'08 [3] 4/14 4/15 4/15
's [1] 43/13

-
—————————————X [2] 1/2 1/7

0
05-386 [1] 1/3
05-386-1 [1] 2/2

1
10 [2] 11/16 31/7
1048 [2] 16/7 16/9
109 [2] 16/22 16/23
10:07 [1] 44/17
10:08 [2] 44/23 45/12
10:24 [1] 22/5
10:25 [1] 22/11
10:26 [1] 22/17
10:33 [1] 20/7
10:42 [1] 16/14
10:48 [1] 16/21
10TH [1] 31/5
11 [20] 11/16 11/18 11/21
14/5 31/12 31/25 32/12
33/21 34/4 34/22 83/12
83/13 83/14 83/15 83/16
83/17 83/18 83/19 83/19
83/20
1157 [2] 23/9 23/11
1161 [2] 23/16 23/17
1170 [3] 24/13 24/14 24/22
1180 [3] 27/18 27/21 28/1
1193 [5] 27/23 27/24 27/25
28/6 28/7
1195 [2] 28/10 28/11
1197 [2] 28/16 28/17
11:10 [1] 17/23
11:11 [1] 18/5
11:13 [1] 41/20
11:14 [1] 30/23
11:15 [1] 41/25
11:21 [1] 17/16
11:22 [1] 20/19
11:25 [1] 30/4
11:38 [1] 33/21
11:56 [1] 34/3
11TH [2] 31/5 33/10
12 [13] 11/16 11/16 11/18
11/21 14/16 16/14 16/21
20/13 20/19 37/6 37/12
37/24 83/20
126 [2] 20/20 20/21
12:36 [1] 37/6
12:44 [1] 37/11
12:46 [1] 30/10
12:47 [1] 37/18
13 [6] 17/3 17/10 38/24 39/6
73/10 73/11
1350 [1] 1/18
14 [3] 18/19 72/22 73/12
14TH [1] 18/10
15 [2] 35/9 35/15
1550 [1] 1/19
18 [4] 23/10 28/10 28/16
43/18
18TH [6] 23/9 27/15 27/24
29/23 51/7 60/24

19 [1] 42/1
190 [3] 1/6 1/8 1/20
19-B [1] 5/21
19-C [1] 5/24
195 [1] 8/2
19TH [2] 41/19 76/1
1:40 [1] 37/23

2
20 [9] 6/3 6/18 6/20 7/4 7/6
18/18 35/2 35/10 35/15
20-SOMETHING [1] 51/14
200 [2] 1/18 75/15
20001 [1] 1/22
20036 [1] 1/19
2004 [1] 55/15
2005 [50] 15/17 16/8 16/14
16/21 17/3 17/10 17/16
17/23 18/5 18/10 18/19 20/7
20/14 20/19 21/11 21/17
21/23 22/4 22/11 22/17 23/9
23/10 27/15 27/24 28/10
28/16 30/3 30/4 30/17 31/6
31/7 31/12 31/25 32/12
33/10 33/21 34/4 34/22 37/6
37/12 37/24 38/24 39/6
41/19 42/1 42/7 44/18 44/23
45/13 55/15
2006 [1] 4/9
2013 [1] 1/7
202 [3] 1/14 1/19 1/23
20530 [1] 1/14
21 [5] 6/7 6/18 6/20 7/19
7/24
210 [2] 17/4 17/5
213 [2] 17/10 17/11
22 [6] 6/9 6/19 6/20 7/13
7/13 7/21
23 [6] 3/14 6/11 6/19 6/21
6/23 83/11
23RD [7] 42/7 43/1 43/25
44/12 44/18 44/23 45/13
24-HOUR [1] 8/24
2442 [1] 17/17 17/18
24TH [3] 40/21 45/17 70/24
25 [7] 17/9 83/21 83/22
83/23 83/24 83/25 84/6
252-7685 [1] 1/14
26 [3] 17/16 64/25 65/19
27 [2] 64/25 65/19
2703 [1] 2/12
273 [1] 8/2
28 [1] 64/25
29 [2] 64/25 84/7
29TH [1] 65/6
2:11 [1] 1/8
2:53 [1] 38/25
2ND [7] 21/10 61/23 61/24
66/3 79/14 79/16 79/18

3
3,000 [5] 75/1 75/8 78/5
78/10 78/25
3247 [1] 1/23
34 [2] 84/8 84/15
354-3247 [1] 1/23
3665 [2] 17/23 17/24
3667 [2] 18/5 18/6
38-A [5] 25/15 25/16 25/18
25/22 83/21
38-B [2] 25/25 83/22
38-C [3] 26/2 27/2 83/23
38-D [2] 26/10 83/24

38-E [2] 26/13 83/25
38-F [2] 26/16 84/6
386 [1] 1/3
3:05 [1] 38/4
3RD [2] 79/22 80/5

4
4110 [1] 1/13
4112 [2] 30/3 30/5
4142 [2] 30/10 30/11
4194 [2] 30/16 30/18
4231 [2] 30/23 30/24
4384 [2] 31/6 31/8
4390 [2] 31/13 31/14
4393 [2] 31/19 31/20
4394 [2] 31/25 32/1
4395 [2] 32/5 32/7
4398 [2] 32/12 32/13
4399 [4] 32/18 32/19 32/20
33/7
4408 [2] 33/9 33/11
4409 [2] 33/15 33/17
4424 [2] 33/22 33/23
4433 [2] 34/3 34/5
4571 [2] 37/5 37/7
4572 [2] 37/12 37/13
4574 [2] 37/18 37/19
4585 [2] 37/24 37/25
4595 [2] 38/4 38/5
4620 [2] 38/9 38/11
4633 [2] 38/15 38/16
4634 [2] 38/19 38/20
4716 [2] 38/25 39/1
4735 [2] 39/6 39/8
4890 [2] 18/11 18/12
4897 [2] 18/20 18/21
4:23 [1] 18/11
4:44 [1] 21/17
4:45 [1] 21/23
4:50 [2] 17/3 17/3
4TH [2] 65/9 70/24

5
5400 [2] 41/20 41/21
5401 [2] 42/1 42/2
55 [2] 21/10 21/12
555 [1] 1/13
584 [2] 21/16 21/18
585 [2] 21/24 21/25
5:02 [1] 82/7
5:17 [1] 17/10
5:23 [1] 21/11
5:25 [1] 39/7
5:45 [1] 18/19
5TH [4] 17/23 18/5 21/17
21/23

6
6019 [2] 42/7 42/9
6020 [2] 42/13 42/15
6021 [2] 42/19 42/21
6024 [2] 42/25 43/2
6026 [2] 43/6 43/8
6033 [2] 43/13 43/14
6040 [2] 43/18 43/20
6044 [2] 43/24 44/1
6045 [2] 44/6 44/7
6048 [2] 44/12 44/13
6060 [2] 44/18 44/19
6061 [2] 44/24 44/25
6507 [1] 1/22
667480 [1] 7/8
6:00 [2] 41/10 45/14

**6**

6:25 [1] 23/10
6:29 [1] 23/15
6:45 [1] 24/12
6:A.M [1] 41/7
6TH [1] 15/17

**7**

738 [1] 7/18
739 [3] 15/17 15/19 15/20
7685 [1] 1/14
775-1550 [1] 1/19
7:38 [1] 30/15
7:39 [1] 31/13
7:40 [1] 38/9
7:44 [1] 31/18
7:46 [1] 31/24
7:49 [1] 32/6
7:56 [2] 32/11 42/8
7:58 [1] 32/18
7TH [1] 16/8

**8**

843 [2] 22/5 22/6
845 [2] 22/11 22/12
846 [2] 22/18 22/19
848 [2] 20/8 20/9
8:07 [1] 42/14
8:08 [1] 42/20
8:14 [1] 43/1
8:15 [2] 27/19 27/23
8:17 [1] 28/9
8:19 [2] 28/15 43/7
8:30 [1] 43/12
8:42 [1] 33/9
8:43 [1] 33/16
8:48 [1] 43/19
8TH [1] 30/3

**9**

93 [2] 20/13 20/15
95 [2] 23/23 25/3
98 [2] 16/15 16/16
9:05 [1] 16/8
9:07 [1] 43/24
9:11 [1] 44/6
9:16 [1] 44/11
9:18 [2] 38/15 38/19
9:30 [1] 59/13
9:34 [1] 31/7
9:37 [1] 20/14

**A**

A.M [22] 17/23 18/5 20/8
 22/5 22/11 22/17 30/4 30/23
 31/13 31/18 31/24 32/6
 32/11 32/18 33/9 33/16
 33/21 34/3 41/10 41/20
 41/25 45/14
ABLE [14] 2/11 12/2 27/11
 33/1 35/19 40/3 56/20 57/19
 66/24 68/7 69/25 71/4 72/25
 73/6
ABOUT [78] 8/21 8/21 10/20
 16/13 17/9 17/16 18/17
 19/18 19/25 26/2 26/12 30/9
 34/22 35/9 37/2 37/4 37/23
 39/5 40/14 40/25 45/4 47/24
 47/25 48/3 49/5 49/7 49/8
 49/25 50/1 50/11 50/20
 50/20 51/17 54/1 54/2 54/2
 54/3 54/20 54/25 55/4 55/6

57/10 57/23 58/8 58/9 58/16
 60/5 60/6 61/21 61/22 62/21
 62/22 63/2 63/24 64/4 64/22
 65/17 65/20 65/23 66/5 68/7
 70/12 70/13 71/7 71/11
 71/12 71/13 72/24 73/1
 75/15 76/5 76/16 77/4 79/8
 79/9 79/13 79/17 79/21
ABOVE [2] 5/19 85/7
ABOVE-ENTITLED [1] 85/7
ABSOLUTELY [1] 33/3
ACCENT [2] 10/10 10/13
ACCENTS [1] 10/21
ACCESS [1] 36/15
ACCURACY [1] 67/3
ACCURATELY [4] 9/20 9/24
 29/20 34/21
ACTIVATED [1] 76/1
ACTIVATION [1] 1]
ACTUAL [3] 19/13 41/6 45/14
ACTUALLY [31] 3/19 4/6 5/23
 7/19 9/2 11/11 13/2 13/3
 13/7 13/8 13/10 14/23 14/23
 14/24 19/12 19/23 19/24
 25/8 26/4 27/13 40/3 40/25
 41/15 50/18 54/24 55/4
 56/16 57/4 60/17 68/19
 72/24
ADAMS [18] 13/17 13/20 13/24
 16/19 17/8 18/15 18/24
 19/17 19/18 22/9 32/4 37/16
 39/19 43/23 55/16 57/5 70/7
 70/13
ADDITION [1] 8/7
ADDRESS [6] 59/11 76/4 79/15
 81/12 81/13 81/17
ADDRESSES [5] 75/16 75/20
 75/20 78/16 81/6
ADMISSIBLE [2] 60/19 60/19
ADMISSION [2] 6/17 11/15
ADMITTED [11] 5/16 6/15 6/21
 7/5 10/25 11/7 25/17 29/12
 29/17 34/17 73/21
ADMITTING [1] 56/7
ADRIAN [8] 11/24 12/3 31/23
 33/14 76/21 79/17 81/11
 81/15
AERIAL [2] 5/18 5/25
AFFECTS [1] 76/10
AFFIDAVIT [21] 50/18 50/20
 59/4 61/22 62/1 62/6 62/8
 62/9 62/10 62/11 62/18
 62/23 64/1 65/19 66/2 66/3
 66/5 71/11 79/14 79/16
 79/18
AFFIDAVITS [3] 47/12 51/11
 67/4
AFTER [12] 8/1 18/19 22/16
 25/6 30/10 37/3 43/19 45/6
 45/11 63/22 74/8 74/12
AFTERNOON [7] 2/1 2/25 3/1
 3/4 3/5 46/2 46/3
AGAIN [31] 7/3 7/24 16/21
 17/10 18/4 18/9 18/24 22/11
 22/16 22/17 24/17 28/10
 28/15 29/10 30/4 30/16
 31/11 31/17 31/24 31/25
 32/18 33/10 37/12 37/24
 41/25 44/11 45/3 47/5 49/6
 62/17 80/4
AGAINST [1] 51/17
AGENCIES [1] 40/9
AGENT [12] 24/10 24/11 27/1

27/13 35/21 50/19 55/23
 60/7 66/20 66/24 67/16 70/4
AGENTS [7] 4/3 25/7 40/10
 50/3 56/15 56/15 71/24
AGREES [1] 33/2
AHEAD [3] 19/6 36/20 38/18
ALL [55] 2/6 2/16 6/4 6/15
 8/19 8/24 9/19 10/10 10/15
 10/16 10/20 12/6 12/23
 15/16 15/22 17/15 19/25
 23/8 24/16 25/5 28/9 29/3
 33/9 36/7 36/18 39/18 39/20
 40/6 41/6 41/12 43/18 44/5
 45/7 48/13 50/25 51/2 52/17
 53/1 55/9 58/6 58/20 58/21
 63/9 64/8 65/14 68/16 68/17
 68/22 68/25 69/3 70/2 76/14
 76/16 77/23 78/3
ALLEGED [1] 71/15
ALLOW [1] 2/13
ALLOWED [1] 48/11
ALLOWING [1] 66/11
ALMOST [3] 57/13 61/8 73/3
ALREADY [3] 5/16 9/10 25/10
ALSO [12] 6/10 8/25 12/19
 13/14 13/22 14/3 14/22
 35/16 36/4 55/5 68/9 77/18
ALTHOUGH [1] 12/5
ALWAYS [2] 40/24 75/16
AM [50] 22/22 54/14 55/17
 62/25 80/24
AMATO [1] 81/24
AMENDMENT [1] 69/24
AMERICA [2] 1/3 2/3
AMOUNTS [1] 55/10
ANALYSIS [1] 69/7
ANALYSTS [1] 8/25
ANALYZED [4] 68/14 68/25
 69/5 72/19
ANOTHER [7] 2/12 32/5 36/12
 48/12 57/8 65/16 81/23
ANSWER [2] 48/11 68/14
ANSWERED [1] 47/1
ANSWERING [1] 70/18
ANTOINE [15] 1/5 1/16 2/3
 4/19 9/12 12/16 46/10 47/14
 47/25 48/4 50/22 51/24 52/2
 52/25 65/3
ANTOINE'S [1] 7/12
ANY [29] 8/10 8/15 8/22 10/4
 11/5 11/12 16/3 25/12 26/24
 36/5 47/12 50/3 52/15 53/13
 53/13 53/14 53/14 54/7 54/8
 54/11 56/6 58/19 64/14
 70/19 71/15 75/19 78/15
 78/18 81/19
ANYBODY [3] 53/12 53/12 78/5
ANYONE [1] 59/18
ANYTHING [7] 10/6 61/4 61/5
 63/3 75/20 79/10 80/19
ANYWAY [1] 63/8
APOLOGIZE [1] 32/23
APPEAR [2] 56/5 71/6
APPEARANCES [1] 1/11
APRIL [3] 60/23 66/17 68/15
ARBITRARILY [1] 46/20
ARE [73] 2/4 6/15 6/20 6/20
 9/14 10/17 10/19 11/12
 14/25 18/25 19/24 20/4 27/2
 29/23 30/2 30/7 31/4 31/22
 32/25 41/5 49/11 53/22
 53/24 54/25 55/11 56/2 56/7
 56/23 58/18 58/19 58/21

# A

**ARE...** [42] 60/7 61/6 61/10
  61/11 61/17 62/16 63/5
  63/12 64/11 64/24 65/1
  65/12 66/10 66/16 67/15
  67/15 67/19 68/4 68/5 68/11
  70/6 70/6 70/7 70/8 70/14
  70/15 70/16 70/18 70/20
  70/23 71/6 71/12 71/15
  71/19 72/8 72/22 72/25 73/2
  73/18 79/11 79/19 80/6
**AREA** [1] 25/24
**AREAS** [2] 4/5 40/10
**AREN'T** [1] 75/13
**ARGUABLY** [1] 66/19
**ARGUABLY INTERPRETS** [1] 66/19
**ARGUMENT** [3] 76/25 77/4 77/5
**ARRANGE** [1] 81/1
**ARRANGEMENTS** [1] 40/14
**ARREST** [1] 14/11
**AS** [37] 5/19 9/3 9/3 9/11
  19/4 19/20 19/23 20/2 29/17
  34/8 34/17 35/14 35/22 36/7
  40/4 41/15 45/23 46/19 56/3
  56/19 57/1 57/19 64/13
  64/17 66/9 68/4 68/8 68/8
  68/20 69/5 69/12 71/10 72/1
  73/10 75/24 76/1 79/21
**ASIDE** [1] 79/10
**ASK** [23] 3/25 10/20 15/18
  18/16 36/8 37/3 40/13 48/10
  57/10 57/12 57/25 61/15
  61/16 67/25 67/25 68/7
  68/13 68/20 68/22 68/25
  69/2 72/19 73/4
**ASKED** [5] 47/3 48/11 57/13
  77/18 77/18
**ASKING** [4] 46/16 47/13 50/8
  52/4
**ASKS** [2] 49/20 49/21
**ASSIGNED** [2] 3/12 41/5
**ASSIGNMENTS** [1] 4/11
**ATTACK** [1] 62/8
**ATTENTION** [4] 4/16 12/15 57/6
  73/24
**ATTORNEY'S** [1] 1/13
**August** [7] 4/15 56/13 60/3
  60/4 65/2 66/10 66/16
**AUSA** [2] 1/12 1/12
**AUTHOR** [1] 65/10
**AUTHORITY** [1] 78/9
**AUTHORIZATION** [1] 78/10
**AVAILABLE** [2] 36/2 77/15
**Avalanche** [1] 80/1
**Avenue** [1] 1/18
**AWARE** [1] 41/2
**AWAY** [1] 7/21

# B

**BABY** [1] 60/13
**BACK** [24] 2/8 4/16 5/25 10/2
  19/15 20/6 25/11 26/4 26/11
  26/20 27/6 27/17 35/13
  35/17 36/2 49/5 49/14 56/18
  60/23 61/3 65/18 79/6 80/2
  80/15
**BACKGROUND** [5] 47/20 47/21
  47/21 47/22 52/15
**BACKGROUNDS** [2] 52/16 52/17
**BAD** [1] 35/10
**BAG** [4] 25/11 26/4 26/20
  27/6

**BALAREZO** [4] 77/4 77/18 78/2
  79/6
**BALL** [1] 76/5
**BASED** [6] 12/4 15/24 40/17
  45/7 53/25 58/13
**BASIC** [1] 41/7
**BASICALLY** [5] 3/21 8/24 55/15
  57/14 63/16
**BASIS** [1] 78/15
**BATH** [1] 60/9
**BATHROOM** [1] 49/23
**BE** [57] 2/11 2/24 3/14 4/6
  6/1 7/3 11/4 15/19 17/9
  20/13 21/10 22/10 31/5 33/1
  35/19 36/1 36/2 39/20 39/21
  39/21 40/14 40/24 41/2
  48/11 53/7 56/5 56/20 57/15
  57/22 58/3 58/8 61/1 63/1
  64/22 65/9 66/24 67/6 68/7
  68/8 68/20 69/23 69/25
  70/25 71/4 71/6 71/22 72/25
  74/4 74/5 74/9 74/11 77/1
  77/3 77/5 79/3 79/25 81/8
**BEARS** [2] 7/7 7/17
**BECAME** [2] 55/15 55/18
**BECAUSE** [17] 13/7 19/20
  19/23 24/7 27/5 35/17 35/21
  41/6 57/18 66/25 71/12 76/6
  77/20 77/25 79/3 79/12 81/4
**BECOME** [2] 4/18 4/21
**BEDDING** [1] 40/5
**BEEN** [19] 3/13 5/16 7/4 9/10
  10/24 29/17 34/17 40/4
  51/13 55/13 55/14 55/14
  69/10 73/21 75/10 77/6
  77/10 77/15 77/21
**BEFORE** [30] 1/9 10/24 15/10
  16/3 19/4 24/18 24/18 29/16
  32/24 34/8 34/19 35/13 39/5
  48/11 50/1 56/3 56/6 56/19
  58/12 68/12 68/12 68/22
  72/10 77/14 78/6 78/15
  78/18 79/9 81/3 81/19
**BEGIN** [3] 5/8 15/16 62/24
**BEGINNING** [1] 5/10
**BEHALF** [4] 83/4 83/10 84/4
  84/13
**BEHIND** [2] 5/2 6/1
**BEING** [2] 67/22 74/2
**BELIEVE** [8] 6/15 23/1 28/24
  49/8 53/7 56/6 56/13 79/22
**BELIEVED** [2] 45/8 45/9
**BELIEVES** [2] 60/25 72/10
**BENCH** [2] 56/1 73/25
**BEST** [1] 80/24
**BETTER** [1] 81/7
**BETWEEN** [6] 17/20 26/8 33/13
  39/10 43/22 60/5
**BINDER** [7] 9/11 9/19 10/15
  10/18 15/18 73/15 73/20
**BINDERS** [1] 73/18
**BIRTH** [1] 79/19
**BLUE** [1] 5/3
**BLURRY** [3] 26/3 27/1 27/12
**BOOK** [4] 28/3 32/21 32/23
  67/2
**BOTH** [2] 63/5 67/10
**BRAKE** [1] 26/15
**BRANCH** [2] 3/12 4/15
**BREAK** [3] 34/14 34/25 35/2
**Breakfast** [1] 59/12
**BREAKS** [1] 49/4
**Bremea** [8] 30/8 31/3 31/11

  31/17 33/20 37/10 39/11
  37/18
**BRIAN** [1] 1/17
**BRIEF** [5] 29/22 29/24 34/23
  35/12 45/21
**BRIEFLY** [1] 67/9
**BRING** [9] 2/6 35/17 36/18
  40/8 55/22 57/6 72/17 73/24
  75/9
**BRINGING** [1] 47/2
**BROTHER** [1] 39/13
**BROTHER-IN-LAW** [1] 39/13
**BROUGHT** [3] 40/9 71/9 76/6
**BUBBLE** [1] 60/9
**BUILDING** [3] 5/18 5/23 5/25
**BUNCH** [2] 54/22 54/23
**BURN** [2] 80/10 81/23
**Busard** [1] 69/6
**BUSINESS** [2] 19/13 19/24
**BUYING** [1] 53/1

# C

**CADILLAC** [2] 6/10 6/13
**CALL** [226]
**CALLED** [2] 10/7 36/2
**CALLERS** [2] 28/7 31/22
**CALLING** [3] 74/9 74/11 74/12
**CALLS** [82] 2/19 8/15 9/3 9/4
  9/4 9/6 10/3 10/16 10/17
  12/23 13/22 15/9 15/10
  15/12 15/16 15/23 18/17
  18/25 19/23 20/6 21/9 22/23
  22/25 23/1 23/4 23/4 23/8
  27/17 30/2 31/4 34/21 36/5
  36/7 36/10 36/11 37/2 37/3
  37/4 38/22 39/6 39/12 39/17
  39/17 39/18 40/17 41/18
  44/17 45/4 45/6 50/7 50/10
  54/20 54/21 54/23 54/24
  54/25 55/3 57/13 57/18
  57/19 57/23 57/24 58/10
  58/19 58/19 59/2 61/9 63/19
  64/14 64/14 64/18 64/22
  66/11 66/15 66/25 68/5
  70/23 71/2 71/3 72/4 72/8
  72/13
**CAME** [7] 13/5 24/1 24/19
  40/17 62/17 75/17 80/2
**CAMERA** [1] 27/14
**CAN** [60] 2/7 2/9 3/17 4/11
  5/19 7/5 8/21 19/6 26/19
  29/7 35/20 36/11 36/15
  49/14 53/3 53/4 53/10 55/23
  57/22 58/5 58/6 59/11 60/20
  61/2 61/22 62/4 62/20 63/4
  63/5 65/9 67/12 67/25 67/25
  68/13 68/15 68/20 68/22
  68/25 69/2 70/5 72/5 72/17
  72/18 73/15 73/21 75/6
  76/23 77/7 78/22 78/23 79/1
  80/10 80/13 80/25 80/25
  81/1 81/24 81/24 82/1 82/3
**CAN'T** [24] 9/1 35/23 41/11
  49/9 49/9 49/12 49/22 55/9
  60/18 60/21 62/18 62/24
  63/3 65/11 66/23 68/17 69/8
  70/1 72/1 72/2 77/25 78/23
  79/6 80/18
**CANNOT** [3] 62/12 72/18 75/9
**CAPTURED** [1] 26/24
**CAPTURES** [1] 27/4
**CAR** [6] 3/19 7/5 7/9 26/5
  27/5 75/19

# C

CARTER [7] 13/12 28/14 39/4 42/24 44/16 76/19 79/13
CASE [29] 1/3 2/2 9/13 36/12 39/22 40/2 40/13 40/15 40/16 40/20 40/23 41/15 45/6 46/4 46/8 48/16 55/14 56/8 56/25 59/14 60/21 63/16 67/16 67/17 68/16 71/16 72/2 72/4 73/2 73/18
CATCHING [1] 45/10
CAUSE [1] 69/17
CELL [3] 2/9 12/20 82/2
CENTER [5] 41/7 41/8 45/15 45/18 45/19
CERTAIN [2] 10/12 75/10
CERTAINLY [4] 33/4 67/16 67/17 68/1
CERTIFICATE [1] 85/3
CERTIFY [1] 85/5
CHANCE [1] 29/18
CHANGED [1] 3/21
CHANGING [1] 40/11
CHARGE [1] 41/8
CHARLIE [2] 7/18 23/14
CHART [2] 34/19 34/21
CHARTS [1] 29/7
CHECK [4] 47/17 47/20 52/15 52/24
CHEVY [1] 79/25
CHOICE [1] 82/5
CIRCUMSTANCES [1] 45/7
CLEAR [5] 6/18 7/3 19/8 26/6 58/8
CLEARLY [1] 75/22
CLOSE [1] 26/12
CLOSER [1] 25/2
CLUB [7] 5/13 5/14 8/8 14/24 19/13 19/24 72/10
COCAINE [10] 19/2 19/10 19/22 23/5 45/8 46/12 47/2 53/1 53/2 53/14
COCONSPIRATOR [1] 70/11
COCONSPIRATORS [6] 21/3 55/5 55/7 55/11 71/15 73/3
CODE [1] 71/7
CODES [8] 54/7 54/11 56/17 56/17 70/16 71/6 71/13 71/25
COLUMBIA [1] 1/1
COLUMN [1] 7/16
COM [2] 41/7 45/14
COMBINATION [1] 4/3
COME [9] 12/15 14/9 45/8 49/5 51/21 61/1 61/18 69/6 81/6
COMES [2] 35/13 74/8
COMING [1] 76/14
COMMENT [1] 74/13
COMMON [1] 10/6
COMMUNICATION [6] 41/7 57/5 57/5 57/6 68/2 68/4
COMMUNICATIONS [16] 45/19 55/13 56/11 56/14 56/14 58/11 61/8 61/12 67/15 67/15 67/18 67/22 68/6 68/8 68/11 71/4
COMPANIES [1] 74/10
COMPARE [3] 7/14 7/15 27/10
COMPARES [1] 7/6
COMPLICATED [1] 77/13
COMPUTER [4] 1/25 75/5 78/24

80/12
CONCERN [1] 40/24
CONFERENCE [1] 56/1
CONFIDENTIAL [15] 47/10 47/10 47/15 47/17 47/22 47/25 48/4 48/5 48/5 51/18 52/13 52/15 52/21 53/10 65/12
CONFIRM [1] 76/3
CONFUSING [1] 53/7
CONNECTICUT [1] 1/18
CONNECTIONS [1] 10/13
CONSENT [1] 2/11
CONT'D [4] 36/24 84/1 84/2 84/4
CONTACT [1] 52/13
CONTAIN [1] 10/15
CONTAINED [1] 10/17
CONTENTS [1] 24/23
CONTINUE [2] 15/21 16/3
CONTINUING [1] 15/22
CONVERSATION [6] 19/14 21/2 54/17 54/19 55/16 72/24
CONVERSATIONS [8] 9/20 9/21 9/22 19/12 54/25 55/2 69/18 70/6
COOPERATED [1] 55/7
COPIES [2] 73/5 80/11
COPY [2] 65/18 73/15
CORRECT [7] 11/19 48/17 50/22 51/15 55/12 55/19 85/6
COULD [20] 5/21 12/21 28/16 32/6 33/16 34/4 38/10 43/7 43/7 50/25 51/25 58/7 61/1 63/15 65/23 74/13 74/19 78/13 78/14 79/8
COULDN'T [2] 48/25 78/19
COUNSEL [1] 77/16
COUNTING [1] 20/25
COUNTRY [1] 10/12
COUPLE [7] 4/14 16/20 23/4 42/6 48/19 49/5 79/11
COURSE [4] 16/2 54/7 54/9 54/11
COURT [17] 1/1 1/21 2/9 2/14 4/23 5/4 59/7 63/4 65/15 73/13 73/14 74/1 74/13 76/7 76/8 78/9 82/7
COURT'S [2] 45/21 62/6
COURTHOUSE [1] 1/21
COURTNEY [1] 1/12
COUSIN [2] 39/13 39/20
COVER [1] 40/8
CREDIBILITY [4] 54/3 63/13 67/6 69/4
CREDIBLE [3] 47/18 52/25 53/22
CRESCENT [2] 76/2 80/2
CRIME [1] 4/7
CRIMES [1] 4/5
CRIMINAL [4] 1/3 2/2 52/16 52/17
CROSS [3] 45/25 68/24 83/3
CROSS-EXAMINATION [2] 45/25 68/24
CS [14] 50/16 50/18 50/21 50/21 50/23 51/3 51/6 51/9 51/19 51/20 52/9 52/12 53/3 53/7
CS-1 [13] 50/16 50/18 50/21 50/21 51/3 51/6 51/9 51/19 51/20 52/9 52/12 53/3 53/7
CUBES [1] 69/7

CURRENT [1] 3/15
CURRENTLY [1] 3/11

# D

D.C [3] 1/7 1/22 35/23
DARLENE [1] 1/12
DATA [8] 2/10 29/9 74/21 75/8 77/7 77/11 77/15 77/19
DATE [7] 9/21 56/12 60/23 77/19 79/19 80/4 85/12
DATES [3] 75/12 75/13 77/22
DAY [16] 1/9 4/7 17/2 24/13 27/17 30/22 33/22 38/4 38/24 41/20 42/7 49/23 50/25 74/2 75/15 82/7
DAYS [11] 16/13 22/4 42/6 48/19 48/20 49/6 60/4 75/10 75/11 79/6 82/4
DC [2] 1/14 1/19
DECIDE [2] 2/13 72/20
DEFENDANT [13] 1/6 1/16 5/5 5/9 6/17 10/17 11/2 11/17 28/24 60/5 64/18 72/9 84/13
DEFENDANT'S [1] 8/14
DEFENSE [14] 35/19 35/24 60/3 60/17 60/20 60/21 64/6 64/7 69/21 73/10 73/11 73/12 77/7 80/23
DEFINITELY [1] 66/25
DEMETRIUS [9] 14/1 17/14 20/18 70/7 76/2 76/19 79/22 79/25 81/16
DENIECE [2] 7/10 7/11
DENIED [1] 69/23
DENY [1] 72/16
DENYING [1] 72/15
DEPARTMENT [1] 3/11
DESCRIBE [8] 3/17 3/25 4/11 5/9 5/21 8/12 8/21 26/19
DESIGNATED [1] 52/9
DESPERATELY [1] 67/3
DETECTIVE [40] 2/19 2/21 2/23 3/16 5/17 8/5 15/8 16/5 16/25 20/23 22/8 25/21 29/16 31/2 33/19 34/17 35/4 35/16 35/20 36/1 36/22 37/2 38/7 39/12 46/2 46/4 47/13 48/9 48/15 51/1 51/11 51/13 53/5 54/7 55/13 56/15 58/9 59/17 62/9 83/5
DETECTIVES [1] 4/4
DETERMINE [1] 10/11
DID [70] 4/18 4/21 8/10 8/15 8/16 8/17 8/19 10/2 10/4 10/11 12/15 13/20 14/9 14/20 15/10 19/1 19/9 19/11 20/1 20/23 21/1 22/24 23/21 24/4 24/6 24/9 24/25 25/7 27/10 29/5 45/11 45/13 46/10 47/13 47/17 47/20 48/4 48/9 48/18 48/22 49/1 50/1 50/3 50/11 50/16 51/11 51/12 52/15 52/20 52/24 53/14 56/16 56/19 58/23 58/24 58/25 61/15 62/9 63/16 68/22 69/2 69/7 74/13 75/2 75/20 78/6 79/9 81/13 81/15 81/18
DIDN'T [10] 9/7 57/15 57/17 58/1 58/2 67/24 78/15 81/10 81/11 81/12
DIFFERENCE [3] 70/8 72/5 72/8
DIFFERENT [9] 8/24 27/9 27/9

**D**

**DIFFERENT... [6]** 27/20 48/7 55/10 58/18 58/19 66/12
**DIG [2]** 81/7 81/8
**DIRECT [5]** 3/2 4/16 35/8 36/24 83/3
**DISCOVERY [1]** 77/20
**DISCUSS [3]** 35/5 59/14 59/18
**DISK [7]** 74/25 75/14 75/9 80/9 80/21 80/25 82/5
**DISKS [4]** 77/25 78/1 80/6 80/18
**DISPROVE [1]** 72/25
**DISRESPECT [1]** 58/2
**DISTRICT [4]** 1/1 1/1 1/10 1/21
**DMV [5]** 7/5 7/6 7/14 7/15 7/25
**DMV-1 [2]** 7/5 7/6
**DMV-2 [1]** 7/25
**DMV-4 [2]** 7/14 7/15
**DO [49]** 3/10 4/23 7/15 7/25 9/19 9/24 10/24 10/25 12/7 13/16 15/4 25/7 25/22 27/4 28/1 35/4 35/23 36/11 39/23 41/4 47/9 47/21 48/21 50/7 51/2 51/8 52/1 52/3 52/7 52/18 54/25 55/20 57/16 58/11 60/6 61/13 62/3 65/15 65/15 68/17 72/1 72/4 72/20 73/17 75/2 77/22 78/10 78/25 81/9
**DOCUMENT [1]** 29/20
**DOCUMENTS [5]** 29/18 55/21 56/5 56/7 64/5
**DOES [14]** 7/13 10/15 14/12 29/20 34/21 39/22 39/24 40/15 41/4 41/14 57/3 68/18 73/4 80/14
**DOESN'T [6]** 51/3 65/14 66/4 68/10 69/4 75/18
**DOING [9]** 23/25 24/2 56/16 62/5 62/14 66/18 67/10 75/10 80/24
**DOLLARS [1]** 79/5
**DON'T [63]** 16/2 19/24 32/25 34/13 35/14 35/22 35/23 36/13 36/14 39/19 47/7 47/12 47/24 48/8 49/3 49/4 49/18 49/23 51/9 51/18 52/5 54/13 54/15 56/6 56/18 59/14 59/17 59/22 59/24 59/25 60/5 60/19 60/22 61/5 62/2 62/14 62/17 64/12 64/14 64/16 64/16 65/9 66/18 68/15 68/19 69/7 69/23 70/1 70/5 70/14 72/4 72/5 74/21 74/21 75/14 76/10 76/23 77/1 77/10 77/19 78/21 81/20 81/21
**Donald [1]** 14/6
**DONE [1]** 19/4
**DOOR [1]** 26/12
**DOWN [23]** 7/16 24/2 35/4 39/22 40/5 40/13 40/15 40/15 40/16 40/19 40/20 40/23 41/1 41/16 41/19 45/6 45/12 45/13 55/23 69/9 72/2 78/7 80/1
**DOZENS [2]** 59/21 70/25
**Drive [2]** 76/13 77/4
**DRIVING [1]** 79/25

**DROVE [2]** 6/4 79/20
**DRUG [3]** 13/17 13/17
**DRUGS [11]** 39/21 40/17 53/4 63/17 65/20 65/24 68/18 69/5 72/24 73/1 73/4
**DUMP [1]** 68/22
**DURING [6]** 4/18 12/15 45/9 58/16 66/18 67/18

**E**

**EACH [8]** 29/22 34/23 40/2 41/12 41/13 52/10 75/15 75/22
**EARLIER [5]** 21/5 62/20 63/1 67/20 67/21
**Eichert [3]** 74/11 76/10 76/11 82/4
**EITHER [4]** 28/4 32/21 36/11 82/4
**ELLEN [1]** 1/9
**ELSE [5]** 36/13 54/16 54/19 72/18 79/10
**EMPLOYED [1]** 3/11
**EMPLOYEES [1]** 72/9
**END [4]** 63/17 76/15 78/19 81/4
**ENFORCEMENT [1]** 9/5
**ENOUGH [4]** 40/7 69/13 69/14 78/8
**ENTAILS [1]** 40/8
**ENTERED [1]** 19/20
**ENTIRE [1]** 5/23
**ENTIRELY [1]** 75/10
**ENTITLED [1]** 85/7
**Errin [1]** 1/17
**EVEN [2]** 52/25 78/18
**EVENING [12]** 27/19 30/15 31/5 38/10 38/15 42/7 42/14 42/20 43/7 43/25 45/9 59/14 62/21 69/11 72/6 72/24
**EVER [10]** 13/13 13/18 14/2 15/10 20/1 54/7 54/11 65/17 73/19 75/19
**EVERY [8]** 4/7 9/25 40/8 49/23 62/21 69/11 72/6 72/24
**EVERYBODY [6]** 45/24 55/10 59/15 70/17 71/19 77/9
**EVERYBODY's [1]** 57/5
**EVERYONE [1]** 45/10
**EVERYTHING [3]** 49/21 63/16 76/5
**EVIDENCE [13]** 6/24 9/11 11/4 11/9 11/21 25/19 29/14 34/12 66/4 73/21 74/15 77/5 81/2
**EVIDENTIARY [4]** 76/7 76/8 78/1 78/13
**EXACT [2]** 41/11 67/18
**EXACTLY [5]** 24/6 26/19 40/23 55/5 65/23
**EXAMINATION [4]** 3/2 36/24 45/25 68/24
**EXAMINE [1]** 67/24
**EXAMINED [4]** 67/22 68/1 68/2 68/3
**EXAMPLES [3]** 68/4 68/5 68/22
**EXCELLENTLY [1]** 72/3
**EXCEPT [1]** 6/16
**EXCLUDED [1]** 68/10
**EXCUSE [2]** 55/23 59/10
**EXCUSED [3]** 35/7 59/17 59/20
**EXECUTED [2]** 40/7 41/6
**EXHIBIT [24]** 6/23 11/8 11/20 12/24 13/25 15/9 25/18 28/22 29/13 29/17 34/7

**EXHIBIT (continued)** 34/11 34/13 34/18 56/23 57/23 59/23 60/1 60/2 60/18 60/22 73/10 74/23 74/24
**EXHIBITS [9]** 7/15 56/3 56/19 57/1 62/7 64/7 64/7 83/8 84/2
**EXISTED [1]** 68/15
**EXPECT [2]** 49/14 74/12
**EXPERIENCED [1]** 49/11
**EXPERIENCES [1]** 3/18
**EXPERT [2]** 55/1 71/6
**EXPLAINED [1]** 79/21
**EYE [1]** 53/11
**EYES [2]** 27/9 27/11

**F**

**FACING [1]** 49/25
**FACT [6]** 47/22 50/16 51/6 65/11 66/10 81/3
**FAIR [2]** 27/8 81/20
**FAMILIAR [8]** 4/18 4/21 9/14 9/17 14/25 55/15 64/21 64/21
**FAR [2]** 9/3 32/25
**FAST [1]** 42/6
**FAST-FORWARD [1]** 42/6
**FBI [2]** 41/4 56/15
**February [1]** 1/7
**FEDERAL [1]** 4/3
**FEEL [4]** 35/14 60/19 68/2 73/4
**FELT [1]** 76/8
**FEMALE [1]** 72/9
**FEW [7]** 23/1 32/11 42/13 42/25 43/12 48/19 69/3
**Fifteen [1]** 35/10
**FIGURE [3]** 36/14 69/2 78/20
**FILLED [1]** 62/24
**FINAL [1]** 34/2
**FINALLY [2]** 7/19 26/16
**FIND [2]** 80/13 81/18
**FINE [3]** 2/15 35/11 74/6
**FINISH [4]** 34/13 35/15 48/11 61/18
**FIRST [23]** 7/4 15/17 21/9 23/1 23/3 23/9 24/16 25/4 25/21 26/14 31/6 41/19 46/7 48/3 48/18 52/1 52/13 62/8 62/16 62/17 65/2 70/3 72/13
**FIVE [2]** 16/13 44/5
**FLIP [1]** 7/14
**FOCUS [2]** 4/1 4/5
**FOCUSING [2]** 10/2 28/6
**FOLLOW [1]** 71/5
**FOLLOWING [3]** 17/2 30/22 68/8
**FOOD [1]** 25/2
**FOOT [1]** 26/15
**FOOTNOTE [1]** 75/25
**FORCE [7]** 3/24 4/1 4/2 4/14 4/17 8/7 45/5
**FOREGOING [1]** 85/5
**FORGOT [1]** 23/2
**FORMS [1]** 68/2
**FORMULATE [2]** 35/19 35/25
**FORTH [1]** 75/21
**FORWARD [1]** 42/6
**FOUND [3]** 75/24 79/10 81/18
**FOUNDATION [4]** 69/1 70/4 70/6 74/10
**FOUR [2]** 23/15 69/11
**Fourth [1]** 1/13
**Franklin [1]** 6/16

## F

**Friday** [1] 73/25
**FRONT** [6] 5/18 6/5 6/6 6/12 67/14 68/9
**FUNCTION** [1] 80/13
**FURTHER** [1] 45/22

## G

**GAS** [1] 25/4
**GAVE** [8] 9/11 50/21 50/24 51/7 59/25 64/4 64/7 79/6
**Geise** [1] 2/8
**GENERAL** [1] 65/12
**GENERALLY** [1] 39/24
**GENTLEMEN** [2] 35/1 59/9
**GET** [24] 25/3 32/22 33/4 45/10 46/7 46/10 47/14 48/22 50/25 51/23 51/24 53/4 57/8 57/15 62/4 67/3 73/7 74/18 77/6 77/11 77/24 77/24 80/15 81/23
**GETTING** [2] 72/13 77/21
**GIRLFRIEND's** [2] 81/12 81/16
**GIVE** [29] 23/2 33/1 35/19 36/6 36/9 45/19 46/20 53/13 53/14 57/18 58/2 58/4 58/5 58/6 60/17 60/20 61/21 63/3 65/18 65/22 68/21 73/5 73/15 73/18 73/20 78/9 78/23 79/7 82/4
**GIVEN** [3] 23/3 29/21 80/11
**GIVING** [2] 53/16 60/16
**GO** [31] 2/17 14/12 19/6 20/6 24/6 24/9 24/21 27/17 30/2 34/9 36/20 38/18 41/9 44/17 45/20 49/23 49/24 50/25 51/25 56/22 60/4 60/11 64/8 64/10 64/12 65/12 66/4 69/4 77/12 80/12 82/3
**GOES** [4] 60/23 65/19 76/17 79/3
**GOING** [57] 5/8 7/14 9/10 16/20 17/9 17/15 18/10 18/16 21/10 21/22 23/8 24/12 27/17 27/18 30/2 30/3 30/9 31/4 32/22 33/1 35/21 35/24 37/2 37/3 41/15 47/6 51/21 56/18 57/10 57/11 57/14 57/25 58/4 59/5 60/11 60/12 60/20 61/17 63/18 63/22 64/8 64/10 64/12 65/17 68/17 68/23 71/5 72/7 72/22 72/25 73/18 76/1 76/13 77/20 80/20 81/6 81/23
**GONE** [1] 68/16
**GOOD** [10] 2/25 3/1 3/4 3/5 6/22 46/2 46/3 59/14 60/13 64/13
**GOT** [24] 14/22 25/9 26/15 27/5 33/2 46/24 49/3 49/8 49/10 49/13 49/18 50/1 54/23 55/10 57/2 57/16 60/9 65/16 68/9 69/13 69/25 71/21 77/24 77/24
**GOTTEN** [2] 26/11 65/11
**Government** [32] 3/12 2/23 11/3 11/15 13/11 25/15 28/22 29/11 34/6 35/15 35/25 36/9 49/20 55/8 57/13 57/18 57/20 58/2 58/4 60/25 61/14 64/2 64/5 64/13 64/17

---

**66/11 72/7 72/10 73/6 83/4**
**83/6 83/14**
**Government's** [17] 6/23 10/25 11/8 11/20 12/24 13/25 15/9 25/18 25/21 28/22 29/13 29/17 34/7 34/11 34/18 68/23 74/14
**GPS** [14] 74/18 74/21 75/8 76/1 76/6 77/7 77/11 78/19 79/9 80/7 81/3 81/18 81/18 81/20
**Greg** [1] 20/12
**Gregory** [1] 14/25
**Griffith** [3] 1/21 85/5 85/12
**GROUP** [3] 9/7 31/4 31/6
**Gun** [1] 3/23
**Guys'** [1] 78/16
**Gwen** [1] 73/8

## H

**H-O-R-N-E** [1] 3/9
**HAD** [33] 4/11 8/22 8/25 10/6 10/10 10/13 10/16 19/16 19/16 23/3 23/4 24/18 24/21 27/14 29/18 40/7 40/8 41/1 45/8 47/22 53/16 55/13 56/3 56/14 56/16 66/8 72/9 78/3 78/7 79/1 81/4 81/17 81/17 80/10 68/18
**HALF** [5] 19/14 19/18 19/20 30/10 68/18
**HALFWAY** [1] 7/16
**HAND** [3] 2/22 9/10 67/19
**HANDED** [1] 63/25
**HANDY** [1] 64/15
**HAPPEN** [1] 41/2
**HAPPENED** [6] 25/9 27/15 33/16 34/3 37/6 41/6
**HAPPENS** [2] 42/20 43/6
**HAPPY** [3] 34/25 64/18 64/22
**HARD** [1] 61/6
**HAS** [22] 3/20 5/2 5/16 6/12 6/17 7/4 9/10 9/12 10/24 26/11 28/24 28/25 29/10 35/25 41/5 52/10 58/13 67/9 73/21 77/15 79/4 81/8
**HASN'T** [1] 68/16
**HAVE** [96]
**HAVING** [6] 32/23 54/16 54/18 57/20 59/10 65/14
**Hawkins** [6] 12/5 14/25 20/12 37/22 38/1 43/11
**HAYSTACK** [2] 78/12 79/5
**HE** [48] 2/10 5/2 12/1 12/6 12/18 12/19 13/1 13/2 13/3 13/8 13/14 13/18 13/23 14/2 14/3 14/7 14/12 14/19 14/24 15/3 26/20 26/22 27/5 27/5 27/6 36/4 57/14 67/25 67/25 68/3 68/9 74/16 74/16 75/8 75/11 75/18 76/23 78/23 79/3 79/5 79/6 79/8 79/13 79/20 79/25 80/14 81/16 81/24
**HE's** [15] 2/8 5/1 5/1 5/2 26/4 26/12 26/15 57/16 62/8 62/13 68/9 68/10 76/13 79/17 79/18
**HEAD** [1] 24/4
**HEAR** [3] 15/10 19/23 20/1
**HEARD** [11] 10/21 12/7 12/18 13/13 13/18 14/2 23/21 29/10 41/23 61/1 79/23
**HEARING** [9] 25/6 74/24 74/24

---

**74/25 75/3 76/7 76/7 76/8 78/1 78/4**
**HEAVENS** [1] 67/11
**HELP** [4] 35/24 35/25 36/15 57/15
**HELPED** [1] 9/18
**HER** [24] 19/15 35/15 35/17 48/11 57/6 57/10 57/12 58/9 58/13 61/15 61/16 68/1 68/7 68/13 68/13 68/17 68/20 68/21 68/22 68/25 69/2 69/4 72/19 73/4
**HERE** [31] 5/2 28/1 29/9 39/21 50/11 51/21 53/11 53/21 54/3 56/25 57/6 59/21 62/14 64/4 65/8 67/11 68/8 69/24 70/13 71/1 71/7 71/7 71/12 74/4 74/5 77/8 77/9 78/1 78/24 81/21
**HIDING** [1] 76/5
**HIGHLIGHT** [1] 61/17
**HIGHLIGHTED** [2] 7/8 60/15
**HIGHLIGHTING** [1] 59/22
**HIM** [15] 4/21 5/10 12/20 12/20 13/8 13/15 14/4 23/3 68/7 68/9 76/11 76/13 78/23 79/7 80/11
**HINT** [1] 61/21
**HIS** [28] 12/4 12/5 12/11 12/11 12/19 12/20 13/2 13/14 13/22 13/23 14/3 14/22 14/23 25/23 26/1 26/12 26/15 67/18 72/9 72/9 75/19 76/3 79/14 79/19 79/19 79/25 81/16 81/17
**HIT** [1] 41/9
**HOLD** [1] 60/20
**Holland** [17] 12/25 13/6 23/20 24/7 24/17 25/10 26/8 26/11 26/23 28/8 30/14 32/16 38/23 44/22 45/3 55/17 70/13
**Holland's** [3] 26/3 26/14 26/17
**HOME** [5] 55/8 55/9 55/11 56/22 59/6
**HOMEWORK** [3] 20/2 20/2 20/23
**Homicide** [2] 3/12 4/15
**Honda** [1] 8/3
**Honor** [56] 2/18 6/16 11/3 11/14 15/21 19/3 25/14 28/21 29/1 29/6 29/8 32/22 33/3 34/6 34/15 35/10 35/13 36/21 46/14 47/5 48/10 53/6 53/20 54/2 55/20 56/4 56/24 57/12 58/7 60/8 60/12 60/17 60/25 61/7 62/2 62/4 63/9 63/16 64/2 64/6 10 64/17 64/24 65/22 67/5 67/8 69/11 70/10 72/7 73/6 73/23 77/3 77/23 80/15 80/22 81/10 82/1
**HONORABLE** [1] 1/9
**Horne** [33] 2/19 2/21 2/23 3/9 5/17 8/5 15/8 16/5 16/25 20/23 22/8 25/21 29/16 31/23 29/3 19/34 17 35/16 35/20 36/1 36/22 37/2 38/7 39/12 46/2 46/4 48/15 54/7 57/19 61/2 62/9 66/24 74/8 83/5
**Horne's** [1] 58/9

**H**

HOT [1] 60/9
HOUR [6] 8/24 18/18 30/9 37/23 75/6 78/24
HOUSE [5] 76/2 81/11 81/12 81/16 81/17
HOUSES [3] 76/11 76/18 81/19
HOW [41] 3/13 4/21 7/5 7/13 7/15 8/21 8/21 9/1 9/17 12/2 12/10 12/21 13/5 13/20 14/9 14/20 26/2 27/10 35/8 39/16 45/11 45/13 46/10 47/13 48/18 48/21 48/22 49/1 49/3 49/10 49/13 49/24 50/15 54/22 57/22 60/6 70/23 75/22 76/10 80/6 80/14
HUGGINS [13] 12/14 17/1 17/21 18/3 18/9 19/18 28/20 30/21 32/10 38/3 42/12 43/5 43/17
HUNDRED [5] 54/20 57/13 61/8 64/14 64/14
HUNDREDS [2] 61/10 66/11
HUNTER [2] 14/6 14/9
HUVELLE [1] 1/9

**I**

I'D [15] 4/16 7/3 10/20 15/8 15/21 16/7 16/13 20/6 21/9 35/15 35/16 41/18 42/6 66/20 66/23
I'LL [2] 18/16 72/19
I'M [88]
I'VE [7] 29/16 74/1 75/16 77/6 77/10 77/21 78/7
I-N-D-E-X [1] 83/1
ICE [2] 56/15 69/7
IDEA [1] 69/8
IDENTIFICATION [1] 5/5
IDENTIFY [4] 4/25 12/2 14/9 70/1
IDENTITY [1] 46/15
IMPEACH [3] 62/25 63/12 63/14
IMPORTANT [1] 69/13
IN-COURT [1] 5/4
INCLUDE [1] 6/1
INDEPENDENTLY [1] 79/11
INDEX [1] 84/1
INDICATING [1] 4/25
INDIVIDUAL [6] 4/19 13/6 14/16 21/5 26/6 26/7
INDIVIDUAL'S [1] 12/22
INDIVIDUALS [2] 10/12 10/16
INDULGENCE [1] 45/21
INFORMATION [14] 2/14 41/14 46/11 46/24 47/1 48/8 50/22 50/24 51/8 53/17 53/25 54/8 66/8 81/19
INITIALLY [1] 19/17
INITIATED [2] 52/13 53/18
INSTANCE [1] 13/7
INSTANCES [1] 75/17
INSTEAD [2] 57/20 59/9
INTERCEPT [3] 14/10 55/18 55/19
INTERCEPTED [10] 12/1 12/3 12/19 12/20 13/4 13/14 14/3 14/18 15/3 15/6
INTERCEPTEE [1] 79/18
INTERPRET [9] 39/20 56/17

56/17 58/22 59/2 61/15 66/6 66/10 69/14
INTERPRETED [2] 23/2 66/25
INTERPRETING [2] 39/17 57/4
INTERPRETS [1] 66/19
INTERRUPT [1] 3/25
INTRODUCE [1] 3/6
INVESTIGATING [6] 5/8 46/4 46/8 46/10 46/25 67/18
INVESTIGATION [23] 4/22 5/10 9/7 10/11 11/25 12/16 15/14 20/4 21/7 39/14 46/23 47/9 50/15 50/17 50/21 51/1 51/7 53/18 58/16 65/12 71/8 71/20 72/1
INVESTIGATIONS [3] 4/7 12/4 55/14
INVESTIGATIVE [2] 5/9 8/6
INVOLVE [1] 45/10
INVOLVED [4] 39/23 39/25 40/2 40/22
INVOLVES [1] 41/10
IRRELEVANT [5] 53/23 53/24 62/10 62/12 65/21
IS [208]
ISN'T [6] 32/21 47/22 50/16 51/6 66/15 78/15
ISSUE [1] 67/7
IT [157]
IT'S [107]
ITS [1] 65/24

**J**

JACK [1] 2/7
JACKSON [9] 11/24 12/3 31/23 33/14 34/1 38/8 76/21 79/17 81/15
JACKSON'S [2] 12/7 81/12
JAIL [5] 35/23 75/9 80/14 81/1 81/25
JEEP [4] 25/23 26/1 26/8 27/7
JEFFREY [1] 1/17
JOHN [13] 13/17 13/20 16/19 17/8 18/15 18/24 19/17 19/18 22/9 23/5 32/4 37/16 39/19
JOHNSON [9] 14/1 17/14 20/18 70/8 70/13 76/19 79/22 79/25 81/16
JOHNSON'S [1] 76/2
JOINT [1] 4/13
JONES [125]
JONES' [1] 27/7
JONES [3] 25/11 26/5 26/21
JOSEPH [1] 1/22
JUDGE [1] 1/10
JULY [1] 66/18
JUNE [4] 3/14 65/1 65/9 66/17
JUNKYARD [1] 6/2
JURORS [1] 2/6
JURY [28] 1/9 2/16 3/7 3/17 7/5 29/10 33/2 35/3 35/13 36/18 36/19 49/14 50/25 51/1 51/13 51/18 53/2 53/9 53/11 53/22 53/23 56/22 59/6 59/12 59/16 71/24 73/18 73/20
JUST [84] 4/7 5/2 6/18 9/11 12/11 12/23 13/22 16/20 18/4 18/18 19/8 19/17 19/17 21/2 21/22 22/10 22/16 23/15 24/16 24/18 24/22 26/6 27/7 27/12 28/6 28/15

32/17 33/21 34/23 37/17 39/3 29/4 29/5 31/18 32/11 39/12 39/17 39/24 42/13 43/12 44/5 45/4 46/16 46/19 47/1 52/8 53/21 54/20 57/9 57/11 57/12 57/13 58/6 58/7 60/9 61/8 61/14 61/16 64/10 64/15 65/11 66/9 67/16 68/4 68/17 69/4 69/8 70/12 70/17 72/2 72/5 73/23 74/2 74/10 76/3 76/16 76/23 77/1 77/10 80/9 80/9 80/10 80/12 80/20
JUSTICE [1] 47/23

**K**

KEVIN [12] 12/25 13/6 23/20 24/17 25/10 26/3 26/8 26/11 26/14 26/23 30/14 57/19
KICKOFF [1] 45/14
KILOS [3] 46/12 47/2 50/24
KIND [1] 41/1
KIRK [3] 13/12 28/14 79/13
KNEW [11] 12/11 12/11 52/25 76/5 76/16 78/16 79/13 79/14 79/17 79/20 81/5
KNOW [77] 3/7 7/2 7/5 13/20 14/20 14/22 15/4 19/17 24/25 29/4 33/1 36/7 36/13 40/2 40/25 47/12 47/24 48/8 49/3 49/4 51/3 51/9 51/18 52/1 52/3 52/7 52/7 53/22 54/8 54/14 54/24 57/21 58/5 59/22 59/24 59/25 60/5 60/6 60/22 61/1 62/17 64/16 64/16 64/19 65/13 65/17 66/7 66/18 68/15 69/17 70/1 70/6 70/14 71/14 71/16 72/12 72/12 72/12 72/23 73/5 75/18 75/23 76/23 77/1 78/13 78/15 78/17 79/2 79/9 79/12 81/10 81/11 81/12 81/13 81/15 81/22
KNOWN [1] 75/16
KNOWS [2] 68/3 73/13

**L**

LADIES [2] 35/1 59/9
LARGE [1] 40/11
LAST [9] 7/20 18/19 22/16 22/23 43/19 45/11 45/12 56/25 66/9
LATER [32] 16/14 16/21 17/9 17/16 17/22 18/4 19/23 21/23 22/4 22/10 23/15 28/9 28/15 30/15 31/18 31/24 32/6 32/11 32/17 33/15 37/11 37/17 37/23 41/25 42/13 42/19 42/25 43/12 44/5 44/23 45/13 49/6
LAW [2] 9/5 39/13
LAWRENCE [9] 14/17 21/6 21/21 22/15 22/24 23/1 23/2 23/6 23/6
LAWYER [1] 35/14
LAY [3] 58/9 69/1 74/10
LAYMAN [1] 71/6
LEADING [2] 40/14 41/18
LEARN [2] 13/5 41/14
LEARNED [1] 79/21
LEAST [2] 52/6 78/18
LEAVE [1] 49/5
LED [1] 5/8
LEFT [9] 4/9 4/13 7/8 7/16

# L

**LEFT...** [5] 7/17 8/1 24/3 24/21 67/19
**LEGALITY** [3] 62/9 62/11 63/22
**LEGWORK** [1] 40/1
**LET** [15] 3/25 5/4 5/6 7/5 10/24 27/9 40/13 40/25 56/21 58/8 61/18 62/1 64/3 71/5 73/4
**LET'S** [11] 36/18 37/5 38/18 41/9 48/3 51/4 56/21 59/6 62/23 65/1 65/2
**LETTING** [1] 3/7
**LEVELS** [7] 5/13 5/14 5/19 6/6 6/12 8/8 14/24
**LICENSE** [1] 7/7
**LIKE** [35] 4/16 7/3 10/20 11/13 15/8 15/16 15/21 16/7 16/13 20/6 21/9 29/22 34/6 35/16 35/16 35/20 35/21 35/25 41/18 42/6 47/21 49/9 54/9 57/12 60/3 66/9 66/20 66/23 68/4 70/3 70/17 73/15 74/3 80/16 82/3
**LIMIT** [1] 79/3
**LINE** [1] 51/22
**LINES** [1] 64/9
**LIQUOR** [1] 25/4
**Lisa** [3] 1/21 85/5 85/12
**LISTED** [3] 6/21 79/15 79/19
**LISTEN** [5] 9/7 54/13 78/14 80/14 80/18
**LISTENED** [4] 9/4 9/8 10/3 69/18
**LISTENING** [8] 12/23 13/22 20/1 21/2 39/17 58/10 58/17 59/10
**LITIGATE** [1] 62/12
**LITIGATING** [2] 69/16 69/16
**LITTLE** [9] 17/22 19/19 19/21 23/23 25/4 34/2 58/18 58/18 67/12
**LIVE** [7] 8/17 8/19 8/22 8/23 9/8 40/3 40/4
**LIVED** [1] 78/20
**LOCAL** [1] 10/4
**LOCATED** [2] 5/1 24/19
**LOCATION** [5] 13/10 40/4 41/5 41/13 41/13
**LONG** [8] 3/13 4/6 45/11 68/8 75/1 75/8 75/15 77/16
**LONG-TERM** [1] 4/6
**LONGER** [2] 35/8 71/22
**LOOK** [9] 7/16 8/1 53/11 62/20 63/5 78/22 79/5 80/13 80/17
**LOOKING** [4] 56/4 61/17 62/25 75/18
**LOOKS** [3] 11/13 60/3 64/13
**LOST** [1] 53/19
**LOT** [10] 4/6 6/1 25/8 25/24 40/12 49/25 50/11 55/13 70/12 77/20
**LOUDER** [1] 67/12
**LOVER** [1] 60/13
**LUNCH** [2] 49/4 75/6

# M

**MA'AM** [2] 35/6 59/19
**MADE** [8] 9/22 10/17 21/5 40/14 45/5 72/23 76/25 79/23
**MAKE** [8] 7/20 15/22 33/2

36/15 40/1 60/18 65/18 80/23
**MAKES** [5] 70/8 71/24 71/25 71/25 77/13
**MALL** [2] 23/24 25/4
**MANPOWER** [1] 40/7
**MANY** [13] 8/21 9/2 48/18 48/21 48/22 49/1 49/3 49/10 49/13 49/24 54/22 70/23 80/6
**Marie** [1] 81/24
**MARK** [1] 65/16
**Mary** [3] 7/8 7/17 8/2
**Maryland** [2] 7/18 80/3
**MATH** [1] 20/2
**MATTER** [4] 59/11 66/10 73/24 85/7
**MAXIMUM** [1] 82/2
**MAY** [13] 2/24 35/4 45/23 56/2 57/8 65/6 65/11 65/11 66/17 67/6 67/8 67/8 68/20
**Maynard** [9] 14/17 14/18 14/20 21/6 21/21 22/15 23/6 55/16 56/10
**Maynard's** [1] 14/22
**ME** [29] 3/25 10/24 27/9 35/25 40/13 46/19 51/21 52/4 56/22 57/9 57/15 58/8 59/25 61/5 61/8 61/12 61/18 61/21 62/1 63/3 64/7 65/22 67/9 71/5 72/15 73/5 80/21 81/19 82/4
**MEAN** [27] 19/1 19/9 19/17 19/22 20/24 22/25 23/22 39/20 39/22 39/23 39/24 40/15 47/21 48/8 49/23 58/17 67/1 68/10 68/18 73/4 75/14 75/16 75/18 76/6 77/9 78/14 79/2
**MEANT** [1] 71/11
**MECHANICAL** [1] 1/25
**MECHANISM** [2] 2/9 2/12
**MEET** [1] 24/3
**MEETING** [3] 13/9 24/8 79/24
**MEMBERS** [4] 3/6 3/17 45/5 66/21
**MENTION** [1] 52/2
**MENTIONED** [5] 7/2 24/21 26/18 40/19 51/24
**Mercedes** [4] 26/4 26/9 26/12 26/17
**MESSAGE** [6] 62/21 62/22 65/3 65/7 69/12 70/19
**MESSAGES** [25] 56/5 56/8 58/18 58/20 58/21 58/22 59/2 60/3 60/8 61/11 63/2 63/15 63/18 64/4 64/12 64/21 65/14 66/6 67/1 68/14 69/1 71/3 72/8 72/19 73/2
**MESSAGING** [1] 60/5
**MET** [1] 13/8
**METROPOLITAN** [1] 3/11
**Mexico** [2] 10/14 10/16
**Michael** [3] 12/14 19/18 30/21
**Michele** [1] 1/12
**MIGHT** [4] 2/11 2/12 41/2 72/1
**MIND** [1] 52/12
**MINE** [1] 28/4
**MINUTE** [8] 18/4 21/22 22/10 22/16 33/15 41/25 42/19 44/23
**MINUTES** [21] 16/21 17/9 18/18

23/15 28/9 28/15 31/18 31/24 32/5 32/01 32/17 35/9 35/10 35/15 37/11 37/17 42/13 42/25 43/12 43/19 44/5
**MISDEMEANOR** [1] 73/25
**MISSING** [3] 32/25 73/7 73/14
**MISTAKES** [4] 71/24 71/25 71/25 72/23
**MOMENT** [1] 73/23
**Monday** [3] 1/7 41/1 41/3
**MONEY** [5] 20/25 20/25 21/4 23/2 45/10
**MONITOR** [4] 5/2 8/15 8/17 8/19
**MONITORED** [4] 8/14 8/17 8/22 8/22
**MONITORING** [1] 24/2
**MONTH** [3] 67/20 68/12 78/19
**MONTHS** [5] 56/5 58/12 67/21 67/21 68/12
**MORE** [18] 18/16 20/6 27/17 30/2 40/10 40/10 44/17 48/6 49/17 50/23 50/23 52/18 52/20 57/20 61/10 76/3 77/25 79/5
**MORNING** [4] 31/12 45/16 45/17 59/15
**MOST** [1] 9/18
**MOTION** [1] 74/14
**MOTIONS** [2] 74/25 75/3
**Mousad** [1] 70/11
**MOVE** [7] 28/22 34/7 51/4 54/4 74/12 76/23 77/4
**MOVED** [3] 3/20 7/21 11/4
**MOVES** [2] 25/15 29/11
**MOVING** [2] 46/11 50/24
**MPD** [4] 3/13 3/18 4/4 40/10
**Mr** [11] 2/7 14/20 17/1 22/9 57/14 74/4 74/5 75/5 77/18 78/2 83/6
**Mr.** [152]
**Mr. Adams** [2] 43/23 55/16
**Mr. Antoine** [3] 47/14 47/25 48/4
**Mr. Balarezo** [4] 77/4 77/18 78/2 78/6
**Mr. Bremea** [4] 31/11 33/20 37/10 39/11
**Mr. Carter** [3] 39/4 42/24 44/16
**Mr. Hawkins** [3] 37/22 38/14 43/11
**Mr. Holland** [7] 24/7 28/8 32/16 38/23 44/22 45/3 55/17
**Mr. Holland's** [1] 26/17
**Mr. Huggins** [9] 17/21 18/3 18/9 28/20 32/10 38/3 42/12 43/5 43/17
**Mr. Hunter** [1] 14/9
**Mr. Jackson** [2] 34/1 38/8
**Mr. Jackson's** [1] 12/7
**Mr. Jones** [103]
**Mr. Jones'** [1] 27/7
**Mr. Jones's** [3] 25/11 26/5 26/21
**Mr. Kirk** [1] 79/13
**Mr. Maynard** [3] 14/18 55/16 56/10
**Mr. Maynard's** [1] 14/22
**Ms** [2] 6/16 83/5
**Ms.** [2] 44/4 79/9

**M**

Ms. Soltys [1] 79/9
Ms. Spence [1] 44/4
much [4] 35/8 45/13 58/5
69/19
multiple [3] 46/11 47/2 50/24
my [19] 15/21 35/17 35/19
35/24 39/20 47/14 57/4
57/23 60/17 64/6 65/7 69/20
69/21 70/16 70/18 74/2
77/12 80/23 82/3
myself [1] 9/4

**N**

N-O-R-M-A [1] 3/9
name [15] 3/7 3/7 3/20 12/5
13/2 13/23 14/25 15/2 15/4
15/6 46/16 47/6 47/14 52/3
52/6
named [4] 4/19 21/5 79/14
79/18
narcotics [3] 53/13 62/22
71/10
NASSAU [1] 1/18
necessarily [1] 73/3
necessary [1] 76/8
need [8] 35/24 57/8 65/3
65/8 65/14 77/22 78/4 82/1
needed [2] 74/18 78/3
needle [1] 78/12
needles [1] 79/5
never [1] 72/25
next [72] 5/21 5/24 7/13
12/13 12/24 13/11 13/16
13/25 14/5 16/7 16/13 16/20
17/2 17/9 17/15 17/22 18/4
18/10 18/18 20/7 20/13
20/19 21/16 21/22 22/4
22/10 22/16 23/8 23/15
24/12 25/25 26/10 27/18
27/23 28/15 30/9 30/15
30/22 31/4 31/12 31/12
31/18 31/24 32/5 32/11
32/17 33/9 33/21 34/2 37/3
37/11 37/17 37/23 38/4 38/9
38/15 38/18 38/24 38/24
39/5 41/25 42/19 42/25 43/6
43/12 43/18 43/24 44/5
44/11 44/17 45/16 73/12
Nextel [2] 2/9 74/10
nickname [1] 14/12
Nika [1] 13/3
nine [1] 59/13
no [45] 1/3 6/17 6/21 6/23
8/20 11/6 11/8 19/13 19/14
19/14 24/10 28/2 29/13
34/11 39/19 45/22 46/21
46/21 46/21 50/20 53/14
54/10 54/12 56/21 58/1
61/20 63/14 64/6 64/10 66/5
66/15 67/5 67/24 69/8 70/5
70/20 70/22 71/8 71/22
76/12 80/20 83/9 84/3 84/14
84/15
Nobody [1] 70/9
nobody's [1] 65/17
non [1] 10/4
non-local [1] 10/4
none [1] 72/25
Norma [8] 2/19 2/23 3/9
36/22 57/19 61/2 66/24 83/5
normal [1] 4/7

Nos [2] 11/20 25/18
not [68] 8/11 11/8 11/24
19/17 27/9 28/2 28/4 32/23
33/2 35/4 35/9 46/16 47/6
48/15 50/16 50/18 50/20
51/11 52/8 52/9 53/14 53/24
54/1 54/4 54/22 55/1 57/14
58/17 59/1 59/10 60/11
60/12 60/14 60/16 60/19
60/20 61/4 62/18 62/22 63/1
63/14 63/22 63/23 63/23
64/2 64/8 64/20 65/2 65/10
65/11 65/20 65/20 66/5 67/7
68/7 68/17 68/18 68/19
68/23 69/3 69/16 69/16
70/18 70/20 70/21 71/5
71/11 71/21 72/23 73/2 74/1
74/2 74/13 74/24 75/9 75/13
76/4 79/3 81/2 81/13 81/15
82/2
note [1] 72/7
nothing [3] 57/16 65/24 73/3
now [23] 3/21 6/3 6/7 7/4
7/24 14/16 21/9 27/24 28/6
50/14 52/18 55/11 57/14
60/17 61/4 64/15 64/20 68/1
68/17 71/6 73/10 73/14 80/6
number [16] 7/7 7/17 8/2
9/13 12/11 17/4 27/20 28/22
29/10 34/18 41/11 46/20
73/8 79/19 80/1 80/2
numbered [1] 73/10
numbers [10] 10/4 10/7 29/23
36/6 36/9 36/14 52/9 56/2
60/7 60/8
numerous [1] 51/16
NW [2] 1/13 1/18

**O**

O'Brien [3] 24/11 35/21 57/19
o'clock [1] 80/16
O'Toole [8] 1/17 1/18 57/14
74/4 74/5 75/5 77/18 78/2
oath [1] 51/11
object [3] 47/5 53/6 74/2
objection [20] 6/17 11/5 11/6
11/16 15/22 15/22 16/3 19/3
19/5 25/14 28/24 28/25
29/12 34/7 34/8 46/14 48/10
55/20 65/15 72/17
objections [2] 11/12 61/6
observation [1] 79/23
observed [3] 25/12 26/18
27/8
obstruction [1] 47/23
obtain [1] 2/9
occur [2] 45/12 45/13
occurred [4] 23/10 34/22
37/18 41/20
occurs [2] 43/24 44/6
October [35] 17/23 18/4
18/10 18/19 30/3 30/4 30/16
30/22 31/5 31/5 31/7 31/12
31/25 32/12 33/10 33/21
34/4 34/22 37/5 37/12 37/24
38/24 39/6 40/21 41/19 42/1
42/6 43/1 43/25 44/11 44/18
44/23 45/13 70/24 76/1
Odyssey [1] 8/3
off [8] 23/23 25/3 26/17
48/22 49/3 49/19 51/4 61/19
offenses [1] 3/22
office [3] 1/13 2/8 24/20

officer [4] 49/11 67/22 67/23
70/4
officers [3] 4/4 50/3 71/24
offices [1] 40/9
oh [6] 57/25 70/23 71/10
72/16 75/5 75/13
okay [66] 2/15 2/20 6/5 6/14
6/21 8/21 9/6 9/9 14/9 19
10/23 11/18 12/2 12/13
12/21 13/1 13/13 15/24 19/5
20/1 21/9 23/25 24/21 25/9
26/24 27/4 27/15 28/4 29/2
29/7 29/20 30/15 31/4 32/17
33/5 33/15 35/1 35/11 36/3
36/20 38/24 39/22 40/1
40/16 40/19 40/22 41/9
41/18 43/6 44/11 45/16
45/24 53/8 55/3 55/13 55/22
59/9 59/21 62/3 65/8 71/4
72/21 73/11 73/22 74/6 74/8
80/6
old [1] 81/19
once [2] 55/18 64/11
one [48] 6/16 7/20 12/3 18/4
18/16 21/22 22/10 22/16
24/18 26/6 31/19 31/22
32/11 33/15 38/9 38/24
41/12 41/25 42/19 43/24
44/17 44/23 46/17 47/9 48/3
48/4 50/18 50/23 50/23 57/8
59/23 60/1 62/24 65/2 65/3
66/13 66/21 73/9 73/12
73/23 75/25 76/3 78/18
79/11 80/9 80/9 81/14 81/23
ones [5] 10/21 57/25 65/4
65/8 79/9
only [12] 52/18 53/11 60/15
62/8 63/24 69/11 69/17
75/24 76/4 76/4 76/6 77/20
open [2] 15/18 59/7
opposition [2] 74/14 75/21
opts [4] 41/4 41/5 41/10
41/11
oral [1] 74/14
ordeal [1] 40/11
order [2] 2/12 73/16
organization [1] 3/18
organize [1] 40/6
other [22] 6/13 8/6 8/25 9/5
10/20 19/23 23/4 24/2 25/7
40/9 40/9 40/10 45/5 50/3
50/14 50/15 55/4 61/9 61/12
68/2 70/25 81/19
otherwise [1] 65/17
our [10] 12/4 17/9 27/23
30/15 32/5 33/9 37/17 42/19
62/10 75/21
out [31] 3/19 4/6 5/11 10/7
13/7 24/3 26/14 27/5 27/6
35/3 36/14 41/3 52/24 59/16
60/9 60/16 60/17 61/22
62/24 68/17 69/2 71/9 72/13
72/17 74/23 75/11 75/17
75/17 78/20 79/24 82/1
out-of-town [1] 10/7
outside [2] 25/23 59/11
over [10] 8/24 17/22 23/23
29/12 41/2 41/9 64/8 64/11
64/12 75/1
overheard [3] 13/1 13/6 15/2
Overruled [1] 34/9
own [3] 27/11 72/13 72/18

## P

P-E-P-P-E-R [1] 14/15
P.M [48] 1/8 1/9 16/8 16/14
 16/22 17/3 17/3 17/10 17/17
 18/11 18/20 20/14 20/19
 21/11 21/17 21/23 23/10
 23/15 24/12 27/19 27/23
 28/9 28/15 30/10 30/16 31/7
 37/6 37/11 37/18 37/23 38/4
 38/9 38/25 39/7 42/8 42/14
 42/20 43/1 43/7 43/12 43/19
 43/24 44/6 44/11 44/17
 44/23 45/12 82/7
PAGE [5] 7/14 63/3 63/4 83/9
 84/3
PAGES [8] 59/21 75/1 75/8
 75/15 78/5 78/10 78/22
 78/25
PAPER [1] 15/24
PARAGRAPH [1] 8/1
PARAGRAPHS [3] 64/24 64/25
 65/19
PARALEGAL [1] 36/16
PARK [1] 4/4
PARKED [2] 6/5 6/6
PARKING [3] 6/1 25/8 25/24
PARKWAY [2] 76/3 80/2
PART [3] 41/15 69/21 71/8
PARTICIPANTS [2] 33/19 38/22
PATROL [1] 3/19
PAULINE [8] 15/4 16/6 16/12
 19/15 21/15 22/3 22/22 23/3
PAY [3] 78/5 78/21 79/4
PEN [8] 8/13
PEOPLE [29] 8/25 10/2 10/6
 10/20 12/3 37/4 39/13 40/9
 40/10 40/25 41/1 41/5 41/13
 47/1 47/12 50/10 61/9
 61/12 69/8 70/12 70/19
 70/25 71/15 71/19 71/21
 73/2 74/9 79/8 79/12
PEOPLE'S [2] 40/12 76/17
PEP [2] 14/13 14/15
PEPPER [2] 14/13 14/15
PERHAPS [2] 2/10 6/16
PERIOD [6] 4/8 8/25 66/12
 66/14 66/18 68/11
PERMISSION [1] 74/3
PERMIT [1] 72/20
PERSON [20] 11/1 11/25 12/15
 13/13 15/2 15/6 21/6 40/2
 47/4 47/18 47/20 49/25 52/1
 52/5 52/7 62/25 63/20 66/19
 67/7 79/24
PERSON'S [1] 52/3
PERSONALLY [5] 8/15 9/14 12/8
 23/25 54/14
PERTAINING [1] 55/3
PHONE [30] 8/14 10/7 12/4
 12/5 12/6 12/11 12/19 12/20
 13/2 13/3 13/9 13/14 13/22
 13/23 14/3 14/22 14/24 36/5
 40/17 50/7 50/13 55/3 55/6
 56/9 56/18 57/24 58/19
 58/19 74/9 79/23
PHONE'S [1] 14/23
PHONETIC [2] 13/3 69/6
PHOTO [51] 5/16 5/21 5/22
 5/24 5/24 6/3 6/7 6/9 6/11
 6/23 7/4 7/6 7/13 7/13 7/19
 7/21 7/24 10/25 11/8 11/20
 11/23 12/13 12/13 12/24

13/11 13/16 13/23 14/5
 14/16 15/11 15/25 15/25 17/18
 25/22 26/7 27/2 83/11 83/12
 83/13 83/14 83/15 83/16
 83/17 83/18 83/19 83/20
 83/21 83/22 83/23 83/24
 83/25 84/6
PHOTOGRAPH [6] 5/17 5/18
 13/16 25/22 27/1 27/12
PHOTOGRAPHS [3] 25/12 26/25
 27/10
PHOTOS [1] 11/15
PICKED [1] 71/12
PICKING [1] 23/5
PICTURE [6] 6/12 26/3 26/6
 26/11 27/7 27/14
PLACE [3] 41/1 67/19 82/3
PLAN [4] 41/4 41/5 41/11
 41/11
PLASTIC [3] 25/11 26/20 27/6
PLATE [1] 7/7
PLAY [36] 16/7 16/13 16/20
 17/2 17/15 18/10 18/16 20/6
 21/9 21/22 23/8 24/12 27/18
 27/24 28/16 30/9 31/4 31/19
 32/6 33/16 34/4 35/20 36/5
 36/5 36/7 36/13 37/2 37/3
 38/10 38/11 41/15 41/18
 43/7 64/18 66/11 72/6
PLAYED [85] 15/19 15/20 16/9
 16/16 16/23 17/5 17/11
 17/18 17/24 18/6 18/12
 18/21 20/9 20/15 20/21
 21/12 21/18 21/25 22/6
 22/12 22/19 22/23 23/11
 23/17 24/14 24/16 24/18
 24/19 24/22 27/21 27/25
 28/6 28/11 28/17 30/5 30/11
 30/18 30/24 31/8 31/14
 31/20 32/1 32/7 32/13 32/20
 33/7 33/11 33/17 33/23 34/5
 35/18 37/7 37/13 37/19
 37/25 38/5 38/11 38/16
 38/20 39/1 39/8 39/12 41/21
 42/2 42/9 42/15 42/21 43/2
 43/8 43/14 43/19 43/20 44/1
 44/7 44/13 44/19 44/25 45/4
 45/11 45/12 54/20 58/3 61/8
 64/13 73/16
PLAYING [4] 15/8 15/10 15/16
 18/18
PLEASE [9] 2/21 3/6 3/17 4/25
 5/9 8/12 35/2 67/13 78/7
PLENTY [1] 76/15
PLUCK [1] 68/17
POINT [8] 15/8 63/4 67/14
 69/17 69/20 70/16 76/7 81/2
POLICE [2] 3/11 4/4
POMEROY [1] 79/15
POOR [1] 27/7
POSITION [1] 81/22
POSSIBILITY [1] 68/3
POSSIBLE [1] 79/8
POSSIBLY [1] 41/2
POTOMAC [2] 76/13 77/4
PREPARE [7] 2/8 48/9 50/1
 50/4 50/7 50/11 80/23
PREPARED [2] 36/5 50/19
PREPARING [1] 9/2
PRESENCE [1] 59/1
PRESENT [7] 2/1 16 36/19 57/19
 64/15 72/2 74/2 77/7
PRESENTING [1] 72/3

PRESERVED [1] 19/5
PRESUMABLY [1] 52/6
PRETTY [1] 69/12
PREVIOUSLY [2] 29/18 73/9
PRIMO [2] 41/24 42/5
PRINT [4] 78/5 78/10 80/19
 82/1
PRINT-OUT [1] 82/1
PRINTED [1] 78/3
PRINTER [1] 78/11
PRINTING [1] 75/11
PRIOR [2] 45/9 56/8
PRO [4] 1/1 6 77/13 77/20
 79/3
PROBABLE [1] 69/17
PROBABLY [2] 7/16 35/9
PROBLEM [2] 71/1 75/7
PROBLEMS [1] 81/5
PROCEED [1] 2/4
PROCEEDINGS [2] 1/25 85/6
PRODUCED [1] 1/25
PROPERTY [1] 75/24
PROVE [1] 73/3
PROVIDED [3] 28/23 48/7 53/25
PUBLIC [1] 78/21
PULL [1] 61/22
PULLED [1] 25/8
PULLING [2] 26/14 26/17
PULLS [1] 25/10
PURPOSES [1] 62/10
PUT [19] 2/7 29/16 56/18
 56/20 57/1 57/11 65/23
 65/24 68/15 69/8 70/2 72/5
 73/15 76/5 76/11 76/13 77/6
 77/10 79/10
PUTTING [2] 69/3 77/17

## Q

QUANTITIES [3] 19/2 19/10
 19/22
QUANTITY [1] 23/5
QUESTION [12] 35/16 48/12
 49/20 49/21 51/6 54/18 62/7
 66/23 69/15 69/17 70/18
 76/22
QUESTIONS [3] 18/17 39/5
 45/22 52/7 69/3
QUICK [2] 33/13 73/24
QUICKLY [1] 7/21
QUIZ [1] 58/12

## R

RADIO [1] 41/9
RAE [1] 1/17
RAISE [1] 2/21
RAN [2] 5/14 80/1
RANK [1] 3/15
RE [1] 62/12
RE-LITIGATE [1] 62/12
READ [7] 63/15 63/15 63/17
 64/11 65/14 66/6 69/18
READING [1] 60/15
READY [5] 2/4 2/17 35/22
 35/23 39/21
REAL [2] 64/13 76/1
REALLY [5] 4/5 57/15 58/1
 65/20 79/2
REBUTS [1] 68/19
RECEIVED [8] 6/24 11/9 11/21
 25/19 29/14 34/12 46/11
 47/1
RECEIVING [1] 53/1
RECESS [1] 35/12

# R

RECESSED [1] 82/7
RECOGNIZE [3] 10/25 12/8 12/21
RECOGNIZED [1] 12/12
RECOLLECTION [1] 56/21
RECONSIDER [1] 62/5
RECORD [11] 2/7 3/8 5/4 5/6 6/18 65/23 65/25 77/6 77/10 77/17 85/6
RECORDED [1] 1/25
Recovery [1] 3/23
Recross [1] 83/3
Redirect [1] 83/3
REFERENCE [6] 21/5 23/5 23/21 24/25 25/6 53/6
REFERENCED [1] 37/4
REFERENCES [7] 15/11 18/25 19/8 20/2 20/23 22/23 39/13
REFERENCING [1] 27/2
REFERRED [1] 51/20
REFERRING [2] 19/15 47/11
REFLECT [6] 5/4 5/6 9/20 9/24 29/20 34/21
REGARDING [2] 40/22 46/14
REGISTERED [13] 6/8 6/10 7/3 7/9 7/20 7/22 8/4 12/19 13/14 13/23 14/3 14/23 14/23
REGISTERS [1] 8/13
RELATE [1] 7/25
RELATED [2] 63/17 71/7
RELEVANCE [2] 56/6 61/7
RELEVANCY [1] 61/5
RELEVANT [2] 54/4 64/24
REMAINS [1] 75/3
REMEMBER [12] 41/11 48/21 49/9 49/9 49/13 49/14 49/18 49/20 49/22 49/23 51/8 52/18
RENUMBER [2] 72/21 72/22
REPLAYED [1] 24/23
Reporter [2] 1/21 85/3
REQUEST [2] 11/4 11/15
REQUESTS [1] 75/11
RESEARCH [1] 80/20
RESEARCHING [1] 81/20
RESERVE [1] 35/14
RESOURCE [1] 35/14
RESOURCES [2] 35/22 81/21
RESPOND [3] 58/7 60/21 74/16
RESPONSE [1] 36/12
RESUME [1] 73/22
RESUMED [2] 36/22 59/8
REVIEW [2] 29/18 75/9
RIGHT [47] 2/6 2/17 2/22 5/2 5/19 10/20 15/16 17/15 19/5 23/23 25/2 25/3 28/9 29/9 32/22 33/9 34/9 36/18 43/18 44/5 48/13 50/10 53/11 53/21 54/11 55/11 55/17 56/23 57/6 57/14 58/6 60/17 61/4 61/10 64/14 65/11 69/20 69/24 69/25 71/5 71/7 71/12 75/18 76/16 76/19 76/20 77/18
RIGHTS [1] 35/17
Rivertown [3] 23/21 24/5 24/22
Road [1] 79/15
Roel [4] 30/8 31/3 31/17 74/12

ROOM [3] 1/13 1/22 82/3
ROOMWEALTH [1] 1/18
RPR [1] 1/21
RULE [2] 60/18 62/19
RULED [2] 16/3 63/23
RULING [2] 61/6 62/6
RUN [1] 52/17
RUNS [1] 5/14

# S

Safe [9] 3/24 3/25 4/8 4/9 4/12 4/13 4/17 8/7 45/5
SAFETY [1] 40/24
SAID [21] 9/20 9/21 19/15 19/17 21/4 46/23 49/9 50/16 55/5 57/14 58/13 61/16 64/17 70/9 72/16 74/16 74/20 75/22 75/22 75/25 77/4
SAME [25] 7/7 7/17 8/3 19/4 33/22 34/8 35/14 35/22 38/4 38/19 39/19 42/14 42/20 55/7 55/11 56/16 61/14 63/18 64/12 66/14 68/11 71/21 73/17 77/3 77/5
SAT [3] 8/24 9/2 78/14
SATISFIED [1] 81/5
SAW [2] 19/19 79/23 79/24
SAY [24] 9/1 9/2 27/4 27/8 27/10 41/9 51/14 52/6 52/11 55/9 61/17 63/18 67/12 68/18 69/6 69/18 70/2 70/3 71/4 71/10 71/11 70/22 23 77/12 79/8
SAYING [9] 9/24 28/2 46/17 54/24 57/17 61/2 61/4 63/19 77/9
SAYS [5] 9/12 58/8 64/4 65/23 77/9
SCHEDULE [1] 40/11
SCHEDULED [1] 73/25
SCHEDULES [1] 40/12
SCHEDULING [1] 73/24
SCHOOL [1] 40/1
Scialpi [1] 1/17
SCINTILLA [1] 81/2
SCOOPY [1] 5/20
Scott [1] 74/11
SCOUT [1] 3/19
SCREEN [1] 29/16
SE [4] 1/16 77/13 77/20 79/3
SEARCH [7] 40/6 40/8 41/12 53/24 54/1 69/13 69/16
SEARCHES [1] 76/17
SEAT [1] 26/20
SEATED [1] 2/24
SECOND [9] 7/14 35/18 49/1 49/2 49/8 49/17 49/18 60/22 65/24
SECURITY [2] 79/19 82/2
SEE [29] 4/23 5/19 8/2 13/16 15/18 25/22 27/9 27/11 39/18 47/17 52/24 53/14 56/2 56/6 59/5 59/15 62/1 62/18 62/23 64/3 65/1 66/22 68/13 68/19 71/5 76/10 81/5 81/18 81/24
SEEK [1] 2/13
SEEMS [2] 68/8 80/21
SEEN [3] 34/18 53/4 53/12
SEGAL [1] 1/9
SELECT [2] 69/3 71/3
SELECTED [1] 71/2

SEND [1] 59/6
SENSE [4] 62/11 62/12
SENT [1] 65/3
September [36] 15/17 16/8 16/14 16/21 17/3 17/10 17/16 20/7 20/13 20/19 21/10 21/16 21/23 22/4 22/11 22/17 23/9 23/10 27/15 27/23 28/10 28/16 29/23 61/23 61/24 62/23 66/3 66/16 70/24 75/12 79/14 79/16 79/18 79/22 80/5 81/4
SERIES [2] 23/8 34/3
SESSION [2] 1/9 2/1
SET [3] 70/3 70/5 75/21
SEVEN [4] 4/9 4/9 66/9 80/16
SEVERAL [2] 48/2 49/19
SHARED [1] 67/9
SHE [38] 15/7 19/15 19/16 19/16 27/14 29/3 29/4 29/7 35/15 47/13 51/3 52/12 58/10 58/13 61/7 64/16 64/16 64/21 65/14 66/25 67/16 67/17 67/24 68/1 68/1 68/3 68/14 68/16 68/20 68/22 68/25 69/2 69/5 69/7 70/12 70/13 71/10 72/19 SHE'S [6] 48/11 57/4 58/17 63/18 65/10 68/8
SHIFTS [1] 8/24
SHIPMENT [1] 45/8
SHIRT [1] 5/3
SHOPPERS [7] 24/25 25/1 25/2 25/3 25/7 25/8 25/24
SHOULD [9] 35/18 35/19 56/19 61/18 63/1 66/24 71/10 78/21 79/3
SHOULDN'T [1] 65/15
SHOW [7] 7/3 7/13 10/24 56/22 57/3 71/23 72/11
SHOWING [12] 5/16 5/21 6/3 6/9 7/4 7/19 11/11 11/23 12/13 13/11 25/21 34/17
SHOWN [2] 7/5 7/24
SHOWS [1] 71/23
SIC [1] 71/24
SIDE [1] 5/25
SIGN [3] 5/19 5/20 45/20
SIGNED [1] 53/25
SIGNIFICANT [7] 9/6 10/3 11/25 15/14 20/4 21/6 39/14
SILVER [1] 26/3
Simone [1] 13/24
SIMPLE [2] 64/16 78/20
SIMULTANEOUSLY [1] 58/5
SINCE [5] 2/10 4/11 8/22 9/8 71/5
SIR [5] 47/24 48/25 51/10 54/4 80/24
SIT [4] 8/25 9/1 72/2 78/7
SITE [1] 2/10
SITTING [2] 59/10 78/24
SIX [2] 4/9 80/16
Sixth [1] 69/23
SLANG [1] 54/8
SLANGS [1] 54/8
SLEEPY [2] 61/18 73/4
SLIGHTLY [1] 66/12
SLIM [1] 54/8
SO [64] 2/9 4/9 5/6 6/18 12/10 13/5 18/19 19/8 19/20 25/3 26/6 29/10 29/24 32/25

**S**

**so...** [50] 32/25 35/9 35/20
35/23 35/23 36/9 37/5 39/16
40/4 41/1 41/18 47/6 49/17
49/20 51/4 51/24 53/16
53/21 54/13 54/24 55/15
56/18 56/18 57/3 57/5 57/13
57/17 59/11 61/2 62/16
64/15 65/2 66/10 66/23
67/17 67/19 69/13 69/15
69/17 71/10 72/15 74/16
74/18 77/5 77/7 77/10 77/17
81/6 81/17 82/1
**Social** [1] 79/19
**Soltys** [2] 1/12 79/9
**some** [23] 7/2 12/4 15/9
15/24 18/17 20/6 21/2 21/3
21/9 30/2 39/5 39/18 40/22
41/18 55/1 55/4 57/23 59/22
65/16 68/21 69/19 75/17
76/7
**somebody** [7] 41/8 52/12
54/16 54/19 65/3 69/6 74/20
**someone** [5] 15/4 35/24 54/13
54/15 54/16
**someone's** [1] 63/12
**something** [14] 5/1 16/3 26/19
51/14 58/8 64/16 68/18 71/9
71/9 72/18 75/6 77/25 81/7
81/8
**sorry** [7] 11/16 26/23 29/10
46/9 54/4 54/18 80/24
**sort** [1] 77/2
**source** [19] 46/17 46/17
46/17 46/18 46/19 46/24
47/9 47/10 47/10 47/15
47/17 47/25 48/4 48/5 48/6
50/23 52/10 52/13 52/15
**sources** [17] 46/15 48/7
51/18 52/17 52/19 52/21
53/1 53/10 53/13 53/15
53/16 53/21 53/22 53/24
54/2 64/13 65/13
**Spanish** [3] 10/10 10/12
10/21
**speakers** [2] 16/11 30/7
**Special** [6] 24/10 24/10 27/1
27/13 50/19 62/7
**specific** [5] 75/11 75/12
75/13 77/25 82/4
**speculating** [1] 54/14
**spelling** [1] 3/7
**Spence** [9] 15/4 16/6 16/12
19/15 21/15 22/3 22/22 44/4
70/13
**spoken** [2] 55/4 74/1
**Sprint** [1] 74/10
**stand** [14] 2/19 36/23 48/19
48/22 48/23 49/3 49/9 49/10
49/13 49/19 50/1 55/25 59/8
64/20
**standing** [4] 25/23 26/8 76/22
76/24
**start** [20] 15/8 15/10 30/3
37/5 40/1 41/6 45/23 46/7
46/10 46/24 48/3 51/23
51/24 53/20 53/21 59/12
65/2 69/1 72/13 80/10
**started** [9] 3/19 5/11 46/4
46/23 50/15 50/16 50/21
51/1 51/7
**STATES** [6] 1/1 1/3 1/10 2/3

2/18 9/12
**STATION** [1] 1/25
**STEINBACH** [1] 1/18
**STENOGRAPHY** [1] 1/25
**STEP** [3] 35/4 46/7 55/23
**STEPPED** [1] 27/6
**STEPS** [1] 5/9
**STICK** [1] 69/9
**STILL** [6] 5/25 26/1 67/2 67/3
67/21 77/19
**STOP** [1] 72/16
**STORE** [1] 25/4
**STRATEGIZING** [1] 40/22
**STREET** [3] 1/13 4/1 4/7
**STREETS** [8] 3/24 4/8 4/9 4/12
4/13 4/17 8/7 45/5
**STRETCH** [1] 45/24
**STRIP** [2] 23/24 25/4
**STRUGGLE** [2] 19/13 19/24
**STUDY** [3] 81/20 82/2 82/3
**STUFF** [4] 9/3 57/7 57/11
76/14
**STUFF's** [1] 25/5
**SUBSEQUENTLY** [2] 3/20 8/13
**SUCH** [2] 19/20 20/2
**SUIT** [1] 71/5
**SUITE** [1] 1/18
**SUMMARIES** [1] 54/23
**SUMMARY** [6] 28/23 29/4 29/7
29/24 34/18 34/21
**SUPERIOR** [1] 74/1
**SUPERVISED** [1] 41/10
**SUPPLY** [1] 81/2
**SUPPORT** [1] 81/2
**SUPPRESS** [3] 74/14 76/23
77/5
**SURE** [16] 7/20 33/2 36/1
36/11 40/2 40/17 50/18 52/8
52/9 54/22 63/5 69/12 74/4
80/11 80/25 81/24
**SURPRISE** [1] 57/20
**SURPRISED** [1] 57/22
**SURVEIL** [1] 24/3
**SURVEILLANCE** [4] 5/11 5/12
14/10 40/5
**SURVEILLED** [2] 13/8 13/10
**SURVEILLING** [1] 8/8
**SUSTAINED** [1] 72/17
**SUSTAINS** [1] 65/15
**SWORE** [1] 51/11
**SWORN** [1] 2/23
**SYMPATHY** [1] 77/12
**SYNOPSIS** [2] 29/22 34/23

**T**

**tag** [6] 7/17 7/18 8/2 8/3
80/1 80/2
**take** [20] 34/14 34/25 35/1
39/22 40/15 40/15 40/19
40/20 40/23 41/1 41/15
41/19 45/6 45/12 45/13
58/11 65/24 77/25 79/6 82/5
**take-down** [7] 40/15 40/19
40/20 41/1 41/19 45/12
45/13
**taken** [3] 25/12 35/12 40/13
**taking** [1] 27/13
**talk** [6] 19/25 50/3 62/21
62/21 62/22 63/2
**talked** [3] 40/14 50/11 52/10
**talking** [33] 19/3 13/21 19/12
19/18 19/24 47/24 49/5 49/7
49/8 49/25 50/10 50/20

50/20 54/1 54/2 54/2 54/3
55/7 55/20 57/20 58/15 60/6
62/18 63/24 66/5 70/1 70/7
70/7 70/8 71/11 71/12 71/13
71/14
**tape** [7] 35/20 35/25 36/15
78/17 78/18 79/6 79/12
**tapes** [6] 35/18 35/22 35/23
36/16 68/20 80/14
**target** [1] 3/21
**targeted** [3] 4/5 70/17 79/17
**targets** [6] 70/16 70/17
71/20 71/22 71/22 71/25
**task** [7] 3/24 4/1 4/2 4/13
4/17 8/7 45/5
**taxpayer** [1] 79/4
**team** [11] 8/7 35/19 35/24
53/12 56/14 63/9 64/6 66/21
69/8 69/12 71/10
**technical** [1] 81/4
**techniques** [1] 8/6
**telephone** [7] 2/11 60/7 60/8
68/5 68/10 72/4 72/13
**telephones** [1] 8/10
**tell** [10] 2/14 47/6 48/25
51/9 53/3 53/4 53/10 53/11
61/5 80/12
**telling** [2] 51/13 51/18
**ten** [3] 37/2 37/3 37/11
**tenuous** [1] 69/15
**term** [4] 4/6 18/25 39/24
40/4
**termed** [1] 41/4
**terms** [6] 15/11 15/14 19/20
20/2 20/4 39/14
**Terrorism** [1] 4/13
**testified** [11] 29/3 29/25
34/22 50/14 50/14 51/16
51/17 63/10 67/16 70/12
70/13
**testify** [7] 19/6 48/18 49/1
49/5 49/6 64/22 69/11
**testifying** [3] 48/15 64/1
69/10
**testimony** [8] 28/23 29/21
35/5 50/4 50/5 58/9 58/9
59/18
**text** [33] 56/5 56/7 58/18
58/20 58/21 58/22 59/2 60/4
60/8 61/11 62/21 62/22 63/2
63/15 63/17 64/4 64/11
64/21 65/7 65/14 66/5 67/1
68/1 68/9 68/11 68/14 68/25
69/12 70/19 71/3 72/8 72/19
73/2
**texting** [1] 60/3
**texts** [5] 67/19 67/20 68/3
68/4 68/21
**than** [11] 10/20 27/9 48/6
49/17 50/23 50/23 52/19
52/20 58/19 67/20 67/21
**thank** [15] 2/24 8/5 29/8 33/6
34/24 35/11 36/3 36/16
36/17 36/21 45/22 60/13
67/11 74/7 82/6
**Thanks** [1] 62/15
**that** [362]
**that's** [49] 2/15 6/4 6/8 6/8
6/10 8/3 11/2 17/3 23/3
24/7 26/8 26/8 27/23 28/2
31/7 40/2 40/4 41/10 48/17
49/25 51/2 52/10 53/18
55/11 57/2 57/8 57/17 60/11

# T

**THAT'S...** [21] 60/12 61/18
62/13 64/3 65/6 65/7 69/1
69/20 70/21 70/25 71/16
71/21 72/12 74/6 75/7 76/4
76/4 76/14 78/20 79/15
81/22
**THEIR** [5] 36/15 69/9 72/1
76/2 81/6
**THEM** [42] 3/7 6/17 8/17 8/17
8/19 9/7 9/8 9/17 9/18 10/4
36/5 36/6 36/7 36/7 36/8
36/14 40/5 53/11 55/22 56/3
56/18 57/1 57/2 58/3 58/4
58/5 58/6 58/13 59/22 61/13
65/18 69/11 69/19 72/6
72/17 72/21 72/22 72/25
73/15 78/18 79/6 81/23
**THEN** [20] 3/23 8/13 18/16
23/4 24/3 26/14 34/14 39/19
65/9 66/20 69/2 69/5 71/22
72/4 72/5 72/20 74/11 74/11
79/21 81/20
**THERE** [56] 3/23 4/14 4/18 6/1
7/24 8/6 10/6 10/11 11/12
18/25 19/8 22/23 23/23 24/6
25/3 25/5 25/9 25/10 26/6
29/23 34/7 39/12 40/22 41/8
48/2 48/7 50/23 53/24 58/6
59/1 59/10 60/7 61/10 65/12
66/2 69/9 70/7 70/14 70/23
70/25 71/13 71/18 71/19
73/13 75/5 75/13 75/25 76/5
78/15 78/18 78/23 79/6
79/11 79/20 80/6 81/2
**THERE'S** [11] 11/13 19/13
19/14 19/14 29/22 33/15
49/4 49/4 50/23 75/25 79/2
**THESE** [69] 6/15 7/2 10/12
11/12 15/22 18/17 18/25
20/23 21/3 22/23 22/24 30/2
39/6 39/12 39/14 45/4 45/6
50/10 51/7 52/6 53/22
54/20 54/23 54/24 54/25
55/3 55/7 55/11 55/21 56/4
56/7 56/17 56/18 58/19
58/22 59/2 60/21 61/1 61/5
61/6 62/16 62/17 63/6 63/19
64/4 64/8 64/21 65/14 65/16
65/18 66/6 67/10 67/15 68/7
68/16 69/5 70/6 70/16 71/12
71/24 72/8 72/11 72/19
75/19 76/11 76/17 78/16
79/11 81/18
**THEY** [111]
**THEY'D** [1] 79/6
**THEY'LL** [2] 36/7 72/6
**THEY'RE** [14] 19/12 56/10
56/13 56/13 56/14 56/17
58/20 59/1 63/9 65/17 65/20
67/21 70/21 75/1
**THEY'VE** [1] 69/10
**THING** [7] 53/16 56/16 61/14
63/18 63/24 66/13 71/21
**THINGS** [5] 24/2 50/11 62/19
69/3 69/5
**THINK** [25] 6/21 7/21 19/5
19/11 21/1 24/10 35/17 40/6
47/1 48/19 56/19 62/14 63/9
64/6 65/9 65/16 66/24 67/9
67/14 67/25 69/20 70/5
78/15 78/19 81/8

**THINKS** [2] 2/10 68/3
**THIRD** [1] 49/13
**THIRTEEN** [1] 72/22
**THIS** [149]
**THOROUGHLY** [1] 19/16
**THOSE** [35] 3/21 7/15 7/25
8/10 8/15 9/6 9/14 9/22
15/10 15/14 19/20 19/22
20/4 20/24 33/4 37/3 38/22
47/12 58/21 59/2 61/11 62/6
63/17 64/7 64/11 66/16
66/25 67/1 67/19 68/20 69/3
70/19 70/19 73/14 75/20
**THOUGHT** [1] 64/3
**THOUSANDS** [6] 78/21 78/22
78/22 79/4 79/4 79/4
**THREE** [18] 32/5 37/17 46/17
47/10 48/6 48/6 52/18 52/19
52/20 52/22 52/24 52/24
53/1 53/10 60/4 67/21 75/19
76/17
**THREW** [2] 25/11 26/20
**THROAT** [1] 69/9
**THROUGH** [21] 3/18 4/22 10/11
11/18 12/4 13/22 14/10
19/16 21/2 27/8 27/11 35/21
40/5 68/16 68/21 70/4 75/18
78/14 78/23 81/7 81/8
**THROW** [1] 26/24
**THROWING** [2] 26/4 26/18
**TICKET** [6] 19/1 19/15 19/16
19/18 19/20 19/21
**TICKETS** [6] 15/11 15/11 19/9
19/19 19/25 22/24
**TIE** [1] 5/3
**TIES** [1] 10/16
**TIME** [43] 3/18 4/8 4/16 4/18
5/14 6/4 8/22 9/21 11/14
12/6 25/15 28/21 29/23
34/24 35/18 38/19 41/6
45/14 49/25 55/10 59/11
59/13 61/6 62/21 66/12
66/14 66/19 67/18 68/11
68/19 69/1 71/2 71/2 74/14
75/24 76/1 76/3 76/4 76/15
77/16 77/20 80/15 81/8 81/9
**TIMES** [12] 9/2 48/18 48/21
48/22 49/1 49/3 49/10 49/13
49/17 49/19 49/24 51/16
**TIP** [1] 51/4
**TITLE** [2] 8/13 62/13
**TODAY** [3] 50/5 50/8 53/3
**TOGETHER** [2] 63/10 63/11
**TOLD** [4] 36/4 47/25 48/3
49/18
**TOMORROW** [6] 39/21 39/21
59/12 59/15 73/22 74/11
**TOO** [4] 7/21 35/10 53/7 69/19
**TOOK** [11] 5/10 19/22 27/1
40/16 41/1 54/7 54/9 54/11
55/1 67/19 80/1
**TOSSED** [1] 27/6
**TOTALITY** [1] 45/7
**TOUCHING** [2] 63/23 63/24
**TOWARDS** [2] 24/4 24/21
**TOWN** [1] 10/7
**TRACK** [1] 75/20
**TRACKED** [1] 75/19
**TRAINED** [1] 49/11
**TRAINING** [2] 54/25 55/2
**TRANSCRIBE** [1] 9/18
**TRANSCRIBED** [2] 9/3 9/4
**TRANSCRIBING** [1] 9/3

**TRANSCRIPT** [6] 1/9 1/25 10/15
15/7 18/23 25/25 96/6
**TRANSCRIPTS** [9] 9/13 9/15
9/19 9/24 10/15 33/4 56/22
73/7 73/14
**TRANSLATIONS** [1] 39/18
**TRIAL** [20] 1/9 9/13 48/15
48/18 49/1 49/2 49/8 49/17
49/18 51/16 51/17 59/13
59/23 59/23 60/23 62/8
62/16 62/17 73/25 81/20
**TRIALS** [3] 50/14 50/15 55/14
**TRY** [1] 24/3
**TRYING** [21] 2/8 50/25 51/2
51/9 51/23 51/24 52/10
53/20 53/21 58/11 60/14
60/17 62/5 62/8 63/12 63/14
67/3 71/23 72/11 77/6 77/11
**TURNED** [2] 41/3 79/24
**TURNS** [1] 4/6
**TWICE** [1] 78/14
**TWO** [35] 6/13 6/16 7/15 7/25
17/16 22/4 25/7 28/9 28/15
31/18 31/24 32/17 32/25
38/22 44/17 46/17 47/10
48/5 49/17 50/14 50/15 55/8
55/9 55/14 59/23 60/1 67/17
67/20 68/12 73/7 73/13 74/9
76/17 78/18 79/11
**TYPE** [2] 54/11 55/2

# U

**U.S** [2] 1/13 1/21
**UH** [3] 19/14 19/14 19/14
**ULTIMATELY** [1] 33/1
**UNCLE** [3] 39/13 39/19 54/8
**UNCLEAR** [1] 51/21
**UNDER** [1] 51/11
**UNDERLYING** [1] 29/9
**UNDERSTAND** [11] 19/1 19/9
20/24 22/24 23/22 47/7 51/1
58/15 69/22 72/5 78/21
**UNDERSTANDING** [2] 58/10
58/13
**UNIFORM** [1] 3/19
**UNIT** [4] 3/20 3/23 82/2 82/3
**UNITED** [6] 1/1 1/3 1/10 2/3
2/18 9/12
**UNLESS** [1] 56/22
**UNTIL** [6] 35/2 42/6 51/21
60/21 70/24 81/4
**UP** [26] 3/20 8/1 13/8 23/5
25/8 25/10 29/16 36/13
40/14 41/18 45/10 51/21
55/18 55/22 59/12 60/20
66/2 69/9 70/24 72/14 76/6
79/9 81/3 81/6 81/21 24
**URSCHEL** [2] 1/12 83/5
**US** [9] 2/13 24/11 40/16
50/24 53/23 59/10 64/3
73/15 78/9
**USE** [9] 2/12 2/12 29/7 73/21
75/6 80/12 81/1 81/8 81/24
**USED** [5] 6/1 8/7 62/7 65/9
68/9
**USERS** [1] 2/11
**USING** [1] 68/10
**UTILIZED** [3] 12/6 13/4 13/23
**UTILIZING** [1] 14/24

# V

**VAN** [3] 6/8 6/13 8/3
**VEHICLE** [6] 6/4 7/24 25/11

## V

VEHICLE... [3] 26/15 26/21
79/20
VEHICLES [2] 6/13 7/2
VERBAL [2] 68/5 68/5
VERIFY [2] 40/3 55/1
VERSUS [2] 2/3 9/12
VERY [10] 6/21 27/7 33/13
38/18 52/1 64/16 67/8 68/11
75/22 77/13
Vice [1] 3/20
VIEW [1] 19/21
VIOLENT [1] 4/5
VIP [2] 15/11 22/24
VOICE [5] 12/7 12/11 12/22
14/22 44/9

## W

WAITING [1] 74/17
WALDORF [1] 80/3
WALK [1] 48/22
WALKER [3] 1/21 85/5 85/12
WANT [34] 7/13 7/20 36/10
36/13 36/14 45/6 46/19
53/22 57/5 57/12 57/15
57/18 57/18 58/1 58/2 58/3
62/18 68/21 69/23 71/3 71/4
71/14 71/16 72/6 72/23 73/4
77/6 77/10 77/12 77/23
80/13 80/25 81/7 81/18
WANTED [4] 9/1 71/3 74/16
76/7
WANTS [2] 36/5 64/18
WAREHOUSE [1] 25/2
WARRANT [4] 40/8 41/9 69/13
69/16
WARRANTS [7] 40/7 41/6 41/12
53/24 54/1 62/13 62/13
WAS [227]
WASHINGTON [4] 1/7 1/14 1/19
1/22
WASN'T [1] 81/3
WASTE [1] 81/9
WATCHING [3] 27/5 27/12
27/13
Water [1] 45/24
WAY [4] 49/14 65/16 76/2
81/5
WE [94]
WE'LL [23] 2/14 17/2 27/24
31/19 33/3 34/14 35/1 59/10
65/18 66/22 68/13 69/2
72/20 73/16 73/20 73/22
74/9 74/11 74/12 78/10
78/12 78/25 81/23
WE'RE [23] 2/17 17/15 18/10
19/8 21/22 24/12 25/23 26/6
27/18 28/6 30/2 30/3 32/22
34/24 35/21 36/5 49/25 62/5
69/15 69/16 72/21 72/22
76/4
WE'VE [7] 16/3 19/4 22/23
45/4 55/4 65/16 75/10
WEARING [1] 5/1
WEEK [3] 17/22 49/6 76/15
WEEKEND [4] 41/2 80/17 80/22
81/1
WEEKS [1] 17/16
WELCOME [1] 81/9
WELL [22] 23/1 45/23 48/2
48/3 51/6 52/5 55/3 58/3
59/5 60/2 60/18 62/24 63/8

66/20 68/4 70/3 70/23 72/1
73/23 75/17 78/2 78/25
WENT [15] 3/23 4/13 4/15
13/7 13/10 24/3 24/10 55/8
55/9 68/21 69/13 70/24 79/9
81/3 81/11
WERE [66] 3/21 4/8 7/2 8/6
8/23 9/6 9/22 10/2 10/21
11/21 12/2 13/9 13/9 15/14
16/11 19/8 19/22 22/23 23/4
23/25 24/2 24/7 24/19 24/25
25/12 25/19 27/5 27/10 28/6
33/19 38/22 39/12 39/13
40/17 41/6 46/11 47/2 48/2
48/7 52/9 52/17 53/1 53/24
54/18 55/5 55/6 55/18 56/5
56/7 57/10 58/12 62/7 64/7
66/18 67/20 67/22 71/20
71/22 73/13 73/16 76/2 78/1
78/16 78/16 78/17 78/17
WEREN'T [1] 21/3
WHAT [96]
WHAT's [16] 4/1 5/17 5/22
5/24 6/5 29/17 34/17 39/23
39/24 51/21 57/7 61/7 68/19
72/4 73/8 76/22
WHATEVER [2] 2/13 80/13
WHEN [29] 8/17 12/7 13/8
19/8 23/25 24/19 25/2 25/9
27/5 35/15 36/13 40/13
40/16 40/16 40/19 40/23
41/15 49/20 49/21 55/6
58/13 63/17 64/6 70/24
72/14 77/12 78/22 79/22
80/18
WHERE [31] 3/10 4/25 5/12
5/19 13/9 16/3 18/25 19/12
19/23 24/4 24/7 24/19 25/4
40/2 40/3 45/19 51/1 57/2
58/25 59/3 61/1 62/20 62/25
63/1 65/1 69/1 72/22 75/25
78/20 80/22 81/18
WHETHER [15] 47/12 53/23
65/13 65/20 67/20 68/1
68/12 68/14 68/15 69/2
71/14 72/17 72/19 75/19
76/23
WHICH [23] 3/20 5/16 7/7 7/17
8/2 16/7 28/23 30/4 33/15
38/18 40/8 41/5 41/5 42/19
44/6 46/17 46/19 50/18
65/14 68/11 75/10 79/8
81/14
WHILE [3] 20/1 58/10 62/4
WHO [91]
WHO's [9] 7/11 12/13 26/22
42/4 43/16 43/22 44/15
52/12 60/10
WHOEVER [2] 8/25 69/6
WHOLE [2] 11/13 58/16
WHOM [5] 7/9 46/13 46/17
47/3 60/10
WHOSE [4] 44/9 56/9 67/2
76/17
WHY [12] 19/11 21/1 24/6
27/4 34/11 67/18 70/1 72/4
72/12 77/19 78/3 78/21
WIFE [1] 7/12
WIFE's [1] 13/23
WILL [14] 2/13 3/14 20/13
22/10 29/24 31/4 34/9 36/1
59/12 70/4 73/5 74/4 74/7
80/11

WILLIAM [1] 7/18
WIN [1] 1/18
WIRE [34] 9/1 10/22 12/3 12/7
12/18 12/22 13/1 13/6 13/13
13/18 13/21 14/2 14/7 14/10
14/18 14/21 15/2 15/6 15/9
20/1 41/14 55/18 56/6 56/8
58/10 58/12 58/14 58/17
58/18 64/22 64/23 67/20
67/21 70/24
WIRETAP [11] 8/13 8/15 10/2
10/3 62/6 62/22 66/1 66/9
72/10 72/14 81/19
WIRETAPS [1] 75/17
WITHDREW [1] 55/24
WITHIN [3] 23/3 55/8 55/9
WITHOUT [7] 5/8 11/16 25/14
62/19 65/13 76/24 81/19
WITNESS [24] 2/23 5/5 28/23
35/7 36/12 36/23 48/11
55/24 55/24 58/12 59/8 59/8
59/20 63/8 64/20 65/10
65/13 67/6 67/7 68/24 69/4
70/2 72/11 73/16
WITNESSES [1] 83/2
WORK [4] 3/10 9/1 19/16
63/10
WORKED [2] 4/12 63/10
WORRIED [1] 40/25
WORTH [1] 60/4
WOULD [27] 3/6 3/21 4/25 9/2
11/3 11/15 15/16 15/18
28/22 34/6 39/21 39/21 53/7
61/13 61/16 64/22 65/24
65/24 72/7 73/14 74/1 74/2
77/1 77/3 77/5 78/9 79/10
WOULD'VE [1] 78/3
WRITE [1] 62/9
WRITING [1] 60/10
WRITTEN [1] 65/19
WRONG [1] 63/8
WT [13] 9/11 15/9 28/22
29/10 29/11 29/13 29/17
34/7 34/10 34/11 34/18 84/7
84/8
WT-6 [1] 15/9
WT-7 [1] 9/11
WT-8 [5] 28/22 29/11 29/13
29/17 84/7
WT-9 [5] 34/7 34/10 34/11
34/18 84/8

## Y

YANTA [13] 24/10 27/1 27/13
50/19 62/7 62/24 63/6 63/20
64/1 65/20 66/20 66/25 70/4
YANTA's [1] 62/25
YEAH [11] 36/6 48/13 57/1
58/1 60/16 63/20 65/8 66/17
71/10 72/23 74/18
YEAR [1] 46/5
YEARS [9] 3/14 4/9 4/10 4/14
51/14 55/8 55/9 66/9 67/17
YELLOW [3] 57/7 59/22 61/17
YES [74] 2/5 2/18 4/20 4/24
5/6 8/1 8/9 8/11 8/16 8/18
9/9 9/16 9/23 10/1 10/5
10/8 10/14 10/19 12/1 12/9
12/17 13/2 13/14 13/19 14/8
14/19 15/1 15/3 15/5 15/7
15/13 15/15 16/1 16/2 20/3
20/5 21/8 23/7 24/24 25/13
27/3 27/16 29/1 29/6 29/19

# Y

**YES... [29]** 29/22 30/1 34/15
34/20 34/23 35/6 39/15
41/17 45/17 47/19 48/24
49/12 49/16 50/2 50/6 50/13
51/12 52/8 56/3 58/24 59/19
61/25 63/7 65/5 65/7 71/7
71/17 74/5 80/8
**YET [2]** 10/24 40/11
**YOU [357]**
**YOU PREPARE [1]** 48/9
**YOU'LL [5]** 8/2 39/18 69/5
78/11 80/17
**YOU'RE [35]** 9/17 33/1 40/11
41/15 47/6 47/11 47/24 49/8
50/8 50/10 52/3 55/3 57/11
57/25 58/4 59/17 60/5 60/13
60/19 62/18 64/8 67/2 67/3
67/10 67/11 70/1 70/18
71/14 72/3 72/24 75/18
80/20 81/6 81/9 81/22
**YOU'VE [9]** 4/11 29/21 33/2
40/3 51/13 63/8 69/25 77/24
77/24
**YOUR [110]**
**YOURSELF [5]** 3/6 24/9 48/9
50/1 50/12
**YUP [1]** 55/12