UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-------------------------------X

THE UNITED STATES OF AMERICA        Criminal Case No. 05-386

            v.                 ***REDACTED***

ANTOINE JONES,

            Defendant,

-------------------------------X   Washington, D.C.
                                   Tuesday, February 5, 2013
                                   2:32 P.M.

        TRANSCRIPT OF JURY TRIAL – DAY 8 – P.M. SESSION
          BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
               UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government: Darlene Michele Soltys, AUSA
                    Courtney Urschel, AUSA
                    U.S. ATTORNEY'S OFFICE
                    555 Fourth Street, NW, Room 4110
                    Washington, DC 20530
                    (202) 252-7685


For the Defendant:  Antoine Jones, Pro Se

                    Jeffrey Brian O'Toole
                    Errin Rae Scialpi
                    O'TOOLE, ROTHWELL, NASSAU & STEINBACH
                    1350 Connecticut Avenue, NW, Suite 200
                    Washington, DC 20036
                    (202) 775-1550


Court Reporter:          Lisa Walker Griffith, RPR
                         U.S. District Courthouse
                         Room 6507
                         Washington, D.C.  20001
                         (202) 354-3247



Proceedings recorded by mechanical stenography, transcript
produced by computer.

1                    **AFTERNOON SESSION**

2          THE DEPUTY CLERK:  This is criminal case 05-386-1.

3    United States of America versus Antoine Jones.

4          MS. SOLTYS:  Your Honor, we would actually like to

5    take a witness out of turn.  And it is the gentleman from

6    AT&T, the custodian.

7          THE COURT:  That's fine with me.

8          Is it okay with you?

9          MR. JONES:  Yes, ma'am.

10         THE COURT:  That's fine.  He can take the stand,

11   she's lining them up now.

12         And also, on the 15th, which is a Friday, we won't

13   sit in the afternoon, just the morning.  February 15th, we'll

14   sit in the morning and not the afternoon.  And we're not

15   sitting on the 22nd of February.  So remember that.

16         Good afternoon, have a seat, please.

17         THE WITNESS:  Thank you.

18         (Jury Present.)

19         THE COURT:  Ladies and gentlemen, we're going take a

20   witness out of order to accommodate scheduling, so we'll

21   swear this witness.

22         THE DEPUTY CLERK:  Sir, please raise your right

23   hand.

24         **YEHOSHUA BLAUCH, GOVERNMENT WITNESS, SWORN**

25         THE DEPUTY CLERK:  Thank you.

1                        **DIRECT EXAMINATION**

2     BY MS. SOLTYS:

3     Q    Sir, would you please state your name for the record.

4     Would you spell both your first, your legal first name, and

5     your last name for the benefit of the Court Reporter?

6     A    Sure.  My name is Y-E-H-O-S-H-U-A, last name is

7     B-L-A-U-C-H.

8     Q    And I'd like to direct your attention back to the time

9     period of 2005 and ask to which service provider were you

10    employed by?

11    A    I was employed by AT&T.

12    Q    And I'd like to ask if you could just tell the jury very

13    briefly first where you came from today to testify in this

14    case?

15    A    I came from West Palm Beach, Florida.

16    Q    Welcome to Washington.

17    A    Thank you.

18              THE COURT:  At least it's not snowing, so don't

19    worry.

20    BY MS. SOLTYS:

21    Q    I have a couple of questions for you very briefly, which

22    is when you were employed by AT&T, were you familiar with a

23    mechanism by which the law enforcement officials were able to

24    obtain both pen register data and cell site data?

25    A    Yes.

1    Q    And did you have any specialized training or employment

2    with AT&T that allows you to understand how that mechanism

3    works?

4    A    I was a court order compliance analyst.  And I reviewed

5    court orders and installed pen registers, traps and traces

6    with cell sites and wiretaps for AT&T.

7    Q    And so now currently are you employed as a consultant

8    with AT&T?

9    A    Right.

10   Q    And have you testified for AT&T as a custodian of

11   records?

12   A    I have as a custodian while employed and after employment

13   where I'm privately contracted.

14   Q    And in preparation for your testimony here today, have

15   you reviewed materials at AT&T regarding a cell site and pen

16   register order, I should say three different orders that were

17   obtained by the FBI and provided to AT&T back in the summer

18   and fall of 2005?

19   A    Yes.

20   Q    All right.  So, previously before you testified here

21   today, were you aware of an exhibit, Miscellaneous Number 45,

22   which are actually three separate orders for pen register and

23   cell site date for a particular telephone, 202-538-3946,

24   which then became 202-746-0470?

25   A    Correct.

1    Q    And did AT&T receive those court orders in the summer and

2    in the fall of 2005?

3    A    Yes, they did.

4    Q    And are you aware of whether or not AT&T then provided to

5    the FBI the data that was ordered by this court order?

6    A    Yes, the AT&T did provide the data.

7          MS. SOLTYS:  Thank you very much.  I have no further

8    questions at this time.

9          THE COURT:  Are you moving it in?

10          MS. SOLTYS:  No, Your Honor.

11          THE COURT:  Any questions?

12          MR. JONES:  No questions, Your Honor.

13          THE COURT:  Okay.  Thank you.  That was quick.

14          THE WITNESS:  Thank you.

15          (Witness excused.)

16          MS. SOLTYS:  We will resume with Agent Eicher.

17     **AGENT SCOTT EICHER, GOVERNMENT WITNESS, PREVIOUSLY SWORN**

18          THE COURT:  Good afternoon, sir.  You're still under

19    oath.

20          THE WITNESS:  Thank you, Your Honor.

21                    **DIRECT EXAMINATION (Cont'd)**

22    BY MS. SOLTYS:

23    Q    Agent, right before we broke for the luncheon recess, I

24    was asking you some questions about whether or not you

25    prepared an analysis looking at the cell site data history

1   for the telephone that is associated with Roel Bermea,

2   bearing telephone number 909-975-0957?

3   A   Yes, I did.

4   Q   And did we ask you to determine where the Bermea cell

5   phone was located by indicating what tower it was using at a

6   time that that telephone was in communication with the phone

7   used by Mr. Jones?

8   A   Yes, you did.

9        MS. SOLTYS:  Could we have the first slide, please.

10  BY MS. SOLTYS:

11  Q   This is a slide from October 14, 2005.  And could you

12  please tell us what we're looking at here?

13  A   Yes, as you stated, this is a call on October 14th, 2005

14  from the Bermea phone to Mr. Jones's phone.  This occurred at

15  6:39 P.M. on October 14th.  And during that call, the Bermea

16  phone used this cell site sector here, and that sector

17  produces its signal out in that direction, one being the

18  direction towards the stash house.

19  Q   Thank you.

20       MS. SOLTYS:  Could we have the next slide, please.

21  BY MS. SOLTYS:

22  Q   This is from October the 15th, 2005.  Did you prepare

23  this slide?  And if you could tell us what it shows?

24  A   Yes, I did prepare this slide.  And this is a call at

25  11:45 A.M. between the Bermea phone and Mr. Jones's phone.

1   On this occasion, the Bermea phone used this cell site sector

2   here and that sector produced a signal to the east towards

3   the stash house.

4            MS. SOLTYS:  Could we have the next slide, please.

5   BY MS. SOLTYS:

6   Q   This is dated October 15, 2005.

7   A   Yes, it is.  And this is call at 9:00 P.M.  This is also

8   another call between the Bermea phone and the Jones' phone.

9   Again, the Bermea phone uses this cell site sector here,

10  which produces its signal towards the stash house.

11           MS. SOLTYS:  Could we have a next slide, please.

12  BY MS. SOLTYS:

13  Q   October 19, 2005.

14  A   Yes, this is a call at 3:03 P.M.  This is the Bermea

15  phone having a call with the Jones' phone.  And it's kind of

16  hard to see on this map, but I had to zoom it out up here in

17  the -- this area where I'm circling is where the stash house

18  is in the Washington, D.C. area.  And this is 95, it goes

19  down here towards Richmond.  So the tower is right here.

20  I've got a push pin there that shows where that -- during

21  this call, the Bermea phone used that tower and sector there.

22           MS. SOLTYS:  And could we have the next slide,

23  please?

24           THE WITNESS:  This is actually a closer view of that

25  same area.  As you see, this is the City of Richmond and the

1    kind of beltway that goes around Richmond.  And this is the

2    tower that that phone call used at that time.  It's just

3    north of Richmond in the Ashland area of Virginia.

4              MS. SOLTYS:  And could we have the next slide,

5    please?

6    BY MS. SOLTYS:

7    Q    October 20, 2005.

8    A    Yes.  This is a call at 5:06 P.M. on October 20th, 2005.

9    Again, a call between the Bermea telephone and Mr. Jones's

10   phone.  During that call, the phone used this tower here, and

11   the sector points are off in a kind of northeast direction

12   also covering the direction of the stash house.

13             MS. SOLTYS:  And the last slide, please.

14             THE WITNESS:  This is another call on October 22nd,

15   2005.  This is actually seven calls, kind of grouped from

16   12:09 P.M. in the afternoon to 8:02 P.M.  During all those

17   seven connections, the Bermea phone used this cell site

18   sector here, which again is producing a signal over towards

19   where the stash house is.

20   BY MS. SOLTYS:

21   Q    All right.

22        Now, I'd like to shift gears and I'd like to ask you

23   about another telephone.  And that is a telephone that was

24   used by Mr. Jones.  I'd like to ask you if we provided you

25   with cell data for the telephone bearing the telephone number

1   202-538 that then became the 202-746 number?

2   A   Yes.  I looked at the records for both of those phones

3   through the timeframe in 2005.

4   Q   Okay.  And if you could tell us, did you prepare an

5   analysis of the cell towers that were used by that particular

6   telephone when it was being used during the periods between

7   September the 3rd, 2005 up to and including October the 20th,

8   2005.

9   A   Yes, I did.

10  Q   This is Government's Exhibit Numbers Miscellaneous 37 and

11  38.  If you could look at those two, please, if you could

12  tell us what they are?

13  A   Yes, Government's Exhibit Miscellaneous 37 is the

14  analysis and maps that I produced on Mr. Jones's phone, from

15  September 3rd, 2005 to September 28th, 2005.  And then

16  Miscellaneous Exhibit Number 38 covers from September 29th

17  until October 20th, 2005.

18  Q   And did we ask you to look at certain dates specifically

19  during that time period?

20  A   Yes, you did.

21  Q   And did we ask you to look at dates in which there were

22  phone calls between Mr. Jones and either Mr. Reyna or

23  Mr. Bermea in the hopes that you could prepare an analysis

24  for us?

25  A   Yes.  Specifically the Government had given me kind of

1    the groups of time.  They said, would you map out where the

2    phone used cell site sectors for a specific date and for a

3    time range.  So that's what's in this report.

4    Q    And what were we attempting to demonstrate?

5    A    A connection, what I saw through my analysis is a

6    connection of where the phone was, you know, at the Waldorf

7    street address where Mr. Jones lived.  The connections to the

8    stash house and to his bar, the Levels restaurant.

9    Q    And various locations in between?

10   A    That's correct.

11        MS. SOLTYS:  We would move into evidence as this

12   point Government's Exhibits Numbers 37 and 38, Miscellaneous

13   37 and 38, Your Honor.

14        THE COURT:  Subject to the prior ruling, any other

15   objection?

16        MR. JONES:  No.

17        THE COURT:  Okay, 37 and 38, Miscellaneous, are

18   admitted.

19        (Government's Exhibit Nos. Miscellaneous

20        37 and 38 were received in evidence.)

21   BY MS. SOLTYS:

22   Q    Do you know how many pages your report was?

23   A    Miscellaneous 37 is -- there is not a total amount of

24   pages, sorry, probably about 50 pages, and the same with the

25   next one.

1    Q    So a total of about 100 pages?

2    A    Yes, with maps and stuff.

3    Q    And in preparation for your testimony here today, did we

4    call out six particular dates that I wanted you to focus on?

5    A    Yes, we did.

6    Q    Okay.  All right.  This is Government's Exhibit Number

7    Miscellaneous 32.  Do you know what this is?

8    A    Yes.  That's a shorter version and specific dates out of

9    that same timeframe.

10   Q    All right.  So I asked you to -- we selected six dates so

11   that we can give the jury an example of travel by Mr. Jones'

12   cell phone.  Is that fair?

13   A    Yes, ma'am.

14   Q    Okay.  All right.  So I'd like to start then with the

15   first date during this period of time, which is September the

16   18th, 2005.  And before I ask you any questions about it --

17          MS. SOLTYS:  Ms. Franklin, could you switch back for

18   one moment?

19          And I'd like to remind the jury of Government's

20   Exhibit, which is already in evidence, WT-Number 8, which is

21   a time line of a series of phone calls between Mr. Jones and

22   other people on his wire between 6:25 P.M. and 8:19 P.M.

23   BY MS. SOLTYS:

24   Q    And I am going to ask you if the analysis that you did

25   for the travel of the telephone between -- on September the

1    18th, 2005, does it coincide with the various phone calls

2    that are contained on Government's Exhibit Number WT-8, which

3    is a summary chart.

4    A    Okay.

5    Q    Yes.

6    A    Yes.

7    Q    Okay.

8          MS. SOLTYS:  Could you switch us back, please?  All

9    right, could we have the first slide then?

10   BY MS. SOLTYS:

11   Q    Could you explain to us now what this is?

12   A    Yes.  This is in a little bit of different format where

13   I've previously just drawn the sector boundaries, I just drew

14   the diagram a little bit different.  But these sectors all go

15   out past this little kind of boundary.  It's just another way

16   to show the direction off the tower the sector is facing.

17        But this is a call on --

18          THE COURT:  Is it fair to say -- and I think this is

19   important because it's a different kind of portrayal that the

20   jury should ignore the crust of the pie?

21          THE WITNESS:  That is correct, Your Honor.

22          THE COURT:  Okay.  So we're going to see more of

23   these, but those blue lines, just -- I don't want to confuse

24   you.  The important thing is the directional, not that line.

25   That line adds nothing.

1   BY MS. SOLTYS:

2   Q    Does that line mean that the cell tower service ends

3   right there?

4   A    It does not.  It's just showing the direction off the

5   tower the signal goes.

6   Q    Okay.  All right.  Okay.  So if you don't mind now

7   explaining September the 18th, 2005, what are we looking at

8   here?

9   A    Yes.  This is from 5:32 P.M. to 6:11 P.M.  The phone used

10  a cell site located here where I drew the circle.  And which

11  was right next to the address of Levels restaurant, which is

12  kind of hard to see on the picture, but it's a green pin

13  right there is the address of the Levels bar at 1960 Montana

14  Avenue.  So between 5:32 and 6:11 P.M. on September 18, 2005,

15  that phone continually used that tower and that sector.

16  Q    And that would indicate to you that the telephone was in

17  what particular area?

18  A    At or near the Levels restaurant.

19  Q    We're calling it a nightclub.

20  A    Okay.

21  Q    If you don't mind.

22  A    That's fine.

23       MS. SOLTYS:  Could you have the next slide, please.

24  BY MS. SOLTYS:

25  Q    September 18, 2005.  If you don't mind, first if you

1   could just tell us what all these little red dots mean

2   scattered about?

3   A    Yes.  Like on the other slides, the red dots represent

4   all the cell phone towers for this network in that area.

5   Q    This network being?

6   A    This is AT&T now.

7   Q    And how do you know that these are the towers that were

8   being utilized by AT&T in 2005?

9   A    Because I got a list, a cell tower list from AT&T, and

10  they give you the actual latitude and longitude of each

11  tower, and I can place all of those on the map.

12  Q    Okay.  So if you don't mind now, please explain to us

13  what we're looking at in this particular chart.  And I would

14  like for you to just be mindful of what the Court said about

15  the edge, explain what that is, and then also the arrow, what

16  you're attempting to demonstrate with this slide?

17  A    This is kind of a pattern analysis of the call records.

18  This is from 6:11 P.M. to 7:08 P.M.  So it's almost a --

19  well, it's a little less than an hour of time, and the phone

20  made several different connections to the network during that

21  time.

22       When I map those out, I can see that at 6:11 P.M., he was

23  using that sector there, which is right near Levels, that's

24  the prior slide we saw.  The other phone calls during that

25  time all show that the phone is using different sectors of

1    different towers and kind of follows these arrows all the way

2    around.  This is the actual beltway of Washington, D.C.  And

3    you can see that he used -- the phone used these towers, and

4    you can see the pattern.  It went east, then south, then west

5    following the numbers actually on the slide there in order.

6    So we can actually track kind of where the phone was going

7    based on the cell tower usage.

8         MS. SOLTYS:  Could we see the next slide, please?

9    BY MS. SOLTYS:

10   Q   Same day, between 7:14 P.M. and 8:14 P.M.  What does this

11   slide show?

12   A   What this shows is that there was several different calls

13   between this hour of 7:14 and 8:14 P.M.  During that time,

14   Mr. Jones' phone bounced off of several different of these

15   towers.  Kind of like what we saw earlier with the Nextel

16   phone, this is an AT&T phone using different towers.

17        During this timeframe, the phone bounces off from a tower

18   up here to a tower down here and back and forth.  This

19   indicates to me and from my experience that a phone was

20   somewhere in between those two towers.  Also in between those

21   two towers is the location of the stash house on Potomac

22   Drive.

23   Q   This writing, you obviously placed that on the slide?

24   A   Yes, ma'am, I did.  Those are the exact dates and times

25   of the calls.  But the one down here is on September 18, 2005

1    at 20:11 and 55 seconds.  And then I give the actual tower

2    number that was used during that call.  And there was

3    actually, as you can see, at --

4          THE COURT:  So it's eight o'clock and something.

5    And then --

6          THE WITNESS:  Yes, ma'am.

7    BY MS. SOLTYS:

8    Q    The time for here right here, where I just put the blue

9    mark, what is the time of that phone call?

10   A    That's 8:11 P.M. or 20:11 P.M.

11   Q    And then the short period time between connection being

12   one minute, if you could describe -- if you could point for

13   the jury and tell them what are the two towers that you are

14   referencing in this slide?

15   A    As you can see, here's 20:12 or 8:12 P.M.  So the phone,

16   within one minute is using this tower down here and then

17   using this tower up here.  And that the distance, you can't

18   travel this distance actually on the road in that short

19   amount of time.  So the phone was actually just using the

20   best signal it saw from whatever tower during that minute,

21   which would indicate to me that the phone is in the area of

22   this overlapping of those two cell sites.

23   Q    So, if the jury was aware that at 7:45 there was a phone

24   call where Mr. Huggins called Mr. Jones and said, you left

25   the spot.  And Mr. Jones said, I'll call you when I leave

1    here, is that phone call consistent with Mr. Jones being in

2    the location, in the vicinity of the stash house?

3    A   Yes, it is.

4            MS. SOLTYS:  Could you switch us back, please?

5            MR. JONES:  Objection.

6            THE COURT:  What's the basis?

7            MR. JONES:  The evidence doesn't show that.

8            THE COURT:  Not yet.  I don't see the foundation for

9    saying that.

10   BY MS. SOLTYS:

11   Q   If there's a phone call, is it consistent, if there's a

12   phone call, if the jury knows that there's a phone call

13   where -- between Mr. Huggins and Mr. Jones, and Mr. Jones is

14   indicating that he'll leave the location where he is

15   currently at, is the vicinity that you've described, the time

16   of this call consistent with --

17           THE COURT:  What time is the Huggins call, please?

18   That's what --

19           MS. SOLTYS:  Could you switch us back to the --

20           There's a phone call at 7:45.  And now if you could

21   switch us back, Ms. Franklin?

22           THE COURT:  7:45, and then --

23   BY MS. SOLTYS:

24   Q   And now you have between 7:14 P.M. and 8:14 P.M.  Is this

25   consistent with or inconsistent with your analysis that the

1    Jones' phone is in this vicinity?

2    A    It is consistent that the Jones' phone is in this

3    vicinity during that timeframe according to the records.

4              THE COURT:  Okay, overruled.

5              MS. SOLTYS:  Could we have the next slide, please?

6    BY MS. SOLTYS:

7    Q    And could you explain to us, what are we looking at here?

8    A    This is on the same day, September 18th, 2005.  And this

9    is from 8:14 P.M. to 8:22 P.M.  The phone made several

10   connections to the network through calls.  And you can see

11   that the phone was using -- here's a stash house, it's kind

12   of off the chart here, off the map.  But now the phone is

13   using cell sites and sectors here and also heading east,

14   using those sites.  As you can see, the numbers on the white

15   arrows indicate the chronology.

16             THE COURT:  Those arrows indicate the direction that

17   the phone is traveling?

18             THE WITNESS:  That's correct.

19             THE COURT:  During that period of time?

20             THE WITNESS:  Yes, ma'am.

21             MS. SOLTYS:  Could we have the next slide, please?

22             THE COURT:  Now, remember, ladies and gentlemen,

23   those pies, the crust, for lack of a better word, they are

24   irrelevant.

25

BY MS. SOLTYS:

Q    Could you explain this slide, now?

A    I'll be glad to.  This is on the same date, this is for

21 calls or connections to the network for this phone.  This

is from 8:23 P.M. to 9:20 P.M.  And the phone continually

used this sector, then this sector, bouncing back and forth

between these two sectors.  As the Judge reminded you, these

actual bars here do not indicate the covered stops there.

This is just giving you direction off the tower that that

signal is producing from that sector.

     In between these two towers are the addresses that I was

provided of John Adams on Gloria Drive and Michael Huggins on

Barto Avenue.

          MS. SOLTYS:  Could you switch us back to the

computer for one second?  I'm sorry, the Elmo.

BY MS. SOLTYS:

Q    And if there was a phone call at 8:19 between Mr. Huggins

and Mr. Jones, where they discussed meeting at Mr. Huggins'

home in a half an hour, would that be consistent or

inconsistent with the evidence that you saw about the

location of Mr. Jones' cell phone?

A    That would be consistent because the phone then moved

over, starting using those two sectors which provide coverage

in the direction of those two addresses to include

Mr. Huggins' address.

1    Q    Thank you.

2              MS. SOLTYS:   Could you switch us back now to the

3    computer?

4              And the last slide for this date, please.

5    BY MS. SOLTYS:

6    Q    Now, what are we looking at here, 9-18?

7    A    This again is still September 18, 2005.   This is starting

8    from the timeframe of 9:21 P.M.   The phone used cell site

9    sectors up here by the Huggins' residence as we saw in the

10   previous slides.   But the next several calls indicate the

11   usage of this sector, then this sector, and then this sector

12   indicating the phone is now moved south down to this area

13   where Mr. Jones's residence is located right here at -- and

14   here's the actual address there with the little green pin at

15   10870 Moore Street in Waldorf Maryland.

16   Q    Right here (Indicating)?

17   A    That's correct.

18   Q    Okay.   Now, I'd like to turn your attention to another

19   date that we selected, which is September the 25th, 2005.

20   Could we see that slide, please.

21        Could you explain to us what we're looking at in this

22   slide?

23   A    As you mentioned, this is September 25th, 2005.   And

24   we're looking at a timeframe, the first call in this

25   timeframe is 11:56 A.M. in the morning.   And during that

1    time, Mr. Jones' phone used this sector here or this tower.

2    And this sector here, which again produces a signal out past

3    that arc, it's just a direction indicator.

4        And in that direction of this cell site sector is the

5    Jones' residence, which we can kind of see a little more

6    clearly.  And this slide at 10870 Moore Street in Waldorf

7    Maryland, indicated by the green push pin there.

8            MS. SOLTYS:  Could we have the next slide, please.

9            Would you switch us back to the Elmo for a second?

10   BY MS. SOLTYS:

11   Q   Okay, I'm going to show you a reference to a phone call

12   that's already in evidence, 9-25-05, 11:56 A.M., between

13   Mr. Jones and the Charlie Reyna phone.

14          MS. SOLTYS:  I'll now ask if we could go back to the

15   computer.

16   BY MS. SOLTYS:

17   Q   What's depicted in this photograph?

18   A   These are the next two calls on the records that indicate

19   at 12:14 and 12:15, the phone has now moved from down by

20   Mr. Jones's residence and using a tower down there, is now

21   using a tower up here, as you follow the arrows, showing the

22   direction of travel of the phone to an area which is just

23   northwest -- or excuse me, northeast of the stash house

24   located here.

25         MS. SOLTYS:  And could we have the next slide,

1    please.

2   BY MS. SOLTYS:

3    Q    Also the same date, 9-25-2005.  And explain to us what

4    we're looking at here?

5    A    This again is where the phone between 1:08 P.M. and 1:14

6    P.M. made six different connections to the -- or calls coming

7    in or outgoing calls.  During that time, the phone bounced

8    between these sectors here, again, back and forth indicating

9    that the phone was somewhere in the overlapping area of these

10   two phones which includes the stash house in that area.

11             MS. SOLTYS:  Could we see the next slide, please.

12   BY MS. SOLTYS:

13   Q    And now what are we looking at here?

14   A    This is from 1:18 P.M. and 1:38 P.M. on September 25th,

15   2010 [sic].  These are ten different calls which indicate

16   that the stash house is actually off this map, but over here

17   in the west direction, but now the phone has moved to using

18   cell towers and sectors along the beltway here.  And then

19   south to an area, to this sector and tower here, which it

20   used at 1:31 P.M.

21             MS. SOLTYS:  And could we see the next slide,

22   please.

23   BY MS. SOLTYS:

24   Q    Also same date, 9-25-2005.  And what does this slide

25   show?

1    A    This is at 1:57 P.M.  And actually the next 17 calls

2    between 1:59, as you can see, and 3:25 P.M. in the afternoon,

3    the phone continually used the cell site sectors here which

4    produced signal into the direction of the Huggins' residence,

5    which is located here, and the Adams' residence which is

6    located there.

7    Q    Now, I'd like to go to another date which would be

8    October the 11th, 2005.  And ask if we could have a new

9    slide.  And I'd like to now direct your attention to October

10   the 11th, 2005, and ask if we asked you to plot out the

11   movements of Mr. Jones' cell phone starting in the early

12   morning hours of 7:37 A.M.?

13   A    Yes, you did.

14   Q    Would you explain just what's depicted on this slide?

15   A    Yes, this is at 7:37 until 7:38, so it's only a minute,

16   but there were several connections of the phone to the

17   network.  As you can see, the phone used this tower here and

18   this tower here during those several connections.  At that

19   time these sectors both produced signal in the direction of

20   Mr. Jones's residence which is located here on Moore Street

21   in Waldorf, Maryland.

22        MS. SOLTYS:  Ms. Franklin, if I could ask you to

23   switch us back to the Elmo for a second?

24        And I'll show the jury, this is already in evidence,

25   Government's Exhibit Number WT-9.  And ask you to just focus

1   on 7:39 A.M.  There's a phone call between Mr. Jones and

2   Mr. Bermea.  And also at 8:43, a phone call between Mr. Jones

3   and Mr. Bermea.

4           And now if you could switch us back to the computer,

5   after that 7:39 A.M. phone call, could you bring up the next

6   slide, please.

7   BY MS. SOLTYS:

8   Q   And if you could tell us the direction that you were able

9   to discern Mr. Jones' cell phone traveling?

10  A   Yes, this is from 7:44 A.M. to 8:29 A.M. on the 11th.  As

11  you can see on the map, Mr. Jones's residence is located down

12  here where I've just circled, and the tower that he used at

13  the beginning of this timeframe is right here.  Then the

14  phone uses several different towers which indicate the phone

15  is traveling north.  And ends up up in the area here using

16  this tower and sector which is by the Huggins' and Adams'

17  residence.

18          MS. SOLTYS:  If we could have the next slide,

19  please, after 8:29.

20  BY MS. SOLTYS:

21  Q   Now, if you could tell us the same day, calls after 8:29

22  A.M.?

23  A   Yes, these are calls from 8:29 to 8:41.  During that

24  time, the phone is using this tower here which again does

25  produce its signal further out in the direction of the

1    Huggins' and Adams' residences.  And if we could see the next

2    slide, please.

3    BY MS. SOLTYS:

4    Q    What's depicted in this slide?

5    A    This is at 8:54 A.M.  Now the phone has moved from the

6    Huggins' and Adams' residence are over here kind of off the

7    map.  Now the phone has moved, based on the cell tower and

8    sector usage, westbound, probably along Interstate 495 there.

9    And then began using these towers in sectors here and here,

10   which both produced their signal southeast towards the stash

11   house.

12        MS. SOLTYS:  And if you could show us the next

13   slide, please.

14   BY MS. SOLTYS:

15   Q    And if you could explain what's depicted in this slide?

16   A    This is on October 11th, 2005, and there's four

17   connections to the network.  And until 11:51, the phone

18   traveled from, and the stash house on this map is off in this

19   direction where we saw on the previous slide.  Now the phone

20   is, based on the cell tower and sector usage, has moved east

21   along the beltway.  And that's where the towers are located.

22   And then again uses these sectors here, here and here, which

23   provide coverage to the Adams' and Huggins' residence.

24        MS. SOLTYS:  And if we could have the next slide,

25   please?

1   BY MS. SOLTYS:

2   Q    If could you explain what's depicted in this slide?

3   A    This map shows the cell tower sectors that are used from

4   11:51 until 12:12 P.M. on October 11tj, 2005.  Again, the

5   phone is using sectors here which provide coverage in the

6   direction of the Huggins' and Adams' residence to include

7   this one that's a little bit north, which also provides a

8   signal in that direction.

9        MS. SOLTYS:  Ms. Franklin, if you could just switch

10   back to the Elmo for one second?

11   BY MS. SOLTYS:

12   Q    If our summary time line shows at 11:56 there was a phone

13   call between Mr. Jones and Mr. Huggins where Mr. Huggins is

14   indicating that he wants eight little tickets -- could we

15   switch back now, please -- does this slide demonstrate that

16   the Jones' phone has now traveled into the vicinity of the

17   Huggins' residence?

18   A    Yes, it does.

19   Q    Okay.  Now, I'd like to direct your attention to October

20   the 13th.

21        MS. SOLTYS:  If we could have the next slide,

22   please.

23   BY MS. SOLTYS:

24   Q    Could you explain to us, please, what's depicted in this

25   slide?

A    I can.  Here, I map the phone calls on Mr. Jones's phone

from 6:21 P.M. to 7:22 P.M., which is about an hour, on

October 13th, 2005.

Q   Let me stop you for one second.

        MS. SOLTYS:  Could you just switch us over real

quick?

BY MS. SOLTYS:

Q   I direct your attention to October the 13th, 2005, at

5:25 P.M., an outgoing phone call from Mr. Jones to

Mr. Bermea.

        MS. SOLTYS:  And now, Ms. Franklin, if you could

switch us back, please?

BY MS. SOLTYS:

Q   And ending at 7:22, what do we see here?

A   What we see is travel of the phone from further up north,

actually the Levels restaurant is further off this map about

up in there.  And then the phone travels, instead of kind of

going along the beltway, as we've seen along in the past, the

phone kind of travels through the center of town using

different cell sites and sectors in a short amount of period

until it gets back over to this cell site and sector here

which provides coverage, as we've seen in some of the

previous slides, provides coverage to the stash house, which

is just below off this map.

        MS. SOLTYS:  If we could have the next slide,

1    please?

2    BY MS. SOLTYS:

3    Q    And please tell us now, a few minutes later, what's

4    depicted in this slide?

5    A    This is a call at 7:23 and 7:22 P.M.  And this is a very

6    good example of the phone bouncing off between the two cell

7    site sectors that are north of the stash house and south of

8    the stash house within a minute, indicating the phone is

9    somewhere in between these two cell site sectors, which

10   includes the address of the stash house.

11            MS. SOLTYS:  And the next slide, please.

12   BY MS. SOLTYS:

13   Q    Please show us now what's depicted in this slide?

14   A    The next three calls on October 13th, 2005, which are

15   shown on this map at 7:45, 7:46 and 7:49 P.M., all used this

16   cell site and sector here, which is just east of the stash

17   house.

18   Q    And if you don't know mind reminding us again about the

19   location, reminding us about the topography here?

20   A    Yes, the area here, just to remind you, I mentioned this

21   earlier, this is not a flat between this tower and the stash

22   house here.  There's actually a big hill right in this area.

23   And normally a phone in the area of the stash house will not

24   use this sector, so in this case, the phone would have had to

25   have been further up on this hill and more like in this area

1    here for those calls.

2           MS. SOLTYS:  And if we could now have the last slide

3    for this date, please.

4    BY MS. SOLTYS:

5    Q   If you could show us now what's depicted in this slide

6    that's dated October 13th, 2005?

7    A   Yes, this is the next set of call from 7:51 P.M. to 8:18

8    P.M.  And during this time, the phone, the pattern of the

9    phone and the tower cell site usage indicates the phone,

10   which was further up here in this area near the stash house,

11   has now traveled using this tower, then this tower and then

12   this tower and then this tower indicating that the phone has

13   moved south and is now back towards Mr. Jones's residence on

14   Moore Street in Waldorf, Maryland.

15   Q   Okay.  Now, I'd like to switch to another date, October

16   the 14th, 2005.  And ask if you were asked to look at this

17   particular date.  And make attempts to track the travel of

18   Mr. Jones' cell phone?

19   A   Yes.

20          THE COURT:  Just one second.  Which dates have we

21   covered, 9-18, 10-11 till 10-13, 10-14?

22          MS. SOLTYS:  9-18, 9-25.

23          THE COURT:  10-11?

24          MS. SOLTYS:  10-11, 10-13.

25          THE COURT:  And this is 10-14.

1          MS. SOLTYS:  And we're now on 10-14.

2          THE COURT:  Okay.

3   BY MS. SOLTYS:

4   Q   So now starting with October 14th, 2005, if you could

5   tell us what's depicted in this slide and what does this

6   represent?

7   A   This shows the path of the phone used by Mr. Jones on

8   October 14th, 2005 starting at 6:08 in the morning.  At 6:08,

9   as you can see here written by the comment I put on this map,

10  they used this tower here which is on down by Mr. Jones's

11  residence on Moore Street.

12      Then, subsequently from 6:17 to 6:34 P.M., excuse me,

13  A.M., the phone traveled north and using different cell sites

14  and sectors here, here, here, and then there, ending up using

15  the cell site sector again which provides coverage southeast

16  towards the stash house.

17          MS. SOLTYS:  And if we could have the next slide,

18  please.

19  BY MS. SOLTYS:

20  Q   So now, this is October the 14th.  And if you could show

21  us what's depicted in this slide?

22  A   Yes, this is the same day, just further in the morning.

23  This is 7:29 A.M. to 8:17 A.M.  And again, during these

24  calls, the phone switches back and forth from these cell site

25  sectors back and forth during the calls, indicating the phone

1    is somewhere in between these two or these four sectors,

2    which excludes these -- the location of the stash house.

3    Q   Okay.

4         MS. SOLTYS:  Could you switch us over to the

5    computer for a second.

6    BY MS. SOLTYS:

7    Q   Now, I'm going to show you, this is already in evidence,

8    and this is called Photo 33.  I'm going to show you something

9    that's already in evidence.  You've never seen this before;

10   is that correct?

11   A   I don't know what the photo is, I don't think I've seen

12   it before.

13        THE COURT:  It's not coming up on the screen.

14        MS. SOLTYS:  Okay.  Let's go ahead and play it.

15        THE COURT:  10-14?

16        MS. SOLTYS:  Yes, 10-14.  Could you pause it for a

17   moment?

18   BY MS. SOLTYS:

19   Q   So this is 10-14-2005, at 8:11 A.M.  You've never seen

20   this before; is that correct?

21   A   I have not seen this video before.

22   Q   You're seeing this for the first time right now?

23   A   Yes, ma'am.

24   Q   Okay.  Play it through.

25             (Video was played.)

1              MS. SOLTYS:  And let's pause it.

2      BY MS. SOLTYS:

3      Q   And now let me just ask you this question.  Would it be

4      consistent or inconsistent with your analysis if the Jones'

5      phone that we've been talking about were inside that vehicle

6      as it was pulling out of that driveway at 9508 Potomac Drive

7      at this time, 8:11 in the morning?

8      A    It would be consistent.  If this is a video of that

9      residence on Potomac Drive, yes, that would be consistent

10     with the phone being in that vehicle or in that area.

11     Q   Okay.

12             MS. SOLTYS:  And if we could have the next slide,

13     please?

14     BY MS. SOLTYS:

15     Q   And now if you could explain to us about October the

16     20th, 2005, the final day that we asked you to analyze; is

17     that correct?

18     A    Yes, ma'am.

19     Q   Okay.  So this is the first slide from October the 20th.

20     And if you could show us what are we looking at here?

21     A    We're looking at calls between 6:20 and 6:23 P.M. which

22     show the phone used by Mr. Jones, using these cell sites down

23     here just east of the stash house.

24         Then the next one at 7:09 P.M. used this tower and sector

25     up here which, as we've seen before, produces its signal

1    southeast towards the stash house area.

2    Q   All right.

3          MS. SOLTYS:  Let me ask Ms. Franklin if she could

4    switch us back to the Elmo for one second.

5    BY MS. SOLTYS:

6    Q   This is already in evidence, this is Government's Photo

7    Number 30, dated October 20th, 2005, 6:27 P.M.  Have you ever

8    seen this photograph before?

9    A   No, ma'am.

10   Q   Are you seeing this for the very first time right now?

11   A   Yes, ma'am.

12   Q   And let me just ask you, would it be consistent or

13   inconsistent with your analysis if the Jones' phone were

14   inside of this vehicle as it was pulling into the driveway at

15   9508 at this time, 6:27 P.M.?

16   A   That would be consistent with the cell phone analysis and

17   the call records.

18         MS. SOLTYS:  And if we could have the next slide,

19   please.

20   BY MS. SOLTYS:

21   Q   And if you could tell us what we're looking at in this

22   slide?

23   A   Yes.  In this slide, I mapped the cell tower sectors used

24   from 7:09 P.M. until 7:30 P.M. on October 20th, 2005.  During

25   that time, the phone used -- switched back and forth between

1   these three different sectors.  And all three of those

2   sectors provide coverage or signal down in the direction of

3   the stash house on Potomac Avenue [sic].

4   Q   And then the last slide.  Now, if you could tell us what

5   we're looking at in this slide?

6   A   This is again on October 20th, 2005.  This is from 7:48

7   P.M. to 8:41 P.M. for several connections over the phone to

8   the network which logged the towers and sectors used.  As you

9   can see from the arrows and the numbering of the arrows

10  starting at one, the stash house is just off the map here.

11      The phone traveled east, then north, then west again.

12  And ended up in this timeframe at like 8:41 P.M., using the

13  tower and sector which provides coverage in the direction and

14  is really close to the Levels nightclub.

15  Q   Okay.  And then the last question that I have for you,

16  Agent Eicher, is in preparation for your testimony here

17  today, did you compare all of the phone calls, the activation

18  times for the phone calls between Mr. Jones and either

19  Charlie Reyna and Mr. Jones and Roel Bermea, all of those

20  particular dates, comparing those dates to the dates in which

21  you analyzed.  Was there always evidence that was consistent

22  with travel towards the vicinity of the stash house?

23  A   Yes.

24          MS. SOLTYS:  If I could have the Court's indulgence

25  for a moment.

1           (Pause.)

2           MS. SOLTYS:  Ms. Gibson advisees me that we did not

3    move into evidence Government's Exhibit Number 32.  We would

4    move it in if we have not already done so.  And we have no

5    further questions for Agent Eicher at this time.

6           THE COURT:  Is there an objection to 32?  Subject to

7    my written ruling, Miscellaneous 32?

8           MS. SOLTYS:  Miscellaneous 32.

9           THE COURT:  What is it?

10          MS. SOLTYS:  It is the PowerPoint presentation that

11   we just looked at.

12          THE COURT:  Oh, yeah, well, then it's in.

13          MS. SOLTYS:  I thought it was in.

14          THE COURT:  I don't know, no, I don't know that it

15   was in before, but it is now.

16          (Government's Exhibit No. Miscellaneous

17     32 was admitted.)

18          THE COURT:  Did you put in 33 and 4?

19          THE DEPUTY CLERK:  No.

20          MS. SOLTYS:  We did not, Your Honor.

21          THE COURT:  Again, ladies and gentlemen, I instruct

22   that the way those pie pieces are, we are not the crust, for

23   lack of a better word, is of no relevance to you.  It doesn't

24   reflect the real distance from the tower.

25          Perhaps we should take a break at this time.  I

```
1    think we'll take a break until 20 of.  We need a few extra

2    minutes here.  Okay?  Thank you.

3              (Jury Out.)

4              (A brief recess was taken.)

5              (Jury Present.)

6                         CROSS-EXAMINATION

7    BY MR. JONES:

8    Q    Good afternoon, sir.

9    A    Good afternoon, Mr. Jones.

10   Q    You prepared several reports in this case; is that

11   correct?

12   A    Yes, sir.

13   Q    Based on your training and experience, do all of these

14   reports conform to the standard of the FBI CAST team?

15   A    Yes, sir.

16   Q    In order to prepare these reports, you rely on

17   information provided in call detail records; is that correct?

18             THE COURT:  Call detail records?

19             MR. JONES:  Yes.

20             THE WITNESS:  In this case, we were using pen

21   register records which are just like call detail records.

22   BY MR. JONES:

23   Q    Is there anything in the call detail records that shows

24   why the phone used a particular tower?

25   A    No.
```

1    Q   Would you agree that the best signal generally comes from

2    the tower that is closest to the phone or in its direct line

3    of sight?

4    A   Those are good things to take into account.  It's not

5    always the closest tower.  The line of sight does help.  But

6    obstructions in the way could prevent that phone from using a

7    tower that's closest to it.

8    Q   Okay.  Based on the information provided to you in the

9    call detail records, is there anything to indicate if the

10   phone is in the direct line of sight to the tower used?

11   A   No, sir.

12   Q   Based on the information provided to you and the call

13   detail records, is there anything that indicated exactly how

14   far the phone is from the tower used for a call?

15   A   No.

16   Q   Is there any information in the call detail record that

17   tells you if the phone is actually closer to one tower than

18   another?

19   A   No.

20   Q   Will you agree with the statement that the phone would

21   normally use the closest tower?

22   A   No.

23   Q   Would you also agree that the phone may not use the

24   closest tower?

25   A   I'm sorry, can you say that question again?

1    Q    Would you also agree that the phone may not use the

2    closest tower?

3    A    Yes.

4    Q    So, you don't know and cannot know if the phone is used

5    in the tower closest to the phone at any time; is that

6    correct?

7    A    That's correct.

8    Q    In fact, you only know what the tower would use to make a

9    particular call, but not why that tower was used to do so,

10   used to do you [sic]?

11   A    Do you mind repeating that question, sir?

12   Q    In fact, you only know what the tower was used to make a

13   particular call, but not why that tower was used?

14   A    We know that a tower was used and which tower is from the

15   records.  And we know that it was used because it was the

16   strongest signal at the time.

17   Q    Would you agree with the statement, the tower with the

18   best signal is the one the hand set will use for service?

19              THE COURT:  The what, the hand set?

20              MR. JONES:  The hand set.

21              THE COURT:  You mean the phone itself?

22              MR. JONES:  Yes.

23   BY MR. JONES:

24   Q    Will use for service?  This is the service cell site and

25   will be used to make and receive calls?

1    A    Do you mind repeating that question to make sure I follow
2    it all the way through?
3    Q    Would you agree with this statement.  The tower with the
4    best signal is the one that a hand set will use for service?
5    This is the service cell site and will be used to make and
6    receive calls.
7    A    That statement is pretty much correct.  I'd like to
8    clarify it, that the phone indicates, it's actually the phone
9    that makes the decision on which signal it sees the best,
10   it's not the tower.  The phone reads all the towers in the
11   neighborhood and says this one is the best and this is one I
12   will use.  And that can be termed as the serving cell.
13   Q    Okay.  Would it be a fair statement to say that the best
14   signal is determined by several different factors, beyond
15   just line of sight to a tower or distance from a tower to the
16   phone?
17   A    There are several different factors that go into the best
18   signal.  And that is all determined by the phone.  It takes
19   into some equations on clarity, signal strength, and that's
20   how it makes and ranks the best tower that it will use next.
21   Q    Would one of those factors be tower loading?
22            THE COURT:  Tower what?
23            MR. JONES:  Loading.
24            THE COURT:  Loading?  Can you tell us what tower
25   loading is?

1          THE WITNESS:  I can.  I think Mr. Jones is referring

2     to maybe a tower being overloaded or having too much

3     capacity.  That normally doesn't happen, only in catastrophic

4     situations where a network gets overloaded.  The engineers

5     that I've talked to with AT&T and T-Mobile and all the phone

6     companies, they constantly monitor their cell phone towers.

7     And if it gets above about 65 to 70 percent capacity, they

8     put another tower in that area because maybe the population

9     has expanded in that area.  So they won't ever let their

10    towers get overloaded because they drop calls and people

11    can't make phone calls.

12         So that is not a factor in this aspect because we

13    know the towers were used because they showed up on the

14    records.  And they were selected by the phone itself because

15    they had the best signal.

16  BY MR. JONES:

17  Q    And tower loading would simply be that the tower closest

18    to the phone is too busy to handle the phone?

19  A    No, it doesn't occur in this situation because when a

20    phone makes a phone call or receives a phone call, it's

21    already communicating with the networks said, all right, this

22    is the tower I'm going to use.  It makes that contact with

23    the tower.  And says I'd like to place a phone call.  The

24    tower says, okay, you can make a phone call, but I'm going

25    switch you to this tower over here.  But the records show

1    that I talked to that tower first.  And that's what it shows

2    as the best signal.  And that's the tower that was used.

3        Once the phone is within a phone call or within the

4    network's control, the tower -- the network can say, you know

5    what, I want to move you to this tower over here because I'm

6    busy over here or something's going on, let me have you use

7    this tower.  Once you're in a phone call, the network kind

8    every does what it wants with your phone call.

9    Q    Would one of those factors be the tower height in

10   relation to the phone?

11   A    Tower height has to deal with how far the tower is off

12   the ground.  I assume that's what your question is.  That has

13   to deal with how the phone can see that tower as the best

14   signal or not.  So, if a tower is not very high off the

15   ground, there might be more blockages.  If it's higher off

16   the ground, it might be he less blockages, it all depends on

17   where the phone is at the time.

18   Q    Would another factor be whether or not the cell phone can

19   get a good signal due to obstruction between the phone and a

20   tower?

21   A    These are questions on the phone selecting the tower.

22   And again, we're back to the phone selects the tower best on

23   which one has the best signal.  If there's a tower that might

24   be nearer the phone and there's some obstruction, yes, that

25   would take effect and the phone not being able to see that

1    tower very well because there's a building or a mountain or a

2    hill in the way.  So it would use, like on those slides I

3    showed you earlier, it might use a tower that's across the

4    water that it can see much clearer and have better signal

5    from.

6    Q    Would another factor be weather?

7    A    No, sir.

8    Q    Would another factor be the antenna power at the cell

9    tower?

10   A    Antenna power at the cell tower refers to how much

11   strength they're pushing off the signal off the tower.  And

12   within the urban areas like the city that we're talking in,

13   they actually kind of dial those towers down, they have a lot

14   bigger capacity.  But they dial those towers down because

15   they don't want that one tower, say, in the middle of

16   Washington, D.C. to spread its signal all across D.C. because

17   then all the phones would come to that tower and it would

18   crash the network.

19        So what they do is dial those towers down, they angle

20   those antennas, so the antenna from the -- from the tower is

21   actually pointed on the ground to where the customers are.

22   So there's actually a limited area where that phone can be to

23   use t hat tower and sector.

24   Q    Just to be clear, can you, with any scientific certainty,

25   tell the Court why a phone is using a particular tower for a

1    call?

2    A    Yes, I can.  Because the phone selects the tower based on

3    signal strength.

4    Q    Would you agree with this statement.  As a general rule,

5    most towers, depending on the environment, have a radius of

6    approximately one or two miles, greater or lesser distance

7    are also common?

8    A    That's true.

9    Q    Are you saying that you don't really have any idea what

10   the actual radius of the tower is?

11   A    It all depends on the area that you're in.  As I think I

12   might have alluded to earlier, you might have a tower along

13   I-70 in Kansas where there's no population, just fields.  And

14   they might have a tower along I-70 and the signal strength of

15   that tower can go out maybe 15 miles along I-70.  But that's

16   a whole different environment than it is in the D.C.,

17   Virginia, Maryland area.  The towers are every mile or so or

18   every two miles apart.  Sometimes even closer when you're in

19   the downtown D.C. area, so that the customers can have

20   service.

21   Q    Now, so if you think of it as a pie plate with a nail in

22   the center of the plate, the radius is the distance from the

23   nail and the center to the edge of the pie plate, would that

24   be a fair description of the radius?

25   A    That's a weird question.  Let me think through it.  If

1    you're trying to describe what radius is, I think that's what

2    you're trying to ask there, is that, sir?

3    Q    Right.

4    A    The radius of the tower is basically how far from the

5    tower it produces its signal, and you can use a pie as a

6    piece of -- to describe a radius.

7    Q    And if it was a really big pie plate, the distance from

8    the nail in the center to the edge of the plate could be a

9    mile or more; is that correct?

10   A    Yes.

11   Q    And that would be considered the approximate coverage

12   area of the cell tower; is that correct?

13   A    You can use the term radius and coverage of the cell

14   tower in the same sentence and mean the same thing.

15   Q    And the coverage area is the area that the phone can make

16   a call on the tower, in general; is that also correct?

17   A    Yes.

18   Q    But you don't actually know the precise radius of any of

19   the towers, do you?

20   A    Well, we can tell from the mapping in this case is the

21   cell tower radius depends on where the cell phone is, in what

22   part of the city.

23   Q    Now, these coverage areas, are they perfectly round?

24   A    No, sir, they're not.

25   Q    In fact, the coverage area for a cell tower can be a

```
1    really odd shape; isn't that true?

2    A    Yes, it is.

3              THE COURT:  Odd?

4              MR. JONES:  Odd, O-D-D, odd shape.

5              THE COURT:  O-D-D?  Okay.

6              MR. JONES:  Yes.

7    BY MR. JONES:

8    Q    Did a cell phone company provide any kind of map showing

9    the coverage area of the cell tower?

10   A    No, sir.

11   Q    So you can't say what the actual coverage area of any of

12   the tower is -- I'm sorry.

13       So you can't say what the actual coverage area of any of

14   this tower is, can you?

15   A    We can tell you what direction off the tower it is, but

16   we can't tell you how far off the tower it goes.

17   Q    So the Court has to rely on thinking of the coverage area

18   as roughly in a circular shape; is that correct?

19   A    Did you say circular?

20   Q    Yes.

21   A    In principle, the tower produces its signal in a circular

22   shape 360 degrees away from the tower.  But the actual

23   coverage on the ground is somewhat different depending upon

24   blockages as we discussed.

25   Q    Even though you and I both know that it is not an
```

 1  accurate picture; is that correct?

 2          THE COURT:  What's not an accurate picture?  I don't

 3  understand.

 4          THE WITNESS:  That was going to be my question.

 5          THE COURT:  Yeah.

 6          MR. JONES:  The shape.

 7          THE COURT:  What shape?  Do you mean the V?

 8          MR. JONES:  Yes.

 9          THE COURT:  Is the V accurate in terms of the

10  direction of the phone?

11          THE WITNESS:  Yes, ma'am, it is.

12          THE COURT:  So, in other words, if you take the 360

13  and divide it into thirds, it's accurate in terms of which

14  third it's facing?

15          THE WITNESS:  Yes, ma'am.

16          THE COURT:  Okay.

17  BY MR. JONES:

18  Q   When you are analyzing the call detail record for the

19  phone calls, do you look at all the information provided by

20  the phone company?

21  A   Yes.

22  Q   And did you look at all the information provided by the

23  cell phone company in this case?

24  A   Yes.

25  Q   Is there anything in the call data records that tells you

1    exactly where the phone is at any time?

2    A   Not a precise location.  We're looking at generalities

3    and that the phone is using this sector of a tower, it must

4    be in this general area, but not on the corner of 1st and

5    Main Street.  We can't tell with this data that precise.

6    Q   Is there anything in the call detail records that tells

7    you how far the phone is from the tower used for a call?

8    A   I think you asked that question earlier.  No, there's

9    nothing in the call detail records that give you distance

10   from the tower.

11   Q   Okay.  On the report you did, you drew a pie shape on the

12   map that indicate the sector coverage of the tower; is that

13   correct?

14   A   Yes, on some of the reports I drew the V, which kind of

15   shows the direction off the tower.  And the pie shape is the

16   same thing.  It's just giving you direction off the tower.

17   The arc on some of those maps doesn't mean the coverage stops

18   there.  This is just kind of giving you the direction off the

19   tower the signal is.

20   Q   Are you familiar with how radio waves propacate

21   [phonetic]?

22   A   I'm sorry, radio waves --

23          THE COURT:  Radio waves do what?

24          MR. JONES:  Propacate.

25          THE WITNESS:  I'm sorry, I don't know that word,

1   sir.

2           MR. JONES:  Propagat [sic].

3           THE COURT:  P-R-O?

4           MR. JONES:  P-A-G-A-T-E.

5           THE WITNESS:  Propagate.  Yes, I'm familiar with how

6   radio waves propagate.

7   BY MR. JONES:

8   Q    Have you as part of your training and experience ever

9   looked at a radio propagation map for a cell tower?

10  A    Yes.

11  Q    Would you agree that the radio waves from a cell tower do

12  not radiate in a perfect wave, wedges, shape like you had on

13  your map?

14  A    Yes, I agree that the radio waves propagate out at

15  different -- how is the best way to put this?  The borders of

16  the sectors are, because I go out and actually test the

17  networks.  I use special equipment and go out and test and

18  dry test the networks.  And what I see is that the

19  propagation map, which he's referring to, is actually shows

20  on the ground which tower would serve that point, this point

21  and that point.  So you can actually draw a coverage area of

22  a sector.

23       In that, I see that they are not, it doesn't go out

24  uniformly because of blockages of buildings or mountains or

25  hills in this case.

1   Q    In fact, radio waves from cell tower antennas can cover a

2   very odd shape; isn't that true?

3   A    That is correct.

4   Q    Isn't it also true that the radio waves from one sector

5   of a cell tower can have a completely different shape that

6   the radio waves from another sector on the same tower?

7   A    That's correct.

8   Q    Isn't it also true that the actual radio waves coming

9   from a cell tower sector are almost never in the exact shape

10  of a pie wedges like you had them drawn up on your map?

11  A    They are on the boundaries, in kind of a V shape.  As I

12  go out and map these cell phone towers, it's consistent that

13  the tower and its sector actually pushes out in that

14  direction.  And really the side V shape stuff is really right

15  along the line of the actual propagation of that tower.

16       The arc is not.  Remember, the arc is just to show you

17  the direction off the tower that signal is going.  So if you

18  kind of took that arc and you kind of drew a line like this

19  (demonstrating), that's kind of -- the propagation of that

20  have tower is not uniformly straight across.

21  Q    Based on the record you reviewed, can you tell the Court

22  what's the person holding the phone is doing at any time

23  other than talking on the phone?

24  A    No, from looking just at the records, all I can see is a

25  phone call is made.  I can't tell you who's on the phone or

```
 1    what they're saying.

 2    Q   Can you tell the Court where the phone is exactly?

 3    A   No, sir, I can just tell you a general area.

 4    Q   Can you tell the Court if the person using the phone is

 5    in a vehicle?

 6    A   No.

 7    Q   Walking on foot?

 8    A   No.

 9    Q   Riding on a bus?

10    A   No.

11    Q   Inside a building?

12    A   No.

13    Q   At a particular address?

14    A   No.

15              MR. JONES:  Thank you, sir.

16              THE COURT:  Anything?

17              MS. SOLTYS:  I have no questions.

18              THE COURT:  Okay.  Sir, you're free to go.

19              THE WITNESS:  Thank you, Your Honor.

20              THE COURT:  Thank you.

21              (Witness excused.)

22              THE COURT:  Let's call your next witness.

23              MS. SOLTYS:  The next witness is Roel Bermea.

24              THE COURT:  Okay.  We'll start.

25              Marshal, do we have him?  Oh, no, he's walking in.
```

1    Sorry.

2              (Pause.)

3              THE COURT:  Okay, sir, right over here.

4              THE DEPUTY CLERK:  Sir, please raise your right

5    hand.

6              **ROEL BERMEA, GOVERNMENT WITNESS, SWORN**

7              THE DEPUTY CLERK:  You may be seated, sir.

8                      **DIRECT EXAMINATION**

9    BY MS. SOLTYS:

10   Q    Good afternoon, Mr. Bermea.

11   A    Hi.

12   Q    I would like you to state your name for the record in a

13   loud and clear voice.  I'd like for you to spell your last

14   name, actually spell your first name and your last name for

15   the benefit of the Court Reporter.

16   A    Okay.  My name is Roel Bermea, R-O-E-L, Bermea,

17   B-E-R-M-E-A.

18   Q    And, Mr. Bermea, I'd like for you to tell us a little bit

19   about yourself.  I would like for you to tell us where were

20   you born?

21   A    I was born in McAllen, Texas.

22   Q    And where is McAllen, Texas in relation to the border

23   with the Republic of Mexico?

24   A    It's about 30 minutes to Mexico.

25   Q    Are you fluent in more than one language besides English?

1    A    Yes, Spanish.

2    Q    Spanish.  And could you just tell us a little about

3    yourself, where you were born and raised, where you grew up?

4    A    I was raised -- I was born in McAllen and raised in

5    Mission, and I lived there since -- since right now.

6    Q    Mission is a town --

7    A    It's close to McAllen.

8    Q    Did you go to public schools here in the United States?

9    A    Yes, ma'am.

10   Q    And could you just tell us how you became able to speak

11   Spanish, how was your early childhood and what language was

12   spoken at home?

13   A    At home my parents used to speak Spanish.  I started

14   learning English when I went to elementary school, to school.

15   Q    Prior to the events that got you involved in this

16   particular case here, where were you working, what were you

17   doing?

18   A    I was working at a convenience store named H-E-B.  It's

19   like a Giant like over here.

20   Q    Okay.  And did you get a nickname?

21   A    Yes, my nickname was H-E-B.

22   Q    And do you know why you were called H-E-B?

23   A    Because I used to work at a H-E-B store.

24   Q    So now I would ask you a question.  On October the 24th,

25   2005, shortly after six o'clock in the morning, did something

1    happen that caused you to be sitting here in this courtroom?

2    A    Yes, we got arrested.

3    Q    And where were you and what were you doing when you got

4    arrested?

5    A    I was asleep.  I got woken up by FBI were knocking on the

6    door.

7    Q    Why did you get arrested?

8    A    For drugs.

9    Q    What do you mean "for drugs"?

10   A    We had cocaine.

11   Q    And where were you when you were arrested?

12   A    At --

13   Q    I don't mean the address.  I mean, were you in a house?

14   A    In a house, yes, ma'am.

15   Q    How much cocaine was there in the house?

16   A    Roughly we had like 90, from 96 to 98 keys of cocaine.

17   Q    And when you say "keys," do you mean kilos?

18   A    Kilos of cocaine, yes, ma'am.

19   Q    And so what were you -- why were you in this house?  What

20   were you doing, what was your role?

21   A    My role was to come and sell drugs to Mr. Jones.

22   Q    Do you see Mr. Jones in the courtroom today?

23   A    Yes, ma'am.

24   Q    If you could point him out for us, please, by telling us

25   what he's wearing and where he's located?

```
 1   A   He's located over there.  He's the man with the -- can't
 2   see.
 3           MS. SOLTYS:  Stand up.
 4           THE WITNESS:  He just stood up.
 5           THE COURT:  He just stood up?
 6           THE WITNESS:  Yes, ma'am.
 7           THE COURT:  Okay.  Let the record reflect he has
 8   identified Mr. Jones.
 9   BY MS. SOLTYS:
10   Q   I'd like to show you some photographs.  These photos are
11   already all in evidence.  I'm going to ask you -- this is
12   26-A.  Do you recognize that house?
13   A   Yes, that's the house where we were staying at.
14   Q   And is that the house where you were when you were
15   arrested on the morning of October the 24th?
16   A   Yes, ma'am.
17   Q   What were some of the things that were in that house,
18   Mr. Bermea, when you were arrested?
19   A   Basically we have inflated bedrooms -- beds.  And movies
20   and little stuff like that, pool table, a gym and stuff like
21   that.
22   Q   What about illegal stuff in that house, Mr. Bermea?
23   A   Drugs, and we had the counting machine, money.
24   Q   How much money did you have in that house, Mr. Bermea?
25   A   Roughly about 800,000.
```

1    Q    Why did you have the money counter, Mr. Bermea?

2    A    So we can count the money.

3    Q    This is Government's Exhibit Number 9508, Number 46.  Do

4    you recognize that?

5    A    Yes, ma'am.

6    Q    Would you tell those people, do you know what's inside

7    those duffle bags?

8    A    We had drugs and money.

9    Q    Were there other people in this house that were arrested

10   with you that morning, Mr. Bermea?

11   A    Yes, ma'am.

12   Q    Do you know their names?

13   A    Yes.  There was Alberto Carrillo, Ricardo Garcia.  No,

14   that's not his name.  We called him Chicky-Wicky.

15   Q    Okay.

16   A    Their actual name, I don't know it.

17   Q    All right.  Let me show you some photographs.  This is

18   Government's Exhibit Number 8.  Who's that man?

19   A    That's me.

20   Q    Government's Exhibit Number 9.  Who's that man?

21   A    That's my brother-in-law, Alberto Carrillo?

22   Q    Alberto Carrillo?

23   A    Yes, ma'am, Montelongo.

24   Q    Montelongo?

25   A    Yes.

```
 1    Q    And does he have a nickname?

 2    A    I used to call him Blue Boy.

 3    Q    Okay.

 4             THE COURT:  Who?

 5             THE WITNESS:  Blue Boy.

 6             THE COURT:  Blue Boy?

 7             THE WITNESS:  Blue Boy, yeah.

 8    BY MS. SOLTYS:

 9    Q    As in the color blue?

10    A    Yes, ma'am.

11    Q    And does Alberto, is there a shortened version that he

12    was called?

13    A    Berto.

14    Q    Number 10.

15    A    That's Ricardo.  We used to call him Chicky-Wicky, his

16    last name, I'm not sure.

17             THE COURT:  J what?

18             THE WITNESS:  Chicky-Wicky.

19    BY MS. SOLTYS:

20    Q    Do you have any idea how you would spell that?

21    A    No, ma'am.  That's one of the nicknames we used to call

22    him.  Because the other was Porn Star.

23    Q    Okay.  Why was he called Porn Star?

24    A    He used to watch a lot of porns [sic].

25    Q    All right.  This is Government's Exhibit 9508, Number 77.
```

1    Do you see who the people are in this photograph?

2    A    Yes, ma'am, that's us arrested.

3          THE COURT:   Sorry?

4          THE WITNESS:   That was us, they had us arrested

5    right there.

6    BY MS. SOLTYS:

7    Q    Do you know who this is?

8    A    That's me.

9    Q    Can you tell who that is?

10   A    That's Ricardo.

11   Q    And can you tell who this person is?

12   A    That's Berto.

13   Q    Government's Exhibit Number 62.  Do you know what this is

14   a picture of?

15   A    Yes, that's the vehicle we used to drive.

16   Q    And where did that vehicle come from and go to?

17   A    Yes, ma'am.

18   Q    Where did the vehicle go from?

19   A    Oh, it would go to Texas all the way to Washington, D.C.,

20   and we would be using it around.

21   Q    And do you know whose -- who that vehicle was registered

22   to or whose vehicle that was?

23   A    Usually Charlie used to drive it.  So I think it was

24   under his name, but I'm not sure.

25   Q    And does Charlie have another -- do you know what

1   Charlie's real name is?

2   A   We used to call him Carlos.

3   Q   Carlos?

4   A   Carlos Reyna.

5   Q   Carlos Reyna.

6   A   Yeah.

7   Q   And he's either --

8   A   His name is Charlie Reyna, but we used to call him

9   Carlos.

10  Q   Okay.  As a result of your arrest on that day,

11  Mr. Bermea, did you make a decision with the help of a lawyer

12  about how you were going to resolve your case?

13  A   Yes, ma'am.

14  Q   And what was your decision?

15  A   To plead guilty.

16  Q   Do you recall on June the 19th, 2006, actually entering a

17  guilty plea before Her Honor?

18  A   Yes, ma'am.

19  Q   This is --

20        MS. SOLTYS:  Without objection, we will move into

21  evidence Government's Exhibit Miscellaneous 5, which is

22  Mr. Bermea's plea agreement.

23        THE COURT:  Five is admitted.

24        (Government's Exhibit No. Miscellaneous 5

25        was received in evidence.)

1  BY MS. SOLTYS:

2  Q   This is Government's Exhibit Number Miscellaneous 5.  Do

3  you recognize what this is?

4  A   Yes, that's the agreement I signed.

5  Q   And do you recognize here where it says that you agreed

6  to admit guilt and enter a plea of guilty to Count I in the

7  pending indictment, charging you with conspiracy to

8  distribute and to possess with the intent to distribute five

9  kilograms or more of cocaine and 50 grams or more of cocaine

10  base.  Do you recognize that that's what you ultimately

11  entered a guilty plea to?

12  A   Yes, ma'am.

13  Q   And as part of the acknowledgments for your guilty plea,

14  do you understand that in paragraph two as part of your

15  guilty plea, you were acknowledging accountability for more

16  than 50, but less than 150 kilograms of cocaine?

17  A   That's correct.

18  Q   And more than 500 grams, but less than one and a half

19  kilograms of cocaine base which is also known as crack

20  cocaine?

21  A   That's correct.

22  Q   Paragraph six sets forth obligations that were imposed

23  upon you as part of the plea agreement; is that correct?

24  A   That's correct.

25  Q   And could you explain to the ladies and gentlemen of the

1    jury what were your obligations as part of this plea

2    agreement, what did you have to do?

3    A    My obligations were just to tell the truth.

4    Q    Have you previously testified before Judge Huvelle about

5    this case?

6    A    Yes, twice.

7    Q    And I'd like to ask you if on March the 28th, 2008, that

8    there came a point in time in which you appeared before Judge

9    Huvelle for sentencing?

10   A    Yes.

11   Q    Do you remember what you were sentenced to, what you

12   ultimately received as a sentence?

13   A    Yes, ma'am.

14   Q    Would you tell the ladies and gentlemen of the jury?

15   A    Yes, I received time served.

16   Q    And when you were sentenced between the time of your

17   arrest on October the 24th, 2005 until the date of the

18   sentencing on March the 28th, 2003 [sic], were you

19   incarcerated or were you out on the street?

20           THE COURT:  I think you said 2003.

21           MS. SOLTYS:  I meant to say 2008.

22   BY MS. SOLTYS:

23   Q    Between the time of your arrest and the time of

24   sentencing, were you in custody or were you on the street?

25   A    I was in custody.

1   Q   Okay.  And then after you were released from the D.C.

2   Jail, did you meet with FBI agents who had been involved in

3   your case?

4   A   Yes, ma'am.

5   Q   And did they help you leave town and go back to Texas?

6   A   Yes, ma'am.

7   Q   Did you then go on with your life?

8   A   Pretty much until right now.

9   Q   Have you met me before today?

10  A   This is, you might say the third time.

11  Q   Where did we meet the first time?

12  A   The first time was in McAllen, Texas.

13  Q   And when was that that I met you in McAllen, Texas?

14  A   A couple of months ago.

15  Q   And in preparation for your testimony here today, have

16  you reviewed anything?

17  A   Yes, my testimony.

18  Q   Did you review, did you have an opportunity to review

19  your transcripts from previous testimony?

20  A   Yes, ma'am.

21  Q   And in preparation for your testimony here today, did you

22  also listen to telephone calls in which you were a

23  participant in those telephone calls talking to Mr. Jones?

24  A   Yes, ma'am.

25  Q   Did you also look at photographs from this particular

1  investigation?

2  A   Yes.

3  Q   And did you also look at pieces of evidence that were

4  recovered from 9508 Potomac Drive in Fort Washington, the

5  location where you were arrested?

6  A   Yes, ma'am.

7  Q   So, Mr. Bermea, I would like for you to look at this jury

8  and I would like for you to explain to them, how did you get

9  involved in the business of drug trafficking?

10  A   I got involved through my brother-in-law.  He said that

11  they offered him a side business.  So I overheard it.  So I

12  asked my brother-in-law if he could make me -- so I could get

13  in, too.

14  Q   When you talk about your brother-in-law?

15  A   Yes.

16  Q   What's his name?

17  A   Alberto Carrillo.

18  Q   Why were you motivated to get involved in the drug

19  business?

20  A   Well, I had been working at the same company for 15

21  years.  And I was going to make more money than what I was

22  earning there.  So, and I was in trouble with money-wise.

23  Q   What did you do at H-E-B?

24  A   I used to work overnight stocking, putting can goods and

25  stuff like that.

1    Q    And what sort of financial hardships were you having at

2    that period in time?

3    A    At that time, I was going through a divorce.  And I had

4    money problems.  And I had a bankruptcy.  So my money-wise

5    wasn't that good.

6    Q    And how much money were you offered to get involved in

7    the drug trafficking business?

8    A    Well, it supposedly was $75 a key of coke.

9    Q    Seventy-five dollars a key of coke?

10   A    Yes, ma'am.

11   Q    What does that mean?

12   A    For each little block of coke, it's $75.

13   Q    So you would have to do what to earn your $75, go from

14   where to where and do what?

15   A    We had to come up -- well, at that time I didn't know the

16   location, but they just mentioned, you just need to go, sit

17   down and take care of the drugs, and wait for somebody to

18   come and buy it.  And pretty much that's it.

19   Q    Who was the person that you then, after you indicated to

20   your brother-in-law that you were interested in switching

21   careers, who was the person that you met through your

22   brother-in-law that got -- that made the offer to you?

23   A    Okay, the offer was to my brother-in-law Berto Carrillo

24   that the guy's name was Joe.  And he mentioned him.  He

25   mentioned that to Joe.  So Joe later on went to -- the name,

1    it's call Primo.  And told him that if they could hire, I was

2    asking for a job.  And they asked him, and he agreed later on

3    to take me in.

4    Q    "He" who?

5    A    Primo.

6    Q    And does Primo have a real name?

7    A    Yes.

8    Q    What is it?

9    A    It's Joe Garcia.

10   Q    And do you call him Joe or is he called something else?

11   A    For me, at that time I didn't know his full name.  But

12   his name was Primo at that time.

13   Q    Do you know his real name now?

14   A    José Garcia.

15   Q    If I were to show you a person of José Garcia, the person

16   that you know as Primo, would you recognize that person?

17   A    Yes.

18   Q    This is Government's Exhibit Number 16.  Who's that?

19   A    That's Primo or José.

20   Q    Okay.  And I'll refer to him as José Garcia also known as

21   Primo.

22   A    Yes.

23   Q    Do you know him by any other name other than Primo?

24   A    Just that.

25   Q    Or José Garcia?

1    A    Yeah.

2    Q    So what did José Garcia, the person that you know as

3    Primo, what did he offer you, what were the instructions on

4    what you had to do?

5    A    It was, he said it was real simple, just we're going to

6    go up state and just wait for the drugs to arrive.  Then,

7    once the drugs arrive we're just going to wait for a person

8    to come and buy it.  And once that person buys it, we send

9    the money back and we head home.

10   Q    Why would José Garcia, also known as Primo, want you, why

11   would you be of interest to him?

12   A    Well, especially for me because I was born here.  And I

13   got a driver's license and my English is better than my

14   brother-in-law, Berto Carrillo.

15   Q    And where was your brother-in-law -- well, let me ask you

16   this question.  Your brother-in-law, what country does he

17   live in?

18   A    He lives in Mexico.

19   Q    So, Mr. Bermea, why did you agree to do this?

20   A    For the money.

21   Q    So, I'd like to ask you now about different encounters or

22   trips to this area and to elsewhere.  How did this -- how

23   many different locations, it might be easier if we talk about

24   that, if you could just sort of give us an overview, did you

25   make one trip, two trips, multiple trips, one location, two

1    locations, multiple locations?

2    A    Multiple locations.

3    Q    Okay.  Could you just sort of give us an overview and

4    tell us, sort of describe for us the different locations that

5    you went to?

6    A    Well, the first location was here in Washington.  And

7    then after that, we had another location in Georgia.

8    Q    In Georgia.

9    A    Georgia, yes.

10   Q    What city in Georgia?

11   A    I don't know the city, somewhere in Georgia.

12   Q    Okay.

13   A    And the other one was in Maryland.

14   Q    And the one in Maryland, is that the one that you were

15   arrested in?

16   A    Yes.

17   Q    Okay.  Do you remember, so, the first trip, do you have

18   any idea when that was?

19   A    They gave me a call like in January to get ready.

20   Q    What year?

21   A    January 2004.

22   Q    2004.

23   A    Yes.

24   Q    And the first location that you came to where you were

25   going to be sitting on the kilos of cocaine waiting for the

1   customer to arrive, could you describe that location for us?

2   A    The house?

3   Q    Yes.  Is it the house that you were arrested in or a

4   different house?

5   A    No, A different house.

6   Q    Okay.  And can you just tell us a little bit about the

7   house, where it was located?

8   A    The house was located somewhere in Washington.  The only

9   address I know, it's called Branch.

10  Q    Branch Avenue?

11  A    Branch Avenue.

12  Q    Okay.

13  A    And the house was just an empty house.  It only had a

14  fridge and a stove.

15  Q    And do know what road this house you've described, you

16  said Branch Avenue, do you know if -- does Branch Avenue have

17  another name or a number associated with it?

18  A    It was close to which I call the expressway.  I don't

19  know, Route 5 or something like they call it.  I'm not that

20  sure.

21  Q    And when you're talking about Route 5, is Route 5 the

22  expressway or is the expressway another highway?

23  A    It's another highway.

24  Q    And do you know whether or not what you call the

25  expressway, is that the highway that circles the city?

1    A    Yes.

2    Q    So here we call it the beltway?

3    A    Yes, pretty much.

4    Q    So now, just for convenience sake, I'll refer to this as

5    the Branch Avenue house, okay?

6    A    Okay.

7    Q    All right.  So, there came a point in time in which you

8    were contacted and what happened?

9    A    Well, once we got the -- when we --

10   Q    Let me take you back.  Okay?  So, the first house that

11   you came to for your business of sitting on these kilos, how

12   did this get -- how did it get started?  Where were you, who

13   contacted you, where did you go, where did you come?

14   A    Well, I was in Mission, and my brother-in-law gave me a

15   call that Primo, he said that if I was ready because he was

16   going to set up a trip.  But he didn't say which location at

17   that time.  But just to get ready some time in April, I mean,

18   in August, in August 2004.  That's when the trip was made.

19   And we supposed to meet somewhere in McAllen in a convenience

20   store.  From there, we would be taking off.  At that moment

21   they didn't tell us where at, but we just got in the car and

22   drove.

23   Q    Do you know how long you would be gone for?

24   A    Roughly they said about a month.

25   Q    So, did you pack some clothes?

1   A   They said to pack like a duffle bag, a couple of clothes

2   and that's about it.

3   Q   Okay.  And then who did you meet up with?

4   A   At the convenience store, I went with my brother-in-law,

5   Alberto Carrillo.  And later on we met up at the convenience

6   store where Primo was located and Pelos.

7   Q   Pelos?

8   A   Yes.

9   Q   All right.  Do you know Pelos's real name?

10   A   I don't know his real name.  At the previous court, the

11   last time they said the name, but I don't remember it.

12   Q   If I were to show you a picture of the person that you

13   know as Pelos, would you recognize that person?

14   A   Yes, ma'am.

15   Q   Show you Government's Exhibit Number 17.  Do you

16   recognize this?

17   A   Yes.

18   Q   Who's this?

19   A   That's Pelos.

20   Q   So then, how did you come here?  How did you travel and

21   who came with you?

22   A   Once we met at the store, those people, which was --

23   Q   Pelos?

24   A   -- Pelos, Primo and Alberto Carrillo and myself.

25         THE COURT:  I'm sorry, what's the month again?

1          THE WITNESS:  August 2005 -- 2004.

2          THE COURT:  I'm sorry, did you say before you came

3    up, you got a call in January?  Did I write that down right?

4          THE WITNESS:  Yes.  I received a -- I got a call to,

5    from my brother-in-law saying that to get ready for August or

6    something.  It was going to be close.

7          THE COURT:  All right.

8    BY MS. SOLTYS:

9    Q    All right.  So we're at the convenience store in McAllen.

10   And the people that are all getting ready to come are whom?

11   A    It's primo, Pelos, Alberto Carrillo and myself.  At that

12   time meeting at the store.

13   Q    And how did you come up here?

14   A    On a minivan.

15   Q    If I were to show you a photograph of the minivan, is

16   that the minivan that --

17   A    It's the same one that you showed the picture.

18          THE COURT:  Exhibit 62?

19          MS. SOLTYS:  I just put Number 62 on the screen.

20          THE WITNESS:  Yeah, that's it.

21   BY MS. SOLTYS:

22   Q    That's the minivan?

23   A    Yes, ma'am.

24   Q    And then just explain to the jury, how long did this

25   take, this trip from Texas up here to this house on Branch

1    Avenue take?

2    A    Like a day and a half.

3    Q    Stay at hotels along the way?

4    A    No, we drove straight.

5    Q    And when you came up here, did you en route, did you pick

6    up anybody?

7    A    Yes, ma'am, on the way over here we stopped in Houston,

8    Texas and picked up an individual called Manito.

9              THE COURT:  What's his name?

10             THE WITNESS:  Manito.

11             THE COURT:  Manito?

12             THE WITNESS:  Yeah.

13             THE COURT:  M-A-N-I-T-O?

14             THE WITNESS:  I don't know how to spell it in

15   Spanish, ma'am.

16   BY MS. SOLTYS:

17   Q    Let me ask you a question.  Obviously you've said that

18   you are fluent in Spanish.

19   A    Yes.

20   Q    Can you read Spanish?

21   A    No.

22   Q    Can you write in Spanish?

23   A    No.

24   Q    Why not?

25   A    Because I didn't take no classes for Spanish or stuff

 1   like that.  They only speak Spanish in my house, but that's

 2   about it.

 3   Q   Okay.  So, you came up here to this house on Branch

 4   Avenue.  How did you know where to go, what did the house

 5   look like on the inside, how did you get into the house?

 6   A   Well, Primo already had, as we went down the road, he

 7   told us that we were going to head to Washington.  And here,

 8   he had the keys to enter to the house.  So he just drove

 9   directly to the house.

10   Q   When you got to the house, what did the inside of the

11   house look like?

12   A   The house was empty.  The only thing that was in there

13   was the appliances, and that's it.  Stove, and the fridge.

14   Q   So did you have to do anything?

15   A   Yeah, later on that day we went to a store and bought air

16   bags and stuff like that, mattresses and pans, and we bought

17   a counting machine, a sealer, stuff like that.

18   Q   And once you got to this house, did there come a point in

19   time in which someone else arrived?

20   A   Yes.

21   Q   And did you have to go pick that person up?

22   A   Yes.

23   Q   Would you tell us about that?

24   A   Well, primo told me to go pick up another individual that

25   was going to come help us.  But I was not, it was my first

1    time up here so I didn't know too much where to drive.  But

2    he explained to me it was real easy, just head off to

3    expressway and hit Route 5, and it will take you straight.

4    And Manito, he went with us -- or he went with me to go pick

5    up the individual.

6    Q   Who was that individual?

7    A   Charlie.

8    Q   Where did you pick up Charlie?

9    A   At the bus station.

10   Q   Was that here in Washington, D.C.?

11   A   Yes, ma'am.

12   Q   If I were to show you a picture of the person, Charlie,

13   is this the same person that you said earlier, Carlos Reyna?

14   A   Yes, ma'am.

15   Q   If I were to show you a picture of Carlos Reyna, the

16   person that you know as Charlie, would you recognize him?

17   A   Yes, ma'am.

18   Q   Just put on the screen in front of you, this is

19   Government's Photo Number 18.  Do you recognize this person?

20   A   Yes.

21   Q   And who is this person?

22   A   That's Charlie.

23   Q   What did you use for telephones?

24   A   We used the Nextels or at that time I was not carrying a

25   phone because they didn't issue a phone to me.

1   Q   Did you get issued a phone?

2   A   Not on that trip.

3   Q   Okay.  Did other people have telephones?

4   A   Yes.  Manito, my brother-in-law, Alberto Carrillo, and

5   Primo and Pelos had one.

6   Q   And were there anything special about these telephones?

7   A   Those are the Nextels, they're like walkie-talkies, at

8   the same time you can use them as a phone, too.

9   Q   Okay.  Do you know whether or not they were prepaid or

10  subscribed in someone's name?

11  A   No, those are the phones that are prepaid.  They got

12  little chips that you can change so you can have different

13  numbers.

14  Q   And did those little chips in the back of the telephones

15  get changed?

16  A   Yes, ma'am.

17  Q   At whose direction?

18  A   Primo.  Every trip that we had, we had the phones

19  changed.

20  Q   The phones or the chips?

21  A   I mean, the chips, yeah.

22  Q   So on that same day that you picked up Carlos Reyna, the

23  person you know as Charlie, did you receive word that

24  business was about to get started?

25  A   Yes, they called Manito to get ready because the shipment

```
 1    was coming in.  And you can hear what they're saying because
 2    it's those walkie-talkie phones.
 3    Q    So explain to the jury how did the shipments -- well,
 4    first, what was the shipment?
 5    A    Well, the shipment was kilos of coke we were receiving.
 6    Q    And how were they received?
 7    A    They were received in a semi-truck.  And they would come
 8    in boxes like banana boxes.  They had fruit on top.  And the
 9    bottom, the drugs would be in there.
10    Q    And how were the drugs packaged?
11    A    They would be sealed in stacks of two.
12    Q    And what quantity was each stack?  Do you know what I'm
13    talking about?  I mean, you talk about -- you're talking
14    about cocaine?
15    A    Yes, ma'am, cocaine.
16    Q    And were they in kilo form?
17    A    Yes, kilo form.
18    Q    And how did they appear?
19    A    They were like you might say square, like five by five in
20    double stack and sealed.  And they would be sealed with, it's
21    like a carbon paper with oil so the dogs wouldn't sniff it.
22    Q    Do you know what the carbon paper was for?
23    A    That's for the x-rays.
24    Q    And then -- so explain to us, what was the procedure?
25    Where did the unloading of the semi-truck take place and how
```

1   did this come about?

2   A   Well, at that time, I wasn't going to be doing the

3   driving.  It was going to be somebody else.  But it was going

4   to be Charlie, but Charlie drinks too much.  So, they told me

5   for me to drive.  So, I was not, I didn't know too well over

6   here in Washington.  So they gave me a test run.  They showed

7   me a couple of times so I can get to the location where the

8   drugs were going to be at.

9   Q   And where was the location where the drugs would be

10  delivered?

11  A   Well, the only thing I knew was an exit 13, somewhere

12  where a water tower where it says "Navy" and stuff like that.

13  Q   Okay.  So, explain to us what happened, when during the

14  day did this happen, and how did you know where to go and

15  what happened when you went to that location?

16  A   When we got there and picked up Charlie, later on that

17  night, we received a call to get ready so we can go to that

18  location.  After they showed me the test driving, later on

19  that night, around 2:00 or 3:00 in the morning, that's when

20  we went to receive the drugs.

21  Q   Why did you -- how did you know to go at two or three

22  o'clock in the morning?

23  A   Because Primo was -- because they were roaming around so

24  they could check if there was any cops or stuff like that.

25  So they can see if it's clear to park right there, so we can

1    do the transaction.

2    Q    So describe for us the transaction?

3    A    Well, we were just driving around until we reached, when

4    we got a phone call saying that the semi-truck was already

5    ready.  So we just parked behind it.  And two other

6    individuals, which was my brother-in-law, Alberto Carrillo

7    and Manito, they get down and the persons from the

8    semi-truck, they pass them some banana boxes.  And we just

9    load them in the vehicle and we take them home.

10   Q    And then what happened when you got these banana boxes

11   back to the house on Branch Avenue?

12   A    We got them down, we took them to the room.  We took the

13   fruits from top, which was broccoli.  And we put the drugs in

14   a closet and we locked it.

15   Q    And then did there come a time in which you learned from

16   Primo, José Garcia how these drugs would then be distributed?

17   A    Yes, ma'am.

18   Q    What did you learn?

19   A    Once we got the drugs, he arrived because it was going to

20   be the first time for us to meet the client, which was

21   Mr. Jones.  And he showed us how to do the counting and

22   everything.  And once Mr. Jones came in, we went to a room.

23   I was already in the room.  So they came and got Mr. Jones

24   and took him to the room where we were going to do the

25   counting for the money.

1   Q   And what happened that first time that Mr. Jones came to

2   this house on Branch Avenue where you had just unloaded these

3   banana boxes?

4   A   Mr. Jones came with a big duffle bag with a bunch of

5   money.

6   Q   Do you have any idea how much money he came with?

7   A   Roughly, he always -- I'm talking about the other trips

8   or this one, he always come from the first trip with 400 to

9   500,000.  Half a million.

10  Q   Half a million dollars?

11  A   Yes, ma'am.

12              THE COURT:  Are we still in August 2004?

13              MS. SOLTYS:  Yes, we are still --

14              THE COURT:  I'm asking the witness.

15              THE WITNESS:  Yes, yes, yes.

16              THE COURT:  This is occurring in August, okay.

17  BY MS. SOLTYS:

18  Q   And Mr. Jones, the person that you've described now as

19  Mr. Jones, did you know his name, Mr. Jones?

20  A   Not at that time.

21  Q   What name did you know him by when this client of Primo

22  first came to the house and you met him for the first time?

23  A   The first time when we were doing the transaction, that's

24  when they -- Primo mentioned that Birolo, that's what they

25  used to call him.

```
1    Q    Do you know why they called Mr. Jones Birolo?

2    A    No.

3    Q    You have no idea?

4    A    No idea.

5    Q    And when did you learn Mr. Jones' real name?

6    A    When we got arrested.

7               MS. SOLTYS:  Thank you, Your Honor.  Would you like

8    to take a break for the evening at this time.

9               THE COURT:  Yes, that's fine.

10              Okay.  Ladies and gentlemen, this is a good time to

11   break.  Please do not discuss the case.  Leave your notes.

12   They will be here.  Do not read or listen to anything about

13   the case.  We'll see you at nine o'clock breakfast, 9:30 we

14   start.

15              Tomorrow we'll end at 4:30 at the latest.  I have

16   two other matters at the end of the day.  So we'll probably

17   break a little before 4:30.

18              Have a good evening.  Thank you.

19              (Jury Out.)

20              THE COURT:  I need counsel to hold up one minute.

21              You can step down.  Do not discuss your testimony

22   with anyone.  You're excused.

23              (Witness excused.)

24              THE COURT:  Hold up, please.

25              Just a couple of quick questions if I may.  Who
```

```
1    comes after this?  I don't have anybody listed after

2    Mr. Bermea.  Are you going on to -- then you're going in

3    order?  Who is the ATF agent?  I don't remember.

4             MS. SOLTYS:  Your Honor --

5             THE COURT:  Vasaka?

6             MS. SOLTYS:  Yeah, Vasaka was one of the search

7    persons at the Demetrius Johnson house, which is in Waldorf,

8    Maryland.

9             THE COURT:  You are right, but we need to figure out

10   this motion before that.

11            MS. SOLTYS:  Right.

12            THE COURT:  And you expect -- I mean, even the one

13   day tomorrow is Wednesday.  So, we're going to -- I need to

14   rule on that motion before Johnson shows up.

15            MS. SOLTYS:  Correct.

16            MR. JONES:  Your Honor, I'll try to get it done

17   tomorrow.  I'll try to get it done, if not tomorrow, the day

18   after that.

19            THE COURT:  The day after is going to be too late.

20   How long is Vasaka, Vasaka is the one that --

21            MR. JONES:  I'll try to do it tomorrow.

22            THE COURT:  All right.  You can always do it orally.

23   I have to decide on Johnson, and who's the other person

24   again?  Jackson.  Who covers Adrian Jackson's house in your

25   list?
```

1            MS. SOLTYS:  Your Honor, the --

2            THE COURT:  Who's the search agent?

3            MS. SOLTYS:  We would probably either only call

4     either Mary Counts or Charles Porter.  We might be able to

5     eliminate one of them, but those are the two people who were

6     the two primary search folks for 7921 Allendale drive, which

7     is the address associated with Adrian Jackson.

8            THE COURT:  If I look at this and you think

9     Mr. Bermea could take a day tops, when will you finish?

10            MS. SOLTYS:  You mean for the entire presentation of

11    evidence?

12            THE COURT:  Uh-huh.

13            MS. SOLTYS:  We had calculated out that it would

14    take us 12 days, and that we were shooting for next Tuesday.

15            THE COURT:  So that's that still realistic?

16            MS. SOLTYS:  Yes.

17            THE COURT:  Okay.  That means that one on the 7th,

18    which is the day after tomorrow, we need to have your reports

19    about any experts you intend to call.  I also need to know

20    who you -- whether -- what your order of witnesses are going

21    to be.  I need to know that by Friday.  We can't hold up the

22    trial searching for witnesses.  I'm sure that your

23    investigator is doing whatever she can.  But I need a list

24    from Mr. Jones by Friday A.M. on his witnesses.

25            Some of these people, for instance, some of them

1    have lawyers now.  There are two of them that it's my

2    understanding have been rearrested.  I don't know who

3    represents Mr. Holland.  Is he on your list?

4              MR. JONES:  Yes.

5              THE COURT:  Yeah.  I mean, he's -- I mean, I don't

6    know about the other one, Jackson.  He may be in jail, too.

7    I have no idea.  But you may find some of these people.

8    You're going to have to think long and hard, and I hope

9    you'll consult with your counsel about who to really call,

10   who can help.  I remind you that anybody that's on the

11   stands, the same way you've been, you know, cross-examining

12   for credibility, all their convictions, what they know about

13   this case, what they know about drug dealing in your time,

14   they don't have any Fifth Amendment privilege because the

15   Statute of Limitations has run.

16             But at the same time, they may have other kinds of

17   Fifth Amendment privileges for things that are going on now.

18   Who knows?  I have no idea.  So you have a very complicated

19   witness list here with the exception of your wife.

20             Lawrence Maynard has a lawyer.  And I'm aware that

21   he's trying to contact him.  He may or may not talk to him.

22   I have no idea, from the last trial.  As I said, Jackson must

23   have a lawyer and so must Holland.  I don't see Holland on

24   this list, but.

25             MR. JONES:  Mr. Holland said he will be here.

1          THE COURT:  Well, Mr. Holland won't be here unless

2     counsel works to get a come-up.  And we've got to have a

3     lawyer, his lawyer contacted.  He's not just waltzing in here

4     because you asked him to.

5          If he's locked up, do you know whether he's locked

6     up, Gwen?

7          THE DEPUTY CLERK:  He's incarcerated.

8          THE COURT:  He's incarcerated.  Who's his lawyer, do

9     we know?

10         MS. SOLTYS:  I don't.

11         (Discussion held off the record.)

12         THE COURT:  I can foresee problems.  So I want you

13    to come up with your last best list.  And I want at least to

14    hear from stand-by whether we have any problems I need to

15    know about such is Fifth Amendment privileges or whatever

16    else.  So Friday morning we will discuss Mr. -- I mean, this

17    list is unrealistic.  You have on the defense witness list 46

18    people.

19         MR. JONES:  Your Honor, I'll give you a list Friday.

20         THE COURT:  A new list?

21         MR. JONES:  Yes.

22         THE COURT:  Yes, right.  You give me a new list on

23    Friday morning, and then we can discuss whether we have any

24    logistical problems.  Witnesses don't just drop out of the

25    ceiling.  They've got to get here from various ways.  And

1    those with lawyers have to have their lawyers informed, et

2    cetera, et cetera.  I can imagine headaches.

3          And whatever opposition on Jackson and Johnson, I

4    need to know about tomorrow because we're getting to that --

5    I don't see that we're going -- we're going to see that

6    person on Thursday, the Johnson search?

7          MS. SOLTYS:  Right.

8          THE COURT:  So I've got to rule.  Okay.

9          MR. JONES:  One last thing, Your Honor.  My

10   investigator gave me these subpoenas.  I won't be calling

11   expert witnesses, but I will be calling a custodian from

12   Sprint.

13         THE COURT:  From Sprint?

14         MR. JONES:  Yes.

15         THE COURT:  Okay.  But maybe you can get -- ask them

16   if you can -- I don't have any objection to it, but they

17   might stipulate.

18         What do you want to find out from the Sprint,

19   that --

20         MR. JONES:  The protocol on pinging the phone.

21         THE COURT:  The protocol on pinging?

22         MR. JONES:  Yeah, the procedures.

23         THE COURT:  In 2005?

24         MR. JONES:  Yes.

25         THE COURT:  That's not a custodian of records, is

1   it?  You've got to have a person.

2   　　　　MR. JONES:  Tom Cook, Mr. Tom Cook.

3   　　　　THE COURT:  All right.  Can I have a proffer before

4   we have to spend time having people come in here?  He gets a

5   witness fee, I suppose.

6   　　　　MR. JONES:  Yes.

7   　　　　THE COURT:  Who is Tom Cook anyways?  How did you

8   find him.

9   　　　　MR. JONES:  He's a supervisor for Sprint, Nextel.

10  　　　　THE COURT:  Does he know what you're asking him

11  about?

12  　　　　MR. JONES:  I haven't talked to him, my investigator

13  has spoke with him.

14  　　　　THE COURT:  He understands that there's protocol on

15  pinging in 2005.

16  　　　　MR. JONES:  Stand-by say it would probably be best

17  that I could ex parte.

18  　　　　THE COURT:  Well, okay, but sometimes we can

19  stipulate to something.  Have you asked them?

20  　　　　MR. O'TOOLE:  The first round, I think, I think the

21  first round ought to be with the Court and not in open court.

22  　　　　THE COURT:  All right, okay.  Well, we'll excuse the

23  Government and let me see what you got.

24  　　　　Okay, would you hold onto this, please, so we can

25  remember tomorrow?

1          I don't think there's anything else that we need to

2     discuss.  Do you?

3          MS. SOLTYS:  No.

4          THE COURT:  I just don't want to see us get into the

5     defense exhibits.  One, I don't want to see 48 witnesses.

6     Two, I want proffers about some of these people.  So I'll get

7     a proffer now and then I'll figure out what to do.

8          All right, thank you.  You're excused.

9          MS. URSCHEL:  Well, Court's brief indulgence, Your

10    Honor.

11          (Pause.)

12          MS. SOLTYS:  So we're prepared to jump ahead and

13    call, after Mr. Bermea, just jump right over and call Steve

14    Kirschner --

15          THE COURT:  Okay.

16          MS. SOLTYS:  -- and then call Kevin Ashby.

17          THE COURT:  Okay, wait a minute, they're changing

18    the order, folks.  So we can give you a little more time on

19    the Jackson, Johnson issue.

20          MS. SOLTYS:  So we could call Steven Kirschner who

21    did the search at Gloria Drive.  We could call Kevin Ashby --

22          THE COURT:  Which one is Gloria Drive, Adams?

23          MS. SOLTYS:  John Adams.

24          THE COURT:  Okay.  So it's going to go Bermea,

25    Kirschner.

1          MS. SOLTYS:  And then we could call Kevin Ashby who

2     did search at Michael Huggins' house.  And we could recall

3     Detective Norma Horne who did the search at Levels and also

4     at Kirk Carter's house.  So we could present three more

5     witnesses and not have to deal with the issue of Jackson and

6     Johnson.

7          THE COURT:  Jackson, Johnson, all right.  Whatever

8     you want to tell me on your opposition, you'll have to do it

9     by Thursday for Johnson, Jackson.  Okay?  You can do it

10     orally or in writing, I don't care.  That's Thursday.

11          And they're going to go Bermea, Kirschner -- I'm

12     sorry, again Kirschner was Gloria Drive, Adams; right?  Okay.

13     So we're doing Adams, Huggins and Levels.  Carter and Horne.

14     So Kirschner and Ashby, Horne, that's going to take us

15     through Thursday maybe.  You could finish before Tuesday,

16     couldn't you?

17          MS. SOLTYS:  We could.  We actually could.  We had

18     made arrangements for the DEA chemist, Ms. Pasqual who is in

19     New York.  She would plan on coming down on Monday, but

20     perhaps we could get her here on Friday, then.

21          THE COURT:  We're sitting all day Friday, correct,

22     the 8th.  Are you having a fingerprint person?  Or you're

23     saving that for rebuttal?

24          MS. SOLTYS:  We are not prepared to tell the Court

25     at this moment whether we are going to call that person or

 1    not.

 2              THE COURT:  Okay.  And how about the other two?  I'm

 3    looking at your list.  The chemist is coming.

 4              MS. SOLTYS:  Correct.

 5              THE COURT:  She has to do the DEA-7s or whatever;

 6    right?

 7              MS. SOLTYS:  That is correct.  But there was a

 8    stipulation as to a couple, but not on all of them.

 9              THE COURT:  And then the last two people on your

10    list, O'Brien and Rangov?

11              MS. SOLTYS:  Right.  Rangov, we intend to call, we

12    will call him this week.  And Ms. O'Brien from the IRS, she

13    will be a rebuttal witness.

14              THE COURT:  Okay.  Well, it's pretty clear that they

15    will make it by Tuesday unless barring some unforeseen

16    circumstances.  Thursday I'll take up Jackson and Johnson.

17    And then Friday we'll take up Mr. Jones' witnesses to see who

18    he's got and what problems we have and whether I've got

19    any -- you'll have to alert me to anybody who needs a lawyer.

20    I don't know if there is anybody.  There is no Fifth

21    Amendment privilege regarding anything relating to '04, '05.

22    The Statute of Limitations has long gone run.

23              Okay.  Thank you.  That's it.

24              MR. JONES:  Your Honor, these are the three

25    subpoenas that I have.

1          THE COURT:  Oh, yeah.  Well, they're going to be

2     excused.

3          (Whereupon, an exparte discussion with the defendant

4     was held and sealed upon Order of the Court.  The trial

5     recessed at 5:05 P.M.)

6                              - o -

1                          I-N-D-E-X

2                          <u>WITNESSES</u>

3                              <u>Direct</u> <u>Cross</u> <u>Redirect</u> <u>Recross</u>

4   <u>On behalf of the Government</u>:

5   Yehoshua Blauch
       (By Ms. Soltys)              3

6

7   Agent Scott Eicher (Resumed)
       (By Ms. Soltys)              5
8      (By Mr. Jones)                        36

9   Roel Bermea
       (By Ms. Soltys)             51
10

11

12                          <u>EXHIBITS</u>

13                                             <u>Page No.</u>:

14  <u>On behalf of the Government</u>:

15  Miscellaneous 37                              10

16  Miscellaneous 38                              10

17  Miscellaneous 32                              35

18  Miscellaneous 5                               58

19

20

21

22

23

24

25

CERTIFICATE OF REPORTER


        I, Lisa Walker Griffith, certify that the foregoing

is a correct transcript from the record of proceedings in the

above-entitled matter.


_____          _____
Lisa Walker Griffith                              Date

**$**

**$75 [3]** 63/8 63/12 63/13

**'04 [1]** 88/21
**'05 [1]** 88/21

**-**

—————————X **[2]** 1/2 1/7

**0**

**0470 [1]** 4/24
**05 [1]** 21/12
**05-386 [1]** 1/3
**05-386-1 [1]** 2/2
**0957 [1]** 6/2

**1**

**10 [3]** 56/14 90/15 90/16
**10-11 [3]** 29/21 29/23 29/24
**10-13 [2]** 29/21 29/24
**10-14 [5]** 29/21 29/25 30/1 31/15 31/16
**10-14-2005 [1]** 31/19
**100 [1]** 11/1
**10870 [2]** 20/15 21/6
**11 [3]** 29/21 29/23 29/24
**11:45 [1]** 6/25
**11:51 [2]** 25/17 26/4
**11:56 [3]** 20/25 21/12 26/12
**11TH [4]** 23/8 23/10 24/10 25/16
**11TJ [1]** 26/4
**12 [1]** 81/14
**12:09 [1]** 8/16
**12:12 [1]** 26/4
**12:14 [1]** 21/19
**12:15 [1]** 21/19
**13 [3]** 29/21 29/24 76/11
**1350 [1]** 1/18
**13TH [5]** 26/20 27/3 27/8 28/14 29/6
**14 [6]** 6/11 29/21 29/25 30/1 31/15 31/16
**14TH [6]** 6/13 6/15 29/16 30/4 30/8 30/20
**15 [3]** 7/6 43/15 62/20
**150 [1]** 59/16
**1550 [1]** 1/19
**15TH [3]** 2/12 2/13 6/22
**16 [1]** 64/18
**17 [2]** 23/1 69/15
**18 [8]** 13/14 13/25 15/25 20/6 20/7 29/21 29/22 73/19
**18TH [4]** 11/16 12/1 13/7 18/8
**19 [1]** 7/13
**1960 [1]** 13/13
**19TH [1]** 58/16
**1:08 [1]** 22/5
**1:14 [1]** 22/5
**1:18 [1]** 22/14
**1:31 [1]** 22/20
**1:38 [1]** 22/14
**1:57 [1]** 23/1
**1:59 [1]** 23/2
**1ST [1]** 47/4

**2**

**20 [2]** 8/7 36/1
**200 [1]** 1/18
**20001 [1]** 1/22
**2003 [2]** 60/18 60/20

**20036 [1]** 1/19
**2004 [5]** 66/21 66/22 68/18 70/1 78/12
**2005 [51]** 3/9 4/18 5/2 6/11 6/13 6/22 7/6 7/13 8/7 8/8 8/15 9/3 9/7 9/8 9/15 9/17 11/16 12/1 13/7 13/14 13/25 14/8 15/25 18/8 20/7 20/19 20/23 22/3 22/24 23/8 23/10 25/16 26/4 27/3 27/8 28/14 29/6 29/16 30/4 30/8 31/19 32/16 33/7 33/24 34/6 52/25 60/17 70/1 84/23 85/15
**2006 [1]** 58/16
**2008 [2]** 60/7 60/21
**2010 [1]** 22/15
**2013 [1]** 1/7
**202 [3]** 1/14 1/19 1/23
**202-538 [1]** 9/1
**202-538-3946 [1]** 4/23
**202-746 [1]** 9/1
**202-746-0470 [1]** 4/24
**20530 [1]** 1/14
**20:11 [2]** 16/1 16/10
**20:12 [1]** 16/15
**20TH [8]** 8/8 9/7 9/17 32/16 32/19 33/7 33/24 34/6
**21 [1]** 19/4
**22ND [2]** 2/15 8/14
**24TH [3]** 52/24 54/15 60/17
**25 [1]** 29/22
**252-7685 [1]** 1/14
**25TH [3]** 20/19 20/23 22/14
**26-A [1]** 54/12
**28TH [3]** 9/15 60/7 60/18
**29TH [1]** 9/16
**2:00 [1]** 76/19
**2:32 [1]** 1/8

**3**

**30 [2]** 33/7 51/24
**32 [7]** 11/7 35/3 35/6 35/7 35/8 35/17 90/17
**3247 [1]** 1/23
**33 [2]** 31/8 35/18
**35 [1]** 90/17
**354-3247 [1]** 1/23
**36 [1]** 90/8
**360 [2]** 45/22 46/12
**37 [8]** 9/10 9/13 10/12 10/13 10/17 10/20 10/23 90/15
**38 [7]** 9/11 9/16 10/12 10/13 10/17 10/20 90/16
**386 [1]** 1/3
**3946 [1]** 4/23
**3:00 [1]** 76/19
**3:03 [1]** 7/14
**3:25 [1]** 23/2
**3RD [2]** 9/7 9/15

**4**

**400 [1]** 78/8
**4110 [1]** 1/13
**45 [1]** 4/21
**46 [2]** 55/3 83/17
**48 [1]** 86/5
**495 [1]** 25/8
**4:30 [2]** 79/15 79/17

**5**

**50 [3]** 10/24 59/9 59/16
**500 [1]** 59/18

**500,000 [1]** 78/9
**51 [1]** 90/9
**538 [1]** 9/1
**55 [1]** 16/1
**555 [1]** 1/13
**58 [1]** 90/18
**5:05 [1]** 89/5
**5:06 [1]** 8/8
**5:25 [1]** 27/9
**5:32 [2]** 13/9 13/14

**6**

**62 [3]** 57/13 70/18 70/19
**65 [1]** 40/7
**6507 [1]** 1/22
**6:08 [2]** 30/8 30/8
**6:11 [4]** 13/9 13/14 14/18 14/22
**6:17 [1]** 30/12
**6:20 [1]** 32/21
**6:21 [1]** 27/2
**6:23 [1]** 32/21
**6:25 [1]** 11/22
**6:27 [2]** 33/7 33/15
**6:34 [1]** 30/12
**6:39 [1]** 6/15

**7**

**70 [4]** 40/7 43/13 43/14 43/15
**746 [1]** 9/1
**7685 [1]** 1/14
**77 [1]** 56/25
**775-1550 [1]** 1/19
**7921 [1]** 81/6
**7:08 [1]** 14/18
**7:09 [2]** 32/24 33/24
**7:14 [3]** 15/10 15/13 17/24
**7:22 [3]** 27/2 27/14 28/5
**7:23 [1]** 28/5
**7:29 [1]** 30/23
**7:30 [1]** 33/24
**7:37 [2]** 23/12 23/15
**7:38 [1]** 23/15
**7:39 [2]** 24/1 24/5
**7:44 [1]** 24/10
**7:45 [4]** 16/23 17/20 17/22 28/15
**7:46 [1]** 28/15
**7:48 [1]** 34/6
**7:49 [1]** 28/15
**7:51 [1]** 29/7
**7s [1]** 88/5
**7TH [1]** 81/17

**8**

**800,000 [1]** 54/25
**8:02 [1]** 8/16
**8:11 [3]** 16/10 31/19 32/7
**8:12 [1]** 16/15
**8:14 [4]** 15/10 15/13 17/24 18/9
**8:17 [1]** 30/23
**8:18 [1]** 29/7
**8:19 [2]** 11/22 19/17
**8:22 [1]** 18/9
**8:23 [1]** 19/5
**8:29 [4]** 24/10 24/19 24/21 24/23
**8:41 [3]** 24/23 34/7 34/12
**8:43 [1]** 24/2
**8:54 [1]** 25/5
**8TH [1]** 87/22

# 9

**9-18** [3] 20/6 29/21 29/22
**9-25** [1] 29/22
**9-25-05** [1] 21/12
**9-25-2005** [2] 22/3 22/24
**90** [1] 53/16
**909-975-0957** [1] 6/2
**95** [1] 7/18
**9508** [5] 32/6 33/15 55/3 56/25 62/4
**96** [1] 53/16
**98** [1] 53/16
**9:00** [1] 7/7
**9:20** [1] 19/5
**9:21** [1] 20/8
**9:30** [1] 79/13

# A

**A.M** [15] 6/25 20/25 21/12 23/12 24/1 24/5 24/10 24/10 24/22 25/5 30/13 30/23 30/23 31/19 81/24
**ABLE** [5] 3/23 24/8 41/25 52/10 81/4
**ABOUT** [49] 5/24 8/23 10/24 11/1 11/16 14/2 14/14 19/20 27/2 27/16 28/18 28/19 32/5 32/15 40/7 51/19 51/24 52/2 54/22 54/25 58/12 60/4 62/14 65/21 65/23 67/6 67/21 68/24 69/2 72/2 72/23 74/6 74/24 75/13 75/13 75/14 76/1 78/7 79/12 81/19 82/6 82/9 82/12 82/13 83/15 84/4 85/11 86/6 88/2
**ABOVE** [2] 40/7 91/7
**ABOVE-ENTITLED** [1] 91/7
**ACCOMMODATE** [1] 2/20
**ACCORDING** [1] 18/3
**ACCOUNT** [1] 37/4
**ACCOUNTABILITY** [1] 59/15
**ACCURATE** [4] 46/1 46/2 46/9 46/13
**ACKNOWLEDGING** [1] 59/15
**ACKNOWLEDGMENTS** [1] 59/13
**ACROSS** [3] 42/3 42/16 49/20
**ACTIVATION** [1] 34/17
**ACTUAL** [12] 14/10 15/2 16/1 19/8 20/14 43/10 45/11 45/13 45/22 49/8 55/15 55/16
**ACTUALLY** [26] 2/4 4/22 7/24 8/15 15/5 15/6 16/3 16/18 16/19 22/16 23/1 27/16 28/22 37/17 39/8 42/13 42/21 42/22 44/18 48/16 48/19 48/21 49/13 51/14 58/16 87/17
**ADAMS** [5] 19/12 86/22 86/23 87/12 87/13
**ADAMS'** [6] 23/5 24/16 25/1 25/6 25/23 26/6
**ADDRESS** [10] 10/7 13/11 13/13 19/25 20/14 28/10 50/13 53/13 67/9 81/7
**ADDRESSES** [2] 19/11 19/24
**ADDS** [1] 12/25
**ADMIT** [1] 59/6
**ADMITTED** [3] 10/18 35/17 58/23
**ADRIAN** [2] 80/24 81/7
**ADVISEES** [1] 35/2

**AFTER** [15] 4/12 24/5 24/19 25/21 52/25 53/1 63/2 63/6 76/18 80/1 80/1 80/18 80/19 81/18 86/13
**AFTERNOON** [10] 2/1 2/13 2/14 2/16 5/18 8/16 23/2 36/8 36/9 51/10
**AGAIN** [21] 7/9 8/9 8/18 20/7 21/2 22/5 22/8 24/24 25/22 26/4 28/18 30/15 30/23 34/6 34/11 35/21 37/25 41/22 69/25 80/24 87/12
**AGENT** [8] 5/16 5/17 5/23 34/16 35/5 80/3 81/2 90/7
**AGENTS** [1] 61/2
**AGO** [1] 61/14
**AGREE** [10] 37/1 37/20 37/23 38/1 38/17 39/3 43/4 48/11 48/14 65/19
**AGREED** [2] 59/5 64/2
**AGREEMENT** [4] 58/22 59/4 59/23 60/2
**AHEAD** [2] 31/14 86/12
**AIR** [1] 72/15
**ALBERTO** [10] 55/13 55/21 55/22 56/11 62/17 69/5 69/24 70/11 74/4 77/6
**ALERT** [1] 88/19
**ALL** [49] 4/20 8/16 8/21 11/6 11/10 11/14 12/8 12/14 13/6 14/1 14/4 14/11 14/25 15/1 28/15 33/2 34/1 34/17 34/19 36/13 39/2 39/10 39/18 40/5 40/21 41/16 42/16 42/17 43/11 46/19 46/22 49/24 54/1 55/17 56/25 57/19 68/7 69/9 70/7 70/9 70/10 80/22 82/12 85/3 85/22 86/8 87/7 87/21 88/8
**ALLENDALE** [1] 81/6
**ALLOWS** [1] 4/2
**ALLUDED** [1] 43/12
**ALMOST** [2] 14/18 49/9
**ALONG** [10] 22/18 25/8 25/21 27/18 27/18 43/12 43/14 43/15 49/15 71/3
**ALREADY** [12] 11/20 21/12 23/24 31/7 31/9 33/6 35/4 40/21 54/11 72/6 77/4 77/23
**ALSO** [24] 2/12 7/7 8/12 14/15 15/20 18/13 22/3 22/24 24/2 26/7 37/23 38/1 43/7 44/16 49/4 49/8 59/19 61/22 61/25 62/3 64/20 65/10 81/19 87/3
**ALWAYS** [5] 34/21 37/5 78/7 78/8 80/22
**AM** [1] 11/24
**AMENDMENT** [4] 82/14 82/17 83/15 88/21
**AMERICA** [2] 1/3 2/3
**AMOUNT** [3] 10/23 16/19 27/20
**ANALYSIS** [11] 5/25 9/1 9/14 9/23 10/5 11/24 14/17 17/25 32/4 33/13 33/16
**ANALYST** [1] 4/4
**ANALYZE** [1] 32/16
**ANALYZED** [1] 34/21
**ANALYZING** [1] 46/18
**ANGLE** [1] 42/19
**ANOTHER** [19] 7/8 8/14 8/23 12/15 20/18 23/7 29/15 37/18 40/8 41/18 42/6 42/8 49/6 57/25 66/7 67/17 67/22

**67/23 72/24**
**ANTENNA** [3] 42/18 42/10 42/20
**ANTENNAS** [2] 42/20 49/1
**ANTOINE** [3] 1/5 1/16 2/3
**ANY** [25] 4/1 5/11 10/14 11/16 37/16 38/5 42/24 43/9 44/18 45/8 45/11 45/13 47/1 49/22 56/20 64/23 66/18 76/24 78/6 81/19 82/14 83/1 84/3 23 84/16 88/19
**ANYBODY** [5] 71/6 80/1 82/10 88/19 88/20
**ANYONE** [1] 79/22
**ANYTHING** [12] 36/23 37/9 37/13 46/25 47/6 50/16 61/16 72/14 74/6 79/12 86/1 88/21
**ANYWAYS** [1] 85/7
**APART** [1] 43/18
**APPEAR** [1] 75/18
**APPEARANCES** [1] 1/11
**APPEARED** [1] 60/8
**APPLIANCES** [1] 72/13
**APPROXIMATE** [1] 44/11
**APPROXIMATELY** [1] 43/6
**APRIL** [1] 68/17
**ARC** [5] 21/3 47/17 49/16 49/16 49/18
**ARE** [66] 4/7 4/22 5/4 5/9 8/11 9/12 10/17 12/2 13/7 14/7 15/24 16/13 16/13 18/7 18/23 19/11 20/6 21/18 22/13 22/15 24/23 25/6 25/21 26/3 28/7 28/14 32/20 33/10 35/22 35/22 36/21 37/4 39/17 41/21 42/21 43/7 43/9 43/17 44/23 46/18 47/20 48/16 48/23 49/9 49/11 51/25 54/10 57/1 70/10 70/10 71/18 74/7 74/11 74/11 78/12 78/13 80/2 80/9 81/5 81/20 82/1 82/17 87/22 87/24 87/25 88/24
**AREA** [38] 7/17 7/18 7/25 8/3 13/17 14/4 16/21 20/12 21/22 22/9 22/10 22/19 24/15 28/20 28/22 28/23 28/25 29/10 32/10 33/1 40/8 40/9 42/22 43/11 43/17 43/19 44/12 44/15 44/15 44/15 44/25 45/9 45/11 45/13 45/17 47/4 48/21 50/3 65/22 45/17 47/4 48/21 50/3 65/22
**AREAS** [2] 42/12 44/23
**AROUND** [6] 8/1 15/2 57/20 76/19 76/23 77/3
**ARRANGEMENTS** [1] 87/18
**ARREST** [3] 58/10 60/17 60/23
**ARRESTED** [13] 53/2 53/4 53/7 53/11 54/15 54/18 55/9 57/2 57/4 62/5 66/15 67/3 79/6
**ARRIVE** [3] 65/6 65/7 67/1
**ARRIVED** [2] 72/19 77/19
**ARROW** [1] 14/15
**ARROWS** [6] 15/1 18/15 18/16 21/21 34/9 34/9
**AS** [56] 4/7 4/10 4/12 6/13 7/25 10/11 16/3 16/15 18/14 19/7 20/9 20/23 21/21 23/2 23/17 24/10 27/18 27/22 30/9 32/6 32/25 33/14 34/8 39/12 41/2 41/13 43/4 43/11 43/21 44/5 45/18 45/24 48/8

Case 1:05-cr-00386-ESH Document 522-9 Filed 09/19/13 Page 94 of 108

**A**

AS... [23] 49/11 56/9 58/10
59/13 59/14 59/19 59/23
60/1 60/12 64/16 64/20
64/20 65/2 65/10 68/4 69/13
72/6 73/16 74/8 74/23 78/18
82/22 88/8
ASHBY [4] 86/16 86/21 87/1
87/14
ASHLAND [1] 8/3
ASK [26] 3/9 3/12 6/4 8/22
8/24 9/18 9/21 11/16 11/24
21/14 23/8 23/10 23/22
23/25 29/16 32/3 33/3 33/12
44/2 52/24 54/11 60/7 65/15
65/21 71/17 84/15
ASKED [9] 11/10 23/10 29/16
32/16 47/8 62/12 64/2 83/4
85/19
ASKING [4] 5/24 64/2 78/14
85/10
ASLEEP [1] 53/5
ASPECT [1] 40/12
ASSOCIATED [3] 6/1 67/17 81/7
ASSUME [1] 41/12
ATF [1] 80/3
ATTEMPTING [2] 10/4 14/16
ATTEMPTS [1] 29/17
ATTENTION [5] 3/8 20/18 23/9
26/19 27/8
ATTORNEY'S [1] 1/13
AUGUST [6] 68/18 68/18 70/1
70/5 78/12 78/16
AUSA [2] 1/12 1/12
AVENUE [13] 1/18 13/14 19/13
34/3 67/10 67/11 67/16
67/16 68/5 71/1 72/4 77/11
78/2
AWARE [4] 4/21 5/4 16/23
82/20
AWAY [1] 45/22

**B**

B-E-R-M-E-A [1] 51/17
B-L-A-U-C-H [1] 3/7
BACK [31] 3/8 4/7 11/17
12/8 15/17 18/17 4/19 17/21
19/6 19/14 20/2 21/9 21/14
22/8 23/23 24/4 26/10 26/15
27/12 27/21 29/13 30/24
65/9 68/10 74/4 74/77/11
BAG [2] 69/1 78/4
BAGS [2] 55/7 72/16
BANANA [4] 75/8 77/8 77/10
78/3
BANKRUPTCY [1] 63/4
BAR [2] 10/8 13/13
BARRING [1] 88/15
BARS [1] 19/8
BARTO [1] 19/13
BASE [2] 59/10 59/19
BASED [8] 15/7 25/7 25/20
36/13 37/8 37/12 43/2 49/21
BASICALLY [2] 44/4 54/19
BASIS [1] 17/6
BE [63] 14/14 19/3 19/19
19/22 23/7 32/3 32/8 32/9
33/12 33/16 38/25 39/5
39/12 39/13 39/21 40/17
41/9 41/15 41/16 41/18
41/24 42/6 42/8 42/22 42/24

43/24 44/8 44/11 44/25 46/4
47/6 47/6 51/3 57/20 65/1
65/23 66/25 68/20 68/23
70/6 75/9 75/11 75/20 76/2
76/3 76/4 76/8 76/9 77/16
77/20 79/12 80/19 81/4
81/21 82/6 82/25 83/1 84/10
84/11 85/16 85/21 88/13
89/1
BEACH [1] 3/15
BEARING [2] 6/2 8/25
BECAME [3] 4/24 9/1 52/10
BECAUSE [31] 12/19 14/9
19/22 38/15 40/8 40/10
40/12 40/13 40/14 40/19
41/5 42/1 42/14 42/16 43/2
48/16 48/24 52/23 56/22
65/12 68/15 71/25 73/25
74/25 75/1 76/23 76/23
77/19 82/14 83/4 84/4
BEDROOMS [1] 54/19
BEDS [1] 54/19
BEEN [6] 28/25 32/5 61/2
62/20 82/2 82/11
BEFORE [21] 1/9 4/20 5/23
11/16 31/9 31/12 31/20
31/21 32/25 33/8 35/15
58/17 60/4 60/8 61/9 70/2
79/17 80/10 80/14 85/3
87/15
BEGAN [1] 25/9
BEGINNING [1] 24/13
BEHALF [2] 90/4 90/14
BEHIND [1] 77/5
BEING [9] 4/17 9/6 14/5 14/8
16/11 17/1 32/10 40/2 41/25
BELOW [1] 27/18 68/2
BELTWAY [6] 8/1 15/2 22/18
25/21 27/18 68/2
BENEFIT [2] 3/5 51/15
BERMEA [37] 6/1 6/4 6/14
6/15 6/25 7/1 7/8 7/9 7/14
7/21 8/9 8/17 9/23 24/2
24/3 27/10 34/19 50/23 51/6
51/10 51/16 51/16 51/18
54/18 54/22 54/24 55/1
55/10 58/11 62/7 65/19 80/2
81/9 86/13 86/24 87/11 90/9
BERMEA'S [1] 58/22
BERTO [4] 56/13 57/12 63/23
65/14
BESIDES [1] 51/25
BEST [17] 16/20 37/1 38/18
39/4 39/9 39/11 39/13 39/17
39/20 40/15 41/2 41/13
41/22 41/23 48/15 83/13
85/16
BETTER [4] 18/23 35/23 42/4
65/13
BETWEEN [37] 6/25 7/8 8/9
9/6 9/22 10/9 11/21 11/22
11/25 13/14 15/15 15/19
15/20 15/20 16/11 17/13
17/24 19/7 19/11 19/17
21/12 22/5 22/8 23/2 24/1
24/2 26/13 28/6 28/9 28/21
31/1 32/21 33/25 34/18
41/19 60/16 60/23
BEYOND [1] 39/14
BIG [3] 28/22 44/7 78/4
BIGGER [1] 42/14
BIROLO [2] 78/24 79/1
BIT [5] 12/12 12/14 26/7

51/18 67/6
BLAUCH [2] 3/7 4/10
BLOCK [1] 63/12
BLOCKAGES [4] 41/15 41/16
45/24 48/24
BLUE [7] 12/23 16/8 56/2 56/5
56/6 56/7 56/9
BORDER [1] 51/22
BORDERS [1] 48/15
BORN [5] 51/20 51/21 52/3
52/4 65/12
BOTH [6] 3/4 3/24 9/2 23/19
25/10 45/25
BOTTOM [1] 75/9
BOUGHT [2] 72/15 72/16
BOUNCED [2] 15/14 22/7
BOUNCES [1] 15/17
BOUNCING [2] 19/6 28/6
BOUNDARIES [2] 12/13 49/11
BOUNDARY [1] 12/15
BOXES [5] 75/8 75/8 77/8
77/10 78/3
BOY [4] 56/2 56/5 56/6 56/7
BRANCH [10] 67/9 67/10 67/11
67/16 67/16 68/5 70/25 72/3
77/11 78/2
BREAK [5] 35/25 36/1 79/8
79/11 79/17
BREAKFAST [1] 79/13
BRIAN [1] 1/17
BRIEF [2] 36/4 86/9
BRIEFLY [2] 3/13 3/21
BRING [1] 24/5
BROCCOLI [1] 77/13
BROKE [1] 5/23
BROTHER [15] 55/21 62/10
62/12 62/14 63/20 63/22
63/23 65/14 65/15 65/16
68/14 69/4 70/5 74/4 77/6
BROTHER-IN-LAW [15] 55/21
62/10 62/12 62/14 63/20
63/22 63/23 65/14 65/15
65/16 68/14 69/4 70/5 74/4
77/6
BUILDING [2] 42/1 50/11
BUILDINGS [1] 48/24
BUNCH [1] 78/4
BUS [2] 50/9 93/9
BUSINESS [6] 62/9 62/11 62/19
63/7 68/11 74/24
BUSY [2] 40/18 41/6
BUY [2] 63/18 65/8
BUYS [1] 65/8

**C**

CALCULATED [1] 81/13
CALL [94]
CALLED [11] 16/24 31/8 52/22
55/14 56/12 56/23 64/10
67/9 71/8 74/25 79/1
CALLING [3] 13/19 84/10 84/11
CALLS [32] 8/15 9/22 11/21
12/1 14/24 15/12 15/25
18/10 19/4 20/10 21/18 22/6
22/7 22/15 23/1 24/21 24/23
27/1 28/14 29/1 30/24 30/25
32/21 34/17 34/18 38/25
39/6 40/10 40/11 46/19
61/22 61/23
CAME [16] 3/13 3/15 60/8
66/24 68/7 68/11 69/21 70/2
71/5 72/3 77/22 77/23 78/1
78/4 78/6 78/22

# C

CAN [76] 2/10 11/11 14/11
14/22 15/3 15/4 15/6 16/3
16/15 18/10 18/14 21/5 23/2
23/17 24/11 27/1 30/9 34/9
37/25 39/12 39/24 40/1
40/24 41/4 41/13 41/18 42/4
42/22 42/24 43/2 43/15
43/19 44/5 44/13 44/15
44/20 44/25 45/14 45/15
48/21 49/1 49/5 49/21 49/24
50/2 50/3 50/4 55/2 57/9
57/11 62/24 67/6 71/20
71/22 74/8 74/12 74/12 75/1
76/7 76/17 76/25 76/25
79/21 80/22 81/23 82/10
83/12 83/23 84/2 84/15
84/16 85/3 85/18 85/24
86/18 87/9
CAN'T [9] 16/17 40/11 45/11
45/13 45/16 47/5 49/25 54/1
81/21
CANNOT [1] 38/4
CAPACITY [3] 40/3 40/7 42/14
CAR [4] 68/21
CARBON [2] 75/21 75/22
CARE [2] 63/17 87/10
CAREERS [1] 63/21
CARLOS [8] 58/2 58/3 58/4
58/5 58/9 73/13 73/15 74/22
CARRILLO [11] 55/13 55/21
55/22 62/17 63/23 65/14
69/5 69/24 70/11 74/4 77/6
CARRYING [1] 73/24
CARTER [1] 87/13
CARTER'S [1] 87/4
CASE [16] 1/3 2/2 3/14 28/24
36/10 36/20 44/20 46/23
48/25 52/16 58/12 60/5 61/3
79/11 79/13 82/13
CAST [1] 36/14
CATASTROPHIC [1] 40/3
CAUSED [1] 53/1
CEILING [1] 83/25
CELL [65] 3/24 4/6 4/15 4/23
5/25 6/4 6/16 7/1 7/9 8/17
8/25 9/5 10/2 11/12 13/2
13/10 14/4 14/9 15/7 16/22
18/13 19/21 20/8 21/4 22/18
23/3 23/11 24/9 25/7 25/20
26/3 27/20 27/21 28/6 28/9
28/16 29/9 29/18 30/13
30/15 30/24 32/22 33/16
33/23 38/24 39/5 39/12 40/6
41/18 42/8 42/10 44/12
44/13 44/21 44/21 44/25
45/8 45/9 46/23 48/9 48/11
49/1 49/5 49/9 49/12
CENTER [4] 27/19 43/22 43/23
44/8
CERTAIN [1] 9/18
CERTAINTY [1] 42/24
CERTIFICATE [1] 91/3
CERTIFY [1] 91/5
CETERA [2] 84/2 84/2
CHANGE [1] 74/12
CHANGED [2] 74/15 74/19
CHANGING [1] 86/17
CHARGING [1] 59/7
CHARLES [1] 81/4
CHARLIE [14] 21/13 34/19
57/23 57/25 58/8 73/7 73/8

73/12 73/16 73/22 74/23
75/6 76/4 76/9
CHARLIE'S [1] 58/1
CHART [3] 12/3 14/13 18/12
CHECK [1] 76/24
CHEMIST [2] 87/18 88/3
CHICKY [3] 55/14 56/15 56/18
CHICKY-WICKY [3] 55/14 56/15
56/18
CHILDHOOD [1] 52/11
CHIPS [4] 74/12 74/14 74/20
74/21
CHRONOLOGY [1] 18/15
CIRCLE [1] 13/10
CIRCLED [1] 24/12
CIRCLES [1] 67/25
CIRCLING [1] 67/2
CIRCULAR [3] 45/18 45/19
45/21
CIRCUMSTANCES [1] 88/16
CITY [6] 7/25 42/12 44/22
66/10 66/11 67/25
CLARIFY [1] 39/8
CLARITY [1] 39/19
CLASSES [1] 71/25
CLEAR [4] 42/24 51/13 76/25
88/14
CLEARER [1] 42/4
CLEARLY [1] 21/6
CLIENT [2] 77/20 78/21
CLOSE [4] 34/14 52/7 67/18
70/6
CLOSER [3] 7/24 37/17 43/18
CLOSEST [8] 37/2 37/5 37/7
37/21 37/24 38/2 38/5 40/17
CLOSET [1] 77/14
CLOTHES [2] 68/25 69/1
COCAINE [12] 53/10 53/15
53/16 53/18 59/9 59/9 59/16
59/19 59/20 66/25 75/14
75/15
COINCIDE [1] 12/1
COKE [4] 63/8 63/9 63/12
75/5
COLOR [1] 56/9
COLUMBIA [1] 1/1
COME [19] 42/17 53/21 57/16
63/15 63/18 65/8 68/13
69/20 70/10 70/13 72/18
72/25 75/7 76/1 77/15 78/8
83/2 83/13 85/4
COME-UP [1] 83/2
COMES [2] 37/1 80/1
COMING [6] 22/6 31/13 49/8
75/1 87/19 88/3
COMMENT [1] 30/9
COMMON [1] 43/7
COMMUNICATING [1] 40/21
COMMUNICATION [1] 6/6
COMPANIES [1] 40/6
COMPANY [4] 45/8 46/20 46/23
62/20
COMPARE [1] 34/17
COMPARING [1] 34/20
COMPLETELY [1] 49/5
COMPLIANCE [1] 4/4
COMPLICATED [1] 82/18
COMPUTER [6] 1/25 19/15 20/3
21/15 24/4 31/5
CONFORM [1] 36/14
CONFUSE [1] 12/23
CONNECTICUT [1] 1/18
CONNECTION [3] 10/5 10/6

16/11
CONNECTIONS [1] 9/8/17 10/7
14/20 18/10 19/4 22/6 23/16
23/18 25/17 34/7
CONSIDERED [1] 44/11
CONSISTENT [14] 17/1 17/11
17/16 17/25 18/2 19/19
19/22 32/4 32/8 32/9 33/12
33/16 34/21 49/12
CONSPIRACY [1] 59/7
CONSTANTLY [1] 40/6
CONSULT [1] 82/9
CONSULTANT [1] 4/7
CONT'D [1] 5/21
CONTACT [2] 40/22 82/21
CONTACTED [3] 68/8 68/13
83/3
CONTAINED [1] 12/2
CONTINUALLY [3] 13/15 19/5
23/3
CONTRACTED [1] 4/13
CONTROL [1] 41/4
CONVENIENCE [6] 52/18 68/4
68/19 69/4 69/5 70/9
CONVICTIONS [1] 82/12
COOK [3] 85/2 85/2 85/7
COPS [1] 76/24
CORNER [1] 47/4
CORRECT [30] 4/25 10/10
12/21 18/18 28/20 17/31 31/10
31/20 32/17 36/11 36/17
38/6 38/7 39/7 44/9 44/12
44/16 45/18 46/1 47/13 49/3
49/7 59/17 59/21 59/23
59/24 80/15 87/21 88/4 88/7
91/6
COULD [96]
COULDN'T [1] 87/16
COUNSEL [3] 79/20 82/9 83/2
COUNT [2] 55/2 59/6
COUNTER [1] 55/1
COUNTING [4] 54/23 72/17
77/21 77/25
COUNTRY [1] 65/16
COUNTS [1] 81/4
COUPLE [6] 3/21 61/14 69/1
76/7 79/25 88/8
COURT [19] 1/1 1/21 3/5 4/4
4/5 5/1 5/5 14/14 42/25
45/17 49/21 50/2 50/4 51/15
69/10 85/21 85/21 87/24
89/4
COURT'S [2] 34/24 86/9
COURTHOUSE [1] 1/21
COURTNEY [1] 1/12
COURTROOM [2] 53/1 53/22
COVER [1] 49/1
COVERAGE [21] 19/23 25/23
26/5 27/22 27/23 30/15 34/2
34/13 44/11 44/13 44/15
44/23 44/25 45/9 45/11
45/13 45/17 45/23 47/12
47/17 48/21
COVERED [2] 19/8 29/21
COVERING [1] 8/12
COVERS [2] 9/16 80/24
CRACK [1] 59/19
CRASH [1] 42/18
CREDIBILITY [1] 82/12
CRIMINAL [2] 1/3 2/2
CROSS [3] 36/6 82/11 90/3
CROSS-EXAMINATION [1] 36/6
CROSS-EXAMINING [1] 82/11

## C

CRUST [3] 12/20 18/23 35/22
CURRENTLY [2] 4/7 17/15
CUSTODIAN [5] 2/6 4/10 4/12 84/11 84/25
CUSTODY [2] 60/24 60/25
CUSTOMER [1] 67/1
CUSTOMERS [2] 42/21 43/19

## D

D.C [11] 1/7 1/22 7/18 15/2 42/16 42/16 43/16 43/19 57/19 61/1 73/10
DARLENE [1] 1/12
DATA [8] 3/24 3/24 5/5 5/6 5/25 8/25 46/25 47/5
DATE [14] 4/23 10/2 11/15 19/3 20/4 20/19 22/3 22/24 23/7 29/3 29/15 29/17 60/17 91/12
DATED [3] 7/6 29/6 33/7
DATES [10] 9/18 9/21 11/4 11/8 11/10 15/24 29/20 34/20 34/20 34/20
DAY [18] 1/9 15/10 18/8 24/21 30/22 32/16 58/10 71/2 72/15 74/22 76/14 79/16 80/13 80/17 80/19 81/9 81/18 87/21
DAYS [1] 81/14
DC [2] 1/14 1/19
DEA [2] 87/18 88/5
DEA-7s [1] 88/5
DEAL [3] 41/11 41/13 87/5
DEALING [1] 82/13
DECIDE [1] 80/23
DECISION [3] 39/9 58/11 58/14
DEFENDANT [3] 1/6 1/16 89/3
DEFENSE [2] 83/17 86/5
DEGREES [1] 45/22
DELIVERED [1] 76/10
DEMETRIUS [1] 80/7
DEMONSTRATE [3] 10/4 14/16 26/15
DEMONSTRATING [1] 49/19
DEPENDING [2] 43/5 45/23
DEPENDS [3] 41/16 43/11 44/21
DEPICTED [11] 21/17 23/14 25/4 25/15 26/2 26/24 28/4 28/13 29/5 30/5 30/21
DESCRIBE [6] 16/12 44/1 44/6 66/4 67/1 77/2
DESCRIBED [3] 17/15 67/15 78/18
DESCRIPTION [1] 43/24
DETAIL [10] 36/17 36/18 36/21 36/23 37/9 37/13 37/16 46/18 47/6 47/9
DETECTIVE [1] 87/3
DETERMINE [1] 6/4
DETERMINED [2] 39/14 39/18
DIAGRAM [1] 12/14
DIAL [3] 42/13 42/14 42/19
DID [97]
DIDN'T [8] 63/15 64/11 68/16 68/21 71/25 73/1 73/25 76/5 87/10 88/20
DIFFERENT [28] 4/16 12/12 12/14 12/19 14/20 14/25 15/1 15/12 15/14 15/16 22/6 22/15 24/14 27/20 30/13 34/1 39/14 39/17 43/16

45/23 48/15 49/5 65/21 65/23 66/14 67/4 67/5 69/13
DIRECT [10] 3/1 3/8 5/21 23/9 26/19 27/8 37/2 37/10 51/8 90/3
DIRECTION [30] 6/17 6/18 8/11 8/12 12/16 13/4 18/16 19/9 19/24 21/3 21/4 21/22 22/17 23/4 23/19 24/8 24/25 25/19 26/6 26/8 34/2 34/13 45/15 46/10 47/15 47/16 47/18 49/14 49/17 74/17
DIRECTIONAL [1] 12/24
DIRECTLY [1] 72/9
DISCERN [1] 24/9
DISCUSS [5] 79/11 79/21 83/16 83/23 86/2
DISCUSSED [2] 19/18 45/24
DISCUSSION [2] 83/11 89/3
DISTANCE [8] 16/17 16/18 35/24 39/15 43/6 43/22 44/7 47/9
DISTRIBUTE [2] 59/8 59/8
DISTRIBUTED [1] 77/16
DISTRICT [4] 1/1 1/1 1/10 1/21
DIVIDE [1] 46/13
DIVORCE [1] 52/13
DO [77] 10/22 11/7 14/7 19/8 27/14 36/13 38/9 38/10 38/11 39/1 42/19 44/19 46/7 46/19 47/23 48/11 50/25 52/22 53/9 55/17 53/22 54/12 55/3 55/6 55/12 56/20 57/1 57/7 57/13 57/21 57/25 58/16 59/2 59/5 59/10 59/14 60/2 60/11 62/23 63/13 63/14 64/10 64/13 64/23 65/4 65/19 66/17 66/17 67/15 67/16 67/24 68/23 69/9 69/15 72/14 73/19 74/9 75/12 75/22 77/1 77/21 77/24 78/6 79/1 79/11 79/12 79/21 80/21 80/24 83/5 83/8 84/18 86/2 86/7 87/8 87/9 88/5
DOES [19] 12/1 13/2 13/4 15/10 22/24 24/24 26/15 26/18 30/5 37/5 41/8 56/1 56/11 57/25 63/11 64/6 65/16 67/16 85/10
DOESN'T [6] 17/7 35/23 40/3 40/19 47/17 48/23
DOGS [1] 75/21
DOING [8] 49/22 52/17 53/3 53/20 76/2 78/23 81/23 87/13
DOLLARS [2] 63/9 78/10
DON'T [40] 3/18 12/23 13/6 13/21 13/25 14/12 17/8 28/18 31/11 31/11 35/14 35/14 38/4 42/15 43/9 44/18 46/2 47/25 53/13 55/16 66/11 67/18 69/10 69/11 71/14 80/1 80/3 82/2 82/5 82/14 82/23 83/10 83/24 84/5 84/16 86/1 86/4 86/5 87/10 88/20
DONE [3] 35/4 80/16 80/17
DOOR [1] 53/6
DOTS [2] 14/1 14/3
DOUBLE [1] 75/20
DOWN [21] 7/19 15/18 15/25

16/16 20/12 21/19 21/20 24/7 41/20 63/10 33/22 34/2
42/13 42/14 42/19 63/17 70/3 72/6 77/7 77/12 79/21 87/19
DOWNTOWN [1] 43/19
DRAW [1] 48/21
DRAWN [2] 12/13 49/10
DREW [5] 12/13 13/10 47/11 47/14 49/18
DRINKS [1] 76/4
DRIVE [13] 15/22 19/12 32/6 32/9 57/15 57/23 62/4 73/1 76/5 81/6 86/21 86/22 87/12
DRIVER's [1] 65/13
DRIVEWAY [2] 32/6 33/14
DRIVING [3] 76/3 76/18 77/3
DROP [2] 40/10 83/24
DROVE [3] 68/22 71/4 72/8
DRUG [4] 62/9 62/18 63/7 82/13
DRUGS [16] 53/8 53/9 53/21 54/23 55/8 63/17 65/6 65/7 75/9 75/10 76/8 76/9 76/20 77/13 77/16 77/19
DRY [1] 48/18
DUE [1] 41/19
DUFFLE [3] 55/7 69/1 78/4
DURING [24] 6/15 7/20 8/10 8/16 9/6 9/19 11/1 15/14/20 14/24 15/13 15/17 16/2 16/20 18/3 18/19 20/25 22/7 23/18 24/23 29/8 30/23 30/25 33/24 76/13

## E

EACH [3] 14/10 63/12 75/12
EARLIER [6] 15/15 28/21 42/3 43/12 47/8 73/13
EARLY [2] 23/11 52/11
EARN [1] 63/13
EARNING [1] 62/22
EASIER [1] 65/23
EAST [7] 7/2 15/4 18/13 25/20 28/16 32/23 34/11
EASY [1] 73/2
EDGE [3] 14/15 43/23 44/8
EFFECT [1] 41/25
EICHER [5] 5/16 5/17 34/16 35/5 90/7
EIGHT [2] 16/4 26/14
EITHER [5] 9/22 34/18 58/7 81/3 81/4
ELEMENTARY [1] 52/14
ELIMINATE [1] 81/5
ELLEN [1] 1/9
ELMO [5] 19/15 21/9 23/23 26/10 33/4
ELSE [5] 64/10 72/19 76/3 83/16 86/1
ELSEWHERE [1] 65/22
EMPLOYED [5] 3/10 3/11 3/22 4/7 4/12
EMPLOYMENT [2] 4/1 4/12
EMPTY [2] 67/13 72/12
EN [1] 71/5
ENCOUNTERS [1] 65/21
END [2] 79/15 79/16
ENDED [1] 34/12
ENDING [2] 27/14 30/14
ENDS [2] 13/2 24/15
ENFORCEMENT [1] 3/23
ENGINEERS [1] 40/4

# E

**English** [3] 51/25 52/14 65/13
**enter** [2] 59/6 72/8
**entered** [1] 59/11
**entering** [1] 58/16
**entire** [1] 81/10
**entitled** [1] 91/7
**environment** [2] 43/5 43/16
**equations** [1] 39/19
**equipment** [1] 48/17
**Errin** [1] 1/17
**especially** [1] 65/12
**et** [2] 84/1 84/2
**even** [3] 43/18 45/25 80/12
**evening** [2] 79/8 79/18
**events** [1] 52/15
**ever** [3] 33/7 40/9 48/8
**every** [4] 41/8 43/17 43/18 74/18
**everything** [1] 77/22
**evidence** [17] 10/11 10/20 11/20 17/7 19/20 21/12 23/24 31/7 31/9 33/6 34/21 35/3 54/11 58/21 58/25 62/3 81/11
**ex** [1] 85/17
**exact** [2] 15/24 49/9
**exactly** [3] 37/13 47/1 50/2
**EXAMINATION** [4] 3/1 5/21 36/6 51/8
**examining** [1] 82/11
**example** [2] 11/11 28/6
**exception** [1] 82/9
**excludes** [1] 31/2
**excuse** [3] 21/23 30/12 85/22
**excused** [6] 5/15 50/21 79/22 79/23 86/8 89/2
**exhibit** [22] 4/21 9/10 9/13 9/16 10/19 11/6 11/20 12/2 23/25 35/3 35/16 55/3 55/18 55/20 56/25 57/13 58/21 58/24 59/2 64/18 69/15 70/18
**exhibits** [3] 10/12 86/5 90/12
**exit** [1] 76/11
**expanded** [1] 40/9
**exparte** [1] 89/3
**expect** [1] 80/12
**experience** [3] 15/19 36/13 48/8
**expert** [1] 84/11
**experts** [1] 81/19
**explain** [18] 12/11 14/12 14/15 18/7 19/2 20/21 22/3 23/14 25/15 26/2 26/24 32/15 59/25 62/8 70/24 75/3 75/24 76/13
**explained** [1] 73/2
**explaining** [1] 13/7
**expressway** [5] 67/18 67/22 67/22 67/25 73/3
**extra** [1] 36/1

# F

**facing** [2] 12/16 46/14
**fact** [4] 38/8 38/12 44/25 49/1
**factor** [4] 40/12 41/18 42/6 42/8
**factors** [4] 39/14 39/17 39/21 41/9

**fair** [4] 11/12 12/18 39/13 43/24
**fall** [2] 4/18 5/2
**familiar** [3] 3/22 47/20 48/5
**far** [5] 37/14 41/11 44/4 45/16 47/7
**FBI** [5] 4/17 5/5 36/14 53/5 61/2
**February** [3] 1/7 2/13 2/15
**fee** [1] 85/5
**few** [2] 28/3 36/1
**fields** [1] 43/13
**Fifth** [4] 82/14 82/17 83/15 88/20
**figure** [2] 80/9 86/7
**final** [1] 32/16
**financial** [1] 63/1
**find** [3] 82/7 84/18 85/8
**fine** [4] 2/7 2/10 13/22 79/9
**fingerprint** [1] 87/22
**finish** [2] 81/9 87/15
**first** [29] 3/4 3/4 3/13 6/9 11/15 12/9 13/25 20/24 31/22 32/19 33/10 41/1 51/14 61/11 61/12 66/6 66/17 66/24 68/10 72/25 75/4 77/20 78/1 78/8 78/22 78/22 78/23 85/20 85/21
**five** [5] 58/23 59/8 63/9 75/19 75/19
**flat** [1] 28/21
**Florida** [1] 3/15
**fluent** [2] 51/25 71/18
**focus** [2] 11/4 23/25
**folks** [2] 81/6 86/18
**follow** [2] 21/21 39/1
**following** [1] 15/5
**follows** [1] 15/1
**foot** [1] 50/7
**foregoing** [1] 91/5
**foresee** [1] 83/12
**form** [2] 75/16 75/17
**format** [1] 12/12
**Fort** [1] 62/4
**forth** [7] 15/18 19/6 22/8 30/24 30/25 33/25 59/22
**foundation** [1] 17/8
**four** [2] 25/16 31/1
**Fourth** [1] 1/13
**Franklin** [6] 11/17 17/21 23/22 26/9 27/11 33/3
**free** [1] 50/18
**Friday** [9] 2/12 81/21 81/24 83/16 83/19 83/23 87/20 87/21 88/17
**fridge** [2] 67/14 72/13
**front** [1] 73/18
**fruit** [1] 75/8
**fruits** [1] 77/13
**full** [1] 64/11
**further** [8] 5/7 24/25 27/15 27/16 28/25 29/10 30/22 35/5

# G

**Garcia** [9] 55/13 64/9 64/14 64/15 64/20 64/25 65/2 65/10 77/16
**gave** [4] 66/19 68/14 76/6 84/10
**gears** [1] 8/22
**general** [4] 43/4 44/16 47/4 50/3

**generalities** [1] 47/2
**generally** [1] 37/1
**gentleman** [1] 2/5
**gentlemen** [6] 2/19 18/22 35/21 59/25 60/14 79/10
**Georgia** [5] 66/7 66/8 66/9 66/10 66/11
**get** [29] 40/10 41/19 52/20 53/7 62/8 62/12 62/18 63/6 66/19 68/12 68/12 68/17 70/5 72/5 74/1 74/15 74/24 74/25 76/7 76/17 77/7 76/16 80/17 83/2 83/25 84/15 86/4 86/6 87/20
**gets** [4] 27/21 40/4 40/7 85/4
**getting** [2] 70/10 84/4
**Giant** [1] 52/19
**Gibson** [1] 35/2
**give** [9] 11/11 14/10 16/1 47/9 65/24 66/3 83/19 83/22 86/18
**given** [1] 9/25
**giving** [3] 19/9 47/16 47/18
**glad** [1] 19/3
**Gloria** [4] 19/12 86/21 86/22 87/12
**go** [30] 12/14 21/14 23/7 31/14 39/17 43/15 48/16 48/17 48/23 49/12 50/18 52/8 57/16 57/18 57/19 61/5 61/7 63/13 63/16 65/6 68/13 72/4 72/21 72/24 73/4 76/14 76/17 76/21 86/24 87/11
**goes** [4] 7/18 8/1 13/5 45/16
**going** [44] 2/19 11/24 12/22 15/6 21/11 27/18 31/7 31/8 40/22 40/24 41/6 46/4 49/17 54/11 58/12 62/21 63/3 65/5 65/7 66/25 68/16 70/6 72/7 72/25 76/2 76/3 76/3 76/8 77/19 77/24 80/2 80/2 80/13 80/19 81/20 82/8 82/17 84/5 84/5 86/24 87/11 87/14 87/25 89/1
**gone** [2] 68/23 88/22
**good** [11] 2/16 5/18 28/6 36/8 36/9 37/4 41/19 51/10 63/5 79/10 79/18
**goods** [1] 62/24
**got** [30] 7/20 14/9 52/15 53/2 53/3 53/5 62/10 63/22 65/13 68/9 68/21 70/3 70/4 72/10 72/18 74/11 76/16 77/4 77/10 77/12 77/19 77/23 79/6 83/2 83/25 84/8 85/1 85/23 88/1 88/8 88/18
**Government** [8] 1/12 2/24 5/17 9/25 51/6 85/23 90/4 90/14
**Government's** [22] 9/10 9/13 10/12 10/19 11/6 11/19 12/2 23/25 33/6 35/3 35/16 55/3 55/18 55/20 56/25 57/13 58/21 58/24 59/2 64/18 69/15 73/19
**grams** [2] 59/9 59/18
**greater** [1] 43/6
**green** [3] 13/12 20/14 21/7
**grew** [1] 52/3
**Griffith** [3] 1/21 91/5 91/12
**ground** [6] 41/12 41/15 41/16 42/21 45/23 48/20
**grouped** [1] 8/15

**G**

GROUPS [1] 10/1
GUILT [1] 59/6
GUILTY [6] 58/15 58/17 59/6 59/11 59/13 59/15
GUY's [1] 63/24
GWEN [1] 83/6
GYM [1] 54/20

**H**

H-E-B [5] 52/18 52/21 52/22 52/23 62/23
HAD [28] 7/16 9/25 28/24 40/15 48/12 49/10 53/10 53/16 54/23 55/8 57/4 61/2 62/20 63/3 63/4 63/15 65/4 66/7 67/13 72/6 72/8 74/5 74/18 74/18 75/8 78/2 81/13 87/17
HALF [5] 19/19 59/18 71/2 78/9 78/10
HAND [6] 2/23 38/18 38/19 38/20 39/4 51/5
HANDLE [1] 40/18
HAPPEN [3] 40/3 53/1 76/14
HAPPENED [5] 68/8 76/13 76/15 77/10 78/1
HARD [3] 7/16 13/12 82/8
HARDSHIPS [1] 63/1
HAS [19] 21/19 22/17 25/5 25/7 25/20 26/16 29/11 29/12 40/9 41/11 41/12 41/23 45/17 54/7 82/15 82/20 85/13 88/5 88/22
HAT [1] 42/23
HAVE [104]
HAVEN'T [1] 85/12
HAVING [5] 7/15 40/2 63/1 85/4 87/22
HE [46] 2/10 14/22 15/3 17/14 24/12 26/14 41/16 54/4 54/5 54/7 56/1 56/11 56/23 56/24 62/10 62/12 63/24 63/24 64/2 64/4 64/10 65/3 65/5 65/16 65/18 68/15 68/15 68/16 72/6 72/8 72/8 73/2 73/4 73/4 77/19 77/21 78/6 78/7 78/8 82/3 82/6 82/21 82/25 85/4 85/10 85/14
HE'LL [1] 17/14
HE's [16] 48/19 50/25 53/25 53/25 54/1 54/1 58/7 82/5 82/21 83/3 83/5 83/7 83/7 83/8 85/9 88/18
HEAD [3] 65/9 72/7 73/2
HEADACHES [1] 84/2
HEADING [1] 18/13
HEAR [2] 75/1 83/14
HEIGHT [2] 41/9 41/11
HELD [2] 83/11 89/4
HELP [5] 37/5 58/11 61/5 72/25 82/10
HER [2] 58/17 87/20
HERE [108]
HERE's [3] 16/15 18/11 20/14
HI [1] 51/11
HIGH [1] 41/14
HIGHER [1] 41/15
HIGHWAY [3] 67/22 67/23 67/25
HILL [3] 28/22 28/25 42/2

HILLS [1] 48/25
HIM [29] 15/25 53/24 55/7/49/13 56/2 56/15 56/22 58/2 58/8 62/11 63/24 64/1 64/2 64/10 64/20 64/23 65/11 73/16 77/24 78/21 78/22 78/25 82/21 82/21 83/4 85/8 85/10 85/12 85/13 88/12
HIRE [1] 64/1
HIS [10] 10/8 11/22 55/14 56/15 57/24 58/8 62/16 64/11 64/12 64/13 69/10 71/9 78/19 81/24 83/3 83/8
HISTORY [1] 5/25
HIT [1] 73/3
HOLD [4] 79/20 79/24 81/21 85/24
HOLDING [1] 49/22
HOLLAND [5] 82/3 82/23 82/23 82/25 83/1
HOME [5] 19/19 52/12 52/13 65/9 77/9
HONOR [17] 2/4 5/10 5/12 5/20 10/13 12/21 35/20 50/19 58/17 79/7 80/4 80/16 81/1 83/19 84/9 86/10 88/24
HONORABLE [1] 1/9
HOPE [1] 82/8
HOPES [1] 9/23
HORNE [3] 87/3 87/13 87/14
HOTELS [1] 71/3
HOUR [4] 14/19 15/13 19/19 27/2
HOURS [1] 23/12
HOUSE [70] 6/18 7/3 7/10 7/17 8/12 8/19 10/8 15/21 17/2 18/11 21/23 22/10 22/16 25/11 25/18 27/23 28/7 28/8 28/10 28/17 28/22 28/23 29/10 30/16 31/2 32/23 33/1 34/3 34/10 34/22 53/13 53/14 53/15 53/19 54/12 54/13 54/14 54/17 54/22 54/24 55/9 67/2 67/3 67/4 67/5 67/7 67/8 67/13 67/13 67/15 68/5 68/10 70/25 72/1 72/3 72/4 72/5 72/8 72/9 72/10 72/11 72/12 72/18 77/11 78/2 78/22 80/7 80/24 87/2 87/4
HOUSTON [1] 71/7
HOW [47] 4/2 10/22 14/7 37/13 39/20 41/11 41/13 42/10 44/4 45/16 47/7 47/20 48/5 48/15 52/10 52/11 53/15 54/24 56/20 58/12 62/8 63/6 65/22 65/22 68/11 68/12 68/23 69/20 69/20 70/13 70/24 71/14 72/4 72/5 75/3 75/6 75/10 75/18 75/25 76/14 76/21 77/16 77/21 78/6 80/20 85/7 88/2
HUGGINS [8] 16/24 17/13 17/17 19/12 19/17 26/13 26/13 87/13
HUGGINS' [11] 19/18 19/25 20/9 23/4 24/16 25/1 25/6 25/23 26/6 26/17 87/2
HUH [1] 81/12
HUVELLE [3] 1/9 60/4 60/9

**I**

I'D [19] 3/8 3/12 8/22 8/22

8/24 11/14 11/19 20/18 23/7 23/7 26/8 89/2 39/05 39/7 40/23 51/13 51/18 54/10 60/7 65/21
I'LL [13] 16/25 19/3 21/14 23/24 64/20 68/4 80/16 80/17 80/21 83/19 86/6 86/7 88/2
I'M [27] 4/13 7/17 19/15 21/1 31/7 31/8 37/25 40/22 40/24 41/5 45/12 47/22 47/25 48/5 54/16 56/16 57/24 67/19 69/25 70/2 75/12 78/7 78/14 81/22 82/20 87/11 88/2
I'VE [7] 7/20 12/13 24/12 31/11 40/5 84/8 88/18
I-70 [3] 43/13 43/14 43/15
I-N-D-E-X [1] 90/1
IDEA [9] 43/9 56/20 66/18 78/6 79/3 79/4 82/7 82/18 82/22
IDENTIFIED [1] 54/8
IGNORE [1] 12/20
ILLEGAL [1] 54/22
IMAGINE [1] 84/2
IMPORTANT [2] 12/19 12/24
IMPOSED [1] 59/22
INCARCERATED [3] 60/19 83/7 83/8
INCLUDE [2] 19/24 26/6
INCLUDES [2] 22/10 28/10
INCLUDING [1] 9/7
INCONSISTENT [4] 17/25 19/20 32/4 33/13
INDICATE [11] 13/16 16/21 18/15 18/16 19/8 20/10 21/18 22/15 24/14 37/9 47/12
INDICATED [3] 21/7 37/13 63/19
INDICATES [3] 15/19 29/9 39/8
INDICATING [9] 6/5 17/14 20/12 20/16 22/8 26/14 28/8 29/12 30/25
INDICATOR [2] 21/3
INDICTMENT [1] 59/7
INDIVIDUAL [4] 71/8 72/24 73/5 73/6
INDIVIDUALS [1] 77/6
INDULGENCE [2] 34/24 86/9
INFLATED [1] 54/19
INFORMATION [6] 36/17 37/8 37/12 37/16 46/19 46/22
INFORMED [1] 84/1
INSIDE [6] 32/5 33/14 50/11 55/6 72/5 72/10
INSTALLED [1] 4/5
INSTANCE [1] 81/25
INSTEAD [1] 27/17
INSTRUCT [1] 35/21
INSTRUCTIONS [1] 65/3
INTEND [2] 81/19 88/11
INTENT [1] 59/8
INTEREST [1] 65/11
INTERESTED [1] 63/20
INTERSTATE [1] 25/8
INVESTIGATION [1] 62/1
INVESTIGATOR [3] 81/23 84/10 85/12
INVOLVED [6] 52/15 61/2 62/9 62/10 62/18 63/6
IRRELEVANT [1] 18/24

**I**

IRS [1] 88/12
is [297]
isn't [4] 45/1 49/2 49/4 49/8
issue [3] 73/25 86/19 87/5
issued [1] 74/1
it [129]
it's [40] 3/18 7/15 8/2 12/15
12/19 13/4 13/12 14/18
14/19 16/4 18/11 21/3 23/15
31/13 35/12 37/4 39/8 39/10
40/20 41/15 46/13 46/14
47/16 49/12 51/24 52/7
52/18 63/12 64/1 64/9 67/9
67/23 70/11 70/17 75/2
75/20 76/25 82/1 86/24
88/14
its [9] 6/17 7/10 24/25 32/25
37/2 42/16 44/5 45/21 49/13
itself [2] 38/21 40/14

**J**

Jackson [10] 80/24 81/7 82/6
82/22 84/3 86/19 87/5 87/7
87/9 88/6
Jackson's [1] 80/24
jail [2] 61/2 82/6
January [3] 66/19 66/21 70/3
Jeffrey [1] 1/17
job [1] 64/2
Joe [5] 63/24 63/25 63/25
64/9 64/10
John [2] 19/12 86/23
Johnson [10] 80/7 80/14
80/23 84/3 84/6 86/19 87/6
87/7 87/9 88/16
JONES [40] 1/5 1/16 2/3 6/7
8/24 9/22 10/7 11/2 11/16
16/25 17/1 17/13 17/13
19/18 21/13 24/1 24/2 26/13
27/9 30/7 32/22 34/18 34/19
36/9 40/1 53/21 53/22 54/8
61/23 77/21 77/22 77/23
78/1 78/4 78/18 78/19 78/19
79/1 81/24 90/8
Jones' [17] 7/8 7/15 11/11
15/14 18/11 18/2 19/21 21/1
21/5 23/11 24/9 26/16 29/18
32/4 33/13 79/5 88/17
Jones's [11] 6/14 6/25 8/9
9/14 20/13 21/20 23/20
24/11 27/1 29/13 30/10
José [8] 64/14 64/15 64/19
64/20 64/25 65/2 65/10
77/16
JUDGE [4] 1/10 19/7 60/4
60/8
jump [2] 86/12 86/13
June [1] 58/16
JURY [18] 1/9 2/18 3/12 11/11
11/19 12/20 16/13 16/23
17/12 23/24 36/3 36/5 60/1
60/14 62/7 70/24 75/3 79/19
just [71] 2/13 3/12 8/2 12/13
12/13 12/15 12/23 13/4 14/1
14/14 16/8 16/19 19/9 21/3
21/22 23/14 23/25 24/12
26/9 27/5 27/24 28/16 28/20
29/20 30/22 32/3 32/23
33/12 34/10 35/11 36/21
39/15 42/24 43/13 47/16
47/18 49/16 49/24 50/3 52/2

**K**

Kansas [1] 43/13
Kevin [3] 86/16 86/21 87/1
key [2] 63/8 63/9
keys [3] 53/16 53/17 72/8
kilo [2] 75/16 75/17
kilograms [3] 59/9 59/16
59/19
kilos [5] 53/17 53/18 66/25
68/11 75/5
kind [26] 7/15 8/1 8/11 8/15
9/25 12/15 12/19 13/12
14/17 15/1 15/6 15/18 15/11
21/5 25/6 27/17 27/19 41/7
42/13 45/8 47/14 47/18
49/11 49/18 49/18 49/19
kinds [1] 82/16
Kirk [1] 87/4
Kirschner [6] 86/14 86/20
86/25 87/11 87/12 87/14
knew [1] 76/11
knocking [1] 53/5
know [70] 10/6 10/22 11/7
14/7 28/18 31/11 35/14
35/14 38/4 38/4 38/8 38/12
38/14 38/15 40/13 41/4
44/18 45/25 47/25 52/22
55/6 55/12 55/16 57/7 57/13
57/21 57/25 63/15 64/11
64/13 64/16 64/23 65/2
66/11 67/9 67/15 67/16
67/19 67/24 68/23 69/9
69/10 69/13 71/14 72/4 73/1
73/16 74/9 74/23 75/12
75/22 76/5 76/14 76/21
78/19 78/21 79/1 81/19
81/21 82/2 82/6 82/11 82/12
82/13 83/5 83/9 83/15 84/4
85/10 88/20
known [3] 59/19 64/20 65/10
knows [2] 17/12 82/18

**L**

lack [2] 18/23 35/23
ladies [6] 2/19 18/22 35/21
59/25 60/14 79/10
language [2] 51/25 52/11
last [15] 3/5 3/6 8/13 20/4
29/2 34/4 34/15 51/13 51/14
56/16 69/11 82/22 83/13
84/9 88/9
late [1] 80/19
later [7] 28/3 63/25 64/2
69/5 72/15 76/16 76/18
latest [1] 79/15
latitude [1] 14/10
law [16] 3/23 55/21 62/10
62/12 62/14 63/20 63/22
63/23 65/14 65/15 65/16
68/14 69/4 70/5 74/4 77/6
Lawrence [1] 82/20
lawyer [7] 58/11 82/20 82/23
83/3 83/3 83/8 88/19
lawyers [3] 82/1 84/1 84/1
learn [2] 77/18 79/5

**L** (continued)

learned [1] 77/15
learning [1] 52/04
least [2] 3/18 83/13
leave [4] 16/25 17/14 61/5
79/11
left [1] 16/24
legal [1] 3/4
less [4] 14/19 41/16 59/16
59/18
lesser [1] 43/6
let [13] 27/4 32/3 33/3 33/12
40/9 41/6 43/25 54/7 55/17
65/15 68/10 71/17 85/23
let's [3] 31/14 32/1 50/22
levels [9] 10/8 13/11 13/13
13/18 14/23 27/16 34/14
87/3 87/13
license [1] 65/13
life [1] 61/7
like [58] 2/4 3/8 3/12 8/22
8/22 8/24 11/14 11/19 14/3
14/14 15/15 20/18 23/7 23/9
26/19 28/25 29/15 34/12
36/21 39/7 40/23 42/2 42/12
48/12 49/10 49/18 51/12
51/13 51/18 51/19 52/19
52/19 53/16 54/10 54/20
54/20 60/7 62/7 62/8 62/25
65/21 66/19 67/19 69/1 71/2
72/1 72/5 72/11 72/16 72/17
74/7 75/8 75/19 75/19 75/21
76/12 76/24 79/7
limitations [2] 82/15 88/22
limited [1] 42/22
line [11] 11/21 12/24 12/25
13/2 26/12 37/2 37/5 37/10
39/15 49/15 49/18
lines [1] 12/23
lining [1] 2/11
Lisa [3] 1/21 91/5 91/12
list [15] 14/9 14/9 80/25
81/23 82/3 82/19 82/24
83/13 83/17 83/17 83/19
83/20 83/22 88/3 88/10
listed [1] 80/1
listen [2] 61/22 79/12
little [18] 12/12 12/14 12/15
14/1 14/19 20/14 21/5 26/7
26/14 51/18 52/2 54/20
63/12 67/6 74/12 74/14
79/17 86/18
live [1] 65/17
lived [2] 10/7 52/5
lives [1] 65/18
load [1] 77/9
loading [5] 39/21 39/23
39/24 39/25 40/17
located [14] 6/5 13/10 20/13
21/24 23/5 23/6 23/20 24/11
25/21 53/25 54/1 67/7 67/8
69/6
location [19] 15/21 17/2
17/14 19/21 28/19 31/2 47/2
62/5 63/16 65/25 66/6 66/7
66/24 67/1 68/16 76/7 76/9
76/15 76/18
locations [6] 10/9 65/23 66/1
66/1 66/2 66/4
locked [3] 77/14 83/5 83/5
logged [1] 34/8
logistical [1] 83/24
long [5] 68/23 70/24 80/20
82/8 88/22

**L** (second column)

52/10 54/4 54/5 60/3 63/16
63/16 64/12 65/5 65/7 65/17
65/24 66/3 67/6 67/13 68/4
68/17 68/21 70/19 70/24
72/8 73/2 73/18 77/3 77/5
77/8 78/2 79/25 83/3 83/24
86/4 86/13

**L**

LONGITUDE [1] 14/10
LOOK [12] 9/11 9/18 9/21
29/16 46/19 46/22 61/25
62/3 62/7 72/5 72/11 81/8
LOOKED [3] 9/2 35/11 48/9
LOOKING [17] 5/25 6/12 13/7
14/13 18/7 20/6 20/21 20/24
22/4 22/13 32/20 32/21
33/21 34/5 47/2 49/24 88/3
LOT [2] 42/13 56/24
LOUD [1] 51/13
LUNCHEON [1] 5/23

**M**

M-A-N-I-T-O [1] 71/13
MA'AM [45] 2/9 11/13 15/24
16/6 18/20 31/23 32/18 33/9
33/11 46/11 46/15 52/9
53/14 53/18 53/23 54/6
54/16 55/5 55/11 55/23
56/10 56/21 57/2 57/17
58/13 58/18 59/12 60/13
61/4 61/6 61/20 61/24 62/6
63/10 69/14 70/23 71/7
71/15 73/11 73/14 73/17
74/16 75/15 77/17 78/14
MACHINE [2] 54/23 72/17
MADE [7] 14/20 18/9 22/6
49/25 63/22 68/18 87/18
MAIN [1] 47/5
MAKE [14] 29/17 38/8 38/12
38/25 39/1 39/5 40/11 40/24
44/15 58/11 62/12 62/21
65/25 88/15
MAKES [4] 39/9 39/20 40/20
40/22
MAN [3] 54/1 55/18 55/20
MANITO [7] 71/8 71/10 71/11
73/4 74/4 74/25 77/7
MANY [2] 10/22 65/23
MAP [23] 7/16 10/1 14/11
14/22 18/12 22/16 24/11
25/7 25/18 26/3 27/1 27/16
27/24 28/15 30/9 34/10 45/8
47/12 48/9 48/13 48/19
49/10 49/12
MAPPED [1] 33/23
MAPPING [1] 44/20
MAPS [3] 9/14 11/2 47/17
MARCH [2] 60/7 60/18
MARK [1] 16/9
MARSHAL [1] 50/25
MARY [1] 81/4
MARYLAND [8] 20/15 21/7
23/21 29/14 43/17 66/13
66/14 80/8
MATERIALS [1] 4/15
MATTER [1] 91/7
MATTERS [1] 79/16
MATTRESSES [1] 72/16
MAY [9] 37/23 38/1 51/7
79/25 82/6 82/7 82/16 82/21
82/21
MAYBE [5] 40/2 40/8 43/15
84/15 87/15
MAYNARD [1] 82/20
MCALLEN [8] 51/21 51/22 52/4
52/7 61/12 61/13 68/19 70/9
ME [40] 2/7 9/25 15/19 16/21
21/23 27/4 30/12 32/3 33/3
33/12 35/2 41/6 43/25 55/17

55/19 57/8 61/9 62/12 64/3
64/5 65/12 65/15 66/13
68/10 68/14 71/17 72/24
73/2 73/4 73/25 76/4 76/5
76/6 76/7 76/18 83/22 84/10
85/23 87/8 88/19
MEAN [19] 13/2 14/1 38/21
44/14 46/7 47/17 53/9 53/13
53/13 53/17 63/1 68/17
74/21 75/13 80/12 81/10
82/5 82/5 83/16
MEANS [1] 81/17
MEANT [1] 60/21
MECHANICAL [1] 1/25
MECHANISM [2] 3/23 4/2
MEET [5] 61/2 61/11 68/19
69/3 77/20
MEETING [2] 19/18 70/12
MENTIONED [6] 20/23 28/20
63/16 63/24 63/25 78/24
MET [6] 61/9 61/13 63/21
69/5 69/22 78/22
MEXICO [3] 51/23 51/24 65/18
MICHAEL [2] 19/12 87/2
MICHELE [1] 1/12
MIDDLE [1] 42/15
MIGHT [12] 41/15 41/16 41/23
42/3 43/12 43/12 43/14
61/10 65/23 75/19 81/4
84/17
MILE [2] 43/17 44/9
MILES [3] 43/6 43/15 43/18
MILLION [2] 78/9 78/10
MIND [7] 13/6 13/21 13/25
14/12 28/18 38/11 39/1
MINDFUL [1] 14/14
MINIVAN [4] 70/14 70/15 70/16
70/22
MINUTE [7] 16/12 16/16 16/20
23/15 28/8 79/20 86/17
MINUTES [3] 28/3 36/2 51/24
MISCELLANEOUS [19] 4/21 9/10
9/13 9/16 10/12 10/17 10/19
10/23 11/7 35/7 35/8 35/16
58/21 58/24 59/2 90/15
90/16 90/17 90/18
MISSION [3] 52/5 52/6 68/14
MOBILE [1] 40/5
MOMENT [5] 11/18 31/17 34/25
68/20 87/25
MONDAY [1] 87/19
MONEY [15] 54/23 54/24 55/1
55/2 55/8 62/21 62/24 63/4
63/4 63/6 65/9 65/20 77/25
78/5 78/6
MONEY-WISE [2] 62/22 63/4
MONITOR [1] 40/6
MONTANA [1] 13/13
MONTELONGO [2] 55/23 55/24
MONTH [2] 68/24 69/25
MONTHS [1] 61/14
MOORE [5] 20/15 21/6 23/20
29/14 30/11
MORE [13] 12/22 21/5 28/25
41/15 44/9 51/25 59/9 59/9
59/15 59/18 62/21 86/18
87/4
MORNING [4] 2/13 2/14 20/25
23/12 30/8 30/22 32/7 52/25
54/15 55/10 76/19 76/22
83/16 83/23
MOST [1] 43/5
MOTION [2] 80/10 80/14

MOTIVATED [1] 62/18
MOUNTAIN [1] 42/08
MOUNTAINS [1] 48/24
MOVE [5] 10/11 35/3 35/4
41/5 58/20
MOVED [8] 19/22 20/12 21/19
22/17 25/5 25/7 25/20 29/13
MOVEMENTS [1] 23/11
MOVIES [1] 54/19
MOVING [1] 5/9
MR [5] 27/9 32/22 54/22
83/16 90/8
MR. [83] 6/7 6/14 6/25 8/9
8/24 9/14 9/22 9/22 9/23
10/7 11/11 11/21 15/14
16/24 16/24 16/25 17/1
17/13 17/13 17/17 19/19
19/18 19/18 19/21 19/25
20/13 21/1 21/12 21/20
23/11 23/20 24/1 24/2 24/2
24/3 24/9 24/11 26/13 26/13
26/13 27/1 27/10 29/13
29/18 30/7 30/10 34/18
34/19 36/9 40/1 51/10 51/18
53/21 53/22 54/8 54/18
54/24 55/1 55/10 58/11
58/22 61/23 62/7 65/19
77/21 77/22 77/23 78/1 78/4
78/18 78/19 78/19 79/1 79/5
80/2 81/9 81/24 82/3 82/25
83/1 85/2 86/13 88/17
MR. BERMEA [16] 9/23 24/2
24/3 27/10 51/10 51/18
54/18 54/24 55/1 55/10
58/11 62/7 65/19 80/2 81/9
86/13
MR. BERMEA's [1] 58/22
MR. HOLLAND [3] 82/3 82/25
83/1
MR. HUGGINS [5] 16/24 17/13
19/17 26/13 26/13
MR. HUGGINS' [2] 19/18 19/25
MR. JONES [34] 6/7 8/24 9/22
10/7 11/21 16/24 16/25 17/1
17/13 17/13 19/19 18 21/13
24/1 24/2 26/13 30/7 34/18
34/19 36/9 40/1 53/21 53/22
54/8 61 23 77/21 77/22
77/23 78/1 78/4 78/18 78/19
78/19 79/1 81/24
MR. JONES' [9] 11/11 15/14
19/21 21/1 23/11 24/9 29/18
79/5 88/17
MR. JONES's [11] 6/14 6/25 8/9
9/14 20/13 21/20 23/20
24/11 27/1 29/13 30/10
MR. REYNA [1] 79/22
MR. TOM [1] 85/2
MS [9] 11/17 17/21 23/22
26/9 27/11 33/3 90/5 90/7
90/9
MS. [3] 35/2 87/18 88/12
MS. GIBSON [1] 35/2
MS. O'BRIEN [1] 88/12
MS. PASQUAL [1] 87/18
MUCH [14] 5/7 39/7 40/2 42/4
42/10 53/15 54/24 61/8 63/6
63/18 68/3 73/1 76/4 78/6
MULTIPLE [3] 65/25 66/1 66/2
MUST [3] 47/3 82/22 82/23
MY [28] 3/6 10/5 15/19 35/7
46/4 51/16 52/13 52/21
53/21 55/21 60/3 61/17

## M

MY... [16] 62/10 62/12 63/4
63/23 65/13 65/13 68/14
69/4 70/5 72/1 72/25 74/4
77/6 82/1 84/9 85/12
MYSELF [2] 69/24 70/11

## N

NAIL [3] 43/21 43/23 44/8
NAME [33] 3/3 3/4 3/5 3/6 3/6
51/12 51/14 51/14 51/14
51/16 55/14 55/14 56/16
57/24 58/1 58/8 62/16 63/24
63/25 64/6 64/11 64/12
64/13 64/23 67/17 69/9
69/10 69/11 71/9 74/10
78/19 78/21 79/5
NAMED [1] 52/18
NAMES [1] 55/12
NASSAU [1] 1/18
NAVY [1] 76/12
NEAR [3] 13/18 14/23 29/10
NEARER [1] 41/24
NEED [12] 36/1 63/16 79/20
80/9 80/13 81/18 81/19
81/21 81/23 83/14 84/4 86/1
NEEDS [1] 88/19
NEIGHBORHOOD [1] 39/11
NETWORK [12] 14/4 14/5 14/20
18/10 19/4 23/17 25/17 34/8
40/4 41/4 41/7 42/18
NETWORK's [1] 41/4
NETWORKS [3] 40/21 48/17
48/18
NEVER [3] 31/9 31/19 49/9
NEW [4] 23/8 83/20 83/22
87/19
NEXT [36] 6/20 7/4 7/11 7/22
8/4 10/25 13/11 13/23 15/8
18/5 18/21 20/10 21/8 21/18
21/25 22/11 22/21 23/1 24/5
24/18 25/1 25/12 25/24
26/21 27/25 28/11 28/14
29/7 30/17 32/12 32/24
33/18 39/20 50/22 50/23
81/14
NEXTEL [2] 15/15 85/9
NEXTELS [2] 73/24 74/7
NICKNAME [3] 52/20 52/21
56/1
NICKNAMES [1] 56/21
NIGHT [2] 76/17 76/19
NIGHTCLUB [2] 13/19 34/14
NINE [1] 79/13
NO [49] 1/3 5/7 5/10 5/12
10/16 33/9 35/4 35/14 35/16
35/19 35/23 36/25 37/11
37/15 37/19 37/22 40/19
42/7 43/13 44/24 45/10 47/8
49/24 50/3 50/6 50/8 50/10
50/12 50/14 50/17 50/25
55/13 56/21 58/24 67/5 71/4
71/21 71/23 71/25 74/11
79/2 79/3 79/4 82/7 82/18
82/22 86/3 88/20 90/13
NORMA [1] 87/3
NORMALLY [3] 28/23 37/21
40/3
NORTH [7] 8/3 24/15 26/7
27/15 28/7 30/13 34/11
NORTHEAST [2] 8/11 21/23
NORTHWEST [1] 21/23

NOS [1] 10/19
NOT [68] 2/1 14/8 14/13 16/5
5/24 10/23 12/24 13/4 17/8
19/8 28/21 28/23 31/13
31/21 35/2 35/4 35/20 35/22
37/4 37/23 38/1 38/9 38/13
39/10 40/12 41/14 41/14
41/18 41/25 44/24 45/25
46/2 47/2 47/4 48/12 48/23
49/16 49/20 55/14 56/16
57/24 67/19 67/24 71/24
72/25 73/24 74/2 74/9 76/5
78/20 79/11 79/12 79/21
80/17 82/21 83/3 84/25
85/21 87/5 87/24 88/1 88/8
NOTES [1] 79/11
NOTHING [2] 12/25 47/9
NOW [61] 2/11 4/7 8/22 12/11
13/6 14/6 14/12 17/20 17/24
18/12 18/22 19/2 20/2 20/6
20/12 20/18 21/14 21/19
21/20 22/13 22/17 23/7 23/9
24/4 24/21 25/5 25/7 25/19
26/15 26/16 26/19 27/11
28/3 28/13 29/2 29/5 29/11
29/13 29/15 30/1 30/4 30/20
31/7 31/22 32/3 32/15 33/10
34/4 35/15 43/21 44/23 52/5
52/24 61/8 64/13 65/21 68/4
78/18 82/1 82/17 86/7
NUMBER [25] 4/21 6/2 8/25
9/1 9/16 11/6 11/20 12/2
16/2 23/25 33/7 35/3 55/3
55/3 55/18 55/20 56/14
56/25 57/13 59/2 64/18
67/17 69/15 70/1 73/19
NUMBERING [1] 34/9
NUMBERS [5] 9/10 10/12 15/5
18/14 74/13
NW [2] 1/13 1/18

## O

O'BRIEN [2] 88/10 88/12
O'CLOCK [4] 16/4 52/25 76/22
79/13
O'TOOLE [2] 1/17 1/18
O-D-D [2] 45/4 45/5
OATH [1] 5/19
OBJECTION [5] 10/15 17/5 35/6
58/20 84/16
OBLIGATIONS [3] 59/22 60/1
60/3
OBSTRUCTION [2] 41/19 41/24
OBSTRUCTIONS [1] 37/6
OBTAIN [1] 3/24
OBTAINED [1] 4/17
OBVIOUSLY [2] 15/23 71/17
OCCASION [1] 7/1
OCCUR [1] 40/19
OCCURRED [1] 6/14
OCCURRING [1] 78/16
OCTOBER [32] 6/11 6/13 6/15
6/22 7/6 7/13 8/7 8/8 8/14
9/7 9/17 23/8 23/9 25/16
26/4 26/19 27/3 27/8 28/14
29/6 29/15 30/4 30/8 30/20
32/15 32/19 33/7 33/24 34/6
52/24 54/11 55/10/17
ODD [5] 45/1 45/3 45/4 45/4
49/2
OFF [29] 8/11 12/16 13/4
15/14 15/17 18/12 18/12
19/9 22/16 25/6 25/18 27/16

27/24 28/6 34/10 41/11
45/15 45/16 47/15 47/16
47/18 49/17 68/20 73/2
83/11
OFFER [3] 63/22 63/23 65/3
OFFERED [2] 62/11 63/6
OFFICE [1] 1/13
OFFICIALS [1] 3/23
OH [4] 35/12 50/25 57/19
89/1
OIL [1] 75/21
OKAY [74] 2/8 5/13 9/4 10/17
11/6 11/14 12/4 12/7 12/22
13/6 13/6 16/18 19/2 18/4
20/18 21/11 26/19 29/15
30/2 31/3 31/14 31/24 32/11
32/19 34/15 36/2 37/8 39/13
40/24 45/5 46/16 47/11
50/18 50/24 51/3 51/16
52/20 54/7 55/15 56/3 56/23
58/10 61/1 63/23 64/20 66/3
66/12 66/17 67/6 67/12 68/5
68/6 68/10 69/3 72/3 74/3
74/9 76/13 78/16 79/10
81/17 84/8 84/15 85/18
85/22 85/24 86/15 86/17
86/24 87/9 87/12 88/2 88/14
88/23
ONCE [9] 41/3 41/7 65/7 65/8
68/9 69/22 72/1 77/19
77/22
ONE [46] 6/17 10/25 11/18
15/25 16/12 16/16 19/15
26/7 26/17 29/20 32/24
33/4 34/10 37/17 38/18 39/4
39/11 39/11 39/21 41/9
41/23 42/15 43/6 49/4 51/25
56/21 59/18 65/25 65/25
66/13 66/14 66/14 70/17
74/5 78/8 79/20 80/6 80/12
80/20 81/5 81/17 82/6 84/9
86/5 86/22
ONLY [10] 23/15 38/8 38/12
40/3 67/8 67/13 72/1 72/12
76/11 81/3
OPEN [1] 85/21
OPPORTUNITY [1] 61/18
OPPOSITION [2] 84/3 87/8
ORALLY [2] 80/22 87/10
ORDER [10] 2/20 4/4 4/16 5/5
15/5 36/16 80/3 81/20 86/18
89/4
ORDERED [1] 5/5
ORDERS [4] 4/5 4/16 4/22 5/1
40/3 67/8 67/13 72/1 72/12
76/11 81/3
OTHER [19] 10/14 11/22 14/3
14/24 46/12 49/23 55/9
56/22 64/23 64/23 66/13
74/3 77/5 78/8 77/9 16 80/23
82/6 82/16 88/2
OUGHT [1] 85/21
OUR [1] 26/12
OUT [29] 2/5 2/20 6/17 7/16
10/1 11/4 11/8 12/15 14/22
21/2 23/10 24/25 32/6 36/3
43/15 48/14 48/16 48/17
48/23 49/12 49/13 53/24
60/19 79/19 80/9 81/13
83/24 84/18 86/7
OUTGOING [2] 22/7 27/9
OVER [17] 8/18 19/23 22/16
25/6 27/5 27/21 31/4 34/7
40/25 41/5 41/6 51/3 52/19

## O

OVER... [4] 54/1 71/7 76/5 86/13
OVERHEARD [1] 62/11
OVERLAPPING [2] 16/22 22/9
OVERLOADED [3] 40/2 40/4 40/10
OVERNIGHT [1] 62/24
OVERRULED [1] 18/4
OVERVIEW [2] 65/24 66/3

## P

P-A-G-A-T-E [1] 48/4
P-R-O [1] 48/3
P.M [55] 1/8 1/9 6/15 7/7 7/14 8/8 8/16 8/16 11/22 11/22 13/9 13/9 13/14 14/18 14/18 14/22 15/10 15/10 15/13 16/10 16/10 16/15 17/24 17/24 18/9 18/9 19/5 19/5 20/8 22/5 22/6 22/14 22/14 22/20 23/1 23/2 26/4 27/2 27/2 27/9 28/5 28/15 29/7 29/8 30/12 32/21 32/24 33/7 33/15 33/24 33/24 34/7 34/7 34/12 89/5
PACK [2] 68/25 69/1
PACKAGED [1] 75/10
PAGE [1] 90/13
PAGES [4] 10/22 10/24 10/24 11/1
PALM [1] 3/15
PANS [1] 72/16
PAPER [2] 75/21 75/22
PARAGRAPH [2] 59/14 59/22
PARENTS [1] 52/13
PARK [1] 76/25
PARKED [1] 77/5
PART [6] 44/22 48/8 59/13 59/14 59/23 60/1
PARTE [1] 85/17
PARTICIPANT [1] 61/23
PARTICULAR [14] 4/23 9/5 11/4 13/17 14/13 29/17 34/20 36/24 38/9 38/13 42/25 50/13 52/16 61/25
PASQUAL [1] 87/18
PASS [1] 77/8
PAST [3] 12/15 21/2 27/18
PATH [1] 30/7
PATTERN [3] 14/17 15/4 29/8
PAUSE [5] 31/16 32/1 35/1 51/2 86/11
PELOS [8] 69/6 69/7 69/13 69/19 69/23 69/24 70/11 74/5
PELOS's [1] 69/9
PEN [5] 3/24 4/5 4/15 4/22 36/20
PENDING [1] 59/7
PEOPLE [15] 11/22 40/10 55/6 55/9 57/1 69/22 70/10 74/3 81/5 81/25 82/7 83/18 85/4 86/6 88/9
PERCENT [1] 40/7
PERFECT [1] 48/12
PERFECTLY [1] 44/23
PERHAPS [2] 35/25 87/20
PERIOD [7] 3/9 9/19 11/15 16/11 18/19 27/20 63/2
PERIODS [1] 9/6
PERSON [26] 49/22 50/4 57/11

63/19 63/21 64/15 64/15 64/15 64/16 65/12 65/7 65/8 69/13 69/13 72/21 73/12 73/13 73/16 73/19 73/21 74/23 78/18 80/23 84/6 85/1 87/22 87/25
PERSONS [2] 77/7 80/7
PHONE [184]
PHONES [7] 9/2 22/10 42/17 74/11 74/18 74/20 75/2
PHONETIC [1] 47/21
PHOTO [4] 31/8 31/11 33/6 73/19
PHOTOGRAPH [4] 21/17 33/8 57/1 70/15
PHOTOGRAPHS [3] 54/10 55/17 61/25
PHOTOS [1] 54/10
PICK [5] 71/5 72/21 72/24 73/4 73/8
PICKED [3] 71/8 74/22 76/16
PICTURE [8] 13/12 46/1 46/2 57/14 69/12 70/17 73/12 73/15
PIE [9] 12/20 35/22 43/21 43/23 44/5 44/7 47/11 47/15 49/10
PIECE [1] 44/6
PIECES [2] 35/22 62/3
PIES [1] 18/23
PIN [4] 7/20 13/12 20/14 21/7
PINGING [3] 84/20 84/21 85/15
PLACE [3] 14/11 40/23 75/25
PLACED [1] 15/23
PLAN [1] 87/19
PLATE [5] 43/21 43/22 43/23 44/7 44/8
PLAY [2] 31/14 31/24
PLAYED [1] 31/25
PLEA [8] 58/17 58/22 59/6 59/11 59/13 59/15 59/23 60/1
PLEAD [1] 58/15
PLEASE [48] 2/16 2/22 3/6/9 6/12 6/20 7/4 7/11 7/23 8/5 8/13 9/11 12/8 13/23 14/12 15/8 17/4 17/17 18/5 18/21 20/4 20/20 21/8 22/1 22/11 22/22 24/6 24/19 25/2 25/13 25/25 26/15 26/22 26/24 27/12 28/1 28/3 28/11 28/13 29/3 30/18 32/13 33/19 51/4 53/24 79/11 79/24 85/24
PLOT [1] 23/10
POINT [9] 19/12 46/12 48/20 48/20 48/21 53/24 60/8 68/7 72/18
POINTED [1] 42/21
POINTS [1] 8/11
POOL [1] 54/20
POPULATION [2] 40/8 43/13
PORN [2] 56/22 56/23
PORNS [1] 56/24
PORTER [1] 81/4
PORTRAYAL [1] 12/19
POSSESS [1] 59/8
POTOMAC [5] 15/21 32/6 32/9 34/3 62/4
POWER [2] 42/8 42/10
PowerPoint [1] 35/10
PRECISE [3] 44/18 47/2 47/5
PREPAID [2] 74/9 74/11
PREPARATION [5] 4/14 11/3

34/16 61/15 61/21
PREPARE [1] 6/22
9/23 36/16
PREPARED [4] 5/25 36/10 86/12 87/24
PRESENT [3] 2/18 36/5 87/4
PRESENTATION [2] 35/10 81/10
PRETTY [5] 39/7 61/8 63/18 68/3 88/14
PREVENT [1] 37/6
PREVIOUS [5] 20/10 25/19 27/23 61/19 69/10
PREVIOUSLY [4] 4/20 5/17 12/13 60/4
PRIMARY [1] 81/6
PRIMO [22] 64/1 64/5 64/6 64/12 64/16 64/19 64/21 64/23 65/3 65/10 68/15 69/6 69/24 70/11 72/6 72/24 74/5 74/18 76/23 77/16 78/21 78/24
PRINCIPLE [1] 45/21
PRIOR [3] 10/14 14/24 52/15
PRIVATELY [1] 4/13
PRIVILEGE [2] 82/14 88/21
PRIVILEGES [2] 82/17 83/15
PRO [1] 1/16
PROBABLY [5] 10/24 25/8 79/16 81/3 85/16
PROBLEMS [6] 83/4 83/12 83/14 83/24 88/18
PROCEDURE [1] 75/24
PROCEDURES [1] 84/22
PROCEEDINGS [2] 1/25 91/6
PRODUCE [1] 24/25
PRODUCED [6] 1/25 7/2 9/14 23/4 23/19 25/10
PRODUCES [6] 6/17 7/10 21/2 32/25 44/5 45/21
PRODUCING [2] 8/18 19/10
PROFFER [2] 85/3 86/7
PROFFERS [1] 86/6
PROPACATE [2] 47/20 47/24
PROPAGAT [1] 48/2
PROPAGATE [3] 48/5 48/6 48/14
PROPAGATION [4] 48/9 48/19 49/15 49/19
PROTOCOL [3] 84/20 84/21 85/14
PROVIDE [6] 5/6 19/23 25/23 26/5 34/2 45/8
PROVIDED [9] 4/17 5/4 8/24 19/12 36/17 37/8 37/12 46/19 46/22
PROVIDER [1] 3/9
PROVIDES [5] 26/7 27/22 27/23 30/15 34/13
PUBLIC [1] 52/8
PULLING [2] 32/6 33/14
PUSH [2] 7/20 21/7
PUSHES [1] 49/13
PUSHING [1] 42/11
PUT [8] 16/8 30/9 35/18 40/8 48/15 70/19 73/18 77/13
PUTTING [1] 62/24

## Q

QUANTITY [1] 75/12
QUESTION [12] 32/3 34/15 37/25 38/11 39/1 41/12 43/25 46/4 47/8 52/24 65/16 71/17

## Q

QUESTIONS [10] 3/21 5/8 5/11 5/12 5/24 11/16 35/5 41/21 50/17 79/25

QUICK [3] 5/13 27/6 79/25

## R

R-O-E-L [1] 51/16
RADIATE [1] 48/12
RADIO [11] 47/20 47/22 47/23 48/6 48/9 48/11 48/14 49/1 49/4 49/6 49/8
RADIUS [10] 43/5 43/10 43/22 43/24 44/1 44/4 44/6 44/13 44/18 44/21
RAE [1] 1/17
RAISE [2] 2/22 51/4
RAISED [3] 52/3 52/4 52/4
RANGE [1] 10/3
RANGOV [2] 88/10 88/11
RANKS [1] 39/20
RAYS [1] 75/23
REACHED [1] 77/3
READ [2] 71/20 79/12
READS [1] 39/10
READY [8] 66/19 68/15 68/17 70/5 70/10 74/25 76/17 77/5
REAL [10] 27/5 35/24 58/1 64/6 64/13 65/5 69/9 69/10 73/2 79/5
REALISTIC [1] 81/15
REALLY [7] 34/14 43/9 44/7 45/1 49/14 49/14 82/9
REARRESTED [1] 82/2
REBUTTAL [2] 87/23 88/13
RECALL [2] 58/16 87/2
RECEIVE [5] 5/1 38/25 39/6 74/23 76/20
RECEIVED [8] 10/20 58/25 60/12 60/15 70/4 75/6 75/7 76/17
RECEIVES [1] 40/20
RECEIVING [1] 75/5
RECESS [2] 5/23 36/4
RECESSED [1] 89/5
RECOGNIZE [10] 54/12 55/4 59/3 59/5 59/9 10/64/16 69/13 69/17 73/16 73/19
RECORD [8] 3/3 37/16 46/18 49/21 51/12 54/7 83/11 91/6
RECORDED [1] 1/25
RECORDS [21] 4/11 9/2 14/17 18/3 21/18 33/17 36/17 36/18 36/21 36/21 36/23 37/9 37/13 38/15 40/14 40/25 46/25 47/6 47/9 49/24 84/25
RECOVERED [1] 62/4
RECROSS [1] 90/3
RED [2] 14/1 14/3
REDACTED [1] 1/4
REDIRECT [1] 90/3
REFER [2] 64/20 68/4
REFERENCE [1] 21/11
REFERENCING [1] 16/14
REFERRING [2] 40/1 48/19
REFERS [1] 42/10
REFLECT [1] 35/24 54/7
REGARDING [2] 4/15 88/21
REGISTER [4] 3/24 4/16 4/22 36/21
REGISTERED [1] 57/21

## REGISTERS

REGISTERS [1] 4/5
RELATING [1] 88/21
RELATION [2] 41/10 51/22
RELEASED [1] 61/1
RELEVANCE [1] 35/23
RELY [2] 36/16 45/17
REMEMBER [8] 2/15 18/22 49/16 60/11 66/17 69/11 80/3 85/25
REMIND [3] 11/19 28/20 82/10
REMINDED [1] 19/7
REMINDING [2] 28/18 28/19
REPEATING [2] 38/11 39/1
REPORT [3] 10/3 10/22 47/11
REPORTER [1] 1/21 3/5 51/15 91/3
REPORTS [5] 36/10 36/14 36/16 47/14 81/18
REPRESENT [2] 14/3 30/6
REPRESENTS [1] 82/3
REPUBLIC [1] 51/23
RESIDENCE [16] 20/9 20/13 21/5 21/20 23/4 23/5 23/20 24/11 24/17 25/6 25/23 26/6 26/17 29/13 30/11 32/9
RESIDENCES [1] 25/1
RESOLVE [1] 58/12
RESTAURANT [4] 10/8 13/11 13/18 27/16
RESULT [1] 58/10
RESUME [1] 5/16
RESUMED [1] 90/7
REVIEW [2] 61/18 61/18
REVIEWED [4] 4/4 4/15 49/21 61/16
REYNA [9] 9/22 21/13 34/19 58/4 58/5 58/8 73/13 73/15 74/22
RICARDO [3] 55/13 56/15 57/10
RICHMOND [4] 7/19 7/25 8/1 8/3
RIDING [1] 50/9
RIGHT [52] 2/22 4/9 4/20 5/23 7/19 8/21 11/6 11/10 11/14 12/9 13/3 13/6 13/11 13/13 14/23 16/8 20/13 20/16 24/13 28/22 31/22 33/2 33/10 40/21 44/3 49/14 51/3 51/4 52/5 55/17 56/25 57/5 61/8 68/7 69/9 70/3 70/7 70/9 76/25 80/9 80/11 80/22 83/22 84/7 85/3 85/22 86/8 86/13 87/7 87/12 88/6 88/11
ROAD [3] 16/18 67/15 72/6
ROAMING [1] 76/23
ROEL [6] 6/1 34/19 50/23 51/6 51/16 90/9
ROLE [2] 53/20 53/21
ROOM [6] 1/13 1/22 77/12 77/22 77/23 77/24
ROTHWELL [1] 1/18
ROUGHLY [5] 45/18 53/16 54/25 68/24 78/7
ROUND [3] 44/23 85/20 85/21
ROUTE [5] 67/19 67/21 67/21 71/5 73/3
RPR [1] 1/21
RULE [3] 43/4 80/14 84/8
RULING [2] 10/14 35/7
RUN [3] 76/6 82/15 88/22

## S

SAID [17] 10/1 14/14 16/24

16/25 40/21 60/20 62/10 65/5 67/16 68/15 68/24 69/1 69/11 71/17 73/13 82/22 82/25
SAKE [1] 68/4
SAME [21] 7/25 10/24 11/9 15/10 18/8 19/3 22/3 22/24 24/21 30/22 44/14 44/14 47/16 49/6 62/20 70/17 73/13 74/8 74/22 82/11 82/16
SAVING [1] 87/23
SAW [7] 10/5 14/24 15/15 16/20 19/20 20/9 25/19
SAY [14] 4/16 12/18 37/25 39/13 41/4 42/15 45/11 45/13 45/19 53/17 60/21 61/10 68/16 70/2 75/19 85/16
SAYING [6] 17/9 43/9 50/1 70/5 75/1 77/4
SAYS [5] 39/11 40/23 40/24 59/5 76/12
SCATTERED [1] 14/2
SCHEDULING [1] 2/20
SCHOOL [2] 52/14 52/14
SCHOOLS [1] 52/8
SCIALPI [1] 1/17
SCIENTIFIC [1] 42/24
SCOTT [2] 5/17 90/7
SCREEN [3] 31/13 70/19 73/18
SE [1] 1/16
SEALED [4] 75/11 75/20 75/20 89/4
SEALER [1] 72/17
SEARCH [7] 80/6 81/2 81/6 84/6 86/21 87/2 87/3
SEARCHING [1] 81/22
SEAT [1] 2/16
SEATED [1] 51/7
SECOND [8] 19/15 21/9 23/23 26/10 27/4 29/20 31/5 33/4
SECONDS [1] 16/1
SECTOR [39] 6/16 6/16 7/1 7/2 7/9 7/21 8/1 8/18 12/13 12/16 13/15 14/23 19/6 19/6 19/10 20/11 20/11 20/11 21/1 21/2 21/4 22/19 24/16 25/8 25/20 27/21 28/16 28/24 30/15 32/24 34/13 42/23 47/3 47/12 48/22 49/4 49/6 49/9 49/13
SECTORS [26] 10/2 12/14 14/25 18/13 19/7 19/23 20/9 22/8 22/18 23/3 23/19 25/9 25/22 26/3 26/5 27/20 28/7 28/9 30/14 30/25 31/1 33/23 34/1 34/2 34/8 48/16
SEE [43] 7/16 7/25 12/22 13/12 14/22 15/3 15/4 15/8 16/3 16/15 17/8 18/10 18/14 20/20 21/5 22/11 22/21 23/2 23/17 24/11 25/1 27/14 27/15 30/9 34/9 41/13 41/25 42/4 48/18 48/23 49/24 53/22 54/2 57/1 76/25 79/13 82/23 84/5 84/5 85/23 86/4 86/5 88/17
SEEING [2] 31/22 33/10
SEEN [8] 27/18 27/22 31/9 31/11 31/19 31/21 32/25 33/8
SEES [1] 39/9

Case 1:05-cr-00386-ESH    Document 104    Page 104 of 108

SEGAL [1] 1/9
SELECTED [3] 11/10 20/19 40/14
SELECTING [1] 41/21
SELECTS [2] 41/22 43/2
SELL [1] 53/21
SEMI [4] 75/7 75/25 77/4 77/8
SEMI-TRUCK [4] 75/7 75/25 77/4 77/8
SEND [1] 65/8
SENTENCE [2] 44/14 60/12
SENTENCED [2] 60/11 60/16
SENTENCING [3] 60/9 60/18 60/24
SEPARATE [1] 4/22
SEPTEMBER [15] 9/7 9/15 9/15 9/16 11/15 11/25 13/7 13/14 13/25 15/25 18/8 20/7 20/19 20/23 22/14
SERIES [1] 11/21
SERVE [1] 48/20
SERVED [1] 60/15
SERVICE [8] 3/9 13/2 38/18 38/24 38/24 39/4 39/5 43/20
SERVING [1] 39/12
SESSION [2] 1/9 2/1
SET [6] 29/7 38/18 38/19 38/20 39/4 68/16
SETS [1] 59/22
SEVEN [2] 8/15 8/17
SEVENTY [1] 63/9
SEVENTY-FIVE [1] 63/9
SEVERAL [12] 14/20 15/12 15/14 18/9 20/10 23/16 23/18 24/14 34/7 36/10 39/14 39/17
SHAPE [14] 45/1 45/4 45/18 45/22 46/6 46/7 47/11 47/15 48/12 49/2 49/5 49/9 49/11 49/14
SHE [5] 33/3 81/23 87/19 88/5 88/12
SHE'S [1] 2/11
SHIFT [1] 8/22
SHIPMENT [3] 74/25 75/4 75/5
SHIPMENTS [1] 75/3
SHOOTING [1] 81/14
SHORT [3] 16/11 16/18 27/20
SHORTENED [1] 56/11
SHORTER [1] 11/8
SHORTLY [1] 52/25
SHOULD [3] 4/16 12/20 35/25
SHOW [25] 12/16 14/25 15/11 17/7 21/11 22/25 23/24 25/12 28/13 29/5 30/20 31/7 31/8 32/20 32/22 40/25 49/16 54/10 55/17 64/15 69/12 69/15 70/15 73/12 73/15
SHOWED [6] 40/13 42/3 70/17 76/6 76/18 77/21
SHOWING [3] 13/4 21/21 45/8
SHOWN [1] 28/15
SHOWS [11] 6/23 7/20 15/12 26/3 26/12 30/7 36/23 41/1 47/15 48/19 80/14
SIC [6] 22/15 34/3 38/10 48/2 56/24 60/18
SIDE [2] 49/14 62/11
SIGHT [4] 37/3 37/5 37/10 39/15

SIGNAL [37] 6/17 7/2 7/10 8/18 13/17 16/20 18/1 20/13 23/4 23/19 24/25 25/10 26/8 32/25 34/2 37/1 38/16 38/18 39/4 39/9 39/14 39/18 39/19 40/15 41/2 41/14 41/19 41/23 42/4 42/11 42/16 43/3 43/14 44/5 45/21 47/19 49/17
SIGNED [1] 59/4
SIMPLE [1] 65/5
SIMPLY [1] 40/17
SINCE [2] 52/5 52/5
SIR [19] 2/22 3/3 5/18 36/8 36/12 36/15 37/11 38/11 42/7 44/2 44/24 45/10 48/1 50/3 50/15 50/18 51/3 51/4 51/7
SIT [3] 2/13 2/14 63/16
SITE [22] 3/24 4/15 4/23 5/25 6/16 7/1 7/9 8/17 10/2 13/10 20/8 21/4 23/3 27/21 28/7 28/9 28/16 29/9 30/15 30/24 38/24 39/5
SITES [7] 4/6 16/22 18/13 18/14 27/20 30/13 32/22
SITTING [5] 2/15 53/1 66/25 68/11 87/21
SITUATION [1] 40/19
SITUATIONS [1] 40/4
SIX [5] 11/4 11/10 22/6 52/25 59/22
SLIDE [61] 6/9 6/11 6/20 6/23 6/24 7/4 7/11 7/22 8/4 8/13 12/9 13/23 14/16 14/24 15/15 15/8 15/11 15/23 16/14 18/5 18/21 19/2 20/4 20/20 20/22 21/6 21/8 21/25 22/11 22/21 22/24 23/9 23/14 24/6 24/18 25/2 25/4 25/13 25/15 25/19 25/24 26/2 26/15 26/21 26/25 27/25 28/14 28/17 28/13 29/2 29/5 30/5 30/17 30/21 32/12 32/19 33/18 33/22 33/23 34/4 34/5
SLIDES [4] 14/3 20/10 27/23 42/2
SNIFF [1] 75/21
SNOWING [1] 3/18
SO [107]
SOLTYS [4] 1/12 90/5 90/7 90/9
SOME [17] 5/24 27/22 39/19 41/24 47/14 47/17 54/10 54/17 55/17 68/17 68/25 77/8 81/25 81/25 82/7 86/6 88/15
SOMEBODY [2] 63/17 76/3
SOMEONE [1] 72/19
SOMEONE'S [1] 74/10
SOMETHING [7] 16/4 31/8 52/25 64/10 67/19 70/6 85/19
SOMETHING'S [1] 41/6
SOMETIMES [2] 43/18 85/18
SOMEWHAT [1] 45/23
SOMEWHERE [8] 15/20 22/9 28/9 31/1 66/11 67/8 68/19 76/11
SORRY [11] 10/24 19/15 37/25 45/12 47/22 47/25 51/1 57/3 69/25 70/2 87/12
SORT [4] 63/1 65/24 66/3 66/4
SOUTH [5] 15/4 20/12 22/19

28/7 29/13
SOUTHEAST [3] 15/2 30/15 33/1
SPANISH [10] 52/1 52/2 52/11 52/13 71/15 71/18 71/20 71/22 71/25 72/1
SPEAK [3] 52/10 52/13 72/1
SPECIAL [2] 48/17 74/6
SPECIALIZED [1] 4/1
SPECIFIC [2] 10/2 11/8
SPECIFICALLY [2] 9/18 9/25
SPELL [5] 3/4 51/13 51/14 56/20 71/14
SPEND [1] 85/4
SPOKE [1] 85/13
SPOKEN [1] 52/12
SPOT [1] 16/25
SPREAD [1] 42/16
SPRINT [4] 84/12 84/13 84/18 85/9
SQUARE [1] 75/19
STACK [2] 75/12 75/20
STACKS [1] 75/11
STAND [4] 2/10 54/3 83/14 85/16
STAND-BY [2] 83/14 85/16
STANDARD [1] 36/14
STANDS [1] 82/11
STAR [2] 56/22 56/23
START [3] 11/14 50/24 79/14
STARTED [3] 52/13 68/12 74/24
STARTING [6] 19/23 20/7 23/11 30/4 30/8 34/10
STASH [30] 6/18 7/3 7/10 7/17 8/12 8/19 10/8 15/21 17/2 18/11 21/23 22/10 22/16 25/10 25/18 27/23 28/7 28/8 28/10 28/16 28/21 28/23 29/1 30/16 31/2 32/23 33/1 34/3 34/10 34/22
STATE [3] 3/3 51/12 65/6
STATED [1] 6/13
STATEMENT [6] 37/20 38/17 39/3 39/7 39/13 43/4
STATES [5] 1/1 1/3 1/10 2/3 52/8
STATION [1] 73/9
STATUTE [2] 82/15 88/22
STAY [1] 71/3
STAYING [1] 54/13
STEINBACH [1] 1/18
STENOGRAPHY [1] 1/25
STEP [1] 79/21
STEVE [1] 86/13
STEVEN [1] 86/20
STILL [5] 5/18 20/7 78/12 78/13 81/15
STIPULATE [2] 84/17 85/19
STIPULATION [1] 88/8
STOCKING [1] 62/24
STOOD [2] 54/4 54/5
STOP [1] 27/4
STOPPED [1] 71/7
STOPS [2] 19/8 47/17
STORE [9] 52/18 52/23 68/20 69/4 69/6 69/22 70/9 70/12 72/15
STOVE [2] 67/14 72/13
STRAIGHT [3] 49/20 71/4 73/3
STREET [10] 1/13 10/7 20/15 21/6 23/20 29/14 30/11 47/5 60/19 60/24

## S

**STRENGTH [4]** 39/19 42/11 43/3 43/14
**STRONGEST [1]** 38/16
**STUFF [11]** 11/2 49/14 54/20 54/20 54/22 62/25 71/25 72/16 72/17 76/12 76/24
**SUBJECT [2]** 10/14 35/6
**SUBPOENAS [2]** 84/10 88/25
**SUBSCRIBED [1]** 74/10
**SUBSEQUENTLY [1]** 30/12
**SUCH [1]** 83/15
**SUITE [1]** 1/18
**SUMMARY [2]** 12/3 26/12
**SUMMER [2]** 4/17 5/1
**SUPERVISOR [1]** 85/9
**SUPPOSE [1]** 85/5
**SUPPOSED [1]** 68/19
**SUPPOSEDLY [1]** 63/8
**SURE [6]** 3/6 39/1 56/16 57/24 67/20 81/22
**SWEAR [1]** 2/21
**SWITCH [18]** 11/17 12/8 17/4 17/19 17/21 19/14 20/2 21/9 23/23 24/4 26/9 26/15 27/5 27/12 29/15 31/4 33/4 40/25
**SWITCHED [1]** 33/25
**SWITCHES [1]** 30/24
**SWITCHING [1]** 63/20
**SWORN [3]** 2/24 5/17 51/6

## T

**T-MOBILE [1]** 40/5
**TABLE [1]** 54/20
**TAKE [23]** 2/5 2/10 2/19 35/25 36/1 37/4 41/25 46/12 63/17 64/3 68/10 70/25 71/1 71/25 73/3 75/25 77/9 79/8 81/9 81/14 87/14 88/16 88/17
**TAKEN [1]** 36/4
**TAKES [1]** 39/18
**TAKING [1]** 68/20
**TALK [4]** 62/14 65/23 75/13 82/21
**TALKED [3]** 40/5 41/1 85/12
**TALKIE [1]** 75/2
**TALKIES [1]** 74/7
**TALKING [8]** 32/5 42/12 49/23 61/23 67/21 75/13 75/13 78/7
**TEAM [1]** 36/14
**TELEPHONE [14]** 4/23 6/1 6/2 6/6 8/9 8/23 8/23 8/25 8/25 9/6 11/25 11/6 61/22 61/23
**TELEPHONES [4]** 73/23 74/3 74/6 74/14
**TELL [39]** 3/12 6/12 6/23 9/4 9/12 14/1 16/13 24/8 24/21 28/3 30/5 33/21 34/4 39/24 42/25 44/20 45/15 45/16 47/5 49/21 49/25 50/2 50/3 50/4 51/18 51/19 52/2 52/10 55/6 57/9 57/11 60/3 60/14 66/4 67/6 68/21 72/23 87/8 87/24
**TELLING [1]** 53/24
**TELLS [3]** 37/17 46/25 47/6
**TEN [1]** 22/15
**TERM [1]** 44/13
**TERMED [1]** 39/12
**TERMS [2]** 46/9 46/13
**TEST [5]** 48/16 48/17 48/18

**76/6 76/18**
**TESTIFIED [2]** 74/10 74/20 60/14
**TESTIFY [1]** 3/13
**TESTIMONY [8]** 4/14 11/3 34/16 61/15 61/17 61/19 61/21 79/21
**TEXAS [8]** 51/21 51/22 57/19 61/5 61/12 61/13 70/25 71/8
**THAN [12]** 14/19 37/17 43/16 49/23 51/25 59/16 59/16 59/18 59/18 62/21 64/23 65/13
**THANK [17]** 2/17 2/25 3/17 5/7 5/13 5/14 5/20 6/19 20/1 36/2 50/15 50/19 50/20 79/7 79/18 86/8 88/23
**THAT [364]**
**THAT'S [66]** 2/7 2/10 10/3 10/10 11/8 13/22 14/23 16/10 17/18 18/18 20/17 21/12 25/21 26/7 29/6 31/9 37/7 38/7 39/19 41/1 41/2 41/12 42/3 43/8 43/15 43/25 44/1 49/7 49/19 54/13 55/14 55/19 55/21 56/15 56/21 57/2 57/8 57/10 57/12 57/15 59/4 59/10 59/17 59/21 59/24 63/18 64/19 68/18 69/2 69/19 70/20 70/22 72/1 72/13 73/22 75/23 76/19 78/23 78/24 79/9 81/15 82/10 84/25 87/10 87/14 88/23
**THEIR [7]** 25/10 40/6 40/9 55/12 55/16 82/12 84/1
**THEM [16]** 2/11 16/13 49/10 62/8 74/8 77/8 77/9 77/9 77/12 77/12 81/5 81/25 82/1 84/15 85/19 88/8
**THEN [55]** 4/24 5/4 9/1 9/15 11/14 12/9 14/15 15/4 15/4 16/1 16/5 16/11 16/16 17/22 19/6 19/22 20/11 20/11 22/18 24/13 25/9 25/22 27/17 29/11 29/11 29/12 30/12 30/14 32/24 34/4 34/11 34/11 34/11 34/15 35/12 42/17 61/1 61/7 63/19 65/6 66/7 69/3 69/20 70/24 75/24 77/10 77/15 77/16 80/2 83/23 86/7 86/16 87/1 87/20 88/9 88/17
**THERE [57]** 7/20 7/21 9/21 10/23 13/3 13/13 14/23 15/5 15/12 16/2 18/23 19/8 19/17 20/14 21/7 21/20 23/6 23/16 25/8 26/12 27/17 30/14 34/21 35/6 36/23 37/9 37/13 37/16 39/17 41/15 44/2 46/25 47/6 47/18 52/5 53/15 54/1 55/9 55/13 56/11 57/5 60/8 62/22 68/7 68/20 72/12 72/18 74/6 75/9 76/16 76/24 76/25 77/15 82/1 88/7 88/20
**THERE'S [15]** 11/7 11/7 11/11 17/12 17/20 24/1 25/16 28/22 41/23 41/24 42/1 42/22 43/13 47/8 85/14 86/1
**THESE [42]** 12/14 12/23 14/1 14/7 15/1 15/3 15/14 19/7 19/7 19/11 21/18 22/8 22/9 22/15 23/19 24/23 25/9

**25/22 28/9 30/23 30/24 31/1 31/3 31/25 32/23**
**36/16 41/21 44/23 49/12**
**54/10 68/11 74/6 77/10**
**77/16 78/2 81/25 82/7 84/10**
**86/6 88/24**
**THEY [70]** 5/3 9/12 10/1 14/10 18/23 19/18 30/10 40/6 40/7 40/9 40/10 40/13 40/14 40/15 42/13 42/13 42/14 42/15 42/19 42/19 43/14 44/23 48/23 49/11 57/4 61/5 62/11 63/16 64/1 64/2 66/19 67/19 68/21 68/24 69/1 69/11 72/1 73/25 74/9 74/11 74/25 75/6 75/7 75/7 75/8 75/11 75/16 75/18 75/19 75/20 76/4 76/6 76/6 76/18 76/23 76/24 76/25 77/7 77/8 77/23 78/24 78/24 79/1 79/12 82/12 82/13 82/14 82/16 84/16 88/14
**THEY'RE [8]** 42/11 44/24 50/1 74/7 75/1 86/17 87/11 89/1
**THEY'VE [1]** 83/25
**THING [6]** 12/24 44/1 44/7/16 72/12 76/11 84/9
**THINGS [3]** 37/4 54/17 82/17
**THINK [16]** 12/18 31/11 36/1 40/1 43/11 43/21 43/25 44/1 47/8 57/23 60/20 81/8 82/8 85/20 85/20 86/1
**THINKING [1]** 45/17
**THIRD [2]** 46/14 61/10
**THIRDS [1]** 46/13
**THIS [265]**
**THOSE [41]** 5/1 8/16 9/2 9/11 12/23 14/11 14/22 15/20 15/20 15/24 16/22 18/14 18/16 18/23 19/23 19/24 23/18 29/1 34/1 34/19 34/20 35/22 37/4 39/21 41/9 42/2 42/13 42/14 42/19 42/20 47/17 55/6 55/7 61/23 69/22 74/7 74/11 74/14 75/2 81/5 84/1
**THOUGH [1]** 45/25
**THOUGHT [1]** 35/13
**THREE [8]** 4/16 4/22 28/14 34/1 34/1 76/21 87/4 88/24
**THROUGH [11]** 9/3 10/5 18/10 27/19 31/24 39/2 43/25 62/10 63/3 63/21 87/15 87/15 88/16
**THURSDAY [5]** 84/6 87/9 87/10 87/15 88/16
**TICKETS [1]** 26/14
**TILL [1]** 29/21
**TIME [73]** 3/8 5/8 6/8 2/9 19 10/1 10/3 11/15 11/21 14/19 14/21 14/25 15/13 16/8 16/9 16/11 16/19 17/15 17/17 18/19 21/1 22/7 23/19 24/24 26/12 29/8 31/22 32/7 33/10 33/15 33/25 35/5 35/25 38/5 38/16 41/17 47/1 49/22 60/8 60/15 60/16 60/23 60/23 61/10 61/11 61/12 63/2 63/3 63/15 64/1 64/12 68/7 68/17 68/17 69/11 70/12 72/19 73/1 73/24 74/8 76/2 77/15 77/20 78/1 78/20 78/22 78/23 79/8 79/10 82/13 82/16 85/4 86/18

**T**

TIMEFRAME [9] 9/3 11/9 15/17
18/3 20/8 20/24 20/25 24/13
34/12
TIMES [3] 15/24 34/18 76/7
TODAY [9] 3/13 4/14 4/21 11/3
34/17 53/22 61/9 61/15
61/21
TOLD [4] 64/1 72/7 72/24 76/4
TOM [3] 85/2 85/2 85/7
TOMORROW [8] 79/15 80/13
80/17 80/17 80/21 81/18
84/4 85/25
TOO [9] 40/2 40/18 62/13 73/1
74/8 76/4 76/5 80/19 82/6
TOOK [4] 49/18 77/12 77/12
77/24
TOP [2] 75/8 77/13
TOPOGRAPHY [1] 28/19
TOPS [1] 81/9
TOTAL [2] 10/23 11/1
TOWARDS [10] 6/18 7/2 7/10
7/19 8/18 25/10 29/13 30/16
33/1 34/22
TOWER [138]
TOWERS [27] 9/5 14/4 14/7
15/1 15/3 15/15 15/16 15/20
15/21 16/13 19/11 22/18
24/14 25/9 25/21 34/8 39/10
40/6 40/10 40/13 42/13
42/14 42/19 43/5 43/17
44/19 49/12
TOWN [3] 27/19 52/6 61/5
TRACES [1] 4/5
TRACK [2] 15/6 29/17
TRAFFICKING [2] 62/9 63/7
TRAINING [3] 4/1 36/13 48/8
TRANSACTION [3] 77/1 77/2
78/23
TRANSCRIPT [3] 1/9 1/25 91/6
TRANSCRIPTS [1] 61/19
TRAPS [1] 4/5
TRAVEL [8] 11/1 11/25 16/18
21/22 27/15 29/17 34/22
69/20
TRAVELED [5] 25/18 26/16
29/11 30/13 34/11
TRAVELING [3] 18/17 24/9
24/15
TRAVELS [2] 27/17 27/19
TRIAL [4] 1/9 81/22 82/22
89/4
TRIP [8] 65/25 66/17 68/16
68/18 70/25 74/2 74/18 78/8
TRIPS [4] 65/22 65/25 65/25
78/7
TROUBLE [1] 62/22
TRUCK [4] 75/7 75/25 77/4
77/8
TRUE [5] 43/8 45/1 49/2 49/4
49/8
TRUTH [1] 60/3
TRY [3] 80/16 80/17 80/21
TRYING [3] 44/1 44/2 82/21
TUESDAY [4] 1/7 81/14 87/15
88/15
TURN [2] 2/5 20/18
TWICE [1] 60/6
TWO [29] 9/11 15/20 15/21
16/13 16/22 19/7 19/11
19/23 19/24 21/18 22/10
28/6 28/9 31/1 43/6 43/18

59/14 65/25 65/25 75/11
76/21 77/15 79/16 81/5 81/6
82/1 86/6 88/2 88/9

**U**

U.S [2] 1/13 1/21
UH [1] 81/12
UH-HUH [1] 81/12
ULTIMATELY [2] 59/10 60/12
UNDER [2] 5/18 57/24
UNDERSTAND [3] 4/2 46/3
59/14
UNDERSTANDING [1] 82/2
UNDERSTANDS [1] 85/14
UNFORESEEN [1] 88/15
UNIFORMLY [2] 48/24 49/20
UNITED [5] 1/1 1/3 1/10 2/3
52/8
UNLESS [2] 83/1 88/15
UNLOADED [1] 78/2
UNLOADING [1] 75/25
UNREALISTIC [1] 83/17
UNTIL [10] 9/17 23/15 25/17
26/4 27/21 33/24 36/1 60/17
61/8 77/3
UP [54] 2/11 7/16 9/7 15/18
16/17 20/9 21/21 24/5 24/15
24/15 27/15 27/17 28/25
29/10 30/14 31/13 32/25
34/12 40/13 49/10 52/3 53/5
54/3 54/4 54/5 63/1 65/6
68/16 69/3 69/5 70/3 70/13
70/25 71/5 71/6 71/8 72/3
72/21 72/24 73/1 73/5 73/8
74/22 76/16 79/20 79/24
80/14 81/21 83/2 83/5 83/6
83/13 88/16 88/17
UPON [3] 45/23 59/23 89/4
URBAN [1] 42/12
URSCHEL [1] 1/12
US [68] 6/12 6/23 9/4 9/12
9/24 12/8 12/11 14/1 14/12
17/4 17/19 17/21 18/7 19/14
20/2 20/21 21/9 22/3 23/23
24/4 24/8 24/21 25/12 26/24
27/5 27/12 28/3 28/13 28/18
28/19 29/5 30/5 30/21 31/4
32/15 32/20 33/23 34/21 34/4
39/24 51/18 51/19 52/2
52/10 53/24 53/24 57/2 57/4
57/4 65/24 66/3 66/4 66/4
67/1 67/6 68/21 72/7 72/23
72/25 73/4 75/24 76/13 77/2
77/20 77/21 81/14 86/4
87/14
USAGE [5] 15/7 20/11 25/8
25/20 29/9
USE [20] 28/24 37/21 37/23
38/1 38/8 38/18 38/24 39/4
39/12 39/20 40/22 41/6 42/2
42/3 42/23 44/5 44/13 48/17
73/23 74/8
USED [60] 6/7 6/16 7/1 7/21
8/2 8/10 8/17 8/24 9/5 9/6
10/2 13/9 13/15 15/3 15/3
16/2 19/6 20/8 21/1 22/20
23/3 23/17 24/12 26/3 28/15
30/7 30/10 32/22 32/24
33/23 33/25 34/8 36/24
37/10 37/14 38/4 38/9 38/10
38/12 38/14 38/14 38/15
38/25 39/5 40/13 41/2 47/7
52/13 52/23 56/2 56/15

56/21 56/24 57/15 57/23
58/2 58/6 62/20 73/24 78/25
USES [3] 7/9 24/14 25/22
USING [30] 6/5 14/23 14/25
15/16 16/16 16/17 16/19
18/11 18/13 18/14 19/23
21/20 21/21 22/17 24/15
24/24 25/9 26/5 27/19 29/11
30/13 30/14 32/22 34/12
36/20 37/6 42/25 47/3 50/4
57/20
USUALLY [1] 57/23
UTILIZED [1] 14/8

**V**

VARIOUS [3] 10/9 12/1 83/25
VASAKA [4] 80/5 80/6 80/20
80/20
VEHICLE [10] 32/5 32/10 33/14
50/5 57/15 57/16 57/18
57/21 57/22 77/9
VERSION [2] 11/8 56/11
VERSUS [1] 2/3
VERY [9] 3/12 3/21 5/7 28/5
33/10 41/14 42/1 49/2 82/18
VICINITY [6] 17/2 17/15 18/1
18/3 26/16 34/22
VIDEO [3] 31/21 31/25 32/8
VIEW [1] 7/24
VIRGINIA [2] 8/3 43/17
VOICE [1] 51/13

**W**

WAIT [4] 63/17 65/6 65/7
86/17
WAITING [1] 66/25
WALDORF [6] 10/6 20/15 21/6
23/21 29/14 80/7
WALKER [3] 1/21 91/5 91/12
WALKIE [2] 74/7 75/2
WALKIE-TALKIE [1] 75/2
WALKIE-TALKIES [1] 74/7
WALKING [2] 50/7 50/25
WALTZING [1] 83/3
WANT [11] 12/23 41/5 42/15
65/10 83/12 83/13 84/18
86/4 86/5 86/6 87/8
WANTED [1] 11/4
WANTS [2] 26/14 41/8
WAS [134]
WASHINGTON [15] 1/7 1/14
1/19 1/22 3/16 7/18 15/2
42/16 57/19 62/4 66/6 67/8
72/7 73/10 76/6
WASN'T [2] 63/5 76/2
WATCH [1] 56/24
WATER [2] 42/4 76/12
WAVE [1] 48/12
WAVES [10] 47/20 47/22 47/23
48/6 48/11 48/14 49/1 49/4
49/6 49/8
WAY [11] 12/15 15/1 35/22
37/6 39/2 42/2 48/15 57/19
71/3 71/7 82/11
WAYS [1] 83/25
WE [172]
WE'LL [9] 2/13 2/20 36/1
50/24 79/13 79/15 79/16
85/22 88/17
WE'RE [26] 2/14 2/19 6/12
12/22 13/19 14/13 20/21
20/24 22/4 30/1 32/21 33/21
34/5 41/22 42/12 47/2 65/5

**W**

WE'RE... [9] 65/7 70/9 80/13 84/4 84/5 84/5 86/12 87/13 87/21

WE'VE [5] 27/18 27/22 32/5 32/25 83/2

WEARING [1] 53/25

WEATHER [1] 42/6

WEDGES [2] 48/12 49/10

WEDNESDAY [1] 80/13

WEEK [1] 88/12

WEIRD [1] 43/25

Welcome [1] 3/16

WELL [26] 14/19 35/12 42/1 44/20 62/20 63/8 63/15 65/12 65/15 66/6 68/9 68/14 72/6 72/24 75/3 75/5 76/2 76/5 76/11 77/3 83/1 85/18 85/22 86/9 88/14 89/1

WENT [12] 15/4 52/14 63/25 66/5 69/4 72/6 72/15 73/4 73/4 76/15 76/20 77/22

WERE [87] 3/9 3/22 3/23 4/16 4/21 9/5 9/21 10/4 10/20 14/7 23/16 24/8 29/16 32/5 33/13 36/20 40/13 40/14 51/19 52/3 52/16 52/16 52/22 53/3 53/3 53/5 53/11 53/11 53/13 53/19 53/19 53/20 54/13 54/14 54/14 54/17 54/17 54/18 55/9 55/9 58/12 59/15 59/22 60/1 60/3 60/11 60/16 60/18 60/19 60/24 60/24 61/1 61/22 62/3 62/5 62/18 63/1 63/6 63/20 64/15 65/3 66/14 66/24 67/3 68/8 68/12 69/12 70/15 72/7 73/12 73/15 74/6 74/9 75/5 76/8 76/23 77/3 77/24 78/23 81/5 81/14

WEST [4] 3/15 15/4 22/17 34/11

WESTBOUND [1] 25/8

WHAT [118]

WHAT'S [19] 10/3 17/6 21/17 23/14 25/4 25/15 26/2 26/24 28/3 28/13 29/5 30/5 30/21 46/2 49/22 55/6 62/16 69/25 71/9

WHATEVER [6] 16/20 81/23 83/15 84/3 87/7 88/5

WHEN [34] 3/22 9/6 14/22 16/25 40/19 43/18 46/18 52/14 53/3 53/11 53/17 54/14 54/18 60/16 61/13 62/14 66/18 67/21 68/9 68/18 71/5 72/10 76/13 76/15 76/16 76/19 77/3 77/10 78/21 78/23 78/24 79/5 79/6 81/9

WHERE [69] 3/13 4/13 6/4 7/17 7/17 7/20 8/19 10/1 10/6 10/7 12/12 13/10 15/6 16/18 16/24 17/13 17/14 19/18 20/13 22/5 24/12 25/19 25/21 26/13 40/4 41/17 42/21 42/22 43/13 44/21 47/1 50/2 51/19 51/22 52/3 52/16 53/3 53/11 53/25 54/13 54/14 57/16 57/18 59/5 61/11 62/5 63/14

63/14 65/15 66/24 67/7 68/12 68/17 68/18 69/18 69/13 69/6 72/4 73/1 73/8 75/25 76/7 76/9 76/9 76/12 76/12 76/14 77/24 78/2

Whereupon [1] 89/3

WHETHER [11] 5/4 5/24 41/18 67/24 74/9 81/20 83/5 83/14 83/23 87/25 88/18

WHICH [78] 2/12 3/9 3/21 3/23 4/22 4/24 7/10 8/18 9/21 11/15 11/20 11/20 12/2 13/10 13/11 14/23 16/21 19/23 20/19 21/2 21/5 21/22 22/10 22/15 22/19 23/3 23/5 23/5 23/7 23/20 24/14 24/16 24/24 25/10 25/22 26/5 26/7 27/2 27/22 27/23 28/9 28/14 28/16 29/10 29/20 30/10 30/15 31/2 32/21 32/25 34/8 34/13 34/20 36/21 38/14 39/9 41/23 46/13 47/14 48/19 48/20 58/21 59/19 60/8 61/22 67/18 67/18 68/16 69/22 72/19 77/6 77/13 77/15 77/20 80/7 81/6 81/18 86/22

WHILE [1] 4/12

WHITE [1] 18/14

WHO [31] 56/4 57/1 57/7 57/9 57/11 57/21 61/2 63/19 63/21 64/4 68/12 69/3 69/21 73/6 73/21 79/25 80/3 80/22 81/5 81/20 82/2 82/9 82/10 82/18 85/7 86/20 87/1 87/3 87/18 88/17 88/19

WHO'S [8] 49/25 55/15 58/20 64/18 69/18 80/23 81/2 83/8

WHOLE [1] 43/16

WHOM [1] 70/10

WHOSE [3] 57/21 57/22 74/17

WHY [16] 36/24 38/9 38/13 42/25 52/22 53/7 53/19 55/1 56/23 62/18 65/10 65/10 65/19 71/24 76/21 79/1

Wicky [3] 55/14 56/15 56/18

WIFE [1] 82/19

WILL [20] 5/16 28/22 37/20 38/18 38/24 38/25 39/4 39/5 39/12 39/20 58/20 73/3 79/12 81/9 82/25 83/16 84/11 88/12 88/13 88/15

WIRE [1] 11/22

WIRETAPS [1] 4/6

WISE [2] 62/22 63/4

WITHIN [5] 16/16 28/8 41/3 41/3 42/12

Without [1] 58/20

WITNESS [16] 2/5 2/20 2/21 2/24 5/15 5/17 50/21 50/22 50/23 51/6 78/14 79/23 82/19 83/17 85/16

WITNESSES [9] 81/20 81/22 81/24 83/24 84/11 86/5 87/5 88/17 90/2

WOKEN [1] 53/5

WON'T [4] 2/12 40/9 83/1 84/10

WORD [4] 18/23 35/23 47/25 74/23

WORDS [1] 46/12

WORK [2] 52/23 62/24

WORKING [3] 52/16 52/18

62/20

WORKS [2] 4/3 83/2

WORRY [1] 3/19

WOULD [74] 2/4 3/3 3/4 10/1 10/11 13/16 14/13 16/21 19/19 19/22 21/9 23/7 23/14 28/24 32/3 32/8 32/9 33/12 33/16 35/3 37/1 37/20 37/23 38/1 38/8 38/17 39/3 39/13 39/21 40/17 41/9 41/18 41/25 42/2 42/6 42/8 42/17 42/17 43/4 43/23 44/11 48/11 48/20 51/12 51/19 52/24 55/6 56/20 57/19 57/20 60/14 62/7 62/8 63/13 64/16 65/10 65/11 68/20 68/23 69/13 72/23 73/16 75/7 75/9 75/11 75/20 76/9 77/16 79/7 81/3 81/13 85/16 85/24 87/19

WOULDN'T [1] 75/21

WRITE [2] 70/3 71/22

WRITING [2] 15/23 87/10

WRITTEN [2] 30/9 35/7

WT [3] 11/20 12/2 23/25

WT-8 [1] 12/2

WT-9 [1] 23/25

WT-Number [1] 11/20

**X**

X-RAYS [1] 75/23

**Y**

Y-E-H-O-S-H-U-A [1] 3/6

YEAH [13] 35/12 46/5 56/7 58/6 65/1 70/20 71/12 72/15 74/21 80/6 82/5 84/22 89/1

YEAR [1] 66/20

YEARS [1] 62/21

YEHOSHUA [2] 2/24 90/5

YES [144]

YET [1] 17/8

York [1] 87/19

YOU [486]

YOU'LL [3] 82/9 87/8 88/19

YOU'RE [17] 5/18 14/16 31/22 41/7 43/11 43/18 44/1 44/2 50/18 67/21 75/13 79/22 80/2 82/8 85/10 86/8 87/22

YOU'VE [8] 17/15 31/9 31/19 67/15 71/17 78/18 82/11 85/1

YOUR [81] 2/4 2/22 3/3 3/4 3/4 3/5 3/8 4/14 5/10 5/12 5/20 10/13 10/22 11/3 12/21 17/25 20/18 23/9 26/19 27/8 32/4 33/13 34/16 35/20 36/13 41/8 41/12 48/8 48/13 49/10 50/19 50/22 51/4 51/12 51/13 51/14 51/14 52/11 53/20 58/10 58/12 58/14 59/13 59/14 60/1 60/16 60/23 61/3 61/7 61/15 61/19 61/21 62/14 63/13 63/20 63/21 65/15 65/16 68/11 79/7 79/11 79/21 80/4 80/16 80/24 81/1 81/18 81/20 81/22 82/3 82/9 82/19 82/19 83/13 83/19 84/9 86/9 87/8 88/3 88/9 88/24

YOURSELF [2] 51/19 52/3

**Z**

ZOOM [1] 7/16