UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------X

THE UNITED STATES OF AMERICA       Criminal Case No. 05-386

                    v.

ANTOINE JONES,

                 Defendant,

------------------------------X   Washington, D.C.
                                  Wednesday, February 6, 2013
                                  2:17 P.M.

        TRANSCRIPT OF JURY TRIAL – DAY 9 – P.M. SESSION
          BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
               UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government: Darlene Michele Soltys, AUSA
                    Courtney Urschel, AUSA
                    U.S. ATTORNEY'S OFFICE
                    555 Fourth Street, NW, Room 4110
                    Washington, DC 20530
                    (202) 252-7685


For the Defendant:  Antoine Jones, Pro Se

                    Jeffrey Brian O'Toole
                    Errin Rae Scialpi
                    O'TOOLE, ROTHWELL, NASSAU & STEINBACH
                    1350 Connecticut Avenue, NW, Suite 200
                    Washington, DC 20036
                    (202) 775-1550


Court Reporter:         Lisa Walker Griffith, RPR
                        U.S. District Courthouse
                        Room 6507
                        Washington, D.C.  20001
                        (202) 354-3247

1                           **AFTERNOON SESSION**

2              (Jury Present.)

3              THE COURT:  Good afternoon.  Are we ready to resume?

4       The witness is still under oath.

5              MS. SOLTYS:  Ms. Franklin, could I have the Elmo,

6    please?

7                    **DIRECT EXAMINATION (Cont'd)**

8    BY MS. SOLTYS:

9    Q    Good afternoon, Mr. Bermea.

10   A    Good afternoon.

11   Q    I'd like to pick up with phone calls.  And I'm going to

12   play activation number 5315.  It's a phone call that was

13   recorded on October the 17th, 2005.  I'm going to ask you to

14   listen to this phone call and identify the participants for

15   us, please.

16             (Call Activation number 5315 was played)?

17   BY MS. SOLTYS:

18   Q    Do you recognize the participants in that phone call?

19   A    Yes, it's Mr. Jones and myself.

20   Q    And what did you mean when you said that you had took off

21   from out of here from where you live?

22   A    I took off from Maryland because I needed to go back to

23   Texas.

24   Q    Explain to the ladies and gentlemen of the jury why you

25   had to go back to Texas?

1    A    Like you heard on the previous phone call that Mr. Jones

2    received, that was Mr. Primo stating that he was ready to

3    come here.  So Primo called me to tell me to get ready

4    because we were heading for the following trip.

5    Q    And that trip there would be another shipment?

6    A    Yes, ma'am.

7    Q    Where did Primo think that you were?

8    A    At that time, he thought I was in Texas.

9    Q    And where was your brother-in-law, Alberto Carrillo?

10   A    He was in Mexico.

11   Q    And where was Ricardo?

12   A    In Mexico.

13   Q    And what happened when you got this phone call from Primo

14   telling you you were ready for another shipment?

15   A    When I received the phone call from Primo, I told him I

16   was in San Antonio with my sister.  And as soon as possible

17   when I go back to Mission, or McAllen, I would go and pick up

18   my brother-in-law.

19   Q    Then, in fact, why were you at 9508 Potomac Drive house?

20   A    Because I was doing another deal with Pelos.

21   Q    Pelos?

22   A    Yes.

23   Q    And those were the Harry Potter drugs?

24   A    Correct.

25   Q    So what happened to -- were there still Harry Potter

1    drugs at 9508 when you got this phone call from Primo that

2    there was going to be another shipment?

3    A    Yes, like on the phone call when I spoke to Mr. Jones,

4    that supposedly from VIP tickets, actually I didn't receive

5    that.  I received 65 ki's of coke instead.  And that's why I

6    still had a lot of drugs remaining.

7    Q    What did you do with those drugs when you got the word

8    from Primo that he was ready for you in Texas to make another

9    trip?

10   A    At that point, I roughly had about 30 ki's, and the rest

11   I left at the house.

12   Q    Where did you leave them in the house?

13   A    I just left them in the closet.

14   Q    And was the house now empty, there were no other people

15   here?

16   A    Correct.

17   Q    So what did you do, how did you physically travel?

18   A    Like, Harry Potter was still there, so he took me to the

19   airport, and I took off from there.

20   Q    Which airport?

21   A    I think it was Reagan, I think.

22   Q    And then you flew from where?

23   A    From Reagan to, I think it was in Dallas, then from

24   Dallas to Harlingen.

25   Q    Okay.  And then what happened when you got back to Texas?

1    A    When I got to Harlingen, Texas, my wife picked me up, and

2    I went directly to Mexico.  And from there, picked up my

3    brother-in-law, Alberto Carrillo, and from there we went to

4    my house, and we just waited until the morning.  And we took

5    off from there.

6    Q    And when you say you took off, how did you travel?

7    A    My brother-in-law already had the vehicle at his house in

8    Mexico.  So, we just -- we just took it from there, and we

9    just picked up Ricardo at a convenience store.  And we head

10   up over here again.

11   Q    Drove straight here back to the house on Potomac Drive?

12   A    Correct.

13   Q    Stop at hotels along the way?

14   A    No, we drove straight.  We just stopped for gas and to

15   eat.

16   Q    Okay.  What would be coming behind you, what was coming?

17   A    Another shipment of drugs for Primo.

18          MS. SOLTYS:  Could we play the next activation,

19   please, which is now October the 19th, 2005.

20          (Call Activation played.)

21   BY MS. SOLTYS:

22   Q    Do you recognize the person who left this voice mail?

23   A    Yes, ma'am.

24   Q    And who is this person?

25   A    That's Primo.

1   Q   And when Primo said that the tickets were already on

2   their way to Mr. Jones' club, what was he saying when he used

3   the word "tickets"?

4   A   He was saying the shipment of cocaine was coming.

5   Q   Let me play the next activation for you now, October the

6   19th, 2005.  And this is activation 5401, two minutes after

7   that last call.

8          (Call Activation 5401 was played.)

9  BY MS. SOLTYS:

10   Q   Do you recognize the participants in that phone call?

11   A   Yeah, that's Mr. Jones and Primo.

12   Q   And when Primo said to Mr. Jones that the DJ was already

13   on his way, what was he telling Mr. Jones?

14   A   In other words, he was referring to us, that we were

15   coming to Maryland.

16   Q   And when he said, "And he'll be playing there by Friday,

17   he'll be over there," what information was he trying to

18   convey to Mr. Jones?

19   A   The shipment of cocaine was coming.

20   Q   Let me play the next activation, same day, October 19,

21   2005.  And it's activation 5477.

22          (Call Activation 5477 was played.)

23  BY MS. SOLTYS:

24   Q   Who are the participants in that phone call?

25   A   That was Mr. Jones and myself.

1   Q   And what were you telling him?

2   A   That we already had arrived there at Maryland.

3   Q   And was there already something here, did Mr. Jones come

4   over to the house after that phone call?

5   A   Yes, later on, yes.

6   Q   This is Government's Exhibit Number 950849 that's already

7   in evidence.  Do you recognize what's depicted in this

8   photograph, Mr. Bermea?

9   A   Yes, that's are the drugs.

10  Q   These are blue?

11  A   Yes.

12  Q   Where did the blue ones come from?

13  A   I think that was Primo's -- no, that was Pelos'.

14  Q   And they came from Harry Potter?

15  A   Yes.

16  Q   And finally the last call, October 20, 2005.  Activation

17  number 5709.

18          (Call Activation 5709 was played.)

19  BY MS. SOLTYS:

20  Q   Do you recognize the participants in this phone call?

21  A   Yeah, that's Mr. Jones and myself.

22  Q   Can you tell the jury what happened after this phone

23  call?

24  A   Mr. Jones came and purchased some drugs.

25  Q   And the dugs that he purchased at this point, they were

1   the blue ones?

2   A   Yes.  It was the Primo sold drugs [sic].

3   Q   You said the blue ones?

4   A   The blue ones, I mean, because there was a black and

5   there was a blue.

6   Q   Right.

7   A   I'm not sure at this point if it was the blue or the

8   black.

9   Q   Well, let me show you what was found when they searched

10   the house.

11   A   Okay, those are the 80s, those are Primo's right there.

12   And the blue ones are Pelos'.  Yes.  That's Pelos' right

13   there.

14   Q   Blue was from Pelos?

15   A   Yes.

16   Q   The Harry Potter side deal?

17   A   Correct.

18            THE COURT:  What exhibit number were you just

19   holding up?

20   BY MS. SOLTYS:

21   Q   I'm sorry, this is Number 49, do you recognize that there

22   are blue kilos?

23   A   Yes.

24   Q   Seventeen blue kilos.  And then Government's Exhibit

25   Numbers 52, 58, 61.

1    A    Correct.

2    Q    Total of 80 black kilos.

3         Did there come a point in time after you arrived here

4    that something happened that there was another shipment?

5    A    Yes.  Primo's shipment arrived so they told us to get

6    ready.

7    Q    And how did that happen?  Tell us about the circumstances

8    of this final shipment now.

9    A    Okay.  On this trip, Alberto Carrillo received a call,

10   and like I say, the phones are walkie-talkies, you can hear

11   what they're saying.  And this time they told us that it was

12   going to be in Virginia instead of over at Route 13.  They

13   switched it up to us and just to go to store Marshals and

14   somebody was going to be waiting for us right there.  And it

15   was different this time.  It was a vehicle instead of a

16   semi-truck.  So I just switched vehicles.  I took their

17   vehicle and I left ours there.  And we took off to Maryland

18   back.

19   Q    What time or day or night was this?

20   A    It was at nighttime.

21   Q    And what -- what was in the vehicle that you switched?

22   A    We had duffle bags of coke, cocaine.

23   Q    Where did you take those duffle bags?

24   A    To the house in Maryland.

25   Q    When you got back to the house in Maryland, is this the

1    house in which you were arrested?

2    A    Yes.

3           MS. SOLTYS:  Would you switch us back?

4           THE COURT:  What day is this?  What day was the 24th

5    of October, please?

6           MS. SOLTYS:  Monday.

7           THE COURT:  Monday.  So what day did the duffle bags

8    come to the house?

9           THE WITNESS:  A couple of days later.

10   BY MS. SOLTYS:

11   Q    Later or before?

12          THE COURT:  Monday is the arrest.

13   BY MS. SOLTYS:

14   Q    Monday is the 24th.  Do you know what day it was that you

15   did the swap for the -- do you know how many days before --

16   A    Just a real couple of days, not that much.  The last

17   phone call from there, from Mr. Jones when he called, like a

18   day or two later.

19   Q    That last phone call was October the 20th.

20   A    Yeah.

21   Q    This is Government's Exhibit Number 46.  Can you tell the

22   jury what they're looking at in this photograph?

23   A    Those are the duffle bags with the cocaine and money.

24   Q    Do you know what was in this Timberland box right here?

25   A    Yes, there were about eighty-some thousand dollars.

1    Q    Government's Exhibit Number 44, do you recognize that

2    photograph?

3    A    Yes.

4    Q    And this money, who did it come from?

5    A    From Mr. Jones and the Risitas [phonetic].

6    Q    And it was used to purchase what?

7    A    Cocaine.

8            THE COURT:  What's the number of the exhibit?  I

9    can't see it.

10           MS. SOLTYS:  Forty-four.

11   BY MS. SOLTYS:

12   Q    And government's Exhibit Number 55 also already in

13   evidence, what's the jury looking at in that photograph?

14   A    That's the money that was in the duffle bags, that's

15   roughly about 800,000.

16   Q    And who had that money come from?

17   A    It mostly was from Mr. Jones and a little bit from

18   Risitas.

19   Q    What did Mr. Jones get in exchange for that money?

20   A    Cocaine.

21   Q    Government's Exhibit Number 52 already in evidence.  What

22   are they looking at in this photograph?

23   A    Those are the ki's of cocaine that we received.  On this

24   one they were different because the other ones were double

25   stacked.  And this were single.

1  Q    Government's Exhibit 58, what are they looking at in this

2  photo?

3  A    The cocaine that we received.

4  Q    And Government's Exhibit Number 61?

5  A    Some more.

6  Q    Total of 80 kilos that had just arrived?

7  A    Correct.

8  Q    Who were you going to sell that to if the police and the

9  FBI hadn't busted in the house where you were staying on the

10 morning of October the 24th, 2005, Mr. Bermea?

11 A    That was for Mr. Jones.

12 Q    Let me show you one more thing.  Do you know what these

13 are?

14 A    Yes.

15 Q    Have you seen this before?

16 A    Yes.

17 Q    This is Government's Exhibit Number 20-B.  Who used this?

18 A    That's my brother-in-law's, Alberto Carrillo's notebook.

19 Q    Do you recognize his handwriting?

20 A    Yes.

21 Q    And you had said something earlier about how he wrote the

22 date and the month and the year.

23 A    Correct.  First is the date and then the month and then

24 the year.

25 Q    So, if you could just demonstrate, if you could tell the

1  jury, what does this represent, 22-08-05?

2  A    That's -- the 8 is for August and the date is 22, and

3  2005.

4  Q    And then what do these numbers represent, 150, 20, 10,

5  and 5?

6  A    Like I said, we put them all hundreds in order, all

7  fifties, twenties, so there were 9,100 bills of a hundred.

8  Q    And this is just page --

9  A    Each page, each date, it represents how much Mr. Jones

10  purchased.

11            THE COURT:  The dates cover what to what?

12            MS. SOLTYS:  This book I will show you that the --

13  BY MS. SOLTYS:

14  Q    I'll ask you to read this date.  Is that September 12,

15  2005?

16  A    Yes.

17  Q    That's the last date.  And the first date in here is --

18  is that August 23, 2005?

19  A    Yes, correct.

20  Q    What does this represent?

21  A    Those are the entries of each day.  And on this instance

22  right here, on 23-08, where it says, the Pelos.

23  Q    Yes, what does that mean?

24  A    That's Risitas.

25  Q    And that person -- that's the shorthand?

1    A    Yes.

2    Q    And where it doesn't say the person?

3    A    That's Mr. Jones.

4         THE COURT:  And the figures that are in the right

5    column represent what?

6         THE WITNESS:  How much money they paid.

7    BY MS. SOLTYS:

8    Q    Do you know what this word means, primer envio,

9    P-R-I-M-E-R, E-N-V-I-O?

10   A    That's supposed to mean the first, what they sent first.

11        MR. O'TOOLE:  I'm sorry, we couldn't hear that.

12        THE WITNESS:  What they sent first.

13        THE COURT:  What they sent first.

14        THE WITNESS:  Yeah.

15        THE COURT:  Like the first shipment; right?

16        THE WITNESS:  Exactly.

17        THE COURT:  And the second shipment?

18        THE WITNESS:  Correct.

19   BY MS. SOLTYS:

20   Q    Is that represented by the two, and then the little

21   figure, and then E-N-V-I-O, second sent?

22   A    Yeah.

23   Q    Am I reading this right, one million two hundred sixty

24   thousand dollars, six hundred and twenty?

25   A    That's correct.

1   Q   Am I reading this right, $731,000?

2   A   That's correct.

3   Q   To purchase kilos of cocaine?

4   A   That's correct.

5           THE COURT:  Can we go back to that page a minute?

6   Who's writing this, that's your brother-in-law?

7           THE WITNESS:  That's my brother-in-law.

8           THE COURT:  And what's bonificacion?

9           MS. SOLTYS:  I'm sorry, Your Honor?

10          THE COURT:  The last line?

11  BY MS. SOLTYS:

12  Q   Do you know what that means, bonificacion,

13  B-O-N-I-F-I-C-A-C-I-O-N?

14  A   I don't understand that one.

15          THE COURT:  And what about the other ones, I know

16  Pelos, what's the first one?

17          MS. SOLTYS:  Gastos?  G-A-S-T-O-S.

18          THE WITNESS:  That's expenses.

19          THE COURT:  Okay.  Then there's Charlie Prestamos.

20  Do you know what those two lines are?

21          THE WITNESS:  Charlie, they loaned him a thousand

22  dollar.  They loaned him a thousand dollars.

23          THE COURT:  Okay.

24          THE WITNESS:  And Chirihuiqui, that's Ricardo, they

25  loaned him 300.

1              THE COURT:  That's the name, Chirihuiqui?

2              THE WITNESS:  Yes, ma'am.  That's how you spell it.

3              MS. SOLTYS:  C-H-I-R-I-H-U-I-Q-U-I, Chirihuiqui.

4              THE WITNESS:  Yeah.

5    BY MS. SOLTYS:

6    Q    Government's Exhibit 20-A.  Have you seen these pieces of

7    paper as well?

8    A    Yes.

9    Q    Am I reading this correctly, 9-26-2005 through October

10   the 1st, 2005?

11   A    Yes.

12   Q    And again -- I'm sorry.  October the 1st, 2005.  And

13   what's this on the right-hand side, these figures?

14   A    That's the entries of the money of that day.

15   Q    You had mentioned earlier that Mr. -- there came a point

16   in time in which Mr. Jones had asked for a receipt?

17   A    Yes.

18   Q    Did you ever see him giving something like that?

19   A    Correct.

20              THE COURT:  What's the date on that, please?

21              MS. SOLTYS:  9-17-05.

22   BY MS. SOLTYS:

23   Q    Ninety-six galones, G-A-L-O-N-E-S, entotal,

24   E-N-T-O-T-A-L, what does this represent, Mr. Bermea?

25   A    That's 96 gallons total, which refers to 96 ki's of coke.

1   Q    Sometimes it says Amigo de Pelos?

2   A    Those are the other person, Risitas.

3   Q    And when it doesn't say?

4   A    It's Mr. Jones.

5   Q    Biro, Biro, Biro, Biro.  What does that represent,

6   Mr. Bermea?

7   A    Mr. Jones, when he bought the drugs, those dates.

8   Q    And that name Biro was short for what?

9   A    I have no idea.

10        MS. SOLTYS:  If I could have the Court's brief

11  indulgence for one moment.

12        Thank you, Your Honor.  I have no further questions

13  at this time.

14        THE COURT:  All right, thank you.

15        Go ahead, Mr. Jones.

16        (Pause.)

17                  **CROSS-EXAMINATION**

18  BY MR. JONES:

19  Q    How you doing, Mr. Bermea?

20  A    All right.

21  Q    We listened to a lot of calls.  This time we're going to

22  go over some of these calls.

23  A    All right.

24  Q    You don't have a book up there, do you?

25  A    No, I sure don't.

1   Q   Okay.

2          THE COURT:  Do you want him to have a book of the

3   calls?

4          MR. JONES:  No.

5          THE COURT:  No?

6          MS. SOLTYS:  We have an extra book.

7          MR. JONES:  He won't need a book.

8          THE COURT:  Well, it might be a lot easier if he's

9   reading what you're reading.

10          MR. JONES:  I don't want him to see what I'm

11   reading, Your Honor.

12          THE COURT:  Oh, okay.

13   BY MR. JONES:

14   Q   The calls that you listened to Mr. Bermea, I'm going to

15   briefly go over them again.

16   A   All right.

17   Q   And the question that I'm asking, that's going to be a

18   yes or no question.  So, the first question, the first --

19          THE COURT:  You can answer yes and no.

20          MR. JONES:  Yeah.

21   BY MR. JONES:

22   Q   The first call was September the 3rd, '05.  And it says,

23   "Yeah, hey, yes, all right, all right, man."  On that day, do

24   you remember Mr. Jones getting any drugs from you?

25   A   On which date?

1    Q    This was on September the 3rd, '05.

2    A    September '05.  No.

3    Q    This is September the 5th, '05.  It says, "Hello, hey,

4    yeah, man, holler at you, all right, okay, yeah."  On

5    September the 5th, '05, did Mr. Jones get any drugs from you?

6         MS. SOLTYS:  Objection to the question without a

7    foundation being laid that Mr. Bermea was present at the

8    time.

9         MR. JONES:  I'm just saying this call right here --

10        THE COURT:  Well, yeah, he's not talking to you, by

11   the way.  So, let's not mislead the witness.  It's between

12   Jones and Charlie.

13   BY MR. JONES:

14   Q    Okay.  This between Charles Reyna, a/k Charlie, with

15   Mr. Jones.

16        THE COURT:  Where you at the place then?

17        THE WITNESS:  I was at the place because I know

18   because I was there.  I was not there when he purchased the

19   drugs.  But if he can go back and see the phone calls and my

20   brother-in-law's notes, you can see when Mr. Jones purchased

21   the drugs.

22        THE COURT:  All he's asking you is whether you saw

23   him purchase drugs that day.

24        THE WITNESS:  No.

25        THE COURT:  That's the question.  Okay.  That's

1   fine.

2   BY MR. JONES:

3   Q   Okay.  This is a call, 10-1-05, Mr. Bermea.  Yeah, hey,

4   hey, what's up?  Yeah, um, probably about 15 or 20 minutes.

5   Fifteen or 20 minutes, all right.  Yeah, um, you know, the

6   three, what was that?  The three, um, still, um, yea, yeah,

7   yeah, okay.  Um, my, my, my friends, he gave them away.  Oh,

8   all three of them?  Yeah, by that time I got over there to

9   tell them, he took them away.  Oh, all right.  Then no

10  problem.  Bye.  All right."

11      10-01-05, did Mr. Jones get any drugs from you?

12  A   From me, no.

13  Q   Another call on 10-1-05.  Another call on 10-03.

14  Mr. Bermea.  It says, "Yeah.  Hey, see, I'm probably ain't

15  even going to see you, um, until early in the morning.  All

16  right?  Okay.  So tomorrow.  Um, yeah, I might call you

17  tonight.  If not, just do it in the morning time when I get

18  up.  Okay?  After I -- after I leave the gym because I'm

19  finished.  All right?  All right, okay."

20      10-03-05.  Did Mr. Jones get any drugs from you?

21  A   No.

22  Q   10-04-05.  "Yeah."  This is Mr. Bermea.  "Yeah.  Hey.

23  Um, yup, what time can you get to this, um, the spot?  About

24  from 15, about 20 minutes.  Okay.  Then all right.  Okay.

25  All right."

1     10-04-05, did Mr. Jones get any drugs from you?

2   A   If I can -- can I see my notes?

3   Q   I'm asking you a question on -- this is the phone call

4   that you --

5          THE COURT:  If you can't remember, you can't

6   remember.

7          THE WITNESS:  I can't remember.  You see, you're

8   specifying dates that you know I ain't receiving -- you ain't

9   receiving no drugs.  Give me the other calls that --

10          MR. JONES:  Mr. Bermea, you will have a chance --

11          MS. SOLTYS:  I'm sorry, he cannot cut off the

12   witness.

13          MR. JONES:  Well --

14          THE COURT:  No, no, he can.  He can, he's doing

15   cross-examination.

16          MR. JONES:  You had this --

17          THE COURT:  Sorry.  Can I talk?

18          You have to answer his questions.

19          THE WITNESS:  Okay.

20          THE COURT:  If you don't remember, you can say so.

21   And you can -- on redirect, they can give you the date, your

22   documents.

23   BY MR. JONES:

24   Q   10-4-05.  "Hello, hey, I'm -- I'm right here.  Okay.  All

25   right.  I'll be there in about ten minutes, all right?"

1      At 11:19 A.M., 10-04-05, did Mr. Jones receive any drugs

2   from you, Mr. Bermea?

3   A   Can you read it again?

4   Q   11:19 A.M. on 10-04-05, it says, "Hello.  Hey, um, I'm

5   right here.  Okay.  All right.  I'll be there in about ten

6   minutes.  All right?"

7   A   I think that's when I -- no.

8   Q   Same day, 10-4, 4:25 P.M.  "Hello, hey, Saturday we're

9   going to have the party after all.  Okay?  All right.  All

10  right, that's okay.  Later, bye-bye."

11     Did Mr. Jones receive any drugs from you?

12  A   No.

13  Q   10-07-05, 3:23 P.M., Mr. Bermea.  "Please hold" -- I'm

14  sorry.

15     "Hey, hey, hello.  That's tomorrow.  Okay.  All right.

16  Whatever time you want.  Okay.  Call me when you ready.  All

17  right.  Know tomorrow is done deal -- it's a done deal.  Oh,

18  yeah, just call me.  All right.  And I come talk to you.

19  Okay.  All right.  Bye."

20     Did Mr. Jones get any drugs from you, Mr. Bermea?

21  A   Nope.

22  Q   10-08, 11:25.  It says, Mr. Bermea, "Hey, hey, um, I have

23  some bad news.  What?  The yesterday I told you it was going

24  to be here.  Uh-huh.  They -- they had a delay and they --

25  they are going to probably get here by Monday.  Um, okay, um,

1   will you, and I need you to talk to you about one thing.  Um,

2   where I'm at.  Yea, are you still close by?  Well, if you

3   want, we can go into the house.  I got the key.  Um, okay,

4   how far, I mean, you know, about 15 to 20 minutes.  Okay.

5   All right.  Yeah, let me, let me talk to you real quick.  All

6   right, all right.  Goodbye."

7       This is 10-08 at 11:25 A.M.  Did Mr. Jones get any drugs

8   from you, Mr. Bermea?

9   A   No, you didn't.

10  Q   10-09-05.  11:14 A.M.  The call say, "Yeah, hey, you

11  ain't just call me, did you?  Huh?  I said you ain't just

12  call me, did you?  But nah, oh, somebody called it, was

13  unknown.  I hate when they do that.  You know, um,

14  girlfriend's sister, they ain't coming to visit.  Nah, nah,

15  as soon as it come, I'll just give you a call right away.

16  Okay.  All right.  All right, man."

17      Did Mr. Jones get any drugs from you on that day?

18  A   No, sir.

19  Q   So did you mislead this jury to say, well, Mr. Jones

20  allegedly called you that he's getting drugs from you?

21  A   I never mislead nobody because what you're referring is

22  when the trips were coming.  And when the -- give me the

23  calls where it's stating ten minutes, five minutes, I'm here.

24  That's when you're buying the drugs.

25      So you're referring right now to the calls when you know

```
1    when I'm getting the shipment.  That you know you ain't going
2    to receive no shipment right there.  So you give me those
3    calls.  How can I say you're buying drugs?
4    Q   I'm reading -- I'm reading --
5            THE COURT:  Okay.  That's it.  Next question, next
6    question.
7    BY MR. JONES:
8    Q   I'm reading, Mr. Bermea, I'm reading the calls --
9    A   Well, I'm answering your question-
10           THE COURT:  Wait a minute, wait a minute, you
11   can't --
12           THE WITNESS:  Oh, I'm sorry.
13           THE COURT:  Let's hear the question.
14   BY MR. JONES:
15   Q   I'm reading the calls in the order that was played this
16   morning.
17   A   No, sir, you're not reading it like --
18           THE COURT:  Okay, okay.  Whether he is or he isn't,
19   that's it.
20           Do you have a question or not have a question?
21   BY MR. JONES:
22   Q   10-10-05, 9:34, it says, "Hey, hey, hey, my man, my
23   friend.  He should be getting here about four hours.  In the
24   morning.  I call you.  Yeah, all right.  Bye.  Okay.  Bye.
25   I'll give you a call.  Early in the morning, early, early,
```

1    all right, man.  Bye.  Okay."

2        Did Mr. Jones get any drugs from you 10-10-05, 9:34 P.M.?

3    A   No, you didn't get no drugs.

4    Q   10-11-05, 7:39 A.M.  "Hey.  Hey.  You ready for me?  Yup,

5    I got -- I got them here already.  Okay.  All right.  I --

6    I -- I'm on my way, about 15 minutes.  Yeah, yeah, um, um, I

7    was going to tell you, I'm -- I'm in the other house.  Not --

8    not the same one.  Yeah, um, um, it would take me 25 minutes.

9    Okay.  You say about 25 minutes?  Yeah.  Okay.  All right.

10   I'm going to get something to eat then.  Okay.  All right.

11   Okay, bye."

12       10-11-05, 7:39 A.M.  Did Mr. Jones get any drugs from

13   you, Mr. Bermea?

14   A   Can you read it again?

15   Q   "Hey.  Hey.  You ready for me?  Yup, I got them here

16   already.  Okay.  All right.  I -- I -- I'm on my way, about

17   15 minutes.  Yeah, um, um, I was going to tell you, I'm --

18   I'm at the other house.  Not -- not the same one.  Yeah, um,

19   um, it would take me 25.  Okay.  You say about 25 minutes?

20   Yeah.  Okay.  All right.  I'm going to get something to eat

21   then.  Okay.  All right.  Okay, bye."

22            THE WITNESS:  Your Honor, can I look at my notes to

23   answer this question?

24            THE COURT:  No, you can do it on redirect, they'll

25   help you.  If you don't remember, you have to say "I don't

1    remember."

2              THE WITNESS:  I don't remember.

3    BY MR. JONES:

4    Q   10-11-05, 8:43 A.M., it says, "Yea, yeah, hey, you there?

5    Yeah.  All right.  About ten minutes.  Okay.  Bye."

6         Did Mr. Jones get any drugs that day from you,

7    Mr. Bermea?

8    A   I don't remember.

9    Q   10-12-05.  This says -- this is Mr. Bermea, 12:36 P.M.

10   "Hello, hey, um, um, the girls are coming tomorrow night.

11   Got you, got you, got you.  All right, man.  All right, tell

12   Shorty I said hi.  All right, all right.  Bye."

13        Did Mr. Jones get any drugs from you, Mr. Bermea?

14   A   Nope.

15   Q   10-13-05, 12:44 P.M., Mr. Bermea.  "Yeah.  Hey, hey.  Hey

16   um, I've got to make a couple runs, right?  But I need to

17   come and talk to you about something.  Okay.  Um, I'm not

18   there, but um, I'll be there within 30 minutes.  Now, now you

19   ain't nothing coming now because I got to go make a couple

20   runs, but I call you where I finish, um, doing what I'm

21   doing.  Um, okay, okay.  All right.  All right.  Bye-bye,

22   bye-bye.  Hello, hello."

23   A   Nope.

24   Q   10-13, 5:25 P.M., it says -- this is Mr. Bermea.  "Hey.

25   Hey, what's up?  I'm -- I'm only going to be here like around

1  eight o'clock because, remember, the girls are coming.  Okay?

2  Um, are you going to swing by all?  Okay.  Right now.  Um,

3  like I said I'm going to be here until eight o'clock.  Um,

4  okay.  After I'm going to need to take off because I'm going

5  to go meet those, um, the girls.  Okay, I will.  Um, later on

6  then, all right?  You want later on in the morning time.  Um,

7  whatever time is better for you.  Oh, yeah because there is

8  what it was 20 out of the VIP tickets.  Yeah, it was like 20.

9  Okay.  I see you, I'm trying to get over before then.  If

10  not, I just catch you afterwards."

11      This is 10-13-05, 5:25 P.M.  Did Mr. Jones get any drugs

12  from you, Mr. Bermea?

13              THE COURT:  On the 13th?

14              MR. JONES:  On 10-13-05, 5:25 P.M.

15              THE WITNESS:  Nope, you didn't receive no drugs.

16  BY MR. JONES:

17  Q   There's another 10-13-05 at 7:13 P.M.  "Hello.  Hey.  I'm

18  about five, five, ten minutes away.  Okay, oh, all right.

19  Okay.  Okay, bye."  This is the 13th at 7:13 P.M.

20  A   I got to see the notes.  I don't remember.

21  Q   On the 14th, 10-14-05.  Mr. Bermea, it say, "Hey, hey,

22  what's up?  I want to talk to you real quick, yeah, I'm --

23  I'm here, okay, all right, all right."  10-14-05, 6:44 P.M.

24      10-15-05, 11:50 A.M.  "Yea, hey.  Um, need to talk to you

25  in 15 minutes.  All right, man, all right."

1      Did Mr. Jones get any drugs from you on 10-15-05, 11:50

2   A.M.?

3   A   On the 14th?

4   Q   10-15-05 --

5          MS. SOLTYS:  Your Honor, the question was on 10-14.

6   The witness had not finished his answer.  Then Mr. Jones read

7   the next question, read the next --

8          MR. JONES:  This is 10-15.

9          MS. SOLTYS:  He was not allowed to answer for 10-14.

10          THE COURT:  Okay.  10-14, what happened on 10-14, do

11   you remember, Mr. Bermea?

12          THE WITNESS:  I think, yes, he did receive, from my

13   notes, I got on 14th, 14th, 15th.

14          THE COURT:  But your note are in evidence, and they

15   can be -- if he doesn't want to show them to you, we'll show

16   them to you on redirect.

17          THE WITNESS:  Okay.

18          THE COURT:  Now which one are we asking about?

19   BY MR. JONES:

20   Q   10-15.  It say, "Yeah, hey, um, need to talk to you in 15

21   minutes.  All right, man, all right."

22   A   No.

23   Q   10-17.  This says, "Hello, hey, hey, hey, I just want to

24   let you know I took here where I live.  Um, okay, I'm going

25   to be out for like a day or two.  Um, man, all right, okay.

1    All right, man.  All right.  You just call me when I come

2    back, I give you calls.  Okay.  All right.  All right."

3        This is 10-17-05.

4    A   You didn't receive no drugs.

5    Q   Mr. Bermea, yesterday the Government asked you questions,

6    it says, "Okay.  After -- then after you was released from

7    D.C. Jail, did you meet with the FBI agent who had been

8    involved in your case?"  And you said, "Yes, ma'am."

9    A   That's correct.

10   Q   Mr. Bermea, when you met with this FBI agent that was

11   involved in your case after you got released from D.C. Jail,

12   did you take the Government to this house that you said that

13   was off Route 5 or have this tank?  Did you ever take the

14   Government there?

15   A   No, sir.

16   Q   So, how many trials did you testify at?

17   A   This one is the third one.

18   Q   So, you got released in what year?

19   A   If I'm not mistaken, it was 2008.

20   Q   2008.  You with this FBI agent that's related to this

21   case and did you not testify about this house that's with

22   this big tank or the first shipment?

23   A   Yes, I did, but I was incarcerated.  I was locked up so I

24   couldn't -- you can't leave the jail.

25   Q   No.  I'm saying after you got released, after the second

1    trial, you got released in 2008.

2    A    That's correct.

3    Q    And the question was, "And then after you was released

4    from D.C. Jail, did you meet with the FBI agent who had been

5    involved in your case?  And you said, "Yes, ma'am."

6    A    I met with her this year to talk about -- not this year,

7    last year to talk about this case.  After I got released, the

8    FBI never talked to me until last year on December.

9            THE COURT:  2012?  When was the first time after you

10   got released that you talked to --

11           THE WITNESS:  I got released in 2008.

12           THE COURT:  Yeah.

13           THE WITNESS:  And I didn't talk to the FBI people

14   until recently, last year, in December.

15           THE COURT:  And that means the FBI and the

16   prosecutor or you just --

17           THE WITNESS:  The FBI, the agents went to my house

18   to let me know Mr. Jones was going to retrial again.

19           THE COURT:  Okay.  All right.

20   BY MR. JONES:

21   Q    So when the Government said, "And did they help you leave

22   town and go back to Texas?"  You said, "Yes, ma'am."

23   A    Are you referring when I got released or this prior --

24   we're talking about the court?

25   Q    I'm just going by what the Government said this morning,

1   they were talking about when you got released --

2   A   What are you talking about?

3   Q   The question was, page 61, line one, it says, "Okay.  And

4   then after you were released from D.C. Jail, did you meet

5   with FBI agent who had been involved in your case?"

6   A   Oh, yes.

7   Q   And you said "Yes, ma'am."

8   A   Yes, that's correct.

9   Q   Then she said, "And then they helped you leave town and

10  go back to Texas?"

11  A   Yes.

12  Q   You said, "Yes, ma'am."

13  A   That's correct.

14  Q   When they helped you to go back to Texas, did you tell

15  them, say, let me go take you to this house that you talked

16  about in the other two trials?

17  A   Well, to begin with, after Mrs. Huvelle gave me the

18  sentencing, after that, I'm a free man.  I don't have to do

19  nothing.  The Government doesn't have to ask you anything.

20  Q   So you're a free man now?

21  A   Exactly.

22  Q   And Mr. Jones is not a free man now?

23  A   That's correct.

24          MS. SOLTYS:  Objection.

25          THE COURT:  It's too late now.

1    BY MR. JONES:

2    Q   Mr. Jones is going through his third trial right now?

3          THE COURT:  That's what we're doing here, sir.  Next

4    question.

5    BY MR. JONES:

6    Q   Mr. Bermea, when you got released, did the Government

7    give you $10,000?

8    A   Yes.

9    Q   Now, you testified in front of this jury that you worked

10   hard for $10,000.

11   A   That's not correct.

12   Q   Did you not testify that when you, on your first trip,

13   you made $10,000?

14   A   That's correct.

15   Q   And you said that you stayed how long?

16   A   Like a month.

17   Q   A month.  And what did you have to do for that $10,000?

18   A   You got to sit down on drugs that we used to sell to you.

19   Q   So you sat down with drugs that you used to sell to me?

20   A   Correct.

21   Q   And now, did you get paid 10,000 to testify against me?

22   A   Nope.

23   Q   Mr. Bermea, the Government asked you, where did we meet

24   the first time.  And you say the first time was in McAllen,

25   Texas.

1    Then she asked you, and when was that that I met you in

2    McAllen, Texas.

3    You said, "A couple of months ago."

4    Then the question was, "And in preparation for your

5    testimony here today, have you reviewed anything?"

6    And you said, "Yes, my testimony."

7    Then the question was, "Did you review, did you have any

8    opportunity to review your transcript from the previous

9    testimony?"

10    You said, "Yes, ma'am."

11    Then the question was, "And in preparation for your

12    testimony here today, did you also listen to telephone calls

13    in which you were a participant in those telephone calls in

14    talking to Mr. Jones?

15    "You said, "Yes, ma'am."

16  A    That's correct.

17  Q    When you met with the Government or when the Government

18    came to Texas to meet with you, did y'all discuss this case?

19  A    Just what happened to the previous case.

20  Q    Who was that that discussed this case with you?

21  A    It was Agent -- I can't remember her name right now.

22  Q    But it was an agent?

23  A    Yes.

24  Q    Was it a male or a female agent?

25  A    Female.

1    Q    It was a female agent.  Was she African-American or was

2    she Caucasian?

3    A    She was white.

4    Q    Okay.  Now, who else was with this agent?

5    A    The prosecutor.

6    Q    Okay.  So just those two?

7              THE COURT:  Ms. Soltys raised her hand.

8              MR. JONES:  Okay.

9              THE WITNESS:  The agent was Kellie.

10             THE COURT:  O'Brien?

11             THE WITNESS:  Yes, ma'am.

12             THE COURT:  Okay.  Kellie O'Brien.

13   BY MR. JONES:

14   Q    Agent Kellie O'Brien.  Did Agent Kellie O'Brien take any

15   notes?

16   A    No.

17   Q    Did Ms. Soltys take any notes?

18   A    She didn't take no notes.  We just read the transcript.

19   Q    You read the transcript --

20   A    Correct.

21   Q    -- of what you said before?

22   A    Correct.

23   Q    So you won't forget or to make sure you stick to what you

24   said before?

25   A    We're talking about eight years.  So, you're telling me

1    you're going to read something just out of the blue?

2    Q    That's the answer?

3    A    Well, no, that's not the answer.  The agent showed me

4    what I said in the previous testimony.

5    Q    So, after you testify in this case, will you get another

6    10,000?

7    A    No.

8    Q    Will you get paid any money?

9    A    The Government hasn't offered me nothing.

10   Q    So, no promises?

11   A    No promises whatsoever.

12   Q    In the first two trials, did a lawyer ask you -- did the

13   Government give you any promises?

14   A    No.

15   Q    And what did you tell the lawyer, that you weren't going

16   to get any benefits?  Am I correct?

17   A    They said that the prosecutors can give a -- they could

18   give you, what you call it?  They can give you a time, but

19   it's not -- it's up to the judge to give you the sentencing.

20              THE COURT:  5K?

21              THE WITNESS:  A 5K, yes.

22              THE COURT:  They filed a 5K here, didn't they?

23   BY MR. JONES:

24   Q    So they filed a 5K1?

25   A    Exactly.

1  Q   What is a 5K1?

2  A   In legal terms, in terms, I really don't know.  Who did

3  all that was my lawyer.

4  Q   So basically, is that something that a cooperator gets?

5  A   Pretty much.

6  Q   Okay.  Now, did you not testify about hundreds and

7  hundreds of kilos?

8  A   Correct.

9  Q   When you took your plea, did you actually take

10  responsibility for hundreds and hundreds of kilos?

11  A   Just what I got caught.

12  Q   What you got caught with?

13  A   Correct.

14  Q   And what did you get caught with?

15  A   Ninety-six or 98 kilos of cocaine.

16  Q   So, you didn't take responsibility of this first shipment

17  that you say that was -- how much -- how many kilos was the

18  first shipment?

19  A   Roughly, they're all over a hundred plus.

20  Q   All over a hundred plus.  The second shipment was over a

21  hundred plus?

22  A   Yes.

23  Q   The third shipment was over a hundred plus?

24  A   Yes.

25  Q   So basically, it was over 150 kilos; right?

1    A    Roughly.

2    Q    So, did your lawyer explain to you the sentence

3    guidelines that 150 kilos start at 38, offense level 38?

4    A    Correct.

5    Q    Now, for your part that you took responsibility of

6    supervisor or organizer or anything like that, did she tell

7    you that you could get four more points for the part that you

8    played?

9    A    Yes.

10   Q    So now we're looking at, what's this, 42, on a offense

11   level, offense level 42?  And I know she showed you this

12   chart, it's called a sentencing guidelines chart.  And it

13   says 360 to life across the board.

14        Now, at a level 42, the next level is it, 42 is life

15   across the board.  Forty-two -- I mean, I'm sorry, 42 is 360

16   to life.  Forty-three, one more point, you're life across the

17   board.

18        Now --

19             MS. SOLTYS:  Your Honor, may I object?  He's making

20   a speech.  He's not asking a question.

21             MR. JONES:  I'm sorry.

22             THE COURT:  I know --

23   BY MR. JONES:

24   Q    Do you know if level 43 is life across the board?

25             THE COURT:  No, no, no, no, let's approach.  This is

1   getting way up the -- let me see the plea papers, please.

2          Excuse us, ladies and gentlemen.

3          Ladies and gentlemen, we'll take a break.  It will

4   take us until 3:30, please.  Sorry.  Thank you, thank you.

5   I'm glad you remind me every once in a while.

6          (Jury Out.)

7          THE COURT:  Let me just see the plea papers, please.

8          Okay.  I don't know what his guideline range is

9   here.

10          Okay.  Go ahead, Ms. Soltys.  First of all, we're

11   getting the jury all confused here.  You know, if he pleads,

12   he gets three points reduction for responsibility no matter

13   what his max is.  What's his max under the -- even if he had

14   more drugs, there's a limit again.

15          MS. SOLTYS:  I believe he was -- I believe he --

16   paragraph two says that if he accepts responsibility, it's

17   between 50 and 150 kilos of cocaine.

18          THE COURT:  Well, yeah, his point is that there was

19   more cocaine than that.

20          MS. SOLTYS:  Right, I understand that.  But what

21   Mr. Jones was doing was he was making a speech.

22          THE COURT:  Yeah, I know that, but what would be --

23   even if he had a higher amount of cocaine, wouldn't he be

24   maxing out at some point here?

25          MS. SOLTYS:  He would be maxed out if he had been

1   over 150 kilos.  He was -- what he pled to was a level 36.

2           THE COURT:  Okay.  But what would it be if he went

3   over?

4           MS. SOLTYS:  He would be a 38.

5           THE COURT:  Okay.  That's why he was getting a

6   little confused.  He didn't have a criminal history is my

7   recollection.

8           MS. SOLTYS:  That's correct.

9           MR. JONES:  But he had the four points.  He would

10  have got the four points for the part that he played.

11          THE COURT:  I don't know whether -- I don't know

12  whether -- I don't know that.  I can't tell you that.

13          MR. JONES:  He said he supervised the whole house by

14  himself.

15          THE COURT:  Well, I don't know, but the fact is he

16  didn't have four points there.  So, you're just sort of -- he

17  had plenty of time.  Listen, you're spending time confusing

18  the jury unnecessarily.

19          MR. JONES:  Your Honor, I don't think the jury is

20  confused because it's so simple because --

21          THE COURT:  Fine.  I'm just telling you that you

22  can't keep talking about 42.

23          MR. JONES:  Well, can I put this -- I want to make

24  this as an exhibit then.

25          THE COURT:  It's already in evidence, you made it

 1    already.

 2            MR. JONES:  No, this is not an exhibit, I don't

 3    believe.

 4            THE COURT:  It is.

 5            MR. JONES:  It is?  Okay.  Then we'll put it --

 6            THE COURT:  It's there.

 7            MR. JONES:  I'll put that up so they can see what's

 8    going on.

 9            THE COURT:  But I'm not going to let you confuse

10    them about what his guidelines range.  If he pleads, he gets

11    three off just automatically, so you're below -- you're

12    below.  So stop with this life, life, life.  He had no

13    criminal history.

14            MR. JONES:  Your Honor, I should be able to impeach

15    this -- I should be able to impeach him.  And I'm going over

16    what he would have had, which he would have had a 42.

17            THE COURT:  No, he wouldn't have.  Because if he'd

18    pled, he'd have less.

19            MR. JONES:  And that's what I was going to get to.

20            THE COURT:  Well, you're getting to it in a funny

21    way.  I'm confused.  And so, therefore, if you can't --

22            MR. JONES:  I don't think they're -- I don't think

23    they're confused, Your Honor.

24            THE COURT:  You know, if you don't stop talking over

25    me, you're going to have to just sit down and be quiet,

1    please.  I'm tired of listening while I'm in the middle of a

2    sentence.  If you can't wait for me to finish my point, just

3    sits down.  Thank you.  Thank you.  We're taking a break.

4              (A brief recess was taken.)

5              THE COURT:  Okay, let's bring in the jury.

6              (Jury Present.)

7              THE COURT:  Okay.  Go ahead, Mr. Jones.

8              We have to stop on by 4:30 because the Court has

9    other matters to handle.

10              (Pause.)

11              THE DEPUTY CLERK:  This will be Defense Exhibit 17.

12              THE COURT:  Is it being offered into evidence?

13              MR. JONES:  Yes.

14              THE COURT:  Do you have objection?  I don't know

15    what it is.

16              MS. SOLTYS:  Yes.

17              THE COURT:  What is it?  And then I'll know what the

18    objection is.

19              MS. SOLTYS:  It's the range for the sentencing

20    guidelines.

21              THE COURT:  I thought it was in, it's not the same

22    thing as 7?

23              MR. JONES:  No, this is the front page, Your Honor.

24              THE COURT:  Is this the guidelines?

25              MR. JONES:  This is the table.  This is the

1    sentencing table.

2           MS. SOLTYS:  I would like to hear the question

3    actually.

4           THE COURT:  Yeah, let's hear the question.

5           MS. SOLTYS:  I would like to know what he intends to

6    do before we say whether we have an objection or not to the

7    exhibit.

8           THE COURT:  Let's hear the question.  I mean, this

9    is legal matters.  It's very complicated.  There are safety

10   valve issues, there are cooperation issues, there are

11   acceptance of responsibility issues.  I don't want you to

12   mislead the jury about the law.  Your point can be easily

13   made without getting into all of this.

14          MR. JONES:  Your Honor, can I approach the bench?

15          THE COURT:  No, just go ahead and ask your question.

16          This is not yet in evidence, Gwen.

17          Okay, go ahead.  He can use it in questioning him.

18   That's fine.

19                    **CROSS-EXAMINATION (Cont'd)**

20   BY MR. JONES:

21   Q   Mr. Bermea, this is --

22          THE COURT:  He can't see it.

23          THE WITNESS:  Yes, ma'am, I can see it.

24          THE COURT:  Oh, you can, all right.  Sorry.

25

1    BY MR. JONES:

2    Q    Mr. Bermea, when you discussed your time or your plea,

3    did your lawyer show you a sentencing table?

4    A    Yes.

5    Q    Did she explain to you down the bottom, did she explain

6    to you where you were at once you took your responsibility?

7    A    Yes.

8    Q    And do you know what level did she tell you?

9    A    I don't remember which level she told me.

10   Q    Did she explain to you what you was taking responsibility

11   for?

12            THE COURT:  The drugs, you mean, the quantities?

13            MR. JONES:  Yes.

14            THE COURT:  Well, it's in his plea.

15   BY MR. JONES:

16   Q    Do you remember your plea?

17   A    Yes.  Personally I don't remember because my lawyer

18   explained it to me.  So I just signed what was --

19   Q    This morning when the Government spoke with you or

20   questioned you, did you remember 50 to 150 kilos?

21   A    Yes.

22   Q    Do you think that was correct for your responsibility?

23   A    You're talking about, we were caught with 98.  But

24   they're just saying the process, she was just saying about

25   the story, how we ended up selling drugs to you.

1    Q    So, can you tell the jury how many shipments that you --

2    A    About, total five.

3    Q    Five shipments?

4    A    Yeah.

5    Q    And can you tell the jury the average amount of drugs

6    that you said that you supplied?

7    A    A hundred plus.

8    Q    So we're talking about over 500 kilos; correct?

9    A    Correct.

10   Q    Now, the question in the first two trials was, did you

11   get any -- was you offered or promised any benefits.  What

12   was your answer?

13   A    No.

14   Q    After the second trial, did you get any benefits?

15   A    Yes, the 5K.

16   Q    A 5K?

17   A    Yeah.

18   Q    Did you get any other benefits?

19   A    That I know of, no.

20   Q    So --

21            THE COURT:  Well, they gave you $10,000; right?

22            THE WITNESS:  That's after I was released, which at

23   that time I didn't even know they were going to give me the

24   money.

25            THE COURT:  But you did get that.

1            THE WITNESS:  Yes.

2    BY MR. JONES:

3    Q    So, did you get the benefit of regaining your freedom?

4    A    Well, if you say benefit, I was locked up with you at the

5    same time.  So, I don't see no benefit out of that.

6    Q    So, what year did you get arrested?

7    A    2005.

8    Q    What month?

9    A    October.

10   Q    What year did you get released from the D.C. Jail?

11   A    2008.

12   Q    So we're talking two months within '05, and you stayed in

13   jail '06, '07, and you went home in '08.  Is that a benefit?

14   A    Well, that's what the judge gave me, yes.

15   Q    So, did you know before you got your 5K1 that you was

16   going to get released or the judge was going to allow you to

17   go home?

18   A    No.

19   Q    So, before you testified in both trials, you had no idea

20   that after the second trial, that you would be released from

21   D.C. Jail?

22   A    No.

23   Q    Now that you're released from D.C. Jail, you back to your

24   normal life?

25   A    Correct.

1    Q    You're back with your wife?

2    A    Ex-wife.

3    Q    Ex-wife.  You're back with your family?

4    A    Yes.

5    Q    You get to go here and there on your own?

6    A    Correct.

7    Q    You don't have to eat any more baloney sandwich every

8    day?

9    A    Correct.

10   Q    So you are actually a very happy --

11   A    Well, you've got to remember this.  My part on this was

12   not -- I was not the main person.  I was just the minimum

13   person.  So, you're talking about what you're getting is --

14           THE COURT:  Okay.  I don't think you should argue

15   with Mr. Jones.  All he asked is whether you're happy.

16           THE WITNESS:  Oh, pretty much until right now.

17           THE COURT:  Okay.

18   BY MR. JONES:

19   Q    Okay.  Mr. Bermea, you say your first trip was to where?

20   A    Washington.

21   Q    Can you tell the jury where in Washington?

22   A    Well, you should know best.  You know the location.

23           THE COURT:  If you don't know, you say "I don't

24   know."  If you know --

25           THE WITNESS:  It's some where in Branch.

1          THE COURT:  Branch?

2    BY MR. JONES:

3    Q    Somewhere in Branch?

4    A    Yes.

5    Q    Are we speaking of Washington, D.C.?

6    A    Well, I don't know if it's Washington, D.C. or whatever,

7    but it's in Branch Avenue.

8    Q    It's somewhere on Branch.

9    A    Yes.

10   Q    Now, why did you leave this first location?

11   A    Because of the officers that came knocking to the house.

12          THE COURT:  That's where the lady was upset with

13   people peeking in the windows?

14          THE WITNESS:  Correct, ma'am.

15   BY MR. JONES:

16   Q    So, after the officer got to knocking on the door, what

17   happened?

18   A    They called -- Manito called Primo to tell him that

19   there's an officer there knocking at the door.  He just told

20   us to wait for a couple of minutes and he made a call.  And

21   he called us back and told us to pack the money, fix it up

22   and -- because the trailer was coming that night.

23   Q    After this first trip, what happened after that?

24   A    The money went back to Mexico, I guess.  And from there,

25   we took off home to Texas.

1   Q   Did you complete this shipment of drugs?

2   A   Correct.

3   Q   So you went back home.  How long did you stay at home?

4   A   From August until January of 2005.

5   Q   August to January '05?

6   A   Yeah.

7   Q   Can you tell the jury what happened next after '05, what

8   was the second shipment?

9   A   To Atlanta, Georgia.

10   Q   Now, Mr. Bermea, you testified in the first trial.

11   A   Correct.

12   Q   Before you testified in the first trial, did you debrief

13   or interview with the Government?

14   A   Correct.

15   Q   Now, during this interview, you had been honest; right?

16   A   Correct.

17   Q   Did you tell the FBI agent about Atlanta?

18   A   No, sir.

19   Q   You testified in the first trial in front of that jury,

20   did you tell the jury about Atlanta?

21   A   No, sir.

22   Q   In your first trial, Thursday, November the 2nd, 2006,

23   1:57 P.M., you testified, the Government asked you a

24   question -- I mean, I'm sorry.

25           THE COURT:  2006?

1          MR. JONES:  No, this is the second, this is the

2     second trial.

3          THE COURT:  It's not 2006.

4          MR. JONES:  Okay.  I'm wrong, Your Honor.

5          THE COURT:  Whatever.  Which trial are you looking

6     at?

7          MR. JONES:  This is Thursday, November the 29th,

8     2007, the second trial.

9     BY MR. JONES:

10    Q   Mr. Jones' lawyer asked you a couple questions.  Page 48,

11    starting at line eight, Mr. Balarezo asked you this:

12         "Now, a year ago, when you testified at another

13         trial in front of another jury, you was under

14         oath again.  Not once did you mention that trip

15         to Atlanta; correct?"

16         Then you say, "Correct."

17         "Just forgot about it; right?

18         "The Government didn't ask me about no other

19         trip besides just Washington.

20         "So you saying because Mr. Geise did not ask

21         you about did you go to Atlanta, that's why you

22         never brought it up?"

23         Your answer was, "Like I said, my lawyer

24         advised me just to answer the prosecutor's

25         questions that they wanted.

```
 1        The question was, "All right.  Your lawyer also

 2        advised you that under your plea agreement you

 3        had an obligation to give truthful, forthright

 4        and complete cooperation; right?"

 5        Then you said what you did.

 6   A    That's correct.

 7   Q    So before the first trial, you was being truthful?

 8   A    Correct.

 9   Q    So, is it because it was the second trial, isn't it a

10   fact that you said I have to step my game up on the second

11   trial?

12   A    That's incorrect.  The reason I said something about

13   Atlanta trip was because Maynard was coming to trial.  And by

14   that I needed to tell the truth because I had dealt with him

15   in Atlanta.

16   Q    So, you saying in your debriefing and in the first trial

17   you didn't tell the truth?

18   A    I did, because they didn't ask me about Atlanta.

19   Q    So the only thing the Government asked you about was

20   Mr. Jones?

21   A    Pretty much.  That's what they were after.  They were

22   after you.

23   Q    So, since they were after Mr. Jones, you knew that was

24   your way out; correct?

25   A    How's that?
```

1    Q    The question is, I'm asking you, correct?

2    A    Well, can you say the question again?

3    Q    Mr. Bermea, during the first trial, did you not have

4    discovery of this case?

5    A    Like I said, the discovery was because Mr. Maynard got

6    caught somewhere North Carolina, and he didn't show up in the

7    first case.  So I didn't say nothing.  And the Government

8    didn't ask me about Atlanta.  And you were caught here in

9    Washington.

10   Q    So --

11   A    So what was the use of saying something about Atlanta if

12   you were caught here in Georgia -- I mean, in Washington.

13   Q    The question is, when they asked you about Mr. Jones or

14   showed you pictures of anybody, you assumed it just was

15   talking about Washington?

16   A    That's what they were asking about, Washington.

17   Q    Did they not ask you about your, like the questions, how

18   many shipments you had or you participated in?

19   A    Yes, they said in Washington area.

20   Q    Oh, and they said Mr. Jones; right?

21   A    Yes.

22   Q    So, your whole focus, your whole objective was about

23   Mr. Jones?

24   A    Well, that's what the case is about, you.

25   Q    So, the second trial you decided that to step your game

```
 1   up, you have to go after Mr. Maynard?

 2           MS. SOLTYS:  Objection, that's not what I said.

 3           THE COURT:  Yes.  Sustained.  Mr. Maynard, for the

 4   jury's information, was not a defendant in the first trial.

 5   Only the second.

 6           Okay.  Go ahead.

 7   BY MR. JONES:

 8   Q   So, you telling the jury, during your interviews that

 9   you -- how many times did you interview with the Government?

10           THE COURT:  When?

11           MR. JONES:  During the first trial -- before the

12   first trial?

13           THE WITNESS:  A couple of times.

14   BY MR. JONES:

15   Q   A couple of times?

16   A   Yeah.

17   Q   How many times did you interview before the second trial?

18   A   A couple of times, too.

19   Q   Now, during this couple of times when they asked you

20   questions, did they take notes?

21   A   Yes.

22   Q   So, a couple of times is at least two and two or is it

23   more?

24   A   It's more.

25   Q   And during those couple of times, you haven't thought
```

1    about Atlanta at all?

2    A    They didn't ask me about Atlanta.  I came out in the

3    second trial because I saw Mr. Maynard, that he was going to

4    trial.  And that's when I told my lawyer about it.  And he

5    said that he was going to talk to the prosecutor, and that's

6    when I met up and discussed about the -- because Maynard was

7    going to trial.  And I did deal with him.  So that's why I

8    said something about it.

9    Q    When your codefendants was going through arraignments and

10   coming to the hearings, did you not see Mr. Maynard?

11   A    None whatsoever.

12   Q    So you are telling this jury that when you got arraigned

13   or when you came to this courtroom, you never seen

14   Mr. Maynard?

15   A    At the first court time, no.

16   Q    But have you ever seen Mr. Maynard come into court?

17   A    On the second time, yes.

18   Q    On the second time you did see Mr. Maynard?

19   A    Correct.

20   Q    Did a light bulb say, hey, this is the guy from Atlanta?

21   A    To who?

22   Q    The guy you said with the big foot?

23   A    Yeah, but to who do I have to say?

24   Q    To the FBI, to the Government.

25   A    Did they ask me if I knew about him?  Or are you just

1    going to say something without knowing?

2    Q   Mr. Bermea, when you seen the guy with the big foot --

3    A   Yeah.

4    Q   -- did you tell them, hey, I know this guy with the big

5    foot?

6    A   When I saw him, yes, I told them.

7    Q   You told the Government?

8    A   Yeah.

9    Q   How long after that when you seen this guy with the big

10   foot?

11   A   I saw him at D.C. Jail because I was at CTF, and I saw

12   him in the TV room.  I said, I know that guy.  So I called my

13   lawyer.  And I told him I needed to talk to him.  So he come

14   over, and I told him what was happening, and that's when we

15   saw the prosecutor.  And I told them I know that guy.  And I

16   know that he was going to go to trial on the second time.

17   Q   Mr. Bermea, are you telling the jury that you never seen

18   Mr. Maynard along with all the codefendants, you never seen

19   him?

20   A   To begin with, I never seen him.  When we got arrested, I

21   never saw him.  Later on, I found out that they transferred

22   him to another jail right away because he was in the Army

23   more or something, they send him to another jail.  That's why

24   I never saw him until I took his plea back.  He came back to

25   D.C.

1      THE COURT:  Okay, okay, okay.  He says he didn't see

2    him until he -- the second trial.

3  BY MR. JONES:

4    Q   Mr. Bermea, this cocktail [sic] or whatever you call

5    them, you said you was selling drugs for a separate cocktail

6    than the guy, Pelos; correct?

7    A   Correct.

8      THE COURT:  Cartel?

9  BY MR. JONES:

10   Q   What did you call them earlier, did you say cocktail?

11   A   Pelos.

12     MR. JONES:  Did he say cocktail or --

13     THE COURT:  Cartel.

14     MR. JONES:  Cartel?

15     THE COURT:  Not cocktail.

16  BY MR. JONES:

17   Q   So you got two separate cartels?

18   A   Matamoros and Branosa [phonetic].

19   Q   I'm not even going to try to say the name.  But it's two

20   separate cartels; right?

21   A   Correct.

22   Q   The person who supplied you from the cartel that's

23   separate from Pelos, what was the person's name?

24   A   Are you talking about Primo, the one you talked to?

25   Q   No, the opposite of Primo, you said --

1    A    Oh, Pelos.

2              THE COURT:  Harry Potter.

3              THE WITNESS:  Oh, Harry Potter, okay.

4              THE COURT:  Do you know his name?

5              THE WITNESS:  No, I just know him by Harry Potter.

6    BY MR. JONES:

7    Q    Did Harry Potter have a brother named José?

8    A    I don't know.  I don't even know if he has a brother.

9    That was the first time I ever met the person.

10   Q    The first time you met Harry Potter?

11   A    That's correct.

12   Q    And was Harry Potter the supplier?

13   A    On Pelos' trip?

14   Q    Yes.

15   A    No, he was like Pelos, an assistant.

16   Q    He was Pelos' assistant.  So he wasn't a supplier or the

17   brother to José with the one eye?

18             MS. SOLTYS:  Objection, he was misconstruing the

19   answer.

20   BY MR. JONES:

21   Q    This second cartel that you was getting drugs from --

22             MS. SOLTYS:  No, I have an objection., and I'd like

23   to --

24             THE COURT:  I don't understand what your objection

25   is.

1          MS. SOLTYS:  Okay.  Could we approach on the answer?

2          THE COURT:  Okay.

3          (Bench conference.)

4          MS. SOLTYS:  Could we go back?  He was like, Pelos,

5    comma, an assistant.  And then the next question is,

6    question, he was Pelos's assistant.  You see, he's

7    misconstrued the answer.  The answer was no, he was like

8    Pelos, comma, an assistant.

9          THE COURT:  Who was, Harry Potter?

10         MS. SOLTYS:  Right.  And then the next question was,

11   he was Pelos's assistant.  That's not what he said.

12         THE COURT:  Okay.

13         MS. SOLTYS:  So that's my objection.

14         MR. JONES:  What I'm trying to do is set up --

15         THE COURT:  I don't care what you're trying to do.

16   You just can't confuse him.

17         MR. JONES:  Well, I'm not trying -- can I speak,

18   Your Honor?  What I'm trying to do is basically set up

19   impeachment for Barron.  Barron, José is basically the person

20   who survived him, Barron was making it seem like he was

21   nobody.  So I'm trying to say later on when I call Kellie

22   O'Brien and them to impeach these witnesses, I'm trying to

23   set him up in terms if you go to Barron's testimony, he is

24   basically saying he's nobody.

25         THE COURT:  Who's nobody?

1          MR. JONES:  Barron is saying he's just a driver, and

2     he wasn't even the supplier of this.  He's saying it's

3     Barron.  Barron is saying it's José.  So basically I'm trying

4     to set it up so when I bring Kellie O'Brien in here to go

5     over their 302s, all of this is going to come out and clarify

6     it.

7          THE COURT:  Do you have any objection?

8          MS. SOLTYS:  Yes, I do have an objection.  I have an

9     objection to the question.

10          THE COURT:  Restate your question.

11          MS. SOLTYS:  That's fine, but he misconstrued --

12          THE COURT:  Strike the question.  I'm going to

13     strike the question.  He wasn't Pelos's assistant.  Okay?  So

14     you can go back to talking about José.

15          MR. JONES:  Okay, I'll move on.  Okay, I'll move on.

16          THE COURT:  Okay. I'll have to strike the question.

17     So I don't know whether you got what you want.  Fine.  Okay.

18          (Open Court.)

19          THE COURT:  Ladies and gentlemen, the objection is

20     sustained.  And the question about Pelos's assistant will be

21     stricken.  And so we need a new question.  We have no -- the

22     last two questions are out.  So start again.

23     BY MR. JONES:

24     Q    So Mr. Bermea, you saying that Pelos was a supplier of

25     the shipment going to you?

1   A   No, no.  He's not the supplier.  He's the person that

2   make a deal with the supplier, like Primo did to you, exactly

3   the same.

4           THE COURT:  Middleman like?

5           THE WITNESS:  Yeah, exactly, middleman, yeah.

6   BY MR. JONES:

7   Q   So you saying what Primo did to me?

8   A   Yeah.

9   Q   And --

10  A   You're his source.

11  Q   I'm his source.  So you are the source from what cartel?

12  A   I'm not a cartel, I'm just working for the cartel.

13  Q   So, Mr. Bermea, when was the time you went independently

14  with a supplier in Texas, what year?

15  A   What?

16  Q   Where was you when you went your side deal [sic]?

17  A   Side deal?  September when they talked to you.

18  Q   It was September when you talked to me?

19  A   Not me, it was Berto Carrillo.

20  Q   It was?

21  A   Charlie, he talked to you.

22  Q   So, what year was this?

23  A   2005.

24  Q   2005.  What month?

25  A   September.

```
 1   Q   So now you're doing a side deal separate from Pelos or

 2   Primo?

 3   A   Primo.

 4   Q   Primo.  And this is with Harry Potter?

 5   A   Correct.

 6   Q   Who introduced you to this guy, Harry Potter?

 7   A   Pelos told me just to go to a direction, and he was going

 8   to be waiting for me in a convenience store.

 9   Q   So you drove down to the convenience store and met with

10   Harry Potter?

11   A   Correct.

12   Q   What happened after that?

13   A   After that, we took off to Washington.

14   Q   So you came to Washington.  You and Harry Potter?

15   A   Correct.

16   Q   Now, what happened after that?

17   A   After that, I got a vehicle.  He went on his own.  And I

18   just waited until I received the shipment of drugs to sell

19   you.

20   Q   So where did you wait at?

21   A   At the house where we got caught.

22   Q   I'm sorry?

23   A   I was staying at the house where we got caught.

24   Q   Where you got caught.

25       Now, while you was waiting at this house where you got
```

1    caught, when did you get this supply of kilos?

2    A    For who?  For Primo or Pelos?

3    Q    From when you was waiting at the house.  What month was

4    this that you was waiting at the house?

5    A    I got there at the end of September.

6    Q    So the end of September?

7    A    Correct.

8    Q    While you was waiting at this house, was you by yourself?

9    A    There was Alberto Carrillo, Ricardo and Charlie.

10   Q    So, how long was you there with them?

11   A    A couple of days since when you got the phone call when

12   it says Roy is coming, that's the date.

13   Q    So, when I got the phone call, the boy was coming?

14   A    No, when Roy was coming.

15   Q    When Roy was coming?

16   A    Exactly.

17   Q    Now, did that phone call say Roy or Roel?

18   A    Roy.

19   Q    It says Roy?

20   A    Exactly.  Roy is exactly the same as Roel.

21   Q    Did you say Roy?

22   A    No, it was Charlie.

23   Q    So, was you there when Charlie said Roy?

24   A    Yes, because I was there.

25   Q    You was there?

1    A    Correct.

2    Q    So, now, once you got the supply of drugs, how many kilos

3    was it?

4    A    It was about 12, I think.

5    Q    So you went from the first time, a hundred or something?

6    A    But you got remember, this is another supplier.  This is

7    a side deal, which you already know.  Primo, so you know it

8    was a hundred plus.  Now we're doing the other supplier,

9    which was Pelos, which was a small amount so we can get out

10   in two weeks.  Because you knew that Primo was sending the

11   other drugs.

12   Q    You tell the jury that you had 12 kilos?

13   A    Correct.

14   Q    And you was trying to get out within two weeks; correct?

15   A    Correct.

16   Q    Did you not tell the Government that the average that

17   Mr. Jones bring is 500,000?

18   A    You got to remember this.  It was not the first time

19   because you already had my -- my brother-in-law was already

20   there.  So you already got in some kilos of coke.  So, it was

21   the first time when they arrived with the drugs, which was in

22   September.  You already had drugs all that month.  So, like I

23   said, you always buy in between eight to ten.  And that's

24   what you were buying.

25        If you can see, you can see my notes where I got them,

1    the dates, and you can hear the phone calls exactly.

2    Q    Your notes, numerous of times.

3    A    Yeah.

4    Q    And the Government put your notes up so the jury and

5    everybody could see it.  Is there any evidence that you

6    showed that note, say Mr. Jones?

7    A    Of course not because in which -- in which drug deal you

8    going to put somebody's name?  That's kind of ridiculous if

9    you put a person that you're selling drugs, their name.

10   Q    Did you not put, you say that's Risitas?

11   A    Correct.

12   Q    Who is Risitas?

13   A    Well, if you can tell on mine, it's -- it says -- it has

14   another nickname, Homeboy.

15   Q    Homeboy.

16   A    If you go to my notebook because I don't know how to

17   spell Risitas.

18   Q    So you don't know how to spell Risitas?

19   A    No.

20          MR. JONES:  One minute, Your Honor.

21   BY MR. JONES:

22   Q    Did you not in your interview with the FBI agent --

23   A    Which one?

24   Q    One of them.  When you did an interview --

25   A    Well, you got to say which one because I don't know which

1    one you're talking about.

2    Q    The question is, did you not tell one of the FBI agents

3    that, as a matter of fact, it was Kirschner, yes, on 5-19-06,

4    you told Detective Kirschner that they call, speaking of me,

5    Homeboy.  Is that correct?

6              THE COURT:  Homeboy?

7              MR. JONES:  Homeboy.

8              THE COURT:  H-O-M-E?

9              MR. JONES:  It says H-O-M-E-B-O-Y.

10   BY MR. JONES:

11   Q    Did you not tell Detective Kirschner that Mr. Jones was

12   Homeboy?

13   A    I got to see my notes.  Like I tell you --

14             THE COURT:  Do you remember saying that?  All you

15   have to do is say, I remember, I don't remember, yes or no.

16             THE WITNESS:  I don't remember.

17   BY MR. JONES:

18   Q    You don't remember?

19   A    You're talking about a couple of years --

20             THE COURT:  That's okay, you don't have to argue.

21   Just say yes, no, or I don't remember or explain.

22   BY MR. JONES:

23   Q    Let me take you to your testimony.  Page 66, starting at

24   line 12 to 23.  It says:

25        "Do the phone calls say how much drugs

1      Mr. Risitas has purchased?"

2      You say:  "No."

3      The question says:  "Didn't you also have a

4      name in there called Homeboy?"

5      Your answer is:  "That's Risitas."

6      The question say:  "Say it again?"

7      Your answer says:  "I say that's Risitas."

8      Question again, it says:  "And the way that we

9      know that that's Risitas is because you are

10     telling us that; right?"

11     Your answer is:  "Because I wrote it, yes."

12     Question is:  "But the way we know it because

13     you are telling us that; isn't that right?"

14     You say:  "That's right."

15          THE COURT:  I'm confused.  Who's called Homeboy, you

16     or Risitas in that?

17          MR. JONES:  I'm going to finish, Your Honor.  I'm

18     just reading with the testimony says.

19          THE COURT:  Okay.

20     BY MR. JONES:

21     Q   This is November -- Thursday, November the 2nd, 2006, at

22     1:57 P.M., page 66, line 12 to 23.

23          THE COURT:  Are you sure it's '06?

24          MR. JONES:  Let me make sure, Your Honor.  It says

25     Thursday, November the 2nd, 2006.

1          THE COURT:  Okay, all right.

2    BY MR. JONES:

3    Q    Then the question is on page 67, line 19, I'm going to

4    read down to 25.

5         It says, "Question:  Now, did you have a

6         discussion with the Government about the name

7         of the person who is Risitas?"

8         Your answer is:  "No."

9         The question is:  "Okay.  Did the Government

10        tell you who Risitas is?"

11        The answer say, "They don't even know."

12        The question is, "Did they tell you who Risitas

13        is?

14        Your answer is, "No."

15        Page 68, line six --

16          MS. SOLTYS:  I'm sorry, I was waiting for a

17    question.

18          THE COURT:  I'm waiting, too.

19          MS. SOLTYS:  He can't just read testimony.

20          THE COURT:  No, I agree, but --

21          MR. JONES:  Well --

22          THE COURT:  Let's hear it, let's have a question.

23    BY MR. JONES:

24    Q    Okay, the question is, you didn't tell the Government

25    about Risitas; correct?

1   A   Yes, I did.

2   Q   In this transcript, you said "no."  Did you tell the

3   Government about Risitas?

4   A   I told him that we dealt with him, that we sold him.

5   That's why there is on the notes we have him as Amigo Pelos.

6   Q   So, this Risitas person is actually Homeboy.  So when you

7   told Detective Kirschner that Mr. Jones is Homeboy, you

8   basically was lying, wasn't you?

9           MS. SOLTYS:  He's misstating the testimony.  He

10   didn't say that.

11           THE COURT:  I'm lost.  I don't know --

12           THE WITNESS:  What I'm saying, I need to see my

13   notes to understand because you're talking about -- you're

14   reading off the transcripts.  Can you remember what I said

15   about six years ago?  I don't think so.

16           THE COURT:  Okay, okay.  I'm lost.

17           MR. JONES:  I'm reading off your May 19 --

18           THE COURT:  You read that, you read that.  But I

19   don't know what he told -- what did you tell Detective

20   Kirschner about Homeboy?

21           THE WITNESS:  Well, that's what I don't remember.  I

22   got to see my notes, the notebook.

23           THE COURT:  All right.

24           MR. JONES:  Okay.

25

1   BY MR. JONES:

2   Q   You was basically going behind Primo's back; right?

3   A   We both were.

4   Q   Was you basically going behind Primo's back, sir?

5       THE COURT:  Yes or no?

6       THE WITNESS:  Yes.

7   BY MR. JONES:

8   Q   Isn't it true that Primo never knew you was in

9   Washington, D.C.; correct?

10  A   Correct.

11  Q   And you never decide to call Primo and tell him, hey,

12  Primo, I am staying somewhere else with a shipment of drugs;

13  correct?

14  A   Correct.

15  Q   Mr. Bermea, did Primo trust you?

16  A   Yes, that's why I was there.

17  Q   So, Pelos never told you that Primo didn't trust you?

18  A   Well, Primo trusted you, and you are back doing the same

19  thing.

20  Q   The question is, did Pelay [sic] --

21  A   Pelos.

22  Q   Pelos tell you that Primo did not trust you?

23  A   No, he didn't say that.

24  Q   Okay.  So, the shipment, is that the blue shipment, the

25  single shipment, Pelos' shipment?

1    A    Yeah.

2    Q    It was more money, wasn't it?

3    A    The money, yes, because it was more shipments.

4    Q    It was more shipments?

5    A    Yeah, because it was 65 instead of 25 or 20.

6    Q    Did you not say you started off with $75 a kilo?

7    A    We're talking about at the beginning.  If you remember

8    the deal was Pelos, it was going to be 500 a ki.  So we're

9    talking about the last trip.  Now you're jumping to the first

10   trip.  So which one is it?  Is it the last one or the first

11   one?

12   Q    The first trip, did you not testify that you get $75 a

13   kilo?

14   A    Correct.

15   Q    On Pelay's [sic] trip or shipment, did you not testify

16   that you get 500 kilos?

17   A    Correct.

18   Q    That's about $425 more per kilo?

19   A    Correct.

20   Q    So, when you arrived at Potomac Drive, you saying that it

21   was kilos in this house?

22   A    Correct.

23   Q    And while you was there, how many kilos did you say was

24   at this house?

25   A    When I called you, when I was heading back to Texas, I

1    said there was like about 30-some.  So, by the time we got

2    back and by the time we got caught, I think we were left over

3    by about 10 or 12 or something like that.

4    Q    Listen to the question, sir.  When you got back to your

5    house, this house in Maryland --

6    A    Correct.

7    Q    -- was there any kilos in there?

8              THE COURT:  You mean the one on Potomac Drive?

9              MR. JONES:  Yes.

10             THE WITNESS:  On the last trip?

11             THE COURT:  No, when you first got there.  Right?

12             MR. JONES:  Yes, ma'am.

13             THE COURT:  First trip.

14             THE WITNESS:  You got me confused.  Which trip are

15   you talking about?

16             MR. JONES:  I'll move on, sir.

17             THE COURT:  All right.  Move on.

18   BY MR. JONES:

19   Q    So you saying that Mr. Jones bought Pelay's shipment?

20   A    Yes, you were buying it, you and Risitas.

21   Q    What color was this shipment?

22   A    On that one it was blue.

23   Q    It was blue?

24   A    Yes.

25   Q    And can you tell the jury if you remember what date and

1    how many kilos that Mr. Jones supposed to have bought?

2    A    Like I say, if I see my notebooks, I'll tell you

3    everything.  You are asking me to say something out of the

4    blue --

5              THE COURT:  Just say "I can't remember."  Remember

6    what I told you?

7              THE WITNESS:  I can't remember.

8    BY MR. JONES:

9    Q    Do you remember, not the dates, the amounts that

10   Mr. Jones was supposed to have got?

11             THE COURT:  From where?

12             MR. JONES:  From Pelay's --

13             THE WITNESS:  Pelos.

14             MR. JONES:  -- or the second cartel --

15             THE COURT:  In total?

16             MR. JONES:  Yeah, I mean --

17             THE WITNESS:  Well, you're asking something that --

18             THE COURT:  Hey, you don't know if you can't

19   remember.

20             THE WITNESS:  I can't remember.

21             THE COURT:  Is that in evidence already?  I think it

22   is.  It's in evidence; right?

23             MR. JONES:  Yeah, I want to show it to the

24   Government.

25             THE COURT:  What's the number of it?  You must have

1   it in evidence.

2            MR. JONES:  It's Defendant's Exhibit 3.

3            THE COURT:  Three, is that in evidence, Gwen?

4            THE DEPUTY CLERK:  That is already in evidence.

5            THE COURT:  Yes.  Go ahead.

6   BY MR. JONES:

7   Q   Mr. Bermea, can you tell me who this person is?

8   A   I can't see it correctly.

9   Q   You can't see it?

10           THE COURT:  The guy in the white hat, you mean?

11           MR. JONES:  Yes.

12           THE WITNESS:  Can you lower down the paper?

13  BY MR. JONES:

14  Q   Can you see it now?

15  A   I can see it.

16  Q   Can you see it now?

17  A   I don't know who it is.

18  Q   So you don't recognize this person?

19  A   No.

20  Q   What about the person with the dark hat on?  Can you

21  recognize that person?

22           THE COURT:  The bottom right of Exhibit 3?

23           MR. JONES:  Your Honor, can I give it to him so he

24  can see it close up?

25           THE WITNESS:  Yeah, can I see it?

 1          THE COURT:  Yes, the marshal will bring it up.

 2   That's fine.

 3          Thank you, sir.

 4          Do you know who either of these people are?

 5          THE WITNESS:  No.

 6          THE COURT:  How much longer, Mr. Jones?

 7          MR. JONES:  Not long.  About ten minutes, five

 8   minutes.

 9          THE WITNESS:  That one looks like me right there.

10   BY MR. JONES:

11   Q    That looks like you?

12   A    Yeah.

13   Q    Okay, it might be you.

14   A    I don't know.

15          THE COURT:  Thank you, Marshal.

16          THE WITNESS:  Can you imagine me with a cap?

17   Everybody looks like me.  Jesus Christ.

18   BY MR. JONES:

19   Q    Now, can you see this person?

20   A    That looks like Pelos.

21   Q    What about this person?  Do you know this person?

22   A    No, I don't know that guy.

23   Q    What about that person?

24          THE COURT:  Please, we know.  It's his

25   brother-in-law.

1           THE WITNESS:  Alberto Carrillo.

2   BY MR. JONES:

3   Q   When is the last time you see your brother-in-law?

4   A   It's been since -- when we went to court.

5   Q   So you haven't seen him on the street?

6   A   I haven't seen him at all.

7   Q   Okay.  So, what about this person?

8   A   Yeah, that's Ricardo right there.

9   Q   Did you see him on the street?

10  A   No.

11  Q   Okay.

12          MR. JONES:  No further questions, Your Honor.

13          THE COURT:  Great.  Ms. Soltys, how long are you

14  going to be?  I have two matters.

15          MS. SOLTYS:  You have two matters at 4:30?

16          THE COURT:  Uh-huh.

17          MS. SOLTYS:  I would be really pushing it if I tried

18  to finish it in seven minutes, Your Honor.

19          THE COURT:  It's up to you.  You can push.

20          MS. SOLTYS:  Okay.

21          THE COURT:  Might as well get him out of here.

22                    **REDIRECT EXAMINATION**

23  BY MS. SOLTYS:

24  Q   Is that your notebook?

25  A   Yes, this is my notebook.

1    Q    Is this what you've been asking to see?

2    A    Yes.  Without this I can't give you no answer.  With

3    this, I can give you answers.

4             THE COURT:  Just keep your answers short, and we'll

5    get out of here.

6             THE WITNESS:  Yes, ma'am.  I don't know if we can

7    keep it short because the same buys is the same time when he

8    gives the phone calls.  And you got to play phone calls, too.

9    BY MS. SOLTYS:

10   Q    Okay.  So let me start off here.  So we started off on

11   cross-examination where --

12   A    Can I take it out?

13   Q    Sure, go ahead, take it out, look at it.

14            THE COURT:  It's not possible.  It's not going to be

15   possible.

16            Okay.  Ladies and gentlemen, we have two other

17   matters to call at this time.  So we're going to have to

18   excuse the jury.  Tomorrow, we're not going to start, I have

19   two matters in the morning, one at 9:15 and one at 9:30.  So

20   if you want breakfast, it will be here at 9:30.  You can come

21   at nine, it will be here, too, but I know that we're not

22   going to start before quarter of ten.  Okay?  So at your

23   latest be here at 9:45, otherwise the breakfast will be here

24   before that.

25            You'll have it at nine; right, Gwen?

1          Don't discuss the case.  Leave your notebooks here.

2          (Jury Out.)

3          THE COURT:  Mr. Bermea, don't discuss your testimony

4   with anyone.

5          (Witness excused.)

6          THE COURT:  Okay.

7          (Court recessed for the day at 4:25 P.M.

8                       - o -

**I-N-D-E-X**

**WITNESSES**

| | **Direct** | **Cross** | **Redirect** | **Recross** |
|---|---|---|---|---|

**On behalf of the Government**:

Roel Bermea (Resumed)
  (By Ms. Soltys)           2
  (By Mr. Jones)               17
  (By Ms. Soltys)                      74


CERTIFICATE OF REPORTER


     I, Lisa Walker Griffith, certify that the foregoing

is a correct transcript from the record of proceedings in the

above-entitled matter.


_____          _____

Lisa Walker Griffith                                Date

**$**

$10,000 [5] 32/7 32/10 32/13 32/17 44/21
$425 [1] 69/18
$731,000 [1] 15/1
$75 [2] 69/6 69/12

**'**

'05 [8] 18/22 19/1 19/2 19/3 19/5 45/12 48/5 48/7
'06 [2] 45/13 65/23
'07 [1] 45/13
'08 [1] 45/13

**-**

-----------------X [2] 1/2 1/7

**0**

03 [1] 20/13
05 [29] 13/1 16/21 20/3 20/11 20/13 20/20 20/22 21/1 21/24 22/1 22/4 22/13 23/10 24/22 25/2 25/4 25/12 26/4 26/9 26/15 27/11 27/14 27/17 27/21 27/23 27/24 28/1 28/4 29/3
05-386 [1] 1/3
06 [1] 64/3
08 [3] 13/22 22/22 23/7

**1**

10 [2] 13/4 70/3
10,000 [2] 32/21 35/6
10-01-05 [1] 20/11
10-03 [1] 20/13
10-03-05 [1] 20/20
10-04-05 [4] 20/22 21/1 22/1 22/4
10-07-05 [1] 22/13
10-08 [2] 22/22 23/7
10-09-05 [1] 23/10
10-1-05 [2] 20/3 20/13
10-10-05 [2] 24/22 25/2
10-11-05 [3] 25/4 25/12 26/4
10-12-05 [1] 26/9
10-13 [1] 26/24
10-13-05 [4] 26/15 27/11 27/14 27/17
10-14 [4] 28/5 28/9 28/10 28/10
10-14-05 [2] 27/21 27/23
10-15 [2] 28/8 28/20
10-15-05 [3] 27/24 28/1 28/4
10-17 [1] 28/23
10-17-05 [1] 29/3
10-4 [1] 22/8
10-4-05 [1] 21/24
11:14 [1] 23/10
11:19 [2] 22/1 22/4
11:25 [2] 22/22 23/7
11:50 [2] 27/24 28/1
12 [6] 13/14 62/4 62/12 64/24 65/22 70/3
12:36 [1] 26/9
12:44 [1] 26/15
13 [2] 9/12 26/24
1350 [1] 1/18
13TH [2] 27/13 27/19
14 [4] 28/5 28/9 28/10 28/10
14TH [4] 27/21 28/3 28/13 28/13
15 [9] 20/4 20/24 23/4 25/6

25/17 27/25 28/8 28/20 28/23
150 [6] 13/4 36/25 37/3 38/17 39/1 43/20
1550 [1] 1/19
15TH [1] 28/13
17 [3] 28/23 41/11 77/6
17TH [1] 2/13
19 [3] 6/20 66/3 67/17
19TH [2] 5/19 6/6
1:57 [2] 48/23 65/22
1ST [2] 16/10 16/12

**2**

20 [9] 7/16 13/4 20/4 20/5 20/24 23/4 27/8 27/8 69/5
20-A [1] 16/6
20-B [1] 12/17
200 [1] 1/18
20001 [1] 1/22
20036 [1] 1/19
2005 [16] 2/13 5/19 6/6 6/21 7/16 12/10 13/3 13/15 13/18 16/9 16/10 16/12 45/7 48/4 59/23 59/24
2006 [5] 48/22 48/25 49/3 65/21 65/25
2007 [1] 49/8
2008 [5] 29/19 29/20 30/1 30/11 45/11
2012 [1] 30/9
2013 [1] 1/7
202 [3] 1/14 1/19 1/23
20530 [1] 1/14
20TH [1] 10/19
22 [1] 13/2
22-08-05 [1] 13/1
23 [3] 13/18 64/24 65/22
23-08 [1] 13/22
24TH [3] 10/4 10/14 12/10
25 [6] 25/8 25/9 25/19 25/19 66/4 69/5
252-7685 [1] 1/14
29TH [1] 49/7
2:17 [1] 1/8
2ND [3] 48/22 65/21 65/25

**3**

30 [2] 4/10 26/18
30-SOME [1] 70/1
300 [1] 15/25
302s [1] 58/5
3247 [1] 1/23
354-3247 [1] 1/23
36 [1] 39/1
360 [2] 37/13 37/15
38 [3] 37/3 37/3 39/4
386 [1] 1/3
3:23 [1] 22/13
3:30 [1] 38/4
3RD [2] 18/22 19/1

**4**

4110 [1] 1/13
42 [7] 37/10 37/11 37/14 37/14 37/15 39/22 40/16
43 [1] 37/24
44 [1] 11/1
46 [1] 10/21
48 [1] 49/10
49 [1] 8/21
4:25 [2] 22/8 76/7
4:30 [2] 41/8 74/15

**5**

5-19-06 [1] 64/3
50 [2] 38/17 43/20
500 [3] 44/8 69/8 69/16
500,000 [1] 62/17
52 [2] 8/25 11/21
5315 [2] 2/12 2/16
5401 [2] 6/6 6/8
5477 [2] 6/21 6/22
55 [1] 11/12
555 [1] 1/13
5709 [2] 7/17 7/18
58 [2] 8/25 12/1
5:25 [3] 26/24 27/11 27/14
5K [5] 35/20 35/21 35/22 44/15 44/16
5K1 [3] 35/24 36/1 45/15
5TH [2] 19/3 19/5

**6**

61 [3] 8/25 12/4 31/3
65 [2] 4/5 69/5
6507 [1] 1/22
66 [2] 64/23 65/22
67 [1] 66/3
68 [1] 66/15
6:44 [1] 27/23

**7**

74 [1] 77/6
7685 [1] 1/14
775-1550 [1] 1/19
7:13 [2] 27/17 27/19
7:39 [2] 25/4 25/12

**8**

80 [2] 9/2 12/6
800,000 [1] 11/15
80s [1] 8/11
8:43 [1] 26/4

**9**

9,100 [1] 13/7
9-17-05 [1] 16/21
9-26-2005 [1] 16/9
9508 [2] 3/19 4/1
950849 [1] 7/6
96 [2] 16/25 16/25
98 [2] 36/15 43/23
9:15 [1] 75/19
9:30 [2] 75/19 75/20
9:34 [2] 24/22 25/2
9:45 [1] 75/23

**A**

A.M [9] 22/1 22/4 23/7 23/10 25/4 25/12 26/4 27/24 28/2
A/K [1] 19/14
ABLE [2] 40/14 40/15
ABOUT [84]
ABOVE [1] 77/14
ABOVE-ENTITLED [1] 77/14
ACCEPTANCE [1] 42/11
ACCEPTS [1] 38/16
ACROSS [4] 37/13 37/15 37/16 37/24
ACTIVATION [12] 2/12 2/16 5/18 5/20 6/5 6/6 6/8 6/20 6/21 6/22 7/16 7/18
ACTUALLY [5] 4/4 36/9 42/3 46/10 67/6
ADVISED [2] 49/24 50/2
AFRICAN [1] 34/1

## A

**AFRICAN-AMERICAN** [1] 34/1
**AFTER** [36] 6/6 7/4 7/22 9/3 20/18 20/18 22/9 27/4 29/6 29/6 29/11 29/25 29/25 30/3 30/7 30/9 31/4 31/17 31/18 35/5 44/14 44/22 45/20 47/16 47/23 47/23 48/7 50/21 50/22 50/23 52/1 54/9 60/12 60/13 60/16 60/17
**AFTERNOON** [4] 2/1 2/3 2/9 2/10
**AFTERWARDS** [1] 27/10
**AGAIN** [12] 5/10 16/12 18/15 22/3 25/14 30/18 38/14 49/14 51/2 58/22 65/6 65/8
**AGAINST** [1] 32/21
**AGENT** [16] 29/7 29/10 29/20 30/4 31/5 33/21 33/22 33/24 34/1 34/4 34/9 34/14 34/14 35/3 48/17 63/22
**AGENTS** [2] 30/17 64/2
**AGO** [3] 33/3 49/12 67/15
**AGREE** [1] 66/20
**AGREEMENT** [1] 50/2
**AHEAD** [8] 17/15 38/10 41/7 42/15 42/17 52/6 72/5 75/13
**AIN'T** [8] 20/14 21/8 21/8 23/11 23/11 23/14 24/1 26/19
**AIRPORT** [2] 4/19 4/20
**Alberto** [6] 3/9 5/3 9/9 12/18 61/9 74/1
**ALL** [83]
**ALLEGEDLY** [1] 23/20
**ALLOW** [1] 45/16
**ALLOWED** [1] 28/9
**ALONG** [2] 5/13 54/18
**ALREADY** [19] 5/7 6/1 6/12 7/2 7/3 7/6 11/12 11/21 25/5 25/16 39/25 40/1 62/7 62/19 62/19 62/20 62/22 71/21 72/4
**ALSO** [4] 11/12 33/12 50/1 65/3
**ALWAYS** [1] 62/23
**AM** [5] 14/23 15/1 16/9 35/16 68/12
**AMERICA** [1] 1/3
**AMERICAN** [1] 34/1
**Amigo** [2] 17/1 67/5
**AMOUNT** [3] 38/23 44/5 62/9
**AMOUNTS** [1] 71/9
**ANOTHER** [17] 3/5 3/14 3/20 4/2 4/8 5/17 9/4 20/13 20/13 27/17 35/5 49/12 49/13 54/22 54/23 62/6 63/14
**ANSWER** [21] 18/19 21/18 25/23 28/6 28/9 35/2 35/3 44/12 49/23 49/24 56/19 57/1 57/7 57/7 65/5 65/7 65/11 66/8 66/11 66/14 75/2
**ANSWERING** [1] 24/9
**ANSWERS** [2] 73/5 73/4
**ANTOINE** [2] 1/5 1/16
**Antonio** [1] 3/16
**ANY** [30] 18/24 19/5 20/11 20/20 21/1 22/1 22/11 22/20 23/7 23/17 25/2 25/12 26/6 26/13 27/11 28/1 33/7 34/14 34/17 35/8 35/13 35/16

## 

**44/11 44/11 44/14 44/18 46/6 58/9 63/25 79/12**
**ANYBODY** [1] 51/14
**ANYONE** [1] 76/4
**ANYTHING** [3] 31/19 33/5 37/6
**APPEARANCES** [1] 1/11
**APPROACH** [3] 37/25 42/14 57/1
**ARE** [47] 2/3 6/24 7/9 7/10 8/11 8/11 8/18 12/8 22/9/10 10/23 11/22 11/23 12/1 12/13 13/21 14/4 15/20 17/2 22/25 23/2 26/10 27/1 27/2 28/14 28/18 30/23 31/2 42/9 42/10 42/16 46/10 47/5 49/5 53/12 53/25 54/17 55/24 58/22 59/11 65/9 65/13 65/23 68/18 70/14 71/3 73/4 74/13
**AREA** [1] 51/19
**ARGUE** [2] 46/14 64/20
**Army** [1] 54/22
**AROUND** [1] 26/25
**ARRAIGNED** [1] 53/12
**ARRAIGNMENTS** [1] 53/9
**ARREST** [1] 10/12
**ARRESTED** [3] 10/1 45/6 54/20
**ARRIVED** [6] 7/2 9/3 9/5 12/6 62/21 69/20
**AS** [11] 3/16 3/16 16/7 23/15 23/15 39/24 41/22 61/20 64/3 67/5 74/21
**ASK** [12] 2/13 13/14 31/19 35/12 42/15 49/18 49/20 50/18 51/8 51/17 53/2 53/25
**ASKED** [11] 16/16 29/5 32/23 33/1 46/15 48/23 49/10 49/11 50/19 51/13 52/19
**ASKING** [10] 18/17 19/22 21/3 28/18 37/20 51/1 51/16 71/3 71/17 75/1
**ASSISTANT** [8] 56/15 56/16 57/5 57/6 57/8 57/11 58/13 58/20
**ASSUMED** [1] 51/14
**Atlanta** [13] 48/9 48/17 48/20 49/15 49/21 50/13 50/15 50/18 51/8 51/11 53/1 53/2 53/20
**ATTORNEY'S** [1] 1/13
**August** [4] 13/2 13/18 48/4 48/5
**AUSA** [2] 1/12 1/12
**AUTOMATICALLY** [1] 40/11
**Avenue** [2] 1/18 47/7
**AVERAGE** [2] 44/5 62/16
**AWAY** [5] 20/7 20/9 23/15 27/18 54/22

## B

**B-O-N-I-F-I-C-A-C-I-O-N** [1] 15/13
**BACK** [30] 2/22 2/25 3/17 4/25 5/11 9/18 9/25 10/3 15/5 19/19 29/2 30/22 31/10 31/14 45/23 46/1 46/3 47/21 47/24 48/3 54/24 54/24 57/4 58/14 68/2 68/4 68/18 69/25 70/2 70/4
**BAD** [1] 22/23
**BAGS** [5] 9/22 9/23 10/7 10/23 11/14
**Balarezo** [1] 49/11
**BALONEY** [1] 46/7

## 

**BARRON** [6] 57/19 57/19 57/20 58/7 58/7 58/19
**BARRON's** [1] 57/23
**BASICALLY** [9] 36/4 36/25 57/18 57/19 57/24 58/3 67/8 68/2 68/4
**BE** [40] 3/5 4/2 5/16 6/16 6/17 9/12 9/14 18/8 18/17 21/25 22/5 22/24 24/23 26/18 26/25 27/3 28/15 28/25 38/22 38/23 38/25 39/2 39/4 40/14 40/15 40/25 41/11 42/12 45/20 58/20 60/8 69/8 73/13 74/14 74/17 75/14 75/20 75/21 75/23 75/23
**BECAUSE** [43] 2/22 3/4 3/20 8/4 11/24 19/17 19/18 20/18 23/21 26/19 27/1 27/4 27/7 39/20 39/20 40/17 41/8 43/17 47/11 47/22 49/20 50/9 50/13 50/14 50/18 51/5 53/3 53/6 54/11 54/22 61/24 62/10 62/19 63/7 63/16 63/25 65/9 65/11 65/12 67/13 69/3 69/5 75/7
**BEEN** [7] 29/7 30/4 31/5 38/25 48/15 74/4 75/1
**BEFORE** [16] 1/9 10/11 10/15 12/15 27/9 34/21 34/24 42/6 45/15 45/19 48/12 50/7 52/11 52/17 75/22 75/24
**BEGIN** [2] 31/17 54/20
**BEGINNING** [1] 69/7
**BEHALF** [1] 77/4
**BEHIND** [3] 5/16 68/2 68/4
**BEING** [3] 19/7 41/12 50/7
**BELIEVE** [3] 38/15 38/15 40/3
**BELOW** [2] 40/11 40/12
**BENCH** [2] 42/14 57/3
**BENEFIT** [4] 45/3 45/4 45/5 45/13
**BENEFITS** [4] 35/16 44/11 44/14 44/18
**Bermea** [45] 2/9 7/8 12/10 16/24 17/6 17/19 18/14 19/7 20/3 20/14 20/22 21/10 22/2 22/13 22/20 22/22 23/8 24/8 25/13 26/7 26/9 26/13 26/15 29/5 29/10 32/6 32/23 42/21 43/2 46/19 48/10 51/3 54/2 54/17 55/4 58/24 59/13 68/15 72/7 76/3 77/5
**Berto** [1] 59/19
**BESIDES** [1] 49/19
**BEST** [1] 46/22
**BETTER** [1] 27/7
**BETWEEN** [4] 19/11 19/14 38/17 62/23
**BIG** [5] 29/22 53/22 54/2 54/4 54/9
**BILLS** [1] 13/7
**Biro** [5] 17/5 17/5 17/5 17/5 17/8
**BIT** [1] 11/17
**BLACK** [3] 8/4 8/9 8/9 2
**BLUE** [16] 7/10 7/12 8/1 8/3 8/4 8/5 8/7 8/12 8/14 8/22 8/24 35/1 68/24 70/22 70/23 71/4
**BOARD** [4] 37/13 37/15 37/17 37/24

**B**

BONIFICACION [2] 15/8 15/12
BOOK [5] 13/12 17/24 18/2
 18/6 18/7
BOTH [2] 45/19 68/3
BOTTOM [2] 43/5 72/22
BOUGHT [3] 17/7 70/19 71/1
BOX [1] 10/24
BOY [1] 61/13
BRANCH [5] 46/25 47/1 47/3
 47/7 47/8
BRANOSA [1] 55/18
BREAK [2] 38/3 41/3
BREAKFAST [2] 75/20 75/23
BRIAN [1] 1/17
BRIEF [2] 17/10 41/4
BRIEFLY [1] 18/15
BRING [4] 41/5 58/4 62/17
 73/1
BROTHER [14] 3/9 3/18 5/3 5/7
 12/18 15/6 15/7 19/20 56/7
 56/8 56/17 62/19 73/25 74/3
BROTHER-IN-LAW [9] 3/9 3/18
 5/3 5/7 15/6 15/7 62/19
 73/25 74/3
BROTHER-IN-LAW's [2] 12/18
 19/20
BROUGHT [1] 49/22
BULB [1] 53/20
BUSTED [1] 12/9
BUY [1] 62/23
BUYING [4] 23/24 24/3 62/24
 70/20
BUYS [1] 75/7
BYE [16] 20/10 22/10 22/10
 22/19 24/24 24/24 25/1
 25/11 25/21 26/5 26/12
 26/21 26/21 26/22 26/22
 27/19
BYE-BYE [3] 22/10 26/21 26/22

**C**

C-H-I-R-I-H-U-I-Q-U-I [1] 16/3
CALL [51] 2/12 2/14 2/16 2/18
 3/1 3/13 3/15 4/1 4/3 5/20
 6/7 6/8 6/10 6/22 6/24 7/4
 7/16 7/18 7/20 7/23 9/9
 10/17 10/19 18/22 19/9 20/3
 20/13 20/13 20/16 21/3
 22/16 22/18 23/10 23/11
 23/12 23/15 24/24 24/25
 26/20 29/1 35/18 47/20 55/4
 55/10 57/1 61/11 61/13
 61/17 64/4 68/1 11 75/17
CALLED [12] 3/3 10/17 23/12
 23/20 37/12 47/18 47/18
 47/21 54/12 65/4 65/15
 69/25
CALLS [19] 2/11 17/21 17/22
 18/3 18/14 19/19 21/9 23/23
 23/25 24/3 24/8 24/15 29/2
 33/12 33/13 63/1 64/25 75/8
 75/8
CAME [9] 7/14 7/24 16/15
 33/14 47/11 53/2 53/13
 54/24 60/14
CAN [62] 7/22 9/10 10/21
 15/5 18/19 19/19 19/20
 20/23 21/2 21/2 21/14 21/14
 21/17 21/20 21/21 21/21
 22/3 23/3 24/3 25/14 25/22
 25/24 28/15 35/17 35/18

39/23 40/7 42/12 42/14
42/17 42/23 42/24 44/10 44/25
46/21 48/7 51/2 57/17 58/14
62/9 62/25 62/25 63/1 63/13
67/14 70/25 72/7 72/12
72/14 72/15 72/16 72/20
72/23 72/24 72/25 73/16
73/19 74/19 75/3 75/6 75/12
75/20
CAN'T [21] 11/9 21/5 21/5
 21/7 24/11 29/24 33/21
 39/12 39/22 40/21 41/2
 42/22 57/16 66/19 71/5 71/7
 71/18 71/20 72/8 72/9 75/2
CANNOT [1] 21/11
CAP [1] 73/16
CARE [1] 57/15
CAROLINA [1] 51/6
CARRILLO [6] 3/9 5/3 9/9
 59/19 61/9 74/1
CARRILLO's [1] 12/18
CARTEL [9] 55/8 55/13 55/14
 55/22 56/21 59/11 59/12
 59/12 71/14
CARTELS [2] 55/17 55/20
CASE [15] 1/3 29/8 29/11
 29/21 30/5 30/7 31/5 33/18
 33/19 33/20 35/5 51/4 51/7
 51/24 76/1
CATCH [1] 27/10
CAUCASIAN [1] 34/2
CAUGHT [12] 36/11 36/12
 36/14 43/23 51/6 51/8 51/12
 60/21 60/23 60/24 61/1 70/2
CERTIFICATE [1] 77/10
CERTIFY [1] 77/12
CHANCE [1] 21/22
CHARLES [1] 19/14
CHARLIE [8] 15/19 15/21
 19/12 19/14 59/21 61/9
 61/22 61/23
CHART [2] 37/12 37/12
CHIRIHUIQUI [3] 15/24 16/1
 16/3
CHRIST [1] 73/17
CIRCUMSTANCES [1] 9/7
CLARIFY [1] 58/5
CLOSE [2] 23/2 72/24
CLOSET [1] 4/13
CLUB [1] 6/2
COCAINE [13] 6/4 6/19 9/22
 10/23 11/7 11/20 11/23 12/3
 15/3 36/15 38/17 38/19
 38/23
COCKTAIL [5] 55/4 55/5 55/10
 55/12 55/15
CODEFENDANTS [2] 53/9 54/18
COKE [4] 4/5 9/22 16/25
 62/20
COLOR [1] 70/21
COLUMBIA [1] 1/1
COLUMN [1] 14/5
COME [15] 3/3 7/3 7/12 9/3
 10/8 11/4 11/16 22/8 23/15
 26/17 29/1 53/16 54/13 58/5
 75/20
COMING [17] 5/16 5/16 6/4
 6/15 6/19 23/14 23/22 26/10
 26/19 27/1 47/22 50/13
 53/10 61/12 61/13 61/14
 61/15
COMMA [2] 57/5 57/8
COMPLETE [2] 48/1 50/4

COMPLICATED [1] 42/9
CONFERENCE [1] 57/3
CONFUSE [2] 40/9 57/16
CONFUSED [7] 38/11 39/6
 39/20 40/21 40/23 65/15
 70/14
CONFUSING [1] 39/17
CONNECTICUT [1] 1/18
CONT'D [2] 2/7 42/19
CONVENIENCE [3] 5/9 60/8 60/9
CONVEY [1] 6/18
COOPERATION [2] 42/10 50/4
COOPERATOR [1] 36/4
CORRECT [72] 3/24 4/16 5/12
 8/17 9/1 12/7 12/23 13/19
 14/18 14/25 15/2 15/4 16/19
 29/9 30/2 31/8 31/13 31/23
 32/11 32/14 32/20 33/16
 34/20 34/22 35/16 36/8
 36/13 37/4 39/8 43/22 44/8
 44/9 45/25 46/6 46/9 47/14
 48/2 48/11 48/14 48/16
 49/15 49/16 50/6 50/8 50/24
 51/1 53/19 55/6 55/7 56/11
 56/11 60/5 60/11 60/15 61/7
 62/1 62/13 62/1 44 62/15
 63/1 64/5 66/25 68/9 68/10
 68/13 68/14 69/1 4 69/17
 69/19 69/22 70/6 77/13
CORRECTLY [2] 16/9 72/8
COULD [10] 2/5 5/18 12/25
 12/25 17/10 35/17 37/7 57/1
 57/4 63/5
COULDN'T [2] 14/11 29/24
COUPLE [15] 10/9 10/16 26/16
 26/19 33/3 47/20 49/10
 52/13 52/15 52/18 52/19
 52/22 52/25 61/1 64/19
COURSE [1] 63/7
COURT [9] 1/1 1/21 30/24 41/8
 53/15 53/16 58/18 74/4 76/7
COURT's [1] 17/10
COURTHOUSE [1] 1/21
COURTNEY [1] 1/12
COURTROOM [1] 53/13
COVER [1] 4/13
CRIMINAL [3] 1/3 39/6 40/13
CROSS [5] 17/17 21/15 42/19
 75/11 77/3
CROSS-EXAMINATION [4] 17/17
 21/15 42/19 75/11
CTF [1] 54/11
CUT [1] 21/11

**D**

D.C [14] 1/7 1/22 29/7 29/11
 30/4 31/4 45/10 45/21 45/23
 47/5 47/6 54/11 54/25 68/9
DALLAS [2] 4/23 4/24
DARK [1] 72/20
DARLENE [1] 1/12
DATE [13] 12/22 12/23 13/2
 13/9 13/14 13/17 13/17
 16/20 18/25 21/21 61/12
 70/25 77/19
DATES [5] 13/11 17/7 21/8
 63/1 71/9
DAY [18] 1/9 6/20 9/19 10/4
 10/4 10/7 10/14 10/18 13/21
 16/14 18/23 19/23 22/8
 23/17 26/6 28/25 46/8 76/7
DAYS [4] 10/9 10/15 10/16
 61/11

**D**

DC [2] 1/14 1/19
DE [1] 17/1
DEAL [12] 3/20 8/16 22/17
22/17 53/7 59/2 59/16 59/17
60/1 62/7 63/7 69/8
DEALT [2] 50/14 67/4
DEBRIEF [1] 48/12
DEBRIEFING [1] 50/16
December [2] 30/8 30/14
DECIDE [1] 68/11
DECIDED [1] 51/25
defendant [3] 1/6 1/16 52/4
Defendant's [1] 72/2
Defense [1] 41/11
DELAY [1] 22/24
demonstrate [1] 12/25
DEPICTED [1] 7/7
Detective [4] 64/4 64/11 67/7
67/19
DID [132]
DIDN'T [25] 4/4 23/9 25/3
27/15 29/4 30/13 34/18
35/22 36/16 39/6 39/16
44/23 49/18 50/17 50/18
51/6 51/7 51/8 53/2 55/1
65/3 66/24 67/10 68/17
68/23
DIFFERENT [2] 9/15 11/24
DIRECT [2] 2/7 77/3
DIRECTION [1] 60/7
DIRECTLY [1] 5/2
DISCOVERY [2] 51/4 51/5
DISCUSS [2] 33/18 76/1 76/3
DISCUSSED [3] 33/20 43/2 53/6
DISCUSSION [1] 66/6
DISTRICT [4] 1/1 1/1 1/10
1/21
DJ [1] 6/12
DO [47] 2/18 4/7 4/17 5/22
6/10 7/7 20/8 21/10 /14
10/15 10/24 11/1 12/12
12/19 13/4 14/8 15/12 15/20
17/24 18/2 18/23 20/17
23/13 24/20 25/24 28/10
31/18 32/17 37/24 41/14
42/6 43/8 43/16 43/22 53/23
56/4 57/14 57/15 57/18 58/7
58/8 64/14 64/15 64/25 71/9
73/4 73/21
DOCUMENTS [1] 21/22
DOES [5] 13/1 13/20 13/23
16/24 17/5
DOESN'T [4] 14/2 17/3 28/15
31/19
DOING [10] 3/20 17/19 21/14
26/20 21/21 32/3 38/21 60/1
62/8 68/18
DOLLAR [1] 15/22
DOLLARS [3] 10/25 14/24
15/22
DON'T [58] 15/14 17/24 17/25
18/10 21/20 25/25 25/25
26/2 26/8 27/20 31/18 36/2
38/8 39/11 39/11 39/12
39/15 39/19 40/2 40/22
40/22 40/24 41/14 42/11
43/9 43/17 45/5 46/7 46/14
46/23 46/23 47/6 56/8 56/8
56/24 57/15 58/17 63/16
63/18 63/25 64/15 64/16
64/18 64/20 64/21 66/11

**D**
67/11 67/15 67/19 67/21
67/22 67/22 71/23 73/13
73/22 75/6 76/1 76/3
DONE [2] 22/17 22/17
DOOR [2] 47/16 47/19
DOUBLE [1] 11/24
DOWN [8] 32/18 32/19 40/25
41/3 43/5 60/9 66/4 72/17
Drive [4] 3/19 5/11 69/20
70/8
DRIVER [1] 58/1
DROVE [3] 5/11 5/14 60/9
DRUG [1] 63/7
DRUGS [52] 3/23 4/1 4/6 4/7
5/17 7/9 7/24 8/2 17/7
18/24 19/5 19/19 19/21
19/23 20/11 20/20 21/1 21/9
22/1 22/11 22/20 23/7 23/17
23/20 23/24 24/3 25/2 25/3
25/12 26/6 26/13 27/11
27/15 28/1 29/4 32/18 32/19
38/14 43/12 43/25 44/5 48/1
55/5 56/21 60/18 62/2 62/11
62/21 62/22 63/9 64/25
68/12
DUFFLE [5] 9/22 9/23 10/7
10/23 11/14
DUGS [1] 7/25
DURING [6] 48/15 51/3 52/8
52/11 52/19 52/25

**E**

E-N-T-O-T-A-L [1] 16/24
E-N-V-I-O [2] 14/9 14/21
EACH [3] 13/9 13/9 13/21
EARLIER [3] 12/21 16/15 55/10
EARLY [4] 20/15 24/25 24/25
24/25
EASIER [1] 18/8
EASILY [1] 42/12
EAT [4] 5/15 25/10 25/20 46/7
EIGHT [5] 27/1 27/3 34/25
49/11 62/23
EIGHTY [1] 73/4
EIGHTY-SOME [1] 10/25
EITHER [1] 73/4
ELLEN [1] 1/9
Elmo [1] 9/2
ELSE [2] 34/4 68/12
EMPTY [1] 4/14
END [2] 61/5 61/6
ENDED [1] 43/25
ENTITLED [1] 77/14
ENTOTAL [1] 16/23
ENTRIES [2] 13/21 16/14
ENVIO [1] 14/8
ERRIN [1] 1/17
EVEN [8] 20/15 38/13 38/23
44/23 55/19 56/8 58/2 66/11
EVER [4] 16/18 29/13 53/16
56/9
EVERY [2] 38/5 46/7
EVERYBODY [2] 63/5 73/17
EVERYTHING [1] 71/3
EVIDENCE [13] 7/7 11/13 11/21
28/14 39/25 41/12 42/16
63/5 71/21 71/22 72/1 72/3
72/4
Ex [2] 46/2 46/3
Ex-wife [2] 46/2 46/3
EXACTLY [9] 14/16 31/21 35/25
59/2 59/5 61/16 61/20 61/20
63/1

**E**
EXAMINATION [6] 2/7 17/17
21/1 25/23 77/4
EXCHANGE [1] 11/19
EXCUSE [2] 38/2 75/18
EXCUSED [1] 76/5
EXHIBIT [18] 7/6 8/18 8/24
10/21 11/1 11/8 11/12 11/21
12/1 12/14 12/17 16/6 39/24
40/2 41/11 42/7 72/2 72/22
EXPENSES [1] 15/18
EXPLAIN [6] 2/24 37/2 43/5
43/5 43/10 64/21
EXPLAINED [1] 43/18
EXTRA [1] 18/6
EYE [1] 56/17

**F**

FACT [4] 3/19 39/15 50/10
64/3
FAMILY [1] 46/3
FAR [1] 23/4
FBI [14] 12/9 29/7 29/10
29/20 30/4 30/8 30/13 30/15
30/17 31/5 48/17 53/24
63/22 64/2
February [1] 1/7
FEMALE [3] 33/24 33/25 34/1
Fifteen [1] 20/5
FIFTIES [1] 13/7
FIGURE [1] 14/21
FIGURES [2] 14/4 16/13
FILED [2] 35/22 35/24
FINAL [1] 9/8
FINALLY [1] 7/16
FINE [6] 20/1 39/21 42/18
58/11 58/17 73/2
FINISH [4] 26/20 41/2 65/17
74/18
FINISHED [2] 20/19 28/6
FIRST [46] 12/23 13/17 14/10
14/10 14/12 14/13 14/15
15/16 18/18 18/18 18/22
29/22 30/9 32/12 32/24
32/24 35/12 36/16 36/18
38/10 44/10 46/19 47/10
47/23 48/10 48/12 48/19
48/22 50/7 50/16 51/3 51/7
52/4 52/11 52/12 53/15 56/9
56/10 62/5 62/18 62/21 69/9
69/10 69/12 70/11 70/13
FIVE [6] 23/23 27/18 27/18
44/2 44/3 73/7
FIX [1] 47/21
FLEW [1] 4/22
FOCUS [1] 51/22
FOLLOWING [1] 3/4
FOOT [4] 53/22 54/2 54/5
54/10
FOR THE [1] 10/15
FOREGOING [1] 77/12
FORGET [1] 34/23
FORGOT [1] 49/17
FORTHRIGHT [1] 50/3
FORTY [3] 11/10 37/15 37/16
Forty-four [1] 11/10
Forty-three [1] 37/16
Forty-two [1] 37/15
FOUND [2] 8/9 54/21
FOUNDATION [1] 19/7
FOUR [6] 11/10 24/23 37/7
39/9 39/10 39/16
FOURTH [1] 1/13
FRANKLIN [1] 2/5

Case 1:05-cr-00386-ESH Document 674-3 Filed 08/19/13 Page 82 of 89

# F

FREE [3] 31/18 31/20 31/22
FREEDOM [1] 45/3
Friday [1] 6/16
FRIEND [1] 24/23
FRIENDS [1] 20/7
FRONT [4] 32/9 41/23 48/19 49/13
FUNNY [1] 40/20
FURTHER [2] 17/12 74/12

# G

G-A-L-O-N-E-S [1] 16/23
G-A-S-T-O-S [1] 15/17
GALLONS [1] 16/25
GALONES [1] 16/23
GAME [2] 50/10 51/25
GAS [1] 5/14
Gastos [1] 15/17
GAVE [4] 20/7 31/17 44/21 45/14
Geise [1] 49/20
GENTLEMEN [5] 2/24 38/2 38/3 58/19 75/16
Georgia [2] 48/9 51/12
GET [46] 3/3 9/5 11/19 19/5 20/11 20/17 20/20 20/23 21/1 22/20 22/25 23/7 23/17 25/2 25/3 25/10 25/12 25/20 26/6 26/13 27/9 27/11 28/1 32/21 35/5 35/8 35/16 36/14 37/7 40/19 44/11 44/14 44/18 44/25 45/3 45/6 45/10 45/16 46/5 61/1 62/9 62/14 69/12 69/16 74/21 75/5
GETS [3] 36/4 38/12 40/10
GETTING [11] 18/24 23/20 24/1 24/23 38/1 38/11 39/5 40/20 42/13 46/13 56/21
GIRLFRIEND'S [1] 29/1
GIRLS [3] 26/10 27/1 27/5
GIVE [18] 21/9 21/21 23/15 23/22 24/2 24/25 29/2 32/7 35/13 35/17 35/18 35/18 35/19 44/23 50/3 72/23 75/2 75/3
GIVES [1] 75/8
GIVING [1] 16/18
GLAD [1] 38/5
GO [35] 2/22 2/25 3/17 3/17 9/13 15/5 17/15 17/22 18/15 19/19 23/6 26/19 27/5 30/22 31/10 31/14 31/15 38/10 41/7 42/15 42/17 45/17 46/5 49/21 52/1 52/6 54/16 57/4 57/23 58/4 58/14 60/7 63/16 72/5 75/13
GOING [59] 2/11 2/13 4/2 9/12 9/14 12/8 17/21 18/14 18/17 20/15 22/9 22/23 22/25 24/1 25/7 25/10 25/17 25/20 26/25 27/2 27/3 27/4 27/4 28/24 30/18 30/25 32/2 35/1 35/15 40/8 40/9 40/15 40/19 40/25 44/22 45/16 45/16 53/3 53/5 53/7 53/9 54/1 54/16 55/19 58/5 58/12 58/22 55/20 60/7 63/8 65/17 66/3 68/2 68/4 69/8 74/14 75/14 75/17 75/18 75/22
Good [3] 2/3 2/9 2/10
Goodbye [1] 23/6

GOT [63] 3/13 4/1 4/7 4/25 5/7 9/25 20/7 23/3 23/18 23/18 25/5 25/15 26/11 26/11 26/11 26/16 26/19 27/20 28/13 29/11 29/18 29/25 30/1 30/7 30/10 30/11 30/23 31/1 32/6 32/18 36/11 36/12 39/10 45/15 46/11 47/16 51/5 53/12 54/20 55/17 58/17 60/17 60/21 60/23 60/24 60/25 61/5 61/11 61/13 62/2 62/6 62/18 62/20 62/25 63/25 64/13 67/22 70/1 70/2 70/4 70/11 70/14 71/10 75/8
Government [30] 1/12 29/5 29/12 29/14 30/21 30/25 31/19 32/6 32/23 33/17 33/17 35/9 35/13 43/19 48/13 48/23 49/1 49/18 50/19 51/7 52/9 53/24 54/7 62/16 63/4 66/6 66/9 66/24 67/3 71/24 77/4
GOVERNMENT's [10] 7/6 8/24 10/21 11/1 11/12 11/21 12/1 12/4 12/17 16/6
GREAT [1] 74/13
GRIFFITH [3] 1/21 77/12 77/19
GUESS [1] 47/24
GUIDELINE [1] 38/8
GUIDELINES [5] 37/3 37/12 40/10 41/20 41/24
GUY [11] 53/20 53/22 54/2 54/4 54/9 54/12 54/15 55/6 60/6 72/10 73/22
Gwen [3] 42/16 72/3 75/25
GYM [1] 20/18

# H

H-O-M-E [1] 64/8
H-O-M-E-B-O-Y [1] 64/9
HAD [34] 2/20 2/25 4/6 4/10 5/7 7/2 9/22 11/16 12/6 12/21 16/15 16/21 16/11 16/22 24/8 6 29/7 30/4 31/5 38/13 38/23 38/25 39/9 39/17 40/12 40/16 40/16 45/19 48/15 50/3 50/14 51/18 62/12 62/19 62/22
HADN'T [1] 12/9
HAND [2] 16/13 34/7
HANDLE [1] 41/9
HANDWRITING [1] 12/19
HAPPEN [1] 9/7
HAPPENED [12] 3/13 3/25 4/25 7/22 9/4 28/10 33/19 47/17 47/23 48/7 60/12 60/16
HAPPENING [1] 54/14
HAPPY [2] 46/10 46/15
HARD [1] 32/10
HARLINGEN [2] 4/24 5/1
HARRY [16] 3/23 3/25 4/18 7/14 8/16 56/2 56/3 56/5 56/7 56/10 56/12 57/9 60/4 60/6 60/10 60/14
HAS [4] 41/8 56/8 63/13 65/1
HASN'T [1] 35/9
HAT [2] 72/10 72/20
HATE [1] 23/13
HAVE [61] 2/5 12/15 16/6 17/9 17/10 17/12 17/24 18/2 18/6 21/10 21/18 22/9 22/22 24/20 24/20 25/25 29/13

31/1 31/3 31/19 32/17 33/5 33/7 39/6 39/10 39/16 40/16 40/16 40/17 40/18 40/25 41/8 41/14 42/6 46/7 50/10 51/3 52/1 53/16 53/23 56/7 56/22 58/7 58/8 58/8 58/16 58/21 64/15 64/20 65/3 66/5 66/22 67/5 71/1 71/10 71/25 74/14 74/15 75/16 75/17 75/18 75/25
HAVEN'T [3] 52/25 74/5 74/6
HE [103]
HE'D [2] 40/17 40/18
HE'LL [2] 6/16 6/17
HE's [14] 18/8 19/10 19/22 21/14 23/20 37/19 37/20 57/6 57/24 58/1 58/2 59/1 59/1 67/9
HEAD [1] 5/9
HEADING [2] 3/4 69/25
HEAR [8] 9/10 14/11 24/13 42/2 42/4 42/8 63/1 66/22
HEARD [1] 3/1
HEARINGS [1] 53/10
HELLO [10] 19/3 21/24 22/4 22/8 22/15 26/10 26/22 26/22 27/17 28/23
HELP [2] 25/25 30/21
HELPED [2] 31/9 31/14
HER [3] 30/6 33/21 34/7
HERE [42] 2/21 3/3 4/15 5/10 5/11 7/3 9/3 10/24 13/17 13/22 19/9 21/24 22/5 22/24 22/25 23/23 24/23 25/5 25/15 26/25 27/3 27/23 28/24 32/3 33/5 33/12 35/22 38/9 38/11 38/24 46/5 51/8 51/12 58/4 74/21 75/5 75/10 75/20 75/21 75/23 75/23 76/1
HEY [40] 18/23 19/3 20/3 20/4 20/14 20/22 21/24 22/4 22/8 22/15 22/15 22/22 22/22 23/10 24/22 24/22 24/22 25/4 25/4 25/15 25/15 26/4 26/10 26/15 26/15 26/15 26/24 26/25 27/17 27/21 27/21 27/24 28/20 28/23 28/23 28/23 53/20 54/4 68/11 71/18
HI [1] 26/12
HIGHER [1] 38/23
HIM [42] 3/15 7/1 15/21 15/22 15/25 16/18 18/2 18/10 19/23 40/15 42/17 47/18 50/14 53/7 53/25 54/6 54/11 54/12 54/13 54/13 54/14 54/19 54/20 54/21 54/22 54/23 54/24 55/2 56/5 57/16 57/20 57/23 67/4 67/4 67/4 67/5 68/11 72/23 74/5 74/6 74/9 74/21
HIMSELF [1] 39/14
HIS [18] 5/7 6/13 12/19 21/18 28/6 32/2 38/8 38/13 38/13 38/18 40/10 43/14 54/24 56/4 59/10 59/11 60/17 73/24
HISTORY [2] 39/6 40/13
HOLD [1] 22/13
HOLDING [1] 8/19
HOLLER [1] 19/4
HOME [5] 45/13 45/17 47/25

# H

HOME... [2] 48/3 48/3
HOMEBOY [11] 63/14 63/15 64/5 64/6 64/7 64/12 65/4 65/15 67/6 67/7 67/20
HONEST [1] 48/15
Honor [19] 15/9 17/12 18/11 25/22 28/5 37/19 39/19 40/14 40/23 41/23 42/14 49/4 57/18 63/20 65/17 65/24 72/23 74/12 74/18
HONORABLE [1] 1/9
HOTELS [1] 5/13
HOURS [1] 24/23
HOUSE [33] 3/19 4/11 4/12 4/14 5/4 5/7 5/11 7/4 8/10 9/24 9/25 10/1 10/8 12/9 23/3 25/7 25/18 29/12 29/21 30/17 31/15 39/13 47/11 60/21 60/23 60/25 61/3 61/4 61/8 69/21 69/24 70/5 70/5
HOW [31] 4/17 5/6 9/7 10/15 12/21 13/9 14/6 16/2 17/19 23/4 24/3 29/16 32/15 36/17 36/17 43/25 44/1 48/3 51/17 52/9 52/17 54/9 61/10 62/2 63/16 63/18 64/25 69/23 71/1 73/6 74/13
How's [1] 50/25
HUH [3] 22/24 23/11 74/16
HUNDRED [10] 13/7 14/23 14/24 36/19 36/20 36/21 36/23 44/7 62/5 62/8
HUNDREDS [5] 13/6 36/6 36/7 36/10 36/10
HUVELLE [2] 1/9 31/17

# I

I'D [2] 2/11 56/22
I'LL [13] 13/14 21/25 22/5 23/15 24/25 26/18 40/7 41/17 58/15 58/15 58/16 70/16 71/2
I'M [87]
I'VE [1] 26/16
I-N-D-E-X [1] 77/1
IDEA [2] 17/9 45/19
IDENTIFY [1] 2/14
IMAGINE [1] 73/16
IMPEACH [3] 40/14 40/15 57/22
IMPEACHMENT [1] 57/19
INCARCERATED [1] 29/23
INCORRECT [1] 50/12
INDEPENDENTLY [1] 59/13
INDULGENCE [1] 17/11
INFORMATION [2] 6/17 52/4
INSTANCE [1] 13/21
INSTEAD [4] 4/5 9/12 9/15 69/5
INTENDS [1] 42/5
INTERVIEW [6] 48/13 48/15 52/9 52/17 63/22 63/24
INTERVIEWS [1] 52/8
INTRODUCED [1] 60/6
INVOLVED [4] 29/5 29/11 30/5 31/5
IS [134]
ISN'T [4] 24/18 50/9 65/13 68/8
ISSUES [3] 42/10 42/10 42/11
IT [146]

IT'S [37] 2/12 2/19 6/21 17/4 19/6 19/11 23/23 23/25 35/19 35/19 37/12 38/16 39/20 39/25 40/6 41/19 41/21 42/9 43/14 46/25 47/6 47/7 47/8 49/3 52/24 55/19 58/2 58/3 63/13 65/23 71/22 72/2 73/24 74/4 74/19 75/14 75/14

# J

JAIL [12] 29/7 29/11 29/24 30/4 31/4 45/10 45/13 45/21 45/23 54/11 54/22 54/23
JANUARY [2] 48/4 48/5
Jeffrey [1] 1/17
Jesus [1] 73/17
JONES [66] 1/5 1/16 2/19 3/1 4/3 6/11 6/12 6/13 6/18 6/25 7/3 7/21 7/24 10/17 11/5 11/17 11/19 12/11 13/9 14/3 16/16 17/4 17/7 17/15 18/24 19/5 19/12 19/15 19/20 20/11 20/20 21/1 22/1 22/11 22/20 23/7 23/17 23/19 25/2 25/12 26/6 26/13 27/11 28/1 28/6 30/18 31/22 32/2 33/14 38/21 41/7 46/15 50/20 50/23 51/13 51/20 51/23 62/17 63/6 64/11 67/7 70/19 71/1 71/10 73/6 77/6
Jones' [2] 6/2 49/10
José [5] 56/7 56/17 57/19 58/3 58/14
JUDGE [4] 1/10 35/19 45/14 45/16
JUMPING [1] 69/9
JURY [31] 1/9 2/2 2/24 7/22 10/22 11/13 13/1 23/19 32/9 38/6 38/11 39/18 39/19 41/5 41/6 42/12 44/1 44/5 46/21 48/7 48/19 48/20 49/13 52/8 53/12 54/17 62/12 63/4 70/25 75/18 76/2
JURY'S [1] 52/4
JUST [57] 4/13 5/4 5/8 5/8 5/9 5/14 8/18 9/13 9/16 10/16 12/6 12/25 13/8 19/9 20/17 22/18 23/11 23/11 23/15 27/10 28/23 29/1 30/16 30/25 33/19 34/6 34/18 35/1 36/11 38/7 39/16 39/21 40/11 40/25 41/2 42/15 43/18 43/24 43/24 46/12 47/19 47/19 47/19 49/24 51/14 53/25 56/5 57/16 58/1 59/12 60/7 60/18 64/21 65/18 66/19 71/5 75/4

# K

KEEP [3] 39/22 75/4 75/7
Kellie [6] 34/9 34/12 34/14 34/14 57/21 58/4
KEY [1] 23/3
KI [1] 69/8
KI'S [4] 4/5 4/10 11/23 16/25
KILO [3] 69/6 69/13 69/18
KILOS [24] 8/22 8/24 9/2 12/6 15/3 36/7 36/10 36/15 36/17 36/25 37/3 38/17 39/1 43/20 44/8 61/1 62/2 62/12 62/20 69/16 69/21 69/23 70/7 71/1
KIND [1] 63/8

Kirschner [5] 64/3 64/4 64/4 64/14 67/7 67/20
KNEW [4] 50/23 53/25 62/10 68/8
KNOCKING [3] 47/11 47/16 47/19
KNOW [71] 10/14 10/15 10/24 12/12 14/8 15/12 15/15 15/20 19/17 20/5 21/8 22/17 23/4 23/13 23/25 24/1 28/24 30/18 36/2 37/11 37/22 37/24 38/8 38/11 38/22 39/11 39/11 39/12 39/15 40/24 41/14 41/17 42/5 43/8 44/19 44/23 45/15 46/22 46/23 46/24 46/24 47/6 54/4 54/12 54/15 54/16 56/4 56/5 56/8 56/8 58/17 62/7 62/7 63/16 63/18 63/25 65/9 65/12 66/11 67/11 67/19 71/18 72/17 73/4 73/14 73/21 73/22 73/24 75/6 75/21
KNOWING [1] 54/1

# L

LADIES [5] 2/24 38/2 38/3 58/19 75/16
LADY [1] 47/12
LAID [1] 19/7
LAST [14] 6/7 7/16 10/16 10/19 13/17 15/10 30/7 30/8 30/14 58/22 69/9 69/10 70/10 74/3
LATE [1] 31/25
LATER [9] 7/5 10/9 10/11 10/18 22/10 27/5 27/6 54/21 57/21
LATEST [1] 75/23
LAW [10] 3/9 3/18 5/3 5/7 15/6 15/7 42/12 62/19 73/25 74/3
LAW's [2] 12/18 19/20
LAWYER [11] 35/12 35/15 36/3 37/2 43/3 43/17 49/10 49/23 50/1 53/4 54/13
LEAST [1] 52/22
LEAVE [7] 4/12 20/18 29/24 30/21 31/9 47/10 76/1
LEFT [5] 4/11 4/13 5/22 9/17 70/2
LEGAL [2] 36/2 42/9
LESS [1] 40/18
LET [15] 6/5 6/20 8/9 12/12 23/5 23/5 28/24 30/18 31/15 38/1 38/7 40/9 64/23 65/24 75/10
LET'S [8] 19/11 24/13 37/25 41/5 42/4 42/8 66/22 66/22
LEVEL [9] 37/3 37/11 37/11 37/14 37/14 37/24 39/1 43/8 43/9
LIFE [9] 37/13 37/14 37/16 37/16 37/24 40/12 40/12 40/12 45/24
LIGHT [1] 53/20
LIKE [37] 2/11 3/1 4/3 4/18 9/10 10/17 13/6 14/15 16/18 24/17 26/25 27/3 27/8 28/25 32/16 37/6 42/2 42/5 49/23 51/5 51/17 56/15 56/22 57/4 57/7 57/20 59/2 59/4 62/22 64/13 70/1 70/3 71/2 73/9

# L

**LIKE... [3]** 73/11 73/17 73/20
**LIMIT [1]** 38/14
**LINE [7]** 15/10 31/3 49/11 64/24 65/22 66/3 66/15
**LINES [1]** 15/20
**LISA [3]** 1/21 77/4 77/23
**LISTEN [4]** 2/14 33/12 39/17 70/4
**LISTENED [2]** 17/21 18/14
**LISTENING [1]** 41/1
**LITTLE [3]** 11/17 14/20 39/6
**LIVE [2]** 2/21 28/24
**LOANED [3]** 15/21 15/22 15/25
**LOCATION [2]** 46/22 47/10
**LOCKED [2]** 29/23 45/4
**LONG [6]** 32/15 48/3 54/9 61/10 73/7 74/13
**LONGER [1]** 73/6
**LOOK [2]** 25/22 75/13
**LOOKING [6]** 10/22 11/13 11/22 12/1 37/10 49/5
**LOOKS [4]** 73/9 73/11 73/17 73/20
**LOST [2]** 67/11 67/16
**LOT [3]** 4/6 17/21 18/8
**LOWER [1]** 72/12
**LYING [1]** 67/8

# M

**MA'AM [15]** 3/6 5/23 16/2 29/8 30/5 30/22 31/7 31/12 33/10 33/15 34/11 42/23 47/14 70/12 75/6
**MADE [4]** 32/13 39/25 42/13 47/20
**MAIL [1]** 5/22
**MAIN [1]** 46/12
**MAKE [7]** 4/8 26/16 26/19 34/23 39/23 59/2 65/24
**MAKING [3]** 37/19 38/21 57/20
**MALE [1]** 33/24
**MAN [13]** 18/23 19/4 23/16 24/22 25/1 26/11 27/25 28/21 28/25 29/1 31/18 31/20 31/22
**MANITO [1]** 47/18
**MANY [10]** 10/15 29/16 36/17 44/1 51/18 52/9 52/17 62/2 69/23 71/1
**MARSHAL [2]** 73/1 73/15
**MARSHALS [1]** 9/13
**MARYLAND [7]** 2/22 6/15 7/2 9/17 9/24 9/25 70/5
**MATAMOROS [1]** 55/18
**MATTER [3]** 38/12 64/3 77/14
**MATTERS [6]** 41/9 42/9 74/14 74/15 75/17 75/19
**MAX [2]** 38/13 38/13
**MAXED [1]** 38/25
**MAXING [1]** 38/24
**MAY [2]** 37/19 67/17
**MAYNARD [11]** 50/13 51/5 52/1 52/3 53/3 53/6 53/10 53/14 53/16 53/18 54/18
**McALLEN [3]** 3/17 32/24 33/2
**ME [62]** 3/3 3/4 4/17 18/5 1/6/5 6/20 8/9 12/1 22/0 12/1 21/9 22/16 22/18 23/5 23/5 23/11 23/12 23/22 24/2 25/4 25/8 25/15 25/19 29/1 30/8 30/18 31/15 31/17 32/19 32/21

---

34/25 35/3 35/9 38/1 38/5 38/7 40/25 41/2 43/9 43/19 44/23 45/14 49/18 49/24 50/18 51/8 53/2 53/25 59/7 59/18 59/19 60/7 60/8 64/4 64/23 65/24 70/14 71/3 72/7 73/9 73/16 73/17 75/10
**MEAN [13]** 2/20 4/4 13/23 14/10 23/4 37/15 42/8 43/12 48/24 51/12 70/8 71/16 72/10
**MEANS [3]** 14/8 15/12 30/15
**MEET [6]** 27/5 29/7 30/4 31/4 32/23 33/18
**MENTION [1]** 49/14
**MENTIONED [1]** 16/15
**MET [8]** 29/10 30/6 33/1 33/17 53/6 56/9 56/10 60/9
**MEXICO [5]** 3/10 3/12 5/2 5/8 47/24
**MICHELE [1]** 1/12
**MIDDLE [1]** 41/1
**MIDDLEMAN [2]** 59/4 59/5
**MIGHT [4]** 18/8 20/16 73/13 74/21
**MILLION [1]** 14/23
**MINE [1]** 63/13
**MINIMUM [1]** 46/12
**MINUTE [4]** 15/5 24/10 24/10 63/20
**MINUTES [23]** 6/6 20/4 20/5 20/24 21/25 22/6 23/4 23/23 23/23 25/6 25/8 29/5 29/17 25/19 26/5 26/18 27/18 27/25 28/21 47/20 73/7 73/8 74/18
**MISCONSTRUED [2]** 57/7 58/11
**MISCONSTRUING [1]** 56/18
**MISLEAD [4]** 19/11 23/19 23/21 42/12
**MISSION [1]** 3/17
**MISSTATING [1]** 67/9
**MISTAKEN [1]** 29/19
**MOMENT [1]** 17/11
**MONDAY [5]** 10/6 10/7 10/12 10/14 22/25
**MONEY [13]** 10/23 11/4 11/14 11/16 11/19 14/6 16/14 35/8 44/24 47/21 47/24 69/2 69/3
**MONTH [8]** 12/22 12/23 32/16 32/17 45/8 59/24 61/3 62/22
**MONTHS [2]** 33/3 45/12
**MORE [14]** 12/5 12/12 37/7 37/16 38/14 38/19 46/7 52/23 52/24 54/23 69/2 69/3 69/4 69/18
**MORNING [11]** 5/4 12/10 20/15 20/17 24/16 24/24 24/25 27/6 30/25 43/19 75/19
**MOSTLY [1]** 11/17
**MOVE [4]** 58/15 58/15 70/16 70/17
**MR [3]** 7/3 16/15 77/6
**MR. [120]**
**MR. BALAREZO [1]** 49/11
**MR. BERMEA [44]** 2/9 7/8 12/10 16/24 17/6 17/19 18/14 19/7 20/3 20/14 20/22 21/10 22/22 22/13 22/20 22/22 23/8 24/8 25/13 26/7 26/9 26/13 26/15 26/24 27/12 27/21 28/11 29/5 29/10 32/6 32/23 42/21 43/2 46/19 48/10 51/3 54/2

---

54/17 55/4 58/24 59/13 68/7 73/7 76/9
**MR. GEISE [1]** 49/20
**MR. JONES [61]** 2/19 3/1 4/3 6/11 6/12 6/13 6/18 6/25 7/21 7/24 10/17 11/5 11/17 11/19 12/11 13/9 14/3 16/16 17/4 17/7 17/15 18/24 19/5 19/15 19/20 20/11 20/20 21/1 22/1 22/11 22/20 23/7 23/17 23/19 25/2 25/12 26/6 26/13 27/11 28/1 28/6 30/18 31/22 32/2 33/14 38/21 41/7 46/15 50/20 50/23 51/13 51/20 51/23 62/17 63/6 64/11 67/7 70/19 71/1 71/10 73/6
**MR. JONES' [2]** 6/2 49/10
**MR. MAYNARD [9]** 51/5 52/1 52/3 53/3 53/10 53/14 53/16 53/18 54/18
**MR. PRIMO [1]** 3/2
**MR. RISITAS [1]** 65/1
**MRS. [1]** 31/17
**MRS. HUVELLE [1]** 31/17
**MS [3]** 2/5 77/5 77/6
**MS. [4]** 34/7 34/17 38/10 74/13
**MS. SOLTYS [4]** 34/7 34/17 38/10 74/13
**MUCH [9]** 10/16 13/9 14/6 36/5 36/17 46/16 50/21 64/25 73/6
**MUST [1]** 71/25
**MY [40]** 3/16 3/18 5/1 5/2 5/4 5/7 12/18 15/7 19/19 20/7 20/7 20/7 21/2 24/22 24/22 25/6 25/16 25/22 28/12 30/17 33/6 36/3 39/6 41/2 43/17 46/11 49/23 50/10 53/4 54/12 57/13 62/19 62/19 62/25 63/16 64/13 67/12 67/22 71/2 74/25
**MYSELF [3]** 2/19 6/25 7/21

# N

**NAH [3]** 23/12 23/14 23/14
**NAME [10]** 16/1 17/8 33/21 55/19 55/23 56/4 63/8 63/9 65/4 66/6
**NAMED [1]** 56/7
**NASSAU [1]** 1/18
**NEED [8]** 18/7 23/1 26/16 27/4 27/24 28/20 58/21 67/12
**NEEDED [3]** 2/22 50/14 54/13
**NEVER [12]** 23/21 30/8 49/22 53/13 54/17 54/18 54/20 54/21 54/24 68/8 68/11 68/17
**NEW [1]** 58/21
**NEWS [1]** 22/23
**NEXT [12]** 5/18 6/5 6/20 24/5 24/5 28/7 28/7 32/3 37/14 48/7 57/5 57/10
**NICKNAME [1]** 63/14
**NIGHT [3]** 9/19 26/10 47/22
**NIGHTTIME [1]** 9/20
**NINE [2]** 75/21 75/25
**NINETY [2]** 16/23 36/15
**NINETY-SIX [2]** 16/23 36/15
**NO [88]**
**NOBODY [4]** 23/21 57/21 57/24

# N

**NOBODY... [1]** 57/25
**NONE [1]** 53/11
**NOPE [5]** 22/21 26/14 26/23 27/15 32/22
**NORMAL [1]** 45/24
**NORTH [1]** 51/6
**NOT [65]** 8/7 10/16 19/10 19/11 19/18 20/17 24/17 24/20 25/7 25/8 25/18 25/18 26/17 27/10 28/6 28/9 29/19 29/21 30/6 31/22 32/11 32/12 35/3 35/19 36/6 37/20 40/2 40/9 41/21 42/6 42/16 46/12 46/12 49/3 49/14 49/20 51/3 51/17 52/2 52/4 53/10 55/15 55/19 57/11 57/17 59/1 59/12 59/19 62/16 62/18 63/7 63/10 63/22 64/2 64/11 68/22 69/6 69/12 69/15 71/9 73/7 75/14 75/14 75/18 75/21
**NOTE [2]** 28/14 63/6
**NOTEBOOK [5]** 12/18 63/16 67/22 74/24 74/25
**NOTEBOOKS [2]** 71/2 76/1
**NOTES [16]** 19/20 21/2 25/22 27/20 28/13 34/15 34/17 34/18 52/20 62/25 63/2 63/4 64/13 67/5 67/13 67/22
**NOTHING [4]** 26/19 31/19 35/9 51/7
**NOVEMBER [5]** 48/22 49/7 65/21 65/21 65/25
**NOW [42]** 4/14 5/19 6/5 9/8 23/25 26/18 26/18 26/19 27/2 28/18 31/20 31/22 31/25 32/2 32/9 32/21 33/21 34/4 36/6 37/5 37/10 37/14 37/18 44/10 45/23 46/16 47/10 48/10 48/15 49/12 52/19 60/1 60/16 60/25 61/17 62/2 62/8 66/5 69/9 72/14 72/16 73/19
**NUMBER [14]** 2/12 2/16 7/6 7/17 8/18 8/21 10/21 11/1 11/8 11/12 11/21 12/4 12/17 71/25
**NUMBERS [2]** 8/25 13/4
**NUMEROUS [1]** 63/2
**NW [2]** 1/13 1/18

# O

**O'BRIEN [6]** 34/10 34/12 34/14 34/14 57/22 58/4
**O'CLOCK [2]** 27/1 27/3
**O'TOOLE [2]** 1/17 1/18
**OATH [2]** 2/4 49/14
**OBJECT [1]** 37/19
**OBJECTION [14]** 19/6 31/24 41/14 41/18 42/6 52/2 56/18 56/22 56/24 57/13 58/7 58/8 58/9 58/19
**OBJECTIVE [1]** 51/22
**OBLIGATION [1]** 50/3
**OCTOBER [11]** 2/13 5/19 6/5 6/20 7/16 10/5 10/19 12/10 16/9 16/12 45/9
**OF YEARS [1]** 64/19
**OFF [17]** 2/20 2/22 4/19 5/5 5/6 9/17 21/11 27/4 29/13 40/11 47/25 60/13 67/14

**67/17 69/6 75/10 75/10**
**OFFENSE [3]** 37/25 37/10 37/19**
**OFFERED [3]** 35/9 41/12 44/11
**OFFICE [1]** 1/13
**OFFICER [2]** 47/16 47/19
**OFFICERS [1]** 47/11
**OH [14]** 18/12 20/7 20/9 22/17 23/12 24/12 27/7 27/18 31/6 42/24 46/16 51/20 56/1 56/3
**OKAY [113]**
**ONCE [4]** 38/5 43/6 49/14 62/2
**ONE [30]** 11/24 12/12 14/23 15/14 15/16 17/11 23/1 25/8 25/18 28/18 29/17 29/17 31/3 37/16 55/24 56/17 63/20 63/23 63/24 63/25 64/1 64/2 69/10 69/10 69/11 70/8 70/22 73/9 75/19 75/19 **ONES [7]** 7/12 8/1 8/3 8/4 8/12 11/24 15/15
**ONLY [3]** 26/25 50/19 52/5
**OPEN [1]** 58/18
**OPPORTUNITY [1]** 33/8
**OPPOSITE [1]** 55/25
**ORDER [2]** 13/6 24/15
**ORGANIZER [1]** 37/6
**OTHER [15]** 4/14 6/14 11/24 15/15 17/2 21/9 25/7 25/18 31/16 41/9 44/18 49/18 62/8 62/11 75/16
**OTHERWISE [1]** 75/23
**OURS [1]** 9/17
**OUT [21]** 4/22/1 27/8 28/25 35/1 38/6 38/24 38/25 45/5 50/24 53/2 54/21 58/5 58/22 62/9 62/14 71/3 74/21 75/5 75/12 75/13 76/2
**OVER [21]** 5/10 6/17 7/4 9/12 17/22 18/15 20/8 27/9 36/19 36/20 36/20 36/23 36/25 39/1 39/3 40/15 40/24 44/8 54/14 58/5 70/2
**OWN [2]** 46/5 60/17

# P

**P-R-I-M-E-R [1]** 14/9
**P.M [16]** 1/8 1/9 22/8 22/13 25/2 26/9 26/15 26/24 27/11 27/14 27/17 27/19 27/23 48/23 65/22 76/7
**PACK [1]** 47/21
**PAGE [10]** 13/8 13/9 15/5 31/3 41/23 49/10 64/23 65/22 66/3 66/15
**PAID [3]** 14/6 32/21 35/8
**PAPER [2]** 16/7 72/12
**PAPERS [2]** 38/1 38/7
**PARAGRAPH [1]** 38/16
**PART [4]** 37/5 37/7 39/10 46/11
**PARTICIPANT [1]** 33/13
**PARTICIPANTS [5]** 2/14 2/18 6/10 6/24 7/20
**PARTICIPATED [1]** 51/18
**PARTY [1]** 22/9
**PAUSE [2]** 17/16 41/10
**PEEKING [1]** 47/13
**PELAY [1]** 68/20
**PELAY'S [2]** 69/15 70/19 71/12
**PELOS [25]** 3/20 3/21 8/14 13/22 15/16 17/1 55/6 55/11

**55/23 56/1 56/15 57/4 57/8 58/16 60/5 60/7 61/2 62/9 67/5 68/17 68/21 68/22 69/8 71/13 73/20
**PELOS' [6]** 7/13 8/12 8/12 56/13 56/16 68/25
**PELOS'S [4]** 57/6 57/11 58/13 58/20
**PEOPLE [4]** 4/14 30/13 47/13 73/4
**PER [1]** 69/18
**PERSON [23]** 5/22 5/24 13/25 14/2 17/2 46/12 46/13 55/22 56/9 57/19 59/1 63/9 66/7 67/6 72/7 72/18 72/20 72/21 73/19 73/21 73/21 73/23 74/7
**PERSON'S [1]** 55/23
**PERSONALLY [1]** 43/17
**PHONE [25]** 2/11 2/12 2/14 2/18 3/1 3/13 3/3 15/4 1/4 3 6/10 6/24 7/4 7/20 7/22 10/17 10/19 19/19 21/3 61/11 61/13 61/17 63/1 64/25 75/8 75/8
**PHONES [1]** 9/10
**PHONETIC [2]** 11/5 55/18
**PHOTO [1]** 11/2 12/2
**PHOTOGRAPH [5]** 7/8 10/22 11/2 11/13 11/22
**PHYSICALLY [1]** 4/17
**PICK [2]** 2/11 3/17
**PICKED [3]** 5/1 5/2 5/9
**PICTURES [1]** 51/14
**PIECES [1]** 16/6
**PLACE [2]** 19/16 19/17
**PLAY [5]** 2/12 5/18 6/5 6/20 75/8
**PLAYED [8]** 2/16 5/20 6/8 6/22 7/18 24/15 37/8 39/10
**PLAYING [1]** 6/16
**PLEA [8]** 36/9 38/1 38/7 43/2 43/14 43/16 50/2 54/24
**PLEADS [2]** 38/11 40/10
**PLEASE [11]** 2/6 2/15 5/19 10/5 16/20 22/13 38/1 38/4 38/7 41/1 73/24
**PLED [2]** 39/1 40/18
**PLENTY [1]** 39/17
**PLUS [6]** 36/19 36/20 36/21 36/23 44/7 62/8
**POINT [10]** 4/10 7/25 8/7 9/3 16/15 37/16 38/18 38/24 41/2 42/12
**POINTS [5]** 37/7 38/12 39/9 39/10 39/16
**POLICE [1]** 12/8
**POSSIBLE [3]** 3/16 75/14 75/15
**POTOMAC [4]** 3/19 5/11 69/20 70/8
**POTTER [16]** 3/23 3/25 4/18 7/14 8/16 56/2 56/3 56/5 56/7 56/10 56/12 57/9 60/4 60/6 60/10 60/14
**PREPARATION [2]** 33/4 33/11
**PRESENT [3]** 2/2 19/7 41/6
**PRESTAMOS [1]** 15/19
**PRETTY [3]** 36/5 46/16 50/21
**PREVIOUS [4]** 3/1 33/8 33/19 35/4
**PRIMER [1]** 14/8
**PRIMO [31]** 3/2 3/3 3/7 3/13 3/15 4/1 4/8 5/17 5/25 6/1

## P

**PRIMO...** [21] 6/11 6/12 8/2
47/15 55/24 55/25 59/2 59/7
60/2 60/3 60/4 61/2 62/7
62/10 68/8 68/11 68/12
68/15 68/17 68/18 68/22
**Primo's** [5] 7/13 8/11 9/5
68/2 68/4
**PRIOR** [1] 30/23
**Pro** [1] 1/16
**PROBABLY** [3] 20/4 20/14
22/25
**PROBLEM** [1] 20/10
**PROCEEDINGS** [1] 77/13
**PROCESS** [1] 43/24
**PROMISED** [1] 44/11
**PROMISES** [3] 35/10 35/11
35/13
**PROSECUTOR** [4] 30/16 34/5
53/5 54/15
**PROSECUTOR's** [1] 49/24
**PROSECUTORS** [1] 35/17
**PURCHASE** [3] 11/6 15/3 19/23
**PURCHASED** [6] 7/24 7/25
13/10 19/18 19/20 65/1
**PUSH** [1] 74/19
**PUSHING** [1] 74/17
**PUT** [8] 13/6 39/23 40/5 40/7
63/4 63/8 63/9 63/10

## Q

**QUANTITIES** [1] 43/12
**QUARTER** [1] 75/22
**QUESTION** [56] 18/17 18/18
18/18 19/6 19/25 21/3 24/5
24/6 24/9 24/13 24/20 24/20
25/23 28/5 28/7 30/3 31/3
32/4 33/4 33/7 33/11 37/20
42/2 42/4 42/8 42/15 44/10
48/24 50/1 51/1 51/2 51/13
57/5 57/6 57/10 58/9 58/10
58/12 58/13 58/16 58/20
58/21 64/2 65/3 65/6 65/8
65/12 66/3 66/5 66/9 66/12
66/17 66/22 66/24 68/20
70/4
**QUESTIONED** [1] 43/20
**QUESTIONING** [1] 42/17
**QUESTIONS** [9] 17/12 21/18
29/5 49/10 49/25 51/17
52/20 58/22 74/12
**QUICK** [2] 23/5 27/22
**QUIET** [1] 40/25

## R

**RAE** [1] 1/17
**RAISED** [1] 34/7
**RANGE** [3] 38/8 40/10 41/19
**READ** [12] 13/14 22/3 25/14
28/6 28/7 34/18 34/19 35/1
66/4 66/19 67/18 67/18
**READING** [15] 14/23 15/1 16/9
18/9 18/9 18/11 24/4 24/4
24/8 24/8 24/15 24/17 65/18
67/14 67/17
**READY** [9] 2/3 3/2 3/3 3/14
4/8 9/6 22/16 25/4 25/15
**REAGAN** [2] 4/21 4/23
**REAL** [3] 10/16 23/5 27/22
**REALLY** [2] 36/2 74/17
**REASON** [1] 50/12
**RECEIPT** [1] 16/16

**RECEIVE** [7] 4/4 22/1 22/11
24/8 37/15 38/12 38/14
**RECEIVED** [7] 3/2 3/15 4/5 9/9
11/23 12/3 60/18
**RECEIVING** [2] 21/8 21/9
**RECENTLY** [1] 30/14
**RECESS** [1] 41/4
**RECESSED** [1] 76/7
**RECOGNIZE** [10] 2/18 5/22 6/10
7/7 7/20 8/21 11/1 12/19
72/18 72/21
**RECOLLECTION** [1] 39/7
**RECORD** [1] 77/13
**RECORDED** [1] 2/13
**RECROSS** [1] 77/3
**REDIRECT** [5] 21/21 25/24
28/16 74/22 77/3
**REDUCTION** [1] 38/12
**REFERRING** [4] 6/14 23/21
23/25 30/23
**REFERS** [1] 16/25
**REGAINING** [1] 45/3
**RELATED** [1] 29/20
**RELEASED** [18] 29/6 29/11
29/18 29/25 30/1 30/3 30/7
30/10 30/11 30/23 31/1 31/4
32/6 44/22 45/10 45/16
45/20 45/23
**REMAINING** [1] 4/6
**REMEMBER** [36] 18/24 21/5
21/6 21/7 21/20 25/25 26/1
26/2 26/8 27/1 27/20 28/11
33/21 43/9 43/16 43/17
43/20 46/11 62/6 62/18
64/14 64/15 64/15 64/16
64/18 64/21 67/14 67/21
69/7 70/25 71/5 71/5 71/7
71/9 71/19 71/20
**REMIND** [1] 38/5
**REPORTER** [2] 1/21 77/10
**REPRESENT** [6] 13/1 13/4
13/20 14/5 16/24 17/5
**REPRESENTED** [1] 14/20
**REPRESENTS** [1] 13/9
**RESPONSIBILITY** [9] 36/10 36/16
37/5 38/12 38/16 42/11 43/6
43/10 43/22
**REST** [1] 4/10
**RESTATE** [1] 58/10
**RESUME** [1] 2/3
**RESUMED** [1] 77/5
**RETRIAL** [1] 30/18
**REVIEW** [2] 33/7 33/8
**REVIEWED** [1] 33/5
**REYNA** [1] 19/14
**RICARDO** [5] 3/11 5/9 15/24
61/9 74/8
**RIDICULOUS** [1] 63/8
**RIGHT** [106]
**RIGHT-HAND** [1] 16/13
**RISITAS** [20] 11/5 11/18 13/24
17/2 63/10 63/12 63/17
63/18 65/1 65/5 65/7 65/9
65/16 66/7 66/10 66/12
66/25 67/3 67/6 70/20
**ROEL** [3] 61/17 61/20 77/5
**ROOM** [3] 1/13 1/22 54/12
**ROTHWELL** [1] 1/18
**ROUGHLY** [4] 4/10 11/15 36/19
37/1
**ROUTE** [2] 9/12 29/13
**ROY** [9] 61/12 61/14 61/15
61/17 61/18 61/19 61/20

61/21 61/23
**RPR** [1] 1/21
**RUNS** [2] 26/16 26/20

## S

**SAFETY** [1] 42/9
**SAID** [50] 2/20 6/1 6/12 6/16
8/3 12/21 13/6 23/11 26/12
27/3 29/8 29/12 30/5 30/21
30/22 30/25 31/7 31/9 31/12
32/15 33/3 33/6 33/10 33/15
34/21 34/24 35/4 35/17
39/13 44/6 49/23 50/5 50/10
50/12 51/5 51/19 51/20 52/2
53/5 53/8 53/22 54/12 55/5
55/25 57/11 61/23 62/23
67/2 67/14 70/1
**SAME** [11] 6/20 22/8 25/8
25/18 41/21 45/5 59/3 61/20
68/18 75/7 75/7
**SAN** [1] 3/16
**SANDWICH** [1] 46/7
**SAT** [1] 32/19
**SATURDAY** [1] 22/8
**SAW** [8] 19/22 53/3 54/6
54/11 54/11 54/15 54/21
54/24
**SAY** [51] 5/6 9/10 14/2 17/3
21/20 23/10 23/19 24/3 25/9
25/19 25/25 27/21 28/20
31/15 32/24 36/17 42/6 45/4
46/19 46/23 49/16 51/2 51/7
53/20 53/23 54/1 55/10
55/12 55/19 57/21 61/17
61/21 63/6 63/10 63/25
64/15 64/21 64/25 65/2 65/6
65/6 65/7 65/14 66/11 67/10
68/23 69/6 69/23 71/2 71/3
71/5
**SAYING** [20] 6/2 6/4 9/11 19/9
29/25 43/24 43/24 49/20
50/16 51/11 57/24 58/1 58/2
58/3 58/24 59/7 64/14 67/12
69/20 70/19
**SAYS** [28] 13/22 17/1 18/22
19/3 20/14 22/4 22/22 24/22
26/4 26/9 26/24 28/23 29/6
31/3 37/13 38/16 55/1 61/12
61/19 63/13 64/9 64/24 65/3
65/7 65/8 65/18 65/24 66/5
**SCIALPI** [1] 1/17
**SE** [1] 1/16
**SEARCHED** [1] 8/9
**SECOND** [22] 14/17 14/21
29/25 36/20 44/14 45/20
48/4 49/1 49/2 49/8 50/9
50/10 51/25 52/5 52/17 53/3
53/17 53/18 54/16 55/2
56/21 71/14
**SEE** [39] 11/9 16/18 18/10
19/19 19/20 20/14 20/15
21/2 21/7 27/9 27/20 38/1
38/7 40/7 42/22 42/23 45/5
53/10 53/18 55/1 57/6 62/25
62/25 63/5 64/13 67/12
67/22 71/2 72/8 72/9 72/14
72/15 72/16 72/24 72/25
73/19 74/3 74/9 75/1
**SEEM** [1] 57/20
**SEEN** [11] 12/15 16/6 53/13
53/16 54/2 54/9 54/17 54/18
54/20 74/5 74/6
**SEGAL** [1] 1/9

**S**

**SELL** [4]  12/8 32/18 32/19 60/18

**SELLING** [3]  43/25 55/5 63/9

**SEMI** [1]  9/16

**SEMI-TRUCK** [1]  9/16

**SEND** [1]  54/23

**SENDING** [1]  62/10

**SENT** [4]  14/10 14/12 14/13 14/21

**SENTENCE** [2]  37/2 41/2

**SENTENCING** [6]  31/18 35/19 37/12 41/19 42/1 43/3

**SEPARATE** [5]  55/5 55/17 55/20 55/23 60/1

**September** [12]  13/14 18/22 19/1 19/2 19/3 19/5 59/17 59/18 59/25 61/5 61/6 62/22

**SESSION** [2]  1/9 2/1

**SET** [4]  57/14 57/18 57/23 58/4

**SEVEN** [1]  74/18

**Seventeen** [1]  8/24

**SHE** [14]  31/9 33/1 34/1 34/2 34/3 34/18 37/6 37/11 43/5 43/5 43/8 43/9 43/10 43/24

**SHIPMENT** [30]  3/5 3/14 4/2 5/17 6/4 6/19 9/4 9/5 9/8 14/15 14/17 24/1 24/2 29/22 36/16 36/18 36/20 36/23 48/1 48/8 58/25 60/18 68/12 68/24 68/24 68/25 68/25 69/15 70/19 70/21

**SHIPMENTS** [5]  44/1 44/3 51/18 69/3 69/4

**SHORT** [3]  17/8 75/4 75/7

**SHORTHAND** [1]  13/25

**SHORTLY** [1]  26/12

**SHOULD** [5]  24/23 40/14 40/15 46/14 46/22

**SHOW** [8]  8/9 12/12 13/12 28/15 28/15 43/3 51/6 71/23

**SHOWED** [4]  35/3 37/11 51/14 63/6

**SIC** [5]  8/2 55/4 59/16 68/20 69/15

**SIDE** [6]  8/16 16/13 59/16 59/17 60/1 62/7

**SIGNED** [1]  43/18

**SIMPLE** [1]  39/20

**SINCE** [3]  50/23 61/11 74/4

**SINGLE** [2]  11/25 68/25

**SIR** [10]  23/18 24/17 29/15 32/3 48/18 48/21 68/4 70/4 70/16 73/3

**SISTER** [2]  3/16 23/14

**SIT** [2]  32/18 40/25

**SITS** [1]  41/3

**SIX** [5]  14/24 16/23 36/15 66/15 67/15

**SIXTY** [1]  14/23

**SMALL** [1]  62/9

**SO** [122]

**SOLD** [2]  8/2 67/4

**Soltys** [7]  1/12 34/7 34/17 38/10 74/13 77/5 77/6

**SOME** [9]  7/24 10/25 12/5 17/22 22/23 38/24 46/25 62/20 70/1

**SOMEBODY** [2]  9/14 23/12

**SOMEBODY's** [1]  63/8

**SOMETHING** [18]  7/3 9/4 12/21

16/18 25/10 25/20 26/17 35/10 36/4 50/22 51/11 53/19 54/1 54/23 62/5 70/3 71/3 71/17

**Sometimes** [1]  17/1

**SOMEWHERE** [4]  47/3 47/8 51/6 68/12

**SOON** [2]  3/16 23/15

**SORRY** [15]  8/21 14/11 15/9 16/12 21/11 21/17 22/14 24/12 37/15 37/21 38/4 42/24 48/24 60/22 66/16

**SORT** [1]  39/16

**SOURCE** [3]  59/10 59/11 59/11

**SPEAK** [1]  57/17

**SPEAKING** [2]  47/5 64/4

**SPECIFYING** [1]  21/8

**SPEECH** [2]  37/20 38/21

**SPELL** [3]  16/2 63/17 63/18

**SPENDING** [1]  39/17

**SPOKE** [2]  4/3 43/19

**SPOT** [1]  20/23

**STACKED** [1]  11/25

**START** [5]  37/3 58/22 75/10 75/18 75/22

**STARTED** [2]  69/6 75/10

**STARTING** [2]  49/11 64/23

**STATES** [3]  1/1 1/3 1/10

**STATING** [2]  3/2 23/23

**STAY** [1]  48/3

**STAYED** [2]  32/15 45/12

**STAYING** [3]  12/9 60/23 68/12

**STEINBACH** [1]  1/18

**STEP** [2]  50/10 51/25

**STICK** [1]  34/23

**STILL** [6]  2/4 3/25 4/6 4/18 20/6 23/2

**STOP** [4]  5/13 40/12 40/24 41/8

**STOPPED** [1]  5/14

**STORE** [4]  5/9 9/13 60/8 60/9

**STORY** [1]  43/25

**STRAIGHT** [2]  5/11 5/14

**STREET** [3]  1/13 74/5 74/9

**STRICKEN** [1]  58/21

**STRIKE** [3]  58/12 58/13 58/16

**Suite** [1]  1/18

**SUPERVISED** [1]  39/13

**SUPERVISOR** [1]  37/6

**SUPPLIED** [2]  44/6 55/22

**SUPPLIER** [9]  56/12 56/16 58/2 58/24 59/1 59/2 59/14 62/6 62/8

**SUPPLY** [2]  61/1 62/2

**SUPPOSED** [3]  14/10 71/1 71/10

**SUPPOSEDLY** [1]  4/4

**SURE** [6]  8/7 17/25 34/23 65/23 65/24 75/13

**SURVIVED** [1]  57/20

**SUSTAINED** [2]  52/3 58/20

**SWAP** [1]  10/15

**SWING** [1]  27/2

**SWITCH** [1]  10/3

**SWITCHED** [3]  9/13 9/16 9/21

**T**

**TABLE** [3]  41/25 42/1 43/3

**TAKE** [18]  9/23 25/8 25/19 27/4 29/12 29/13 31/15 34/14 34/17 34/18 36/9 36/16 38/3 38/4 52/20 64/23 75/12 75/13

**TAKEN** [1]  41/4

**TAKING** [2]  21/17 43/10

**TALK** [13]  21/17 22/18 23/1 23/5 26/17 27/22 27/24 28/20 30/6 30/7 30/13 53/5 54/13

**TALKED** [7]  30/8 30/10 31/15 55/24 59/17 59/18 59/21

**TALKIES** [1]  9/10

**TALKING** [21]  19/10 30/24 31/1 31/2 33/14 34/25 39/22 40/24 43/23 44/8 45/12 46/13 51/15 55/24 58/14 64/1 64/19 67/13 69/7 69/9 70/15

**TANK** [2]  29/13 29/22

**TELEPHONE** [2]  33/12 33/13

**TELL** [40]  3/3 7/22 9/7 10/21 12/25 20/9 25/7 25/17 26/11 31/14 35/15 37/6 39/12 43/8 44/1 44/5 46/21 47/18 48/7 48/17 48/20 50/14 50/17 54/4 62/12 62/16 63/13 64/2 64/11 64/13 66/10 66/12 66/24 67/2 67/19 68/11 68/22 70/25 71/2 72/7

**TELLING** [10]  3/14 6/13 7/1 34/25 39/21 52/8 53/12 54/17 65/10 65/13

**TEN** [8]  21/25 22/5 23/23 26/5 27/18 62/23 73/7 75/22

**TERMS** [3]  36/2 36/2 57/23

**TESTIFIED** [7]  32/9 45/19 48/10 48/12 48/19 48/23 49/12

**TESTIFY** [8]  29/16 29/21 32/12 32/21 35/5 36/6 69/12 69/15

**TESTIMONY** [11]  33/5 33/6 33/9 33/12 35/4 57/23 64/23 65/18 66/19 67/9 76/3

**Texas** [15]  2/23 2/25 3/8 4/8 4/25 5/1 30/22 31/10 31/14 32/25 33/2 33/18 47/25 59/14 69/25

**THAN** [2]  38/19 55/6

**THANK** [8]  17/12 17/14 38/4 38/4 41/3 41/3 73/3 73/15

**THAT** [215]

**THAT's** [88]

**THEIR** [4]  6/2 9/16 58/5 63/9

**THEM** [23]  4/12 4/13 13/6 18/15 20/7 20/8 20/9 20/9 25/5 25/15 28/15 28/16 31/15 40/10 54/4 54/6 54/15 55/5 55/10 57/22 61/10 62/25 63/24

**THEN** [36]  3/19 4/22 4/23 4/25 8/24 12/23 12/23 13/4 14/20 14/21 15/19 19/16 20/9 20/24 25/10 25/21 27/6 27/9 28/6 29/6 30/3 31/4 31/9 31/9 33/1 33/4 33/7 33/11 39/24 40/5 41/17 49/16 50/5 57/5 57/10 66/3

**THERE** [66]  3/5 3/25 4/2 4/14 4/18 4/19 5/2 5/3 5/5 5/8 6/16 6/17 7/2 7/3 8/4 8/5 8/11 8/13 8/21 9/3 9/4 9/14 9/17 10/17 10/25 13/7 16/15 17/24 19/18 19/18 20/8 21/25 22/5 24/2 26/4 26/18 26/18 27/7 29/14 38/18 39/16 40/6 42/9 42/10 42/10 46/5 47/19 47/24 61/5 61/9

**T**

THERE... [16] 61/10 61/23
61/24 61/25 62/20 63/5 65/4
67/5 68/16 69/23 70/1 70/7
70/7 70/11 73/9 74/8
THERE's [4] 15/19 27/17 38/14
47/19
THEREFORE [1] 40/21
THESE [8] 7/10 12/12 13/4
16/6 16/13 17/22 57/22 73/4
THEY [59] 7/14 7/25 8/9 9/5
9/11 9/12 11/22 11/24 12/1
14/6 14/10 14/12 14/13
15/21 15/22 15/24 21/21
22/24 22/24 22/24 22/25
23/13 23/14 28/14 30/21
31/1 31/9 31/14 35/17 35/17
35/18 35/22 35/22 35/24
40/7 44/21 44/23 47/18
49/25 50/18 50/21 50/21
50/23 51/13 51/16 51/17
51/19 51/20 52/19 52/20
53/2 53/25 54/21 54/23
59/17 62/21 64/4 66/11
66/12
THEY'LL [1] 25/24
THEY'RE [6] 9/11 10/22 36/19
40/22 40/23 43/24
THING [5] 12/12 23/1 41/22
50/19 68/19
THINK [16] 3/7 4/21 4/21 4/23
7/13 22/7 28/12 39/19 40/22
40/22 43/22 46/14 62/4
67/15 70/2 71/21
THIRD [3] 29/17 32/2 36/23
THIS [154]
THOSE [16] 3/23 4/7 8/11 8/11
9/23 10/23 11/23 13/21
15/20 17/2 17/7 24/2 27/5
33/13 34/6 52/25
THOUGHT [3] 3/8 41/21 52/25
THOUSAND [4] 10/25 14/24
15/21 15/22
THREE [7] 20/6 20/6 20/8
37/16 38/12 40/11 72/3
THROUGH [3] 16/9 32/2 53/9
Thursday [4] 48/22 49/7
65/21 65/25
TICKETS [4] 4/4 6/1 6/3 27/8
TIMBERLAND [1] 10/24
TIME [39] 3/8 9/3 9/11 9/15
9/19 16/16 17/13 17/21 19/8
20/8 20/17 20/23 22/16 27/6
27/7 30/9 32/24 32/24 35/18
39/17 39/17 43/2 44/23 45/5
53/15 53/17 53/18 54/16
56/9 56/10 59/13 62/5 62/18
62/21 70/1 70/2 74/3 75/7
75/17
TIMES [9] 52/9 52/13 52/15
52/17 52/18 52/19 52/22
52/25 63/2
TIRED [1] 41/1
TODAY [2] 33/5 33/12
TOLD [20] 3/15 9/5 9/11 22/23
43/9 47/19 47/21 53/4 54/6
54/7 54/13 54/14 56/7 60/7
64/4 67/4 67/7 67/19 68/17
71/6
TOMORROW [5] 20/16 22/15
22/17 26/10 75/18
TONIGHT [1] 20/17

**TOO** [5] 31/25 52/18 66/18
75/8 75/24
TOOK [17] 2/20 2/22 4/18 4/19
5/4 5/6 5/8 9/16 9/17 20/9
28/24 36/9 37/5 43/6 47/25
54/24 60/13
TOTAL [5] 9/2 12/6 16/25 44/2
71/15
TOWN [2] 30/22 31/9
TRAILER [1] 47/22
TRANSCRIPT [6] 1/9 33/8 34/18
34/19 67/2 77/13
TRANSCRIPTS [1] 67/14
TRANSFERRED [1] 54/21
TRAVEL [2] 4/17 5/6
TRIAL [29] 1/9 30/1 32/2
44/14 45/20 48/10 48/12
48/19 48/22 49/2 49/5 49/8
49/13 50/7 50/9 50/11 50/13
50/16 51/3 51/25 52/4 52/11
52/12 52/17 53/3 53/4 53/7
54/16 55/2
TRIALS [5] 29/16 31/16 35/12
44/10 45/19
TRIED [1] 74/17
TRIP [18] 3/4 3/5 4/9 9/9
32/12 46/19 47/23 49/14
49/19 50/13 56/13 69/9
69/10 69/12 69/15 70/10
70/13 70/14
TRIPS [1] 23/22
TRUCK [1] 9/16
TRUE [1] 68/8
TRUST [3] 68/15 68/17 68/22
TRUSTED [1] 68/18
TRUTH [2] 50/14 50/17
TRUTHFUL [2] 50/3 50/7
TRY [1] 55/19
TRYING [10] 6/17 27/9 57/14
57/15 57/17 57/18 57/21
57/22 58/3 62/14
TV [1] 54/12
TWENTIES [1] 13/7
TWENTY [1] 14/24
TWO [24] 6/6 10/18 14/20
14/23 15/20 28/25 31/16
34/6 35/12 37/15 38/16
44/10 45/12 52/22 52/22
55/17 55/19 58/22 62/10
62/14 74/14 74/15 75/16
75/19

**U**

U.S [2] 1/13 1/21
UH [2] 22/24 74/16
UH-HUH [2] 22/24 74/16
UM [41] 20/4 20/5 20/6 20/6
20/7 20/15 20/16 20/23
20/23 22/4 22/22 22/25
22/25 23/1 23/3 23/13 25/6
25/6 25/8 25/8 25/17 25/17
25/18 25/19 26/10 26/10
26/16 26/17 26/18 26/20
26/21 27/2 27/2 27/3 27/5
27/5 27/6 27/24 28/20 28/24
28/25
UNDER [4] 2/4 38/13 49/13
50/2
UNDERSTAND [4] 15/14 38/20
56/24 67/13
UNITED [3] 1/1 1/3 1/10
UNKNOWN [1] 23/13
UNNECESSARILY [1] 39/18

**UNTIL** [1] 5/4 20/15 27/3
30/8 30/9 38/9
UP [33] 2/11 3/17 5/1 5/2 5/9
5/10 8/19 9/13 17/24 20/4
20/18 26/25 27/22 29/23
35/19 38/1 40/7 43/25 45/4
47/21 49/22 50/10 51/6 52/1
53/6 57/14 57/18 57/23 58/4
63/4 72/24 73/1 74/19
UPSET [1] 47/12
Urschel [1] 1/12
US [15] 2/15 6/14 9/5 9/7
9/11 9/13 9/14 10/3 38/2
38/4 47/20 47/21 47/21
65/10 65/13
USE [2] 42/17 51/11
USED [5] 6/2 11/6 12/17 32/18
32/19

**V**

VALVE [1] 42/10
VEHICLE [5] 5/7 9/15 9/17
9/21 60/17
VEHICLES [1] 9/16
VERY [2] 42/9 46/10
VIP [2] 4/4 27/8
Virginia [1] 9/12
VISIT [1] 23/14
VOICE [1] 5/22

**W**

WAIT [5] 24/10 24/10 41/2
47/20 60/20
WAITED [2] 5/4 60/18
WAITING [8] 9/14 60/8 60/25
61/3 61/4 61/8 66/16 66/18
Walker [3] 1/21 77/12 77/19
WALKIE [1] 9/10
WALKIE-TALKIES [1] 9/10
WANT [13] 18/2 18/10 22/16
23/3 27/6 27/22 28/15 28/23
39/23 42/11 58/17 71/23
75/20
WANTED [1] 49/25
WAS [230]
Washington [17] 1/7 1/14
1/19 1/22 46/20 46/21 47/5
47/6 49/19 51/9 51/12 51/15
51/16 51/19 60/13 60/14
68/9
WASN'T [5] 56/16 58/2 58/13
67/8 69/2
WAY [11] 5/13 6/2 6/13 19/11
25/6 25/16 38/1 40/21 50/24
65/8 65/12
WE [59] 2/3 3/4 5/3 5/4 5/4
5/8 5/8 5/8 5/9 5/14 5/14
5/18 6/14 7/2 9/17 9/22
11/23 12/3 13/6 14/11 15/5
17/21 18/6 23/3 28/18 32/18
32/23 34/18 41/8 42/6 42/6
43/23 43/25 47/5 47/25
54/14 54/20 57/1 57/4 58/21
58/21 60/13 60/21 60/23
62/9 65/8 65/12 67/4 67/4
67/5 68/3 70/1 70/2 70/2
73/24 74/14 75/6 75/10 75/16
WE'LL [4] 28/15 38/3 40/5
75/4
WE'RE [16] 17/21 22/8 30/24
32/3 34/25 37/10 38/10 41/3
44/8 45/12 62/8 69/7 69/8

# W

**WE'RE... [3]** 75/17 75/18 75/21
**WEDNESDAY [1]** 1/7
**WEEKS [2]** 62/10 62/14
**WELL [31]** 8/9 16/7 18/8
19/10 21/13 23/2 23/19 24/9
31/17 35/3 38/18 39/15
39/23 40/20 43/14 44/21
45/4 45/14 46/11 46/22 47/6
51/2 51/24 57/17 63/13
63/25 66/21 67/21 68/18
71/17 74/21
**WENT [12]** 5/2 5/3 30/17 39/2
45/13 47/24 48/3 59/13
59/16 60/17 62/5 74/4
**WERE [37]** 3/4 3/7 3/14 3/19
3/23 3/25 4/14 6/1 6/14 7/1
7/25 8/18 10/1 10/25 11/24
11/24 11/25 12/8 12/9 13/7
23/22 31/1 33/4 33/13 43/6
43/23 44/23 50/21 50/21
50/23 51/8 51/12 51/16
62/24 68/3 70/2 70/20
**WEREN'T [1]** 35/15
**WHAT [135]**
**WHAT'S [14]** 7/7 11/8 11/13
15/8 15/16 16/13 16/20 20/4
26/25 27/22 37/10 38/13
40/7 71/25
**WHATEVER [5]** 22/16 27/7 47/6
49/5 55/4
**WHATSOEVER [2]** 35/11 53/11
**WHEN [84]**
**WHERE [31]** 2/21 3/7 3/9 3/11
4/12 4/22 7/12 9/23 12/9
13/22 14/2 19/16 23/2 23/23
26/20 28/24 32/23 43/6
46/19 46/21 46/25 47/12
59/16 60/20 60/21 60/23
60/24 60/25 62/25 71/11
75/11
**WHETHER [7]** 19/22 24/18
39/11 39/12 42/6 46/15
58/17
**WHICH [23]** 4/20 5/19 10/1
16/16 16/25 18/25 28/18
33/13 40/16 43/9 44/22 49/5
62/7 62/9 62/9 62/21 63/7
63/7 63/23 63/25 63/25
69/10 70/14
**WHILE [5]** 38/5 41/1 60/25
61/8 69/23
**WHITE [2]** 34/3 72/10
**WHO [27]** 5/22 5/24 6/24 11/4
11/16 12/8 12/17 29/7 30/4
31/5 33/20 34/4 36/2 53/21
53/23 55/22 57/9 57/20 60/6
61/2 63/12 66/7 66/10 66/12
72/7 72/17 73/4
**WHO'S [3]** 15/6 57/25 65/15
**WHOLE [3]** 39/13 51/22 51/22
**WHY [10]** 2/24 3/19 4/5 39/5
47/10 49/21 53/7 54/23 67/5
68/16
**WIFE [4]** 5/1 46/1 46/2 46/3
**WILL [13]** 13/12 21/10 23/1
27/5 35/5 35/8 38/3 41/11
58/20 73/1 75/20 75/21
75/23
**WINDOWS [1]** 47/13
**WITHIN [3]** 26/18 45/12 62/14
**WITHOUT [4]** 19/6 42/13 54/1

75/2
**WITNESS [5]** 27/19 28/1 28/3
28/6 76/5
**WITNESSES [2]** 57/22 77/2
**WON'T [2]** 18/7 34/23
**WORD [3]** 4/7 6/3 14/8
**WORDS [1]** 6/14
**WORKED [1]** 32/9
**WORKING [1]** 59/12
**WOULD [17]** 3/5 3/17 5/16
10/3 25/8 25/19 38/22 38/25
39/2 39/4 39/9 40/16 40/16
42/2 42/5 45/20 74/17
**WOULDN'T [2]** 38/23 40/17
**WRITING [1]** 15/6
**WRONG [1]** 49/4
**WROTE [2]** 12/21 65/11

# Y

**Y'ALL [1]** 33/18
**YEA [4]** 20/6 23/2 26/4 27/24
**YEAH [61]** 6/11 7/21 10/20
14/14 14/22 16/4 18/20
18/23 19/4 19/4 19/10 20/3
20/4 20/5 20/6 20/7 20/8
20/14 20/16 20/22 20/22
22/18 23/5 23/10 24/24 25/6
25/6 25/8 25/9 25/17 25/18
25/20 26/4 26/5 26/15 27/7
27/8 27/22 28/20 30/12
38/18 38/22 42/4 44/4 44/17
48/6 52/16 53/23 54/3 54/8
59/5 59/5 59/8 63/3 69/1
69/5 71/16 71/23 72/25
73/12 74/8
**YEAR [13]** 12/22 12/24 29/18
30/6 30/6 30/7 30/8 30/14
45/6 45/10 49/12 59/14
59/22
**YEARS [3]** 34/25 64/19 67/15
**YES [94]**
**YESTERDAY [2]** 22/23 29/5
**YET [1]** 42/16
**YOU [601]**
**YOU TALKED [1]** 30/10
**YOU'LL [1]** 75/25
**YOU'RE [34]** 18/9 21/7 23/21
23/24 23/25 24/3 24/17
31/20 34/25 35/1 37/16
39/16 39/17 40/11 40/11
40/20 40/25 43/23 45/23
46/1 46/3 46/13 46/13 46/15
57/15 59/10 60/1 63/9 64/1
64/19 67/13 67/13 69/9
71/17
**YOU'VE [2]** 46/11 75/1
**YOUR [83]**
**YOURSELF [1]** 61/8
**YUP [3]** 20/23 25/4 25/15