UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------X

THE UNITED STATES OF AMERICA        Criminal Case No. 05-386

                  v.

ANTOINE JONES,

                  Defendant,

------------------------------X   Washington, D.C.
                                  Thursday, February 7, 2013
                                  2:28 P.M.


     TRANSCRIPT OF JURY TRIAL - DAY 10 - P.M. SESSION
        BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
              UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government: Darlene Michele Soltys, AUSA
                    Courtney Urschel, AUSA
                    U.S. ATTORNEY'S OFFICE
                    555 Fourth Street, NW, Room 4110
                    Washington, DC 20530
                    (202) 252-7685


For the Defendant:  Antoine Jones, Pro Se

                    Jeffrey Brian O'Toole
                    Errin Rae Scialpi
                    O'TOOLE, ROTHWELL, NASSAU & STEINBACH
                    1350 Connecticut Avenue, NW, Suite 200
                    Washington, DC 20036
                    (202) 775-1550


Court Reporter:     Lisa Walker Griffith, RPR
                    U.S. District Courthouse
                    Room 6507
                    Washington, D.C.  20001
                    (202) 354-3247


Proceedings recorded by mechanical stenography, transcript
produced by computer.

**AFTERNOON SESSION**

1

2          THE COURT:  Have a quick question.  Can we just call

3    the case?  I have a question.

4          THE DEPUTY CLERK:  This is United States of America

5    versus Antoine Jones, Case Number 05-386.

6          All parties and counsel are present.

7          THE COURT:  I just had a quick question.  Are you

8    taking up Demetrius Johnson search or a Jackson search first?

9          MS. URSCHEL:  As far as the order of witnesses?  We

10   can do them in either order.

11         THE COURT:  Okay.  Well, Jackson is very easy.  I

12   read -- Mr. Jones filed an opposition in handwriting.  It's

13   now going to be put on the docket.  I read it.  The

14   Government got a copy of it.

15         In terms of Adrian Jackson, the Jeep, the first even

16   mention of the GPS is 10-9.  The fact is that if you listen

17   to the tape on 10-4, the directions to his house plus the

18   number of the house is pretty -- are pretty clearly set out

19   even though they don't mention Allendale, but it's clear that

20   either they knew it then or they would have known it

21   independently of anything that could have come up on the GPS.

22   So he's named as a target by 9-2.  And then by 10-4, they've

23   got directions right to his house without the name of the

24   street.  So they'd have to be idiots not to be able to find

25   it.

1          So the GPS is irrelevant to Adrian Jackson.  And

2     even if he has standing to suppress what was searched and

3     seized at Allendale, that motion will be denied.  And I have

4     to study Demetrius Johnson some more.

5          Can I just ask a question before you interrupt me?

6     Just wait.

7          Did Detective Horne testify about the 9-2 picture?

8     And the tag check or she didn't do that?  I'm referring to

9     Demetrius Johnson.  I couldn't find her testimony about this,

10    Crescent Parkway at the time.  I'm looking at your

11    opposition.

12         You told me in your opposition that on 9-2 there's a

13    picture of him driving with those tags and that you did a tag

14    check.  Has there been testimony about that?

15         MS. SOLTYS:  Certainly not in this trial.

16         THE COURT:  Oh, okay.  Well, it might be the easiest

17    thing just to take her out of order for a few minutes so I

18    can hear about what happened.  Because I haven't heard

19    anything about this 9-2 picture.  I know which one it is, I

20    think.

21         MS. SOLTYS:  Right, it's our attachment.

22         THE COURT:  Right.  Okay.  All right.  So give me an

23    opportunity to hear from her because they say that at the

24    time a tag check revealed that it was registered to Johnson

25    at 10441 Crescent Parkway.  If that all happened before the

1    GPS ever came into existence, even if they used -- there's

2    not much more for me to worry about.  So I'd like to hear

3    from her under oath on that.

4           MS. SOLTYS:  Okay.  That's fine.

5           THE COURT:  Okay.  What do you have to say about

6    Jackson, anything you want to say to preserve the record?

7           MR. JONES:  Yes.  Your Honor, during the assessment

8    of call 3603, the date that the GPS stopped at Allendale

9    Drive, there was no discussion of Allendale Drive at all.  It

10   only said on 79, it says, 7921.  And he also mentioned Harvey

11   Drive, he never mentioned Allendale Drive at all.

12          THE COURT:  No, I know that.  But I'm saying that

13   given the directions he was providing, they would have easily

14   been able to find it had they gone on a map.  So, it doesn't

15   mean that they have to have the name Allendale in their mind

16   at 10-4.  It means they had the basis to find his address

17   then.  And they would have found it no matter what.  It's

18   right near Harvey.  And then he says make a right on Harvey,

19   then make a left, make a left, and 7921, three houses down.

20   You see the car there.

21          So, my position is, even before they had a GPS that

22   went to the house on the 9th, they already knew or would have

23   had sufficient information to know.  Your objection is noted.

24          MR. JONES:  All right.

25          THE COURT:  So you can go ahead with the Adrian

1    Jackson.

2              MS. URSCHEL:  Thank you, Your Honor.

3              THE COURT:  And I want to hear from the witness.

4    Okay.

5              MS. URSCHEL:  Two other issues we wanted to put on

6    the record or address with the Court before the jury is

7    brought in.  First of all, we wanted to see if the Court

8    would again admonish the jurors that they should not be

9    speaking with each other during the testimony of witnesses

10   and certainly not speaking about the case.  I can tell the

11   Court that yesterday afternoon I noticed two of the jurors

12   frequently sort of making comments back to each other.

13             THE COURT:  While we're in here?

14             MS. URSCHEL:  Yes, Your Honor.

15             THE COURT:  Okay.

16             MS. URSCHEL:  Jurors in five and six.  And we just

17   think if you generally, you know, tell them certainly not to

18   discuss the case.  And one of the women is leaning forward, I

19   think, to view better the witness.  And while she's there at

20   times she makes comments to the juror next to her.

21             THE COURT:  But you haven't heard the comments.

22             MS. URSCHEL:  I haven't heard any of them.  I will

23   say that I believe someone on the Government's team did hear

24   her say something that he said, sort of responding to

25   something that the witness had said.  I don't know what else,

1    I didn't personally hear this.  So, we do think there's a

2    concern that perhaps they're -- it's not all the time, but

3    they're certainly making little comments to each other.  So

4    we wanted to put that on the record.

5                THE COURT:  Lord only knows why.  Okay.

6                MS. URSCHEL:  The second thing is, the Court had

7    asked the Government, we had discussed the Government's

8    position that the defense cannot call Special Agent Stephanie

9    Yanta just to impeach her.  And we let the Court know that we

10   plan to file motion regarding that.  And the Court asked,

11   well, do you have any cases for me to look at.  I have a

12   couple cites if the Court would like.

13               THE COURT:  Fine.  Sure.

14               MS. URSCHEL:  There's three cases.

15               THE COURT:  Are they recent?  Give me the most

16   recent.  I means, thing about this, this part of the law I

17   thought had changed, but.  It used to be --

18               MS. URSCHEL:  I have one from the Seventh Circuit

19   from 2005.  It's *United States versus Douglas*, 408 F.3d. 922.

20               THE COURT:  Okay.

21               MS. URSCHEL:  And, frankly, we have a stream cite.

22   There seem to be tons of cases out there which we will

23   include in our motion that we'll file this evening on that

24   subject, but we wanted to respond to the Court's inquiry.

25               THE COURT:  Fine, I'd like to see that because I

1   frankly thought the rule had changed.  But that's fine.

2          MS. URSCHEL:  And that's all from the Government at

3   this point.

4          THE COURT:  Okay.  Then bring back your officer,

5   he's here.  Thank you, sir, come on up.

6          Bring in the jury.

7          You had better look at Federal Rule 607.

8          MS. URSCHEL:  Yes, Your Honor.

9          THE COURT:  I don't know what the Seventh Circuit

10  has to say about it.  But the rule now reads, "Any party,

11  including the party that called the witness, may attack the

12  witness's credibility."

13         Now, whether that excludes the idea of calling the

14  person up for only that reason or only when they come out

15  with something that surprises them, I just don't know.

16         MS. URSCHEL:  Yes, Your Honor, and my understanding

17  is the cases that's Government cited to refer to --

18         THE COURT:  Calling someone for that purpose.

19         MS. URSCHEL:  For that purpose alone, that they have

20  nothing relevant to offer to the facts at issue, but they're

21  just being called to be impeached, which the Government's

22  view is that would be improper.

23         THE COURT:  Okay.  I agree that that is the law.

24         (Jury Present.)

25         THE COURT:  Good afternoon, ladies and gentlemen.

1   Hope everybody's okay.  I just want to remind everybody, we

2   all here?  No one should be discussing the case whatsoever,

3   among yourselves in particular, or with anybody else or at

4   home.  It's important both here in the courtroom, outside the

5   courtroom, that there should be no conversations whatsoever

6   about witnesses, what's going on or anything to do with the

7   case.

8            Okay?  All clear?  Thank you.

9            Go ahead.

10           MS. URSCHEL:  Thank, Your Honor.

11           (Agent Kevin Ashby resumed the witness

12       stand.)

13                    **DIRECT EXAMINATION (Cont'd)**

14   BY MS. URSCHEL:

15   Q   Since we had a lunch break, could you just remind the

16   jurors of your name?

17   A   My name Kevin Ashby, agent with the FBI.

18   Q   And we were discussing before the lunch break the search

19   warrant that you and your team executed at the residence of

20   Michael Huggins.  I have up on the screen what you testified

21   to before to be a sketch of the residence.

22       Was there any contraband found in any of the bedrooms at

23   this residence?

24   A   Yes.

25   Q   In which bedroom?

1    A    All the contraband was found in bedroom A, the master

2    bedroom.

3    Q    Okay.  That's here where the pen is pointing to?

4    A    Correct.

5         THE COURT:  Whose house again are we at?  Michael

6    Huggins?

7         THE WITNESS:  Yes, ma'am.

8         THE COURT:  Okay.

9         MS. URSCHEL:  The Government would move in without

10   objection Government's MHSW-7B and C.7.

11   BY MS. URSCHEL:

12   Q    I'm going to show you 7-C --

13        THE COURT:  One second, I'm trying to see what the

14   numbers are because they're not coming out.  Oh, they're

15   admitted, B and C.

16        (Government's Exhibit Nos. MH-SW-7B and

17        MH-SW-7C were received in evidence.)

18   BY MS. URSCHEL:

19   Q    What is that photograph of?

20   A    Well, as you can see, that's a chest of drawers that was

21   in the bedroom.  And in that particular fourth drawer down,

22   there on the left, you can see a digital scale.  And on top

23   of it, there was a clear plastic baggie filled with what

24   turned out to be a little bit of cocaine.

25   Q    And this is the master bedroom?

1    A    Correct.

2    Q    I'm showing you 7B, what's that?

3    A    That's just a close-up of the scale and the cocaine I

4    just referred to.

5         MS. URSCHEL:  Your Honor, the Government would

6    request the admission of MH-SW-7A. as well as 15.

7         THE COURT:  Any objection to 7A and 15?

8         MR. JONES:  No objection.

9         THE COURT:  Okay.  7A and 15.

10        (Government's Exhibit Nos. MH-SW-7A and

11        MH-SW-15 were received in evidence.)

12   BY MS. URSCHEL:

13   Q    Special Agent Ashby, I've just handed you two things.

14   First let's look at 7A.  If you could look at that, describe

15   what it is, and hold it up so the jurors can see it?

16   A    This is the digital scale that's shown right now in the

17   photograph up on the screen.

18   Q    Okay.  And the next exhibit that I handed you?

19   A    This is the actual cocaine that was in that little baggie

20   right there.  It's ground up and pulverized now.  But that's

21   the same, same baggie.

22   Q    When you say it's ground up and pulverized, was that the

23   same condition it was in when you found it in the bedroom?

24   A    No, it wasn't.  This ends up happening when the cocaine

25   gets analyzed at the DEA laboratory.

1    Q    Okay.

2            MS. URSCHEL:  The Government next moves the

3    admission of 8, 9 and 10.

4            THE COURT:  Any objection to 8, 9 and 10?

5            MR. JONES:  No, Your Honor.

6            (Government's Exhibit Nos. MH-SW-8,

7        MH-SW-9 and MH-SW-10 were received in

8        evidence.)

9    BY MS. URSCHEL:

10   Q    Let start with 8.  What's that a photograph of?

11   A    That is a blue and white shoe box that was found under

12   the bed in the master bedroom.

13   Q    And 9?

14   A    That's a picture with the top open on the shoe box with a

15   scale and a black baggie inside it.

16   Q    What was inside that black baggie?

17   A    Approximately an 8th of a kilo of cocaine.

18   Q    I'm showing you Photo 10.  What does what show us?

19   A    The same thing.  Now someone has opened the black baggie

20   and you can see the knot of cocaine in the agent's hand as

21   he's holding it so you can get a good photograph of it.

22           MS. URSCHEL:  At this time the Government would

23   request admission of MH-SW-12, 13 and 14 without objection.

24           THE COURT:  Twelve, the numbers again?

25           MS. URSCHEL:  Twelve --

1          THE COURT:  -- 13 and 14.

2          MS. URSCHEL:  -- 13 and 14.

3          THE COURT:  Okay, they're admitted.

4          (Government's Exhibit Nos. MH-SW-12, 13

5      and 14 were received in evidence.)

6  BY MS. URSCHEL:

7  Q   Special Agent Ashby, I'm going to hand you three other

8  things.  And if you could, one at a time, describe what is in

9  your hands and show the jury so they can see?

10 A   This is the box that y'all saw in the photograph, empty

11 now.

12 Q   If you could open it and show the jury the inside, what

13 is seen on the inside of that box?

14 A   It looks to me like cocaine residue would be my bet, but.

15 Q   Okay.  Let's go to the next item.

16 A   This is Exhibit 14.  And this is the actual cocaine.

17 Again, kind of ground up and pulverized after the analysis,

18 not looking exactly like it did there, but this is that.

19 Q   And finally the next exhibit?

20 A   And the last one is the scale.  You can kind of see the

21 round scale that was in the box in the picture.  That's the

22 digital scale.

23 Q   Was there any money found at this location?

24 A   Yes.

25          MS. URSCHEL:  The Government moves in 18 and 19,

1   Your Honor.

2              THE COURT:  Any objection?

3              MR. JONES:  No objection, Your Honor.

4              THE COURT:  Eighteen and 19.

5              (Government's Exhibit Nos. MH-SW-18 and

6        MH-SW-19 were received in evidence.)

7   BY MS. URSCHEL:

8   Q   First let look at MH-SW-18.  What do we see there?

9   A    What that is a picture of is the mattress flipped up,

10  that's kind of up on the top of the picture, it's been

11  flipped up.  And you can see in between the mattress and the

12  box spring was that wad of cash there.  That's kind of like

13  the dust ruffle that's been kind of pulled back a little bit

14  right there, but that's how it was.

15  Q   And showing you 19, what do we see there?

16  A    That's just a close-up of the money which turned out to

17  be, I tink, about $5700.

18  Q   Okay.  And was there an additional amount of cash found

19  at this residence?

20  A    Yep, another $5,000 bundle was found in the same bedroom.

21  Q   Okay.  I'm showing you MH-SW-20.  What do we see there?

22  A    That's like a little, I called it a wall safe in my

23  report.  AND as you can see, it's not really a safe as much

24  as it's just a little door that you could pop open with a

25  screwdriver, but there was cash in there.  And --

1    Q    If I could interrupt you for a second.

2         MS. URSCHEL:  I would like to move in 20 into

3    evidence, Your Honor?

4         THE COURT:  Okay, 20 is admitted.

5         (Government's Exhibit No. MH-SW-20 was

6       received in evidence.)

7         THE COURT:  I'm sorry, can I just Lisa a question?

8    Excuse me, can I just consult with the Court Reporter?

9         (Discussion held off the record.)

10        THE COURT:  I'm sorry, go ahead.

11        MS. URSCHEL:  Thank you, Your Honor.

12   BY MS. URSCHEL:

13   Q    Twenty was not yet visible to the jury.  So if you could

14   just describe again what is seen in Photograph 20?

15   A    Okay.  This is a little, we called it a wall safe that

16   was found in a closet in bedroom A, kind of hanging behind

17   some of the clothes.  We popped open the door there, it was

18   obviously key lock thing, not a combination lock.  And inside

19   was what turns out to be $5,000 in cash.  And then you can

20   kind of see in the right corner of the safe as it's opened

21   there, there's a little black wallet type thing.

22   Q    Did you find any documents or pieces of paper that were

23   relevant to the investigation?

24   A    Yes.

25        MS. URSCHEL:  At this time the Government would move

1    in MH-SW-2, 40, 41, 43, and 45.

2              THE COURT:  Any objection, 2, 40, 41, 43 and 45.

3              MS. URSCHEL:  Correct, Your Honor.

4              THE COURT:  Admitted.

5              (Government's Exhibit Nos. MH-SW-2, 40,

6         41, 43 and 45 were received in evidence.)

7    BY MS. URSCHEL:

8    Q    Let's start with Exhibit 2.  What is Exhibit 2?

9    A    As you can see, it's a scrap of paper with the name Jones

10   and a phone number written on it.

11   Q    And what's the number written on it?

12   A    202-538-3946.

13   Q    Next I'm going to show you what is Government's Exhibit

14   41.

15   A    That is the little black wallet, I called it a wallet,

16   that was found inside the safe.

17   Q    Just pulled out the two, sort of plastic cards inside

18   this wallet.  Can you describe for the jury what those are?

19   A    Well, they look like, obviously the name is on them,

20   Michael Huggins was our subject that morning.  So we took

21   them, and although I never saw Mr. Huggins, I'm assuming

22   that's a picture of him.

23   Q    I'm showing you 45.  What is this document?

24   A    Again, that looks like something, well, it's a piece of

25   paper, indicia of occupancy as I would call it, which lists

 1   his name and the actual address we were -- where we were at

 2   that was recovered from, I believe it was from the nightstand

 3   in bedroom A.

 4   Q   And here we have 40.  What is that?

 5   A   Same thing.  It looks likes a W-2 wage statement, earning

 6   statement for Michael Huggins.

 7   Q   Next we have 43.  What is Government's Exhibit Number 43?

 8   A   Same thing, another tax document, W-2 wage statement with

 9   his name on it and the target address.

10              MS. URSCHEL:  Court's indulgence.

11              No further questions for this witness.  Thank you.

12              THE COURT:  Mr. Jones, do you have any questions?

13              Can you put back on 43 a second?

14              MS. URSCHEL:  I'm sorry?

15              THE COURT:  Forty-three, can you just put it on the

16   screen.

17              MS. URSCHEL:  Put it on the screen, sure, Your

18   Honor.

19              THE COURT:  Okay.  All right.

20                        **CROSS-EXAMINATION**

21   BY MR. JONES:

22   Q   How are you doing, Agent Ashby?

23   A   Good.

24   Q   This will be quick.  Agent Ashby, did you or any other

25   agents see Mr. Jones in a video or photo or eyeball

1    surveillance of Mr. Jones on October the 24th or the day

2    before, October 23rd, going into this residence?

3    A    I never saw a video of you entering that residence, no.

4    Q    Okay.  Was any of Mr. Jones' fingerprint or DNA around or

5    on any drugs, money, or scale in that house?

6    A    I don't know.  I wasn't the case agent.  I was just a

7    search warrant team leader that way; that's all I know.

8    Q    During October 24th, 2005 search of this house, did you

9    or any agent find any notes or tally sheets relating to

10   Mr. Jones?

11   A    Other than the scrap of paper with your name and phone

12   number on it, that's all I remember right now.

13            MR. JONES:  Okay.  Thank you.

14            THE WITNESS:  Uh-huh.

15            THE COURT:  Okay.  You're excused.

16            MS. URSCHEL:  Nothing further, Your Honor.

17            THE COURT:  Thank you, you may step down.

18            (Witness excused).

19            THE COURT:  Okay.  Your next witness?

20            MS. SOLTYS:  Your Honor, the next witness will be

21   our chemist so it will take us just a couple of moments to

22   bring in the chemist.

23            THE COURT:  That's all right.  But I don't think

24   we'll take break yet.

25            MS. SOLTYS:  That's fine.  I just wanted to --

1          THE COURT:  You can stretch or have a glass of

2     water, do whatever, touch your toes.  Okay.

3          MS. SOLTYS:  That's fine.  So if you'd just give,

4     with the Court's indulgence for one moment, we'll just

5     reassemble.

6          THE COURT:  All right.

7          MS. SOLTYS:  And I'll also just advise the Court

8     that Mr. Jones has agreed that we not bring in the kilos that

9     have remained sealed, that we're only bringing in other items

10    that were actually tested.

11         THE COURT:  Okay.  Do you have the DEA-7s going in?

12         MS. SOLTYS:  No.

13         THE COURT:  Oh, they don't go in?  Okay.

14         (Pause.)

15         THE DEPUTY CLERK:  Ma'am, please raise your right

16    hand.

17         **ELIZABETH PASCUAL, GOVERNMENT WITNESS, SWORN**

18         THE DEPUTY CLERK:  You may be seated.

19         THE COURT:  Good afternoon.

20         THE WITNESS:  Good afternoon.

21         (Pause.)

22                    **DIRECT EXAMINATION**

23    BY MS. SOLTYS:

24    Q    Good afternoon.

25    A    Good afternoon.

1    Q    Would you state your name for the record, please?  Would

2    you spell your last name for the benefit of the Court

3    Reporter, would you introduce yourself to the members of the

4    jury, please, by telling them how you're employed and in what

5    capacity?

6    A    Yes, my name is Elizabeth Pascual, P-A-S-C-U-A-L, and I'm

7    employed by the Drug Enforcement Administration as a forensic

8    chemist.

9    Q    I would like to ask you if you could just very briefly

10   explain to the ladies and gentlemen of the jury your

11   educational background and your professional experience

12   background?

13   A    Okay.  My educational background, I have a bachelor's

14   degree in chemistry from Mount Holyoke College, and a

15   master's in forensic science from the George Washington

16   University.  I've been employed with the DEA since April of

17   2000 as a forensic chemist.

18   Q    And how are you currently employed?

19   A    My current position is a associate laboratory director.

20   But I've been a chemist, a supervisor, associate laboratory

21   director.

22   Q    So what does that mean now to be the associate lab

23   director?

24   A    It means I oversee the operations.

25   Q    And where are you physically employed at this point?

1   A   In New York City at the northeast regional laboratory.

2   Q   I'd like to direct your attention back to 2005 and ask if

3   during that period of time you were employed as a senior

4   forensic chemist?

5   A   I was.

6   Q   And where were you employed back then in the fall of 2005

7   and into the early parts of 2006?

8   A   At the Mid-Atlantic laboratory, which is in Largo,

9   Maryland.

10  Q   And, so then, if you don't mind just very briefly, what

11  have you done since leaving the Drug Enforcement

12  Administration lab in Largo, Maryland to where you are now in

13  New York?

14  A   I've had a couple of different positions.  After being a

15  chemist at Mid-Atlantic, I was a supervisor at the special

16  testing and research laboratory where I oversaw the heroin

17  program.  After that I went to headquarters where I was a

18  program manager in charge of the evidence program and

19  inspections.  And then now currently I'm in New York City as

20  the associate lab director.

21  Q   Have you testified before as an expert in the field of

22  forensic chemistry?

23  A   I have.

24  Q   How many times approximately?

25  A   Approximately 16.

1          MS. SOLTYS:  Your Honor, at this time we would offer

2    Ms. Pascual as expert in the field of forensic chemistry.

3          THE COURT:  Any objection?

4          MR. JONES:  No objection.

5          THE COURT:  All right.  She will be accepted as an

6    expert in forensic chemistry.  And I'm sure you remember I

7    gave you an instruction before about how to assess expert

8    testimony.  I'll remind you again at the end of the case, but

9    it's up to you whether to accept or not to accept the

10   testimony of this expert.  Okay.

11   BY MS. SOLTYS:

12   Q   I'd like to ask you if you could briefly describe for the

13   members of the jury, what are the procedures that the Drug

14   Enforcement Administration lab has in place to protect the

15   integrity and the safeguards of narcotics that are presented

16   to the lab?

17   A   Sure.  When evidence arrives at the laboratory, there is

18   paperwork associated with it, which is then distributed to

19   the chemists as assignments.  I then take that paperwork to

20   the evidence vault where I would sign out evidence to my

21   possession for the duration of the testing.

22        And once the testing is concluded, I return it to the

23   vault for safekeeping.

24   Q   What if there is any indication of tampering, what would

25   happen?

1    A    Part of the process is before I would receive the

2    evidence, I inspect the seal to make sure they're in a sealed

3    capacity prior to even removing it from the vault.

4    Q    This is Government's Exhibit Number 9508-40 already in

5    evidence.  And let me show you, do you recognize the items

6    that are depicted in this particular photograph?

7    A    Yes, the internal items look like the evidence I analyzed

8    in this case.

9    Q    Let me show you another photo.  This is 9508, Photograph

10   Number 41.  Do you recognize these particular items?

11   A    Yes.

12   Q    So I'd like to ask then whether or not there came a point

13   in time in which you were provided with these items which

14   would be Government's Exhibits 30-A, B and C.  I'll show you

15   them right now.  And I'll ask whether or not you performed

16   any sort of chemical analysis on these items?

17   A    Okay.

18   Q    I'll hand it to you.  I'll just ask to you take a look at

19   them.  I'll ask if you recognize your markings on any of

20   those.  And then when you're prepared, I'll ask you to take

21   them out and describe those items to the jury.

22   A    Okay.  Yes, I do recognize.  All of these are exhibits

23   that I have worked on.  I can tell by my handwriting on the

24   inside packaging as well as the intact seal at the bottom of

25   the heat-seal.

1    Q    Was there any sign of tampering once these items were

2    presented to you for analysis?

3    A    No.

4    Q    Did you open the items and then did you conduct an

5    analysis?

6    A    Yes.

7    Q    And if you could briefly explain to the ladies and

8    gentlemen of the jury what you did?

9    A    The general process of once you receive a piece of

10   evidence is you take the weight of that packaging.  And then

11   you write a description on how it appears when you receive

12   it.  Then the evidence is cut open and removed and you start

13   the analysis.  I would have to refer to my notes on these

14   particular ones.  May I?

15   Q    Sure.  Do you have your notes with you?

16   A    I do.

17   Q    Great.

18   A    So for these particular exhibits, I ran three

19   instrumental tests, the infrared spectroscopy, the gas

20   chromatography, and then the gas chromatography coupled with

21   the mass spectrometer detector.

22   Q    And if you could tell the ladies and gentlemen of the

23   jury what do those test for, what are you looking for and

24   what did you ultimately conclude?

25   A    Sure.  Those tests are both confirmatory and separatory,

1   tells you all the components in the sample and then allows

2   you to make a confirmatory identification of the compounds.

3       In this particular exhibit, it was actually, as I

4   received exhibit, well, what was my Exhibit 98 for analysis,

5   it had to be split into different portions because part of

6   the items was -- ended up being identified as cocaine

7   hydrochloride.  And the other section of it ended up being

8   cocaine base.

9       So because those are two different compounds, I could not

10  combine the two.  So they were split into the two different

11  portions.

12              THE COURT:  One is what we call powder and one is

13  crack?

14              THE WITNESS:  Yes, correct.

15  BY MS. SOLTYS:

16  Q   And which is which?

17  A   Cocaine hydrochloride is the powder.  And cocaine base

18  would be the crack.

19  Q   Okay.  And so, if you don't mind, you could take those

20  out of the box, you can hold them up for the jury and you can

21  tell them what your analysis revealed as to each item?

22  A   Exhibit, so my Exhibit 98.01 was determined to be cocaine

23  hydrochloride.  The net weight was 1,747 grams with a purity

24  of 81 percent.

25  Q   And if you don't mind telling us, how many grams are

1  there in a kilo?

2  A    One thousand.

3  Q    One thousand?

4  A    Exhibit 98.02 was determined to be cocaine base with a

5  net weight of 549 grams, 549.3 grams, excuse me, out of a

6  purity of 64 percent.

7  Q    And did you ultimately then, did you prepare a laboratory

8  report?

9  A    Yes.

10  Q    Let me show you, this has been marked as Government's

11  Exhibit Number 46.

12       MS. SOLTYS:  Your Honor, I told you I was not going

13  to move it into evidence.  I just changed my mind, I'm about

14  to do so.

15       THE COURT:  Any objection?

16       MR. JONES:  No objection, Your Honor.

17       THE COURT:  That's the DEA-7?

18       MS. SOLTYS:  Yes.

19       THE COURT:  Okay.

20       (Government's Exhibit No. 46 was received

21    in evidence.)

22       MS. SOLTYS:  So I'll put this on the screen.  I'll

23  move in 46.

24       THE COURT:  This is the DEA-7 for what?

25       THE WITNESS:  This is the DEA laboratory report.

1    BY MS. SOLTYS:

2    Q    Right.  And this is for -- the items that you have in

3    front of you, which are marked Government's Exhibits 30-A, B,

4    and C; is that correct?

5    A    Yes.

6    Q    And, so just explain what we're looking at, this report

7    has --

8              THE COURT:  Where are 30-A, B and C retrieved from?

9              MS. SOLTYS:  9508 Potomac Drive.

10             THE COURT:  Okay.

11   BY MS. SOLTYS:

12   Q    Your signature is at the bottom of this report?

13   A    That's correct.

14   Q    And cocaine hydrochloride, 1,747 grams, cocaine base,

15   549.3 grams; correct?

16   A    Yes.

17   Q    Okay.  Now, I'm going to ask you to step down and walk

18   over to the boxes underneath.

19             THE COURT:  Just take the mic with you and make sure

20   it's on.

21             (Witness withdrew from the witness

22        stand.)

23   BY MS. SOLTYS:

24   Q    Did there come a point in time in which you also received

25   97 kilos of suspected cocaine for the purposes of conducting

1    an analysis?

2    A    Yes, that was a separate exhibit in the case.

3    Q    Okay.  And then was there a portion that was tested and a

4    portion that was not tested?

5    A    That is correct.

6    Q    And do you recall how many, what the colors were and how

7    many there were of each different color?

8    A    I do recall that the bricks were packaged, some were in a

9    blue wrapping and others in a black wrapping.

10   Q    So let me put these on the screen in front of you.  This

11   is already in evidence, this is Government's Exhibit Number

12   61, Government's Exhibit 58, Government's Exhibit 52.  Do

13   those appear to be the 80 black kilos that were provided to

14   you for an analysis?

15   A    Yes.

16   Q    And then let me put on Government's Exhibit Number

17   9508-49.  Do these appear to be the 17 blue kilos that were

18   provided to you for analysis?

19   A    Yes.

20   Q    Okay.  If you could explain to the jury, then, what was

21   the testing that you performed, how many kilos you actually

22   tested, what your analysis revealed and how you were then

23   able to extrapolate the weight of the remaining kilos?

24   A    So, the DEA utilizes a sampling plan, which is

25   statistical in nature which enables us to say with confidence

1    that 90 percent of -- at minimum 90 percent of the packages

2    contained the substance identified.

3        In this particular case the sampling plan called for me

4    to test 25 of the 97 total.  So I took a sampling of both the

5    black packaging and the blue packaging bricks.  And I

6    performed a confirmatory test on each unit, each of those

7    units.  So each of the 25 units were tested and confirmed to

8    contain cocaine hydrochloride.

9        At that point, the individual bricks are -- portions are

10   taken from each one to make a composite, which is, a

11   composite is a homogenous sample, that enables me to then get

12   the purity for that sampling.

13       And as far as the net weight is concerned, each of the 25

14   bricks I tested, I completely removed from the packaging,

15   determined the weight of just the powder, that would be the

16   net weight.

17       For the ones that were not opened, two each of the

18   different types of packaging were weighed, the packaging

19   itself, and averaged.  And then an extrapolation was done to

20   determine the weights for the unopened packages.  That's how

21   the net weight was determined.

22   Q   And so, the two boxes that you have in front of you, you

23   had an opportunity to view those over the lunch hour; is that

24   correct?

25   A   That's correct.

1  Q   That's Government's Exhibit Number 39.  How do you

2  recognize those items and if you could tell the jury what's

3  in those two boxes?

4  A   Yes, these two boxes contained the remains from my

5  testing from each of the 25 units that I tested.  Each bag is

6  labeled and has my initials, the laboratory number, exhibit

7  number and the date.

8         MS. SOLTYS:  If I could just have the Court's

9  indulgence for one moment.

10         THE COURT:  What are you doing there for purposes of

11  the record?

12         MS. SOLTYS:  For the purpose of the record, Your

13  Honor, I just want the record to be clear that I'm tilting

14  Exhibit Number 39 so that the jury can see the contents

15  inside.

16         THE COURT:  Is 39 in evidence, Gwen?  Is that all in

17  evidence?

18         MS. SOLTYS:  Yes, Your Honor.  All of this is in

19  evidence through Detective Webb, seized at 9508 Potomac

20  Drive.

21         THE COURT:  Okay.  We had all of this on the desk

22  before for you, ladies and gentlemen.  I don't know if you

23  remember Detective Webb.  But it's just -- it's now in the

24  box, that's the difference.  Okay?  It seems Ms. Soltys is

25  getting lazy, she doesn't want to pack up boxes again.  Okay.

1    BY MS. SOLTYS:

2    Q    The items, the analysis revealed what?

3    A    I need to refer to my notes.

4    Q    Sure.  You can resume, and I'll ask the same question,

5    did you prepare a DEA-7 that documented what your analysis

6    revealed?

7              (Witness resumed the witness stand.)

8              THE WITNESS:  My analysis for this specific exhibit

9    revealed that it contained 96.4 kilograms of cocaine

10   hydrochloride, a purity of 94 percent.

11             MS. SOLTYS:  We would offer Government's

12   Miscellaneous Number 47 into evidence, Your Honor.

13             THE COURT:  Forty-seven is the DEA on the two boxes?

14             MS. SOLTYS:  Yes.

15             THE COURT:  Any objection?  DEA-7.

16             MR. JONES:  No objection, Your Honor.

17             THE COURT:  All right.  Miscellaneous -- how many --

18   what did you say, 96.4 kilograms, all of cocaine powder?

19             THE WITNESS:  Yes.

20             (Government's Exhibit No. Miscellaneous

21       47 was received in evidence.)

22   BY MS. SOLTYS:

23   Q    And Miscellaneous 47 is on the screen in front of you.

24   Do you recognize your name here at the bottom where it says

25   analyzed by?

A    Yes.

Q    And it says cocaine hydrochloride, net weight 96.4

kilograms?

A    That's correct.

        THE COURT:  For my record here, 47 is the DEA-7 for

Exhibit 39?  Is everything in those two boxes?

        MS. SOLTYS:  Miscellaneous 47 is the DEA-7 for

everything that is in Government's Exhibit Number 39, which

are the two boxes that we just showed to the jury.

        THE COURT:  That's what I just said.

        MS. SOLTYS:  Correct.

        THE COURT:  That's what I just said.

        MS. SOLTYS:  Correct.

        THE COURT:  The answer is yes.

        MS. SOLTYS:  Yes, but I missed the very first

sentence, I missed the first word, I'm sorry, Your Honor.

        THE COURT:  Thank you.

BY MS. SOLTYS:

Q    Now, let me ask you about it.  Did you receive other

items of suspected narcotics to analyze?

A    Yes.

Q    Okay.  Let me give you two other things.  These are

already in evidence.  They are marked as JA Number 3 and JA

Number 14.  We just heard that these came from the house of

John Adams.  I'm going to hand them to you and ask if you

1    performed an analysis on these items as well.  If you don't

2    mind starting with JA Number 3.  And if you could tell us if

3    you recognize anything about that particular package that

4    indicates to you that you've seen it before?

5    A    Yes, absolutely.  This packaging, this is my handwriting

6    in blue on the internal packaging showing that I performed

7    the analysis.  And my seal still intact is on the bottom.

8    Q    And then what about the second exhibit that I handed to

9    you, JA Number 14?

10   A    Yes.

11   Q    Do you recognize anything on that particular item?

12   A    Again, the internal packaging in blue, that's my

13   handwriting where I wrote down lab number, exhibit number,

14   initials, date.  And my seal on the bottom is still intact.

15   Q    Did you perform an analysis on the contents of those two

16   envelopes?

17   A    I did.

18   Q    All right.  Which one would you like to start off with?

19   A    Your Exhibit JA-3, which is my DEA Exhibit 102.  After

20   analysis was found to contain cocaine hydrochloride, net

21   eight of 28.5 grams, purity of 87 percent.

22   Q    And did you prepare a laboratory report for that as well?

23   A    I did.

24          MS. SOLTYS:  This is Miscellaneous 48.

25          THE COURT:  Any objection?  That's the DEA for

1   Adams?

2            MS. SOLTYS:  This is the first one.

3            THE COURT:  Okay.

4            (Government's Exhibit No. Miscellaneous

5       48 was received in evidence.)

6            MS. SOLTYS:  And again, your signature is at the

7   bottom, and it shows net weight 28.5.

8   BY MS. SOLTYS:

9   Q   The second item that you have in front of you which is

10  marked as JASW-14, did you perform analysis on that item as

11  well?

12  A   I did.

13  Q   Could you tell us about your results, please?

14  A   I'm sorry, I don't -- I don't believe I have that note in

15  front of me, that laboratory report.

16       Thank you.

17  Q   I just handed you as what's been marked as Miscellaneous

18  Number 49.  Can you tell us what that is, please?

19  A   This is a laboratory report that I prepared in relation

20  to this particular exhibit, which is JA-14.

21  Q   And if you don't mind, could you tell us what your

22  findings were?

23  A   Results of analysis determined the exhibit contained net

24  weight of 88.2 grams cocaine hydrochloride, a purity of 91

25  percent.

1          MS. SOLTYS:  We'd move Miscellaneous 49 into

2     evidence.

3          THE COURT:  Any objection?

4          MR. JONES:  No objection.

5          THE COURT:  Okay, 49 is admitted.

6          (Government's Exhibit No. Miscellaneous

7      49 was received in evidence.)

8  BY MS. SOLTYS:

9  Q    Your signature is at the bottom?

10 A    Yes.

11 Q    This is the lab report, and it indicates 88.2 grams of

12 powder cocaine; is that correct?

13 A    Correct.

14 Q    Hand you two more items, these are already in evidence.

15 This is Government's Exhibit Number MH-SW-14 and MH-SW-15.

16 These are two items that were seized at the residence of

17 Michael Huggins.  I'll hand them to you and ask if you

18 performed an analysis on these items?

19     Do you recognize anything with respect to those two

20 envelopes that I just handed to you?

21 A    Yes.

22 Q    That you recognized from previous --

23 A    Yes.

24 Q    -- examination of them?

25 A    Again, the internal packaging has my initials and the

1    identifying information specific to this exhibit.  The label

2    on the bottom is still intact.

3    Q    Which one would you like to tell us about first, 14 or

4    15?

5    A    Fourteen.

6    Q    Okay.  Did you perform an analysis?

7    A    Yes, I did, I performed analysis on this exhibit.  The

8    results were determined to be net weight of 125.6 grams,

9    containing cocaine hydrochloride, a purity of 90 percent.

10   Q    Did you prepare a DEA-7 to go along with that as well?

11   A    Yes, it's my laboratory report, uh-huh.

12            THE COURT:  What number is that?

13            MS. SOLTYS:  We offer into evidence Miscellaneous

14   50, which is the DEA-7.

15            THE COURT:  Any objection?  It will be admitted, 50.

16   this relates to Huggins.

17            (Government's Exhibit No. Miscellaneous

18       50 was received in evidence.)

19   BY MS. SOLTYS:

20   Q    Your signature is at the bottom of this as well?

21   A    That's correct.

22   Q    And here it indicates net weight 125.6 grams of cocaine

23   hydrochloride also known as --

24   A    Powder cocaine, yes.

25   Q    -- powder cocaine.

1        Okay.  And then the last item that you have in front of

2   you is Government's Exhibit Number MH-SW-15; is that correct?

3   A    That is correct.

4   Q    And did you perform a chemical analysis on this

5   particular item as well?

6   A    I did.

7   Q    And if you could tell us the result, please?

8   A    Again, I don't have the notes on that specific exhibit.

9   Q    That's all right.  Let me show you what's been marked as

10  Miscellaneous 51.  Do you recognize that?

11  A    I do.  This is a copy of my laboratory report from this

12  particular analysis.  The results revealed net weight of 6.5

13  grams cocaine hydrochloride, and a purity of 90 percent.

14  Q    I'll take that back.

15       MS. SOLTYS:  We'll offer Miscellaneous 51 into

16  evidence, Your Honor.

17       THE COURT:  Any objection?  This is the DEA-7

18  relating to MH-15.  Admitted.

19       (Government's Exhibit No. Miscellaneous

20       51 was received in evidence.)

21  BY MS. SOLTYS:

22  Q    Again, your signature is at the bottom?

23  A    Yes.

24  Q    And it indicates 6.5 grams of cocaine hydrochloride also

25  referred to as powder cocaine; is that correct?

1    A    Correct.

2    Q    What did you do with the exhibits once you analyzed them?

3    A    After analysis is complete, I repackage the evidence back

4    in the original packaging, seal it, and return it to the

5    evidence vault for safekeeping.

6    Q    And finally, can you determine all of the analysis that

7    you've indicated before, whether it's cocaine base also known

8    as crack cocaine or the cocaine hydrochloride to a reasonable

9    degree of scientific certainty?

10   A    Yes, absolutely.

11        MS. SOLTYS:  Okay.  Thank you very much.  I have no

12   further questions at this time.

13        THE COURT:  Okay.  For purposes of -- let us finish

14   this witness so we can then clear the courtroom with a break.

15   Okay?

16        (Pause.)

17                    **CROSS-EXAMINATION**

18   BY MR. JONES:

19   Q    How are you doing, Ms. Pascual?

20   A    Yes, very well.

21   Q    You are a chemist?

22   A    That's correct.

23   Q    Okay.  Now, I'm going to start with the Mike Huggins'

24   house narcotics.  Did you test for any type of fingerprints

25   on those drugs in Mike Huggins' house?

1    A    No, I don't perform fingerprint analysis.  I only perform

2    chemical analysis.

3    Q    Okay.  The same for Mr. --

4              THE COURT:  For all of it.

5              THE WITNESS:  Correct.

6              MR. JONES:  Okay.

7    BY MR. JONES:

8    Q    Now --

9              MR. JONES:  This is 49, Your Honor, Government's

10   Exhibit Number 49.

11             THE COURT:  Okay.

12   BY MR. JONES:

13   Q    Now, these kilos right here, you said you test, you

14   analyzed how many of them?

15   A    Well, from the total that I received, so it was all the

16   black and all the blue, I tested a total of 25.

17   Q    Twenty-five?

18   A    Correct.

19   Q    Out of --

20   A    Ninety-seven that I received.

21   Q    So out of the 25, the other ones, did anybody test for to

22   see if it was narcotics?

23   A    No, we use the sampling plan.  So we test a certain

24   number of the total.  And that number is determined by the

25   total number.  So in the case of 97 kilos, the number I'm

1   supposed to test is 25.

2   Q   So you test for the 25, and this is the results right

3   here.  And the other remaining ones, did somebody else test

4   it or how do they test those?

5   A   No, the sampling plan allows us to say within 95 percent

6   certainty that at least 90 percent of the containers contain

7   the controlled substance.

8   Q   Did they present any results like this analyzation that

9   you have put here, is there any proof of that right there

10   that they test with the other kilos?

11   A   No, when the analysis on the total is performed, we

12   utilize the sampling plan so the additional kilos are still

13   intact.  They have not been tested.  The 25 were tested.

14   Q   All right.

15          THE COURT:  It's a sampling plan.  Is that what you

16   called it, sampling plan?

17          THE WITNESS:  Yes, yes.

18          MR. JONES:  No further questions.

19          THE COURT:  Okay.  We'll take a -- until 20 of,

20   we'll take a recess.  Thank you, ladies and gentlemen.  Is

21   that enough time to move the --

22          Okay, very good, ladies and gentlemen, we'll take a

23   recess till 20 of.

24          (Jury Out.)

25          THE COURT:  Thank you.

1            THE WITNESS:  Thank you, Your Honor.

2            (Witness excused.)

3            (A brief recess was taken.)

4            THE COURT:  Can you tell me where we're going from

5       here?

6            MS. SOLTYS:  Sure.  We're going to call retired

7       Special Agent Mary Counts, who searched the Adrian Jackson

8       house, and then we're going to call Detective Norma Horne,

9       who searched Levels and who searched Kirk Carter.  And then,

10      depending upon --

11           THE COURT:  Okay, let's start those again so Mr.

12      Jones can hear.  I asked the question, who are you going to

13      call next?  And Mary Counts for Jackson is coming next?

14           MS. SOLTYS:  Yes.  And then Detective Norma Horne

15      for Levels and the Kirk Carter search warrant.

16           THE COURT:  And is she going to have anything to do

17      with Demetrius Johnson?

18           MS. SOLTYS:  No.

19           THE COURT:  Okay.  So I'd like to take up out of the

20      presence of the jury after she finishes, have her stay,

21      please, and I just have -- I want you to elicit the testimony

22      regarding Demetrius Johnson on September 2nd and the check on

23      the -- it has do with your representation that's in your

24      pleading.

25           MS. SOLTYS:  Yes, I understand.

1           THE COURT:  Okay.  All right.  So we'll have Counts

2     today.  And I assume Horne will finish some time tomorrow.

3           Okay, then what?  We've still got time on Friday.

4           MS. SOLTYS:  Right.  And then -- okay.  Then we have

5     Andy Versaka, who searched the Demetrius Johnson house.

6           THE COURT:  Uh-huh.

7           MS. SOLTYS:  Then we have Prashant.

8           THE COURT:  That's the forfeiture?

9           MS. SOLTYS:  And then we might be asking the Court

10    to break at that point because we will be down to just a

11    couple more witnesses, and we'd like to resume on Monday.

12    Three more witnesses.

13          THE COURT:  The three, one is obviously Johnson.

14    Who are the other two?

15          MS. SOLTYS:  Steve Naugle.

16          THE COURT:  What's he got to do with it?

17          MS. SOLTYS:  He searched Moore, the house.  And then

18    Joe Sopata, and we would be ending with Detective Sopata.

19          THE COURT:  I'm sorry, you named somebody -- you

20    said Naugle, Johnson and Sopata.

21          MS. SOLTYS:  Correct.

22          THE COURT:  Well, just out of curiosity, why can't

23    we take Naugle on Friday?  Just out of -- is there some

24    reason?

25          MS. SOLTYS:  No, there's no reason why we can't.

1          THE COURT:  You don't really think that we're going

2     to -- Sopata is who again?

3          MS. SOLTYS:  He searched Mr. Jones' Jeep.

4          THE COURT:  The Jeep.  Who searched -- oh, Sopata,

5     okay.  Is there a reason why we -- what happens if we only

6     have one witness on Friday, and you want to break?

7          MS. SOLTYS:  Yes.

8          THE COURT:  Can you give me more reason than that?

9          MS. SOLTYS:  Yeah, we have witnesses that are not

10    available until Monday.  And we would like to end with

11    Detective Sopata.  And we're now striking distance to being

12    done on Monday.

13         THE COURT:  Right.  Naugle is -- well, maybe.

14    Naugle can't come on Friday?

15         MS. SOLTYS:  I'll check with him and see if we could

16    get him in on Friday.

17         THE COURT:  Because we probably could get through, I

18    would think, those.  Johnson will take a while.  That's fine.

19         And then we start with -- well, on Friday we also

20    have to discuss a little more about the witnesses.  You'll be

21    prepared to address that, Mr. Jones, and counsel for

22    Mr. Jones on Friday.  All right.

23         MS. SOLTYS:  And then I thought --

24         THE COURT:  Well, we'll plan on -- for sure we'll

25    plan on Johnson and Sopata on Monday.  And then -- and we'll

1   see about Naugle.  I mean, Counts is going to finish now for

2   sure.  Horne is going half finish.  Okay.  Either way.  And

3   then you think what?

4           MS. SOLTYS:  We still have to talk about jury

5   instructions and --

6           THE COURT:  I'll prepare the jury instructions.

7   They're not that clever.  I probably have a set.

8           MS. SOLTYS:  Great.

9           THE COURT:  So if you've some, just edit them and

10  then we'll -- I'll be able to review them.

11          Detective, you want to take the stand?

12          (Jury present.)

13          THE COURT:  Mr. Jones, I've given you a copy of the

14  case that they cited before so you can be prepared.  You can

15  look at it later.  Is it called Williams?  Williams?

16  Douglas, sorry.  That's for you.  You can read it tonight.

17  Okay.  That's what the Government cited before.

18          All right.  Ladies and gentlemen, we're moving right

19  along with great due speed.  We expect to finish the

20  Government's case on Monday.  And then we'll start the

21  defense case.

22          MS. SOLTYS:  Thank you.  Your Honor, we call retired

23  Special Agent Mary Counts to the stand.  And I'd just let the

24  Court know that I have a weapon in the courtroom, and I've

25  previously showed it to the marshal.

1          THE COURT:  Okay.  It's cleared, don't worry about

2     it, ladies and gentlemen.  We don't let any loaded weapons

3     walk in here.

4          THE DEPUTY CLERK:  Please raise your right hand.

5     **SPECIAL AGENT (RETIRED) MARY COUNTS, GOVERNMENT WITNESS, SWORN**

6          THE DEPUTY CLERK:  You may be seated.

7          THE WITNESS:  Thank you.

8          THE COURT:  You've retired as well?

9          THE WITNESS:  Yes, Your Honor.

10          THE COURT:  I'm the only one that hasn't.

11          THE WITNESS:  I highly recommend it.

12          THE COURT:  Well, we can start.  Can you give your

13     name to the Court Reporter and tell us who you are?

14          THE WITNESS:  Yes, Your Honor.  My name is Mary

15     Counts, C-O-U-N-T-S.  I'm A retired special agent of the FBI.

16          THE COURT:  When did you retire?

17          THE WITNESS:  I retired in November of 2007.

18          MS. SOLTYS:  Your Honor, without objection, the

19     Government will move into evidence the following items:

20     Number 4 -- oh, I'm sorry, ADJ-SW-4, 7, 8, 9, 10, 12, 13, 14,

21     15, 16, 17, 18, 19, 20, 22, 24, 25, 27, 28, 29 and 30.

22          THE COURT:  I'm sorry, is this is on page 30, Gwen?

23     I don't have ADJ, that's for one thing.  Is it AJ.?

24          MS. SOLTYS:  No, it's ADJ.

25          THE COURT:  In the index?  Who's AJ?

1          MS. SOLTYS:  AJ would refer to Mr. Jones, Antoine

2     Jones.  And ADJ would refer to Adrian Jackson.

3          THE COURT:  All right.  So the following are going

4     in, double-check me, 4, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17,

5     18.  Is that 9 or 19?

6          MS. SOLTYS:  Nineteen.

7          THE COURT:  Nineteen, 20, 22, 24, 25, 27, 28, 29,

8     30.

9          MS. SOLTYS:  Correct.

10          THE COURT:  Any objection?

11          MR. JONES:  No objection.

12          THE COURT:  Okay.  They're all in.

13          (Government's Exhibit Nos. ADJ-SW-4, 7,

14          8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20,

15          22, 24, 25, 27, 28, 29 and 30 were received in

16          evidence.)

17                         **DIRECT EXAMINATION**

18     BY MS. SOLTYS:

19     Q   I'd like to direct your attention back to 2005, in the

20     fall of 2005, and ask if you were employed by the FBI as a

21     special agent and part of the Safe Streets Task Force?

22     A   Yes, I was.

23     Q   On October the 24th, 2005, shortly after 6:18 in the

24     morning, did you participate in a search warrant at the house

25     of a person known to you as Adrian Jackson at 7921 Allendale

1    drive in Landover, Maryland?

2    A   Yes, I did.

3            THE COURT:  Sorry.

4            MR. JONES:  I just want to alert the Court that this

5    is subject to my previous objection.

6            THE COURT:  Yes, I ruled earlier today subject to

7    that motion that I denied.  Yes, that's fine.

8    BY MS. SOLTYS:

9    Q   Okay.  If you could tell the ladies and gentlemen of the

10   jury the circumstances of how the search began?

11   A   The search began with a search team.  There were

12   approximately a dozen or so officers and agents from both the

13   Safe Streets Task Force and Prince George's County, the

14   Baltimore Division of the FBI.  We went to that address to

15   conduct a search of the residence as well as arrest an

16   individual by the name of Adrian Jackson.

17   Q   And before arriving at that location, did you have a

18   court authorized search warrant for Mr. Jackson's residence

19   as well as an arrest warrant for his arrest?

20   A   Yes, we did.

21   Q   This is already in evidence now, this is ADJ-SW Number

22   14.  And if you could just tell us what we're looking at in

23   this photograph?

24   A   That's the front door to Mr. Jackson's residence.

25   Q   And then ADJ-SW-15.  Could you tell us what this is,

 1   please?

 2   A   This is a sketch of the inside of Mr. Jackson's

 3   residence.  It's called a search sketch.

 4   Q   And if you could just sort of briefly tell us, then, what

 5   was your role in the execution of this search warrant?

 6   A   My role was the seizing agent, which meant that as the

 7   items were seized throughout the search, I was responsible

 8   for documenting where they were located, documenting who

 9   located it, and then making sure that the evidence was

10   properly secured, stored.

11   Q   And in preparation for your testimony here today, did you

12   have an opportunity to review a previous FBI report called a

13   302, evidence log sheet referred to as a 597, look at

14   photographs, the sketch, as well as review previous

15   testimony?

16   A   Yes, I did.

17   Q   Government's Exhibit Number 17, ADJ-17.  Could you tell

18   us what we're looking at in this picture, please?

19   A   That's the living room of the residence.  And I believe

20   it corresponds to the room, to the area marked A on the

21   search sketch.

22   Q   And was Mr. Jackson located in the residence during the

23   execution of the search?

24   A   Yes, he was.

25   Q   And was he arrested?

1    A    Yes, he was.

2    Q    And were there items of evidentiary significance that

3    were found in his residence and seized?

4    A    Yes.

5    Q    I'd like to show you some photographs then and ask if you

6    could tell us what we are looking at in these pictures?  I'm

7    going to start off with, this is Number 16.  Can you tell us

8    what we're looking at in this photo, please?

9    A    This is a photograph of the bedroom, the master bedroom.

10   Q    And were there items of significance found in this

11   location?

12   A    Yes.

13   Q    This is Government's Exhibit Number 18.  Could you tell

14   us what we're looking at in this photo, please?

15   A    In this photo, we're looking at a small Ziploc bag that's

16   on the left.

17   Q    You can touch the screen, you can actually circle it.

18   A    Oh, okay.  This here.  I have been retired a long time, I

19   don't remember this feature.

20          THE COURT:  Technology has improved in the last five

21   years.

22          THE WITNESS:  Yes, ma'am.

23          This here is a Ziploc bag.  And this is a black

24   Guess pouch.

25

1    BY MS. SOLTYS:

2    Q    Government's Exhibit Number 22, can you tell us what

3    we're looking at here?

4    A    Again, the Ziploc, the Ziploc bag.  And inside was a

5    off-white rock-like substance.  This was a scale that was

6    found inside the bag.  And then this was a smaller bag that

7    was also inside the pouch.

8    Q    And then let me just hand you Government's Exhibit

9    Numbers ADJ-7, 8, and 9.  Have you seen these before?

10   A    Yes, I have.

11   Q    Do you recognize these items?

12   A    Yes.

13   Q    This is Number 7, if you could tell the jury what this

14   is, please?

15   A    This is the scale that you see in the photograph, that

16   was seized from the bedroom.

17   Q    Could you explain to them why the scale was seized as

18   evidence?

19   A    It was seized because scales such as this are used to

20   weigh out small amounts of drugs.

21   Q    Government's Exhibit Number 9?

22   A    This is the black pouch that you see in the photograph

23   where the scale was inside of.

24   Q    Government's Exhibit Number 8?

25   A    This is the off-white, the remnants of the chunk, it's

1  been pulverized for testing.  But this is how it comes back

2  from the lab.  Then this is the bag where a fingerprint

3  analysis was conducted on it.

4  Q   Now, let me show you Government's Exhibit Number 25.  Can

5  you tell us what we're looking at in this photo?

6  A   It's a firearm.

7  Q   And was this firearm recovered from Mr. Jackson's

8  residence?

9  A   Yes, it was.

10  Q   Let me put another picture now on the screen.  This is

11  Government's Exhibit Number 19.  Do you see this photograph?

12  A   Yes.

13  Q   And do you recognize whether or not --

14  A   Yes.

15  Q   There is a belt here and a belt there?

16  A   Correct.

17  Q   Could you explain to us the significance of this

18  photograph?

19  A   This photograph was taken before the search of the closet

20  began.  And this photograph was taken once everything was

21  removed from the top of the closet.

22  Q   That was Number 25 you were talking about?

23  A   Yes.

24  Q   And now I'll show you Number 24.  Could you tell what

25  that is?

1    A    That's the firearm that we laid on the on bed for

2    photograph purposes.  And the ammunition had been removed

3    from it.  And that's how we photograph it.

4    Q    This is Number 4.  If you could take a look at that box,

5    and if you could tell us what that is, please?

6    A    This is actually the weapon that was seized.  And we

7    store the weapon and the ammunition separately.

8    Q    This is Government's Exhibit Number 12.  Can you tell us

9    what this is?

10   A    This is a paycheck from Levels Entertainment to Adrian

11   Jackson, dated September 30th, 2005, in the amount of $1,237.

12   Q    And then let me show you this photograph which has been

13   marked as Number 13.  When Mr. Jackson was arrested, was

14   currency found at -- either on him or near his vicinity?

15   A    Yes.

16   Q    Where was it found, what happened?

17   A    When Mr. Jackson was arrested, he was not wearing any

18   clothes.  So after he was arrested, we got him a pair of

19   sweatpants.  And one of the officers actually searched the

20   pockets before we gave them to Mr. Jackson.  And inside the

21   sweatpants' pockets was the currency.

22          MS. SOLTYS:  Thank you very much.

23          If I could have the Court's indulgence for one

24   moment?

25          (Pause.)

 1          MS. SOLTYS:  Your Honor, I have no more questions

 2     for the retired agent.  But I did not show her everything

 3     that I marked so I'm actually going to withdraw a couple

 4     items.

 5          THE COURT:  All right, take them out?

 6          MS. SOLTYS:  Yeah.

 7          THE COURT:  Okay.  They weren't shown to the jury.

 8     So you're removing as exhibits which ones, ADJ what?

 9          MS. SOLTYS:  If you'll give me one moment, please.

10     I'm removing 20 --

11          THE COURT:  Twenty is withdrawn.  Anything else?

12          MS. SOLTYS:  Yes, if you'll just give me one second.

13          (Pause.)

14          MS. SOLTYS:  I'm removing 27, 28, 29 and 30.  And

15     I'm also removing Number 10.

16          And if I could have the Court's indulgence.

17          THE COURT:  Twenty-seven, okay.  Twenty-eight, 29

18     and 30 are withdrawn.

19          MS. SOLTYS:  And I'm also removing Number 10.  Thank

20     you, Your Honor.

21          (Government's Exhibit Nos. ADJ-SW-10, 20,

22        27, 28, 29 and 30 were removed from evidence.)

23          THE COURT:  Okay.

24          Anything?

25

1                         **CROSS-EXAMINATION**

2    BY MR. JONES:

3    Q    How are you doing, Ms. Counts?

4    A    Fine, thank you.

5    Q    The day, on October 24, when you went into this house,

6    did you search this room that you just testified about?

7    A    I'm sorry?

8    Q    Did you search that room?  Was you in the room when they

9    found these drugs and the gun?

10   A    Normally the role of the seizing agent is to actually go

11   and visually look at where the item of evidence is found.

12   And that's what I did.

13   Q    So, when the items was found, was you there at that time

14   or you came later on?

15   A    Usually later on, it depends.

16   Q    Okay.  I'm going to show you ADJ-SW-18.

17   A    Yes, sir.

18   Q    So, are you the person who took the photo?

19   A    No, I'm not.

20   Q    So, when they took this photo, this was the first photo

21   they took of this Guess, and is this supposed to be

22   narcotics?

23               THE COURT:  If you know.  Can you tell?

24               THE WITNESS:  I can't tell.  It's hard for me to see

25   up here on the screen.  But that's the photograph that was

1    taken by the photographer.

2    BY MR. JONES:

3    Q    Okay.  What about this one right here?  This narcotic, is

4    this real or did anybody analyze this?

5    A    Well, I believe the time we seized it, it was suspected.

6    And that's why we seized it.

7    Q    Did anybody analyze it later on to see if it was real

8    cocaine?

9    A    I believe they did, yes.

10   Q    And was it real?

11   A    I believe it was.

12   Q    Did they weigh it?

13   A    Yes.

14   Q    Do you know how much grams was it?

15   A    I believe it should say on the exhibit.  I believe it

16   was, I mean, I can't tell you off the top of my head.  But it

17   was weighed before it was entered into evidence and before it

18   was sent to the lab.

19   Q    Do you know if anybody claimed that, what was in that

20   bag?

21   A    No.

22   Q    This scale right here, did you all find any fingerprints

23   of Antoine Jones?

24   A    No.

25   Q    Did you all find any fingerprints of Adrian Jackson?

1    A    Not to my knowledge.

2    Q    What about this Guess bag, any fingerprints of Antoine

3    Jones or Adrian Jackson?

4    A    Not to my knowledge.

5    Q    Any DNA of Antoine Jones or Adrian Jackson?

6    A    Not to my knowledge.

7    Q    Could you tell the jury what is this right here, this red

8    item right there?

9             THE COURT:  Red?

10            MR. JONES:  It looks red over here, Your Honor.

11            THE COURT:  What are you pointing to, the thing in

12   the top right.

13            MR. JONES:  Yes.

14            THE COURT:  Yeah, okay.

15            THE WITNESS:  Would I be able to see the actual

16   picture?

17            THE COURT:  Sure.  Does the Government have it?

18            THE WITNESS:  Thank you.

19            It looks like a small Ziploc bag.  And there's

20   something red in it.

21   BY MR. JONES:

22   Q    Okay.  Do you know what them bags was used for?

23   A    This bag?

24   Q    Yes.

25   A    I don't know what it was used for with this red thing in

1    it.

2    Q    Okay.  Now, ADJ-SW-13, they found some money in

3    Mr. Jackson's pocket.  Did they count the money?

4    A    Yes.

5    Q    How much was it?

6    A    Two thousand seven hundred and forty-three dollars.

7    Q    Did they put any information or note of how many

8    hundreds, how many fifties, how many twenties, how many

9    fives, did anybody note that to see what this was?

10   A    They should have noted it when it was put into evidence.

11   Q    Did they produce it to the Government?

12   A    I'm assuming they did.

13   Q    Did you find any fingerprints of Mr. Jones on that money?

14   A    No.

15   Q    Did anybody check and see if that money was money from

16   Mr. Jackson's club, proceeds from Mr. Jackson's club?

17   A    No.

18            THE COURT:  Do you know where the money came from?

19   Sorry, do you know where the money came from?

20            THE WITNESS:  No, I do not.

21   BY MR. JONES:

22   Q    Now, this right here --

23            THE COURT:  Is that in evidence?  What number is

24   that?

25            MR. JONES:  This is ADJ-SW-19.

1          THE COURT:  Is that one of the ones you took out?

2          MS. SOLTYS:  No, it's in.

3          THE COURT:  Okay.

4   BY MR. JONES:

5   Q   Now, this is -- as you viewed the first photo of this

6   closet right here, and as during the crime scene, why did you

7   take a photo of the closet with the boxes and everything?

8   A   Usually as part of a search you photograph it before and

9   then you photograph it after.

10  Q   Now, this is the after photo; correct?

11  A   (No verbal response.)

12  Q   Ms. Counts, you said that you wasn't in the room when

13  they found this gun?

14  A   Correct.

15  Q   And was you in the room when they photographed this gun?

16  A   I don't know if I was or not.

17  Q   Isn't it a fact that the agent or the detective who was

18  in this room said this gun was in another closet?

19  A   No.

20  Q   So, detective porter testified that this gun was in this

21  closet?

22          MS. SOLTYS:  Objection.  I don't know how she could

23  know.

24          THE COURT:  I know.  Sustained.  You can't ask her

25  about his testimony.

1                MR. JONES:  Well, in the second trial, Your Honor --

2                THE COURT:  I know.  But you can't ask her.

3     BY MR. JONES:

4     Q    Did you all find any fingerprints on this gun right here

5     of Mr. Jones?

6     A    No.

7     Q    What about Mr. Jackson?

8     A    No, not that I know of.

9                MR. JONES:  Thank you very much.

10               THE COURT:  Okay.

11               Anything else?

12               MS. SOLTYS:  No, Your Honor.  Thank you.

13               THE COURT:  All right.  Thanks.  You may step down.

14               THE WITNESS:  Thank you.

15               (Witness excused.)

16               THE COURT:  Who's the next witness?

17               MS. URSCHEL:  Our next witness will be Detective

18     Norma Horne.

19               THE COURT:  Okay.

20               (Pause.)

21               THE COURT:  Good afternoon.  You're still under

22     oath, Detective.

23               THE WITNESS:  Good afternoon.

24     **DETECTIVE NORMA HORNE, GOVERNMENT WITNESS, PREVIOUSLY SWORN**

25               MS. URSCHEL:  Your Honor, so the Court is aware that

1    we have brought in ammunition and a firearm.  The marshal has

2    looked at these materials and has cleared them for safety.

3            THE COURT:  Okay, thank you.  My suggestion is maybe

4    you could do the search warrants, then we break for the

5    evening and then pick up the next one tomorrow.

6            MS. URSCHEL:  I'm sorry, you said to do one of -- I

7    didn't hear you, I'm sorry, Your Honor.

8            THE COURT:  One possibility is that we do one of the

9    warrants now.  Finish the next one tomorrow.  He can do his

10   cross-examination, and we can take a little early break in

11   order for us to, now that this witness is here, we have some

12   questions out of the presence of the jury.  Okay?

13           MS. URSCHEL:  Yes, Your Honor.  So I'll stop after

14   the first search warrant.

15           THE COURT:  Whichever one is the simplest.

16           MS. URSCHEL:  Yes, Your Honor, and we'll get to that

17   shortly.

18                        **DIRECT EXAMINATION**

19   BY MS. URSCHEL:

20   Q    Good afternoon.

21   A    Good afternoon.

22   Q    If could you please reintroduce yourself to the jury?

23   A    Norma Horne, spelling my last name, H-O-R-N-E.

24   Q    And since it's been a couple days since you testified, if

25   you could just again remind them where you work and how long

1    you've been with the organization?

2              THE COURT:  Did anybody forget?

3              THE JUROR:  No.

4              THE COURT:  You don't need to.

5              MS. URSCHEL:  So we can skip ahead, then, Detective

6    Horne.

7              THE COURT:  Right.

8    BY MS. URSCHEL:

9    Q    Detective Horne, then let's do this.  My first question

10   for you is, do you know whether José Garcia, Francisco Javier

11   Gonzalez-Ruan and Carlos Reyna have been indicted?

12   A    They were.

13   Q    Have they been apprehended?

14   A    No, they have been never been apprehended.

15   Q    Next I'd like to ask you about the Club Levels nightclub

16   that you've referenced before in your testimony located at

17   1960 Montana Avenue, Northeast, Washington, D.C., you're

18   familiar with that location?

19   A    Yes.

20   Q    And could you describe where it's located, the street

21   it's near?

22   A    The intersection of, it would have been to the left of

23   the intersection of Bladensburg Road and Montana.

24   Q    And did you execute or assist in the execution of a court

25   authorized search warrant at that location on October 24th,

```
1    2005?

2    A   Yes, I did.

3    Q   What time was that search warrant executed?

4    A   Jump off was six o'clock.  The Communication Center for

5    all the search warrants was six o'clock because it has to be

6    directed out because we have safety concerns.  There's all

7    kinds of reasons for why the time was set.

8    Q   Okay.  And is that 6:00 A.M. or 6:00 P.M.?

9    A   Six A.M.

10           MS. URSCHEL:  Your Honor, at this time without

11   objection, the Government will move in a number of exhibits.

12   And I will say that there is no objection.  Mr. Jones would

13   like to mind the Court regarding his motion.  And so without

14   objection, reserving that.

15           THE COURT:  The motion --

16           MS. URSCHEL:  The previous motion related to the

17   search warrant at Levels.

18           THE COURT:  Okay.

19           MS. URSCHEL:  And so I can go through the --

20           THE COURT:  All right, well, let me just get the

21   page.

22           MS. URSCHEL:  It's going to be Levels SW --

23           THE COURT:  Wait a minute.  Twenty-two, okay.  Go

24   ahead.

25
```

1          MS. URSCHEL:  Seven and 8.  These aren't going to be

2     exactly in order, but there's not too many, so 7 and 8.

3          THE COURT:  Seven and 8.

4          MS. URSCHEL:  One, 2 and 3, 4 and 5, 6, 9, 43, then

5     11 through 14, so that's 11, 12, 13, 14, 16, 27, 30, 31, 32,

6     33, 35, 36, 37, 38, 39, 40, 41, 42, 44, 45, and then 46

7     through 51.

8          THE COURT:  Okay.  Admitted without objection.

9          MS. URSCHEL:  Thank you, Your Honor.

10          THE COURT:  Okay.

11          (Government's Exhibit Nos. Levels SW-1

12          through 6, 9, 11 through 14, 16, 27, 30

13          through 33, 35 through 42, 43, 44, 45, 46

14          through 51 were received in evidence.)

15     BY MS. URSCHEL:

16     Q   Actually, let me hand this to you.  I just handed you

17     Levels SW-7 and 8.  If you could look at that document and

18     even sort of hold it up so the jurors can see what that is.

19     And describe for them what that is.  At that point, I can put

20     it on the Elmo to describe.  But if you could just show them

21     what it is as a whole?

22     A   Okay.  It's actually a diagram of the Levels first floor,

23     second floor of Levels that was drawn.  It's not to scale, by

24     Special Agent Marin.

25     Q   So first on the screen, I'm going to put 7.  And if you

1    could just tell the jury what the inside of Levels looked

2    like.  And if you need to refer to the sketch, feel free to.

3    A    Well, I don't know if you remember the actual photos we

4    had, the main entrance.  You would come in, and you would go

5    into an open area.  There was a little hallway.  And he had

6    an office which was labeled room H.

7    Q    Room H, the office here on the screen?

8    A    Oh, yes, I did, I'm sorry.

9    Q    Just trying to help compare it to the sketch.  Please go

10   on.

11   A    Then you have -- if you went to the left you have a bar

12   area.  You have another open area.  And then if you go all

13   the way to the end, there's a set of steps that will take you

14   upstairs.

15   Q    And I'm going to show you now 8, which is the upstairs,

16   as you said.

17   A    Okay.

18   Q    Can you describe that?

19   A    Okay.  From those steps, you have another office.  You

20   have a bar area.  They have, I guess it would have been

21   possibly their VIP area.  They have seating area, dance

22   floor, bar.

23   Q    And I'm going to show you now Exhibit 1.  What do we see

24   there?

25   A    That's the main front entrance.

1    Q    What do we see in 2?

2    A    That would be -- I'm sorry.  That's, that should be

3    office H, I believe.  Let me see.

4    Q    Show you 3.  What do we see there?

5    A    It's a little blurry, but that's another view of H.

6    Q    Okay.  And were any weapons found during the search of

7    Club Levels?

8    A    Yes.

9    Q    What type of weapon?

10   A    Nine millimeter, semi-automatic handgun.

11   Q    Was it loaded?

12   A    Yes.

13   Q    Where was it located?

14   A    You wouldn't be able to see in this photo.  It would have

15   been -- there's a black, it would be behind the door area

16   there, the door is open.

17   Q    I'm going to show you now 4, what do we see there?

18   A    That's the handgun and the black box that it was under is

19   being held up by someone.

20   Q    Also now showing you 5.  What do you see in that?

21   A    That's the handgun being recovered.

22   Q    I'm handing you Levels Search Warrant 6.  If you could

23   look inside there and tell us what that is?

24   A    It's the same firearm depicted in the photo.  Exhibit, I

25   think it's 4, I can see, it's a little shiny down there at

1    the bottom.  Is that the photo number or is it 5?  It's a

2    little blurry.  The number for the exhibit?

3    Q    Oh, this exhibit, the number is 5.

4    A    Okay.  It's the same weapon that's depicted in Photo 5.

5    Q    And if you could carefully hold up that and show it so

6    the jury can see it, although I know it's attached in that

7    box, if you could show it to them.

8    A    This is the magazine.

9    Q    I'm going to show you now Government's Exhibit 43.  If

10   you could describe for the jury what that is and sort of show

11   it to them so they are able to see it?

12   A    It's the money counter that was recovered in room I.

13   Q    And what was room I?

14   A    I'd have to look at the --

15   Q    Handing you the sketch.

16   A    Okay.

17        MR. JONES:  Your Honor, I object and move to strike.

18   There's no basis or [sic] knowledge.

19        THE COURT:  Do you want to lay a foundation for the

20   money counter?

21        MS. URSCHEL:  Yes, Your Honor.

22        THE COURT:  There is no basis or foundation.  It was

23   seized there.  Is that what you're objecting to, the money

24   counter?

25        MR. JONES:  She wasn't in the room at all until

1    later.

2           THE COURT:  You want to lay the foundation?  What's

3    the basis for your knowledge for where this was found?

4           THE WITNESS:  That's my handwriting and it's marked

5    room I.  And it was labeled, it's labeled the date I was

6    inside the location during the execution of the search

7    warrant going from room to room.

8           THE COURT:  Did you see it in I?

9           THE WITNESS:  Yes, ma'am.

10          MR. JONES:  I remove my objection, Your Honor.

11   BY MS. URSCHEL:

12   Q   And just so we're clear, did you testify that you know

13   that that object was found in room I?

14   A   Yes.

15          MR. JONES:  Objection, Your Honor.

16   BY MS. URSCHEL:

17   Q   And would it refresh your recollection as to exactly what

18   room I. was by looking at that sketch?

19   A   Yes.

20   Q   Okay.  And have you had a chance to look at the sketch?

21   Just take a moment and look at that sketch.

22          THE COURT:  She said she found it in I.  I thought

23   you said you found it in I?

24          THE WITNESS:  Yes, it has a label with my

25   handwriting.

1          THE COURT:  I know.  But is that based on you

2    finding it and seeing it or finding it and/or seeing it in

3    room I?

4          THE WITNESS:  I saw it in room I, but the person who

5    actually located it, saw it in the room before me was Special

6    Agent Dave Lewis.

7          THE COURT:  But did you then go into room I and see

8    it?  That's what I'm asking.

9          THE WITNESS:  Yes.

10         THE COURT:  I don't care who found it first.

11         THE WITNESS:  Yes.

12         THE COURT:  But you have personal knowledge, in

13   other words, that it was found, it was located in I, based on

14   your own observations?

15         THE WITNESS:  Yes, ma'am.

16         THE COURT:  Okay.  Overruled.

17         MR. JONES:  Same objection to the gun, Your Honor.

18         THE COURT:  All right.  Let's go back to the gun.

19   Show her the picture and find out what -- how she knows where

20   it was located.

21         Did you see the gun in the -- behind the door area?

22         THE WITNESS:  I initially saw the gun in that state

23   first.  Then the agent --

24         THE COURT:  You're pointing to exhibit --

25         MS. URSCHEL:  This is Exhibit Levels 4, Your Honor.

```
 1              THE COURT:  Is that a 4?  And what is it sitting in?
 2              THE WITNESS:  There's a box that's being held up.
 3    It's actually on the carpet or floor area that it's laying
 4    on.
 5              THE COURT:  And where was it located?
 6              THE WITNESS:  Underneath a black carpeted box.
 7              THE COURT:  In what room?
 8              THE WITNESS:  H.
 9              THE COURT:  H.  And were you in H, and when you were
10    there, did you see that gun?
11              THE WITNESS:  Yes, ma'am, yes, ma'am.  And then I
12    saw him pick it up.
13              THE COURT:  All right.  Overruled.
14    BY MS. URSCHEL:
15    Q   Speaking of the gun, I'm handing you Levels Search
16    Warrant 9.  Would you look inside this envelope and tell us
17    what that is?
18    A   The ammunition that came out of the magazine.
19    Q   Okay.  And if you just could hold that up so the members
20    of the jury could see?
21              THE COURT:  Again, I think it would be just simpler
22    if you could tell us whether you saw it in whatever room and
23    tell us so that we know that she's not testifying based on
24    hearsay.
25              THE WITNESS:  I saw the when the agent took the
```

```
 1    magazine out of the gun.  You can see some of the ammunition

 2    actually in --

 3   BY MS. URSCHEL:

 4    Q   I'm showing you Photograph 5.

 5    A   In Photograph 5, you see the ammunition, and it was nine

 6    rounds of ammunition that was taken out of that magazine.

 7    And it's marked that it came out of that and labeled.

 8    Q   Detective Horne, were documents that were significant in

 9    your investigation seized and taken from Levels during the

10    search warrant?

11    A   Yes.

12    Q   I'll show you first Levels Search Warrant 11.

13            THE COURT:  I can't see a thing.

14   BY MS. URSCHEL:

15    Q   This is 11.  What is this document, and tell us whether

16    or not it was taken from Levels?

17    A   It was taken from Levels.  It's a Holiday Inn Express

18    bill for room 219 for -- it bears Lawrence Maynard's name and

19    address.  If you scroll down, it's for the Holiday Inn in

20    Georgia.

21    Q   Here?

22    A   Yes, at the bottom of the page.

23    Q   Next is Levels Search Warrant 12.  What are these?

24    A   Key cards for the Holiday Inn.

25    Q   And do you know what location of Holiday Inn Express
```

1    that's from?

2    A    It's from the location in Duluth, Georgia.

3    Q    Next we're looking at 13.   What is that?

4    A    That's Comfort Suites bill, it bears the name of Lawrence

5    Maynard, and it shows a cash payment for a room, and it's the

6    room 130.

7            MR. JONES:   Your Honor, objection, same objection,

8    base and the [sic] knowledge.

9            THE COURT:   Okay.   Go ahead, lay the foundation

10   here.

11   BY MS. URSCHEL:

12   Q    Detective Horne, from what location were these documents

13   seized?

14   A    From room H.

15   Q    Okay.   And is that in Club Levels?

16   A    In Club Levels, and it's the office.

17   Q    And are you personally aware that these documents were

18   seized from Club Levels?

19   A    Yes.

20   Q    Okay.   Where --

21           THE COURT:   How do you know that?

22           THE WITNESS:   Because I was there when they

23   recovered the items, I was standing in the office.

24           THE COURT:   You were standing in the same office, H,

25   room H?

1           THE WITNESS:  Yes, ma'am.

2           THE COURT:  All right.  They've been admitted into

3     evidence.  So frankly, I don't -- they're properly in

4     evidence once there was no objection.

5           Okay.  What's the date, 12-18-05?

6           THE WITNESS:  Yes, 2-18.

7           THE COURT:  Okay.

8     BY MS. URSCHEL:

9     Q    And from what Comfort Suite location is this?

10    A    It's located Shackleford Road in Duluth, Georgia.

11    Q    Next I want to show you 14.  What is this?

12    A    It's a copy of a speeding ticket.

13    Q    From?

14    A    Club Levels out of room H.

15    Q    And for whom is that ticket?

16    A    It's issued to Lawrence Maynard on 4-12-05.

17    Q    Next I am showing you Exhibit 16.  What is this piece of

18    paper with numbers and names on them?  Actually I should say

19    where was this recovered from?

20    A    The phone list was recovered, I believe that was room H.

21    Q    And why did you seize this document?

22    A    If you look off to the -- on my screen it's to the left,

23    you'll see a P, and it has the 713-493, and then --

24          THE COURT:  There's so many green things.  Can you

25    delete some, so we don't have to be looking at all these

1   arrows?

2   BY MS. URSCHEL:

3   Q    If you could just touch the screen on the P that you were

4   referencing.

5   A    Okay.  That one initially.  And then you have the -- if

6   you can -- one below it.

7   BY MS. URSCHEL:

8   Q    And why was that significant, that phone number?

9   A    From one of the Mexicans.

10  Q    Okay.

11  A    And if you go one below there, the 909.

12  Q    Okay.  And why was that significant?

13  A    One of the Mexicans.

14  Q    Go one more down.

15  A    And that's another number from one of -- one of the ones,

16  prior numbers used by the Mexicans.

17  Q    Okay.

18  A    There are also -- you have Donald Hunter's number here.

19  It ends in the 2139, it's not actually pointed at the right

20  one.

21  Q    I'll clear it.

22  A    Let me try again.  It says Pep.

23  Q    Okay.

24  A    Above that is Mike Huggins, and that ends in 2981.  If

25  you go down, the one that ends in 7614 here is Demetrius

1   Johnson.

2   Q   Would it assist you if I brought you the document so you

3   could see it yourself?

4   A   Because there's a -- yes.

5   Q   If you'd take a moment to look over that and let the jury

6   know if there were other names and/or numbers that were

7   significant to your investigation?

8   A   Yes.  Down at the bottom here, you have John Adams and

9   his cell phone number is down here.  It was actually

10  registered to his wife.  And there's some other interceptees

11  listed up here as well.

12  Q   Okay.  Showing you Levels Search Warrant 27.  What is

13  this?

14  A   It was a blue folder.  The blue folder held a bunch of

15  papers reference to, I want to say Hampton Boulevard and some

16  other locations.

17  Q   Okay.  So let's next go to Levels Search Warrant 30.

18  What is this document?

19  A   That's the lease for Hampton Limited Partnership, it says

20  up at the top.

21  Q   Okay.  Next is 31.  What is that?

22  A   That was also contained in the blue folder.

23  Q   Okay.  And what is it?

24  A   Oh, I'm sorry.  It's an advertisement for the Hampton

25  Park Boulevard warehouses.

1    Q    Next is 32.  What is that?

2    A    Also an advertisement for Hampton Park Boulevard.

3    Q    Next we have 33.  What is that?

4    A    It's a letter bearing Mr. Jones's name.  And it has FTN

5    Consultants is the stationery.  But it's a letter breaking

6    the lease at Hampton Park Boulevard.

7    Q    Next is 35.  And what is this document?

8    A    This is the lease for Myrtle Avenue in Bowie in the name

9    of Lawrence Maynard.

10   Q    This is Levels Search Warrant 36.  What is that document?

11   A    It's a letter, bears Thomas Brown Agency.  And it has

12   Lawrence Maynard's information on it.  And, I'm sorry.  Is

13   there anything else?

14   Q    What is this document regarding?

15           THE COURT:  It speaks for itself.

16           THE WITNESS:  Okay.

17   BY MS. URSCHEL:

18   Q    Next we'll have 37, what is that?

19   A    That is a copy of a money order.  It has Lawrence

20   Maynard's signature, and his name and address on the right

21   side of the copy.

22   Q    And there's additional pages of this document.  What is

23   on these additional pages?

24   A    The same thing.  It has Lawrence Maynard's address,

25   appears to be his signature.  They're all copies of money

1    orders.

2    Q    Paid to Remax 2000?

3    A    Yes.

4    Q    This is 38.  What is that?

5    A    It's a letter bearing Mr. Maynard's name and signature,

6    breaking the lease.  And it's dated March 1, 2004.

7    Q    And 39, what is that?

8    A    It's on, actually, I'm sorry, I didn't say that on the

9    last time, it's actually on Hampton Park Boulevard

10   stationery.  But it's a handwritten letter to a Mr. Kelly.

11   Bears Lawrence Maynard's name, signature and phone number,

12   cell number.

13   Q    Okay.  This is 40.  What is this?

14   A    At the bottom of the page it's a listing for a rental

15   property which would carry the actual Myrtle Avenue address.

16   Q    8550 Myrtle Avenue, Bowie Maryland?

17   A    Yes.

18   Q    Did you find even more documents in the search of Levels?

19   A    Yes.

20   Q    First I'll show you this, 41, what's this?

21   A    A manila folder.

22   Q    And this is 42.  What is this?

23   A    It's a lease agreement for the Myrtle Avenue property

24   between Lawrence Maynard and Remax 2000, Bill Kelly, a copy.

25   Q    Forty-four, what's that?

1    A    Forty-four has -- it's a copy of paperwork filled out and

2    signed out by Lawrence Maynard, dated January 10th, 2004, and

3    signed by the gentleman, Bill Kelly, Remax, and it's

4    reference to the property on Myrtle Avenue.

5          THE COURT:  Okay.  Do you have a point that you can

6    conveniently stop?

7          MS. URSCHEL:  Just one more document, and then we

8    can stop and pick up here afterwards, Your Honor.

9          THE COURT:  Okay.

10   BY MS. URSCHEL:

11   Q    This is 45, and what's this?

12   A    It's another copy, paperwork.  The heading on it is

13   Thomas Brown Agency.  And it's in reference to the employee,

14   Lawrence Maynard.  It gives his address, Social, and the fact

15   that he's been laid off effective 3-1-04.

16         MS. URSCHEL:  And that's a good stopping point, Your

17   Honor.

18         THE COURT:  Good, that's fine.

19         Ladies and gentlemen, tomorrow we don't -- we can

20   start on time, Gwen?  Breakfast, and then 9:30.  Please don't

21   be late.  Don't talk about the case.  Leave everything

22   behind.  We're moving right along.  As I said I think the

23   Government's part of the case will end Monday.

24         (Jury Out.)

25         THE COURT:  Can we have this witness stay for a few

```
1   moments and you can do some questioning?

2             MS. SOLTYS:  I'd rather do it tomorrow, Your Honor,

3   we're not prepared to do it right now.  I would like to get

4   the line sheets and make a complete presentation.  So we

5   could be here at 9:15 tomorrow to do it first thing.

6             THE COURT:  All right, I wish you had told me before

7   I let them go.

8             Okay.  Are they still out there?  Are they gone?

9             THE DEPUTY CLERK:  Yes.

10            THE COURT:  I just know we won't finish in time for

11  the jury, so.

12            MS. SOLTYS:  We'll be here at nine o'clock then.

13  We'll be read to go at nine.

14            THE COURT:  Okay.  Well, we'll take it when she

15  finishes.  We'll take a long break when you finish the

16  whole -- after we finish her testimony, we'll take it up over

17  the Demetrius Johnson issue.  It will take a little while.

18  You've got a lot more exhibits to go with her.

19            MS. SOLTYS:  Yes.

20            THE COURT:  Okay.  Anything else?

21            MS. SOLTYS:  No, Your Honor.

22            THE COURT:  Okay.  Thank you.

23            (Court recessed for the day at 4:46 P.M.)

24                            - o -

25
```

## I-N-D-E-X

### WITNESSES

|  | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|

**On behalf of the Government:**

Agent Kevin Ashby
  (By Ms. Urschel)    8
  (By Mr. Jones)          16

Elizabeth Pascual
  (By Ms. Soltys)    18
  (By Mr. Jones)          37

Mary Counts
  (By Ms. Soltys)    45
  (By Mr. Jones)          53

Norma Horne
  (By Ms. Urschel)    59

### EXHIBITS

Page No.:

**On behalf of the Government:**

MH-SW-7B      9

MH-SW-7C      9

MH-SW-7A      10

MH-SW-15      10

MH-SW-8      11

MH-SW-9      11

MH-SW-10      11

MH-SW-12      12

MH-SW-13      12

### INDEX  (Cont'd)

### EXHIBITS  (Cont'd)

<u>Page No.:</u>

<u>On behalf of the Government (Cont'd):</u>

| | |
|---|---|
| MH-SW-14 | 12 |
| MH-SW-18 | 13 |
| MH-SW-19 | 13 |
| MH-SW-20 | 14 |
| MH-SW-2 | 15 |
| MH-SW-40 | 15 |
| MH-SW-41 | 15 |
| MH-SW-43 | 15 |
| MH-SW-45 | 15 |
| No. 46 | 25 |
| Miscellaneous 47 | 30 |
| Miscellaneous 48 | 33 |
| Miscellaneous 49 | 34 |
| Miscellaneous 50 | 35 |
| Miscellaneous 51 | 36 |
| ADJ-SW-4 | 45 |
| ADJ-SW-7 | 45 |
| ADJ-SW-8 | 45 |
| ADJ-SW-9 | 45 |

**INDEX (Cont'd)**

**EXHIBITS (Cont'd)**

                                                    <u>Page No.:</u>

<u>On behalf of the Government (Cont'd)</u>:

* ADJ-SW-10                                             45

ADJ-SW-12                                               45

ADJ-SW-13                                               45

ADJ-SW-14                                               45

ADJ-SW-15                                               45

ADJ-SW-16                                               45

ADJ-SW-17                                               45

ADJ-SW-18                                               45

ADJ-SW-19                                               45

* ADJ-SW-20                                             45

ADJ-SW-22                                               45

ADJ-SW-24                                               45

ADJ-SW-25                                               45

* ADJ-SW-27                                             45

* ADJ-SW-28                                             45

* ADJ-SW-29                                             45

* ADJ-SW-30                                             45


* (Removed from Evidence)                               52

### INDEX (Cont'd)

### EXHIBITS (Cont'd)

**Page No.:**

**On behalf of the Government (Cont'd):**

Levels SW-1                                              62

Levels SW-2                                              62

Levels SW-3                                              62

Levels SW-4                                              62

Levels SW-5                                              62

Levels SW-6                                              62

Levels SW-9                                              62

Levels SW-11                                             62

Levels SW-12                                             62

Levels SW-13                                             62

Levels SW-14                                             62

Levels SW-16                                             62

Levels SW-27                                             62

Levels SW-30                                             62

Levels SW-31                                             62

Levels SW-32                                             62

Levels SW-33                                             62

Levels SW-35                                             62

Levels SW-36                                             62

Levels SW-37                                             62

Levels SW-38                                             62

**INDEX (Cont'd)**

**EXHIBITS (Cont'd)**

<u>Page No.:</u>

<u>On behalf of the Government (Cont'd)</u>:

Levels SW-39                                          62

Levels SW-40                                          62

Levels SW-41                                          62

Levels SW-42                                          62

Levels SW-43                                          62

Levels SW-44                                          62

Levels SW-45                                          62

Levels SW-46                                          62

Levels SW-47                                          62

Levels SW-48                                          62

Levels SW-49                                          62

Levels SW-50                                          62

Levels SW-51                                          62

CERTIFICATE OF REPORTER


        I, Lisa Walker Griffith, certify that the foregoing

is a correct transcript from the record of proceedings in the

above-entitled matter.




_____        _____
Lisa Walker Griffith                              Date

**$**

$1,237 [1] 51/11
$5,000 [2] 13/20 14/19
$5700 [1] 13/17

**.**

==============X [2] 1/2 1/7

**0**

04 [1] 76/15
05 [2] 71/5 71/16
05-386 [2] 1/3 2/5

**1**

1,747 [2] 24/23 26/14
10 [15] 1/9 11/3 11/4 11/7
11/18 44/20 45/4 45/14
52/15 52/19 52/21 78/19
78/20 78/23 80/5
10-4 [3] 2/17 2/22 4/16
10-9 [1] 2/16
102 [1] 32/19
10441 [1] 3/25
10TH [1] 76/2
11 [9] 62/5 62/5 62/12 69/12
69/15 78/21 78/22 78/23
81/12
12 [14] 11/23 12/4 44/20
45/4 45/14 51/8 62/5 69/23
78/24 78/24 78/25 79/6 80/6
81/13
12-18-05 [1] 71/5
125.6 [2] 35/8 35/22
13 [16] 11/23 12/1 12/2 12/4
44/20 45/4 45/14 51/13 56/2
62/5 70/3 78/25 79/7 79/8
80/7 81/14
130 [1] 70/6
1350 [1] 1/18
14 [22] 11/23 12/1 12/2
12/16 31/24 32/9 33/10
33/20 34/15 35/3 44/20 45/4
45/14 46/22 62/5 62/5 62/12
71/11 79/6 79/9 80/8 81/15
15 [19] 10/6 10/7 10/9 10/11
34/15 35/4 36/2 36/18 44/21
45/4 45/14 46/25 78/20
79/10 79/11 79/12 79/13
79/14 80/9
1550 [1] 1/19
16 [11] 20/25 44/21 45/4
45/14 48/7 62/5 62/12 71/17
78/6 80/10 81/16
17 [7] 27/17 44/21 45/4
45/14 47/17 47/17 80/11
18 [12] 12/25 13/5 13/8
44/21 45/5 45/14 48/13
53/16 71/6 78/7 79/7 80/12
19 [11] 12/25 13/4 13/6
13/15 44/21 45/5 45/14
50/11 56/25 79/8 80/13
1960 [1] 60/17

**2**

2-18 [1] 71/6
20 [14] 13/21 14/2 14/4 14/5
14/14 39/19 39/23 44/21
45/7 45/14 52/10 52/21 79/9
80/14
200 [1] 1/18
2000 [3] 19/17 75/2 75/24
20001 [1] 1/22

20036 [1] 1/19
2004 [2] 75/6 76/2
2005 [9] 6/19 17/8 20/2 20/6
45/19 45/20 45/23 51/11
61/1
2006 [1] 20/7
2007 [1] 44/17
2013 [1] 1/7
202 [3] 1/14 1/19 1/23
202-538-3946 [1] 15/12
20530 [1] 1/14
2139 [1] 72/19
219 [1] 69/18
22 [5] 44/21 45/7 45/15 49/2
80/15
23RD [1] 17/2
24 [6] 44/21 45/7 45/15
50/24 53/5 80/16
24TH [4] 17/1 17/8 45/23
60/25
25 [16] 28/4 28/7 28/13 29/5
38/16 38/21 39/1 39/2 39/13
44/21 45/7 45/15 50/4 50/22
79/15 80/17
252-7685 [1] 1/14
27 [10] 44/21 45/7 45/15
52/14 52/22 62/5 62/12
73/12 80/18 81/17
28 [6] 44/21 45/7 45/15
52/14 52/22 80/19
28.5 [2] 32/21 33/7
29 [7] 44/21 45/7 45/15
52/14 52/17 52/22 80/20
2981 [1] 72/24
2:28 [1] 1/8
2ND [1] 40/22

**3**

3-1-04 [1] 76/15
30 [13] 44/21 44/22 45/8
45/15 52/14 52/18 52/22
62/5 62/12 73/17 79/16
80/21 81/18
30-A [3] 22/14 26/3 26/8
302 [1] 47/13
30TH [1] 51/11
31 [3] 62/5 73/21 81/19
32 [3] 62/5 74/1 81/20
3247 [1] 1/23
33 [5] 62/6 62/13 74/3 79/17
81/21
34 [1] 79/18
35 [5] 62/6 62/13 74/7 79/19
81/22
354-3247 [1] 1/23
36 [4] 62/6 74/10 79/20
81/23
3603 [1] 4/8
37 [4] 62/6 74/18 78/8 81/24
38 [3] 62/6 75/4 81/25
386 [2] 1/3 2/5
39 [8] 29/1 29/14 29/16 31/6
31/8 62/6 75/7 82/5
3946 [1] 15/12

**4**

4-12-05 [1] 71/16
40 [9] 15/1 15/2 15/6 15/16
22/4 62/6 75/13 79/11 82/6
408 [1] 6/19
41 [9] 15/1 15/2 15/6 15/14
22/10 62/6 75/20 79/12 82/7
4110 [1] 1/13

42 [8] 62/6 62/13 75/22 82/8
43 [14] 15/4 15/6 15/6 16/7
16/7 16/13 62/4 62/13 65/9
79/13 82/9
44 [3] 62/6 62/13 82/10
45 [31] 15/1 15/2 15/6 15/23
62/6 62/13 76/11 78/9 79/14
79/21 79/22 79/23 79/24
80/5 80/6 80/7 80/8 80/9
80/10 80/11 80/12 80/13
80/14 80/15 80/16 80/17
80/18 80/19 80/20 80/21
82/11
46 [7] 25/11 25/20 25/23
62/6 62/13 79/15 82/12
47 [7] 30/12 30/21 30/23
31/5 31/7 79/16 82/13
48 [4] 32/24 33/5 79/17
82/14
49 [9] 27/17 33/18 34/1 34/5
34/7 38/9 38/10 79/18 82/15
493 [1] 71/23
4:46 [1] 77/23

**5**

50 [5] 35/14 35/15 35/18
79/19 82/16
51 [7] 36/10 36/15 36/20
62/7 62/14 79/20 82/17
52 [2] 27/12 80/24
53 [1] 78/10
549 [1] 25/5
549.3 [2] 25/5 26/15
555 [1] 1/13
58 [1] 27/12
59 [1] 78/11
597 [1] 47/13

**6**

6.5 [2] 36/12 36/24
607 [1] 7/7
61 [1] 27/12
62 [34] 81/5 81/6 81/7 81/8
81/9 81/10 81/11 81/12
81/13 81/14 81/15 81/16
81/17 81/18 81/19 81/20
81/21 81/22 81/23 81/24
81/25 82/5 82/6 82/7 82/8
82/9 82/10 82/11 82/12
82/13 82/14 82/15 82/16
82/17
64 [1] 25/6
6507 [1] 1/22
6:00 [2] 61/8 61/8
6:18 [1] 45/23

**7**

7-C [1] 9/12
713-493 [1] 71/23
7614 [1] 72/25
7685 [1] 1/14
775-1550 [1] 1/19
79 [1] 4/10
7921 [3] 4/10 4/19 45/25
7A [6] 10/6 10/7 10/9 10/10
10/14 78/19
7B [4] 9/10 9/16 10/2 78/17
7C [2] 9/17 78/18
7s [1] 18/11

**8**

80 [1] 27/13
81 [1] 24/24

**8**

8550 [1] 75/16
87 [1] 32/21
88.2 [2] 33/24 34/11
8TH [1] 11/17

**9**

9-2 [4] 2/22 3/7 3/12 3/19
90 [5] 28/1 28/1 35/9 36/13
 39/6
909 [1] 72/11
91 [1] 33/24
922 [1] 6/19
94 [1] 30/10
95 [1] 39/5
9508 [3] 22/9 26/9 29/19
9508-40 [1] 22/4
9508-49 [1] 27/17
96.4 [3] 30/9 30/18 31/2
97 [3] 26/25 28/4 38/25
98 [1] 24/4
98.01 [1] 24/22
98.02 [1] 25/4
9:15 [1] 77/5
9:30 [1] 76/20
9TH [1] 4/22

**A**

A.M [2] 61/8 61/9
ABLE [7] 2/24 4/14 27/23
 43/10 55/15 64/14 65/11
ABOUT [31] 3/7 3/9 3/14 3/18
 3/19 4/2 4/5 5/10 6/16 7/10
 8/6 13/17 21/7 25/13 31/19
 32/3 32/8 33/13 35/3 42/20
 43/1 43/4 44/1 50/22 53/6
 54/3 55/2 57/25 58/7 60/15
 76/21
ABOVE [2] 72/24 83/7
ABOVE-ENTITLED [1] 83/7
ABSOLUTELY [2] 32/5 37/10
ACCEPT [2] 21/9 21/9
ACCEPTED [1] 21/5
ACTUAL [6] 10/19 12/16 16/1
 55/15 63/3 75/15
ACTUALLY [18] 18/10 24/3
 27/21 48/17 51/51/6 51/19 52/3
 53/10 62/16 62/22 67/5 68/3
 69/2 71/18 72/19 73/9 75/8
 75/9
ADAMS [3] 31/25 33/1 73/8
ADDITIONAL [4] 13/18 39/12
 74/22 74/23
ADDRESS [11] 4/15 5/6 16/1
 16/9 42/21 46/14 69/19
 74/20 74/24 75/15 76/14
ADJ [35] 44/20 44/23 44/24
 45/2 45/13 46/21 46/25
 47/17 49/9 52/8 52/21 53/16
 56/2 56/25 79/21 79/22
 79/23 79/24 80/5 80/6 80/7
 80/8 80/9 80/10 80/11 80/12
 80/13 80/14 80/15 80/16
 80/17 80/18 80/19 80/20
 80/21
ADJ-17 [1] 47/17
ADJ-7 [1] 49/9
ADJ-SW [1] 46/21
ADJ-SW-10 [2] 52/21 80/5
ADJ-SW-12 [1] 80/6
ADJ-SW-13 [2] 56/2 80/7
ADJ-SW-14 [1] 80/8

ADJ-SW-15 [2] 46/25 80/9
ADJ-SW-16 [2] 47/17 80/10
ADJ-SW-17 [1] 80/11
ADJ-SW-18 [2] 53/16 80/12
ADJ-SW-19 [2] 56/25 80/13
ADJ-SW-20 [1] 80/14
ADJ-SW-22 [1] 80/15
ADJ-SW-24 [1] 80/16
ADJ-SW-25 [1] 80/17
ADJ-SW-27 [1] 80/18
ADJ-SW-28 [1] 80/19
ADJ-SW-29 [1] 80/20
ADJ-SW-30 [1] 80/21
ADJ-SW-4 [3] 44/20 45/13
 79/21
ADJ-SW-7 [1] 79/22
ADJ-SW-8 [1] 79/23
ADJ-SW-9 [1] 79/24
Administration [3] 19/7 20/12
 21/14
ADMISSION [3] 10/6 11/3 11/23
ADMITTED [9] 9/15 12/3 14/4
 15/4 34/5 35/15 36/18 62/8
 71/2
ADMONISH [1] 5/8
Adrian [11] 2/15 3/1 4/25
 40/7 45/2 45/25 46/16 51/10
 54/25 55/3 55/5
ADVERTISEMENT [2] 73/24 74/2
ADVISE [1] 18/7
AFTER [12] 12/17 20/14 20/17
 32/19 37/3 40/20 45/23
 51/18 57/9 57/10 59/13
 77/16
AFTERNOON [11] 2/1 5/11 7/25
 18/19 18/20 18/24 18/25
 58/21 58/23 59/20 59/21
AFTERWARDS [1] 76/8
AGAIN [19] 5/8 9/5 11/24
 12/17 14/14 15/24 21/8
 29/25 32/12 33/6 34/25 36/8
 36/22 40/11 42/2 49/4 59/25
 68/21 72/22
Agency [2] 74/11 76/13
AGENT [23] 6/8 8/11 8/17
 10/13 12/7 16/22 16/24 17/6
 17/9 40/7 43/23 44/5 44/15
 45/21 47/6 52/2 53/10 57/17
 62/24 67/6 67/23 68/25 78/5
AGENT's [1] 11/20
AGENTS [2] 16/25 46/12
AGREE [1] 7/23
AGREED [1] 18/8
AGREEMENT [1] 75/23
AHEAD [6] 4/25 8/9 14/10
 60/5 61/24 70/9
AJ [3] 44/23 44/25 45/1
ALERT [1] 46/4
ALL [53] 2/6 3/22 3/25 4/9
 4/11 4/24 5/7 6/2 7/2 8/2
 8/8 9/1 16/19 17/7 17/12
 17/23 18/6 21/5 22/22 24/1
 29/16 29/18 29/21 30/17
 30/18 32/18 36/9 37/6 38/4
 38/15 38/16 39/14 41/1
 42/22 43/18 45/3 45/12 52/5
 54/22 54/25 58/4 58/13 61/5
 61/6 61/20 63/11 65/25
 67/18 68/13 71/2 71/25
 74/25 77/6
Allendale [7] 2/19 3/3 4/8
 4/9 4/11 4/15 45/25
ALLOWS [2] 24/1 39/5

ALONE [1] 7/19
ALONG [3] 35/10 43/19 76/22
ALREADY [6] 4/22 22/4 27/11
 31/23 34/14 46/21
ALSO [14] 4/10 18/7 26/24
 35/23 36/24 37/7 42/19 49/7
 52/15 52/19 64/20 72/18
 73/22 74/2
ALTHOUGH [2] 15/21 65/6
AM [1] 71/17
AMERICA [2] 1/3 2/4
AMMUNITION [7] 51/2 51/7 59/1
 68/18 69/1 69/5 69/6
AMONG [1] 8/3
AMOUNT [2] 13/18 51/11
AMOUNTS [1] 49/20
ANALYSIS [31] 12/17 22/16
 23/2 23/5 23/13 24/4 24/21
 27/1 27/14 27/18 27/22 30/2
 30/5 30/8 32/1 32/7 32/15
 32/20 33/10 33/23 34/18
 35/6 35/7 36/4 36/12 37/3
 37/6 38/1 38/2 39/11 50/3
ANALYZATION [1] 39/8
ANALYZE [3] 31/20 54/4 54/7
ANALYZED [5] 10/25 22/7
 30/25 37/2 38/14
AND/OR [2] 67/2 73/6
Andy [1] 41/5
ANOTHER [10] 13/20 16/8 22/9
 50/10 57/18 63/12 63/19
 64/5 72/15 76/12
answer [1] 31/14
ANTOINE [7] 1/5 1/16 2/5
 45/1 54/23 55/2 55/5
ANY [42] 5/22 6/11 7/10 8/22
 8/22 10/7 11/4 12/23 13/2
 14/22 15/2 16/12 16/24 17/4
 17/5 17/9 19/21 3 21/24
 22/16 22/19 23/1 25/15
 30/15 32/25 34/3 35/15
 36/17 37/24 39/8 39/9 44/2
 45/10 51/17 54/22 54/25
 55/2 55/5 56/7 56/13 58/4
 64/6
ANYBODY [8] 8/3 38/21 54/4
 54/7 54/19 56/9 56/15 60/2
ANYTHING [13] 2/21 3/19 4/6
 8/6 32/3 32/11 34/19 40/16
 52/11 52/24 58/11 74/13
 77/20
APPEAR [2] 27/13 27/17
APPEARANCES [1] 1/11
APPEARS [2] 23/11 74/25
APPREHENDED [2] 60/13 60/14
APPROXIMATELY [4] 11/17 20/24
 20/25 46/12
April [1] 19/16
ARE [49] 2/6 2/7 2/18 6/15
 9/5 9/14 15/18 16/22 19/18
 19/25 20/12 21/13 21/15
 22/6 22/22 23/23 23/25 24/9
 24/25 26/3 26/8 28/9 28/9
 29/10 31/9 31/22 31/23
 34/14 34/16 37/19 37/21
 39/12 40/12 41/14 42/9
 44/13 45/3 48/6 49/19 52/18
 53/3 53/18 55/11 65/11
 69/23 70/17 72/18 77/8 77/8
AREA [10] 47/20 63/5 63/12
 63/12 63/20 63/21 63/21
 64/15 67/21 68/3
AREN'T [1] 62/1

Case 1:05-cr-00386-ESH   Document 687-1   Filed 08/29/13   Page 86 of 98

## A

**AROUND** [1] 17/4
**ARREST** [3] 46/15 46/19 46/19
**ARRESTED** [4] 47/25 51/13
51/17 51/18
**ARRIVES** [1] 21/17
**ARRIVING** [1] 46/17
**ARROWS** [1] 72/1
**AS** [66] 2/9 2/9 2/22 9/20
10/6 10/6 11/20 13/23 13/23
13/24 14/20 15/9 15/25 19/7
19/17 20/3 20/19 20/21 21/2
21/5 21/19 22/24 22/24 24/3
24/6 24/21 25/10 28/13
28/13 31/23 32/1 32/22
33/10 33/10 33/17 33/17
35/10 35/20 35/23 36/5 36/9
36/25 37/8 44/8 45/20 45/25
46/15 46/15 46/19 46/19
47/6 47/13 47/14 47/14
49/17 49/19 51/13 52/8 57/5
57/6 57/8 62/21 63/16 66/17
73/11 76/22
**ASHBY** [7] 8/11 8/17 10/13
12/7 16/22 16/24 78/5
**ASK** [19] 3/5 19/9 20/2 21/12
22/12 22/15 22/18 22/19
22/20 26/17 30/4 31/19
31/25 34/17 45/20 48/5
57/24 58/2 60/15
**ASKED** [3] 6/7 6/10 40/12
**ASKING** [2] 41/9 67/8
**ASSESS** [1] 21/7
**ASSESSMENT** [1] 4/7
**ASSIGNMENTS** [1] 21/19
**ASSIST** [2] 60/24 73/2
**ASSOCIATE** [4] 19/19 19/20
19/22 20/20
**ASSOCIATED** [1] 21/18
**ASSUME** [1] 41/2
**ASSUMING** [2] 15/21 56/12
**ATLANTIC** [2] 20/8 20/15
**ATTACHED** [1] 65/6
**ATTACHMENT** [1] 3/21
**ATTACK** [1] 7/11
**ATTENTION** [2] 20/2 45/19
**ATTORNEY'S** [1] 1/13
**AUSA** [2] 1/12 1/12
**AUTHORIZED** [2] 46/18 60/25
**AUTOMATIC** [1] 64/10
**AVAILABLE** [1] 42/10
**AVENUE** [7] 1/18 60/17 74/8
75/15 75/16 75/23 76/4
**AVERAGED** [1] 28/19
**AWARE** [2] 58/25 70/17

## B

**BACHELOR'S** [1] 19/13
**BACK** [11] 5/12 7/4 13/13
16/13 20/2 20/6 36/14 37/3
45/19 50/1 67/18
**BACKGROUND** [3] 19/11 19/12
19/13
**BAG** [11] 29/5 48/15 48/23
49/4 49/6 49/6 50/2 54/20
55/2 55/19 55/23
**BAGGIE** [6] 9/23 10/19 10/21
11/15 11/16 11/19
**BAGS** [1] 55/22
**BALTIMORE** [1] 46/14
**BAR** [3] 63/11 63/20 63/22
**BASE** [6] 24/8 24/17 25/4

**BASED** [1] 67/7
**BASIS** [4] 4/16 65/18 65/22
66/3
**BE** [57] 2/13 2/24 2/24 3/3
3/16 5/8 6/17 6/22 7/21
7/22 8/2 8/5 8/21 9/24
12/14 13/17 14/19 16/24
17/20 18/18 19/22 21/5
22/14 24/5 24/18 24/22 25/4
27/13 27/17 28/15 29/13
35/8 35/15 41/9 41/10 41/18
42/20 43/10 43/14 44/6
53/21 55/15 58/17 61/5
61/22 62/1 64/2 64/2 64/14
64/15 68/21 71/25 74/25
76/21 77/5 77/12 77/13
**BEARING** [2] 74/4 75/5
**BEARS** [4] 69/18 70/4 74/11
75/11
**BECAUSE** [13] 3/18 3/23 6/25
9/14 24/5 24/9 41/10 42/17
49/19 61/5 61/6 70/22 73/4
**BED** [2] 11/12 51/1
**BEDROOM** [13] 8/25 9/1 9/2
9/21 9/25 10/23 11/12 13/20
14/16 16/3 48/9 48/9 49/16
**BEDROOMS** [1] 8/22
**BEEN** [25] 3/14 4/14 13/10
13/13 19/16 19/20 25/10
33/17 36/9 39/13 48/18 50/1
51/2 51/12 59/24 60/1 60/11
60/13 60/14 60/14 60/22
63/20 64/15 71/2 76/15
**BEFORE** [26] 1/9 3/5 3/25 4/21
5/6 8/18 8/21 17/2 20/21
21/7 22/1 29/22 32/4 37/7
43/14 43/17 46/17 49/9
50/19 51/20 54/17 54/17
57/8 60/16 67/5 77/6
**BEGAN** [3] 46/10 46/11 50/20
**BEHALF** [6] 78/4 78/16 79/4
80/4 81/4 82/4
**BEHIND** [4] 14/16 64/15 67/21
76/22
**BEING** [8] 7/21 20/14 24/6
24/7 42/11 64/19 64/21 68/2
**BELIEVE** [11] 5/23 16/2 33/14
47/19 54/5 54/9 54/11 54/15
54/15 64/3 71/20
**BELOW** [2] 72/6 72/11
**BELT** [2] 50/15 50/15
**BENEFIT** [1] 19/2
**BET** [1] 12/14
**BETTER** [2] 5/19 7/7
**BETWEEN** [2] 13/11 75/24
**BILL** [4] 69/18 70/4 75/24
76/3
**BIT** [2] 9/24 13/13
**BLACK** [14] 11/15 11/16 11/19
14/21 15/15 27/9 27/13 28/5
38/16 48/23 49/22 64/15
64/18 68/6
**BLADENSBURG** [1] 60/23
**BLUE** [10] 11/11 27/9 27/17
28/5 32/6 32/12 38/16 73/14
73/14 73/22
**BLURRY** [2] 64/5 65/2
**BOTH** [4] 8/4 23/25 28/4 46/12
**BOTTOM** [14] 22/24 26/12
30/24 32/7 32/14 33/7 34/9
35/2 35/20 36/22 65/1 69/22
73/8 75/14

**BOULEVARD** [5] 73/15 73/25
74/2 74/6 75/9
**BOWIE** [2] 74/8 75/16
**BOX** [13] 11/11 11/14 12/10
12/13 12/21 13/12 24/20
29/24 51/4 64/18 65/7 68/2
68/6
**BOXES** [5] 26/18 28/22 29/3
29/4 29/25 30/13 31/6 31/9
57/7
**BREAK** [9] 8/15 8/18 17/24
37/14 41/10 42/6 59/4 59/10
77/15
**BREAKFAST** [1] 76/20
**BREAKING** [2] 74/5 75/6
**BRIAN** [1] 1/17
**BRICKS** [4] 27/8 28/5 28/9
28/14
**BRIEF** [1] 40/3
**BRIEFLY** [5] 19/9 20/10 21/12
23/7 47/4
**BRING** [4] 7/4 7/6 17/22 18/8
**BRINGING** [1] 18/9
**BROUGHT** [3] 5/7 59/1 73/2
**BROWN** [2] 74/11 76/13
**BUNCH** [1] 73/14
**BUNDLE** [1] 13/20

## C

**C-O-U-N-T-S** [1] 44/15
**C.7** [1] 9/10
**CALL** [9] 2/2 4/8 6/8 15/25
24/12 40/6 40/8 40/13 43/22
**CALLED** [10] 7/11 7/21 13/22
14/15 15/15 28/3 39/16
43/15 47/3 47/12
**CALLING** [2] 7/13 7/18
**CAME** [8] 4/1 22/12 31/24
53/14 56/18 56/19 68/18
69/7
**CAN** [63] 2/2 2/10 3/5 3/18
4/25 5/10 9/20 9/22 10/15
11/20 11/21 12/9 12/20
13/11 13/23 14/7 14/8 14/19
15/9 15/18 16/13 16/15 18/1
22/23 24/20 24/20 29/14
30/4 33/18 37/6 37/14 40/4
40/12 42/8 43/14 43/14
43/16 44/12 44/12 48/7
48/17 48/17 49/2 50/4 51/8
53/23 59/9 59/10 60/5 61/19
62/18 62/19 63/18 64/25
65/6 69/1 71/24 72/6 76/5
76/8 76/19 76/25 77/1
**CAN'T** [8] 41/22 41/25 42/14
53/24 54/16 57/24 58/2
69/13
**CANNOT** [1] 6/8
**CAPACITY** [2] 19/5 22/3
**CAR** [1] 4/20
**CARDS** [2] 15/17 69/24
**CARE** [1] 67/10
**CAREFULLY** [1] 65/5
**CARLOS** [1] 60/11
**CARPET** [1] 68/3
**CARPETED** [1] 68/6
**CARRY** [1] 75/15
**CARTER** [2] 40/9 40/15
**CASE** [18] 1/3 2/3 2/5 5/10
5/18 8/2 8/7 17/6 21/8 22/8
27/2 28/3 38/25 43/14 43/20
43/21 76/21 76/23
**CASES** [4] 6/11 6/14 6/22 7/17

## C

CASH [5] 13/12 13/18 13/25
14/19 70/5
CELL [2] 73/9 75/12
CENTER [1] 61/4
CERTAIN [1] 38/23
CERTAINLY [4] 3/15 5/10 5/17
6/3
CERTAINTY [2] 37/9 39/6
CERTIFICATE [1] 83/3
CERTIFY [1] 83/5
CHANCE [1] 66/20
CHANGED [3] 6/17 7/1 25/13
CHARGE [1] 20/18
CHECK [7] 3/8 3/14 3/24
40/22 42/15 45/4 56/15
CHEMICAL [3] 22/16 36/4 38/2
CHEMIST [8] 17/21 17/22 19/8
19/17 19/20 20/4 20/15
37/21
CHEMISTRY [4] 19/14 20/22
21/2 21/6
CHEMISTS [1] 21/19
CHEST [1] 9/20
CHROMATOGRAPHY [2] 23/20
23/20
CHUNK [1] 49/25
CIRCLE [1] 48/17
CIRCUIT [2] 6/18 7/9
CIRCUMSTANCES [1] 46/10
CITE [1] 6/21
CITED [3] 7/17 43/14 43/17
CITES [1] 6/12
CITY [2] 20/1 20/19
CLAIMED [1] 54/19
CLEAR [7] 2/19 8/9 23 29/13
37/14 66/12 72/21
CLEARED [2] 44/1 59/2
CLEARLY [1] 2/18
CLEVER [1] 43/7
CLOSE [2] 10/3 13/16
CLOSE-UP [2] 10/3 13/16
CLOSET [7] 14/16 50/19 50/21
57/6 57/7 57/18 57/21
CLOTHES [2] 14/17 51/18
CLUB [8] 56/16 56/16 60/15
64/7 70/15 70/16 70/18
71/14
COCAINE [35] 9/24 10/3 10/19
10/24 11/17 11/20 12/14
12/16 24/6 24/8 24/17 24/17
24/22 25/4 26/14 26/14
26/25 28/8 30/9 30/18 31/2
32/20 33/24 34/12 35/9
35/22 35/24 35/25 36/13
36/24 36/25 37/7 37/8 37/8
54/8
COLLEGE [1] 19/14
COLOR [1] 27/7
COLORS [1] 27/6
COLUMBIA [1] 1/1
COMBINATION [1] 14/18
COMBINE [1] 24/10
COME [6] 2/21 7/5 7/14 26/24
42/14 63/4
COMES [1] 50/1
COMFORT [2] 70/4 71/9
COMING [2] 9/14 40/13
COMMENTS [4] 5/12 5/20 5/21
6/3
COMMUNICATION [1] 61/4
COMPARE [1] 63/9

COMPLETE [2] 37/3 77/4
COMPLETELY [1] 28/14
COMPONENTS [1] 24/1
COMPOSITE [2] 28/10 28/11
COMPOUNDS [2] 24/2 24/9
COMPUTER [1] 1/25
CONCERN [1] 6/2
CONCERNED [1] 28/13
CONCERNS [1] 61/6
CONCLUDE [1] 23/24
CONCLUDED [1] 21/22
CONDITION [1] 10/23
CONDUCT [2] 23/4 46/15
CONDUCTED [1] 50/3
CONDUCTING [1] 26/25
CONFIDENCE [1] 27/25
CONFIRMATORY [3] 23/25 24/2
28/6
CONFIRMED [1] 28/7
CONNECTICUT [1] 1/18
CONSULT [1] 14/8
CONSULTANTS [1] 74/5
CONT'D [13] 8/13 79/1 79/2
79/4 80/1 80/2 80/4 81/1
81/2 81/4 82/1 82/2 82/4
CONTAIN [3] 28/8 32/20 39/6
CONTAINED [5] 28/2 29/4 30/9
33/23 73/22
CONTAINERS [1] 39/6
CONTAINING [1] 35/9
CONTENTS [2] 29/14 32/15
CONTRABAND [2] 8/22 9/1
CONTROLLED [1] 39/7
CONVENIENTLY [1] 76/6
CONVERSATIONS [1] 8/5
COPIES [1] 74/25
COPY [9] 2/14 36/11 43/13
71/12 74/19 74/21 75/24
76/1 76/12
CORNER [1] 14/20
CORRECT [29] 9/4 10/1 15/3
24/14 26/4 26/13 26/15 27/5
28/24 28/25 31/4 31/11
31/13 34/12 34/13 35/21
36/2 36/3 36/25 37/1 37/22
38/5 38/18 41/21 45/9 50/16
57/10 57/14 83/6
CORRESPONDS [1] 47/20
COULD [57] 2/21 8/15 10/14
12/8 12/12 13/24 14/1 14/13
19/9 21/12 23/7 23/22 24/9
24/19 27/20 29/2 29/8 32/2
33/13 33/21 36/7 42/15
42/17 46/9 46/22 46/25 47/4
47/17 48/6 48/13 49/13
49/17 50/17 50/24 51/4 51/5
51/23 52/16 55/7 57/22 59/4
59/22 59/25 60/20 62/17
62/20 63/1 64/22 65/5 65/7
65/10 68/19 68/20 68/22
72/3 73/3 77/5
COULDN'T [1] 3/9
COUNSEL [2] 2/6 42/21
COUNT [1] 56/3
COUNTER [3] 65/12 65/20
65/24
COUNTS [10] 40/7 40/13 41/1
43/1 43/23 44/5 44/15 53/3
57/12 78/3
COUNTY [1] 46/13
COUPLE [6] 6/12 17/21 20/14
41/11 52/3 59/24
COUPLED [1] 23/20

COURT [21] 1/1 1/21 5/6 5/7
5/7 6/6 6/7 6/9 6/10 6/12 14/8
18/7 19/2 41/9 43/24 44/13
46/4 46/18 58/25 60/24
61/13 77/23
COURT'S [6] 6/24 16/10 18/4
29/8 51/23 52/16
COURTHOUSE [1] 1/21
COURTNEY [1] 1/12
COURTROOM [4] 8/4 8/5 37/14
43/24
CRACK [3] 24/13 24/18 37/8
CREDIBILITY [1] 7/12
CRESCENT [2] 3/10 3/25
CRIME [1] 57/6
CRIMINAL [1] 1/3
CROSS [5] 16/20 37/17 53/1
59/10 78/3
CROSS-EXAMINATION [4] 16/20
37/17 53/1 59/10
CURIOSITY [1] 41/22
CURRENCY [2] 51/14 51/21
CURRENT [1] 19/19
CURRENTLY [2] 19/18 20/19
CUT [1] 23/12

## D

D.C [3] 1/7 1/22 60/17
DANCE [1] 63/21
DARLENE [1] 17/20
DATE [6] 4/8 29/7 32/14 66/5
71/5 83/12
DATED [3] 51/11 75/6 76/2
DAVE [1] 67/6
DAY [4] 1/9 17/1 53/5 77/23
DAYS [1] 59/24
DC [2] 1/14 1/19
DEA [17] 10/25 18/11 19/16
25/17 25/24 25/25 27/24
30/5 30/13 30/15 31/5 31/7
32/19 32/25 35/10 35/14
36/17
DEA-7 [9] 25/17 25/24 30/5
30/15 31/5 31/7 35/10 35/14
36/17
DEA-7S [1] 18/11
DEFENDANT [2] 1/6 1/16
DEFENSE [2] 6/8 43/21
DEGREE [2] 19/14 37/9
DELETE [1] 71/25
DEMETRIUS [8] 2/8 3/4 3/9
40/17 40/22 41/5 72/25
77/17
DENIED [2] 3/3 46/7
DEPENDING [1] 40/10
DEPENDS [1] 53/15
DEPICTED [3] 22/6 64/24 65/4
DESCRIBE [11] 10/14 12/8
14/14 15/18 21/12 22/21
60/20 62/19 62/20 63/18
65/10
DESCRIPTION [1] 23/11
DESK [1] 29/21
DETECTIVE [17] 3/7 29/19
29/23 40/8 40/14 41/18
42/11 43/11 57/17 57/20
58/17 58/22 58/24 60/5 60/9
69/8 70/12
DETECTOR [1] 23/21
DETERMINE [2] 28/20 37/6
DETERMINED [7] 24/22 25/4
28/15 28/21 33/23 35/8
38/24

# D

**DIAGRAM** [1] 62/22
**DID** [70] 3/7 3/13 5/23 12/18 14/22 16/24 17/8 23/4 23/4 23/8 23/24 25/7 25/7 26/24 30/5 30/18 31/19 32/15 32/17 32/22 32/23 33/10 33/12 35/6 35/7 35/10 36/4 36/6 37/2 37/24 38/21 39/3 39/8 44/16 45/24 46/2 46/17 46/20 47/11 47/16 52/2 53/6 53/8 53/12 54/4 54/7 54/9 54/12 54/22 54/25 56/3 56/7 56/9 56/11 56/12 56/13 56/15 57/6 58/4 60/2 60/24 61/2 63/8 66/8 66/12 67/7 67/21 68/10 71/21 75/18
**DIDN'T** [4] 3/8 6/1 59/7 75/8
**DIFFERENCE** [1] 29/24
**DIFFERENT** [6] 20/14 24/5 24/9 24/10 27/7 28/18
**DIGITAL** [3] 9/22 10/16 12/22
**DIRECT** [7] 8/13 18/22 20/2 45/17 45/19 59/18 78/3
**DIRECTED** [1] 61/6
**DIRECTIONS** [3] 2/17 2/23 4/13
**DIRECTOR** [4] 19/19 19/21 19/23 20/20
**DISCUSS** [2] 5/18 42/20
**DISCUSSED** [1] 6/7
**DISCUSSING** [2] 8/2 8/18
**DISCUSSION** [2] 4/9 14/9
**DISTANCE** [1] 42/11
**DISTRIBUTED** [1] 21/18
**DISTRICT** [4] 1/1 1/1 1/10 1/21
**Division** [1] 46/14
**DNA** [2] 17/4 55/5
**DO** [62] 2/10 3/8 4/5 6/1 6/11 8/6 13/8 13/15 13/21 16/12 18/2 18/11 22/5 22/10 22/22 23/15 23/16 23/23 25/14 27/6 27/8 27/12 27/17 29/1 30/24 32/11 34/19 36/10 36/11 37/2 39/4 40/16 40/23 41/16 49/11 50/11 50/13 54/14 54/19 55/22 56/18 56/19 56/20 59/4 59/6 59/8 59/9 60/9 60/10 63/23 64/1 64/4 64/17 64/20 65/19 69/25 70/21 76/5 77/1 77/2 77/3 77/5
**DOCKET** [1] 2/13
**DOCUMENT** [12] 15/23 16/8 62/17 69/15 71/21 73/2 73/18 74/7 74/10 74/14 74/22 76/7
**DOCUMENTED** [1] 30/5
**DOCUMENTING** [2] 47/8 47/8
**DOCUMENTS** [5] 14/22 69/8 70/12 70/17 75/18
**DOES** [3] 11/18 19/22 55/17
**DOESN'T** [2] 4/14 29/25
**DOING** [4] 16/22 29/10 37/19 53/3
**DOLLARS** [1] 56/6
**DON'T** [33] 2/19 5/25 7/9 7/15 17/6 17/23 18/13 20/10 24/19 24/25 29/22 32/1 33/14 33/14 33/21 36/8 38/1 42/1 44/1 44/2 44/23 48/19 55/25 57/16 57/22 60/4 63/3

67/10 71/3 71/25 76/19 76/20 76/18 77/21
**DONALD** [1] 72/18
**DONE** [3] 20/11 28/19 42/12
**DOOR** [6] 13/24 14/17 46/24 64/15 64/16 67/21
**DOUBLE** [1] 45/4
**DOUBLE-CHECK** [1] 45/4
**Douglas** [2] 6/19 43/16
**DOWN** [13] 4/19 9/21 17/17 26/17 32/13 41/10 58/13 64/25 69/19 72/14 72/25 73/8 73/9
**DOZEN** [1] 46/12
**DRAWER** [1] 9/21
**DRAWERS** [1] 9/20
**DRAWN** [1] 62/23
**DRIVE** [7] 4/9 4/9 4/11 4/11 26/9 29/20 46/1
**DRIVING** [1] 3/13
**DRUG** [3] 19/7 20/11 21/13
**DRUGS** [4] 17/5 37/25 49/20 53/9
**DUE** [1] 43/19
**Duluth** [2] 70/2 71/10
**DURATION** [1] 21/21
**DURING** [9] 4/7 5/9 17/8 20/3 47/22 57/6 64/6 66/6 69/9
**DUST** [1] 13/13

# E

**EACH** [13] 5/9 5/12 6/3 24/21 27/7 28/6 28/6 28/7 28/10 28/13 28/17 29/5 29/5
**EARLIER** [1] 46/6
**EARLY** [2] 20/7 59/10
**EARNING** [1] 16/5
**EASIEST** [1] 3/16
**EASILY** [1] 4/13
**EASY** [1] 2/11
**EDIT** [1] 43/9
**EDUCATIONAL** [2] 19/11 19/13
**EFFECTIVE** [1] 76/15
**EIGHT** [2] 32/21 52/17
**Eighteen** [1] 13/4
**EITHER** [4] 2/10 2/20 43/2 51/14
**ELICIT** [1] 40/21
**ELIZABETH** [3] 18/17 19/6 78/7
**ELLEN** [1] 1/9
**Elmo** [1] 62/20
**ELSE** [7] 5/25 8/3 39/3 52/11 58/11 74/13 77/20
**EMPLOYED** [8] 19/4 19/7 19/16 19/18 19/25 20/3 20/6 45/20
**EMPLOYEE** [1] 76/13
**EMPTY** [1] 12/10
**ENABLES** [2] 27/25 28/11
**END** [4] 21/8 42/10 63/13 76/23
**ENDED** [2] 24/6 24/7
**ENDING** [1] 41/18
**ENDS** [4] 10/24 72/19 72/24 72/25
**Enforcement** [3] 19/7 20/11 21/14
**ENOUGH** [1] 39/21
**ENTERED** [1] 54/17
**ENTERING** [1] 17/3
**Entertainment** [1] 51/10
**ENTITLED** [1] 83/7
**ENTRANCE** [2] 63/4 63/25

**ENVELOPE** [1] 68/16
**ENVELOPES** [2] 9/16 34/20
**ERRIN** [1] 1/17
**EVEN** [8] 2/15 2/19 3/2 4/1 4/21 22/3 62/18 75/18
**EVENING** [2] 6/23 59/5
**EVER** [1] 4/1
**EVERYBODY** [1] 8/1
**EVERYBODY'S** [1] 8/1
**EVERYTHING** [6] 31/6 31/8 50/20 52/2 57/7 76/21
**EVIDENCE** [51] 9/17 10/11 11/8 12/5 13/6 14/3 14/6 15/6 20/18 21/17 21/20 21/20 22/2 22/5 23/12 23/12 25/13 25/21 27/11 29/16 29/17 29/19 30/12 30/21 31/23 33/5 34/2 34/7 34/14 35/13 35/18 36/16 36/20 37/3 37/5 44/19 45/16 46/21 47/9 47/13 49/18 52/22 53/11 54/17 56/10 56/23 62/14 71/3 71/4 80/24
**EVIDENTIARY** [1] 48/2
**EXACTLY** [3] 12/18 62/2 66/17
**EXAMINATION** [9] 8/13 16/20 18/22 34/24 37/17 45/17 53/1 59/10 59/18
**EXCLUDES** [1] 7/13
**EXCUSE** [2] 14/8 25/5
**EXCUSED** [4] 17/15 17/18 40/2 58/15
**EXECUTE** [1] 60/24
**EXECUTED** [2] 8/19 61/3
**EXECUTION** [4] 47/5 47/23 60/24 66/6
**EXHIBIT** [72] 9/16 10/10 10/18 11/6 12/4 12/16 12/19 13/5 14/5 15/5 15/8 15/8 15/13 16/7 22/4 24/3 24/4 24/4 24/22 24/22 25/4 25/11 25/20 27/2 27/11 27/12 27/12 27/16 29/1 29/6 29/14 30/8 30/20 31/6 31/8 32/8 32/13 32/19 32/19 33/4 33/20 33/23 34/6 34/15 35/1 35/7 35/17 36/2 36/8 36/19 38/10 45/13 47/17 48/13 49/2 49/8 49/21 49/24 50/4 50/11 51/8 52/21 54/15 62/11 63/23 64/24 65/2 65/3 65/9 67/24 67/25 71/17
**EXHIBITS** [13] 22/14 22/22 23/18 26/3 37/2 52/8 61/11 77/18 78/14 79/2 80/2 81/2 82/2
**EXISTENCE** [1] 4/1
**EXPECT** [1] 43/19
**EXPERIENCE** [1] 19/11
**EXPERT** [5] 20/21 21/2 21/6 21/7 21/10
**EXPLAIN** [6] 19/10 23/7 26/6 27/20 49/17 50/17
**Express** [2] 69/17 69/25
**EXTRAPOLATE** [1] 27/23
**EXTRAPOLATION** [1] 28/19
**EYEBALL** [1] 16/25

# F

**F.3D** [1] 6/19
**FACT** [3] 2/16 57/17 76/14
**FACTS** [1] 7/20
**FALL** [2] 20/6 45/20

## F

FAMILIAR [1] 60/18
FAR [2] 2/9 28/13
FBI [5] 8/17 44/15 45/20 46/14 47/12
FEATURE [1] 48/19
February [1] 1/7
Federal [1] 7/7
FEEL [1] 63/2
FEW [3] 3/17 76/25
FIELD [2] 20/21 21/2
FIFTIES [1] 56/8
FILE [2] 6/10 6/23
FILED [1] 2/12
FILLED [2] 9/23 76/1
FINALLY [2] 12/19 37/6
FIND [12] 2/24 3/9 4/14 4/16 14/22 17/9 54/22 54/25 56/13 58/4 67/19 75/18
FINDING [2] 67/2 67/2
FINDINGS [1] 33/22
FINE [10] 4/4 6/13 6/25 7/1 17/25 18/3 42/18 46/7 53/4 76/18
FINGERPRINT [3] 17/4 38/1 50/2
FINGERPRINTS [6] 37/24 54/22 54/25 55/2 56/13 58/4
FINISH [9] 37/13 41/2 43/1 43/2 43/19 59/7 77/10 77/15 77/16
FINISHES [2] 40/20 77/15
FIREARM [5] 50/6 50/7 51/1 59/1 64/24
FIRST [20] 2/8 2/15 5/7 10/14 13/8 31/15 31/16 33/2 35/3 53/20 57/5 59/14 60/9 62/22 62/25 67/10 67/23 69/12 75/20 77/5
FIVE [3] 5/16 38/17 48/20
FIVES [1] 56/9
FLIPPED [2] 13/9 13/11
FLOOR [4] 62/22 62/23 63/22 68/3
FOLDER [4] 73/14 73/14 73/22 75/21
FOLLOWING [2] 44/19 45/3
Force [2] 45/21 46/13
FOREGOING [1] 83/5
FORENSIC [7] 19/7 19/15 19/17 20/4 20/22 21/2 21/6
FORFEITURE [1] 41/8
FORGET [1] 60/2
FORTY [5] 16/15 30/13 56/6 75/25 76/1
Forty-four [2] 75/25 76/1
FORTY-SEVEN [1] 30/13
FORTY-THREE [2] 16/15 56/6
FORWARD [1] 5/18
FOUND [28] 4/17 8/22 9/1 10/23 11/11 12/23 13/18 13/20 14/16 15/16 32/20 48/3 48/10 49/6 51/14 51/16 53/9 53/11 53/13 56/2 57/13 64/6 66/13 66/22 66/23 67/10 67/13
FOUNDATION [4] 65/19 65/22 66/2 70/9
FOUR [2] 75/25 76/1
FOURTEEN [1] 35/5
FOURTH [2] 1/13 9/21
FRANCISCO [1] 60/10

FRANKLY [3] 6/21 7/1 71/3
FRED [1] 69/12
FREQUENTLY [1] 5/12
Friday [7] 41/3 41/23 42/6 42/14 42/16 42/19 42/22
FRONT [9] 26/3 27/10 28/22 30/23 33/9 33/15 36/1 46/24 63/25
FTN [1] 74/4
FURTHER [4] 16/11 17/16 37/12 39/18

## G

Garcia [1] 60/10
GAS [2] 23/19 23/20
GAVE [2] 21/7 51/20
GENERAL [1] 23/9
GENERALLY [1] 5/17
GENTLEMAN [1] 76/3
GENTLEMEN [11] 7/25 19/10 23/8 23/22 29/22 39/20 39/22 43/18 44/2 46/9 76/19
George [1] 19/15
George's [1] 46/13
Georgia [3] 69/20 70/2 71/10
GET [7] 11/21 28/11 42/16 42/17 59/16 61/20 77/3
GETS [1] 10/25
GETTING [1] 29/25
GIVE [8] 3/22 6/15 18/3 31/22 42/8 44/12 52/9 52/12
GIVEN [2] 4/13 43/13
GIVES [1] 76/14
GLASS [1] 18/1
GO [22] 4/25 8/9 12/15 14/10 18/13 35/10 53/10 61/19 61/23 63/4 63/9 63/12 67/7 67/18 70/9 72/11 72/14 72/25 73/17 77/7 77/13 77/18
GOING [31] 2/13 8/6 9/12 12/7 15/13 17/2 18/11 25/12 26/17 31/25 37/23 40/4 40/6 40/8 40/12 40/16 42/1 43/1 43/2 45/3 48/7 52/3 53/16 61/22 62/1 62/25 63/15 63/23 64/17 65/9 66/7
GONE [2] 4/14 77/8
Gonzalez [1] 60/11
Gonzalez-Ruan [1] 60/11
GOOD [14] 7/25 11/21 16/23 18/19 18/20 18/24 18/25 39/22 58/21 58/23 59/20 59/21 76/16 76/18
GOT [6] 2/14 2/23 41/3 41/16 51/18 77/18
GOVERNMENT [25] 1/12 2/14 6/7 7/2 7/17 9/9 10/5 11/2 11/22 12/25 14/25 18/17 43/17 44/5 44/19 55/17 56/11 58/24 61/11 78/4 78/16 79/4 80/4 81/4 82/4
GOVERNMENT'S [48] 5/23 6/7 7/21 9/10 9/16 10/10 11/6 12/4 13/5 14/5 15/5 15/13 16/7 22/4 22/14 25/10 25/20 26/3 27/11 27/12 27/12 27/16 29/1 30/11 30/20 31/8 33/4 34/6 34/15 35/17 36/2 36/19 38/9 43/20 45/13 47/17 48/13 49/2 49/8 49/21 49/24 50/4 50/11 51/8 52/21 62/11 65/9 76/23

GPS [6] 2/16 2/21 3/1 4/1 4/1 4/8 4/24
GRAMS [14] 24/23 24/25 25/5 25/5 26/14 26/15 32/21 33/24 34/11 35/8 35/22 36/13 36/24 54/14
GREAT [3] 23/17 43/8 43/19
GREEN [1] 71/24
GRIFFITH [3] 1/21 83/5 83/12
GROUND [3] 10/20 10/22 12/17
GUESS [4] 48/24 53/21 55/2 63/20
GUN [13] 53/9 57/13 57/15 57/18 57/20 58/4 67/17 67/18 67/21 67/22 68/10 68/15 69/1
Gwen [3] 29/16 44/22 76/20

## H

H-O-R-N-E [1] 59/23
HAD [21] 2/7 4/14 4/16 4/21 4/23 5/25 6/6 6/7 6/17 7/1 7/7 8/15 20/14 24/5 28/23 29/21 51/2 63/4 63/5 66/20 77/6
HALF [1] 43/2
HALLWAY [1] 63/5
HAMPTON [6] 73/15 73/19 73/24 74/2 74/6 75/9
HAND [10] 11/20 12/7 18/16 22/18 31/25 34/14 34/17 44/4 49/8 62/16
HANDED [6] 10/13 10/18 32/8 33/17 34/20 62/16
HANDGUN [3] 64/10 64/18 64/21
HANDING [3] 64/22 65/15 68/15
HANDS [1] 12/9
HANDWRITING [6] 2/12 22/23 32/5 32/13 66/4 66/25
HANDWRITTEN [1] 75/10
HANGING [1] 14/16
HAPPEN [1] 21/25
HAPPENED [3] 3/18 3/25 51/16
HAPPENING [1] 10/24
HAPPENS [1] 42/5
HARD [1] 53/24
Harvey [3] 4/10 4/18 4/18
HAS [23] 3/2 3/14 7/10 11/19 18/8 21/14 25/10 26/7 29/6 34/25 40/23 48/20 51/12 59/1 59/2 61/5 66/24 71/23 74/4 74/11 74/19 74/24 76/1
HASN'T [1] 44/10
HAVE [91]
HAVEN'T [3] 3/18 5/21 5/22
HE [16] 3/2 4/10 4/11 4/13 4/18 5/24 41/16 41/17 42/3 47/24 47/25 48/1 51/17 51/18 59/9 63/5
HE'S [4] 2/22 7/5 11/21 76/15
HEAD [1] 54/16
HEADING [1] 76/12
HEADQUARTERS [1] 20/17
HEAR [8] 3/18 3/23 4/2 5/3 5/23 6/1 40/12 59/7
HEARD [4] 3/18 5/21 5/22 31/24
HEARSAY [1] 68/24
HEAT [1] 22/25
HEAT-SEAL [1] 22/25
HELD [4] 14/9 64/19 68/2

# H

HELD... [1] 73/14
HELP [1] 63/9
HER [14] 3/9 3/17 3/23 4/3
5/20 5/24 6/9 40/20 52/2
57/24 58/2 67/19 77/16
77/18
HERE [39] 5/13 7/5 8/2 8/4
9/3 16/4 30/24 31/5 35/22
38/13 39/3 39/9 40/5 44/3
47/11 48/18 48/23 49/3
50/15 53/25 54/3 54/22 55/7
55/10 56/22 57/6 58/4 59/11
63/7 69/21 70/10 72/18
72/25 73/8 73/9 73/11 76/8
77/5 77/12
HEROIN [1] 20/16
HIGHLY [1] 44/11
HIM [7] 3/13 15/22 42/15
42/16 51/14 51/18 68/12
HIS [16] 2/17 2/23 4/16 16/1
16/9 46/19 48/3 51/14 57/25
59/9 61/13 73/9 73/10 74/20
74/25 76/14
HOLD [10] 10/15 24/20 62/18
65/5 68/19
HOLDING [1] 11/21
HOLIDAY [4] 69/17 69/19
69/24 69/25
HOLYOKE [1] 19/14
HOME [1] 8/4
HOMOGENOUS [1] 28/11
HONOR [53] 4/7 5/2 5/14 7/8
7/16 8/10 10/5 11/5 13/1
13/3 14/3 14/1 15/3 16/18
17/16 17/20 21/1 25/12
25/16 29/13 29/18 30/12
30/16 31/16 36/16 38/9 40/1
43/22 44/9 44/14 44/18 52/1
52/20 55/10 58/1 58/12
58/25 59/7 59/13 59/16
61/10 62/9 65/17 65/21
66/10 66/15 67/17 67/25
70/7 76/8 76/17 77/2 77/21
HONORABLE [1] 1/9
HOPE [1] 8/1
HORNE [13] 3/7 40/8 40/14
41/2 43/2 58/18 58/24 59/23
60/6 60/9 69/8 70/12 78/11
HOUR [1] 28/23
HOUSE [15] 2/17 2/18 2/23
4/22 9/5 17/5 17/8 31/24
37/24 37/25 40/8 41/5 41/17
45/24 53/5
HOUSES [1] 4/19
HOW [32] 13/14 16/22 19/4
19/18 20/24 21/7 23/11
24/25 27/6 27/6 27/21 27/22
28/20 29/1 30/17 37/19
38/14 39/4 46/10 50/1 51/3
53/3 54/14 56/5 56/7 56/8
56/8 56/8 57/22 59/25 67/19
70/21
HUGGINS [8] 8/20 9/6 15/20
15/21 16/6 34/17 35/16
72/24
HUGGINS' [2] 37/23 37/25
HUH [3] 17/14 35/11 41/6
HUNDRED [1] 56/6
HUNDREDS [1] 56/8
HUNTER'S [1] 72/18
HUVELLE [1] 1/9

HYDROCHLORIDE [14] 24/7
24/17 24/18 27/6 28/5 29/12
30/10 31/2 32/20 33/24 35/9
35/23 36/13 36/24 37/8

# I

I'D [12] 4/2 6/25 20/2 21/12
22/12 40/19 43/23 45/19
48/5 60/15 65/14 77/2
I'LL [21] 18/7 21/8 22/14
22/15 22/18 22/18 22/19
22/20 25/22 25/22 30/4
34/17 36/14 42/15 43/6
43/10 50/24 59/13 69/12
72/21 75/20
I'M [57] 3/8 3/10 4/12 9/12
9/13 10/2 11/18 12/7 13/21
14/7 14/10 15/13 15/21
15/23 16/14 19/6 20/19 21/6
25/13 26/17 29/13 31/16
31/25 33/14 37/23 38/25
41/19 44/10 44/15 44/20
44/22 48/6 52/3 52/10 52/14
52/15 52/19 53/7 53/16
53/19 56/12 59/6 59/7 62/25
63/8 63/15 63/23 64/2 64/17
64/22 65/9 67/8 68/15 69/4
73/24 74/7 12 75/8
I'VE [6] 10/13 19/16 19/20
20/14 43/13 43/24
I-N-D-E-X [1] 78/1
IDEA [1] 7/13
IDENTIFICATION [1] 24/2
IDENTIFIED [2] 24/6 28/2
IDENTIFYING [1] 35/1
IDIOTS [1] 2/24
IMPEACH [1] 6/9
IMPEACHED [1] 7/21
IMPORTANT [1] 8/4
IMPROPER [1] 7/22
IMPROVED [1] 48/20
INCLUDE [1] 6/23
INCLUDING [1] 7/11
INDEPENDENTLY [1] 2/21
INDEX [5] 44/25 79/1 80/1
81/1 82/1
INDICATED [1] 37/7
INDICATES [2] 32/4 34/11
35/22 36/24
INDICATION [1] 21/24
INDICIA [1] 15/25
INDICTED [1] 60/11
INDIVIDUAL [2] 28/9 46/16
INDULGENCE [5] 16/10 18/4
29/9 51/23 52/16
INFORMATION [4] 4/23 35/1
56/7 74/12
INFRARED [1] 23/19
INITIALLY [2] 67/22 72/5
INITIALS [3] 29/6 32/14 34/25
INN [4] 69/17 69/19 69/24
69/25
INQUIRY [1] 6/24
INSIDE [19] 11/15 11/16 12/12
12/13 14/18 15/16 15/17
22/24 29/15 47/2 49/4 49/6
49/7 49/23 51/20 63/1 64/23
66/6 68/16
INSPECT [1] 22/2
INSPECTIONS [1] 20/19
INSTRUCTION [1] 21/7
INSTRUCTIONS [2] 43/5 43/6
INSTRUMENTAL [1] 23/19

INTACT [5] 22/24 32/7 32/14
35/2 39/3
INTEGRITY [1] 21/15
INTERCEPTEES [1] 73/10
INTERNAL [4] 22/7 32/6 32/12
34/25
INTERRUPT [2] 3/5 14/1
INTERSECTION [2] 60/22 60/23
INTRODUCE [1] 19/3
INTRODUCED [3] 14/23 69/9
73/7
IRRELEVANT [1] 3/1
IS [239]
ISN'T [1] 57/17
ISSUE [2] 7/20 77/17
ISSUED [1] 71/16
ISSUES [1] 5/5
IT [194]
IT'S [73] 2/12 2/19 3/21 4/17
6/2 6/19 8/4 10/20 10/22
13/10 13/23 13/24 14/20
15/9 15/24 21/9 26/20 29/23
29/23 35/11 37/7 39/15 44/1
44/24 47/3 49/25 50/6 53/24
57/2 59/24 60/20 60/21
61/22 62/22 62/23 64/5
64/24 64/25 64/25 65/1 65/4
65/6 65/12 66/4 66/5 68/3
68/3 69/7 69/17 69/19 70/2
70/5 70/10 71/1 70/71/12
71/16 71/22 72/19 73/24
74/4 74/5 74/11 75/5 75/6
75/8 75/9 75/10 75/14 75/23
76/1 76/3 76/3 76/12 76/13
ITEM [9] 12/15 24/21 32/11
33/9 33/10 36/1 36/5 53/11
55/8
ITEMS [26] 18/9 22/5 22/7
22/10 22/13 22/16 22/21
23/1 23/4 24/6 26/2 29/2
30/2 31/20 32/1 34/14 34/16
34/18 44/19 47/7 48/2 48/10
49/11 52/4 53/13 70/23
ITSELF [2] 28/19 74/15

# J

JA [6] 31/23 31/23 32/2 32/9
32/19 33/20
JA-14 [1] 33/20
JA-3 [1] 32/19
JACKSON [20] 2/8 2/11 2/15
3/1 4/6 5/1 40/7 40/13 45/2
45/25 46/16 47/22 51/11
51/13 51/17 51/20 54/25
55/3 55/5 58/7
JACKSON'S [7] 46/18 46/24
47/2 50/7 56/3 56/16 56/16
JANUARY [1] 76/2
JASW [1] 33/10
JASW-14 [1] 33/10
JAVIER [1] 60/10
JEEP [3] 2/15 42/3 42/4
JEFFREY [1] 1/17
JOE [1] 41/18
JOHN [2] 31/25 73/8
JOHNSON [13] 2/8 3/4 3/9
3/24 40/17 40/22 41/5 41/13
41/20 42/18 42/25 73/1
77/17
JONES [25] 1/5 1/16 2/5 2/12
15/9 16/12 16/25 17/1 17/10
18/8 40/12 42/21 42/22
43/13 45/1 45/2 54/23 55/3

# J

**JONES... [7]** 55/5 56/13 58/5 61/12 78/6 78/8 78/10
**Jones' [2]** 17/4 42/3
**Jones's [1]** 74/4
**José [1]** 60/10
**JUDGE [1]** 1/10
**Jump [1]** 61/4
**JUROR [1]** 5/20
**JURORS [6]** 5/8 5/11 5/16 8/16 10/15 62/18
**JURY [37]** 1/9 5/6 7/6 7/24 12/9 12/12 14/13 15/18 19/4 19/10 21/13 22/21 23/8 23/23 24/20 27/20 29/2 29/14 31/9 39/24 40/20 43/4 43/6 43/12 46/10 49/13 52/7 55/7 59/12 59/22 63/1 65/6 65/10 68/20 73/5 76/24 77/11
**JUST [68]** 2/2 2/7 3/5 3/6 3/17 5/16 6/9 7/15 7/21 8/1 8/15 10/3 10/4 10/13 13/16 13/24 14/7 14/8 14/14 15/17 16/15 17/6 17/21 17/25 18/3 18/4 18/7 19/9 20/10 22/18 25/13 26/6 26/19 28/15 29/8 29/13 29/23 31/9 31/10 31/12 31/24 33/17 34/20 40/21 41/10 41/22 41/23 43/9 43/23 46/4 46/22 47/4 49/8 52/12 53/6 59/25 61/20 62/16 62/20 63/1 63/9 66/12 66/21 68/19 68/21 72/3 76/7 77/10

# K

**Kelly [3]** 75/10 75/24 76/3
**Kevin [3]** 8/11 8/17 78/5
**key [2]** 14/18 69/24
**kilo [2]** 11/17 25/1
**kilograms [3]** 30/9 30/18 31/3
**kilos [10]** 18/8 26/25 27/13 27/17 27/21 27/23 38/13 38/25 39/10 39/12
**kind [7]** 12/17 12/20 13/10 13/12 13/13 14/16 14/20
**kinds [1]** 61/7
**Kirk [2]** 40/9 40/15
**knew [2]** 2/20 4/22
**KNOT [1]** 11/20
**KNOW [35]** 3/19 4/12 4/23 5/17 5/25 6/9 7/9 7/15 17/6 17/7 29/22 43/24 53/23 54/14 54/19 55/22 55/25 56/18 56/19 57/16 57/22 57/23 57/24 58/2 58/8 60/10 63/3 65/6 66/12 67/1 68/23 69/25 70/21 73/6 77/10
**KNOWLEDGE [7]** 55/1 55/4 55/6 65/18 66/3 67/12 70/8
**KNOWN [4]** 2/20 35/23 37/7 45/25
**KNOWS [2]** 6/5 67/19

# L

**LAB [9]** 19/22 20/12 20/20 21/14 21/16 32/13 34/11 50/2 54/18
**LABEL [2]** 35/1 66/24
**LABELED [5]** 29/6 63/6 66/5 66/5 69/7

# LABORATORY [15]

10/25 19/19 19/20 20/1 20/18 20/15 23/1 23/7 25/7 25/25 29/6 32/22 33/15 33/19 35/11 36/11
**LADIES [11]** 7/25 19/10 23/7 23/22 29/22 30/20 39/22 43/18 44/2 46/9 76/19
**LAID [2]** 51/1 76/15
**Landover [1]** 46/1
**Largo [2]** 20/8 20/12
**LAST [6]** 12/20 19/2 36/1 48/20 59/23 75/9
**LATE [1]** 76/21
**LATER [5]** 43/15 53/14 53/15 54/7 66/1
**LAW [2]** 6/16 7/23
**Lawrence [11]** 69/18 70/4 71/16 74/9 74/12 74/19 74/24 75/11 75/24 76/2 76/14
**LAY [3]** 65/19 66/2 70/9
**LAYING [1]** 68/3
**LAZY [1]** 29/25
**LEADER [1]** 17/7
**LEANING [1]** 5/18
**LEASE [5]** 73/19 74/6 74/8 75/6 75/23
**LEAST [1]** 39/6
**Leave [1]** 76/21
**LEAVING [1]** 20/11
**LEFT [7]** 4/19 4/19 9/22 48/16 60/22 63/11 71/22
**LET [26]** 6/9 11/10 13/8 22/5 22/9 25/10 27/10 27/16 31/19 31/22 36/9 37/13 43/23 44/2 49/8 50/4 50/10 51/12 61/20 62/16 64/3 72/22 73/5 77/7
**LET's [7]** 10/14 12/15 15/8 40/11 60/9 67/18 73/17
**LETTER [5]** 74/4 74/5 74/11 75/5 75/10
**Levels [62]** 40/9 40/15 51/10 60/15 61/17 61/22 62/11 62/17 62/22 62/23 63/1 64/7 64/22 67/25 68/15 69/9 69/12 69/16 69/17 69/23 70/15 70/16 70/18 71/14 73/12 73/17 74/10 75/18 81/5 81/6 81/7 81/8 81/9 81/10 81/11 81/12 81/13 81/14 81/15 81/16 81/17 81/18 81/19 81/20 81/21 81/22 81/23 81/24 81/25 82/5 82/6 82/7 82/8 82/9 82/10 82/11 82/12 82/13 82/14 82/15 82/16 82/17
**Lewis [1]** 67/6
**LIKE [29]** 4/2 6/12 6/25 12/14 12/18 13/12 13/22 14/2 15/19 15/24 19/9 20/2 21/12 22/7 22/12 32/18 35/3 39/8 40/19 41/11 41/22 10/45/19 48/5 49/5 55/19 60/15 61/13 63/2 77/3
**LIKES [1]** 16/5
**LImited [1]** 73/19
**LINE [1]** 77/4
**Lisa [4]** 1/21 14/7 83/5 83/12
**LIST [1]** 71/20
**LISTED [1]** 73/11
**LISTEN [1]** 2/16
**LISTING [1]** 75/14

# Lists [1] 15/25

**LISTS [1]** 15/25
**LITTLE [6]** 6/13 9/24 10/19 13/13 13/22 13/24 14/15 14/21 15/15 42/20 59/10 63/5 64/5 64/25 65/2 77/17
**LIVING [1]** 47/19
**LOADED [2]** 44/2 64/11
**LOCATED [11]** 47/8 47/9 47/22 60/16 60/20 64/13 67/5 67/13 67/20 68/5 71/10
**LOCATION [10]** 12/23 46/17 48/11 60/10 65/25 66/6 69/25 70/2 70/12 71/9
**LOCATIONS [1]** 73/16
**LOCK [2]** 14/18 14/18
**LOG [1]** 47/13
**LONG [3]** 48/18 59/25 77/15
**LOOK [20]** 6/11 7/7 10/14 10/14 13/8 15/19 22/7 22/18 43/15 47/13 51/4 53/11 62/17 64/23 65/14 66/20 66/21 68/16 71/22 73/5
**LOOKED [2]** 59/2 63/1
**LOOKING [15]** 3/10 12/18 23/23 26/6 46/22 47/18 48/6 48/8 48/14 48/15 49/3 50/5 66/18 70/3 71/25
**LOOKS [5]** 12/14 15/24 16/5 55/10 55/19
**Lord [1]** 6/5
**LOT [1]** 77/18
**LUNCH [3]** 8/15 8/18 28/23

# M

**MA'AM [8]** 9/7 18/15 48/22 66/9 67/15 68/11 68/11 71/1 69/6
**MAGAZINE [4]** 65/8 68/18 69/1 69/6
**MAIN [2]** 63/4 63/25
**MAKE [8]** 4/18 4/19 4/19 22/2 24/2 26/19 28/10 77/4
**MAKES [1]** 5/20
**MAKING [3]** 5/12 6/3 47/9
**MANAGER [1]** 20/18
**MANILA [1]** 75/21
**MANY [13]** 20/24 24/25 27/6 27/7 27/21 30/17 38/14 56/7 56/8 56/8 56/8 62/2 71/24
**MAP [1]** 4/14
**March [1]** 75/6
**Marin [1]** 62/24
**MARKED [11]** 25/10 26/3 31/23 33/10 33/17 36/9 47/20 51/13 52/3 66/4 69/7
**MARKINGS [1]** 22/19
**MARSHAL [2]** 43/25 59/1
**Mary [6]** 40/7 40/13 43/23 44/5 44/14 78/9
**MARYLAND [4]** 20/9 20/12 46/1 75/16
**MASS [1]** 23/21
**MASTER [4]** 9/1 9/25 11/12 48/9
**MASTER's [1]** 19/15
**MATERIALS [1]** 59/2
**MATTER [2]** 4/17 83/7
**MATTRESS [2]** 13/9 13/11
**MAY [6]** 7/11 17/17 18/18 23/14 44/6 58/13
**MAYBE [2]** 42/13 59/3
**Maynard [6]** 70/5 71/16 74/9 75/24 76/2 76/14
**Maynard's [6]** 69/18 74/12

# M

**Maynard's...** [4] 74/20 74/24 75/5 75/11
**ME** [36] 3/5 3/12 3/22 4/2 6/11 6/15 12/14 14/8 22/5 22/9 25/5 25/10 27/10 27/16 28/3 28/11 31/19 31/22 33/15 36/9 40/4 42/8 45/4 49/8 50/4 50/10 51/12 52/9 52/12 53/24 61/20 62/16 64/3 67/5 72/22 77/6
**MEAN** [4] 4/15 19/22 43/1 54/16
**MEANS** [3] 4/16 6/16 19/24
**MEANT** [1] 47/6
**MECHANICAL** [1] 1/25
**MEMBERS** [3] 19/3 21/13 68/19
**MENTION** [2] 2/16 2/19
**MENTIONED** [2] 4/10 4/11
**MEXICANS** [3] 72/9 72/13 72/16
**MH** [39] 9/16 9/17 10/6 10/10 10/11 11/4 11/17 11/7 11/23 12/4 13/5 13/6 13/8 13/21 14/5 15/1 15/5 34/15 34/15 36/2 36/18 78/17 78/18 78/19 78/20 78/21 78/22 78/23 78/24 78/25 79/6 79/7 79/8 79/9 79/10 79/11 79/12 79/13 79/14
**MH-15** [1] 36/18
**MH-SW-10** [2] 11/7 78/23
**MH-SW-12** [3] 11/23 12/4 78/24
**MH-SW-13** [1] 78/25
**MH-SW-14** [2] 34/15 79/6
**MH-SW-15** [4] 10/11 34/15 36/2 78/20
**MH-SW-18** [3] 13/5 13/8 79/7
**MH-SW-19** [2] 13/6 79/8
**MH-SW-2** [3] 15/1 15/5 79/10
**MH-SW-20** [3] 13/21 14/5 79/9
**MH-SW-40** [1] 79/11
**MH-SW-41** [1] 79/12
**MH-SW-43** [1] 79/13
**MH-SW-45** [1] 79/14
**MH-SW-7A** [3] 10/6 10/10 78/19
**MH-SW-7B** [2] 9/16 78/17
**MH-SW-7C** [2] 9/17 78/18
**MH-SW-8** [2] 11/6 78/21
**MH-SW-9** [2] 11/7 78/22
**MHSW** [1] 9/10
**MHSW-7B** [1] 9/10
**MIC** [1] 26/19
**Michael** [5] 8/20 9/5 15/20 16/6 34/17
**Michele** [1] 1/12
**MID** [2] 20/8 20/15
**Mid-Atlantic** [2] 20/8 20/15
**MIGHT** [2] 3/16 41/9
**Mike** [3] 37/23 37/25 72/24
**millimeter** [1] 64/10
**MIND** [8] 4/15 20/10 24/19 24/25 25/13 32/2 33/21 61/13
**MINIMUM** [1] 28/1
**MINUTE** [1] 61/23
**MINUTES** [1] 3/17
**Miscellaneous** [20] 30/12 30/17 30/20 30/23 31/7 32/24 33/4 33/17 34/1 34/6

35/13 35/17 36/10 36/15 36/18 37/16 37/24 38/1 38/14 79/19 79/20
**MISSED** [2] 31/15 31/16
**MOMENT** [6] 18/4 29/9 51/24 52/9 66/21 73/5
**MOMENTS** [2] 17/21 77/1
**MONDAY** [6] 41/11 42/10 42/12 42/25 43/20 76/23
**MONEY** [15] 12/23 13/16 17/5 56/2 56/3 56/13 56/15 56/15 56/18 56/19 65/12 65/20 65/23 74/19 74/25
**Montana** [2] 60/17 60/23
**Moore** [1] 41/17
**MORE** [12] 3/4 4/2 34/14 41/11 41/12 42/8 42/20 52/1 72/14 75/18 76/7 77/18
**MORNING** [1] 15/20 45/24
**MOST** [1] 6/15
**MOTION** [7] 3/3 6/10 6/23 46/7 61/13 61/15 61/16
**Mount** [1] 19/14
**MOVE** [10] 9/9 14/2 14/25 25/13 25/23 34/1 39/21 44/19 61/11 65/17
**MOVES** [2] 11/2 12/25
**MOVING** [2] 43/18 76/22
**MR** [5] 38/3 40/11 78/6 78/8 78/10
**MR.** [31] 2/12 15/21 16/12 16/25 17/1 17/4 17/10 18/8 42/3 42/21 42/22 43/13 45/1 46/18 46/24 47/2 47/22 50/7 51/13 51/17 51/20 56/3 56/13 56/16 56/16 56/18 56/58/7 61/12 74/5 75/5 75/10
**Mr. Huggins** [1] 15/21
**Mr. Jackson** [5] 47/22 51/13 51/17 51/20 58/7
**Mr. Jackson's** [7] 46/18 46/24 47/2 50/7 56/3 56/16 56/16
**Mr. Jones** [13] 2/12 16/12 16/25 17/1 17/10 18/8 42/21 42/22 43/13 45/1 56/13 58/5 61/12
**Mr. Jones'** [2] 17/4 42/3
**Mr. Jones's** [1] 74/4
**Mr. Kelly** [1] 75/10
**Mr. Maynard's** [1] 75/5
**Ms** [4] 78/5 78/7 78/9 78/11
**Ms.** [5] 21/2 29/24 37/19 53/3 57/12
**Ms. Counts** [2] 53/3 57/12
**Ms. Pascual** [2] 21/2 37/19
**Ms. Soltys** [1] 29/24
**MUCH** [7] 4/2 13/23 37/11 51/22 54/14 56/5 58/9
**MY** [41] 4/21 7/16 8/17 12/14 13/22 19/6 19/13 19/19 21/20 22/23 23/13 24/4 24/22 25/13 29/4 29/6 30/3 30/8 31/5 32/5 32/7 32/12 32/14 32/19 34/25 35/11 36/11 44/14 46/5 47/6 54/16 55/1 55/4 55/9 59/3 59/23 60/9 66/4 66/10 66/24 71/22
**Myrtle** [5] 74/8 75/15 75/16 75/23 76/4

# N

**NAME** [24] 2/23 4/15 8/16 8/17 15/9 15/19 16/1 16/9

17/11 19/1 19/2 19/6 30/24 44/4 44/21 64/16 59/23 69/18 70/4 74/4 74/8 74/20 75/5 75/11
**NAMED** [2] 2/22 41/19
**NAMES** [2] 71/18 73/6
**NARCOTIC** [1] 54/3
**NARCOTICS** [5] 21/15 31/20 37/24 38/22 53/22
**NASSAU** [1] 1/18
**NATURE** [1] 27/25
**NAUGLE** [6] 41/15 41/20 41/23 42/13 42/14 43/1
**NEAR** [3] 4/18 51/14 60/21
**NEED** [3] 30/3 60/4 63/2
**NET** [12] 24/23 25/5 28/13 28/16 28/21 31/2 32/20 33/7 33/23 35/8 35/22 36/12
**NEVER** [4] 4/11 15/21 17/3 60/14
**NEW** [3] 20/1 20/13 20/19
**NEXT** [26] 5/20 10/18 11/2 12/15 12/19 15/13 16/7 17/19 17/20 40/13 40/13 58/16 58/17 59/5 59/9 60/15 69/23 70/3 71/11 71/17 73/17 73/21 74/1 74/3 74/7 74/18
**NIGHTCLUB** [1] 60/15
**NIGHTSTAND** [1] 16/2
**NINE** [4] 64/10 69/5 77/12 77/13
**NINETEEN** [2] 45/6 45/7
**NINETY** [1] 38/20
**NINETY-SEVEN** [1] 38/20
**NO** [62] 1/3 4/9 4/12 4/17 8/2 8/5 10/8 10/24 11/5 13/3 14/5 16/11 17/3 18/12 21/4 23/3 25/16 25/20 30/16 30/20 33/4 34/4 34/6 35/17 36/19 37/11 38/1 38/23 39/5 39/11 39/18 40/18 41/25 41/25 44/24 45/11 52/1 53/19 54/21 54/24 56/14 56/17 56/20 57/2 57/11 57/19 58/6 58/8 58/12 60/3 60/14 61/12 65/18 65/22 71/4 77/21 78/15 79/3 79/15 80/3 81/3 82/3
**Norma** [6] 40/8 40/14 58/18 58/24 59/23 78/11
**Normally** [1] 53/10
**northeast** [2] 20/1 60/17
**Nos** [9] 9/16 10/10 11/6 12/4 13/5 15/5 45/13 52/21 62/11
**NOT** [39] 2/24 3/15 4/2 5/8 5/10 5/17 6/2 9/2 14/12 14/18 13/23 14/13 14/18 18/8 21/9 22/12 22/15 24/9 25/12 27/4 28/17 39/13 42/9 43/7 50/13 51/17 52/2 53/19 55/1 55/4 55/6 56/20 57/16 58/8 62/2 62/23 68/23 69/16 72/19 77/3
**NOTE** [3] 33/14 56/7 56/9
**NOTED** [2] 4/23 56/10
**NOTES** [5] 17/9 23/13 23/15 30/3 36/8
**NOTHING** [2] 7/20 17/16
**NOTICED** [1] 5/11
**November** [1] 44/17
**NOW** [36] 2/13 7/10 7/13 10/16 10/20 11/19 12/11

**N**

NOW... **[29]** 17/12 19/22 20/12 20/19 22/15 26/17 29/23 31/19 37/23 38/8 38/13 42/11 43/1 46/21 50/4 50/10 50/24 56/2 56/22 57/5 57/10 59/9 59/11 63/15 63/23 64/17 64/20 65/9 77/3
NUMBER **[61]** 2/5 2/18 15/10 15/11 16/7 17/12 22/4 22/10 25/11 27/11 27/16 29/1 29/6 29/7 29/14 30/12 31/8 31/23 31/24 32/2 32/9 32/13 32/13 33/18 34/15 35/12 36/2 38/10 38/24 38/24 38/25 38/25 44/20 46/21 47/17 48/7 48/13 49/2 49/13 49/21 49/24 50/4 50/11 50/22 50/24 51/4 51/8 51/13 52/15 52/19 56/23 61/11 65/1 65/2 65/3 72/8 72/15 72/18 73/9 75/11 75/12
NUMBERS **[6]** 9/14 11/24 49/9 71/18 72/16 73/6
NW **[2]** 1/13 1/18

**O**

O'CLOCK **[3]** 61/4 61/5 77/12
O'TOOLE **[2]** 1/17 1/18
OATH **[2]** 4/3 58/22
OBJECT **[2]** 65/17 66/13
OBJECTING **[1]** 65/23
OBJECTION **[35]** 4/23 9/10 10/7 10/8 11/4 11/23 13/2 13/3 15/2 21/3 21/4 25/15 25/16 30/15 30/16 32/25 34/3 34/4 35/15 36/17 44/18 45/10 45/11 46/5 57/22 61/11 61/12 61/14 62/8 66/10 66/15 67/17 70/7 70/7 71/4
OBSERVATIONS **[1]** 67/14
OBVIOUSLY **[3]** 14/18 15/19 41/13
OCCUPANCY **[1]** 15/25
October **[6]** 17/1 17/2 17/8 45/23 53/5 60/25
OFF **[9]** 14/9 32/18 48/7 49/5 49/25 54/16 61/4 71/22 76/15
OFF-WHITE **[2]** 49/5 49/25
OFFER **[5]** 7/20 21/1 30/11 35/13 36/15
OFFICE **[8]** 1/13 63/6 63/7 63/19 64/3 70/16 70/23 70/24
OFFICER **[1]** 7/4
OFFICERS **[2]** 46/12 51/19
OH **[9]** 3/16 9/14 18/13 42/4 44/20 48/18 63/8 65/3 73/24
OKAY **[120]**
ONCE **[6]** 21/22 23/1 23/9 37/2 50/20 71/4
ONE **[45]** 3/19 5/18 6/18 8/2 9/13 12/8 12/20 18/4 24/12 24/12 25/2 25/3 28/10 29/9 32/18 33/2 35/3 41/13 42/6 44/10 44/23 51/1 51/23 52/9 52/12 54/3 57/1 59/5 59/6 59/8 59/9 59/15 62/4 72/5 72/6 72/9 72/11 72/13 72/14 72/15 72/15 72/20 72/25 76/7

ONES **[7]** 23/14 28/17 38/21 39/2 58/6 58/21 77/11
ONLY **[8]** 4/10 6/5 7/14 7/14 18/9 38/1 42/5 44/10
OPEN **[9]** 11/14 12/12 13/24 14/17 23/4 23/12 63/5 63/12 64/16
OPENED **[3]** 11/19 14/20 28/17
OPERATIONS **[1]** 19/24
OPPORTUNITY **[3]** 3/23 28/23 47/12
OPPOSITION **[3]** 2/12 3/11 3/12
ORDER **[6]** 2/9 2/10 3/17 59/11 62/2 74/19
ORDERS **[1]** 75/1
ORGANIZATION **[1]** 60/1
ORIGINAL **[1]** 37/4
OTHER **[19]** 5/5 5/9 5/12 6/3 12/7 16/24 17/11 18/9 24/7 31/19 31/22 38/21 39/3 39/10 41/14 67/13 73/6 73/10 73/16
OTHERS **[1]** 27/9
OUR **[5]** 3/21 6/23 15/20 17/21 58/17
OUT **[34]** 2/18 3/17 6/22 7/14 9/14 9/24 13/16 14/19 15/17 21/20 22/21 24/20 25/5 38/19 38/21 39/24 40/19 41/22 41/23 49/20 52/5 57/11 59/12 61/6 67/19 68/18 69/1 69/6 69/7 71/14 76/1 76/2 76/2 77/8
OUTSIDE **[1]** 8/4
OVER **[5]** 26/18 28/23 55/10 73/5 77/16
OVERRULED **[2]** 67/16 68/13
OVERSAW **[1]** 20/16
OVERSEE **[1]** 19/24
OWN **[1]** 67/14

**P**

P-A-S-C-U-A-L **[1]** 19/6
P.M **[4]** 1/8 1/9 61/8 77/23
PACK **[1]** 29/25
PACKAGE **[1]** 32/3
PACKAGED **[1]** 27/8
PACKAGES **[2]** 28/1 28/20
PACKAGING **[12]** 22/24 23/10 28/5 28/5 28/14 28/18 28/18 32/5 32/6 32/12 34/25 37/4
PAGE **[9]** 44/22 61/21 69/22 75/14 78/15 79/3 80/3 81/3 82/3
PAGES **[2]** 74/22 74/23
Paid **[1]** 75/2
PAIR **[1]** 51/18
PAPER **[5]** 14/22 15/9 15/25 17/11 71/18
PAPERS **[1]** 73/15
PAPERWORK **[4]** 21/18 21/19 76/1 76/12
Park **[4]** 73/25 74/2 74/6 75/9
PARKWAY **[2]** 3/10 3/25
PART **[6]** 6/16 22/1 24/5 45/21 57/8 76/23
PARTICIPATE **[1]** 45/24
PARTICULAR **[13]** 8/3 9/21 22/6 22/10 23/14 23/18 24/3 28/3 32/3 32/11 33/20 36/5 36/12
PARTIES **[1]** 2/6
Partnership **[1]** 73/19

PARTS **[1]** 20/7
PARTY **[2]** 73/19 73/21
PASCUAL **[5]** 18/17 19/6 21/2 37/19 78/7
Pause **[6]** 18/14 18/21 37/16 51/25 52/1 53 58/20
PAYCHECK **[1]** 51/10
PAYMENT **[1]** 70/5
PEN **[1]** 9/3
PEP **[1]** 72/22
PERCENT **[11]** 24/24 25/6 28/1 28/1 30/10 32/21 33/25 35/9 36/13 39/5 39/6
PERFORM **[6]** 32/15 33/10 35/6 36/4 38/1 38/1
PERFORMED **[8]** 22/15 27/21 28/6 32/1 32/6 34/18 35/7 39/11
PERHAPS **[1]** 6/2
PERIOD **[1]** 20/3
PERSON **[4]** 7/14 45/25 53/18 67/4
PERSONAL **[1]** 67/12
PERSONALLY **[2]** 6/1 70/17
PHONE **[6]** 15/10 17/11 71/20 72/8 73/9 75/11
PHOTO **[17]** 11/18 16/25 22/9 48/8 48/14 48/15 50/5 53/18 53/20 53/20 57/5 57/7 57/10 64/14 64/24 65/1 65/4
PHOTOGRAPH **[24]** 9/19 10/17 11/10 11/21 12/10 14/14 22/6 22/9 46/23 48/9 49/15 49/22 50/11 50/18 50/19 50/20 51/2 51/3 51/12 53/25 57/8 57/9 69/4 69/5
PHOTOGRAPHED **[1]** 57/15
PHOTOGRAPHER **[1]** 54/1
PHOTOGRAPHS **[2]** 47/14 48/5
PHOTOS **[1]** 63/3
PHYSICALLY **[1]** 19/25
PICK **[3]** 59/5 68/12 76/8
PICTURE **[12]** 3/7 3/13 3/19 11/14 12/21 13/9 13/10 15/22 47/18 50/10 55/16 67/19
PICTURES **[1]** 48/6
PIECE **[3]** 15/24 23/9 71/17
PIECES **[1]** 14/22
PLACE **[1]** 21/14
PLAN **[10]** 6/10 27/24 28/3 38/23 39/5 39/12 39/15 39/16 42/24 42/25
PLASTIC **[2]** 9/23 15/17
PLEADING **[1]** 40/24
PLEASE **[18]** 18/15 19/1 19/4 33/13 33/18 36/7 40/21 44/4 47/1 47/18 48/8 48/14 49/14 51/5 52/9 59/22 63/9 76/20
PLUS **[1]** 2/17
POCKET **[1]** 56/3
POCKETS **[2]** 51/20 51/21
POINT **[9]** 7/3 19/25 22/12 26/24 28/9 41/10 62/19 76/5 76/16
POINTED **[1]** 72/19
POINTING **[3]** 9/3 55/11 67/24
POP **[1]** 13/24
POPPED **[1]** 14/17
PORTER **[1]** 57/20
PORTION **[2]** 27/3 27/4
PORTIONS **[3]** 24/5 24/11 28/9
POSITION **[3]** 4/21 6/8 19/19

## P

**POSITIONS** [1] 20/14
**POSSESSION** [1] 21/21
**POSSIBILITY** [1] 59/8
**POSSIBLY** [1] 63/21
**Potomac** [2] 26/9 29/19
**POUCH** [3] 48/24 49/7 49/22
**POWDER** [8] 24/12 24/17 28/15 30/18 34/12 35/24 35/25 36/25
**Prashant** [1] 41/7
**PREPARATION** [1] 47/11
**PREPARE** [5] 25/7 30/5 32/22 35/10 43/6
**PREPARED** [5] 22/20 33/19 42/21 43/14 77/3
**PRESENCE** [2] 40/20 59/12
**PRESENT** [4] 2/6 7/24 39/8 43/12
**PRESENTATION** [1] 77/4
**PRESENTED** [2] 21/15 23/2
**PRESERVE** [1] 4/6
**PRETTY** [2] 2/18 2/18
**PREVIOUS** [5] 34/22 46/5 47/12 47/14 61/16
**PREVIOUSLY** [2] 43/25 58/24
**Prince** [1] 46/13
**PRIOR** [2] 22/3 72/16
**Pro** [1] 1/16
**PROBABLY** [2] 42/17 43/7
**PROCEDURES** [1] 21/13
**PROCEEDINGS** [2] 1/25 83/6
**PROCEEDS** [1] 56/16
**PROCESS** [2] 21/2 23/9
**PRODUCE** [1] 56/11
**PRODUCED** [1] 1/25
**PROFESSIONAL** [1] 19/11
**PROGRAM** [3] 20/17 20/18 20/18
**PROOF** [1] 39/9
**PROPERLY** [2] 47/10 71/3
**PROPERTY** [3] 75/15 75/23 76/4
**PROTECT** [1] 21/14
**PROVIDED** [3] 22/13 27/13 27/18
**PROVIDING** [1] 14/13
**PULLED** [2] 13/14 15/17
**PULVERIZED** [4] 10/20 10/22 12/17 50/1
**PURITY** [8] 24/23 25/6 28/12 30/10 32/21 33/24 35/9 36/13
**PURPOSE** [3] 7/18 7/19 29/12
**PURPOSES** [4] 26/25 29/10 37/13 51/2
**PUT** [15] 2/13 5/6 6/4 16/13 16/15 16/17 25/22 27/10 27/16 39/9 50/10 56/7 56/10 62/19 62/25

## Q

**QUESTION** [8] 2/2 2/3 2/7 3/5 14/7 30/4 40/12 60/9
**QUESTIONING** [1] 77/1
**QUESTIONS** [6] 16/11 16/12 37/12 39/18 52/1 59/12
**QUICK** [3] 2/2 2/7 16/24

## R

**Rae** [1] 1/17
**RAISE** [2] 18/15 44/4

**RAN** [1] 23/18
**RANDOM** [1] 77/21
**READ** [4] 2/12 2/13 43/16 77/13
**READS** [1] 7/10
**REAL** [3] 54/4 54/7 54/10
**REALLY** [2] 13/23 42/1
**REASON** [5] 7/14 41/24 41/25 42/5 42/8
**REASONABLE** [1] 37/8
**REASONS** [1] 61/7
**REASSEMBLE** [1] 18/5
**RECALL** [2] 27/6 27/8
**RECEIVE** [4] 22/1 23/9 23/11 31/19
**RECEIVED** [19] 9/17 10/11 11/7 12/5 13/6 14/6 15/6 24/4 25/20 26/24 30/21 33/5 34/7 35/18 36/20 38/15 38/20 45/15 62/14
**RECENT** [2] 6/15 6/16
**RECESS** [3] 39/20 39/23 40/3
**RECESSED** [1] 77/23
**RECOGNIZE** [12] 22/5 22/10 22/19 22/22 29/2 30/24 32/3 32/11 34/19 36/10 49/11 50/13
**RECOGNIZED** [1] 34/22
**RECOLLECTION** [1] 66/17
**RECOMMEND** [1] 44/11
**RECORD** [10] 4/6 5/6 6/4 14/9 19/1 29/11 29/12 29/13 31/5 83/6
**RECORDED** [1] 1/25
**RECOVERED** [7] 16/2 50/7 64/21 65/12 70/23 71/19 71/20
**Recross** [1] 78/3
**RED** [5] 55/7 55/9 55/10 55/20 55/25
**Redirect** [1] 78/3
**REFER** [6] 7/17 23/13 30/3 45/1 45/2 63/2
**REFERENCE** [3] 73/15 76/4 76/13
**REFERENCED** [1] 60/16
**REFERENCING** [1] 72/4
**REFERRED** [3] 10/4 36/25 47/13
**REFERRING** [1] 3/8
**REFRESH** [1] 66/17
**REGARDING** [4] 6/10 40/22 61/13 74/14
**REGIONAL** [1] 20/1
**REGISTERED** [2] 3/24 73/10
**REINTRODUCE** [1] 59/22
**RELATED** [1] 61/16
**RELATES** [1] 35/16
**RELATING** [2] 17/9 36/18
**RELATION** [1] 33/19
**RELEVANT** [2] 7/20 14/23
**REMAINED** [1] 18/9
**REMAINING** [2] 27/23 39/3
**REMAINS** [1] 29/4
**Remax** [3] 75/2 75/24 76/3
**REMEMBER** [5] 17/12 21/6 29/23 48/19 63/3
**REMIND** [4] 8/1 8/15 21/8 59/25
**REMNANTS** [1] 49/25
**REMOVE** [1] 66/10
**REMOVED** [6] 23/12 28/14 50/21 51/2 52/22 80/24

**REMOVING** [6] 22/3 52/8 52/10 52/11 52/14 53/2
**RENTAL** [1] 75/14
**REPACKAGE** [1] 37/3
**REPORT** [12] 13/23 25/8 25/25 26/6 26/12 32/22 32/23 33/15 33/19 34/11 35/11 36/11 47/12
**Reporter** [5] 1/21 14/8 19/3 44/13 83/3
**REPRESENTATION** [1] 40/23
**REQUEST** [2] 10/6 11/23
**RESEARCH** [1] 20/16
**RESERVING** [1] 61/14
**RESIDENCE** [15] 8/19 8/21 8/23 13/19 17/2 17/3 34/16 46/15 46/18 46/24 47/3 47/19 47/22 48/3 50/8
**RESIDUE** [1] 12/14
**RESPECT** [1] 34/19
**RESPOND** [1] 6/24
**RESPONDING** [1] 5/24
**RESPONSE** [1] 57/11
**RESPONSIBLE** [1] 47/7
**RESULT** [1] 36/7
**RESULTS** [6] 33/13 33/23 35/8 36/12 39/2 39/8
**RESUME** [2] 30/4 41/11
**RESUMED** [2] 8/11 30/7
**RETIRE** [1] 44/16
**RETIRED** [8] 40/6 43/22 44/5 44/8 44/15 44/17 48/18 52/2
**RETRIEVED** [1] 26/8
**RETURN** [2] 21/22 37/4
**REVEALED** [7] 3/24 24/21 27/22 30/2 30/6 30/9 36/12
**REVIEW** [3] 43/10 47/12 47/14
**Reyna** [1] 60/11
**RIGHT** [54] 2/23 3/21 3/22 3/22 4/18 4/18 4/24 10/16 10/20 13/14 14/20 16/19 17/12 17/23 18/6 18/15 21/5 22/15 26/2 30/17 32/18 36/9 38/13 39/2 39/9 39/14 41/1 41/4 42/13 42/22 43/18 43/18 44/4 45/3 52/5 54/3 54/22 55/7 55/8 55/12 56/22 57/6 58/4 58/13 60/7 61/20 67/18 68/13 71/2 72/19 74/20 76/22 77/3 77/6
**Road** [2] 60/23 71/10
**ROCK** [1] 49/5
**ROCK-LIKE** [1] 49/5
**ROLE** [3] 47/5 47/6 53/10
**ROOM** [33] 1/13 1/22 47/19 47/20 53/6 53/8 53/8 57/12 57/15 57/18 63/6 63/7 65/12 65/13 65/25 66/5 66/7 66/7 66/13 66/18 67/3 67/4 67/5 67/7 68/7 68/22 69/18 70/5 70/6 70/14 70/25 71/14 71/20
**ROTHWELL** [1] 1/18
**ROUND** [1] 12/21
**ROUNDS** [1] 69/6
**RPR** [1] 1/21
**Ruan** [1] 60/11
**RUFFLE** [1] 13/13
**RULE** [3] 7/1 7/7 7/10
**RULED** [1] 46/6

## S

**SAFE** [7] 13/22 13/23 14/15

Case 1:05-cr-00386-ESH    Document 551    Filed 02/07/2008    Page 95 of 98

**safe...** [4] 14/20 15/16 45/21 46/13
**safeguards** [1] 21/15
**safekeeping** [2] 21/23 37/5
**safety** [2] 59/2 61/6
**said** [44] 4/10 5/24 5/25 31/10 31/12 38/13 41/20 57/12 57/18 59/6 63/16 66/22 66/23 76/22
**same** [15] 10/21 10/21 11/23 11/19 13/20 16/5 16/8 30/4 38/3 64/24 65/4 67/17 70/7 70/24 74/24
**sample** [2] 24/1 28/11
**sampling** [9] 27/24 28/3 28/4 28/12 38/23 39/5 39/12 39/15 39/16
**saw** [9] 12/10 15/21 17/3 67/4 67/5 67/22 68/12 68/22 68/25
**say** [15] 3/23 4/5 4/6 5/23 5/24 7/10 10/22 27/25 50/18 39/5 54/15 61/12 71/18 73/15 75/8
**saying** [1] 4/12
**says** [6] 4/10 4/18 30/24 31/2 72/22 73/19
**scale** [14] 9/22 10/3 10/16 11/15 12/20 12/21 12/22 17/5 49/5 49/15 49/17 49/23 54/22 62/23
**scales** [1] 49/19
**scene** [1] 57/6
**Scialpi** [1] 1/17
**science** [1] 19/15
**scientific** [1] 37/9
**scrap** [2] 15/9 17/11
**screen** [14] 8/20 10/17 16/16 16/17 25/22 27/10 30/23 48/17 50/10 53/25 62/25 63/7 71/22 72/3
**screwdriver** [1] 13/25
**scroll** [1] 69/19
**Se** [1] 1/16
**seal** [6] 22/2 22/24 22/25 32/7 32/14 37/4
**sealed** [2] 18/9 22/2
**search** [38] 2/8 2/8 8/18 17/7 17/8 40/15 45/24 46/10 46/11 46/1 46/15 46/18 47/3 47/5 47/7 47/21 47/23 50/19 53/6 53/8 57/8 59/4 59/14 60/25 61/3 61/5 61/17 64/6 64/22 66/6 68/15 69/10 69/12 69/23 73/12 73/17 74/10 75/18
**searched** [9] 3/2 40/7 40/9 40/9 41/5 41/17 42/3 42/4 51/19
**seated** [2] 18/18 44/6
**seating** [1] 63/21
**second** [9] 6/6 9/13 14/1 16/13 32/8 33/9 52/12 58/1 62/23
**section** [1] 24/7
**secured** [1] 47/10
**see** [51] 4/20 5/7 6/25 9/13 9/20 9/22 10/15 11/20 12/9 12/20 13/8 13/11 13/15 13/21 13/23 14/20 15/9 16/25 29/14 38/22 42/15

**seeing** [2] 6/22 67/2
**seem** [1] 6/22
**seems** [1] 29/24
**seen** [4] 12/13 14/14 32/4 49/9
**Segal** [1] 1/9
**seize** [1] 71/21
**seized** [15] 3/3 29/19 34/16 47/7 48/3 49/16 49/17 49/19 51/6 54/5 54/6 65/23 69/9 70/13 70/18
**seizing** [2] 47/6 53/10
**semi** [1] 64/10
**semi-automatic** [1] 64/10
**senior** [1] 20/3
**sent** [1] 54/18
**sentence** [1] 31/16
**separate** [1] 27/2
**separately** [1] 51/7
**separatory** [1] 23/25
**September** [2] 40/22 51/11
**session** [2] 1/9 2/1
**set** [4] 2/18 43/7 61/7 63/13
**seven** [6] 30/13 38/2 52/17 56/6 62/1 62/3
**Seventh** [2] 6/18 7/9
**Shackleford** [1] 71/10
**she** [12] 3/8 5/20 21/5 29/25 40/16 40/20 57/22 65/25 66/22 66/22 67/19 77/14
**she's** [2] 5/19 68/23
**sheet** [1] 47/13
**sheets** [2] 17/9 77/4
**shiny** [1] 64/25
**shoe** [2] 11/11 11/14
**shortly** [2] 45/23 59/17
**should** [7] 5/8 8/2 8/5 54/15 56/10 64/2 71/18
**show** [29] 9/12 11/18 12/9 12/12 15/13 22/5 22/9 22/14 25/10 36/4 48/5 50/4 50/24 51/12 52/2 53/16 62/20 63/15 63/23 64/4 64/17 65/5 65/7 65/5 65/10 67/19 69/12 71/11 75/20
**showed** [2] 31/9 43/25
**showing** [10] 10/2 11/18 13/15 13/21 15/23 32/6 64/20 69/4 71/17 73/12
**shown** [2] 10/16 52/7
**shows** [2] 33/7 70/5
**sic** [2] 65/18 70/8
**side** [1] 74/21
**sign** [2] 21/20 23/1
**signature** [9] 26/12 33/6 34/9 35/20 36/22 74/20 74/25 75/5 75/11
**signed** [2] 76/2 76/3
**significance** [3] 48/2 48/10 50/17
**significant** [4] 69/8 72/8 72/12 73/7
**simpler** [1] 68/21
**simplest** [1] 59/15
**since** [5] 8/15 19/16 20/11 59/24 59/24

**sir** [2] 7/5 53/17
**sit** [1] 44/14
**site** [1] 68/4
**sitting** [1] 68/3
**six** [4] 5/16 61/4 61/5 61/9
**sketch** [11] 8/21 47/2 47/3 47/14 47/21 63/2 63/9 65/15 66/18 66/20 66/21
**skip** [1] 60/5
**small** [3] 48/15 49/20 55/19
**smaller** [1] 49/6
**so** [77] 2/22 2/24 3/1 3/17 3/22 4/2 4/14 4/21 4/25 6/1 6/3 10/15 11/21 12/9 14/13 15/20 17/21 18/3 19/22 20/10 24/19 24/22 25/14 24/10 24/19 24/22 25/14 25/22 26/6 27/10 27/24 28/4 28/7 28/22 29/24 29/14 37/14 38/15 38/21 38/23 38/25 39/2 39/12 40/11 40/19 41/1 43/9 43/14 45/3 46/12 51/18 52/3 52/8 53/13 53/18 53/20 57/20 58/25 59/13 60/5 61/13 61/19 62/2 62/5 62/18 62/25 65/5 65/11 66/12 68/19 68/23 71/3 71/24 71/25 73/2 73/17 77/4 77/11 73/15 77/1
**Social** [1] 76/14
**Soltys** [4] 1/12 29/24 78/7 78/9
**some** [14] 3/4 14/17 27/8 41/2 41/23 43/9 48/5 56/2 59/11 69/1 71/25 73/10 73/15 77/1
**somebody** [2] 39/3 41/19
**someone** [4] 5/23 7/18 11/19 64/19
**something** [5] 5/24 5/25 7/15 15/24 55/20
**Sopata** [7] 41/18 41/18 41/20 42/2 42/4 42/11 42/25
**sorry** [19] 14/7 14/10 16/14 31/16 33/14 41/19 43/16 44/20 44/22 46/3 53/7 56/19 59/6 59/7 63/8 64/2 73/24 74/12 75/8
**sort** [7] 5/12 5/24 15/17 22/16 47/4 62/18 65/10
**speaking** [3] 5/9 5/10 68/15
**speaks** [1] 74/15
**special** [11] 6/8 10/13 12/7 20/15 40/7 43/23 44/5 44/15 45/21 62/24 67/5
**specific** [3] 30/8 35/1 36/8
**spectrometer** [1] 23/21
**spectroscopy** [1] 23/19
**speed** [1] 43/19
**speeding** [1] 71/12
**spell** [1] 19/2
**spelling** [1] 59/23
**split** [2] 24/5 24/10
**spring** [1] 13/12
**stand** [5] 8/12 26/22 30/7 43/11 43/23
**standing** [3] 3/2 70/23 70/24
**start** [11] 11/10 15/8 23/12 32/18 37/23 40/11 42/19 43/20 44/12 48/7 76/20
**starting** [1] 32/2
**state** [2] 19/1 67/22
**statement** [3] 16/5 16/6 16/8
**States** [5] 1/1 1/3 1/10 2/4 6/19
**stationery** [2] 74/5 75/10

**S**

STATISTICAL [1] 27/25
STAY [2] 40/20 76/25
STEINBACH [1] 1/18
STENOGRAPHY [1] 1/25
STEP [3] 17/17 26/17 58/13
Stephanie [1] 6/8
STEPS [2] 63/13 63/19
Steve [1] 41/15
STILL [8] 32/7 32/14 35/2
39/12 41/3 43/4 58/21 77/8
STOP [3] 59/13 76/6 76/8
STOPPED [1] 4/8
STOPPING [1] 76/16
STORE [1] 51/7
STORED [1] 47/10
STREAM [1] 6/21
STREET [3] 1/13 2/24 60/20
Streets [2] 45/21 46/13
STRETCH [1] 18/1
STRIKE [1] 65/17
STRIKING [1] 42/11
STUDY [1] 3/4
SUBJECT [4] 6/24 15/20 46/5
46/6
SUBSTANCE [3] 28/2 39/7 49/5
SUCH [1] 49/19
SUFFICIENT [1] 4/23
SUGGESTION [1] 59/3
Suite [2] 1/18 71/9
Suites [1] 70/4
SUPERVISOR [2] 19/20 20/15
SUPPOSED [2] 39/1 53/21
SUPPRESS [1] 3/2
SURE [14] 6/13 16/17 21/6
21/17 22/2 23/15 23/25
26/19 30/4 40/6 42/24 43/2
47/9 55/17
SURPRISES [1] 7/15
SURVEILLANCE [1] 17/1
SUSPECTED [3] 26/25 31/20
54/5
Sustained [1] 57/24
SW [104]
SW-1 [2] 62/11 81/5
SW-11 [1] 81/12
SW-12 [1] 81/13
SW-13 [1] 81/14
SW-14 [1] 81/15
SW-16 [1] 81/16
SW-2 [1] 81/6
SW-27 [1] 81/17
SW-3 [1] 81/7
SW-30 [1] 81/18
SW-31 [1] 81/19
SW-32 [1] 81/20
SW-33 [1] 81/21
SW-35 [1] 81/22
SW-36 [1] 81/23
SW-37 [1] 81/24
SW-38 [1] 81/25
SW-39 [1] 82/5
SW-4 [1] 81/8
SW-40 [1] 82/6
SW-41 [1] 82/7
SW-42 [1] 82/8
SW-43 [1] 82/9
SW-44 [1] 82/10
SW-45 [1] 82/11
SW-46 [1] 82/12
SW-47 [1] 82/13
SW-48 [1] 82/14

SW-49 [1] 82/15
SW-5 [1] 81/9
SW-50 [1] 82/16
SW-51 [1] 82/17
SW-6 [1] 81/10
SW-7 [1] 62/17
SW-9 [1] 81/11
SWEATPANTS [1] 51/19
SWEATPANTS' [1] 51/21
SWORN [3] 18/17 44/5 58/24

**T**

TAG [3] 3/8 3/13 3/24
TAGS [1] 3/13
TAKE [28] 3/17 17/21 17/24
21/19 22/18 22/20 23/10
24/19 26/19 36/14 39/19
39/20 39/22 40/19 41/23
42/18 43/11 51/4 52/5 57/7
59/10 63/13 66/21 73/5
77/14 77/15 77/16 77/17
TAKEN [9] 28/10 40/3 50/19
50/20 54/1 69/6 69/9 69/16
69/17
TAKING [1] 2/8
TALK [2] 43/4 76/21
TALKING [1] 50/22
TALLY [1] 17/9
TAMPERING [2] 21/24 23/1
TAPE [1] 2/17
TARGET [2] 2/22 16/9
Task [2] 45/21 46/13
TAX [1] 16/8
TEAM [4] 5/23 8/19 17/7
46/11
Technology [1] 48/20
TELL [38] 5/10 5/17 22/23
23/22 24/21 29/2 32/2 33/13
33/18 33/21 35/3 36/7 40/4
44/13 46/9 46/22 46/25 47/4
47/17 48/6 48/7 48/13 49/2
49/13 50/5 50/24 51/5 51/8
53/23 53/24 54/16 55/7 63/1
64/23 68/16 68/22 68/23
69/15
TELLING [2] 19/4 24/25
TELLS [1] 24/1
TERMS [1] 2/15
TEST [12] 23/23 28/4 28/6
37/24 38/13 38/21 38/23
39/1 39/2 39/3 39/4 39/10
TESTED [10] 18/10 27/3 27/4
27/22 28/7 28/14 29/5 38/16
39/13 39/13
TESTIFIED [5] 8/20 20/21 53/6
57/20 59/24
TESTIFY [2] 3/7 66/12
TESTIFYING [1] 68/23
TESTIMONY [11] 3/9 3/14 5/9
21/8 21/10 40/21 47/11
47/15 57/25 60/16 77/16
TESTING [6] 20/16 21/21 21/22
27/21 29/5 50/1
TESTS [2] 23/19 23/25
THAN [2] 17/11 42/8
THANK [26] 5/2 7/5 8/8 8/10
14/11 16/11 17/13 17/17
31/17 33/16 37/11 39/20
39/25 40/1 43/22 44/7 51/22
52/19 53/4 55/18 58/9 58/12
58/14 59/3 62/9 77/22
Thanks [1] 58/13
THAT [276]

THAT'S [68] 4/4 7/1 7/2 7/17
9/3 9/4 9/9 10/16 10/20
11/14 12/21 13/10 13/12
13/13 13/14 13/16 13/22
15/22 17/7 17/12 17/23
17/25 18/5 25/21 27/26 /13
28/20 28/25 29/1 29/24 31/4
31/10 31/12 32/12 32/25
35/21 36/9 37/22 40/23 41/8
42/18 43/16 43/17 44/23
46/7 46/24 47/19 48/15 51/1
51/3 53/12 53/25 54/6 62/5
63/25 64/2 64/5 64/18 64/21
65/4 66/4 67/8 68/2 70/1
70/4 72/15 73/19 76/16
76/18
THEIR [2] 4/15 63/21
THEM [31] 2/10 5/17 5/22
7/15 15/19 15/21 19/4 22/15
22/19 22/21 24/20 24/21
31/25 34/17 34/24 37/2
38/14 43/9 43/10 49/17
51/20 52/5 55/22 59/2 59/25
62/19 62/20 65/7 65/11
71/18 77/7
THEN [69] 2/20 2/22 4/17 4/18
4/19 7/4 14/19 20/6 20/10
20/19 21/18 21/19 22/12
22/20 23/4 23/10 23/12
23/20 24/1 25/7 27/3 27/16
27/20 27/22 28/11 28/19
32/8 36/1 37/14 40/8 40/9
40/14 41/3 41/4 41/4 41/7
41/9 41/17 42/19 42/23
42/25 43/3 43/10 43/20
46/25 47/4 47/9 48/5 49/6
49/8 50/2 51/1 57/9 59/4
59/5 60/5 60/9 62/4 62/6
63/11 63/12 67/7 67/23
68/11 71/23 72/5 76/7 76/20
77/12
THERE [61] 3/14 4/9 4/20 5/19
6/22 6/22 8/5 8/22 9/22
9/23 10/20 12/18 12/23 13/8
13/12 13/14 13/15 13/18
13/21 13/25 13/25 14/17
14/21 21/17 21/24 22/12
23/1 25/1 26/24 27/3 27/7
29/10 39/9 39/9 41/23 42/5
46/11 48/2 48/10 50/15
50/15 53/1 55/8 61/12 63/5
63/24 64/4 64/16 64/17
64/23 64/25 65/22 65/23
68/10 70/22 71/4 72/11
72/18 73/6 74/1 37 /8
THERE'S [17] 3/12 4/1 6/1
6/14 14/21 41/25 55/19 61/6
62/2 63/13 64/15 65/18 68/2
71/24 73/4 73/10 74/22
THESE [28] 22/10 22/13 22/16
22/22 23/1 23/13 23/18
27/10 27/17 29/4 31/22
31/24 32/1 34/14 34/16
34/18 38/13 48/6 49/9 49/11
53/9 59/2 62/1 69/23 70/12
70/17 71/25 74/23
THEY [50] 2/19 2/20 2/20 3/23
4/1 4/13 4/14 4/15 4/16
4/17 4/21 4/22 5/8 6/15
7/14 7/19 12/9 15/19 18/13
24/10 31/23 39/4 39/8 39/10
39/13 43/14 47/8 52/7 53/8
53/20 53/21 54/9 54/12 56/2

**T**

THEY... [16] 56/3 56/7 56/10 56/11 56/12 57/13 57/15 60/12 60/13 60/14 63/20 63/21 65/11 70/22 77/8 77/8
THEY'D [1] 2/24
THEY'RE [11] 6/2 6/3 7/20 9/14 9/14 12/3 22/2 43/7 45/12 71/3 74/25
THEY'VE [2] 2/22 71/2
THING [14] 3/17 6/6 6/16 11/19 14/18 14/21 16/5 16/8 44/23 55/11 55/25 69/13 74/24 77/5
THINGS [4] 10/13 12/8 31/22 71/24
THINK [11] 3/20 5/17 5/19 6/1 17/23 42/1 42/18 43/3 64/25 68/21 76/22
THIS [177]
THOMAS [2] 74/11 76/13
THOSE [21] 3/13 15/18 22/20 22/21 23/23 23/25 24/9 24/19 27/13 28/6 28/23 29/2 29/3 31/6 32/15 34/19 37/25 39/4 40/11 42/18 63/19
THOUGH [1] 2/19
THOUGHT [4] 6/17 7/1 42/23 66/22
THOUSAND [3] 25/2 25/3 56/6
THREE [8] 4/19 6/14 12/7 16/15 23/18 41/12 41/13 56/6
THROUGH [10] 29/19 42/17 61/19 62/5 62/7 62/12 62/12 62/13 62/13 62/14
THROUGHOUT [1] 47/7
THURSDAY [1] 1/7
TICKET [2] 71/12 71/15
TILL [1] 39/23
TILTING [1] 29/13
TIME [23] 3/10 3/24 6/2 11/22 12/8 14/25 20/3 21/1 22/13 26/24 37/12 39/21 41/2 41/3 48/13 53/13 54/6 54/3 61/7 61/10 75/9 76/20 77/10
TIMES [2] 5/20 20/24
TINK [1] 13/17
TODAY [3] 41/2 46/6 47/11
TOES [1] 18/2
TOLD [3] 3/12 25/12 77/6
TOMORROW [6] 41/2 59/5 59/9 76/19 77/2 77/5
TONIGHT [1] 43/16
TONS [1] 6/22
TOO [1] 62/2
TOOK [7] 15/20 28/4 53/18 53/20 53/21 57/1 68/25
TOP [7] 9/22 11/14 13/10 50/21 54/16 55/12 73/20
TOTAL [6] 28/4 38/15 38/16 38/24 38/25 39/11
TOUCH [3] 18/2 48/17 72/3
TRANSCRIPT [3] 1/9 1/25 83/6
TRIAL [3] 1/9 3/15 58/1
TRY [1] 72/22
TRYING [2] 9/13 63/9
TURNED [2] 9/24 13/16
TURNS [1] 14/19
TWELVE [2] 11/24 11/25
TWENTIES [1] 56/8
TWENTY [6] 14/13 38/17 52/11

52/17 52/17 61/23
TWENTY-EIGHT [1] 52/17
TWENTY-FIVE [1] 38/17
TWENTY-SEVEN [1] 52/17
TWENTY-TWO [1] 61/23
TWO [22] 5/5 5/11 10/13 15/17 24/9 24/10 24/10 28/17 28/22 29/3 29/4 30/13 31/6 31/9 31/22 32/15 34/14 34/16 34/19 41/14 56/6 61/23
TYPE [3] 14/21 37/24 64/9
TYPES [1] 28/18

**U**

U.S [2] 1/13 1/21
UH [3] 17/14 35/11 41/6
UH-HUH [3] 17/14 35/11 41/6
ULTIMATELY [2] 23/24 25/7
UNDER [4] 4/3 11/11 58/21 64/18
UNDERNEATH [2] 26/18 68/6
UNDERSTAND [1] 40/25
UNDERSTANDING [1] 7/16
UNIT [1] 28/6
UNITED [5] 1/1 1/3 1/10 2/4 6/19
UNITS [3] 28/7 28/7 29/25
UNIVERSITY [1] 19/16
UNOPENED [1] 28/20
UNTIL [3] 39/19 42/10 65/25
UP [34] 2/8 2/21 7/5 7/14 8/20 10/13 10/15 10/17 10/20 10/22 10/24 12/17 13/9 13/10 13/11 16/21 9/24/6 24/7 24/20 29/25 40/19 53/25 59/5 62/18 64/19 65/5 68/2 68/12 68/19 73/11 73/20 76/8 77/16
UPON [1] 40/10
UPSTAIRS [2] 63/14 63/15
URSCHEL [3] 1/12 78/5 78/11
US [31] 11/18 17/21 24/25 27/25 32/2 33/13 33/18 33/21 35/3 36/7 37/13 39/5 44/13 46/22 46/25 47/4 47/18 48/6 48/7 48/14 49/2 50/5 50/17 51/5 51/8 59/11 64/23 68/16 68/22 68/23 69/15
USE [1] 38/23
USED [6] 4/1 6/17 49/19 55/22 55/25 72/16
USUALLY [2] 53/15 57/8
UTILIZE [1] 39/12
UTILIZES [1] 27/24

**V**

VAULT [4] 21/20 21/23 22/3 37/5
VERBAL [1] 57/11
VERSAKA [1] 41/5
VERSUS [2] 2/5 6/19
VERY [9] 2/11 19/9 20/10 31/15 37/11 37/20 39/22 51/22 58/9
VICINITY [1] 51/14
VIDEO [2] 16/25 17/3
VIEW [4] 5/19 7/22 28/23 64/5
VIEWED [1] 57/5
VIP [1] 63/21
VISIBLE [1] 14/13
VISUALLY [1] 53/11

**W**

W-2 [2] 16/5 16/8
WAD [1] 13/12
WAGE [2] 16/5 16/8
WAIT [2] 3/6 61/23
WALK [2] 26/17 44/3
WALKER [3] 1/21 83/5 83/12
WALL [2] 13/22 14/15
WALLET [4] 14/21 15/15 15/15 15/18
WANT [13] 4/6 5/3 8/1 29/13 29/25 40/21 42/6 43/11 46/4 65/19 66/2 71/11 73/15
WANTED [5] 5/5 5/7 6/4 6/24 17/25
WAREHOUSES [1] 73/25
WARRANT [20] 8/19 17/7 40/15 45/24 46/18 46/19 47/5 59/14 60/25 61/3 61/17 64/22 66/7 68/16 69/10 69/12 69/23 73/12 73/17 74/10
WARRANTS [3] 59/4 59/9 61/5
WAS [156]
WASHINGTON [6] 1/7 1/14 1/19 1/22 19/15 60/17
WASN'T [4] 10/24 17/6 57/12 65/25
WATER [1] 18/2
WAY [3] 17/7 43/2 63/13
WE [91]
WE'D [2] 34/1 41/11
WE'LL [20] 6/23 17/24 18/4 36/15 39/19 39/20 39/22 41/1 42/24 42/24 42/25 43/10 43/20 59/16 74/18 77/12 77/13 77/14 77/15 77/16
WE'RE [20] 5/13 18/9 26/6 40/4 40/6 40/8 42/1 42/11 43/18 46/22 47/18 48/8 48/14 48/15 49/3 50/5 66/12 70/3 76/22 77/3
WE'VE [1] 41/3
WEAPON [5] 43/24 51/6 51/7 64/9 65/4
WEAPONS [2] 44/2 64/6
WEARING [1] 51/17
WEBB [2] 29/19 29/23
WEIGH [2] 49/20 54/12
WEIGHED [2] 28/18 54/17
WEIGHT [14] 23/10 24/23 25/5 27/23 28/13 28/15 28/16 28/21 31/2 33/7 33/24 35/8 35/22 36/12
WEIGHTS [1] 28/20
WELL [32] 2/11 3/16 6/11 9/20 10/6 15/19 15/24 22/24 24/4 32/1 32/22 33/11 35/10 35/20 36/5 37/20 38/15 41/22 42/13 42/19 42/24 44/8 44/12 46/15 46/19 47/14 54/5 58/1 61/20 63/3 73/11 77/14
WENT [5] 4/22 20/17 46/14 53/5 63/11
WERE [53] 8/18 9/17 10/11 11/7 12/5 13/6 14/22 15/6 16/1 16/1 18/10 20/3 20/6 22/13 23/1 24/10 27/6 27/7 27/8 27/8 27/13 27/17 27/22 28/7 28/17 28/18 33/22

# W

**WERE...** [26]  34/16 35/8 39/13
45/15 45/20 46/11 47/7 47/8
48/2 48/3 48/10 50/22 52/22
60/12 62/14 64/6 68/9 68/9
69/8 69/8 70/12 70/17 70/24
72/3 73/6 73/6
**WEREN'T** [1]  52/7
**WHAT** [132]
**WHAT'S** [13]  8/6 10/2 11/10
15/11 29/2 33/17 36/9 41/16
66/2 71/5 75/20 75/25 76/11
**WHATEVER** [2]  18/2 68/22
**WHATSOEVER** [2]  8/2 8/5
**WHEN** [23]  7/14 10/22 10/23
10/24 21/17 22/20 23/11
39/11 44/16 51/13 51/17
53/5 53/8 53/13 53/20 56/10
57/12 57/15 68/9 68/25
70/22 77/14 77/15
**WHERE** [27]  9/3 16/1 19/25
20/6 20/12 20/16 20/17
21/20 26/8 30/24 32/13 40/4
47/8 49/23 50/2 51/16 53/11
56/18 56/19 59/25 60/20
64/13 66/3 67/19 68/5 70/20
71/19
**WHETHER** [9]  7/13 21/9 22/12
22/15 37/7 50/13 60/10
68/22 69/15
**WHICH** [30]  3/19 6/22 7/21
8/25 13/16 15/25 20/8 21/18
22/13 22/13 24/16 24/16
26/3 26/24 27/24 27/25
28/10 31/8 32/18 32/19 33/9
33/20 35/3 35/14 47/6 51/12
52/8 63/6 63/15 75/15
**Whichever** [1]  59/15
**WHILE** [4]  5/13 5/19 42/18
77/17
**WHITE** [3]  11/11 49/5 49/25
**WHO** [14]  40/7 40/9 40/9
40/12 41/5 41/14 42/2 42/4
44/13 47/8 53/18 57/17 67/4
67/10
**WHO'S** [2]  44/25 58/16
**WHOLE** [2]  62/21 77/16
**WHOM** [1]  71/15
**Whose** [1]  9/5
**WHY** [11]  6/5 41/22 41/25
42/5 49/17 54/6 57/6 61/7
71/21 72/8 72/12
**WHY WE** [1]  42/5
**WIFE** [1]  73/10
**WILL** [18]  3/3 5/22 6/22 16/24
17/20 17/21 21/5 35/15 41/2
41/10 42/18 44/19 58/17
61/11 61/12 63/13 76/23
77/17
**Williams** [2]  43/15 43/15
**WISH** [1]  77/6
**WITHDRAW** [1]  52/3
**WITHDRAWN** [2]  52/11 52/18
**WITHDREW** [1]  26/21
**WITHIN** [1]  39/5
**WITHOUT** [7]  2/23 9/9 11/23
44/18 61/10 61/13 62/8
**WITNESS** [24]  5/3 5/19 5/25
7/11 8/11 16/11 17/18 17/19
17/20 18/17 26/21 26/21
30/7 30/7 37/14 40/2 42/6
44/5 58/15 58/16 58/17
58/24 59/11 76/25
**WITNESS'S** [1]  7/12
**WITNESSES** [8]  2/9 5/9 8/6
41/11 41/12 42/9 42/20 78/2
**WOMEN** [1]  5/18
**WON'T** [1]  77/10
**WORD** [1]  31/16
**WORDS** [1]  67/13
**WORK** [1]  59/25
**WORKED** [1]  22/23
**WORRY** [2]  4/2 44/1
**WOULD** [49]  2/20 4/13 4/17
4/22 5/8 6/12 7/22 9/9 10/5
11/22 12/14 14/2 14/25
15/25 19/1 19/1 19/3 19/9
21/1 21/20 21/24 22/1 22/14
23/13 24/18 28/15 30/11
32/18 35/3 41/18 42/10
42/18 45/1 45/2 55/15 60/22
61/12 63/4 63/4 63/20 64/2
64/14 64/15 66/17 68/16
68/21 73/2 75/15 77/3
**WOULDN'T** [1]  64/14
**WRAPPING** [2]  27/9 27/9
**WRITE** [1]  23/11
**WRITTEN** [2]  15/10 15/11
**WROTE** [1]  32/13

# Y

**Y'ALL** [1]  12/10
**Yanta** [1]  6/9
**Yeah** [3]  42/9 52/6 55/14
**YEARS** [1]  48/21
**YEP** [1]  13/20
**YES** [101]
**YESTERDAY** [1]  5/11
**YET** [2]  14/13 17/24
**York** [3]  20/1 20/13 20/19
**YOU** [402]
**YOU'D** [2]  18/3 73/5
**YOU'LL** [4]  42/20 52/9 52/12
71/23
**YOU'RE** [8]  17/15 19/4 22/20
52/8 58/21 60/17 65/23
67/24
**YOU'VE** [7]  32/4 37/7 43/9
44/8 60/1 60/16 77/18
**YOUR** [96]
**YOURSELF** [3]  19/3 59/22 73/3
**YOURSELVES** [1]  8/3

# Z

**ZIPLOC** [5]  48/15 48/23 49/4
49/4 55/19