UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------X

THE UNITED STATES OF AMERICA      Criminal Case No. 05-386

                v.                          ***REDACTED***

ANTOINE JONES,

                Defendant,

------------------------------X   Washington, D.C.
                                  Monday, February 11, 2013
                                  2:21 P.M.

TRANSCRIPT OF JURY TRIAL - DAY 12 - P.M. SESSION
BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government: Darlene Michele Soltys, AUSA
                    Courtney Urschel, AUSA
                    U.S. ATTORNEY'S OFFICE
                    555 Fourth Street, NW, Room 4110
                    Washington, DC 20530
                    (202) 252-7685


For the Defendant:  Antoine Jones, Pro Se

                    Jeffrey Brian O'Toole
                    Errin Rae Scialpi
                    O'TOOLE, ROTHWELL, NASSAU & STEINBACH
                    1350 Connecticut Avenue, NW, Suite 200
                    Washington, DC 20036
                    (202) 775-1550


Court Reporter:     Lisa Walker Griffith, RPR
                    U.S. District Courthouse
                    Room 6507
                    Washington, D.C.  20001
                    (202) 354-3247


Proceedings recorded by mechanical stenography, transcript
produced by computer.

1                    **AFTERNOON SESSION**

2          MR. JONES:  Your Honor, I Finally got to look at,

3   Mr. O'Toole showed me the picture of the person who allegedly

4   brought the hundred thousand dollars in this courtroom.  And

5   yes, I do know him.  And yes, he used to be a promoter for

6   me.  And yes, that Wednesday, that when the Government said

7   that they thought somebody would maybe be obstruction of

8   justice, he was here that day.  He gave me a nod.

9          And this is also the person that when I put out that

10  Kevin Holland and Adrian Jackson was going to be my witness,

11  this is the person that sources believe that's setting these

12  guys up so they won't testify for me.  And he's the person

13  that's working for the Government agents that's relating to

14  this case.  I believe John Bivens, and I believe that the

15  agent, guy that came into to my search -- to search the Moore

16  Street, but this guy is basically not working for me, but I

17  really believe that he brought that money up here for the

18  Government, for whatever reason, I don't know.

19          THE COURT:  I wouldn't know either.  But it

20  wasn't -- he didn't go up to the jurors.  So I'm not worried

21  about it.

22          Okay.  Let move on.

23          MR. JONES:  I would like to use that tape, I'd like

24  to use that tape --

25          THE COURT:  Before the jury?

1        MR. JONES:  Yes, I'd like to put that whole tape

2   before the jury as part as my defense.

3        THE COURT:  Okay.  Denied.  You can't do it.  It is

4   so speculative that we're not going to get into another trial

5   over what he's doing in here and whether he's working for

6   so-and-so.  You can ask any of your guys, Jackson or Holland,

7   we can't find Jackson, whether anybody from the Government

8   tried to prevent them from testifying, you're welcome to do

9   it.  I've ruled.

10        Bring in the jury.

11        You are so far in outer space with some of your

12   theories that we're not going to go running around after them

13   forever and ever.

14        MR. JONES:  But it's obstruction of justice, Your

15   Honor.  This would be a great misjustice to keep going with

16   this case right here if it is.  Somebody needs to investigate

17   that situation.

18        THE COURT:  Well, you can investigate it later on.

19        MR. O'TOOLE:  As stand-by counsel, I don't think

20   Mr. Jones has articulated this as clearly as it needs to be

21   articulated.  I don't want to get in the middle of it, if the

22   Court doesn't -- or if he doesn't want me to.  But I think

23   the Court may have missed part of the import of what

24   Mr. Jones is trying tell you.

25        THE COURT:  He's saying that this guy is a bad man

1    for the Government to obstruct justice by keeping some of his

2    witnesses from testifying.  My understanding is these

3    witnesses, despite good judgment and common sense, are going

4    to testify.  So I don't think there's any reason to think

5    that anyone has obstructed anything, so.

6         Why do we have to chase every one of Mr. Jones's

7    thoughts?  I've ruled on this one.  And you've articulated it

8    as well as he does.  He usually articulates things quite

9    well, but I don't buy into it.  And so I'm not going to keep

10   on chasing around after it.  You've got the tape, you saw it.

11   He has no basis to believe that the guy is working for the

12   Government.  You can send --

13        MR. O'TOOLE:  I don't know if that's true.  I don't

14   think -- I don't think that the Court can say that with --

15   and I'm not --

16        THE COURT:  He didn't offer any.

17        MR. O'TOOLE:  -- a conspiratorial type theorist

18   myself, actually.

19        THE COURT:  Did he offer any?

20        MR. O'TOOLE:  Actually he did.

21        THE COURT:  What did he say?

22        MR. O'TOOLE:  I'm not sure, and that's why I said to

23   the Court that I'm not sure he articulated to you as well as

24   he articulated to us.

25        THE COURT:  Well, let's hear it, what's his basis?

1          MR. O'TOOLE:  I think the basis is that if this

2     individual, whose name I don't necessarily know the last

3     name, I know the first name.

4          THE COURT:  What's his first name?

5          MR. O'TOOLE:  His first name is Jason.

6          THE COURT:  Jason.

7          MS. SOLTYS:  If Jason is a cooperating witness for

8     the United States, and he has -- either he has a case or he's

9     worked for the Government to his own benefit in other matters

10    unrelated or related to Mr. Jones.  And if he set up the

11    arrest of Holland and/or Jackson for --

12          THE COURT:  Jackson apparently --

13          MR. O'TOOLE:  Let's forget Jackson.

14          THE COURT:  You got that one wrong.

15          MR. O'TOOLE:  And/or, so let's just say Holland,

16    that if Jason learned that Holland was going to testify

17    against Jones, and then for his own benefit said, well, if I

18    can keep Holland from testifying on behalf of Jones, then

19    perhaps I'll do that.  Who knows?  I'm not sure what the

20    $100,000 is or what --

21          THE COURT:  Why would he come here with it?  Why

22    does that make sense?

23          MR. O'TOOLE:  I think if there was some -- if there

24    was some reason that somebody would interpret, like the

25    Government in the afternoon immediately came to the Court and

1   said we think there's a reason to believe that perhaps

2   Mr. Jones orchestrated these people coming to the courtroom

3   with money.

4           THE COURT:  Right, and now Mr. Jones says the same

5   thing.  I frankly didn't believe either side of it, and I

6   wouldn't bite their --

7           MR. O'TOOLE:  I know you didn't, and to your credit,

8   but I think that -- I think there's a better nexus over here

9   than there was over there because there was just more

10   speculation.

11           THE COURT:  Tell the Government -- well, tell the

12   Government, if you think that, why don't you convince them to

13   stop investigating.  They're wasting a lot of taxpayer money

14   investigating the same thing you seem to be.

15           MR. O'TOOLE:  My understanding, then one last thing,

16   and I don't want to --

17           THE COURT:  What is Jason's last name?  We can at

18   least find out if he's a cooperator.

19           MR. O'TOOLE:  I don't know.  Well, apparently he

20   works for some guy at the jail.

21           THE COURT:  What?

22           MR. O'TOOLE:  He worked for some individual at the

23   jail in some capacity.  But apparently, just before this

24   event happened, Jason picked up a charge and was put through

25   intake at the jail.  Picked up a charge of his own.  Went

1    through the intake section where Mr. Jones, as Your Honor

2    knows --

3         THE COURT:  If you want me to even think about any

4    of this, we need a name so we can ask the Government to look

5    into it.

6         MR. O'TOOLE:  We'll get you a name, we'll get a

7    name.  Believe me, I am not trying to buy anything that's --

8    I'm not trying to extend this trial.  I promise you.

9         THE COURT:  It's not a question of extending the

10   trial.  Mr. Jones has a, quote, defense based on the

11   Government's planted evidence, the Government has falsified

12   evidence.  He's presenting a lot of this to the jury.  I have

13   no idea whether it has any merit whatsoever.

14        Mr. Holland is testifying, as far as I know.  So why

15   should I spend time chasing this at this point in time given

16   all the other butterflies that have been set up here.  So far

17   I've heard this evidence three times and have never agreed

18   that there's any evidence of falsification, planting of guns,

19   of going in there before six o'clock.  But he's telling the

20   jury, he's waiting to tell the jury.  So I have ruled.

21        Thank you.

22        MR. O'TOOLE:  There's one more thing I want to put

23   on the record for the record's sake, and I -- believe me, I

24   would just as soon sit down, I promise you.  The last factor

25   that the Court is not taking into consideration, I think,

1    because it hasn't been said to the Court very articulately,

2    is that this guy Jason picked up a charge and then spent,

3    when he -- he spent a long period of time in the jail or on

4    the bus on the way over here --

5              THE COURT:  I understand.

6              MR. O'TOOLE:  -- talking to Jones about his case, so

7    that he knew a lot about the case so that he could then do

8    something, who knows what.  Also Woody Allen said, just

9    because I'm paranoid doesn't mean they're not after me.

10             THE COURT:  Get me his name and we'll find out if

11   he's a cooperator even.

12             All right.  Let's go.  Bring in this witness.

13             MS. SOLTYS:  So, I have not seen the e-mails yet and

14   I've asked for the e-mails regarding Robin Bradshaw.

15             THE COURT:  The stipulation?

16             MS. SOLTYS:  And Mr. Balarezo.

17             THE COURT:  Where is the e-mail?

18             MS. SOLTYS:  Mr. O'Toole said he was going to ask

19   Mr. Jones whether Mr. Jones wished to call Robin Bradshaw

20   still.  If he doesn't, then obviously --

21             THE COURT:  Right.

22             MR. JONES:  Yes, I will be calling Robin Bradshaw.

23             THE COURT:  Then give her the e-mail so we can see

24   about a stipulation.  I asked them to bring that before.

25             All right.  We expect Demetrius Johnson to testify,

1   by the way.  It may not be this afternoon, but it will be

2   tomorrow morning.

3           MR. JONES:  You want the witness list, Your Honor.

4           THE COURT:  Yes.  This is the order of the

5   witnesses.  But if Johnson is here tomorrow to testify, it's

6   going to go a little slower.

7           Thank you, Marshal.

8           He's en route.

9           Do we have to have -- Robin Bradshaw is not going to

10  testify about some -- she can't say the same thing that

11  Zintura said.  So the only reason she's coming is to say that

12  the lawyer told me it was okay.  Right?  So, but if she can't

13  see the e-mails or find out what Mr. Balarezo, she's willing

14  to stipulate.

15          Okay.  So you've got Randolph coming -- where's

16  Gwen?

17          MR. O'TOOLE:  I'd just tell the Court, because the

18  Court asked me to get ahold of these e-mails.  So I can tell

19  the Court that we just handed the -- two e-mails to

20  Ms. Soltys.  I can tell the Court that before the lunch

21  break, at the break of the lunch, I was aware there was one

22  e-mail.  Now I'm aware, I was made aware during the lunch

23  break that there are two e-mails on the same day.

24          THE COURT:  Both from Balarezo?

25          MR. O'TOOLE:  Ms. Soltys has both e-mails.  And my

1   outside guess is that we'll have some discussion about it.

2        THE COURT:  All right.  Well, then we've got to hold

3   off on her.  But she doesn't need to be subpoenaed.  Randolph

4   we've got a come-up.  And Peacock, Wills, Howard, they're all

5   out.  Leaks, Gordon.

6        One minute, please.

7        Holland is the one we're taking up on Wednesday

8   morning at nine with a lawyer; that's Conte.

9        And I assume that you think that Gilmore will be

10  here Wednesday?  She has to come from somewhere else?

11       MR. JONES:  Yes, I think South Carolina, I believe.

12       THE COURT:  Where is she coming from?  Is she

13  coming?

14       MS. SCIALPI:  We forwarded the travel authorization

15  to our investigator.  We have not been -- and I have not

16  personally been in contact with Ms. Gilmore, but we believe

17  that --

18       THE COURT:  Well, he's asking for -- I still a need

19  a proffer on number 12, Cash.  I'm not authorizing anything.

20  Kirschner, O'Brien, Jones.  Well, these people, everybody

21  under Gordon can't come before Wednesday anyway, Wednesday or

22  Thursday.  Okay.  So that means tomorrow at most, depending

23  on Johnson, how long it takes.  Randolph will be here.  We've

24  got a question mark on Bradshaw.  Peacock, Wills, Howard,

25  Leak and Gordon.  Those people -- Gordon is in North

1    Carolina; is that correct?

2              MR. JONES:  Yes.

3              THE COURT:  These people, the seven of them won't

4    take too long.  And then you'll have to think about rebuttal.

5    I'm still trying to figure out whether we're going to sit on

6    Friday or not.

7              Okay.  Don't have anybody coming on Friday.

8              MS. URSCHEL:  You said that you had granted the

9    Government's motion --

10             THE COURT:  They're not on this list so there's

11   nothing more to worry about.

12             MS. URSCHEL:  So Delaney's out; is that fair to --

13   we haven't gotten that list, so we don't know what --

14             THE COURT:  Oh, all right.  The list reads -- these

15   are the people he's still seeking to have.

16             MS. URSCHEL:  Okay.

17             THE COURT:  Number one is Randolph, two is Bradshaw,

18   which we're discussing as a stipulation.  Peacock, Wills,

19   Howard, Leak, Gordon.

20             Then Kevin Holland we're going to take up at nine

21   o'clock with Mr. Conte.  A woman named Gilmore, Lawrence

22   Maynard.  And you'll be able to tell Mr. Lyons tomorrow, you

23   know, I don't know whether he'll be Thursday or Wednesday.

24             Deniece Jones is coming from out of town.  The other

25   person, number 12, the Court is not allowing it for the

1    moment until get a proffer.  Kirschner and O'Brien are the

2    other two.  That's his list at the moment.  If he's going to

3    change it, we have to know about it.

4            MR. JONES:  Your Honor, Howard Scott Peacock, he's a

5    businessman that, you know, is very -- his testimony might,

6    if he comes tomorrow, it may take about ten or 15 minutes.

7    If he comes, can we get him out the way because he --

8            THE COURT:  Tell him to be sure not to come until

9    the afternoon, for one thing.

10           MR. JONES:  You know, the time I get back, it's like

11   seven o'clock.

12           THE COURT:  Well, I know, but if you give them the

13   number, they'll make a telephone call.  Say, you know, don't

14   come before two.  And we'll try to accommodate him.  I don't

15   know how long you're going to do with Johnson.

16           Okay.  I don't think that you'll get a witness on in

17   the morning for sure.  So we'll try to get through at least

18   Randolph and Peacock in the afternoon.

19           All right.

20           (Jury Present.)

21           THE COURT:  Okay, sir, you're still under oath.

22           THE WITNESS:  Yes, Your Honor.

23           Good afternoon, ladies and gentlemen.

24           JURORS IN UNISON:  Good afternoon.

25           THE COURT:  Welcome back.

```
1              (Detective Joseph Sopata resumed the

2         witness stand.)

3              DIRECT EXAMINATION (Cont'd)

4    BY MS. SOLTYS:

5    Q    Good afternoon, Detective.

6    A    Good afternoon.

7              MS. SOLTYS:  Ms. Franklin, could I have the Elmo,

8    please.  Thank you very much.

9    BY MS. SOLTYS:

10   Q    When we left off I was about to start asking you some

11   questions about your role in participating in the search that

12   occurred on October the 24th, 2005, at the defendant's

13   residence on Moore Street in Waldorf, Maryland.

14        Detective, I'd like to ask you some questions about that.

15        Were you aware of whether or not Agent Naugle gave

16   Mr. Jones a consent to search form for the Jeep Cherokee?

17   A    I was.

18   Q    Have you seen that form?

19   A    Yes.

20   Q    Do you know whether or not you were present when Agent

21   Naugle presented that consent to search form to Mr. Jones?

22   A    I am not sure.

23   Q    Did there come a point in time in which you were then

24   directed to the garage to begin searching Mr. Jones' Jeep

25   Cherokee?
```

1    A    Yes, once I was told that Mr. Jones signed the consent or

2    someone signed the consent, and then we searched the -- I

3    searched the vehicle.

4    Q    Okay.  This is Government's Exhibit Number 11, can you

5    tell us what this is a photo of?

6    A    Yes, that's the garage area which I was in charge of

7    searching.  And that is the Jeep Grand Cherokee and a Toyota

8    Sequoia in the garage.

9    Q    And do you mind just pointing to each one?  You can touch

10   the screen.  You can actually write on it, so just let us

11   know which is which.

12   A    The Cherokee?  Is it showing it?

13   Q    Yes.

14   A    Sequoia.

15           THE COURT:  The Cherokee is on the --

16           MS. SOLTYS:  Left side of the phone.

17           THE COURT:  Yeah, the front side, the front part of

18   the photo; right?

19           THE WITNESS:  Yes.

20           THE COURT:  And now there are two green arrows up

21   there, okay.

22   BY MS. SOLTYS:

23   Q    And government's Exhibit Number 12, what is this a photo

24   of?

25   A    Touch it again?

1    Q    Yes, go ahead.

2    A    Okay.  Grand Cherokee, Toyota (Indicating).

3    Q    If you don't mind, did you find evidence -- did you find

4    items of significant evidentiary value inside of Mr. Jones'

5    Grand Cherokee when you searched it that day?

6    A    I did.

7    Q    Would you tell the ladies and gentlemen of the jury what

8    you found?

9    A    In the rear compartment of the Grand Cherokee, Jeep Grand

10   Cherokee, there was a black computer bag.  And a blue soft

11   cooler.  There was a large sum of money, $69,191 in cash.

12   Q    And was that money ultimately seized?

13   A    It was photographed and seized.

14   Q    Okay.  So let me show you some photographs then.  This is

15   Government's Exhibit Number 13.  Can you tell us what we're

16   looking at in this photo?

17   A    Yes.  This is the rear compartment, it's like the luggage

18   compartment of the Jeep Grand Cherokee.  The black computer

19   bag is right -- can I touch it?

20             THE COURT:  Yes, please.

21             THE WITNESS:  There (Indicating).

22             THE COURT:  It's at the top above the cover; is that

23   what the --

24             THE WITNESS:  That is the pull-back cover, which,

25   you know, you'd pull from the backseat to the rear gate.  And

```
 1    it would cover up whatever contents you have inside there, if

 2    you had luggage or whatever.

 3  BY MS. SOLTYS:

 4    Q    Government's Exhibit Number 14, what are we looking at

 5    here?

 6    A    That is the black computer bag.

 7    Q    What's that item?

 8    A    That looks like a brown paper bag.

 9    Q    Did you open that brown paper bag?

10    A    I did.

11    Q    Government's Exhibit Number 15, what was inside of it?

12    A    The contents that you see right now, a large bundle of

13    money.

14    Q    And it was packaged just like we see here with the rubber

15    bands around it?

16    A    Exactly the same way.

17    Q    I show you, because you might be able to see it

18    clearer --

19    A    Yes.

20    Q    -- count the number of rubber bands?

21    A    I believe there's three.  Two tan ones and another one.

22    Q    Was this bundle of money inside this paper bag, which was

23    inside of the black computer bag?

24    A    That's correct.

25    Q    Was there another quantity of currency inside of the
```

1  black computer bag?

2  A   Yes.

3  Q   Besides the money that was in this paper bag?

4  A   Yes, there was.

5  Q   This is Government's Exhibit Number 16.  Can you tell us

6  what this is?

7  A   Another large sum of money, rubber band, with rubber

8  bands on it.

9  Q   So just to be clear, right here, and this money here

10  inside of the paper bag?

11  A   Yes, ma'am.

12  Q   Now this is Government's Exhibit Number 17.  Can you tell

13  us what's depicted in this photo?

14  A   Yes.  That is the soft cooler, the blue soft cooler.

15  Q   And what is this item here?

16  A   That is a -- I believe it was a plastic, like shopping

17  bag, store bag.

18  Q   Let me show you Government's Exhibit Number 19.  Can you

19  tell us, is this the same bag that you saw?

20  A   Yes, ma'am.

21  Q   Okay.  Was that bag opened?

22  A   Yes.

23  Q   Government's Exhibit 20, can you tell us what's contained

24  in this photograph now?

25  A   Yes, there's again, a large sum of money.

1    Q    All right.   There are how many other bags that were

2    inside that plastic bag?

3    A    Three.

4    Q    And were those plastic bags and paper bags opened?

5    A    Yes.

6    Q    This is Government's Exhibit Number 21.  Can you tell us,

7    did you find anything inside those three other bags that were

8    inside of the colorful bag?

9    A    Yes, exactly how you see it there.

10   Q    So, three different sums of U.S. currency?

11   A    That's correct.

12   Q    And each sum is bundled the way it appears in this photo?

13   A    The way it appears.

14   Q    That is, it was not -- the FBI or MPD or anyone from law

15   enforcement that wrapped it up in rubber bands or anything?

16   A    No.

17   Q    Government's Exhibit Number 69.  Would you take those

18   bags out, take a look at them and tell us if you recognize

19   those bags?

20   A    This is the large Foot Locker bag, shoe bag, with the

21   drawstring on it that was in the picture.

22   Q    That picture right there, Government's Exhibit Number 19?

23   A    Right there.

24   Q    Okay.

25   A    This is the brown paper bag.

1   Q   Okay.  What else is in Government's Exhibit Number 69?

2   A   Black plastic bag.

3   Q   Let me just stop you for one second.  One of these paper

4   bags, the initials appear, J.F.S.  Do you see those initials?

5   A   Those are mine, Joseph Francis Sopata.  And another brown

6   paper bag that contained money.

7   Q   Are there initials, is there writing on that?

8   A   Yes.

9   Q   This is Government's Exhibit Number 22.  Do you see

10  what's written up here?

11  A   Yes.

12  Q   Does that appear on the bag that you have?

13  A   It does.

14  Q   All right.  So, what letters --

15  A   There's an M.H. and 11.5.

16  Q   Is it a fair interpretation that that could be M.T. or

17  M.H.?

18  A   Yes.

19  Q   And do you know whether or not there is a person indicted

20  in this case along with Mr. Jones with the initials M.H.?

21  A   I do.

22  Q   Is there?

23  A   Michael Huggins.

24  Q   And what does that say underneath?

25  A   11.5.

1    Q    Government's Exhibit Number 70.  Do you know what this

2    item is?

3    A    Yes, this is the blue soft-sided lunch cooler.

4    Q    Is that the blue cooler that's depicted here in

5    Government's Exhibit Number 17?

6    A    It is.

7    Q    Government's Exhibit Number 18.  Is this an additional

8    photograph of this blue cooler?

9    A    Yes.

10   Q    And contained inside Government's Exhibit Number 70, is

11   that what you have?

12   A    Yes.

13   Q    Did you find some pieces of paper that were of

14   significant evidentiary value?

15   A    I did.

16   Q    Were those two pieces of paper seized?

17   A    Yes, they were.

18   Q    This is Government's Exhibit Number 71 and 72.  Do you

19   recognize these two pieces of paper?

20   A    I do.

21   Q    And are they the two pieces of paper that you found

22   inside the blue cooler?

23   A    Inside of the blue cooler.

24   Q    I'll take that.

25   A    Uh-huh.

```
 1    Q    Government's Exhibits Numbers 71 and 72, and those are

 2    the two items that you found?

 3    A    Yes, ma'am.

 4            THE COURT:  One says 31,000 and what's the other

 5    one, 20 what?

 6            MS. SOLTYS:  Twenty-nine thousand four hundred

 7    sixty.

 8            THE COURT:  I can't see it.  Oh, 29 860 or 460?

 9            MS. SOLTYS:  Four sixty.

10            THE COURT:  Okay.

11    BY MS. SOLTYS:

12    Q    And all the money ultimately seized from Mr. Jones' Grand

13    Cherokee, was it placed on a table and photographed?

14    A    It was then, after it was photographed where it was

15    found, it was then seized by the seizing officer, taken back

16    to the, I call it the living room, the dining room area, and

17    put on the huge table that he had in his dining area.

18    Q    And the amount of currency that you found inside the Jeep

19    was how much again?

20    A    Sixty-nine thousand one hundred and ninety-one dollars.

21    Q    And Mr. Jones' Jeep was seized that day also by the FBI?

22    A    Yes.

23            MS. SOLTYS:  Thank you, Detective.  I have no

24    further questions at this time.

25            THE WITNESS:  Very well.
```

1          THE COURT:  What was the total there in Exhibit 23?

2          THE WITNESS:  Sixty-nine thousand, one hundred and

3    ninety-one dollars.

4          THE COURT:  And how much was in the cooler?

5          THE WITNESS:  I'm not certain exactly, you know,

6    like in what compartments of the computer bag or the blue

7    soft-sided cooler.

8          THE COURT:  Okay.

9          MS. SOLTYS:  Thank you, Detective.

10          THE WITNESS:  You're welcome.

11          THE COURT:  Cross?

12                    **CROSS-EXAMINATION**

13   BY MR. JONES:

14   Q    How are you doing, Detective?

15   A    Fine, thank you.

16   Q    Detective, let me give you your November the 6th, 2006

17   testimony so you can hold it up there when I question you.

18   A    Sure.

19          THE COURT:  This is the first trial?

20          MR. JONES:  Yes.

21   BY MR. JONES:

22   Q    Can you turn to page 53, line 23, 22, 23, where I've got

23   it marked off at?

24   A    Yes, I'm there.

25   Q    Now, Detective, the Government showed you AJ-SW-22.

1    A    Uh-huh.

2    Q    Now, you said this was M.H.; correct?

3    A    Today I said it was M.H.

4    Q    In the first trial, under oath, reading your transcript,

5    what did you tell the jury?

6    A    That it was an M.T.

7    Q    So, did you look at your notes before that first trial?

8    A    I didn't take any notes.

9    Q    Did you get prepared for your testimony before the first

10   trial?

11   A    Somewhat.

12   Q    So, now, because Mr. Jones has a codefendant named Mike

13   Huggins, you believe this is M.H.?

14   A    I believe so.

15   Q    What was the difference between the first trial and now?

16   A    This being the third trial.

17   Q    Yes.

18   A    That's my answer, this is being the third trial, I now

19   know that it was M.H.

20   Q    You now know that, hey, this is M.H., stands for Mike

21   Huggins?

22   A    Correct, that's what I believe it stands for.

23   Q    Did you get any fingerprints off this bag for Mike

24   Huggins?

25   A    Did I?

1    Q    You or anybody in this investigation.

2    A    I'm not the case agent.  So I didn't get any fingerprints

3    off it.

4    Q    Do you know anybody in this case got Mike Huggins'

5    fingerprints off this bag?

6    A    I don't know that.

7    Q    So, it's just your belief that this right here, you come

8    up here, that's an M.  And across here and across here, you

9    saying that's an H?

10   A    That's correct.

11   Q    Detective, these two, these two sheets right here.

12            THE COURT:  What exhibit?

13            MR. JONES:  AJ-SW-72 and AJ-SW-71.

14            THE WITNESS:  I can't see them.  Put something

15   behind them.

16   BY MR. JONES:

17   Q    What are these two sheets right here?

18   A    Those are the two tally sheets or owe sheets that I found

19   in the blue soft-sided cooler.

20   Q    You found them?  Where did you find them, when did you

21   find them?  Are you talking about this blue cooler right

22   here?

23   A    Yes.

24   Q    When did you find these two sheets in this cooler?

25   A    I don't know when I found them, but I found the cooler on

1    the day of the search warrant, I found them in the back of

2    your Grand Cherokee.

3    Q    So you're telling the jury you found that cooler and

4    these two, what you call owe sheet or tally sheet or

5    whatever, you found these two in that cooler?

6    A    Correct.

7    Q    When you found them, did you take pictures or note-take

8    that you found these right here?

9    A    Took pictures of the contents which was in there, the

10   money and all the documents, miscellaneous documents that you

11   see in there now.

12   Q    So, I see the dollar bills.  I see some rubber bands.

13   Can you show the jury that you found these out of here?

14   A    Can I show --

15   Q    Can you show any evidence that you took a picture of

16   these on that day, on October the 24th, 2005?

17   A    No, what you see in there is -- in the picture was in

18   this cooler, those two owe sheets were in this cooler.

19              THE COURT:  Do you see them on the photo?

20              THE WITNESS:  I do not.

21              THE COURT:  Okay.

22   BY MR. JONES:

23   Q    Detective, you have your first trial transcript right

24   there.  Did you testify in your first trial transcript about

25   these sheets right here?

```
 1   A    I'm sure I did.

 2   Q    Can you take your time and point it out to the jury?

 3   A    Do you know where it's at in here?  Do you want me to

 4   read the whole thing?

 5        MR. JONES:  I don't think it's in there.  It's not

 6   in there.

 7        THE COURT:  Has the Government reviewed it?  How

 8   long is it?

 9        MR. JONES:  It's his first trial transcript.

10   BY MR. JONES:

11   Q    Can you find it in there?

12   A    If it's not in here, then it's not in here.

13   Q    Okay.  So you telling the jury it's not in there?

14        THE COURT:  Well, he's got to look to see.

15        THE WITNESS:  Right, because either I wasn't asked

16   about it by the Government or you at the time.

17        THE COURT:  Well, the evidence at the moment, unless

18   you look through, you want him to sit and read it?

19        MR. JONES:  Yes.

20        THE COURT:  Go ahead.

21        MR. JONES:  Take a couple of minutes to see if you

22   see it in there.

23        THE COURT:  Everybody stretch.

24        (Pause.)

25        MS. SOLTYS:  Your Honor, I think we have a
```

```
 1    stipulation.

 2              THE COURT:  It's not there.

 3              MS. SOLTYS:  Well, there's an explanation.  So, I

 4    just want to make sure that --

 5              THE COURT:  All right, all right, keep reading,

 6    then.

 7              THE WITNESS:  Okay.

 8              MS. SOLTYS:  If we could have the Court's indulgence

 9    for just one moment.  Let me just make sure I say it

10    correctly.

11              THE COURT:  Okay.

12              (Pause.)

13              MS. SOLTYS:  Okay.  So the stipulation is that

14    during the first trial the detective was not asked about

15    these two particular pieces of paper, Government's Exhibit 70

16    and 71.  But that during the second trial, he was actually

17    handed the blue cooler while on the witness stand, and he

18    found them inside, 70 and 71, I should say 71 and 72 inside

19    Government's Exhibit Number 70, while on the witness stand.

20              THE COURT:  Does that jibe with your memory?

21              THE WITNESS:  Yes.

22              THE COURT:  Okay.  That stipulation is -- you may

23    accept that as fact, and you can stop reading.

24              THE WITNESS:  Thank you.

25              THE COURT:  All right.  He wasn't asked the first
```

1   time.  He found them in the cooler the second time when they

2   handed him up the cooler.  Okay.

3   BY MR. JONES:

4   Q   So, during the stipulation, Detective Sopata, you never

5   mentioned those two tally or owe sheets, or whatever those

6   papers you call it, in the first trial; correct?

7   A   Sorry?

8   Q   Did you mention -- did you mention these --

9           THE COURT:  Seventy and 71.

10  BY MR. JONES:

11  Q   -- these two piece of papers in the second -- in the

12  first trial?

13          THE COURT:  Is that 71?  What did they come out of?

14          MR. JONES:  They -- they AJ-SW-71 and AJ-SW-72.

15          THE COURT:  Right.

16  BY MR. JONES:

17  Q   In the first trial --

18          THE COURT:  He wasn't asked about them is what the

19  stipulation says.

20          THE WITNESS:  That's correct.

21  BY MR. JONES:

22  Q   You wasn't asked about them?

23  A   That's correct.

24          THE COURT:  Okay.  Do you remember finding them back

25  then or they only came to your attention in the second trial

1    when you had the cooler in your hand?

2              THE WITNESS:  The second trial.

3              THE COURT:  So you don't remember them from before?

4              THE WITNESS:  I don't.

5              THE COURT:  Okay.  Got it.

6    BY MR. JONES:

7    Q    So, isn't it a fact when you testified about these two

8    sheets here, you mislead the jury, correct, in the second

9    trial?

10   A    No, I don't believe I did, no.

11   Q    In your second trial testimony, it was Thursday, December

12   the 6th, 2007, 1:55 P.M., day 16.  Isn't it true, when the

13   question was:

14        "You also didn't find any records directly

15        related to narcotics trafficking, paying, owe

16        sheets, tally sheets, anything of that nature;

17        right?"

18        Your answer was, "Correct."

19        Then the question was, "Do you remember that

20        series of questions and that series of answers

21        from you?"

22        Your answer say, "Yes, but I was -- I think I

23        was asked to look in the bag, and I was on the

24        stand."

25        Isn't it a fact when you say you was on the stand, you

1      were talking about on the witness stand; correct?

2   A   That's correct.

3   Q   Then the question say, "Okay.  Before it went

4       on."

5       Your answer was, "And I did find those in that

6       stand in front of the Court."

7       The question went on and say, "Right."

8       The Judge say, "I'm sorry, you found what in

9       the stand?"

10      You, being the witness, you said, "On the

11      stand, when I was sitting here in the box, the

12      stand."

13      Mr. Balarezo said, "While he was a witness,

14      Your Honor."

15      "While I was a witness.  I could follow up."

16      "All right," the Court said.

17      Mr. Balarezo say, "So you were the person who

18      seized the blue lunch bag?"

19      You said, "Right."

20      The answer say, "Correct."

21      The question was, "You found this bag."

22      Your answer said, "I found that bag."

23      The question was, "Which is AJ-SW-70, you

24      basically cataloged the contents, and you

25      reviewed it for evidence of illegal activity."

1        "Correct.

2        "Is that correct?"

3        Your answer said, "Me personally?  Did I look

4        through each and every piece of paper in there

5        at that time, no, I didn't."

6        The question was, "All right.  So when I asked

7        you last year, November the 6th, 2006, the

8        transcript you have, a year ago, the question

9        was a year ago whether or not there was any

10       tally sheets found at that location.  Of

11       course, we were talking about the garage;

12       right?"

13       You were searching in the garage; correct?

14   A   That's correct.

15   Q   The question was, when I asked you if there

16       were any tally sheet, twice you said there was

17       no tally sheet; right?"

18       Your answer was, "I did."

19           THE COURT:  I'm sorry.

20           THE WITNESS:  It was what?

21           THE COURT:  "I did."

22   BY MR. JONES:

23   Q   "I did."

24       Then the question was, "And then I believe Ms.

25       Lieber might have asked you some questions and

1    she showed you the blue lunch bag.  And at that

2    time, while on the stand, you found the two

3    tally sheets that we now see as Jones Number 72

4    and 71; is that correct?"

5    Your answer said, "Correct."

6    The Court say, "You mean the first time you

7    noticed it?

8    Your answer was, "The first time I noticed it."

9    So, speaking of that transcript right there, the first

10   time you noticed it, you telling the jury in 2007 that you

11   found some tally sheets?

12   A   I found them, not the first time, the second time.

13        THE COURT:  The second trial.

14        THE WITNESS:  The second trial, I'm sorry.

15        THE COURT:  Yeah, he already said that a long time

16   ago.

17        THE WITNESS:  Yes.

18        MR. JONES:  But this transcript is talking about the

19   first trial, Your Honor.

20        THE COURT:  I don't know.

21        MR. JONES:  The transcript is talking about the

22   first trial where he said that he found the tally sheet.

23        MS. SOLTYS:  Okay.  Could I object for a moment and

24   could I consult with Mr. Jones for a moment?

25        THE COURT:  Yeah, I'm lost.  There's a stipulation.

1              (Pause.)

2    BY MR. JONES:

3    Q    So, for the jury, Detective, do you remember if you found

4    those tally sheets in the second or first trial?

5    A    What's the question, in the first or the second?  In the

6    first, no, the second, yes.

7    Q    The second.

8              THE COURT:  While you were on the stand.

9              THE WITNESS:  While I was on the stand.

10             THE COURT:  You discovered them for the first time

11   in the blue bag?

12             THE WITNESS:  Correct.

13             THE COURT:  Yeah, okay.  You've said that three

14   times now.

15   BY MR. JONES:

16   Q    Detective, who gave you the bag or how did you discover

17   it in the second trial, these two tally sheets in the second

18   trial, when did you discover it in the second trial?

19   A    While I was on the stand in the second trial in Judge

20   Huvelle's courtroom, the old courtroom.

21             THE COURT:  This is my new courtroom, everybody.

22   BY MR. JONES:

23   Q    Can you clarify, did somebody approach you with the bag

24   or they asked you to look through the bag?  How did you find

25   these two sheets?  I'm trying to get an understanding so the

1    jury can understand, how did you find those two sheets?  Did

2    somebody say, hey, look through the bag?

3    A    The Government, I believe, is Ms. Lieber.

4              THE COURT:  She was the prosecutor the last time.

5              THE WITNESS:  Was the prosecutor, always brings

6    forth the evidence to let me look at it like Ms. Soltys did.

7    And -- I mean, is that the answer you're looking for?

8    BY MR. JONES:

9    Q    That's not the answer I'm looking for.  That's not the

10   answer that's in the second trial.

11   A    Well, I'm sorry it's not the answer you're looking for.

12   But, that's how I get the evidence.  You don't bring the

13   evidence to court, the Government does.  And they gave them

14   to me just like it happened today.

15   Q    Isn't it a fact, Detective, you never talked about the

16   tally sheet in the first trial because Agent Naugle was the

17   person who talked about the tally sheet; correct?

18             MS. SOLTYS:  Objection, Your Honor.

19             THE COURT:  He wouldn't have heard Naugle's

20   testimony.  I don't know whether Naugle did or not, but he

21   was not present for it.  Sustained.

22   BY MR. JONES:

23   Q    The money that you found that day, October 24, 2005, did

24   you know if that money was prepared to go to the bank?

25   A    The money that I found in your Jeep.

1    Q    Yes.

2    A    No.  It is what it is the way it looked the day I found

3    it.

4    Q    Did you know if this money, did you count the bundles of

5    money separate?

6    A    Did I?

7    Q    Yes.

8    A    I may have took part in it.  But there was other people

9    counting it in your -- near the big table you had in your

10   living room or dining room.

11   Q    This bundle, for example, did you or your team take this

12   bundle out and count it separately and say this is so-and-so,

13   and count the next bundle and say this is so-and-so?  Did

14   anybody take time to do that?

15   A    You count each bundle the way it is, the way we found it

16   in your Jeep, in your house, to the table, to your dining

17   room table, and took it out of your computer bag

18   individually, each stack.  And then we come with a total.

19   Q    So, since you never counted it separately, you don't know

20   how long this money was there, do you?

21   A    I don't have that kind of money laying around in the back

22   of my Jeep or my vehicle.

23   Q    Detective --

24   A    If it's ready to go to the bank, I take it to the bank.

25   Q    Detective Sopata, do you have two cash business

```
1    that's a club?
2              MS. SOLTYS:  Objection, relevance.
3              THE COURT:  What's the objection?
4              MR. JONES:  Do he have --
5              THE COURT:  I know what the question is.  What's the
6    basis for the objection?
7              MS. SOLTYS:  Relevance.
8              THE COURT:  Yes.  Well, he doesn't anyways.
9    Sustained.
10   BY MR. JONES:
11   Q    Do you have a restaurant?
12             MS. SOLTYS:  Objection.
13             THE COURT:  He's a police officer.
14   BY MR. JONES:
15   Q    Well, so you don't know what a club owner would do with
16   his money, do you?
17   A    I'm pretty sure that they wouldn't leave it in the back
18   of their vehicle.
19   Q    How many club owners do you know, Detective?
20   A    None off the top of my head.
21   Q    How many club owners do you socialize with?
22   A    None off the top of my head.
23   Q    Have you ever been at a club event like Backyard and
24   count the money?
25   A    No.
```

1   Q    Have you been at the club event and count the money at a

2   gay/lesbian party?

3   A    No.

4              THE COURT:  Sustained.

5              MS. SOLTYS:  Objection.

6              THE COURT:  Thank you.  Thank you.

7   BY MR. JONES:

8   Q    So, the bottom line, you don't know what a person who

9   owns a club does with his money, do you?

10  A    A businessman takes it to the bank, deposits it in the

11  bank.

12  Q    Detective, what business do you have?

13             THE COURT:  Okay, that's it.

14             Thank you.  Anything else on another subject?

15             (No response.)

16             THE COURT:  Any further redirect?

17             MS. SOLTYS:  Is Mr. Jones finished?

18             MR. JONES:  Yeah, I mean, it seems like the Judge is

19  kicking me out, I'm finished?

20             THE COURT:  I said you can't keep asking him what

21  kind of club he owns.  If you have something else to ask him

22  about besides his experience with clubs, go ahead.

23             MR. JONES:  No, no further questions.

24             THE COURT:  Okay.  Any redirect?

25

| | |
|---|---|
| 1 | **REDIRECT EXAMINATION** |
| 2 | BY MS. SOLTYS: |
| 3 | Q   And so it's clear, during your testimony when you were |
| 4 | asked questions, a prosecutor handed you the blue bag and |
| 5 | asked you to look at it; is that correct? |
| 6 | A   That's correct. |
| 7 | Q   All right.  And you pulled out these two and showed the |
| 8 | jury that these two were inside? |
| 9 | A   Inside the blue bag. |
| 10 | MS. SOLTYS:  Thank you, Detective.  I have nothing |
| 11 | further. |
| 12 | MR. JONES:  One question. |
| 13 | **RECROSS-EXAMINATION** |
| 14 | BY MR. JONES: |
| 15 | Q   Detective, I give you your second trial transcript, can |
| 16 | you point out to the jury where a prosecutor came to you and |
| 17 | told you to look in that bag?  Can you do that for the jury? |
| 18 | THE COURT:  Do we have any help for him in terms of |
| 19 | where since we had a stipulation. |
| 20 | MR. JONES:  He testified that somebody, he looked in |
| 21 | this bag.  I'd like to see what he say -- |
| 22 | THE COURT:  What's the exhibit number in the second |
| 23 | trial?  Seventy-one, 72? |
| 24 | THE WITNESS:  Yes, ma'am. |
| 25 | THE COURT:  So just go ahead, he can look.  Will you |

1    marked that as an exhibit for identification, please?  Give

2    it to Ms. Franklin.  This is the first trial?

3              THE WITNESS:  Yes, ma'am.

4              MR. JONES:  The first one and the second one.

5              THE COURT:  The first one, and then we'll mark the

6    second one.  The first one is Exhibit Number, for

7    identification only.

8              THE DEPUTY CLERK:  First is Defendant's Exhibit 27.

9              THE COURT:  Twenty-eight will be the second.

10             Have you got the second yet?

11             THE WITNESS:  I'm sorry, ma'am?

12             THE COURT:  You don't have the second in hand?

13             THE DEPUTY CLERK:  Defendant's Exhibit 28 is the

14   second trial.

15             (Counsel conferred off the record.)

16   BY MR. JONES:

17   Q    Look at page 72.

18   A    Seventy-two?

19   Q    Yeah.

20   A    (Witness complies.)  Okay.

21   Q    What page?

22   A    I'm sorry.

23   Q    What page?

24   A    Seventy-two you wanted me to look at; right?

25   Q    I mean, start out, start at --

```
1    A    Oh, okay, oh, I'm sorry, I thought you --

2    Q    I mean, if you find what you wanted on 72?

3    A    No, I'm just saying on 72, it says about the two pieces

4    of evidence.

5    Q    Right.

6    A    Okay.

7    Q    What you looking for is when the prosecutor, you said the

8    prosecutor came to you and gave you the blue bag?

9    A    That's in here.

10   Q    Okay.

11   A    Right?

12   Q    Yeah.  You have your transcript right there.

13             THE COURT:  Well, don't -- direct him what page he

14   should be looking at.  Are you saying it is in there or it

15   isn't in there?

16             MR. JONES:  I want him to find it.  I don't think

17   it's in there, but he said --

18             THE COURT:  Is there anything in the transcript that

19   reflects that someone handed you the bag, and you said here

20   are two pieces of paper, did that happen on the stand in the

21   trial testimony?

22             Have you got a page for him to look at instead of --

23             MS. SOLTYS:  Seventy-two.

24             THE COURT:  Look at 72, what does it say there?

25             THE WITNESS:  Two items, right?
```

1          THE COURT:  Look at page 72.  Does that help refresh
2    your recollection of what happened?
3          THE WITNESS:  (Witness complies.)  Yeah, it's
4    Exhibit 70.
5          THE COURT:  Exhibit 70?  What does it tell you
6    there?  He's asked you to find it.  Can you read it to him?
7          THE WITNESS:  All right.  The question,
8        "What is the item in the center of the picture,
9        the silver side and the blue around it, the
10       blue lunch cooler type, or lunch type bag?
11       What is the blue item we saw earlier in the
12       photograph?
13           "Yes.
14           "Sir, I'm going to show you what I've
15       marked for identification as Government's
16       AJ-SW-70.
17           "Ms. Lieber, Your Honor, may I approach
18       the witness?
19           "Sure."
20           That's when it was handed to me.  Okay?
21           "The Court:  Was that in evidence?  Is
22       there any objection to 70 since it's basically
23       setting up there right now?
24           "Balarezo:  Your Honor, there is as for as
25       being admitted into evidence because of various

1        things, I think there are only two pieces that

2        are going to be admitted from that bag.

3            "Ms. Lieber:  I have already discussed

4        this.

5            "The Court:  Fine.  But the cooler, do you

6        have an objection?

7            "Balarezo:  I don't have any objection to

8        the cooler being shown right now."

9            THE COURT:  Okay.  That's enough.  Thank you.

10           Anything further?

11           MR. JONES:  Your Honor, that don't say that he

12   pulled anything out of the bag.

13           THE COURT:  It's up to the jury to decide that.

14   He's read what he thinks reflects that.

15           MR. JONES:  So, can I -- further reading?

16           THE COURT:  You want him to keep reading?

17           MR. JONES:  Yeah, I mean --

18           MS. SOLTYS:  I object.

19           THE COURT:  I don't know what it has -- can I see

20   it, sir?

21           THE WITNESS:  Sure.

22           (The Court peruses the document.)

23           THE COURT:  It says, "Without -- sorry,

24       lunch bag, not computer bag.  It's been a long

25       day.  That's an actual item itself; is that

1      right?

2          "Yes, ma'am.

3          "Without -- I see you pulling," this is

4      the prosecutor stating, "I see you pulling a

5      few things out of there.  But just as a general

6      matter, if you look inside of that bag, does

7      that contain the items that we seized sort of

8      scattered about in the center of the

9      photograph, which is 17?

10         "Yes, rubber bands and a lot of

11     miscellaneous documents.

12         "And If you can pull out AJ-SW, I think 71

13     and 72.  And I say these came from the cooler?

14         And the answer from you is, "Yes, Your

15     Honor."

16         MR. JONES:  And what he's speaking of, Your Honor,

17 is the first trial.

18         THE COURT:  No, this is happening at the second

19 trial.

20         MR. JONES:  Look at what it say start at page 100,

21 Mr. Balarezo asked him to start at page 100.  If you give it

22 to me, I will show it to you.  Mr. Balarezo is actually

23 reading the transcript from the first trial of Agent Naugle.

24 What he says --

25         THE COURT:  Never mind, I can read myself.

1          (The Court peruses the document.)

2          THE COURT:  Look at 100 to 101.  By the time this

3    ever gets typed up again, we won't know what trial we're

4    talking about.

5          MR. JONES:  Can I read it, Your Honor?

6          THE COURT:  No, he'll read it.  It's really

7    complicated, we messed up.  I don't make anything of it, but.

8    He was looking at page 72, which we read.

9          MR. JONES:  Can I point the page to him that I want

10   him to read?

11         THE COURT:  I just told him to read 100.

12         (Witness complies.)

13         THE COURT:  Now, do you want to ask him a

14   question about -- did you get finished page 100 over to the

15   next page, where it talks what trial?

16         MR. JONES:  Your Honor, if you allow me --

17         THE COURT:  I have to tell you, the stipulation we

18   gave the jury is inconsistent with what you're doing here

19   now.  Either we have to retract the stipulation, this is

20   completely inconsistent.

21         MS. SOLTYS:  I just asked Mr. Jones --

22         THE COURT:  I don't know what you want to do.  The

23   stipulation says that he found it in the second trial and he

24   wasn't asked about it in the first trial.

25         MR. JONES:  And I also told the Government that --

1          MS. SOLTYS:  Hang on.  Could we approach?

2          THE COURT:  Yes.

3          (Bench conference.)

4          MS. SOLTYS:  The stipulation is wrong.  I asked him

5   why did he agree to stipulate to something that he knew was

6   wrong.  So I think it was clear from this, I did not have the

7   transcript in front of me the first time.  Now I do.  It's

8   clear, I think, what happened from reading this transcript is

9   that during the first trial, Detective Sopata was handed the

10  cooler.

11         THE COURT:  I don't know that.  I don't know that.

12  You'll have to ask him.  It may be that somebody gets it

13  wrong and they write it down.  It may be that they're

14  confused.  There's any number of reasons, but you've got to

15  withdraw the stipulation, that's for sure.

16         MR. JONES:  What happened was Agent Naugle was the

17  one who did everything that he said he did.  So I don't know

18  if he made a mistake and read Agent Naugle's testimony, but

19  this is what I'm trying to say.  And mr. Balarezo said start

20  at page 100.

21         THE COURT:  Well, but you didn't tell him, you told

22  him to read the whole thing.  And I said let's speed it up.

23  So she took him to 70 where it makes it clear he's pulling

24  things out right then and there.  So, if you want him to read

25  all his testimony --

1        MR. JONES:  I'm trying get this out the way, Your

2   Honor.  Right now, if you go back into this testimony of the

3   second trial, Mr. Balarezo is telling him that you had

4   testified, and he went to page 100 to 101.  His testimony was

5   completed by that time.  It was Agent Naugle was the one who,

6   who --

7        THE COURT:  All you can do is ask him when he found

8   out.  That's all you can do with him.  You can't do anything

9   with Naugle.  So, I'm going to withdraw the stipulation.  I

10  have no idea.  But, you know, I don't even understand the

11  importance of any of this.  But that's neither here nor

12  there.  I mean, there are going to be all kinds of

13  inconsistencies after three trials.  And the more you talk,

14  and the more witnesses you put on, the more things they have

15  to say, the more inconsistencies we'll have.  So there you

16  go.

17        You can bring out whatever you want with this.  I'll

18  withdraw the stipulation.

19        MS. SOLTYS:  Fine.

20        THE COURT:  If you want to ask him, it's your

21  transcript, you may want to give it to him.

22        (Open Court.)

23        THE COURT:  Okay.  Ladies and gentlemen, now we're

24  withdrawing the last stipulation.  It's like gone.  It was

25  never made.

1    So, whatever you want to ask this gentleman, go

2    ahead.

3    What was the number of the stipulation, do we have a

4    number?  No.  This was a fly by night stipulation.  It's

5    gone.

6    Take the cooler back before they find something

7    else.

8    Go ahead, Mr. Jones.  I'm sure you'll clear it up.

9    Let's go.

10   BY MR. JONES:

11   Q   Detective, isn't it a fact that in the second trial, you

12   made a mistake when you was saying that you was the one who

13   pulled the tally sheets out of the blue bag?

14   A    In the second trial?

15   Q    Yes.

16   A    No, I believe I pulled them out.

17          THE COURT:  Of the blue bag?

18          THE WITNESS:  Out of the blue bag right here.

19          THE COURT:  And that was the first time you'd ever

20   saw them?

21          THE WITNESS:  Yes.

22          THE COURT:  And you were just sitting there looking

23   at it when Rachel Lieber marked them?

24          THE WITNESS:  If I remember correctly, yes, I

25   believe so.

1          THE COURT:  And that didn't happen in the first

2     trial?

3          THE WITNESS:  That did not happen in the first

4     trial.  I was never asked about -- all I testified in the

5     first trial was there was contents, miscellaneous documents

6     and money in here.

7          THE COURT:  Right.

8          MR. JONES:  Thank you, Detective.

9          Any recross or redirect?

10         MS. SOLTYS:  No further questions.

11         THE COURT:  Okay.  Thank you, sir.  You may step

12    down.

13         THE WITNESS:  Thank you.

14         (Witness excused.)

15         THE COURT:  Ladies and gentlemen, we're going to

16    take a ten-minute recess to find out what our schedule is

17    like at the moment.

18         Do you have anything to report to me, you're about

19    to?

20         MS. SOLTYS:  We're ready to proceed.

21         THE COURT:  Okay.  Then we'll take a ten-minute

22    recess, and the Government's last witness will be here, I

23    think at 20 of.  Is that right?  Hello?  Is that correct?

24         MS. SOLTYS:  Yes.

25         THE COURT:  Okay.

```
1              (Jury Out.)

2              THE COURT:  Anything to add, Mr. O'Toole, from your

3    phone conversations?

4              MR. O'TOOLE:  No.

5              THE COURT:  Okay.  Ten minutes.  Thank you.  And

6    then we see Mr. Johnson.

7              (A brief recess was taken.)

8              THE DEPUTY CLERK:  Ready?

9              THE COURT:  Yes, thank you.

10             (Jury Present.)

11             THE COURT:  Government?

12             MS. URSCHEL:  Your Honor, the United States calls

13   Demetrius Johnson to the stand.

14             THE COURT:  Okay, Mr. Johnson, have a seat up here.

15             MS. URSCHEL:  Take that seat right up there.

16             THE DEPUTY CLERK:  Sir, please raise your right

17   hand.

18        DEMETRIUS JOHNSON, GOVERNMENT WITNESS, SWORN

19             THE DEPUTY CLERK:  You may be seated.)

20                      DIRECT EXAMINATION

21   BY MS. URSCHEL:

22   Q    Good afternoon.

23   A    Good afternoon.

24   Q    Could you please state your first and last name and spell

25   them for us?
```

```
 1    A    Demetrius Johnson.  D-E-M-E-T-R-I-U-S, Johnson,

 2    J-O-H-N-S-O-N.

 3              THE COURT:  Can you hear him all right?  Good.  Keep

 4    your voice up, sir.

 5    BY MS. URSCHEL:

 6    Q    Mr. Johnson, how old are you?

 7    A    Forty-five.

 8    Q    And where were you born?

 9    A    Washington, D.C.

10    Q    Did you go to high school here in the Washington, D.C.

11    area?

12    A    Yes.

13    Q    What high school did you go to?

14    A    Ballou Senior High School.

15    Q    And did you graduate?

16    A    Yes.

17    Q    Are you currently employed, without telling us where, are

18    you currently employed?

19    A    Yes.

20    Q    Do you have any children?

21    A    Yes.

22    Q    After high school, did you get any further education?

23    A    Yes.

24    Q    What type of education?

25    A    HVAC.
```

1   Q   Okay.  And did you work as an HVAC engineer after getting

2   this training?

3   A   Yes.

4   Q   For about how long?

5   A   Between three to five years.

6   Q   And after that, what type of work did you do?

7   A   I opened up D.J. Sports.

8   Q   And what is D.J. Sports?

9   A   It's a sports line, it's a clothing line.

10  Q   A clothing line, okay.  And what did you do as part of

11  this business, D.J. sports with the clothes, make them, sell

12  them?

13  A   I sold -- yeah, I had them made and sold them.

14  Q   And how long did you run D.J. Sports?

15  A   Like ten years.

16  Q   What type of clothing did you --

17  A   Sport apparel.

18  Q   Okay.

19  A   A nonprofit.

20  Q   Okay, nonprofit, tell us about that?

21  A   It was a basketball team, boys and girls basketball team.

22  Q   Did you ever promote any events through your

23  organization, D.J. Sports?

24  A   Yes.

25  Q   What types of events?

1    A    Different type of parties.  Different type of -- on

2    Legends Day --

3    Q    What's Legends Day?

4    A    For the different guys that had problems, drug problems

5    and stuff over in Southeast Washington.

6    Q    Okay.  And what happens at Legends Day?

7    A    We have different type of basketball tournaments,

8    horseback riding for the kids and for the area.

9    Q    Okay.  As part of your promoting, did you ever promote

10   any events at a place called Club Levels?

11   A    Yes.

12   Q    I'm going to show you --

13          MS. URSCHEL:  If I could have the Elmo, Ms.

14   Franklin?

15   BY MS. URSCHEL:

16   Q    -- what's already been admitted into evidence as

17   Government's Exhibit Photo 23.  Do you recognize what's on

18   that photograph?

19   A    Yes.

20   Q    And what is that?

21   A    The club.

22          THE COURT:  The club?

23          THE WITNESS:  The club.

24   BY MS. URSCHEL:

25   Q    Okay.  Club Levels?

1    A    Yes.

2    Q    And how many events did you promote at Club Levels?

3    A    Two.

4    Q    And what were they?

5    A    Free cabaret and the September 19th party.

6    Q    So the free cabaret and the September 19th party, for

7    what event was the September 19th party?

8    A    For the Redskins/Dallas football game party.

9    Q    Okay.  And what year was this, the September 19th of what

10   year?

11   A    2005.

12   Q    Okay.  Mr. Johnson, have you ever sold drugs?

13   A    Yes.

14   Q    When did you first start selling drugs?  And I'm asking

15   when in your life did you first start selling drugs?

16   A    Back in the '80s.

17   Q    Okay.  And back then, what type of drugs did you sell?

18   A    Powder cocaine.

19   Q    And in what amounts did you sell these drugs?

20   A    It was small amount.

21   Q    Like what?

22   A    Fifties.

23   Q    Okay.  And when you say 50s, what does that refer to,

24   what does the 50 refer to?

25   A    Five, 50s.

1  Q   How much did a 50 cost?

2  A   Fifty dollars.

3  Q   Okay.  So a 50 is the amount of cocaine you would get for

4  $50?

5  A   Uh-huh.

6  Q   Is that correct?

7  A   Yes.

8  Q   Were you ever arrested during this time period in the

9  '80s when you were selling drugs?

10 A   Yes.

11 Q   Okay.  And what happened with the case when you were

12 arrested?

13 A   I got locked up.

14 Q   Okay.  And did you get a sentence with that case, were

15 you sentenced?

16 A   I was sentenced, but I got probation.

17 Q   Okay.  And did you start up selling drugs again after you

18 got probation from that case?

19 A   A little while.

20 Q   Okay.  And when was that that you sold just for a little

21 while, what timeframe generally?

22 A   For a little while in the '90s.

23 Q   Okay.  And then what amounts were you selling?

24 A   I wasn't selling that much.

25 Q   And was it cocaine again?

1    A    Yes.

2    Q    You said you sold for a little while.

3    A    Uh-huh.

4    Q    After you stopped selling in the '90s, did there come a

5    time that you started to sell drugs again?

6    A    It was in the 2000s.

7    Q    Okay.  And when do you remember what year it was that you

8    started up selling again?

9    A    It was 2004, '05.

10   Q    Okay.  And I'd like to focus now your attention on that

11   time period, when you were selling drugs in 2004 and 2005.

12   Who did you get the drugs from that you sold in 2004 and

13   2005?

14   A    Antoine.

15   Q    Okay.  When you say Antoine, do you know that person's

16   last name?

17   A    Mr. Jones.

18   Q    Okay.  Could you look around and tell me if you see

19   Antoine Jones in the courtroom?

20   A    Over there.

21   Q    Okay.

22        THE COURT:  The one that just stood up?

23        THE WITNESS:  Yes.

24        THE COURT:  Okay.  Let the record reflect he

25   identified the defendant.

1    BY MS. URSCHEL:

2    Q    What made you stop selling drugs in that time period,

3    2004, 2005?

4    A    I got locked up.

5    Q    And were you locked up on October 24th, 2005?

6    A    Yes.

7    Q    Did you eventually plead guilty related to your drug

8    selling activities that we were just discussing?

9    A    Yes.

10   Q    Do you know what you pled guilty to, what was the charge?

11   A    Conspiracy.

12   Q    Okay.  And I'm going to show you --

13             MS. URSCHEL:  Court's indulgence.

14             Without objection, the Government moves in

15   Miscellaneous 6.

16   BY MS. URSCHEL:

17   Q    I've just put on the screen --

18             THE COURT:  Six is admitted, I'm sorry.

19             (Government's Exhibit No. Miscellaneous 6

20        was received in evidence.)

21             MS. URSCHEL:  Thank you, Your Honor.

22   BY MS. URSCHEL:

23   Q    -- Government's Exhibit 6.  And you can see it on that

24   monitor right in front of you.  Do you recognize this

25   document that I've just put on the screen?

1    A    Yes.

2    Q    What is that?

3    A    This is the document that the Government gave me.

4    Q    Okay.  Is this your plea agreement?

5    A    Plea agreement, yes.

6    Q    Let me show you the back pages.  Is this your signature

7    here on the back of the plea agreement?

8    A    Yes.

9    Q    Did you have an attorney at the time?

10   A    Yes.

11   Q    And is his signature here below your signature on the

12   plea agreement?

13   A    Yes.

14   Q    Was his name Michael Blumenthal?

15   A    Yes.

16   Q    Did you review this document with your attorney before

17   you decided to plead guilty?

18   A    Yes.

19   Q    And did you understand the agreement before you pled

20   guilty?

21   A    Yes.

22   Q    Under that agreement, what was your obligation, what did

23   you have to do?

24   A    Tell the truth.

25   Q    And under that agreement, who was the person that

1   ultimately decided what sentence you would get?

2   A    The Judge.

3   Q    Okay.  And is that this judge, Judge Huvelle?

4   A    Yes.

5   Q    Were you eventually sentenced?

6   A    Yes.

7   Q    At your sentencing, did the Government give a

8   recommendation to the Judge about what your sentence should

9   be?

10   A    I think they -- yeah, I think so, yeah.

11   Q    And were you sentenced back on February 20th, 2008?

12   A    Uh-huh, yes.

13   Q    Is that a yes?

14        And what where you sentenced to?

15   A    I don't remember.

16   Q    Okay.

17   A    It was 30 months.

18   Q    How about this, how long did you spend in jail before you

19   were released after you got locked up?

20   A    Thirty, almost 31 months.

21   Q    Thirty months?

22   A    Thirty months.

23   Q    Okay.  I'd like to focus you back to Mr. Jones.  When did

24   you first meet him?

25   A    I met him back in the '80s at the recreation -- at the

1  recreation over there in Southeast Washington.

2  Q   Okay.  And how did it end up that you met him?  You were

3  at the rec center, what was he doing, what were you doing?

4  A   Oh, he was a swimming instructor over there.

5  Q   Okay.  And what were you doing there?

6  A   I was over there, that's where we used to hang out at,

7  over in the rec.

8  Q   Okay.  Is it fair to say that you lost contact with

9  Mr. Jones after a while?

10  A   Yes.

11  Q   And after losing contact with him for a while, did you

12  see him again in 2004?

13  A   I seen him in 2004, yeah.

14  Q   Where did you see him, where did you run into him?

15  A   I ran into him in a mall, in a little mall.

16  Q   And what happened when you saw him?

17  A   We exchanged numbers.

18  Q   Did you see him again after that first time?

19  A   Like a couple months later.

20  Q   Okay.  And what happened?

21  A   Then we started up.

22  Q   Okay.  What do you mean by "started up"?

23  A   We started getting some money.

24  Q   Okay.  So you mentioned you exchanged numbers with him.

25  A   Yes.

```
 1   Q   Did you call him or did he call you, what happened?

 2   A   I called him.

 3   Q   Why?

 4   A   Because I needed some money.

 5   Q   Okay.  And why did you think calling him would help you

 6   get money?

 7   A   Because I was hearing that he was doing his thing.

 8   Q   Okay.  What do you mean by "his thing"?

 9   A   Selling drugs.

10   Q   And so did you meet up with him?

11   A   Yes.

12   Q   And what happened when you met up with him?

13   A   He looked out -- he gave me -- he fronted me something.

14   Q   He fronted you some, some what?

15   A   Some cocaine.

16   Q   How much did he front you that first meeting?

17   A   I think it was a kilo.

18   Q   Okay.  What did you do with the kilo after you got it

19   from Mr. Jones?

20   A   I got rid of it.

21   Q   What do you mean by "got rid of it"?

22   A   I sold it.

23   Q   Okay.  Did you sell it as a kilo?

24   A   Huh-uh, broke it down.

25   Q   What do you mean by break it down?  Just explain to the
```

1    members of the jury, when you say "break it down," what do

2    you mean?

3    A    I broke it down into different quantities of cocaine and

4    sold it.

5    Q    Okay.  Did you continue to get drugs from Mr. Jones?

6    A    After a while, yes.

7    Q    Okay.  And the next time you saw him, about how much

8    drugs did you get from him, if you recall?

9    A    I don't remember all, you know, how much at that time

10   that I got.

11   Q    Okay.  How about this:  Did you continue to get drugs

12   from Mr. Jones over a period of time?

13   A    Yes.

14   Q    What was the smallest amount that you got from him?

15   A    A quarter of a key.

16   Q    And how much did he charge you for that?

17   A    I think $5600.

18   Q    And what was the largest amount that you got from him at

19   any one time?

20   A    I think two to three keys.

21   Q    And how much did he charge you per kilogram?

22   A    Between 22, about $22,000.

23   Q    Were the drugs always fronted to you or did you ever pay

24   him ahead of time?

25   A    Fronted to me.

1    Q   And these transactions, was he always giving you the

2    powder cocaine that you mentioned?

3    A   Yes.

4    Q   You mentioned you were arrested on October 2005.  Did

5    that impact -- let me rephrase this.

6        Why did you stop getting drugs from Mr. Jones?

7    A   I went to jail.

8    Q   Where were you when you were arrested?

9    A   In my house.

10   Q   Did you have any drugs at your house that you had gotten

11   from Mr. Jones when you were arrested?

12   A   Yes.

13   Q   You mentioned the Club Levels.

14   A   Uh-huh.

15   Q   Did you ever get drugs from Mr. Jones at Club Levels?

16   A   Yes.

17   Q   About how many times did you have a drug transaction with

18   Mr. Jones at Club Levels?

19   A   Numerous of times.

20   Q   Okay.

21           THE COURT:  Numerous?  Is that what you said?

22           THE WITNESS:  Numerous of times, yes.

23   BY MS. URSCHEL:

24   Q   When you met him at Club Levels, where would these drug

25   transactions occur, where in Levels?

1    A    Just at the office.

2    Q    During any of these transactions with him at Levels, did

3    a problem ever arise with the police?

4    A    One time.

5    Q    Okay.  Describe to the jury what happened that one time?

6    A    It was -- I came in, he gave me the bag.

7    Q    Bag of what?

8    A    Bag, we had keys in it.  And he said the police is

9    coming.  And we ran toward the door.  He slammed the door.

10   He told me to give the bag to Lawrence.  And that was it.

11   And we ran back to the back and jumped off the -- jumped over

12   the fence and ran.

13   Q    Okay.  Let me break this down a little bit.  You said --

14   where were you when you first were told that there were

15   police there, where exactly in Levels were you?

16   A    We was at the -- we was by the offices, we were going

17   towards the door because I was getting ready to leave.

18   Q    Okay.  You were in the office, and you were about to

19   leave the office?

20   A    Uh-huh.

21   Q    Is that yes?

22   A    Yes.

23   Q    Who was in the office with you?  It was you and who else?

24   A    Me, Antoine and Lawrence.

25   Q    And Lawrence.

1    A    Yes.

2    Q    Do you know this person Lawrence's last name?

3    A    Nah.

4    Q    Okay.  And what exactly happened when you, Mr. Jones and

5    Lawrence were in this office?

6    A    I ain't hear you.

7    Q    So what happened?  The three of you were in the office

8    and somebody said something about the police.

9    A    He slammed the door.

10   Q    Who slammed the door?

11   A    Antoine.

12   Q    Okay.  Slammed the door closed?

13   A    He slammed the door closed.

14   Q    And were the three of you still in the office?

15   A    No, we was going out the door.

16   Q    Okay.

17   A    We was getting ready to go out the door, and he slammed

18   the door.  And he said give the bag to Lawrence.

19   Q    And did you do that?

20   A    Yes.

21   Q    The bag with the kilos of cocaine?

22   A    Yes, and I just ran.

23   Q    Okay.  Who ran with you?

24   A    Me and Antoine ran.

25   Q    Okay.  Where did y'all run to?

1    A    To the back, all the way to the back of the club.

2    Q    To the back of the club?

3    A    Yes.

4    Q    Did you exit out the club?

5    A    Yes.

6    Q    And what did you do then?

7    A    We just went our separate ways.

8    Q    Okay.  Did there ever come a time when you talked to

9    Mr. Jones about that incident?

10   A    That was later on in the evening.

11   Q    What did Mr. Jones say about it?

12   A    "You okay?"

13   Q    Okay.

14   A    He said, "You still need them?"  Like that.

15   Q    And did he say anything about the police?

16   A    He said it was a false alarm.

17   Q    Okay.  So after he said, "Do you still need them," what

18   did you say?

19   A    I said, "Yeah."

20   Q    Okay.  And did you eventually get those kilos of cocaine

21   from Mr. Jones?

22   A    Later on that evening.

23   Q    Okay.  Did you ever talk to Mr. Jones over the telephone?

24   A    Yes.

25   Q    And did you ever talk to him about drugs over the

1   telephone?

2   A    It was described, not, you know, we wasn't really -- it

3   was pertaining to the drugs, but it wasn't really saying

4   drugs.

5   Q    Okay.  Well, tell us about that.  Why wouldn't you say

6   the word "drugs" or "cocaine" over the phone?

7   A    Because that was a dead giveaway.

8   Q    Dead giveaway to who?

9   A    To the police.

10  Q    Okay.  Did you think that police could listen in on your

11  phone calls?

12  A    Uh-huh.

13  Q    Is that a yes?

14  A    Yes.

15  Q    So instead of saying the word "drugs" or "cocaine," what

16  words would you and Antoine Jones say to mean drugs or

17  cocaine?

18  A    "Ticket."

19  Q    Okay.  Why did you say "tickets"?

20  A    That's just -- just something, you know, that we just

21  made up.

22  Q    Okay.  Did you ever have conversations with Mr. Jones

23  when you said the word "ticket" and were actually referring

24  to a ticket to an event?

25  A    Yes, a few times.

1    Q   So then how is it that you would know that Mr. Jones was

2    talking about event tickets, or talking about tickets meaning

3    drugs?

4    A   Because you could tell in the conversation.

5    Q   In order to prepare for your testimony, have you met with

6    myself or other prosecutors?

7    A   Yes.

8    Q   And during those meetings, have you been able to listen

9    to some of the calls between you and Mr. Jones?

10   A   Yes.

11   Q   Have you seen transcripts of some of those calls during

12   our meetings?

13   A   Yes.

14   Q   And did you have an opportunity to make corrections to

15   those transcripts if anything on them was incorrect?

16   A   Repeat the question?

17   Q   Let me ask you this:  When you reviewed those

18   transcripts, were they correct, were they accurate, meaning

19   did they accurately have the words that were being said on

20   the phone?

21   A   They was the same words that was said on the phone.

22   Q   Okay.  I'm going to play a few of these calls for you.

23   The first call is going to be activation 44 from September

24   12, 2005 at 4:28 P.M.

25           (Call Activation 44 was played.)

1    BY MS. URSCHEL:

2    Q    Who were the people talking on that phone call?

3    A    Me and Antoine.

4    Q    And when Mr. Jones said he was going to get you that VIP

5    ticket, what did he mean?

6    A    He was going to get a kilo for, me but he didn't bring a

7    key back for me.

8    Q    Okay.  Let's talk about that for a second.  You said when

9    he said, "Get that VIP ticket," he meant a kilo?

10   A    Uh-huh.

11   Q    Did Mr. Jones have an actual VIP area at Club Levels?

12   A    Yes.

13   Q    And how do you know that he's not talking about an actual

14   VIP ticket to Club Levels in that call?

15   A    Because I -- I know what it was.

16   Q    Okay.  Did you ever meet him just to get one actual VIP

17   ticket from Club Levels?

18   A    No.

19   Q    So, you this call happened and you mentioned it was to

20   get a kilo of cocaine.  Explain what happened.  Did you

21   actually meet with him to get a kilo of cocaine?

22   A    Nah, I got a -- I got a half a key.  Nine ounces.

23   Q    So you did meet with him?

24   A    Later on.

25   Q    Okay.  Do you remember where you met with him?

1    A    Over in Hechinger Mall.

2    Q    All right.  And when you met with him, what did he give

3    you?

4    A    He gave me two quarter keys.

5    Q    Do you know why he didn't give you the full kilo that he

6    referenced?

7    A    Because he didn't have it.

8    Q    Now, I'm going to play for you activation 93, it's a call

9    about six hours later that same day.

10            (Call Activation 93 played.)

11   BY MS. URSCHEL:

12   Q    When Mr. Jones asked you if you still needed the two

13   little tickets, what did he mean?

14   A    Do I still need the half a key.

15   Q    Did you ever do club promotions at Club Levels where

16   there were little tickets, actual little tickets?

17   A    No.

18   Q    And when he referenced that he needed the homework you

19   were looking over, what did he mean?

20   A    That's the money I owed him.

21   Q    Owed him for what?

22   A    For the keys, for the cocaine I got from him.

23   Q    Earlier that day?

24   A    Earlier that I had got from him.

25   Q    From the past, before then?

1    A    Yes.

2    Q    Okay.  The next call I'm going to play for you is

3    activation 128, it's a call at 11:23 P.M.  So about 45

4    minutes later that same night.

5              (Call Activation 128 was played.)

6  BY MS. URSCHEL:

7    Q    What happened after that call between you and Mr. Jones

8    took place?

9    A    He came, he must have came to my house.

10    Q    Okay.  Do you remember what happened when he came to your

11    house?

12    A    I gave him the money.

13    Q    Okay.  Did you get any drugs from him?

14    A    He probably dropped off something.

15              THE COURT:  Don't speculate.  Did he or didn't he?

16              THE WITNESS:  Yes.

17              THE COURT:  Yes, he did drop off some?

18              THE WITNESS:  Yes.

19  BY MS. URSCHEL:

20    Q    The next call I am going to play is activation 213.  It's

21    from 5:17 P.M. the following day, September 13th, 2005.

22              (Call Activation 213 was played.)

23  BY MS. URSCHEL:

24    Q    When Mr. Jones references "them two tickets I just gave

25    you," what was he talking about?

1    A    He just gave me some cocaine.

2    Q    Okay.  And when you responded that you were ready to get

3    rid of them in a minute, what did you mean?

4    A    I was getting ready to sell them.

5    Q    Later in the call, Mr. Jones said he'll give you a VIP,

6    and you responded that you'll need that VIP in a minute.

7    Explain to the members of the jury what that meant?

8    A    That's another drug transaction.

9    Q    Okay.  When you said you needed that VIP in a minute,

10   what did you need in a minute?

11   A    I needed another kilo in a minute.

12   Q    The next call is call 920, it's from September 17, 2005

13   at 11:24 A.M.

14       And actually, before I play this call, did you ever have

15   any issues with Mr. Jones where there was confusion about the

16   money that you paid him?

17   A    When I put the money underneath his console.

18   Q    Okay.  Let's go ahead and play this call.

19          (Call Activation 920 was played.)

20   BY MS. URSCHEL:

21   Q    Do you recognize this call, Mr. Johnson?

22   A    Yes.

23   Q    Before we continue playing the call, if you could just

24   explain to the members of the jury what this is about, what

25   happened before this call took place?

1    A    He got mad with me about the -- the money was supposed to

2    be in the bag instead of me just putting it in there.

3    Q    Okay.  So this is money that you had given to Mr. Jones?

4    A    Yes.

5    Q    What was the money for?

6    A    For some drugs I had got from him.

7    Q    And where did you put the money?

8    A    I put it inside his glove compartment, armrest, glove

9    compartment, one or the other.

10   Q    Okay.

11   A    I know I put it inside his truck.

12            THE COURT:  Truck?  What kind of truck?

13            THE WITNESS:  The Cherokee.

14            THE COURT:  Jeep?

15            THE WITNESS:  The Jeep truck, yeah, the Jeep truck.

16   BY MS. URSCHEL:

17   Q    And as the phone call goes on, what was the issue that

18   Mr. Jones had with this?

19   A    Because he didn't want -- he wanted me to put it in the

20   bag.

21   Q    Okay.  We'll go ahead and continue playing it.

22            (Call Activation 920 resumed.)

23   BY MS. URSCHEL:

24   Q    Mr. Johnson, why did you put the money in Mr. Jones's

25   Jeep Cherokee?

1    A    Because that's where he wanted me to put it at.

2    Q    Okay.  And early in this call Mr. Jones first asked about

3    "the money for them fliers."  What did you understand him to

4    mean?

5    A    That's the money that I owed him.

6    Q    For?

7    A    For the drugs.

8    Q    And a few seconds later, he then asked how many tickets

9    was it for.  And there was discussion about how many tickets,

10   what was that about?

11   A    He was confused on how many tickets it was for.

12   Q    Okay.  And by "tickets," what did you mean?

13   A    I knew that was a drug trade.

14   Q    Okay.  And when Mr. Jones said, "I wish you'd, like, grab

15   a bag," what did you take that to mean?

16   A    He wanted me to put the money inside of a bag.

17   Q    And he said, "You just lost me, and that's like five or

18   six thousand dollars."

19   A    Uh-huh.

20   Q    What does that mean?

21   A    The money that was supposed to be put in there, it

22   wasn't -- must wasn't adding up to be what was supposed to be

23   there.

24   Q    Okay.  And did you carefully count and organize this

25   money before you put it in the Jeep?

```
1    A    Yeah, yeah.

2    Q    Did you put it in a bag like he wanted you to do?

3    A    No.

4    Q    Did you ever have another conversation about this same

5    incident shortly thereafter?

6    A    Uh-huh.

7    Q    Is that a yes?

8    A    Yes.

9    Q    Okay.  I'd like to play for you now call 925, the same

10   day, less than an hour later, at 12:08 P.M.

11              (Call Activation 925 was played.)

12   BY MS. URSCHEL:

13   Q    In that call, when Mr. Jones says, "It just hit me where,

14   where I put, um, your -- your homework at."  What did he

15   mean?

16   A    Put the money at.

17   Q    The next call I'm going to play for you is activation

18   2176.  That's a call from September 25th, 2005, at 1:13 P.M.

19              (Call Activation 2176 was played.)

20   BY MS. URSCHEL:

21   Q    On this call, when Mr. Jones said he only got like six

22   tickets left, what did he mean?

23   A    He got six keys left.

24   Q    When you said, "Hey, one, one dude already did say up,

25   you know, I mean, one," what did that mean?
```

1    A    One dude only wanted one.

2    Q    One what?

3    A    One kilo.

4    Q    Okay.  The next call is activation 3480, it's a call from

5    October 3rd, 2005, and that's at 2:36 P.M.

6              (Call Activation 3480 played.)

7    BY MS. URSCHEL:

8    Q    In that call, when you said, "It's been slow for the last

9    couple days," what did you mean?

10   A    Wasn't nobody calling me for nothing.

11   Q    For nothing meaning?

12   A    Wasn't nobody calling me for my drugs.

13   Q    Okay.  And when Mr. Jones said he was trying to save you

14   a couple tickets, what did he mean.

15   A    Trying to save me a couple keys.

16   Q    The next call is from October 14th, 2005, it's at 7:05

17   P.M.  It's activation 4914.

18              (Call Activation 4914 was played.)

19   BY MS. URSCHEL:

20   Q    Mr. Johnson, when Mr. Jones asked you, "How many shirts

21   do you need, and you responded that you needed at least two

22   of them, what were you referencing?

23   A    Two keys.

24   Q    He later asked you, "Did you finish some of the other

25   set-up," what did that mean?

1    A    As far as the money that I owed him.

2    Q    Okay.  And after you responded, he said, "I'm'a need

3    that?"  What did you understand him to mean?

4    A    I had to come and pay him.

5    Q    Okay.

6         MS. URSCHEL:  And, your Honor, if I may inquire how

7    late the Court will sit?

8         THE COURT:  I'd like to finish these phone calls.

9         MS. URSCHEL:  Okay.

10        THE COURT:  Do you think you can do that in --

11        MS. URSCHEL:  We have --

12        THE COURT:  There aren't too many more.

13        MS. URSCHEL:  -- actually just one more call.

14        THE COURT:  Fine.

15   BY MS. URSCHEL:

16   Q    And before I play the next call, did you ever have a

17   problem with the quality of the drugs, of the cocaine that

18   you got from Mr. Jones?

19   A    Yeah, it broke up.

20   Q    Okay.  So let's --

21        THE COURT:  It what, broke up?

22        THE WITNESS:  Yeah.

23   BY MS. URSCHEL:

24   Q    When you say, "It broke up," what do you mean?

25   A    When you opened it up, it just broke up.

1   Q    Well, let me ask you that.  When you get a kilo of

2   cocaine, what's it supposed to be like?

3   A    It's in a sandwich bag, it's wrapped up.

4   Q    Okay.  And is it solid or is it in pieces?

5   A    It's solid.  It's supposed to be solid, but it just broke

6   up.

7   Q    Okay.  All right.  So when you say "broke up," it broke

8   into pieces?

9   A    Yeah.

10  Q    Okay.  So let's play call 5134, it's from October 16th,

11  2005, and the call is at 9:07 A.M.

12          (Call Activation number 5132 was played.)

13  BY MS. URSCHEL:

14  Q    Mr. Johnson, when Mr. Jones asked, "Did they go swimming

15  in the sea," and then later mentioned if they had gone to the

16  pool and swim, what did what mean?

17  A    He was thinking I cooked it up and I don't do all that, I

18  didn't do all that.

19  Q    Okay.  And what do you mean by "cooked it up," cooked

20  what into what?

21  A    Into crack, so, no.

22  Q    Okay.  And towards the end of the call, Mr. Jones says

23  that he'll be down there, what happened after this call?

24  A    He came to see me, what I was talking about.

25  Q    And did you and he discuss the dugs?

1    A    Yes.

2    Q    And what did you decide to do with the drugs?

3    A    I kept it.

4    Q    Okay.

5    A    Got rid of it.

6    Q    And did you --

7          THE COURT:  I'm sorry, who kept it?  Who kept the

8    drugs?

9          THE WITNESS:  I kept the drugs.

10         THE COURT:  Okay.

11   BY MS. URSCHEL:

12   Q    And what did you do with them?

13   A    Sold the drugs.

14   Q    Okay.  You were able to sell all of them?

15   A    Yes.

16         THE COURT:  So he didn't keep them, you did.  Is

17   that what you said?

18         THE WITNESS:  Yes.

19         THE COURT:  All right.

20         MS. URSCHEL:  Your Honor, that may be a good place

21   to stop for the evening.

22         THE COURT:  Is it a good place?  Okay, that's fine.

23         Ladies and gentlemen, I have a couple of meetings

24   starting at eight and one at 8:30, so why don't you come at

25   9:30.  Breakfast is here for you, if you want to come

1   earlier, that's fine.  But I think that we won't start until

2   quarter of ten for the jury anyways.  Okay?

3          So we'll start at quarter of ten, but breakfast is

4   available for you.

5          Sir, you're excused, you can't discuss your

6   testimony with anyone, and stay put for one minute.

7          Thank you, ladies and gentlemen, leave everything

8   behind.  Don't look to the news, listen to the radio or

9   anything like that.  Have a good evening.

10         (Jury Out.)

11         THE COURT:  Mr. Jones, and I have to warn you, you

12  have to be here tomorrow morning at nine o'clock.  They'll

13  tell you where to be.  Don't be late.  Some way or another

14  you seemed not to have been here on time today.

15         MR. JONES:  Okay.

16         THE COURT:  You're lucky the marshals didn't come

17  out and haul you in and put you in jail.

18         MR. JONES:  Okay.

19         THE COURT:  Do you have any trouble getting here at

20  nine because we can make it easier for you.

21         MR. JONES:  No, I'll be here.

22         THE COURT:  You sure?

23         MR. JONES:  Yes.

24         THE COURT:  All right.  Tell him where you want him.

25  Otherwise the marshals will be looking for you.

```
1            MR. JONES:  No problem.

2            THE COURT:  Thank you.

3            Okay.  We have a couple of things just quickly to

4    cover.

5            You're excused.  Do not discuss your testimony with

6    anyone.

7            (Witness excused.)

8            THE COURT:  How much longer do you expect to be?

9            MS. URSCHEL:  No more than ten, 15 minutes.

10           THE COURT:  I'm sorry, one minute, please.

11           (Pause.)

12           THE COURT:  How much longer do you expect for the

13   direct?

14           MS. URSCHEL:  No more than ten or 15 minutes, Your

15   Honor.

16           THE COURT:  Then cross and redirect.  So, hopefully,

17   we will be able to start calling your witnesses tomorrow in

18   the morning.  And I'm happy to take Mr. Peacock whenever you

19   want.  We're bringing up Mr. Randolph, and you are expecting

20   tomorrow to have, besides Peacock and Randolph, Wills is

21   coming, Howard's coming, Leak and Gordon?

22           MR. JONES:  Yes, ma'am.

23           THE COURT:  And we can't do Holland tomorrow, we

24   know that.  And obviously, Gilmore and Deniece Jones aren't

25   coming until Wednesday.  And will you arrange for Mr. Lyons
```

1    sometime on Wednesday?

2            MR. O'TOOLE:  Sure.

3            THE COURT:  Do you want to pick a time so we can

4    give them -- since we have to do Holland in the morning, we

5    could do Lyons and Maynard either late morning or early

6    afternoon.

7            MR. O'TOOLE:  Mr. Lyons seems to be available.  I

8    think it's up to Mr. Jones when he thinks that he'll be

9    called.  And I'll make sure Mr. Lyons is here.

10           THE COURT:  Put him on call.  So you'll tell Gwen

11   that you'll need Holland and Maynard for the next day.  And

12   any proffers you want to make, we can take them up now.  So

13   far at least one of these witnesses isn't moving without a

14   proffer.

15           MR. JONES:  Well, Your Honor, like I say, Shenese

16   Gilmore came to both trials.

17           THE COURT:  I don't have any problem, I've signed

18   that.  Gilmore is all set and so is Deniece Jones, they're

19   coming.

20           MR. JONES:  So which one you say is a problem?

21           THE COURT:  Cook.

22           MR. JONES:  Cook?

23           THE COURT:  I've got nothing, no basis for him.  And

24   what about Robin Bradshaw?  What can we do with her?  I mean,

25   if the only thing she'll be coming on here to say, because

1   she's not got nothing to contradict Mr. Zintura, is that

2   counsel who represented him before, I don't know what the

3   e-mails say.  What do the e-mails say?

4       MS. SOLTYS:  That's what the gist of it is, is

5   simply that she should go talk to Mr. Zintura.  She should

6   go -- and then Mr. Balarezo says, "Each of the defendants in

7   that case are represented by counsel.  Under the Rules of

8   Professional Conduct we cannot speak to them about the

9   subject matter of their own representation, i.e., their own

10  case.  However, please interview the Zinturas and only

11  inquire of them if they knew our client.  Take a picture for

12  identification purposes.  And have them sign and date the

13  picture.  Take a statement, if possible.  Again, do not ask

14  them anything about their own cases, only whether they know

15  or have ever dealt with our client.  A picture of our client

16  is attached."

17      THE COURT:  Okay.  All right.  So, I mean, that's

18  she'd come on to say, you can either stipulate or she comes

19  on to say I was instructed by counsel to do it.  And I'm not

20  going to let you bring out the Code of Professional Ethics.

21  That's the way he interpreted it.  It's not for the jury to

22  figure out whether he's right or not right.  And I've

23  concluded I'm not referring him to any bar, so.

24      MS. SOLTYS:  We've discussed it, and I believe that

25  the Government is prepared to agree that if -- that

1    Ms. Bradshaw would testify, the stipulation would be that she

2    wasn't told to do the interview of Mr. Zintura by Mr. Jones'

3    previous counsel.

4            THE COURT:  Whatever.  I mean, I don't have a vested

5    interest in whether she comes or not, but it's a way to deal

6    with it.  So, there's not much to cross-examine her about.

7            Is there anything she adds except to say that she

8    was doing it --

9            MR. JONES:  Your Honor, I think after the testimony

10   of Zintura, I think it's best for my defense --

11           THE COURT:  To call her?

12           MR. JONES:  Yes.

13           THE COURT:  Fine, okay.  Well, she can be on call.

14   Anybody can be on -- she's handy.

15           All right.  Anything else that we have to --

16           MS. SOLTYS:  I would like to question her about the

17   e-mails.

18           THE COURT:  Well, I don't know that --

19           MS. SOLTYS:  There's another part of the e-mail that

20   just said Robin, I just read the ICE reports, they mentioned

21   a Daniel Zintura.  According to ICE, Zintura had some

22   connection to the Bowie stash house that was rented by

23   Maynard.  "If you're able to interview him, ask him if he

24   ever had a connection to a house in Bowie at 8550 Myrtle

25   Avenue."

1            THE COURT:  So what would you do, ask her if she

2     asked him?

3            MS. SOLTYS:  No, I think I -- I want to make it

4     clear that they knew that he was -- that she knew going into

5     it that she already -- that he already knew Mr. Jones.  And

6     so I just want to understand that.  That she didn't just go

7     in a vacuum and start going through the jail and start asking

8     people, "Do you know Mr. Jones?  Do you know Mr. Jones?  Do

9     you know Mr. Jones?"  No, she was sent there to talk to --

10           THE COURT:  Right.

11           MS. SOLTYS:  -- by Mr. Balarezo to talk to

12    Mr. Zintura because Mr. Balarezo knew that Mr. Zintura had

13    information that implicated Antoine Jones.  And that is the

14    whole reason, the whole motive for sending her there is that

15    Mr. Balarezo is afraid that Mr. Zintura is going to implicate

16    Antoine Jones.  And so she's sent there because they know

17    that Mr. Zintura has a connection to Mr. Jones.  He has been

18    at the stash house on Myrtle Avenue that's rented by Maynard.

19    "If you're able to interview him, ask him if he ever had a

20    connection to the house in Bowie, Maryland."

21           So I simply want to bring out that she knew that

22    Mr. Zintura had potentially damaging information about

23    Mr. Jones, and that was the sole reason why she was sent

24    there, to try and neutralize him.

25           THE COURT:  That may be.  You decide whether you

1    want to call her or get a stipulation.  But what she knew

2    when she went down there about Zintura's involvement probably

3    is relevant.  Because she's the one that dictated to him what

4    to say.  So I'm not sure it's all so aboveboard really.

5              MR. JONES:  Your Honor --

6              THE COURT:  So, it's fair cross examination, that's

7    all I'm saying.

8              MR. JONES:  -- unless the Government could do what

9    they want to do, it would take me about five, ten minutes to

10   cross her.

11             THE COURT:  That's fine.  No, you're not crossing

12   her, you're putting her on in direct.

13             MR. JONES:  Yes.  I would like to approach ex parte

14   too, Your Honor.

15             THE COURT:  About her?

16             MR. JONES:  No.

17             THE COURT:  Oh, okay.  Is there anything else that

18   we have to take up here?  As far as I know, we've got the

19   final list of witnesses.  We're going to start -- we should

20   be able to get through Mr. Jones's list probably one through

21   six or seven tomorrow, and then the rest the day after.  I

22   have 8 through 14.  So, you ought to be ready with whatever

23   rebuttal.  But we do have to take time with Holland and

24   Maynard.  I think that the Statute of Limitations for Maynard

25   is long gone.  And I have to make a ruling on Holland.

1          Anything else for the Government?

2          MS. URSCHEL:  Your Honor, we would like to renew our

3     request for any *Jencks* material for any of these witnesses.

4          THE COURT:  Of course, absolutely.  Any reverse

5     *Jencks*, any kind of notes by your investigator, all of that

6     is free game.  You know, if she's going to take the stand,

7     you can ask her if she took any notes of any of these people.

8          MR. JONES:  Also, Your Honor --

9          THE COURT:  Reverse *Jencks* is due -- if you're going

10    to start your case tomorrow, by tomorrow morning you have to

11    give them any witness statements you have of these people

12    that you're calling.

13         MR. JONES:  The only statements that I have is on

14    Exhibit 1 from any of these witnesses that dealing with

15    Zintura.

16         THE COURT:  Exhibit 1, oh.

17         MR. JONES:  Yes, and he's coming in.  They have his

18    declaration.

19         THE COURT:  They have everything with Zintura.  Did

20    she interview any other people?

21         MR. JONES:  I don't believe so.

22         THE COURT:  Well, just double-check.  But if she's

23    here tomorrow, you can double-check.  Okay.  That takes care

24    of that.  There are no experts for the defendant unless we

25    find somebody else.  Okay.

1          MS. URSCHEL:  Your Honor, just that *Jencks* point

2    before we move on.  The Government just want to clarify that

3    if Robin Bradshaw interviewed other witnesses and sent

4    e-mails about what she had learned, that that would be

5    included in *Jencks*.  It's not just the final report that she

6    wrote up.  Anything that has communications --

7          THE COURT:  Their statements.

8          MS. URSCHEL:  -- or statements.

9          THE COURT:  Yes.

10          MR. JONES:  I believe stand-by counsel will probably

11    explain that to her.

12          THE COURT:  I'll ask her when she comes here

13    tomorrow, too, that's free game.

14          MR. JONES:  And I'd like to renew my motion on the

15    *Jencks* from Mr. Bermea and Mr. Demetrius.  I want to put on

16    record that both of these guys have talked about numerous of

17    debriefing.  And for both of them I had one 302.  So I want

18    to put on record that if these -- the Government is not

19    producing these 302s, that these guys are saying that they

20    debriefed at --

21          THE COURT:  Have you've produced the 302s of

22    interviews with these people as opposed to the FBI person who

23    took it?  Are you treating 302s to include the interview of

24    the witness even though he's not the author of the 302?

25          MS. URSCHEL:  Yes, Your Honor.  We have turned over

1    all 302s related to these individuals.

2              THE COURT:  Okay, just double-check tomorrow and

3    tell me whether you've got Bermea and Demetrius Johnson.

4              MS. URSCHEL:  Yes, Your Honor.  And we can represent

5    that when we're meeting with individuals, if we're preparing

6    them for testimony, that they don't usually do 302s.  It's

7    not getting their information if we review transcripts and

8    things like that, just so Mr. Jones feels comfortable.

9              THE COURT:  The *Jencks* would also include

10   handwritten notes by the agents.

11             MS. URSCHEL:  Of course, Your Honor.

12             THE COURT:  Of the interviews if they get to be

13   substantially verbatim.  And I have always taken the

14   position, at a minimum, if there's any question, they have to

15   be given to me.

16             MS. URSCHEL:  Yes, Your Honor.

17             THE COURT:  All right.  So please just tell them on

18   the record tomorrow what you find on that, Bermea and

19   Demetrius Johnson.

20             MS. SOLTYS:  I do have one more thing, which is

21   pursuant to those 2703(d) orders that the Court signed last

22   week with respect to the cell site information for telephones

23   belonging to Agents O'Brien and Yanta and Detective Horne, we

24   got a written letter back from AT&T, and it says that -- I'm

25   sorry, I walked up without glasses.

1           THE COURT:  I have to make a phone call at five, a

2      conference call, so you can either put it in the record.  I

3      take it it says what you told me before that they don't keep

4      it that long.

5           MS. SOLTYS:  AT&T can provide call detail records

6      with cell tower location information from July 2008 to

7      present, period, that's it.  So it confirms that which we had

8      been orally told, which is that that information no longer

9      exists.

10          THE COURT:  Got it.  Okay.  I'll excuse the

11     Government and hear what Mr. Jones has to say.  But I'll

12     break in a few minutes.

13          You'll show up at 9:30 tomorrow, please.  And we'll

14     finish up with -- and that's your last witness.  Can you

15     double-check with Ms. Franklin that all what you think is in

16     is in.  You've already done that?

17          And also for Mr. Jones, we're keeping the originals

18     or copies?

19          MS. SOLTYS:  Originals.

20          THE COURT:  Oh, so we have to figure out before the

21     jury goes, in consultation with them, which ones are in and

22     which ones are only ID'd.  Because only the ones that are in

23     go to the jury.

24          Okay.  And I assume there will be some moment this

25     week that we can take up the jury instructions.  I am toying

1   with the idea of not having trial on Friday because I can't

2   do it in the afternoon.  I have some small desire to see the

3   dentist.  I don't know whether they'll take me.  Okay.

4           Why don't you bring it up so we can finish up

5   quickly?

6           Just do an ex parte under seal, Lisa.

7           (Government counsel excused.  Ex parte

8     conference.  Court recessed at 5:00 p.m.)

9                       - o -

**I-N-D-E-X**

**WITNESSES**

|  | **Direct** | **Cross** | **Redirect** | **Recross** |
|---|---|---|---|---|

**On behalf of the Government:**

Detective Joseph Sopata (Resumed)

| | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| (By Ms. Soltys) | 13 | | | |
| (By Mr. Jones) | | 22 | | |
| (By Ms. Soltys) | | | 38 | |
| (By Mr. Jones) | | | | 38 |

Demetrius Johnson

| | | | | |
|---|---|---|---|---|
| (By Ms. Urschel) | 49 | | | |

**EXHIBITS**

**Page No.:**

**On behalf of the Government:**

Miscellaneous 6                                                56

CERTIFICATE OF REPORTER


I, Lisa Walker Griffith, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.


_____          _____
Lisa Walker Griffith                                     Date

**$**
$100,000 [1] 5/20
$22,000 [1] 61/22
$50 [1] 54/4
$5600 [1] 61/17
$69,191 [1] 15/11

**'**
'05 [1] 55/9
'80s [3] 53/16 54/9 58/25
'90s [2] 54/22 55/4

**-**
------------------------X [2] 1/2 1/7

**0**
05-386 [1] 1/3

**1**
100 [7] 43/20 43/21 44/2 44/11 44/14 45/20 46/4
101 [2] 44/2 46/4
11 [2] 1/7 14/4
11.5 [2] 19/15 19/25
11:23 [1] 70/3
11:24 [1] 71/13
12 [5] 1/9 10/19 11/25 14/23 67/24
128 [2] 70/3 70/5
12:08 [1] 74/10
13 [2] 15/15 91/5
1350 [1] 1/18
13TH [1] 70/21
14 [2] 16/4 85/22
14TH [1] 75/16
15 [4] 12/6 16/11 80/9 80/14
1550 [1] 1/19
16 [2] 17/5 29/12
16TH [1] 77/10
17 [4] 17/12 20/5 43/9 71/12
18 [1] 20/7
19 [2] 17/18 18/22
19TH [4] 53/5 53/6 53/7 53/9
1:13 [1] 74/18
1:55 [1] 29/12

**2**
20 [3] 17/23 21/5 48/23
200 [1] 1/18
20001 [1] 1/22
2000s [1] 55/6
20036 [1] 1/19
2004 [6] 55/9 55/11 55/12 56/3 59/12 59/13
2005 [16] 13/12 25/16 34/23 53/11 55/11 55/13 56/3 56/5 62/4 67/24 70/21 71/12 74/18 75/5 75/16 77/11
2006 [2] 22/16 31/7
2007 [2] 29/12 32/10
2008 [2] 58/11 89/6
2013 [1] 1/7
202 [3] 1/14 1/19 1/23
20530 [1] 1/14
20TH [1] 58/11
21 [1] 18/6
213 [2] 70/20 70/22
2176 [2] 74/18 74/19
22 [5] 19/9 22/22 22/25 61/22 91/6
23 [4] 22/1 22/22 22/22 52/17
24 [1] 34/23

24TH [3] 13/12 25/16 56/5
25TH [1] 74/18
27 [1] 39/8
2703 [1] 88/21
28 [1] 39/13
29 [1] 21/8
2:21 [1] 1/8
2:36 [1] 75/5

**3**
30 [1] 58/17
302 [2] 87/17 87/24
302s [5] 87/19 87/21 87/23 88/1 88/6
31 [1] 58/20
31,000 [1] 21/4
3247 [1] 1/23
3480 [2] 75/4 75/6
354-3247 [1] 1/23
38 [2] 91/6 91/7
386 [1] 1/3
3RD [1] 75/5

**4**
4110 [1] 1/13
44 [2] 67/23 67/25
45 [1] 70/3
460 [1] 21/8
49 [1] 91/8
4914 [2] 75/17 75/18
4:28 [1] 67/24

**5**
50 [3] 53/24 54/1 54/3
50s [2] 53/23 53/25
5132 [1] 77/12
5134 [1] 77/10
53 [1] 22/22
555 [1] 1/13
56 [1] 91/15
5:00 [1] 90/8
5:17 [1] 70/21

**6**
6507 [1] 1/22
69 [2] 18/17 19/1
6TH [3] 22/16 29/12 31/7

**7**
70 [11] 20/1 20/10 27/15 27/18 27/19 30/23 41/4 41/5 41/16 41/22 45/23
71 [11] 20/18 21/1 24/13 27/16 27/18 28/18 28/9 28/13 28/14 32/4 43/12
72 [14] 20/18 21/1 24/13 27/18 28/14 32/3 38/23 39/17 40/2 40/3 40/24 41/1 43/13 44/8
7685 [1] 1/14
775-1550 [1] 1/19
7:05 [1] 75/16

**8**
8550 [1] 83/24
860 [1] 21/8
8:30 [1] 78/24

**9**
920 [3] 71/12 71/19 72/22
925 [2] 74/9 74/11
93 [2] 69/8 69/10
9:07 [1] 77/11

9:30 [2] 78/25 89/13

**A**
A.M [2] 71/13 77/11
ABLE [8] 11/22 16/17 67/8 78/14 80/17 83/23 84/19 85/20
ABOUT [76] 2/21 7/3 8/6 8/7 8/24 9/10 10/1 11/4 11/11 12/3 12/6 13/10 13/11 13/14 24/21 25/24 26/16 27/14 28/18 28/22 29/7 30/1 31/11 32/18 32/21 34/15 34/17 37/22 40/3 43/8 44/4 44/14 44/24 48/4 48/18 51/4 51/20 58/8 58/18 61/7 61/11 61/22 62/17 63/18 64/8 65/9 65/11 65/15 65/25 66/5 67/2 67/2 68/8 68/13 69/9 70/3 70/25 71/15 71/24 72/1 73/2 73/9 73/10 74/4 77/24 81/24 82/6 82/14 83/6 83/16 84/22 85/2 85/9 85/15 87/4 87/16
ABOVE [2] 15/22 92/8
ABOVE-ENTITLED [1] 92/8
ABOVEBOARD [1] 85/4
ABSOLUTELY [1] 86/4
ACCEPT [1] 27/23
ACCOMMODATE [1] 12/14
ACCORDING [1] 83/21
ACCURATE [1] 67/18
ACCURATELY [1] 67/19
ACROSS [2] 24/8 24/8
ACTIVATION [18] 67/23 67/25 69/8 69/10 70/3 70/5 70/20 70/22 71/19 72/2 74/11 74/17 74/19 75/4 75/6 75/17 75/18 77/12
ACTIVITIES [1] 56/8
ACTIVITY [1] 30/25
ACTUAL [5] 42/25 68/11 68/13 68/16 69/16
ACTUALLY [9] 4/18 4/20 14/10 27/16 43/22 66/23 68/21 71/14 76/13
ADD [1] 49/2
ADDING [1] 73/22
ADDITIONAL [1] 20/7
ADDS [1] 83/7
ADMITTED [4] 41/25 42/2 52/16 56/18
ADRIAN [1] 2/10
AFRAID [1] 84/15
AFTER [22] 3/12 4/10 8/9 21/14 46/13 50/22 51/1 51/6 54/17 55/4 58/19 59/9 59/11 59/18 60/18 61/6 65/17 70/7 76/2 77/23 83/9 85/21
AFTERNOON [13] 2/1 5/25 9/1 12/9 12/18 12/23 12/24 13/5 13/6 49/22 49/23 81/6 90/2
AGAIN [11] 14/25 17/25 21/19 44/3 54/17 54/25 55/5 55/8 59/12 59/18 82/13
AGAINST [1] 5/17
AGENT [9] 2/15 13/15 13/20 24/2 34/16 43/23 45/16 45/18 46/5
AGENTS [3] 2/13 88/10 88/23
AGO [3] 31/8 31/9 32/16
AGREE [2] 45/5 82/25
AGREED [1] 7/17
AGREEMENT [7] 57/4 57/5 57/7

**A**

AGREEMENT... [4] 57/12 57/19 57/22 57/25

AHEAD [9] 15/1 26/20 37/22 38/25 47/2 47/8 61/24 71/18 72/21

AHOLD [1] 9/18

AIN'T [1] 64/6

AJ [8] 22/25 24/13 24/13 28/14 28/14 30/23 41/16 43/12

AJ-SW [1] 43/12

AJ-SW-22 [1] 22/25

AJ-SW-70 [2] 30/23 41/16

AJ-SW-71 [2] 24/13 28/14

AJ-SW-72 [2] 24/13 28/14

ALARM [1] 65/16

ALL [42] 7/16 8/12 8/25 10/2 10/4 11/14 12/19 18/1 19/14 21/12 25/10 27/5 27/5 27/25 30/16 31/6 38/7 41/7 45/25 46/7 46/8 46/12 48/4 50/3 61/9 65/1 69/2 77/7 77/17 77/18 78/14 78/19 79/24 81/18 82/17 83/15 85/4 85/7 86/5 88/1 88/17 89/15

ALLEGEDLY [1] 2/3

ALLEN [1] 8/8

ALLOW [1] 44/16

ALLOWING [1] 11/25

ALMOST [1] 58/20

ALONG [1] 19/20

ALREADY [7] 32/15 42/3 52/16 74/24 84/5 84/5 89/16

ALSO [8] 2/9 8/21 21/29/14 44/25 86/8 88/9 89/17

ALWAYS [4] 34/5 61/23 62/1 88/13

AM [4] 7/7 13/22 70/20 89/25

AMERICA [1] 1/3

AMOUNT [5] 21/18 53/20 54/3 61/14 61/18

AMOUNTS [2] 53/19 54/23

AND/OR [2] 5/11 5/15

ANOTHER [11] 3/4 16/21 16/25 17/7 19/5 37/14 71/8 71/11 74/4 79/13 83/19

ANSWER [15] 23/18 29/18 29/22 30/5 30/20 30/22 31/3 31/18 32/5 32/8 34/7 34/9 34/10 34/11 43/14

ANSWERS [1] 29/20

ANTOINE [12] 1/5 1/16 55/14 55/15 55/19 63/24 64/11 64/24 66/1 68/3 84/13 84/16

ANY [45] 3/6 4/4 4/16 4/19 7/3 7/13 7/18 23/8 23/23 24/2 25/15 29/14 31/9 31/16 37/16 37/24 38/18 41/22 42/7 45/14 46/11 48/9 50/20 50/22 51/22 52/10 61/19 62/10 63/2 70/13 71/15 79/19 81/12 81/17 82/23 86/3 86/3 86/4 86/5 86/7 86/7 86/11 86/14 86/20 88/14

ANYBODY [6] 3/7 11/7 24/1 24/4 35/14 83/14

ANYONE [4] 4/5 18/14 79/6 80/6

ANYTHING [23] 4/5 7/7 10/19 18/7 18/15 29/16 37/14 40/8 42/10 42/12 44/4 46/3 48/18 49/2 65/15 67/15 79/9 82/14 83/7 83/15 85/17 86/1 87/6

ANYWAY [1] 10/21

ANYWAYS [2] 36/8 79/2

APPAREL [1] 51/17

APPARENTLY [3] 5/12 6/19 6/23

APPEAR [2] 19/4 19/12

APPEARANCES [1] 1/11

APPEARS [2] 18/12 18/13

APPROACH [4] 33/23 41/17 45/1 85/13

ARE [32] 3/11 4/3 9/23 11/15 12/1 14/20 16/4 18/1 19/5 19/7 20/21 21/1 22/24 24/7 24/18 24/21 40/14 40/20 42/1 42/2 46/7 52/10 56/10 56/17 80/19 82/7 86/24 87/19 87/23 89/21 89/22 89/22

AREA [6] 14/6 21/16 21/17 50/11 52/8 68/11

AREN'T [2] 76/12 80/24

ARISE [1] 63/3

ARMREST [1] 72/8

AROUND [6] 3/12 4/10 16/15 35/21 41/9 55/18

ARRANGE [1] 80/25

ARREST [1] 5/11

ARRESTED [5] 54/8 54/12 62/4 62/8 62/11

ARROWS [1] 14/20

ARTICULATED [5] 3/20 3/21 4/7 4/23 4/24

ARTICULATELY [1] 8/1

ARTICULATES [1] 4/8

AS [32] 3/2 3/2 3/19 3/20 3/20 4/8 4/8 4/23 4/23 7/1 7/14 7/14 7/24 11/18 27/23 32/3 39/1 41/1 41/24 41/24 43/5 51/1 51/10 52/9 52/16 60/23 72/17 76/1 76/1 85/18 85/18 87/22

ASK [18] 3/6 7/4 8/18 13/14 37/21 44/13 45/12 46/7 46/20 47/1 67/17 77/1 82/13 83/23 84/1 84/19 86/7 87/12

ASKED [28] 8/14 8/24 9/18 26/15 27/14 27/25 28/18 28/22 29/23 31/6 31/15 31/25 33/24 38/4 38/5 41/6 43/21 44/21 44/24 45/4 48/4 69/12 72/3 73/8 75/20 75/24 77/14 84/2

ASKING [5] 10/18 13/10 37/20 53/14 84/7

ASSUME [2] 10/9 89/24

ATTACHED [1] 82/16

ATTENTION [2] 28/25 55/10

ATTORNEY [2] 57/9 57/16

ATTORNEY'S [1] 1/13

AUSA [2] 1/12 1/12

AUTHOR [1] 87/24

AUTHORIZATION [1] 10/14

AUTHORIZING [1] 10/19

AVAILABLE [2] 79/4 81/7

AVENUE [3] 1/18 83/25 84/18

AWARE [4] 9/21 9/22 9/22 13/15

**B**

BACK [24] 12/10 12/25 15/24

21/15 25/1 28/24 35/21 36/17 46/24 47/6 53/16 53/17 57/6 57/7 58/11 58/23 58/25 63/11 63/11 65/1 65/1 65/2 68/7 88/24

BACKSEAT [1] 15/25

BACKYARD [1] 36/23

BAD [1] 3/25

BAG [63] 15/10 15/19 16/6 16/8 16/9 16/22 16/23 17/1 17/3 17/10 17/17 17/17 17/19 17/21 18/2 18/8 18/20 18/20 18/25 19/2 19/6 19/12 22/6 23/23 24/5 29/23 30/18 30/21 30/22 32/1 33/11 33/16 33/23 33/24 34/2 35/17 38/4 38/9 38/17 38/21 40/8 40/19 41/10 42/2 42/12 42/24 42/24 43/6 47/13 47/17 47/18 63/6 63/7 63/8 63/10 64/18 64/21 72/2 72/20 73/15 73/16 74/2 77/3

BAGS [7] 18/1 18/4 18/4 18/7 18/18 18/19 19/4

BALAREZO [15] 8/16 9/13 9/24 30/13 30/17 41/24 42/7 43/21 43/22 45/19 46/3 82/6 84/11 84/12 84/15

BALLOU [1] 50/14

BAND [1] 17/7

BANDS [6] 16/15 16/20 17/8 18/15 25/12 43/10

BANK [5] 34/24 35/24 35/24 37/10 37/11

BAR [1] 82/23

BASED [1] 7/10

BASICALLY [3] 2/16 30/24 41/22

BASIS [5] 4/11 4/25 5/1 36/6 81/23

BASKETBALL [3] 51/21 51/21 52/7

BE [56] 2/5 2/7 2/10 3/15 3/20 6/14 8/22 9/1 9/1 10/3 10/9 10/23 11/22 11/23 12/8 16/17 17/9 19/16 39/9 40/14 42/2 45/12 45/13 46/12 42/22 49/19 58/9 67/23 72/2 73/21 73/22 73/22 77/2 77/5 77/23 78/20 79/12 79/13 79/13 79/21 79/25 80/8 80/17 81/7 81/8 81/25 83/1 83/13 83/14 84/25 85/20 85/22 87/4 88/12 88/15 89/24

BECAUSE [26] 6/9 8/1 8/9 9/17 12/7 16/17 23/12 26/15 34/16 41/25 60/4 60/7 63/17 66/7 67/4 68/15 69/7 72/19 73/1 79/20 81/25 84/12 84/16 85/3 89/22 90/1

BEEN [13] 7/16 8/1 10/15 10/16 36/23 37/1 42/24 52/16 67/8 75/8 79/14 84/17 89/8

BEFORE [27] 1/9 2/25 3/2 6/23 7/19 8/24 9/20 10/21 12/14 23/7 23/9 29/3 30/3 47/6 57/16 57/19 58/18 69/25 71/14 71/23 71/25 73/25 76/16 82/2 87/2 89/3 89/20

BEGIN [1] 13/24

BEHALF [3] 5/18 91/4 91/14

**B**

BEHIND [2] 24/15 79/8
BEING [6] 23/16 23/18 30/10
41/25 42/8 67/19
BELIEF [1] 24/7
BELIEVE [24] 2/11 2/14 2/14
2/17 4/11 6/1 6/5 7/7 7/23
10/11 10/16 16/5 17/16
23/13 23/14 23/22 29/10
31/24 34/3 47/16 47/25
82/24 86/21 87/10
BELONGING [1] 88/23
BELOW [1] 57/11
Bench [1] 45/3
BENEFIT [2] 5/9 5/17
Bermea [3] 87/15 88/3 88/18
BESIDES [3] 17/3 37/22 80/20
BEST [1] 83/10
BETTER [1] 6/8
BETWEEN [5] 23/15 51/5 61/22
67/9 70/7
BIG [1] 35/9
BILLS [1] 25/12
BIT [1] 63/13
BITE [1] 6/6
Bivens [1] 2/14
BLACK [6] 15/10 15/18 16/6
16/23 17/1 19/2
BLUE [23] 15/10 17/14 20/3
20/4 20/8 20/22 20/23 22/6
24/19 24/21 27/17 30/18
32/1 33/11 38/4 38/9 40/8
41/9 41/10 41/11 47/13
47/17 47/19
Blumenthal [1] 57/14
BORN [1] 50/8
BOTH [5] 9/24 9/25 81/16
87/16 87/17
BOTTOM [1] 37/8
Bowie [3] 83/22 83/24 84/20
BOX [1] 30/11
BOYS [1] 51/21
Bradshaw [9] 8/14 8/19 8/22
9/9 10/24 11/17 81/24 83/1
87/3
BREAK [7] 9/21 9/21 9/23
60/25 61/1 63/13 89/12
BREAKFAST [2] 78/25 79/3
Brian [1] 1/17
BRIEF [1] 49/7
BRING [9] 3/10 8/12 8/24
34/12 46/17 68/6 82/20
84/21 90/4
BRINGING [1] 80/19
BRINGS [1] 34/5
BROKE [9] 60/24 61/3 76/19
76/21 76/24 76/25 77/5 77/7
77/7
BROUGHT [2] 2/4 2/17
BROWN [4] 16/8 16/9 18/25
19/5
BUNDLE [6] 16/12 16/22 35/11
35/12 35/13 35/15
BUNDLED [1] 18/12
BUNDLES [1] 35/4
BUS [1] 8/4
BUSINESS [3] 35/25 37/12
51/11
BUSINESSMAN [2] 12/5 37/10
BUTTERFLIES [1] 7/16
BUY [2] 4/9 7/7

**C**

CABARET [2] 53/5 53/6
CALL [59] 8/19 12/13 21/16
25/4 28/6 60/1 60/1 67/23
67/25 68/2 68/14 68/19 69/8
69/10 70/2 70/3 70/5 70/7
70/20 70/22 71/5 71/12
71/12 71/14 71/18 71/19
71/21 71/23 71/25 72/17
72/22 73/2 74/9 74/11 74/13
74/17 74/18 74/19 74/21
75/4 75/4 75/6 75/8 75/16
75/18 76/13 76/16 77/10
77/11 77/12 77/22 77/23
81/10 83/11 83/13 85/1 89/1
89/2 89/5
CALLED [3] 52/10 60/2 81/9
CALLING [6] 8/22 60/5 75/10
75/12 80/17 86/12
CALLS [6] 49/12 66/11 67/9
67/11 67/22 76/8
CAME [12] 2/15 5/25 28/25
38/16 40/8 43/13 63/6 70/9
70/9 70/10 77/24 81/16
CAN [62] 3/6 3/18 4/12 4/14
5/18 6/17 7/4 8/23 9/18
9/20 12/7 14/9 14/9 14/10
15/15 15/19 17/5 17/12
17/18 17/23 18/6 22/17
22/22 25/13 25/14 25/15
26/2 26/11 27/23 33/23 34/1
38/15 38/17 38/25 41/6
42/15 42/19 43/12 43/25
44/5 44/9 46/7 46/8 46/17
50/3 56/23 76/10 79/20 81/3
81/12 81/24 82/18 83/13
83/14 86/7 86/23 88/4 89/2
89/5 89/14 89/25 90/4
CAN'T [12] 3/3 3/7 9/10 9/12
10/21 21/8 24/14 37/20 46/8
79/5 80/23 90/1
CANNOT [1] 82/8
CAPACITY [1] 6/23
CARE [1] 86/23
CAREFULLY [1] 73/24
Carolina [2] 10/11 11/1
CASE [15] 1/3 2/14 3/16 5/8
8/6 8/7 19/20 24/2 24/4
54/11 54/14 54/18 82/7
82/10 86/10
CASES [1] 82/14
CASH [3] 10/19 15/11 35/25
CATALOGED [1] 30/24
CELL [2] 88/22 89/6
CENTER [3] 41/8 43/8 59/3
CERTAIN [1] 22/5
CERTIFICATE [1] 92/4
CERTIFY [1] 92/6
CHANGE [1] 12/3
CHARGE [7] 6/24 6/25 8/2
14/6 56/10 61/11 61/21
CHASE [1] 4/6
CHASING [2] 4/10 7/15
CHECK [4] 86/22 86/23 88/2
89/15
Cherokee [14] 13/16 13/25
14/7 14/12 14/15 15/2 15/5
15/9 15/10 15/18 21/13 25/2
72/13 72/25
CHILDREN [1] 50/20
CLARIFY [2] 33/23 87/2
CLEAR [7] 17/9 38/3 45/6 45/8

45/23 47/8 84/4
CLEARLY [1] 3/20
CLIENT [3] 82/11 82/15 82/15
CLOSED [2] 64/12 64/13
CLOTHES [1] 51/11
CLOTHING [3] 51/9 51/10 51/16
CLUB [26] 36/1 36/15 36/19
36/21 36/23 37/1 37/9 37/21
52/10 52/21 52/22 52/23
52/25 53/2 62/13 62/15
62/18 62/24 65/1 65/2 65/4
68/11 68/14 68/17 69/15
69/15
CLUBS [1] 37/22
COCAINE [17] 53/18 54/3
54/25 60/15 61/3 62/24 62/21
65/20 66/6 66/15 66/17
68/20 68/21 69/22 71/1
76/17 77/2
Code [1] 82/20
CODEFENDANT [1] 23/12
COLORFUL [1] 18/8
COLUMBIA [1] 1/1
COME [17] 5/21 10/4 10/10
10/21 12/8 12/14 13/23 24/7
28/13 35/18 55/4 65/8 76/4
78/24 78/25 79/16 82/18
COME-UP [1] 10/4
COMES [5] 12/6 12/7 82/18
83/5 87/12
COMFORTABLE [1] 88/8
COMING [14] 6/2 9/11 9/15
10/12 10/13 11/7 11/24 63/9
80/21 80/21 80/25 81/19
81/25 86/17
COMMON [1] 4/3
COMMUNICATIONS [1] 87/6
COMPARTMENT [5] 15/9 15/17
15/18 72/8 72/9
COMPARTMENTS [1] 22/6
COMPLETED [1] 46/5
COMPLETELY [1] 44/20
COMPLICATED [1] 44/7
COMPLIES [3] 39/20 41/3 44/12
COMPUTER [9] 1/25 15/10
15/18 16/6 16/23 17/1 22/6
35/17 42/24
CONCLUDED [1] 82/23
Conduct [1] 82/8
CONFERENCE [3] 45/3 89/2
90/8
CONFERRED [1] 39/15
CONFIRMS [1] 89/7
CONFUSED [2] 45/14 73/11
CONFUSION [1] 71/15
Connecticut [1] 1/18
CONNECTION [4] 83/22 83/24
84/17 84/20
CONSENT [4] 13/16 13/21 14/1
14/2
CONSIDERATION [1] 7/25
CONSOLE [1] 71/17
Conspiracy [1] 4/10 7/15
CONSPIRATORIAL [1] 4/17
CONSULT [1] 32/24
CONSULTATION [1] 89/21
CONT'D [1] 13/3
CONTACT [3] 10/16 59/8 59/11
CONTAIN [1] 43/7
CONTAINED [3] 17/23 19/6
20/10
Conte [2] 10/8 11/21

## C

CONTENTS [5] 16/1 16/12 25/9 30/24 48/5
CONTINUE [4] 61/5 61/11 71/22 72/21
CONTRADICT [1] 82/1
CONVERSATION [2] 67/4 74/4
CONVERSATIONS [2] 49/3 66/22
CONVINCE [1] 6/12
COOK [2] 81/21 81/22
COOKED [3] 77/17 77/19 77/19
COOLER [28] 15/11 17/14 17/14 20/3 20/4 20/8 20/22 20/23 22/4 22/7 24/19 24/21 24/24 24/25 25/3 25/5 25/18 25/18 27/17 28/1 28/2 29/1 41/10 42/5 42/8 43/13 45/10 47/6
COOPERATING [1] 5/7
COOPERATOR [2] 6/18 8/11
COPIES [1] 89/18
CORRECT [29] 11/1 16/24 18/11 23/2 23/22 24/10 25/6 28/6 28/20 28/23 29/8 29/18 30/1 30/2 30/20 31/1 31/2 31/13 31/14 32/4 32/5 33/12 34/17 38/5 38/6 48/23 54/6 67/18 92/7
CORRECTIONS [1] 67/14
CORRECTLY [2] 27/10 47/24
COST [1] 54/1
COULD [16] 8/7 13/7 19/16 27/8 30/15 32/23 32/24 45/1 49/24 52/13 55/18 66/10 67/4 71/23 81/5 85/8
COUNSEL [8] 3/19 39/15 82/2 82/7 82/19 83/3 87/10 90/7
COUNT [8] 16/20 35/4 35/12 35/13 35/15 36/24 37/1 73/24
COUNTED [1] 35/19
COUNTING [1] 35/9
COUPLE [7] 26/21 59/19 75/9 75/14 75/15 78/23 80/3
COURSE [3] 31/11 86/4 88/11
COURT [26] 1/1 1/21 3/22 3/23 4/14 4/23 5/25 7/25 8/1 9/17 9/18 9/19 9/20 11/25 30/6 30/16 32/6 34/13 41/21 42/5 42/22 44/1 46/22 76/7 88/21 90/8
COURT's [2] 27/8 56/13
COURTHOUSE [1] 1/21
COURTNEY [1] 1/12
COURTROOM [6] 2/4 6/2 33/20 33/20 33/21 55/19
COVER [4] 15/22 15/24 16/1 80/4
CRACK [1] 77/21
CREDIT [1] 6/7
CRIMINAL [1] 1/3
CROSS [7] 22/11 22/12 80/16 83/6 85/6 85/10 91/3
CROSS-EXAMINATION [1] 22/12
CROSS-EXAMINE [1] 83/6
CROSSING [1] 85/11
CURRENCY [3] 16/25 18/10 21/18
CURRENTLY [2] 50/17 50/18

## D

D-E-M-E-T-R-I-U-S [1] 50/1
D.C [4] 1/7 1/22 50/9 50/10
D.C.S [5] 51/7 51/8 51/11 51/14 51/23
DALLAS [1] 53/8
DAMAGING [1] 84/22
DANIEL [1] 83/21
DARLENE [1] 1/12
DATE [2] 82/12 92/13
DAY [20] 1/9 2/8 9/23 15/5 21/21 25/1 25/16 29/12 34/23 35/2 42/25 52/2 52/3 52/6 69/9 69/23 70/21 74/10 81/11 85/21
DAYS [1] 75/9
DC [2] 1/14 1/19
DEAD [2] 66/7 66/8
DEAL [1] 83/5
DEALING [1] 86/14
DEALT [1] 82/15
DEBRIEFED [1] 87/20
DEBRIEFING [1] 87/17
DECEMBER [1] 29/11
DECIDE [3] 42/13 78/2 84/25
DECIDED [2] 57/17 58/1
DECLARATION [1] 86/18
DEFENDANT [4] 1/6 1/16 55/25 86/24
DEFENDANT's [3] 13/12 39/8 39/13
DEFENDANTS [1] 82/6
DEFENSE [3] 3/2 7/10 83/10
DELANEY's [1] 11/12
DEMETRIUS [8] 8/25 49/13 49/18 50/1 87/15 88/3 88/19 91/8
DENIECE [3] 11/24 80/24 81/18
DENIED [1] 3/3
DENTIST [1] 90/3
DEPENDING [1] 10/22
DEPICTED [2] 17/13 20/4
DEPOSITS [1] 37/10
DESCRIBE [1] 63/5
DESCRIBED [1] 66/2
DESIRE [1] 90/2
DESPITE [1] 4/3
DETAIL [1] 89/5
DETECTIVE [26] 13/1 13/5 13/14 21/23 22/9 22/14 22/16 22/25 24/11 25/23 27/14 28/4 33/3 33/16 34/15 35/23 35/25 36/19 37/12 38/10 38/15 45/9 47/11 48/8 88/23 91/5
DICTATED [1] 85/3
DID [163]
DIDN'T [19] 2/20 4/16 6/5 6/7 23/8 24/2 29/14 31/5 45/21 48/1 68/6 69/5 69/7 70/15 72/19 77/1 78/18 78/16 79/16 84/6
DIFFERENCE [1] 23/15
DIFFERENT [6] 18/10 52/1 52/1 52/4 52/7 61/3
DINING [4] 21/16 21/17 35/10 35/16
DIRECT [6] 13/3 40/13 49/20 80/13 85/12 91/3
DIRECTED [1] 13/24
DIRECTLY [1] 29/14
DISCOVER [2] 16/16 33/18
DISCOVERED [1] 33/10
DISCUSS [3] 77/25 79/5 80/5
DISCUSSED [2] 42/3 82/24
DISCUSSING [2] 17/18 56/8
DISCUSSION [2] 10/1 73/9
DISTRICT [4] 1/1 1/1 1/10 1/21
DO [107]
DOCUMENT [5] 42/22 44/1 56/25 57/3 57/16
DOCUMENTS [4] 25/10 25/10 43/11 48/5
DOES [15] 4/8 5/22 19/12 19/13 19/24 27/20 34/13 37/9 40/24 41/1 41/5 43/6 53/23 53/24 73/20
DOESN'T [6] 3/22 3/22 8/9 8/20 10/3 36/8
DOING [8] 3/5 22/14 44/18 59/3 59/3 59/5 60/7 83/8
DOLLAR [1] 25/12
DOLLARS [5] 2/4 21/20 22/3 54/2 73/18
DON'T [60] 2/18 3/19 3/21 4/4 4/9 4/13 4/13 4/14 5/2 6/12 6/16 6/19 11/7 11/13 11/23 12/13 12/14 12/16 15/3 24/6 24/25 26/5 29/3 29/4 29/10 32/20 34/12 34/20 35/19 35/21 36/15 37/8 39/12 40/13 40/16 42/7 42/11 42/19 44/7 44/22 45/11 45/11 45/17 46/10 58/15 61/9 70/15 77/17 78/24 79/8 79/13 81/17 82/2 83/4 86/21 88/6 89/3 90/3 90/4
DONE [1] 89/16
DOOR [10] 63/9 63/9 63/17 64/9 64/10 64/12 64/13 64/15 64/17 64/18
DOUBLE [4] 86/22 86/23 88/2 89/15
DOUBLE-CHECK [4] 86/22 86/23 88/2 89/15
DOWN [10] 7/24 45/13 48/12 60/24 60/25 61/1 61/3 63/13 77/23 85/2
DRAWSTRING [1] 18/21
DROP [1] 70/17
DROPPED [1] 70/14
DRUG [6] 52/4 56/7 62/17 62/24 71/8 73/13
DRUGS [35] 53/12 53/14 53/15 53/17 53/19 54/9 54/17 55/5 55/11 55/12 56/2 60/9 61/5 61/8 61/11 61/23 62/6 62/10 62/15 65/25 66/3 66/4 66/6 66/15 66/16 67/3 70/13 72/6 73/7 75/12 76/17 78/2 78/8 78/9 78/13
DUDE [2] 74/24 75/1
DUE [1] 86/9
DUGS [1] 77/25
DURING [10] 9/22 27/14 27/16 28/4 38/3 45/9 54/8 63/2 67/8 67/11

## E

E-MAIL [4] 8/17 8/23 9/22 83/19
E-MAILS [11] 8/13 8/14 9/13 9/18 9/19 9/23 9/25 82/3 82/3 83/17 87/4
EACH [6] 14/9 18/12 31/4 35/15 35/18 82/6

# E

**EARLIER [4]** 41/11 69/23 69/24 79/1
**EARLY [2]** 73/2 81/5
**EASIER [1]** 79/20
**EDUCATION [2]** 50/22 50/24
**EIGHT [2]** 39/9 78/24
**EITHER [8]** 2/19 5/8 6/5 26/15 44/19 81/5 82/18 89/2
**ELLEN [1]** 1/9
**ELMO [2]** 13/7 52/13
**ELSE [10]** 10/10 19/1 37/14 37/21 47/7 63/23 83/15 85/17 86/1 86/25
**EMPLOYED [2]** 50/17 50/18
**EN [1]** 9/8
**END [2]** 59/2 77/22
**ENFORCEMENT [1]** 18/15
**ENGINEER [1]** 51/1
**ENOUGH [1]** 42/9
**ENTITLED [1]** 92/8
**ERRIN [1]** 1/17
**ETHICS [1]** 82/20
**EVEN [4]** 7/3 8/11 46/10 87/24
**EVENING [4]** 65/10 65/22 78/21 79/9
**EVENT [6]** 6/24 36/23 37/1 53/7 66/24 67/2
**EVENTS [4]** 51/22 51/25 52/10 53/2
**EVENTUALLY [3]** 56/7 58/5 65/20
**EVER [23]** 3/13 36/23 44/3 47/19 51/22 52/9 53/12 54/8 61/23 62/15 63/3 65/8 65/23 65/25 66/22 68/16 69/15 71/14 74/4 76/16 82/15 83/24 84/19
**EVERY [2]** 4/6 31/4
**EVERYBODY [3]** 10/20 26/23 33/21
**EVERYTHING [3]** 45/17 79/7 86/19
**EVIDENCE [16]** 7/11 7/12 7/17 7/18 15/3 25/15 26/24 30/25 34/6 34/12 34/13 40/4 41/21 41/25 52/16 56/20
**EVIDENTIARY [2]** 15/4 20/14
**EX [3]** 85/13 90/6 90/7
**EXACTLY [5]** 16/16 18/9 22/5 63/15 64/4
**EXAMINATION [6]** 13/3 22/12 38/1 38/13 49/20 85/6
**EXAMINE [1]** 83/6
**EXAMPLE [1]** 35/11
**EXCEPT [1]** 83/7
**EXCHANGED [2]** 59/17 59/24
**EXCUSE [1]** 89/10
**EXCUSED [5]** 48/14 79/5 80/5 80/7 90/7
**EXHIBIT [35]** 14/4 14/23 15/15 16/4 16/11 17/5 17/12 17/18 17/23 18/6 18/17 18/22 19/1 19/9 20/1 20/5 20/7 20/10 20/18 22/1 24/12 27/15 27/19 38/22 39/1 39/6 39/8 39/13 41/4 41/5 52/17 56/19 56/23 86/14 86/16
**EXHIBITS [2]** 21/1 91/12
**EXISTS [1]** 89/9
**EXIT [1]** 65/4
**EXPECT [3]** 8/25 80/8 80/12

**EXPECTING [1]** 80/19
**EXPERIENCE [2]** 37/22 43/18
**EXPERTS [1]** 86/24
**EXPLAIN [5]** 60/25 68/20 71/7 71/24 87/11
**EXPLANATION [1]** 27/3
**EXTEND [1]** 7/8
**EXTENDING [1]** 7/9

# F

**FACT [5]** 27/23 29/7 29/25 34/15 47/11
**FACTOR [1]** 7/24
**FAIR [4]** 11/12 19/16 59/8 85/6
**FALSE [1]** 65/16
**FALSIFICATION [1]** 7/18
**FALSIFIED [1]** 7/11
**FAR [6]** 3/11 7/14 7/16 76/1 81/13 85/18
**FBI [3]** 18/14 21/21 87/22
**FEBRUARY [2]** 1/7 58/11
**FEELS [1]** 88/8
**FENCE [1]** 63/12
**FEW [5]** 43/5 66/25 67/22 73/8 89/12
**FIFTIES [1]** 53/22
**FIFTY [1]** 54/2
**FIGURE [3]** 11/5 82/22 89/20
**FINAL [2]** 85/19 87/5
**FINALLY [1]** 2/2
**FIND [23]** 3/7 6/18 8/10 9/13 15/3 15/3 18/7 20/12 20/20 24/21 24/24 26/11 29/14 30/5 33/24 34/1 40/2 40/16 41/6 47/6 48/16 86/25 88/18
**FINDING [1]** 28/24
**FINE [8]** 22/15 42/5 46/19 76/14 78/22 79/1 83/13 85/11
**FINGERPRINTS [3]** 23/23 24/2 24/5
**FINISH [4]** 75/24 76/8 89/14 90/4
**FINISHED [3]** 37/17 37/19 44/14
**FIRST [50]** 5/3 5/4 5/5 22/19 23/4 23/7 23/9 23/15 25/23 25/24 26/9 27/14 27/25 28/6 28/12 28/17 32/6 32/8 32/9 32/12 32/19 32/22 33/4 33/5 33/6 33/10 34/16 39/2 39/4 39/5 39/6 39/8 43/17 43/23 44/24 45/7 45/9 47/19 48/1 48/3 48/5 49/24 53/14 53/15 58/24 59/18 60/16 63/14 67/23 73/2
**FIVE [6]** 50/7 51/5 53/25 73/17 85/9 89/1
**FLIERS [1]** 73/3
**FLY [1]** 47/4
**FOCUS [2]** 55/10 58/23
**FOLLOW [1]** 30/15
**FOLLOWING [1]** 70/21
**FOOT [1]** 18/20
**FOOTBALL [1]** 53/8
**FOREGOING [1]** 92/6
**FOREVER [1]** 3/13
**FORGET [1]** 5/13
**FORM [3]** 13/16 13/18 13/21
**FORTH [1]** 34/6
**FORTY [1]** 50/7
**FORTY-FIVE [1]** 50/7

**FORWARDED [1]** 10/14
**FOUND [32] 15/8 20/21 21/2
21/15 21/18 24/18 24/20
24/25 24/25 25/1 25/3 25/5
25/7 25/8 25/13 27/18 28/1
30/8 30/21 30/22 31/10 32/2
32/11 32/12 32/22 33/3
34/23 34/25 35/2 35/15
44/23 46/7
**FOUR [2]** 21/6 21/9
**FOURTH [1]** 1/13
**FRANCIS [1]** 19/5
**FRANKLIN [4]** 13/7 39/2 52/14 89/15
**FRANKLY [1]** 6/5
**FREE [4]** 53/5 53/6 86/6 87/13
**FRIDAY [3]** 11/6 11/7 90/1
**FRONT [6]** 14/17 14/17 30/6 45/7 56/24 60/16
**FRONTED [4]** 60/13 60/14 61/23 61/25
**FULL [1]** 69/5
**FURTHER [8]** 21/24 37/16 37/23 38/11 42/10 42/15 48/10 50/22

# G

**GAME [3]** 53/8 86/6 87/13
**GARAGE [5]** 13/24 14/6 14/8 31/11 31/13
**GATE [1]** 15/25
**GAVE [13]** 2/8 13/15 33/16 34/13 40/8 44/18 57/3 60/13 63/6 69/4 70/12 70/24 71/1
**GAY [1]** 37/2
**GAY/LESBIAN [1]** 37/2
**GENERAL [1]** 43/5
**GENERALLY [1]** 54/21
**GENTLEMAN [1]** 47/1
**GENTLEMEN [6]** 12/23 15/7 46/23 48/15 78/23 79/7
**GET [41]** 3/4 3/21 7/6 7/6 8/10 9/18 12/1 12/7 12/10 12/16 12/17 23/9 23/23 24/2 33/25 34/12 44/14 46/1 50/22 54/3 54/14 55/12 58/1 60/6 61/5 61/8 61/11 62/15 65/20 68/4 68/6 68/9 68/16 68/20 68/21 70/13 71/2 77/1 85/1 85/20 88/12
**GETS [2]** 44/3 45/12
**GETTING [8]** 51/1 59/23 62/6 63/17 64/17 71/4 79/19 88/7
**GILMORE [6]** 10/9 10/16 11/21 80/24 81/16 81/18
**GIRLS [1]** 51/21
**GIST [1]** 82/4
**GIVE [15]** 8/23 12/12 22/16 38/15 39/1 43/21 46/21 58/7 63/10 64/18 69/2 69/5 71/5 81/4 86/11
**GIVEAWAY [2]** 66/7 66/8
**GIVEN [3]** 7/15 72/3 88/15
**GIVING [1]** 62/1
**GLASSES [1]** 88/25
**GLOVE [2]** 72/8 72/8
**GO [25]** 2/20 3/12 8/12 9/6 15/1 26/20 34/24 35/24 37/22 38/25 46/2 46/16 47/1 47/8 47/9 50/10 50/13 64/17 71/18 72/21 77/14 82/5 82/6 84/6 89/23
**GOES [2]** 72/17 89/21

# G

**GOING [39]** 2/7 10 3/4 3/12 3/15
4/3 4/9 5/16 7/19 8/18 9/6
9/9 11/5 11/20 12/2 12/15
41/14 42/2 46/9 46/12 48/15
52/12 56/12 63/16 64/15
67/22 67/23 68/4 68/6 69/8
70/2 70/20 74/17 82/20 84/4
84/7 84/15 85/19 86/6 86/9
**GONE [4]** 46/24 47/5 77/15
85/25
**GOOD [11]** 4/3 12/23 12/24
13/5 13/6 49/22 49/23 50/3
78/20 78/22 79/9
**GORDON [6]** 10/5 10/21 10/25
10/25 11/19 80/21
**GOT [41]** 2/2 4/10 5/14 9/15
10/2 10/4 10/24 22/22 24/4
26/14 29/5 39/10 40/22
45/14 54/13 54/16 54/18
56/4 58/19 60/18 60/20
60/21 61/10 61/14 61/18
68/22 68/22 69/22 69/24
72/1 72/6 74/21 74/23 76/18
78/5 81/23 82/1 85/1 88/8/3
88/24 89/10
**GOTTEN [2]** 11/13 62/10
**GOVERNMENT [33]** 1/12 2/6
2/13 2/18 3/7 4/1 4/12 5/9
5/25 6/11 6/12 7/4 7/11
22/25 49/11 49/18 56/14
57/3 58/7 82/25 85/8 86/1
87/2 87/18 89/11 90/7 91/4
91/14
**GOVERNMENT'S [29]** 7/11 11/9
14/4 14/23 15/15 16/4 16/11
17/5 17/12 17/18 17/23 18/6
18/17 18/22 19/1 19/9 20/1
20/5 20/7 20/10 20/18 21/1
27/15 27/19 41/15 48/22
52/17 56/19 56/23
**GRAB [1]** 73/14
**GRADUATE [1]** 50/15
**GRAND [8]** 14/7 15/2 15/5
15/9 15/9 15/18 21/12 25/2
**GRANTED [1]** 11/8
**GREAT [1]** 3/15
**GREEN [1]** 14/20
**GRIFFITH [3]** 1/21 92/6 92/13
**GUESS [1]** 10/1
**GUILTY [4]** 56/7 56/10 57/1
57/20
**GUNS [1]** 7/18
**GUY [6]** 2/15 2/16 3/25 4/11
6/20 8/2
**GUYS [5]** 2/12 3/6 52/4 87/16
87/19
**GWEN [2]** 9/16 81/10

# H

**HAD [25]** 11/8 16/2 21/17
29/1 35/9 38/19 46/3 51/13
52/4 62/10 63/8 69/24 72/3
72/6 72/18 76/4 77/15 83/21
83/24 84/12 84/19 84/22
87/4 87/17 89/7
**HALF [2]** 68/22 69/14
**HAND [3]** 29/1 39/12 49/17
**HANDED [7]** 9/19 27/17 28/2
38/4 40/19 41/20 45/9
**HANDWRITTEN [1]** 88/10

**HANDY [1]** 83/14
**HANG [2]** 45/1 59/1
**HAPPEN [3]** 40/20 48/1 48/3
**HAPPENED [19]** 6/24 34/14
41/2 45/8 45/16 54/11 59/16
59/20 60/1 60/12 63/5 64/4
64/7 68/19 68/20 70/7 70/10
71/25 77/23
**HAPPENING [1]** 43/18
**HAPPENS [1]** 52/6
**HAPPY [1]** 80/18
**HAS [17]** 3/20 4/5 4/11 5/8
5/8 7/10 7/11 7/13 9/25
10/10 23/12 26/7 42/19
84/17 84/17 87/6 89/11
**HASN'T [1]** 8/1
**HAUL [1]** 79/17
**HAVE [109]**
**HAVEN'T [1]** 11/13
**HAVING [1]** 90/1
**HE [141]**
**HE'LL [5]** 11/23 44/6 71/5
77/23 81/8
**HE'S [25]** 2/12 3/5 3/5 3/25
5/8 6/18 7/12 7/19 7/20
8/11 9/8 10/18 11/15 12/2
12/4 26/14 36/13 41/6 42/14
43/16 45/23 68/13 82/22
86/17 87/24
**HEAD [2]** 36/20 36/22
**HEAR [4]** 4/25 50/3 64/6
89/11
**HEARD [2]** 7/17 34/19
**HEARING [1]** 60/7
**HECHINGER [1]** 69/1
**HELLO [1]** 48/23
**HELP [3]** 38/18 41/1 60/5
**HER [16]** 8/23 10/3 81/24
83/6 83/11 83/16 84/1 84/14
85/1 85/10 85/12 85/12
85/15 86/7 87/11 87/12
**HERE [54]** 2/8 2/17 3/5 3/16
5/21 6/8 7/16 8/4 9/5 10/10
10/23 16/5 16/14 17/9 17/9
17/15 19/10 20/4 24/7 24/8
24/8 24/8 24/11 24/17 24/22
25/8 25/13 25/25 26/3 26/12
26/12 29/8 30/11 40/9 40/19
44/18 46/11 47/18 48/6
48/22 49/14 50/10 57/7
57/11 78/25 79/12 79/14
79/19 79/21 81/9 81/25
85/18 86/23 87/12
**HEY [3]** 23/20 34/2 74/24
**HIGH [4]** 50/10 50/13 50/14
50/22
**HIM [87]** 2/5 12/7 12/8 12/14
26/18 28/2 37/20 37/21
38/18 40/13 40/16 40/22
41/6 42/16 43/21 44/9 44/10
44/11 44/13 45/4 45/12
45/21 45/22 45/23 45/24
46/3 46/7 46/8 46/20 46/21
50/3 58/24 58/25 59/2 59/11
59/12 59/13 59/14 59/14
59/15 59/16 59/18 59/24
60/1 60/2 60/5 60/10 60/12
61/7 61/8 61/14 61/18 61/24
62/24 63/2 65/25 68/16
68/21 68/23 68/25 69/2
69/20 69/21 69/24 69/24
70/12 70/13 71/16 72/6 73/3
73/5 76/1 76/3 76/4 79/24

79/24 81/10 81/23 82/2
82/2 83/6 83/13 83/23 84/2
84/19 84/19 84/24 85/3
**HIS [26]** 4/1 4/25 5/4 5/5 5/9
5/17 6/25 8/6 8/10 12/2
12/5 21/17 26/9 36/16 37/9
37/22 45/25 46/4 57/11
57/14 60/7 60/8 71/17 72/8
72/11 86/17
**HIT [1]** 74/13
**HOLD [2]** 10/2 22/17
**Holland [14]** 2/10 3/6 5/11
5/15 5/16 5/18 7/14 10/7
11/20 80/23 81/4 81/11
85/23 85/25
**HOMEWORK [2]** 69/18 74/14
**Honor [34]** 2/2 3/15 7/19 9/3
12/4 12/22 26/25 30/14
32/19 34/18 41/17 41/24
42/11 43/15 43/16 44/5
44/16 46/2 49/12 56/21 76/6
78/20 80/15 81/15 83/9 85/5
85/14 86/2 86/8 87/1 87/25
88/4 88/11 88/16
**HONORABLE [1]** 1/9
**HOPEFULLY [1]** 80/16
**Horne [1]** 88/23
**HORSEBACK [1]** 52/8
**HOUR [1]** 74/10
**HOURS [1]** 69/9
**HOUSE [9]** 35/16 62/9 62/10
70/9 70/11 83/22 83/24
84/18 84/20
**HOW [39]** 10/23 12/15 18/1
18/9 21/19 22/4 22/14 26/7
33/16 33/24 34/1 34/12
35/20 36/19 36/21 50/6 51/4
51/14 53/2 54/1 58/18 58/18
59/2 60/16 61/7 61/9 61/11
61/16 61/21 62/17 67/1
68/13 73/8 73/9 73/11 75/20
76/6 80/8 80/12
**Howard [4]** 10/4 10/24 11/19
12/4
**Howard's [1]** 80/21
**HOWEVER [1]** 82/10
**HUGE [1]** 21/17
**Huggins [19]** 19/23 23/13
23/21 23/24
**Huggins' [1]** 24/4
**HUH [12]** 20/25 23/1 54/5
55/3 58/12 60/24 62/14
63/20 66/12 68/10 73/19
74/6
**Huh-uh [1]** 60/24
**HUNDRED [4]** 2/4 21/6 21/20
22/2
**HUVELLE [2]** 1/9 58/3
**Huvelle's [1]** 33/20
**HVAC [2]** 50/25 51/1

# I

**I'D [10]** 2/23 3/1 9/17 13/14
38/21 55/10 58/23 74/9 76/8
87/14
**I'LL [8]** 5/19 20/24 46/17
79/21 89/7 87/12 89/10
89/11
**I'M [49]** 2/20 4/9 4/15 4/22
4/23 5/19 7/8 8/9 9/22
10/19 11/5 22/5 22/24 24/2
26/1 30/8 31/19 32/14 32/25
33/25 34/9 34/11 36/17

**I**

**I'M...** [26] 37/19 39/11 39/22
40/1 40/3 41/14 45/19 46/1
46/9 47/8 52/12 53/14 56/12
56/18 67/22 69/8 70/2 74/17
78/7 80/10 80/18 82/19
82/23 85/4 85/7 88/24
**I'M'A** [1] 76/2
**I'VE** [11] 3/9 4/7 7/17 8/14
22/22 41/14 56/17 56/25
81/17 81/23 82/22
**I-N-D-E-X** [1] 91/1
**I.E** [1] 82/9
**ICE** [2] 83/20 83/21
**ID'D** [1] 89/22
**IDEA** [3] 7/13 46/10 90/1
**IDENTIFICATION** [4] 39/1 39/7
41/15 82/12
**IDENTIFIED** [1] 55/25
**ILLEGAL** [1] 30/25
**IMMEDIATELY** [1] 5/25
**IMPACT** [1] 62/5
**IMPLICATE** [1] 84/15
**IMPLICATED** [1] 84/13
**IMPORT** [1] 3/23
**IMPORTANCE** [1] 46/11
**INCIDENT** [2] 65/9 74/5
**INCLUDE** [2] 87/23 88/9
**INCLUDED** [1] 87/5
**INCONSISTENCIES** [2] 46/13
46/15
**INCONSISTENT** [2] 44/18 44/20
**INCORRECT** [1] 67/15
**INDICATING** [2] 15/2 15/21
**INDICTED** [1] 19/19
**INDIVIDUAL** [2] 5/2 6/22
**INDIVIDUALLY** [1] 35/18
**INDIVIDUALS** [2] 88/1 88/5
**INDULGENCE** [2] 27/8 56/13
**INFORMATION** [6] 84/13 84/22
88/7 88/22 89/6 89/8
**INITIALS** [4] 19/4 19/4 19/7
19/20
**INQUIRE** [2] 76/6 82/11
**INSIDE** [22] 15/4 16/1 16/11
16/22 16/23 16/25 17/10
18/2 18/7 18/8 20/10 20/22
20/23 21/18 27/18 27/18
38/8 38/9 43/6 72/8 72/11
73/16
**INSTEAD** [3] 40/22 66/15 72/2
**INSTRUCTED** [1] 82/19
**INSTRUCTIONS** [1] 89/25
**INSTRUCTOR** [1] 59/4
**INTAKE** [2] 6/25 7/1
**INTEREST** [1] 83/5
**INTERPRET** [1] 5/24
**INTERPRETATION** [1] 19/16
**INTERPRETED** [1] 82/21
**INTERVIEW** [6] 82/10 83/2
83/23 84/19 86/20 87/23
**INTERVIEWED** [1] 87/3
**INTERVIEWS** [2] 87/22 88/12
**INVESTIGATE** [2] 3/16 3/18
**INVESTIGATING** [2] 6/13 6/14
**INVESTIGATION** [1] 24/1
**INVESTIGATOR** [2] 10/15 86/5
**INVOLVEMENT** [1] 85/2
**IS** [189]
**IS DUE** [1] 86/9
**ISN'T** [7] 29/7 29/12 29/25
34/15 40/15 47/11 81/13

**ISSUE** [1] 72/17
**ISSUES** [2] 71/17 71/25
**IT** [229]
**IT'S** [51] 3/14 7/9 9/5 12/10
15/17 15/22 24/7 26/3 26/5
26/5 26/9 26/12 26/12 26/13
27/2 34/11 35/24 38/3 40/17
41/3 41/21 42/13 42/24 44/6
45/7 46/20 46/24 47/4 51/9
51/9 69/8 70/3 70/20 71/12
75/4 75/8 75/16 75/17 77/3
77/3 77/5 77/5 77/10 81/8
82/21 83/5 83/10 85/4 85/6
87/5 88/6
**ITEM** [6] 16/7 17/15 20/2 41/8
41/11 42/25
**ITEMS** [4] 15/4 21/2 40/25
43/7
**ITSELF** [1] 42/25

**J**

**J-O-H-N-S-O-N** [1] 50/2
**J.F.S** [1] 19/4
**JACKSON** [6] 2/10 3/6 3/7 5/11
5/12 5/13
**JAIL** [8] 6/20 6/23 6/25 8/3
58/18 62/7 79/17 84/7
**JASON** [6] 5/5 5/6 5/7 5/16
6/24 8/2
**JASON'S** [1] 6/17
**JEEP** [15] 13/16 13/24 14/7
15/9 15/18 21/18 21/21
34/25 35/16 35/22 72/14
72/15 72/15 72/25 73/25
**JEFFREY** [1] 1/17
**JENCKS** [7] 86/3 86/5 86/9
87/1 87/5 87/15 88/9
**JIBE** [1] 27/20
**JOHN** [1] 2/14
**JOHNSON** [19] 8/25 9/5 10/23
12/15 49/6 49/13 49/14
49/18 50/1 50/6 53/12
71/21 72/24 75/20 77/14
88/3 88/19 91/8
**JONES** [81] 1/5 1/16 3/20
3/24 5/10 5/17 5/18 6/2 6/4
7/17/10 8/6 8/19 8/19
10/20 11/24 13/16 13/21
14/1 19/20 23/12 32/3 32/24
37/17 44/21 47/8 55/17
55/19 58/23 59/9 60/19 61/5
61/12 62/6 62/11 62/15
62/18 64/4 65/9 65/11 65/21
65/23 66/16 66/22 67/1 67/9
68/4 68/11 69/12 70/7 70/24
71/5 71/15 72/3 72/18 73/2
73/14 74/13 74/21 75/13
75/20 76/18 77/14 77/22
79/11 80/24 81/4 81/1 84/5
84/8 84/8 84/9 84/13 84/16
84/17 84/23 88/8 89/11
89/17 91/6 91/7
**JONES'** [5] 13/24 15/4 21/12
21/21 83/2
**JONES'S** [3] 4/6 72/24 85/20
**JOSEPH** [3] 13/11 19/5 91/5
**JUDGE** [8] 1/10 30/8 33/19
37/18 58/2 58/3 58/3 58/8
**JUDGMENT** [1] 4/3
**JULY** [1] 89/6
**JUMPED** [2] 63/11 63/11
**JURORS** [1] 2/20
**JURY** [35] 1/9 2/25 3/2 3/10

7/12 7/20 7/20 12/20 15/7
23/7 25/25 26/2 26/2 26/13
29/8 32/10 33/3 34/1 38/8
38/16 38/17 42/13 44/18
49/1 49/10 61/1 63/5 71/7
71/24 79/2 79/10 82/21
89/21 89/23 89/25
**JUST** [58] 5/15 6/9 6/23 7/24
8/8 9/17 9/19 14/9 14/10
16/14 17/9 19/3 24/7 27/4
27/9 27/9 34/14 38/25 40/3
43/5 44/11 44/21 47/22
54/20 55/22 56/8 56/17
56/25 60/25 63/1 64/22 65/7
66/20 66/20 66/20 68/16
70/24 71/1 71/23 72/2 73/17
74/13 76/13 76/25 77/5 80/3
83/20 83/20 84/6 84/6 86/22
87/1 87/2 87/5 88/2 88/8
88/17 90/6
**JUSTICE** [3] 2/8 3/14 4/1

**K**

**KEEP** [9] 3/15 4/9 5/18 27/5
37/20 42/16 50/3 78/16 89/3
**KEEPING** [2] 4/1 89/17
**KEPT** [4] 78/3 78/7 78/7 78/9
**KEVIN** [2] 2/10 11/20
**KEY** [4] 61/15 68/7 68/22
69/14
**KEYS** [7] 61/20 63/8 69/4
69/22 74/23 75/15 75/23
**KICKING** [1] 37/19
**KIDS** [1] 52/8
**KILO** [11] 60/17 60/18 60/23
68/6 68/9 68/20 68/21 69/5
71/1 75/3 77/1
**KILOGRAM** [1] 61/21
**KILOS** [2] 64/21 65/20
**KIND** [4] 35/21 37/21 72/12
86/5
**KINDS** [1] 46/12
**KIRSCHNER** [2] 10/20 12/1
**KNEW** [10] 8/7 45/5 73/13
82/11 84/4 84/4 84/5 84/12
84/21 85/1
**KNOW** [69] 2/5 2/18 2/19 4/13
5/2 5/3 6/7 6/19 7/14 11/13
11/23 11/23 12/3 12/5 12/10
12/12 12/13 12/15 13/20
14/11 15/25 19/19 20/1 22/5
23/19 23/20 24/4 24/6 24/25
26/3 32/20 34/20 34/24 35/4
35/19 36/5 36/15 36/19 37/8
42/19 44/3 44/22 45/11
45/11 45/17 46/10 55/15
56/10 61/9 64/2 66/2 67/20
67/1 68/13 68/15 69/5 72/11
74/25 80/24 82/2 82/14
83/18 84/8 84/8 84/9 84/16
85/18 86/6 90/3
**KNOWS** [3] 5/19 7/2 8/8

**L**

**LADIES** [6] 12/23 15/7 46/23
48/15 78/23 79/7
**LARGE** [5] 15/11 16/12 17/7
17/25 18/20
**LARGEST** [1] 61/18
**LAST** [14] 5/2 6/15 6/17 7/24
31/7 34/4 46/24 48/22 49/24
55/16 64/2 75/8 88/21 89/14
**LATE** [3] 76/7 79/13 81/5

# L

LATER [12] 3/18 59/19 65/10 65/22 68/24 69/9 70/4 71/5 73/8 74/10 75/24 77/15
LAW [1] 18/14
LAWRENCE [6] 11/21 63/10 63/24 63/25 64/5 64/18
LAWRENCE's [1] 64/2
LAWYER [2] 9/12 10/8
LAYING [1] 35/21
LEAK [3] 10/25 11/19 80/21
LEAKS [1] 10/5
LEARNED [2] 5/16 87/4
LEAST [4] 6/18 12/17 75/21 81/13
LEAVE [4] 36/17 63/17 63/19 79/7
LEFT [4] 13/10 14/16 74/22 74/23
LEGENDS [3] 52/2 52/3 52/6
LESBIAN [1] 37/2
LESS [1] 74/10
LET [15] 2/22 14/10 15/14 17/18 19/3 22/16 27/9 34/6 55/24 57/6 62/5 63/13 67/17 77/1 82/20
LET's [10] 4/25 5/13 5/15 8/12 45/22 47/9 68/8 71/18 76/20 77/10
LETTER [1] 88/24
LETTERS [1] 19/14
LEVELS [14] 52/10 52/25 53/2 62/13 62/15 62/18 62/24 62/25 63/2 63/15 68/11 68/14 68/17 69/15
LIEBER [5] 31/25 34/3 41/17 42/3 47/23
LIFE [1] 53/15
LIKE [38] 2/23 2/23 3/1 5/24 12/10 13/14 15/17 16/8 16/14 17/16 22/6 34/6 34/14 36/23 37/18 38/21 46/24 48/17 51/15 53/21 55/10 58/23 59/19 65/14 73/14 73/17 74/2 74/9 74/21 76/8 77/2 79/9 81/15 83/16 85/13 86/2 87/14 88/8
LIMITATIONS [1] 85/24
LINE [5] 22/22 37/8 51/9 51/9 51/10
LISA [4] 1/21 90/6 92/6 92/13
LIST [7] 9/3 11/10 11/13 11/14 12/2 85/19 85/20
LISTEN [3] 66/10 67/8 79/8
LITTLE [10] 9/6 54/19 54/20 54/22 55/2 59/15 63/13 69/13 69/16 69/16
LIVING [2] 21/16 35/10
LOCATION [2] 31/10 89/6
LOCKED [4] 54/13 56/4 56/5 58/19
LOCKER [1] 18/20
LONG [13] 8/3 10/23 11/4 12/15 26/8 32/15 35/20 42/24 51/4 51/14 58/18 85/25 89/4
LONGER [3] 80/8 80/12 89/8
LOOK [24] 2/2 7/4 18/18 23/7 26/14 26/18 29/23 31/3 33/24 34/2 34/6 38/5 38/17 38/25 39/17 39/24 40/22 40/24 41/1 43/6 43/20 44/2 55/18 79/8
LOOKED [9] 35/2 38/20 69/19 79/22 79/24 83/9 83/12 85/14 85/15
LOOKING [11] 15/16 16/4 34/7 34/9 34/11 40/7 40/14 44/8 47/22 69/19 79/25
LOOKS [1] 16/8
LOSING [1] 59/11
LOST [3] 32/25 59/8 73/17
LOT [4] 6/13 7/12 8/7 43/10
LUCKY [1] 79/16
LUGGAGE [2] 15/17 16/2
LUNCH [9] 9/20 9/21 9/22 20/3 30/18 32/1 41/10 41/10 42/24
LYONS [5] 11/22 80/25 81/5 81/7 81/9

# M

M.H [8] 19/15 19/17 19/20 23/2 23/3 23/13 23/19 23/20
M.T [2] 19/16 23/6
MA'AM [8] 17/11 17/20 21/3 38/24 39/3 39/11 43/2 80/22
MAD [1] 72/1
MADE [7] 9/22 45/18 46/25 47/12 51/13 56/2 66/21
MAIL [4] 8/17 8/23 9/22 83/19
MAILS [11] 8/13 8/14 9/13 9/18 9/19 9/23 9/25 82/3 82/3 83/17 87/4
MAKE [13] 5/22 12/13 27/4 27/9 44/7 51/11 67/14 79/20 81/9 81/12 84/3 85/25 89/1
MAKES [1] 45/23
MALL [1] 15/15 59/15 69/1
MAN [1] 3/25
MANY [10] 18/1 36/19 36/21 53/2 62/17 73/8 73/9 73/11 75/20 76/12
MARK [2] 10/24 39/5
MARKED [4] 22/23 39/1 41/15 47/23
MARSHAL [1] 9/7
MARSHALS [2] 79/16 79/25
MARYLAND [2] 13/13 84/20
MATERIAL [1] 86/3
MATTER [3] 43/6 82/9 92/8
MATTERS [1] 5/9
MAY [14] 3/23 9/1 12/6 27/22 35/8 41/17 45/12 45/13 46/21 48/11 49/19 76/6 78/20 84/25
MAYBE [1] 2/7
MAYNARD [7] 11/22 81/5 81/11 83/23 84/18 85/24 85/24
ME [64] 2/3 2/6 2/8 2/12 2/16 3/22 7/3 7/7 7/23 8/9 8/10 9/12 9/18 15/14 17/18 19/3 22/16 26/3 27/9 31/3 34/6 34/14 37/19 39/24 41/20 43/22 44/16 45/7 48/18 55/18 57/3 57/6 60/13 60/13 61/25 62/5 63/6 63/10 63/13 63/24 64/24 67/17 68/3 68/6 68/7 69/4 71/1 72/1 72/2 72/19 73/1 73/16 73/17 74/13 75/10 75/12 75/15 77/1 77/24 85/9 88/3 88/15 89/3 90/3
MEAN [36] 8/9 32/6 34/7 37/18 39/25 40/2 42/17 46/12 59/22 60/8 60/21 60/25 61/2 66/16 68/5 69/13
MEANING [3] 67/2 67/18 75/11
MEANS [1] 10/22
MEANT [2] 68/9 71/7
MECHANICAL [1] 1/25
MEET [5] 58/24 60/10 68/16 68/21 68/23
MEETING [2] 60/16 88/5
MEETINGS [3] 67/8 67/12 78/23
MEMBERS [3] 61/1 71/7 71/24
MEMORY [1] 27/20
MENTION [2] 28/8 28/8
MENTIONED [8] 28/5 59/24 62/2 62/4 62/4 62/13 68/14 69/21 77/15 83/20
MERIT [1] 7/13
MESSED [1] 44/7
MET [7] 58/25 59/2 60/12 62/24 67/5 68/25 69/2
Michael [2] 19/23 57/14
Michele [1] 1/12
MIDDLE [1] 3/21
MIGHT [3] 12/5 16/17 31/25
Mike [4] 23/12 23/20 23/23 24/4
MIND [3] 14/9 15/3 43/25
MINE [1] 19/5
MINIMUM [1] 88/14
MINUTE [10] 10/6 48/16 48/21 71/3 71/6 71/9 71/10 71/11 79/6 80/10
MINUTES [8] 12/6 26/21 49/5 70/4 80/9 80/14 85/9 89/12
MISCELLANEOUS [6] 25/10 43/11 48/5 56/15 56/19 91/15
MISJUSTICE [1] 3/15
MISLEAD [1] 29/8
MISSED [1] 3/23
MISTAKE [2] 45/18 47/12
MOMENT [8] 12/1 12/2 26/17 27/9 32/23 32/24 48/17 89/24
Monday [1] 1/7
MONEY [45] 2/17 6/3 6/13 15/11 15/12 16/13 16/22 17/3 17/7 17/9 17/25 19/6 21/12 25/10 34/23 34/24 34/25 35/4 35/5 35/20 35/21 36/16 36/24 37/1 37/9 48/6 59/23 60/4 60/6 69/20 70/12 71/16 71/17 72/1 72/3 72/5 72/7 72/24 73/3 73/5 73/16 73/21 73/25 74/16 76/1
MONITOR [1] 56/24
MONTHS [5] 58/17 58/20 58/21 58/22 59/19
Moore [2] 2/15 13/13
MORE [12] 6/9 7/22 11/11 46/13 46/14 46/16 46/15 76/12 76/13 80/9 80/14 88/20
MORNING [8] 9/2 10/8 12/17 79/12 80/18 81/4 81/5 86/10 10/22
MOST [12] 10/22
MOTION [2] 11/9 87/14
MOTIVE [1] 84/14
MOVE [2] 2/22 87/2
MOVES [1] 56/14
MEANING [9] 69/11 71/3 73/4 73/12 73/15 73/20 74/10 74/22 74/25 74/25 75/9 75/14 75/25 76/3 76/24 77/16 77/19 81/24 82/17 83/4

**M**

MOVING [1] 81/13
MPD [1] 18/14
Mr [15] 2/3 5/10 8/18 32/24
49/2 49/6 50/6 70/24 72/24
73/2 73/14 84/9 88/8 91/6
91/7
MR. [101]
MR. BALAREZO [12] 8/16 9/13
30/13 30/17 43/21 43/22
45/19 46/3 82/6 84/11 84/12
84/15
MR. BERMEA [1] 87/15
MR. CONTE [1] 11/21
MR. DEMETRIUS [1] 87/15
MR. HOLLAND [1] 7/14
MR. JOHNSON [6] 49/14 53/12
71/21 72/24 75/20 77/14
MR. JONES [58] 3/20 3/24 6/2
6/4 7/1 7/10 8/19 8/19
13/16 13/21 14/1 19/20
23/12 37/17 44/21 47/8
55/17 58/23 59/9 60/19 61/5
61/12 62/6 62/11 62/15
62/18 64/4 65/9 65/11 65/21
65/23 66/22 67/1 67/9 68/4
68/11 69/12 70/7 71/5 71/15
72/3 72/18 74/13 74/21
75/13 75/20 76/18 77/14
77/22 79/11 81/8 84/5 84/8
84/8 84/17 84/23 89/11
89/17
MR. JONES' [5] 13/24 15/4
21/12 21/21 83/2
MR. JONES's [2] 4/6 85/20
MR. LYONS [4] 11/22 80/25
81/7 81/9
MR. PEACOCK [1] 80/18
MR. RANDOLPH [1] 80/19
MR. ZINTURA [8] 82/1 82/5
83/2 84/12 84/12 84/15
84/17 84/22
MS [8] 13/7 31/24 42/3 52/13
89/15 91/5 91/6 91/8
MS. [8] 9/20 9/25 10/16 34/3
34/6 39/2 41/17 83/1
MS. BRADSHAW [1] 83/1
MS. FRANKLIN [1] 39/2
MS. GILMORE [1] 10/16
MS. LIEBER [2] 34/3 41/17
MS. SOLTYS [3] 9/20 9/25 34/6
MUCH [13] 13/8 21/19 22/4
54/1 54/24 60/16 61/7 61/9
61/16 61/21 80/8 80/12 83/6
MUST [2] 70/9 73/22
MY [17] 2/10 2/15 3/2 4/2
6/15 9/25 23/18 33/21 35/22
35/22 36/20 36/22 62/9 70/9
75/12 83/10 87/14
MYRTLE [2] 83/24 84/18
MYSELF [3] 4/18 43/25 67/6

**N**

NAH [2] 64/3 68/22
NAME [14] 5/2 5/3 5/3 5/4 5/5
6/17 7/4 7/6 7/7 8/10 49/24
55/16 57/14 64/2
NAMED [2] 11/21 23/12
NARCOTICS [1] 29/15
NASSAU [1] 1/18
NATURE [1] 29/16
NAUGLE [8] 13/15 13/21 34/16
34/20 43/23 45/16 46/5 46/9
47/19 47/24 48/3 63/13 72/3
NEAR [1] 35/9
NECESSARILY [1] 5/2
NEED [11] 7/4 10/3 10/18
65/14 65/17 69/14 71/6
71/10 75/21 76/2 81/11
NEEDED [6] 60/4 69/12 69/18
71/9 71/11 75/21
NEEDS [2] 3/16 3/20
NEITHER [1] 46/11
NEUTRALIZE [1] 84/24
NEVER [7] 7/17 28/4 34/15
35/19 43/25 46/25 48/4
NEW [1] 33/21
NEWS [1] 79/8
NEXT [11] 35/13 44/15 61/7
70/2 70/20 71/12 74/17 75/4
75/16 76/16 81/11
NEXUS [1] 6/8
NIGHT [2] 47/4 70/4
NINE [8] 10/8 11/20 21/6
21/20 22/2 68/22 79/12
79/20
NINETY [2] 21/20 22/3
NINETY-ONE [2] 21/20 22/3
NO [43] 1/3 4/11 7/13 18/16
21/23 25/17 29/10 29/10
31/5 31/17 33/6 35/2 36/25
37/3 37/15 37/23 37/23 40/3
43/18 44/6 46/10 47/4 47/16
48/10 49/4 56/19 64/15
68/18 69/17 74/3 77/21
79/21 80/1 80/9 80/14 81/23
84/3 84/9 85/1 85/5 86/24
89/8 91/13
NOBODY [2] 75/10 75/12
NOD [1] 2/8
NONE [2] 36/20 36/22
NONPROFIT [2] 51/19 51/20
NORTH [1] 10/25
NOT [67] 2/16 2/20 3/4 3/12
4/9 4/15 4/22 4/23 5/19 7/7
7/8 7/9 7/25 8/9 8/13 9/1
9/9 10/15 10/15 10/19 11/6
11/10 11/25 12/8 13/15
13/20 13/22 18/14 19/19
22/5 24/2 25/20 26/5 26/12
26/12 26/13 27/2 27/14 31/9
32/12 34/9 34/9 34/11 34/20
34/21 42/24 45/6 48/3 66/2
68/13 79/14 80/5 82/1 82/13
82/19 82/21 82/22 82/23
83/5 83/6 85/4 85/11 87/5
87/18 87/24 88/7 90/1
NOTE [1] 25/7
NOTE-TAKE [1] 25/7
NOTES [5] 23/7 23/8 86/5 86/7
88/10
NOTHING [6] 11/11 38/10
75/10 75/11 81/23 82/1
NOTICED [3] 32/7 32/8 32/10
NOVEMBER [2] 22/16 31/7
NOW [26] 6/4 9/22 14/20
16/12 17/12 17/24 22/25
23/2 23/12 23/15 23/18
23/20 25/11 32/3 33/14
41/23 42/8 44/13 44/19 45/7
46/2 46/23 55/10 69/4 74/9
81/12
NUMBER [31] 10/19 11/17
11/25 12/13 14/4 14/23
15/15 16/4 16/11 16/20 17/5
17/12 17/18 18/6 18/17
18/22 18/24 19/4 19/7 19/20
20/7 20/10 20/18 27/19 32/3
38/22 39/6 45/14 47/4 47/4
77/12
NUMBERS [3] 21/1 59/17 59/24
NUMEROUS [4] 62/19 62/21
62/22 87/16
NW [2] 1/13 1/18

**O**

O'BRIEN [3] 10/20 12/1 88/23
O'CLOCK [4] 7/19 11/21 12/11
79/12
O'TOOLE [5] 1/17 1/18 2/3
8/18 49/2
OATH [2] 12/21 23/4
OBJECT [2] 32/23 42/18
OBJECTION [10] 34/1 8 36/2
36/3 36/6 36/12 37/5 41/22
42/6 42/7 56/14
OBLIGATION [1] 57/22
OBSTRUCT [1] 4/1
OBSTRUCTED [1] 4/5
OBSTRUCTION [2] 2/7 3/14
OBVIOUSLY [2] 8/20 80/24
OCCUR [1] 62/25
OCCURRED [1] 13/12
OCTOBER [8] 13/12 25/16
34/23 56/5 62/4 75/5 75/16
77/10
OFF [12] 10/3 13/10 22/23
23/23 24/3 24/5 36/20 36/22
39/15 63/11 70/14 70/17
OFFER [2] 4/16 4/19
OFFICE [8] 1/13 63/1 63/18
63/19 63/23 64/5 64/7 64/14
OFFICER [2] 21/15 36/13
OFFICES [1] 63/16
OH [8] 11/14 21/8 40/1 40/1
59/4 85/17 86/16 89/20
OKAY [150]
OLD [2] 33/20 50/6
ONCE [1] 14/1
ONE [54] 4/6 4/7 5/14 6/15
7/22 9/21 10/6 10/7 11/17
12/9 14/9 16/21 19/3 19/3
21/4 21/5 21/20 21/20 22/2
22/3 27/9 38/12 38/23 39/4
39/4 39/5 39/6 39/6 45/17
46/5 47/12 55/22 61/19 63/4
63/5 68/16 72/9 74/24 74/24
74/25 75/1 75/1 75/2 75/3
76/13 78/24 79/6 80/10
81/13 81/20 85/3 85/20
87/17 88/20
ONES [4] 16/21 89/21 89/22
89/22
ONLY [12] 9/11 28/25 39/7
42/1 74/21 75/1 81/25 82/10
82/14 86/13 89/22 89/22
OPEN [2] 16/9 46/22
OPENED [4] 17/21 18/4 51/7
76/25
OPPORTUNITY [1] 67/14
OPPOSED [1] 87/22
ORALLY [1] 89/8
ORCHESTRATED [1] 6/2
ORDER [2] 9/4 67/5
ORDERS [1] 88/21
ORGANIZATION [1] 51/23
ORGANIZE [1] 73/24
ORIGINALS [2] 89/17 89/19

## O

OTHER [13] 5/9 7/16 11/24 12/2 18/1 18/7 21/4 35/8 67/6 72/9 75/24 86/20 87/3
OTHERWISE [1] 79/25
OUGHT [1] 85/22
OUNCES [1] 68/22
OUR [8] 10/15 48/16 65/7 67/12 82/11 82/15 82/15 86/2
OUT [42] 2/9 6/18 8/10 9/13 10/5 11/5 11/12 11/24 12/7 18/18 25/13 26/2 28/13 35/12 35/17 37/19 38/7 38/16 39/25 42/12 43/5 43/12 45/24 46/1 46/8 46/17 47/13 47/16 47/18 48/16 49/1 59/6 60/13 64/15 64/17 65/4 79/10 79/17 82/20 82/22 84/21 89/20
OUTER [1] 3/11
OUTSIDE [1] 10/1
OVER [19] 3/5 6/8 6/9 8/4 44/14 52/5 55/20 59/1 59/4 59/6 59/7 61/12 63/11 65/23 65/25 66/6 69/1 69/19 87/25
OWE [2] 24/18 25/4 25/18 28/5 29/15
OWED [4] 69/20 69/21 73/5 76/1
OWN [6] 5/9 5/17 6/25 82/9 82/9 82/14
OWNER [1] 36/15
OWNERS [2] 36/19 36/21
OWNS [2] 37/9 37/21

## P

P.M [11] 1/8 1/9 29/12 67/24 70/3 70/21 74/10 74/18 75/5 75/17 90/8
PACKAGED [1] 16/14
PAGE [16] 22/22 39/17 39/21 39/23 40/13 40/22 41/1 43/20 43/21 44/8 44/9 44/14 44/15 45/20 46/4 91/13
PAGES [1] 57/6
PAID [1] 71/16
PAPER [16] 16/8 16/9 16/22 17/3 17/10 18/4 18/25 19/3 19/6 20/13 20/16 20/19 20/21 27/15 31/4 40/20
PAPERS [2] 28/6 28/11
PARANOID [1] 8/9
PART [7] 3/2 3/23 14/17 35/8 51/10 52/9 83/19
PARTE [3] 85/13 90/6 90/7
PARTICIPATING [1] 13/11
PARTICULAR [1] 27/15
PARTIES [1] 52/1
PARTY [5] 37/2 53/5 53/6 53/7 53/8
PAST [1] 69/25
PAUSE [4] 26/24 27/12 33/1 80/11
PAY [2] 61/23 76/4
PAYING [1] 29/15
PEACOCK [7] 10/4 10/24 11/18 12/4 12/18 80/18 80/20
PEOPLE [12] 6/2 10/20 10/25 11/3 11/15 35/8 68/2 84/8 86/7 86/11 86/20 87/22
PER [1] 61/21

PERHAPS [2] 5/19 6/1
PERIOD [6] 8/23 54/8 55/1 56/2 61/12 89/7
PERSON [12] 2/3 2/9 2/11 2/12 11/25 19/19 30/17 34/17 37/8 57/25 64/2 87/22
PERSON'S [1] 55/15
PERSONALLY [2] 10/16 31/3
PERTAINING [1] 66/3
PERUSES [2] 42/22 44/1
PHONE [10] 14/16 49/3 66/6 66/11 67/20 67/21 68/2 72/17 76/8 89/1
PHOTO [8] 14/5 14/18 14/23 15/16 17/13 18/12 25/19 52/17
PHOTOGRAPH [5] 17/24 20/8 41/12 43/9 52/18
PHOTOGRAPHED [3] 15/13 21/13 21/14
PHOTOGRAPHS [1] 15/14
PICK [1] 81/3
PICKED [3] 6/24 6/25 8/2
PICTURE [9] 2/3 18/21 18/22 25/15 25/17 41/8 82/11 82/13 82/15
PICTURES [2] 25/7 25/9
PIECE [2] 24/11 31/4
PIECES [10] 20/13 20/16 20/19 20/21 27/15 40/3 40/20 42/1 77/4 77/8
PLACE [5] 52/10 70/8 71/25 78/20 78/22
PLACED [1] 21/13
PLANTED [1] 7/11
PLANTING [1] 7/18
PLASTIC [4] 17/16 18/2 18/4 19/2
PLAY [10] 67/22 69/8 70/2 70/20 71/14 71/18 74/9 74/17 76/16 77/10
PLAYED [10] 67/25 69/10 70/5 70/22 71/19 74/11 74/19 75/6 75/18 77/12
PLAYING [2] 71/23 72/21
PLEA [4] 57/4 57/5 57/7 57/12
PLEAD [2] 56/7 57/17
PLEASE [10] 10/6 13/8 15/20 39/1 49/16 49/24 80/10 82/10 88/17 89/13
PLED [2] 56/10 57/19
POINT [6] 7/15 13/23 26/2 38/16 44/9 87/1
POINTING [1] 14/9
POLICE [8] 36/13 63/3 63/8 63/15 64/8 65/15 66/9 66/10
POOL [1] 77/16
POSITION [1] 88/14
POSSIBLE [1] 82/13
POTENTIALLY [1] 84/22
POWDER [2] 53/18 62/2
PREPARE [1] 67/5
PREPARED [3] 23/9 34/24 82/25
PREPARING [1] 88/5
PRESENT [5] 12/20 13/20 34/21 49/10 89/7
PRESENTED [1] 13/21
PRESENTING [1] 7/12
PRETTY [1] 36/17
PREVENT [1] 3/8
PREVIOUS [1] 83/3
PRO [1] 1/16

PROBABLY [4] 70/14 85/2 85/20 87/21
PROBATION [2] 54/16 54/18
PROBLEM [5] 63/3 76/17 80/1 81/17 81/20
PROBLEMS [2] 52/4 52/4
PROCEED [1] 48/20
PROCEEDINGS [2] 1/25 92/7
PRODUCED [2] 1/25 87/21
PRODUCING [1] 87/19
PROFESSIONAL [2] 82/8 82/20
PROFFER [3] 10/19 12/1 81/14
PROFFERS [1] 81/12
PROMISE [2] 7/8 7/24
PROMOTE [3] 51/22 52/9 53/2
PROMOTER [1] 2/5
PROMOTING [1] 52/9
PROMOTIONS [1] 69/15
PROSECUTOR [7] 34/4 34/5 38/4 38/16 40/7 40/8 43/4
PROSECUTORS [1] 67/6
PROVIDE [1] 89/5
PULL [3] 15/24 15/25 43/12
PULL-BACK [1] 15/24
PULLED [4] 38/7 42/12 47/13 47/16
PULLING [3] 43/3 43/4 45/23
PURPOSES [1] 82/12
PURSUANT [1] 88/21
PUT [28] 2/9 3/1 6/24 7/22 21/17 24/14 46/14 56/17 56/25 71/17 72/7 72/8 72/11 72/19 72/24 73/1 73/16 73/21 73/25 74/2 74/14 74/16 79/6 79/17 81/10 87/15 87/18 89/2
PUTTING [2] 72/2 85/12

## Q

QUALITY [1] 76/17
QUANTITIES [1] 61/3
QUANTITY [1] 16/25
QUARTER [4] 61/15 69/4 79/2 79/3
QUESTION [21] 7/9 10/24 22/17 29/13 29/19 30/3 30/7 30/21 30/23 31/6 31/8 31/15 31/24 33/5 36/5 38/12 41/7 44/14 67/16 83/16 88/14
QUESTION ABOUT [1] 44/14
QUESTIONS [8] 13/11 13/14 21/24 29/20 31/25 37/23 38/4 48/10
QUICKLY [2] 80/3 90/5
QUITE [1] 4/8
QUOTE [1] 7/10

## R

RACHEL [1] 47/23
RADIO [1] 79/8
RAE [1] 1/17
RAISE [1] 49/16
RAN [7] 59/15 63/9 63/11 63/12 64/22 64/23 64/24
RANDOLPH [7] 9/15 10/3 10/23 11/17 12/18 80/19 80/20
READ [14] 26/4 26/18 41/6 42/14 43/25 44/5 44/6 44/8 44/10 44/11 45/18 45/22 45/24 83/20
READING [7] 23/4 27/5 27/23 42/15 42/16 43/23 45/8
READS [1] 11/14

# R

READY [8] 35/24 48/20 49/8
63/17 64/17 71/2 71/4 85/22
85/4
REALLY [5] 2/17 44/6 66/2
66/3 85/4
REAR [3] 15/9 15/17 15/25
REASON [7] 2/14 4/4 5/24 6/1
9/11 84/14 84/23
REASONS [1] 45/14
REBUTTAL [2] 11/4 85/23
REC [2] 59/3 59/7
RECALL [1] 61/8
RECEIVED [1] 56/20
RECESS [3] 48/16 48/22 49/7
RECESSED [1] 90/10
RECOGNIZE [5] 18/18 20/19
52/17 56/24 71/21
RECOLLECTION [1] 41/2
RECOMMENDATION [1] 58/8
RECORD [8] 7/23 39/15 55/24
87/16 87/18 88/18 89/2 92/7
RECORD's [1] 7/23
RECORDED [1] 1/25
RECORDS [2] 29/14 89/5
RECREATION [2] 58/25 59/1
RECROSS [3] 38/13 48/9 91/3
RECROSS-EXAMINATION [1]
38/13
REDACTED [1] 1/4
REDIRECT [6] 37/16 37/24 38/1
48/9 80/16 91/3
REDSKINS [1] 53/8
REDSKINS/DALLAS [1] 53/8
REFER [2] 53/23 53/24
REFERENCED [2] 69/6 69/15
REFERENCES [1] 70/24
REFERENCING [1] 75/22
REFERRING [2] 66/23 82/23
REFLECT [1] 55/24
REFLECTS [2] 40/19 42/14
REFRESH [1] 41/1
REGARDING [1] 8/14
RELATED [4] 5/10 29/15 56/7
88/1
RELATING [1] 2/13
RELEASED [1] 58/19
RELEVANCE [2] 36/2 36/7
RELEVANT [1] 85/3
REMEMBER [10] 28/24 29/3
29/19 33/3 47/24 55/7 58/15
61/9 68/25 70/10
RENEW [2] 86/2 87/14
RENTED [2] 83/22 84/18
REPEAT [1] 67/16
REPHRASE [1] 62/5
REPORT [2] 48/18 87/5
REPORTER [2] 1/21 92/4
REPORTS [1] 83/20
REPRESENT [1] 88/4
REPRESENTATION [1] 82/9
REPRESENTED [2] 82/2 82/7
REQUEST [1] 86/3
RESIDENCE [1] 13/13
RESPECT [1] 88/22
RESPONDED [4] 71/2 71/6
75/21 76/2
RESPONSE [1] 37/15
REST [1] 85/21
RESTAURANT [1] 36/11
RESUMED [3] 13/1 72/22 91/5
RETRACT [1] 44/19
REVERSE [2] 86/4 86/9
REVIEW [2] 57/16 88/7
REVIEWED [3] 7/20 7/30 55/1
67/17
RID [4] 60/20 60/21 71/3 78/5
RIDING [1] 52/8
RIGHT [66] 3/16 6/4 8/12 8/21
8/25 9/12 10/2 11/14 12/19
14/18 15/19 16/12 17/9 18/1
18/22 18/23 19/14 24/7
24/11 24/17 24/21 25/8
25/23 25/25 26/15 27/5 27/5
27/25 28/15 29/17 30/7
30/16 30/19 31/6 31/12
31/17 32/9 38/7 39/24 40/5
40/11 40/12 40/25 41/7
41/23 42/8 43/1 45/24 46/2
47/18 48/7 48/23 49/15
49/16 50/3 56/24 69/2 77/7
78/19 79/24 82/17 82/22
82/22 83/15 84/10 88/17
ROBIN [7] 8/14 8/19 8/22 9/9
81/24 83/20 87/3
ROLE [1] 13/11
ROOM [7] 1/13 1/22 21/16
21/16 35/10 35/10 35/17
ROTHWELL [1] 1/18
ROUTE [1] 9/8
RPR [1] 1/21
RUBBER [7] 16/14 16/20 17/7
17/7 18/15 25/12 43/10
RULED [3] 3/9 4/7 7/20
RULES [1] 82/7
RULING [1] 85/25
RUN [3] 51/14 59/14 64/25
RUNNING [1] 3/12

# S

SAID [56] 2/6 4/22 5/17 6/1
8/1 8/8 8/18 9/11 11/8 23/2
23/3 30/10 30/13 30/16
30/19 30/22 31/3 31/16 32/5
32/15 32/22 33/13 37/20
40/7 40/17 40/19 45/17
45/19 45/22 55/2 62/21 63/8
63/13 64/8 64/18 65/14
65/16 65/17 65/19 66/23
67/19 67/21 68/4 68/8 68/9
71/5 71/9 73/14 73/17 74/21
74/24 75/8 75/13 76/2 78/17
83/20
SAKE [1] 7/23
SAME [11] 6/4 6/14 9/10 9/23
16/16 17/19 67/21 69/9 70/4
74/4 74/9
SANDWICH [1] 77/3
SAVE [2] 75/13 75/15
SAW [6] 4/10 17/19 41/11
47/20 59/16 61/7
SAY [50] 4/14 4/21 5/15 9/10
9/11 12/13 19/24 27/9 27/18
29/22 29/25 30/3 30/7 30/8
30/17 30/20 32/6 34/2 35/12
35/13 38/21 40/24 42/11
43/13 43/20 49/19 46/15
53/23 55/15 59/8 61/1 65/11
65/15 65/18 66/5 66/16
66/19 74/24 76/24 77/7
81/15 81/20 81/25 82/3 82/3
82/18 82/19 83/7 85/4 89/11
SAYING [9] 3/25 24/9 40/3
40/14 47/12 66/3 66/15 85/7
87/19
SAYS [12] 6/4 21/4 28/19 40/3
42/23 43/24 44/23 74/13
77/22 82/6 88/24 89/3
SCATTERED [1] 43/8
SCHEDULE [1] 48/16
SCHOOL [4] 50/10 50/13 50/14
50/22
SCIALPI [1] 1/17
SCOTT [1] 12/4
SCREEN [3] 14/10 56/17 56/25
SE [1] 1/16
SEA [1] 77/15
SEAL [1] 90/6
SEARCH [6] 2/15 2/15 13/11
13/16 13/21 25/1
SEARCHED [3] 14/2 14/3 15/5
SEARCHING [3] 13/24 14/7
31/13
SEAT [2] 49/14 49/15
SEATED [1] 49/19
SECOND [34] 19/3 27/16 28/1
28/11 28/25 29/2 29/8 29/11
32/12 32/13 32/14 33/4 33/5
33/6 33/7 33/17 33/17 33/18
33/19 34/10 38/15 38/22
39/4 39/6 39/9 39/10 39/12
39/14 43/18 44/23 46/3
47/11 47/14 68/8
SECONDS [1] 73/8
SECTION [1] 7/1
SEE [31] 8/23 9/13 16/12
16/14 16/17 18/9 19/4 19/9
21/8 24/14 25/11 25/12
25/12 25/17 25/19 26/14
26/21 26/22 32/3 38/21
42/19 43/3 43/4 46/6 55/18
56/23 59/12 59/14 59/18
77/24 90/2
SEEKING [1] 11/15
SEEM [1] 6/14
SEEMED [1] 79/14
SEEMS [2] 37/18 81/7
SEEN [4] 8/13 13/18 59/13
67/11
SEGAL [1] 1/9
SEIZED [8] 15/12 15/13 20/16
21/12 21/15 21/21 30/18
43/7
SEIZING [1] 21/15
SELL [7] 51/11 53/17 53/19
55/5 60/23 71/4 78/14
SELLING [12] 53/14 53/15 54/9
54/17 54/23 54/24 55/4 55/8
55/11 56/2 56/8 60/9
SEND [1] 4/12
SENDING [1] 84/14
SENIOR [1] 50/14
SENSE [2] 4/3 5/22
SENT [4] 84/9 84/16 84/23
87/3
SENTENCE [3] 54/14 58/1 58/8
SENTENCED [5] 54/15 54/16
58/5 58/11 58/14
SENTENCING [1] 58/7
SEPARATE [2] 35/5 65/7
SEPARATELY [2] 35/12 35/19
SEPTEMBER [8] 53/5 53/6 53/7
53/9 67/23 70/21 71/12
74/18
SEQUOIA [2] 14/8 14/14
SERIES [2] 29/20 29/20
SESSION [2] 1/9 2/1
SET [4] 5/10 7/16 75/25 81/18
SET-UP [1] 75/25

**S**

**SETTING** [2] 2/11 41/23
**SEVEN** [3] 11/3 12/11 85/21
**Seventy** [5] 28/9 38/23 39/18 39/24 40/23
**Seventy-one** [1] 38/23
**Seventy-two** [3] 39/18 39/24 40/23
**she** [31] 9/10 9/12 10/3 10/10 10/12 10/12 32/1 34/4 45/23 82/5 82/5 82/18 83/1 83/5 83/7 83/7 83/13 84/1 84/4 84/5 84/6 84/9 84/21 84/23 85/1 85/2 86/7 86/20 87/4 87/5 87/12
**SHE'D** [1] 82/18
**SHE'LL** [1] 81/25
**she's** [8] 9/11 9/13 82/1 83/14 84/16 85/3 86/6 86/22
**SHEET** [7] 25/4 25/4 31/16 31/17 32/22 34/16 34/17
**SHEETS** [19] 24/11 24/17 24/18 24/18 24/24 25/18 25/25 28/5 29/8 29/16 29/16 31/10 32/3 32/11 33/4 33/17 33/25 34/1 47/13
**Shenese** [1] 81/15
**SHIRTS** [1] 75/20
**SHOE** [1] 18/20
**SHOPPING** [1] 17/16
**SHORTLY** [1] 74/5
**SHOULD** [7] 7/15 27/18 40/14 58/8 82/5 82/5 85/19
**SHOW** [12] 15/14 16/17 17/18 25/13 25/14 25/15 41/14 43/22 52/12 56/12 57/6 89/13
**SHOWED** [4] 2/3 22/25 32/1 38/7
**SHOWING** [1] 14/12
**SHOWN** [1] 42/8
**SIDE** [4] 6/5 14/16 14/17 41/9
**SIDED** [3] 20/3 22/7 24/19
**SIGN** [1] 82/12
**SIGNATURE** [3] 57/6 57/11 57/11
**SIGNED** [4] 14/1 14/2 81/17 88/21
**SIGNIFICANT** [2] 15/4 20/14
**SILVER** [1] 41/9
**SIMPLY** [2] 82/5 84/21
**SINCE** [4] 35/19 38/19 41/22 81/4
**SIR** [7] 12/21 41/14 42/20 48/11 49/16 50/4 79/5
**SIT** [4] 7/24 11/5 26/18 76/7
**SITE** [1] 88/22
**SITTING** [2] 30/11 47/22
**SITUATION** [1] 3/17
**SIX** [7] 7/19 56/18 69/9 73/18 74/21 74/23 85/21
**SIXTY** [4] 21/7 21/9 21/20 22/2
**Sixty-nine** [2] 21/20 22/2
**SLAMMED** [6] 63/9 64/9 64/10 64/12 64/13 64/17
**SLOW** [1] 75/8
**SLOWER** [1] 9/6
**SMALL** [2] 53/20 90/2
**SMALLEST** [1] 61/14
**SO** [114]
**SO-AND-SO** [3] 3/6 35/12 35/13

**SOCIALIZE** [1] 36/21
**SOCCER** [4] 17/14 17/15 20/3 22/7 24/19
**SOFT-SIDED** [3] 20/3 22/7 24/19
**SOLD** [9] 51/13 51/13 53/12 54/20 55/2 55/12 60/22 61/4 78/13
**SOLE** [1] 84/23
**SOLID** [3] 77/4 77/5 77/5
**SolTYS** [6] 1/12 9/20 9/25 34/6 91/5 91/6
**SOME** [31] 3/11 4/1 5/23 5/24 6/20 6/22 6/23 9/10 10/1 13/10 13/14 15/14 20/13 25/12 31/25 32/11 59/23 60/4 60/14 60/14 60/15 67/9 67/11 70/17 71/1 72/6 75/24 79/13 83/21 89/24 90/2
**SOMEBODY** [9] 2/7 3/16 5/24 33/23 34/2 38/20 45/12 64/8 86/25
**SOMEONE** [2] 14/2 40/19
**SOMETHING** [9] 8/8 24/14 37/21 45/5 47/6 60/13 64/8 66/20 70/14
**SOMETIME** [1] 81/1
**SOMEWHAT** [1] 23/11
**SOMEWHERE** [1] 10/10
**SOON** [1] 7/24
**Sopata** [6] 13/1 19/5 28/4 35/25 45/9 91/5
**SORRY** [13] 28/7 30/8 31/19 32/14 34/11 39/11 39/22 40/1 42/23 56/18 78/7 80/10 88/25
**SORT** [1] 43/7
**SOURCES** [1] 2/11
**South** [1] 10/11
**Southeast** [2] 52/5 59/1
**SPACE** [1] 3/11
**SPEAK** [1] 82/8
**SPEAKING** [2] 32/9 43/16
**SPECULATE** [1] 70/15
**SPECULATION** [1] 6/10
**SPECULATIVE** [1] 3/4
**SPEED** [1] 45/22
**SPELL** [1] 49/24
**SPEND** [2] 7/15 58/18
**SPENT** [2] 8/2 8/3
**Sport** [1] 51/17
**SPORTS** [6] 51/7 51/8 51/9 51/11 51/14 51/23
**STACK** [1] 35/18
**STAND** [19] 3/19 13/2 27/17 27/19 29/24 29/25 30/1 30/6 30/9 30/11 30/12 32/2 33/8 33/9 33/19 40/20 49/13 86/6 87/10
**STAND-BY** [2] 3/19 87/10
**STANDS** [2] 23/20 23/22
**START** [16] 13/10 39/25 39/25 43/20 43/21 45/19 53/14 53/15 54/17 79/1 79/3 80/17 84/7 84/7 85/19 86/10
**STARTED** [5] 55/5 55/8 59/21 59/22 59/23
**STARTING** [1] 78/24
**STASH** [2] 83/22 84/18
**STATE** [1] 49/24
**STATEMENT** [1] 82/13
**STATEMENTS** [4] 86/11 86/13 87/7 87/8
**STATES** [5] 1/1 1/3 1/10 5/8

49/12
**STATING** [1] 44/8
**STATUTE** [1] 85/24
**STAY** [1] 79/6
**STEINBACH** [1] 1/18
**STENOGRAPHY** [1] 1/25
**STEP** [1] 48/11
**STILL** [10] 8/20 10/18 11/5 11/15 12/21 64/14 65/14 65/17 69/12 69/14
**STIPULATE** [3] 9/14 45/5 82/18
**STIPULATION** [22] 8/15 8/24 11/18 27/1 27/13 27/22 28/4 28/19 32/25 38/19 44/17 44/19 44/23 45/4 45/15 46/9 46/18 46/24 47/3 47/4 83/1 85/1
**STOOD** [1] 55/22
**STOP** [6] 6/13 19/3 27/23 56/2 62/6 78/21
**STOPPED** [1] 55/4
**STORE** [1] 17/17
**Street** [3] 1/13 2/16 13/13
**STRETCH** [1] 26/23
**STUFF** [1] 52/5
**SUBJECT** [2] 37/14 82/9
**SUBPOENAED** [1] 10/3
**SUBSTANTIALLY** [1] 88/13
**Suite** [1] 1/18
**SUM** [4] 15/11 17/7 17/25 18/12
**SUMS** [1] 18/10
**SUPPOSED** [5] 72/1 73/21 73/22 77/2 77/5
**SURE** [19] 4/22 4/23 5/19 12/8 12/17 13/22 22/18 26/1 27/4 27/9 36/17 41/19 42/21 45/15 47/8 79/22 81/2 81/9 85/4
**Sustained** [3] 34/21 36/9 37/4
**SW** [8] 22/25 24/13 24/13 28/14 28/14 30/23 41/16 43/12
**swim** [1] 77/16
**SWIMMING** [2] 59/4 77/14
**SWORN** [1] 49/18

**T**

**TABLE** [5] 21/13 21/17 35/9 35/16 35/17
**TAKE** [30] 11/4 11/20 12/6 18/17 18/18 20/24 23/8 25/7 25/7 26/2 26/21 35/11 35/14 35/24 47/6 48/16 48/21 49/15 73/15 80/18 81/12 82/11 82/13 85/9 85/18 85/23 86/6 89/3 89/25 90/3
**TAKEN** [3] 21/15 49/7 88/13
**TAKES** [3] 10/23 37/10 86/23
**TAKING** [2] 7/25 10/7
**TALK** [7] 46/13 65/23 65/25 68/8 82/5 84/9 84/11
**TALKED** [4] 34/15 34/17 65/8 87/16
**TALKING** [13] 8/6 24/21 30/1 31/11 32/18 32/21 44/4 67/2 67/2 68/2 68/13 70/25 77/24
**TALKS** [1] 44/15
**TALLY** [15] 24/18 25/4 28/5 29/16 31/10 31/16 31/17 32/3 32/11 32/22 33/4 33/17 34/16 34/17 47/13
**TAN** [1] 16/21

**T**

TAPE [4] 2/23 2/24 3/1 4/10
TAXPAYER [1] 6/13
TEAM [3] 35/11 51/21 51/21
TELEPHONE [3] 12/13 65/23 66/1
TELEPHONES [1] 88/22
TELL [32] 3/24 6/11 6/11 7/20 9/17 9/18 9/20 11/22 12/8 14/5 15/7 15/15 17/5 17/12 17/19 17/23 18/6 18/18 23/5 41/5 44/17 45/21 51/20 55/18 57/24 66/5 67/4 79/13 79/24 81/10 88/3 88/17
TELLING [6] 7/19 25/3 26/13 32/10 46/3 50/17
TEN [10] 12/6 48/16 48/21 49/5 51/15 79/2 79/3 80/9 80/15 85/9
TEN-MINUTE [2] 48/16 48/21
TERMS [1] 38/18
TESTIFIED [4] 29/7 38/20 46/4 48/4
TESTIFY [8] 2/12 4/4 5/16 8/25 9/5 9/10 25/24 83/1
TESTIFYING [4] 3/8 4/2 5/18 7/14
TESTIMONY [16] 12/5 22/17 23/9 29/11 34/20 38/3 40/21 45/18 45/25 46/2 46/4 67/5 79/6 80/5 83/9 88/6
THAN [4] 6/9 74/10 80/9 80/14
THANK [20] 7/21 9/7 13/8 21/23 22/9 22/15 27/24 37/6 37/6 37/14 38/10 42/9 48/8 48/11 48/13 49/5 49/9 56/21 79/7 80/2
THAT [360]
THAT'S [55] 2/11 2/13 2/13 4/13 4/22 7/11 10/8 12/2 14/6 16/24 18/11 20/4 23/18 23/22 24/8 24/9 24/10 28/20 28/23 30/2 31/14 34/9 34/9 34/10 34/12 36/1 37/13 38/6 40/9 41/20 42/9 42/25 45/15 46/8 46/11 59/6 66/20 69/20 71/8 73/1 73/5 73/17 74/18 75/5 78/22 79/1 82/4 82/17 82/21 84/18 85/6 85/11 87/13 89/7 89/14
THEIR [7] 6/6 36/18 82/9 82/9 82/14 87/7 88/7
THEM [55] 3/8 3/12 6/12 8/24 11/3 12/12 18/18 24/14 24/15 24/20 24/20 24/21 24/25 25/1 25/7 25/19 27/18 28/1 28/18 28/22 28/24 29/3 32/12 33/10 34/13 47/16 47/20 47/23 49/25 51/11 51/12 51/13 51/13 65/14 65/17 67/15 70/24 71/3 71/4 73/3 75/22 78/12 78/14 78/16 81/4 81/12 82/8 82/11 82/12 82/14 86/11 87/17 88/6 88/17 89/21
THEN [38] 5/17 5/18 6/15 8/2 8/7 8/20 8/23 10/2 11/4 11/20 13/23 14/2 15/14 21/14 21/15 26/12 27/6 28/25 29/19 30/3 31/24 31/24 35/18 39/5 45/24

48/21 49/6 53/17 54/23 59/2 61/6 65/6 67/2 75/23 73/6 77/15 80/16 82/6 85/21
THEORIES [1] 3/12
THEORIST [1] 4/17
THERE [90] 5/23 5/23 6/9 6/9 6/9 7/19 9/21 9/23 13/23 14/20 14/21 15/10 15/11 15/21 16/1 16/25 17/4 18/1 18/9 18/22 18/23 19/7 19/7 19/19 19/22 22/1 22/17 22/24 25/9 25/11 25/17 25/24 26/5 26/6 26/11 26/13 26/22 27/2 31/4 31/9 31/15 31/16 32/9 35/8 35/20 40/12 40/14 40/15 40/17 40/18 40/24 41/6 41/22 41/23 41/24 42/1 43/5 45/24 46/12 46/12 46/15 47/22 48/5 49/15 55/4 55/20 59/1 59/4 59/5 59/6 63/14 63/15 65/8 69/16 71/15 72/2 73/9 73/21 73/23 76/12 77/23 83/7 84/9 84/14 84/16 84/24 85/2 85/17 86/24 89/24
THERE'S [15] 4/4 6/1 6/8 7/18 7/22 11/10 16/21 17/25 19/15 27/3 32/25 45/14 83/6 83/19 88/14
THEREAFTER [1] 74/5
THESE [45] 2/11 4/2 6/2 9/18 10/20 11/3 11/14 19/3 20/19 24/11 24/11 24/17 24/24 25/4 25/5 25/8 25/13 25/16 25/25 27/15 28/8 28/11 29/7 33/17 33/25 38/7 38/8 43/13 53/19 62/1 62/24 63/2 67/22 76/8 81/13 86/3 86/7 86/11 86/14 87/16 87/18 87/19 87/19 87/22 88/1
THEY [36] 2/7 2/12 20/17 20/21 28/1 28/13 28/14 28/14 28/25 33/24 34/13 36/17 45/13 46/14 47/6 53/4 58/10 67/18 67/18 67/19 67/21 77/14 77/15 82/11 82/14 83/20 84/4 84/16 85/9 86/17 86/19 87/19 88/6 88/12 88/14 89/3
THEY'LL [3] 12/13 79/12 90/3
THEY'RE [6] 6/13 8/9 10/4 11/10 45/13 81/18
THING [12] 6/5 14/6 15/7/22 9/10 12/9 26/4 45/22 60/7 60/8 81/25 88/20
THINGS [7] 4/8 42/1 43/5 45/24 46/14 80/3 88/8
THINK [42] 3/19 3/22 4/4 4/4 4/14 4/14 5/1 5/23 6/1 6/8 6/8 6/12 7/3 7/25 10/9 10/11 11/4 12/16 26/5 26/25 29/22 40/16 42/1 43/12 45/6 45/8 48/23 58/10 58/10 60/5 60/17 61/17 61/20 66/10 76/10 79/1 81/8 83/9 83/10 84/3 85/24 89/15
THINKING [1] 77/17
THINKS [2] 42/14 81/8
THIRD [2] 23/16 23/18
Thirty [3] 58/20 58/21 58/22
THIS [123]
THOSE [22] 10/25 18/4 18/7 18/17 18/19 19/4 19/5 20/16

21/1 24/18 25/18 28/5 28/5 30/5 33/4 54/1 65/20 67/8 67/11 67/15 67/17 88/21
THOUGH [1] 87/24
THOUGHT [2] 2/7 40/1
THOUGHTS [1] 4/7
THOUSAND [5] 2/4 21/6 21/20 22/2 73/18
THREE [11] 7/17 16/21 18/3 18/7 18/10 33/13 46/13 51/5 61/20 64/7 64/14
THROUGH [12] 6/24 7/1 12/17 26/18 31/4 33/24 34/2 51/22 84/7 85/20 85/20 85/22
THURSDAY [3] 10/22 11/23 29/11
TICKET [7] 66/18 66/23 66/24 68/5 68/9 68/14 68/17
TICKETS [13] 66/19 67/2 67/2 69/13 69/16 69/16 70/24 73/8 73/9 73/11 73/12 74/22 75/14
TIME [42] 7/15 7/15 8/3 12/10 13/23 21/24 26/2 26/16 28/1 28/1 31/5 32/2 32/6 32/8 32/10 32/12 32/12 32/15 33/10 34/4 35/14 44/2 45/7 46/5 47/19 54/8 55/5 55/11 56/2 57/9 59/18 61/7 61/9 61/12 61/19 61/24 63/4 63/5 65/8 79/14 81/3 85/23
TIMEFRAME [1] 54/21
TIMES [6] 7/17 33/14 62/17 62/19 62/22 66/25
TODAY [3] 23/3 34/14 79/14
TOLD [11] 9/12 14/1 38/17 44/11 44/25 45/21 63/10 63/14 83/2 89/3 89/8
TOMORROW [17] 9/2 9/5 10/22 11/22 12/6 79/12 80/17 80/20 80/23 85/21 86/10 86/10 86/23 87/13 88/2 88/18 89/13
TOO [4] 11/4 76/12 85/14 87/13
TOOK [9] 25/9 25/15 35/8 35/17 45/23 70/8 71/25 86/7 87/23
TOP [3] 15/22 36/20 36/22
TOTAL [2] 22/1 35/18
TOUCH [3] 14/9 14/25 15/19
TOURNAMENTS [1] 52/7
TOWARD [1] 63/9
TOWARDS [2] 63/17 77/22
TOWER [1] 89/6
TOWN [1] 11/24
TOYING [1] 89/25
Toyota [2] 14/7 15/2
TRADE [1] 73/13
TRAFFICKING [1] 29/15
TRAINING [1] 51/2
TRANSACTION [2] 62/17 71/8
TRANSACTIONS [3] 62/1 62/25 63/2
TRANSCRIPT [18] 1/9 1/25 23/4 25/23 25/24 26/9 31/8 32/9 32/18 32/21 38/15 40/12 40/18 43/23 45/7 45/8 46/21 92/7
TRANSCRIPTS [4] 67/11 67/15 67/18 88/7
TRAVEL [1] 10/14
TREATING [1] 87/23

# T

TRIAL [54] 1/9 3/4 7/8 7/10
22/19 23/4 23/7 23/10 23/15
23/16 23/18 25/23 25/24
26/9 27/14 27/16 28/6 28/12
28/17 28/25 29/2 29/9 29/11
32/13 32/14 32/19 32/22
33/4 33/17 33/18 33/18
33/19 34/10 34/16 38/15
38/23 39/2 39/14 40/21
43/17 43/19 43/23 44/3
44/15 44/24 45/9 46/3
47/11 47/14 48/2 48/4 48/5
90/1
TRIALS [2] 46/13 81/16
TRIED [1] 3/8
TROUBLE [1] 79/19
TRUCK [5] 72/11 72/12 72/12
72/15 72/15
TRUE [2] 4/13 29/12
TRUTH [1] 57/24
TRY [3] 12/14 12/17 84/24
TRYING [9] 3/24 7/7 7/8 11/5
33/25 45/19 46/1 75/13
75/15
TURN [1] 22/22
TURNED [1] 87/25
TWENTY [2] 21/6 39/9
TWENTY-EIGHT [1] 39/9
TWENTY-NINE [1] 21/6
TWICE [1] 31/16
TWO [44] 9/19 9/23 11/17
12/2 12/14 14/20 16/21
20/16 20/19 20/21 21/2
24/11 24/11 24/17 24/18
24/24 25/4 25/5 25/18 27/15
28/5 28/11 29/7 32/2 33/17
33/25 34/1 35/25 38/7 38/8
39/18 39/24 40/3 40/20
40/23 40/25 42/1 53/3 61/20
69/4 69/12 70/24 75/21
75/23
TYPE [10] 4/17 41/10 41/10
50/24 51/6 51/16 52/1 52/1
52/7 53/17
TYPED [1] 44/3
TYPES [1] 51/25

# U

U.S [3] 1/13 1/21 18/10
UH [12] 20/25 23/1 54/5 55/3
58/12 60/24 62/14 63/20
66/12 68/10 73/19 74/6
UH-HUH [11] 20/25 23/1 54/5
55/3 58/12 62/14 63/20
66/12 68/10 73/19 74/6
ULTIMATELY [3] 15/12 21/12
58/1
UM [1] 74/14
UNDER [7] 10/21 12/21 23/4
57/22 57/25 82/7 90/6
UNDERNEATH [2] 19/24 71/17
UNDERSTAND [7] 8/5 34/1
46/10 57/19 73/3 76/3 84/6
UNDERSTANDING [3] 4/2 6/15
33/25
UNITED [5] 1/1 1/3 1/10 5/8
49/12
UNLESS [3] 26/17 85/8 86/24
UNRELATED [1] 5/10
UNTIL [4] 12/1 12/8 79/1
80/25

UP [66] 2/12 2/17 2/20 5/10
6/24 6/25 7/16 8/2 10/1 10/6
10/7 11/20 14/20 16/1 18/15
19/10 22/17 24/8 28/2 30/15
41/23 42/13 44/3 44/7 45/22
47/8 49/14 49/15 50/4 51/7
54/13 54/17 55/8 55/22 56/4
56/5 58/19 59/2 59/21 59/22
60/10 60/12 66/21 73/22
74/24 75/25 76/11 76/24
76/24 76/25 76/25 77/3 77/6
77/7 77/17 77/19 80/19 81/8
81/12 85/18 87/6 88/25
89/13 89/14 89/25 90/4 90/4
URSCHEL [2] 1/12 91/8
US [14] 4/24 14/5 14/10
15/15 17/5 17/13 17/19
17/23 18/6 18/18 49/25
50/17 51/20 66/5
USE [2] 2/23 2/24
USED [2] 2/5 59/6
USUALLY [2] 4/8 88/6

# V

VACUUM [1] 84/7
VALUE [2] 15/4 20/14
VARIOUS [1] 41/25
VEHICLE [3] 14/3 35/22 36/18
VERBATIM [1] 88/13
VERY [4] 8/1 12/5 13/8 21/25
VESTED [1] 83/4
VIP [8] 68/4 68/9 68/11 68/14
68/16 71/5 71/6 71/9
VOICE [1] 50/4

# W

WAITING [1] 7/20
WALDORF [1] 13/13
WALKED [1] 88/25
WALKER [3] 1/21 92/6 92/13
WANT [33] 3/21 3/22 6/16 7/3
7/22 9/3 26/3 26/18 27/4
40/16 42/16 44/9 44/13
44/22 45/24 46/17 46/20
46/21 47/1 72/19 78/25
79/24 80/19 81/3 81/12 84/3
84/6 84/21 85/1 85/9 87/2
87/15 87/17
WANTED [7] 39/24 40/2 72/19
73/1 73/16 74/2 75/1
WARN [1] 79/11
WARRANT [1] 25/1
WAS [182]
WASHINGTON [8] 1/7 1/14 1/19
1/22 50/9 50/10 52/5 59/1
WASN'T [14] 2/20 26/15 27/25
28/18 28/22 44/24 54/24
66/2 66/3 73/22 73/24 75/10
75/12 83/2
WASTING [1] 6/13
WAY [14] 8/4 9/1 12/7 16/16
18/12 18/13 35/2 35/15
35/15 46/1 65/1 79/13 82/21
83/5
WAYS [1] 65/7
WE [85] 3/7 4/6 6/1 6/17 7/4
7/4 8/23 8/25 9/9 9/19
10/14 10/15 10/16 11/13
11/13 12/3 12/7 13/10 14/2
16/4 16/14 26/25 27/8 31/11
32/3 35/15 35/18 38/18
38/19 41/11 43/7 44/3 44/7
44/8 44/17 44/19 45/1 47/3

49/6 52/7 56/8 59/6 59/17
59/21 59/21 62/3 63/9 63/11
63/16 63/16 63/16 64/15
64/17 65/7 66/2 66/20 71/23
76/11 79/1 79/20 80/3 80/17
80/23 80/23 81/3 81/4 81/4
81/12 81/24 82/8 83/15
85/18 85/19 85/23 86/2
86/24 87/2 87/25 88/4 88/7
88/23 89/7 89/20 89/25 90/4
WE'LL [12] 7/6 7/6 8/10 10/1
12/14 12/17 12/19 39/5 46/15
48/21 72/21 79/3 89/13
WE'RE [16] 3/4 3/12 10/7 11/5
11/18 11/20 15/15 44/3
46/23 48/15 48/20 80/19
85/19 88/5 88/5 89/17
WE'VE [5] 10/2 10/4 10/23
82/24 85/18
WEDNESDAY [8] 2/6 10/7 10/10
10/21 10/21 11/23 80/25
81/1
WEEK [2] 88/22 89/25
WELCOME [3] 3/8 12/25 22/10
WELL [27] 3/18 4/8 4/9 4/23
4/25 5/17 6/11 6/19 10/2
10/18 10/20 12/12 21/25
26/14 26/17 27/3 34/1 36/8
36/15 40/13 45/21 66/5 77/1
81/15 83/13 83/18 86/22
WENT [7] 6/25 30/3 30/7 46/4
62/7 65/7 85/2
WERE [60] 13/15 13/20 13/23
18/1 18/4 18/7 20/13 20/16
20/17 25/18 30/1 30/17
31/11 31/13 31/16 33/8 38/3
38/8 47/22 50/8 53/2 54/4 54/8
54/9 54/11 54/14 54/23
55/11 56/5 56/8 58/5 58/11
58/19 59/2 59/3 59/5 61/23
62/4 62/8 62/8 62/11 63/14
63/14 63/14 63/15 63/16
63/18 63/18 64/5 64/7 64/14
66/23 67/18 67/18 67/19
68/2 69/16 69/19 71/2 75/22
78/14
WHAT [185]
WHAT'S [15] 4/25 5/4 16/7
17/13 17/23 19/10 21/4 33/5
36/3 36/5 38/22 52/3 52/16
52/17 77/2
WHATEVER [9] 2/18 16/1 16/2
25/5 28/5 46/17 47/1 83/4
85/22
WHATSOEVER [1] 7/13
WHEN [73] 2/6 2/9 8/3 13/10
13/20 15/5 22/17 24/20
24/24 24/25 25/7 28/1 29/1
29/7 29/12 29/25 30/11 31/6
31/15 33/18 38/3 40/7 41/20
46/7 47/12 47/23 53/14
53/15 53/23 54/9 54/11
54/20 55/7 55/11 55/15
58/23 59/16 60/12 61/1 62/8
62/11 62/24 63/14 64/4 65/8
66/23 67/17 68/4 68/8 69/2
69/12 69/18 70/10 70/24
71/2 71/9 71/17 73/14 74/13
74/21 74/24 75/8 75/13
75/20 76/24 76/25 77/1 77/7
77/14 81/8 85/2 87/12 88/5
WHENEVER [1] 80/18
WHERE [33] 7/1 8/17 10/12

# W

**WHERE...** [30] 21/14 22/22
24/20 26/3 32/22 38/16
38/19 44/15 45/23 50/8
50/17 58/14 59/6 59/14
59/14 62/8 62/24 62/25
63/14 63/15 64/25 68/25
69/15 71/15 72/7 73/1 74/13
74/14 79/13 79/24
**WHERE'S** [1] 9/15
**WHETHER** [17] 3/5 3/7 7/13
8/19 11/5 11/23 13/15 13/20
19/19 31/9 34/20 82/14
82/22 83/5 84/25 88/3 90/3
**WHICH** [17] 11/18 13/23 14/6
14/11 14/11 15/24 16/22
25/9 30/23 43/9 44/8 81/20
88/20 89/7 89/8 89/21 89/22
**WHILE** [15] 27/17 27/19 30/13
30/15 32/2 33/8 33/9 33/19
54/19 54/21 54/22 55/2 59/9
59/11 61/6
**WHO** [23] 2/3 5/19 8/3 30/17
33/16 34/17 37/8 45/17 46/5
46/6 47/12 55/12 57/25
63/23 63/23 64/10 64/23
66/8 68/2 78/7 78/7 82/2
87/22
**WHOLE** [5] 3/1 26/4 45/22
84/14 84/14
**WHOSE** [1] 5/2
**WHY** [17] 4/6 4/22 5/21 5/21
6/12 7/14 45/5 60/3 60/5
62/6 66/5 66/19 69/5 72/24
78/24 84/23 90/4
**WILL** [14] 8/22 9/1 10/9 10/23
38/25 39/9 43/22 48/22 76/7
79/25 80/17 80/25 87/10
89/24
**WILLING** [1] 9/13
**WILLS** [4] 10/4 10/24 11/18
80/20
**WISH** [1] 73/14
**WISHED** [1] 8/19
**WITHDRAW** [3] 45/15 46/9
46/18
**WITHDRAWING** [1] 46/24
**WITHOUT** [6] 42/23 43/3 50/17
56/14 81/13 88/25
**WITNESS** [23] 2/10 5/7 8/12
9/3 12/16 13/2 27/17 27/19
30/1 30/10 30/13 30/15
39/20 41/3 41/18 44/12
48/14 48/22 49/18 80/7
86/11 87/24 89/14
**WITNESSES** [11] 4/2 4/3 9/5
46/14 80/17 81/13 85/19
86/3 86/14 87/3 91/2
**WOMAN** [1] 11/21
**WON'T** [4] 2/12 11/3 44/3 79/1
**WOODY** [1] 8/8
**WORD** [3] 66/6 66/15 66/23
**WORDS** [3] 66/16 67/19 67/21
**WORK** [2] 51/1 51/6
**WORKED** [2] 5/9 6/22
**WORKING** [4] 2/13 2/16 3/5
4/11
**WORKS** [1] 6/20
**WORRIED** [1] 2/20
**WORRY** [1] 11/11
**WOULD** [25] 2/7 2/23 3/15
5/21 5/24 7/24 15/7 16/1

18/17 36/15 54/3 58/1 60/5
60/24 66/1 72/17 73/9 73/13
83/16 84/1 85/9 85/13 86/2
87/4 88/9
**WOULDN'T** [5] 2/19 6/6 34/19
36/1 66/5
**WRAPPED** [2] 18/15 77/3
**WRITE** [2] 14/10 45/13
**WRITING** [1] 19/7
**WRITTEN** [2] 19/10 88/24
**WRONG** [4] 5/14 45/4 45/6
45/13
**WROTE** [1] 87/6

# Y

**Y'ALL** [1] 64/25
**YANTA** [1] 88/23
**YEAH** [20] 14/17 32/15 32/25
33/13 37/18 39/19 40/12
41/3 42/17 51/13 58/10
58/10 59/13 65/19 72/15
74/1 74/1 76/19 76/22 77/9
**YEAR** [6] 31/7 31/8 31/9 53/9
53/10 55/7
**YEARS** [2] 51/5 51/15
**YES** [133]
**YET** [2] 8/13 39/10
**YOU** [586]
**YOU'D** [3] 15/25 47/19 73/14
**YOU'LL** [9] 11/4 11/22 12/16
45/12 47/8 71/6 81/10 81/11
89/13
**YOU'RE** [18] 3/8 12/15 12/21
22/10 25/3 34/7 34/11 44/18
48/18 79/5 79/16 80/5 83/23
84/19 85/11 85/12 86/9
86/12
**YOU'VE** [8] 4/7 4/10 9/15
33/13 45/14 87/21 88/3
89/16
**YOUR** [100]

# Z

**ZINTURA** [14] 9/11 82/1 82/5
83/2 83/10 83/21 83/21
84/12 84/12 84/15 84/17
84/22 86/15 86/19
**ZINTURA'S** [1] 85/2
**ZINTURAS** [1] 82/10