```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
--------------------------------X

THE UNITED STATES OF AMERICA      Criminal Case No. 05-386

              v.

ANTOINE JONES,                        REDACTED

              Defendant,

--------------------------------X   Washington, D.C.
                                    Tuesday, February 12, 2013
                                    2:14 P.M.

      TRANSCRIPT OF JURY TRIAL – DAY 13 – P.M. SESSION
         BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
              UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government: Darlene Michele Soltys, AUSA
                    Courtney Urschel, AUSA
                    U.S. ATTORNEY'S OFFICE
                    555 Fourth Street, NW, Room 4110
                    Washington, DC 20530
                    (202) 252-7685


For the Defendant:  Antoine Jones, Pro Se

                    Jeffrey Brian O'Toole, Esq.
                    Errin Rae Scialpi, Esq.
                    O'TOOLE, ROTHWELL, NASSAU & STEINBACH
                    1350 Connecticut Avenue, NW, Suite 200
                    Washington, DC 20036
                    (202) 775-1550


Court Reporter:         Lisa Walker Griffith, RPR
                        U.S. District Courthouse
                        Room 6507
                        Washington, D.C.  20001
                        (202) 354-3247
```

1                        **AFTERNOON SESSION**

2              THE COURT:  Can we bring in the jury?  And are you

3   sure you're not going to be calling the investigator?

4              MR. JONES:  No, ma'am.

5              THE COURT:  Well, because she can't sit in the

6   courtroom if you are.

7              MR. JONES:  I will not be calling her.

8              THE COURT:  Okay.  But once you do that, you can't

9   call her.

10             Okay.  You can bring them in then.

11             MS. URSCHEL:  Your Honor, we heard from -- we heard

12  that there may be another witness that the defendant is

13  considering calling that was not included on his original 47

14  person witness list.  We wanted to inquire through the Court.

15             THE COURT:  Well, I've signed a voucher for them to

16  consult at least with the handwriting person so we don't know

17  the answer to that yet.

18             MS. URSCHEL:  I thought it was in addition to that,

19  Your Honor.

20             THE COURT:  Got somebody else?  You intend to add

21  somebody to your list?

22             MR. JONES:  No, Your Honor.

23             THE COURT:  No.  Okay.  So we're all in agreement

24  that the list, Ms. Bradshaw is no longer being called.  She's

25  off the list.  Peacock is tomorrow, Wills has testified.

1    Keyon Randolph, I think that's his name, testified.  Leake

2    testified.  Gordon is coming now?  You want to call him and

3    getting him in?

4         Then the only ones left are Holland, Maynard,

5    Gilmore, Jones, and maybe the two investigators who are on

6    call and whether he can find Laura Delaney.  Have I got it

7    all?

8         MR. JONES:  Yes, ma'am.

9         THE COURT:  Unless there's some handwriting issue

10   regarding the consent form, but we don't know that.

11        Has the transportation issue been solved?  You don't

12   have to get up, just put the mic -- just put the mic on.

13        MR. O'TOOLE:  It really is, without being

14   hyperbolic, it's for real.  It's not solved.  It amazes me

15   that it's not solved.  And it's unbelievable.  It's -- every

16   which way is saying that it can't be done this way.  And I

17   don't understand how that can be in this day and age, where

18   the courthouse has been in existence for decades.  But we'll

19   figure it out.

20        THE COURT:  We don't have to be on the record.

21        (Discussion held off the record.)

22        THE COURT:  We're bringing in the jurors now.

23        Okay, sir, you can come on up.

24        (Jury Present.)

25        THE COURT:  Good afternoon, ladies and gentlemen.

1  We're ready to proceed?

2        THE DEPUTY CLERK:  Mr. Gordon, would you please

3  raise your right hand?

4              **DERRICK GORDON, DEFENSE WITNESS, SWORN**

5        THE DEPUTY CLERK:  Please state your name and spell

6  your last name for the record?

7        THE WITNESS:  My name is Derrick Gordon,

8  G-O-R-D-O-N.

9        THE DEPUTY CLERK:  Thank you.

10        THE COURT:  Can you make sure you speak loudly and

11  near the mic so we can hear you?

12        THE WITNESS:  No problem.

13        THE COURT:  Spell your last name again.

14        THE WITNESS:  G-O-R-D-O-N.

15        THE COURT:  Okay.

16                     **DIRECT EXAMINATION**

17  BY MR. JONES:

18  Q   Good afternoon, Mr. Gordon.

19  A   Good afternoon, sir.

20  Q   Mr. Gordon, do you know Mr. Jones?

21  A   Yes, sir.

22  Q   Mr. Gordon, what is Mr. Jones to you?

23  A   It's my uncle.

24  Q   Mr. Gordon, what is your sister Tiffany last name?

25  A   Jones.

1    Q    What is your brother Mike last name?

2    A    Jones also.

3    Q    What is your mother last name?

4    A    Jones, also.

5    Q    What about your two younger brothers?

6    A    Jones also.

7    Q    And your name is Gordon; correct?

8    A    Yes, that's correct.

9    Q    Okay.  Has it ever been confused that your last name is

10   Jones?

11   A    Before, actually, yes.

12   Q    Okay.  Now, do you remember a North Carolina stop in 2005

13   with you and Mr. Maynard?

14   A    2005?

15   Q    Or 2004?

16   A    2004, yes, I do.

17   Q    Can you tell the jury exactly what happened at that North

18   Carolina stop?

19   A    Well, I was -- at the time I was sleep at the moment, but

20   I was awakened from the officer.  Well, the vehicle was

21   slowing down, and I felt it, and the officer came and knocked

22   on my window right there.  And asked me for my

23   identification.

24   Q    Now, was you kind of surprised that he asked you for your

25   identification and you wasn't driving?

1    A    Yeah, I was.  I was like, at the same time trying to wake

2    up and understand what he was, you know, doing at the time.

3    But I came to my -- my understanding that he was asking for

4    my identification, like I said.  So I --

5              THE COURT:  Keep your voice up, please.

6              THE WITNESS:  I presented it to him.  And he

7    happened to pull me to the back of the vehicle.  And that was

8    that.

9    BY MR. JONES:

10   Q    Mr. Gordon, did this officer ask you where you was going?

11   A    Yes, he did.

12   Q    Did you tell this officer where you was going?

13   A    Yes.

14   Q    What did you tell the officer where you was going at?

15   A    I did mention to North Carolina.

16             THE COURT:  You did mention what?

17             THE WITNESS:  I said I did mention to North

18   Carolina.

19             THE COURT:  You said you were going North Carolina.

20   BY MR. JONES:

21   Q    Now, was you for sure you was going or you was just

22   chilling with Mr. Maynard, just riding with Mr. Maynard?

23   A    Yes, that's what I was doing at the moment, yes, because

24   I was off --

25             THE COURT:  What does that mean?

1          MR. JONES:  Well, let me rephrase that.

2    BY MR. JONES:

3    Q    When Mr. Maynard was going out of town, did you want to

4    just ride with Mr. Maynard?

5    A    Yes, because I was off the clock at the moment.  I wanted

6    to get away.

7    Q    Now, at that time, where was you working at?

8    A    Club Levels.

9    Q    Do you know who the owner of Club Levels?

10   A    Yes, sir.

11   Q    Now, was it a time that these officers searched this

12   vehicle that y'all was driving?

13   A    Yes, immediately after they mentioned that I was acting

14   out a certain way.

15   Q    Okay.

16   A    Yes.

17   Q    Can you explain to the jury was you acting out a certain

18   way?

19   A    No, I was telling him I was just coming to my senses, and

20   I was tired, that's it.

21   Q    Now, when you work at the club, do sometimes you work

22   long hours?

23   A    Extremely long hours, yes.

24   Q    From early in the morning to sometimes three or four

25   o'clock in the morning?

1    A    Yes, yes.

2    Q    Was it a time that you stayed at the club because of the

3    hours?

4    A    Yes, sir, yes.

5    Q    Now, once the officers -- how many officers was on the

6    scene at the time when they started searching?

7    A    In the beginning it was just one vehicle.  So then,

8    multiple other vehicles came up after that because the

9    officer didn't have the proper tools at the moment to, I

10   guess proceed within the vehicle, I believe.

11   Q    Now, when the officer entered into this vehicle, exactly

12   what did they do and how did they search?

13   A    They was pretty intense.  And I didn't understand what

14   was -- I just ain't understand.  But they was intense.

15   Q    Can you tell the jury exactly what did they do once they

16   started searching?

17   A    After they went into the obvious, like the glove

18   compartment, places like that, they started tearing other

19   compartment off of the vehicle like the -- some of the

20   compact areas, the soft areas of the vehicle.

21   Q    So, are you talking about the interior of the vehicle?

22   A    Yes, the interior, yeah.

23   Q    Did they rip anything up in the vehicle?

24   A    Yes, that's what I meant actually, yes, they was ripping

25   up the vehicle.

1   Q    Mr. Gordon, did the officers have a dog on the scene?

2   A    Yes, sir, they had the -- no, they pulled up with the

3   dog.  We waited a little while, and the dog was -- yes, the

4   dog was called in.

5   Q    Okay.  If you remember, do you remember what the dog did

6   that day or what the officers did with the dog?

7   A    Yeah, they walked around the vehicle with the dog, yeah.

8   Q    Now, did the dog go inside the vehicle at all?

9   A    I'm pretty sure.  I don't recall if the dog went inside

10  the vehicle or not.

11  Q    Now, after they did the search of this vehicle, did they

12  search you all before or after the search of the vehicle?

13  A    It wasn't so intense.  They searched us, but it wasn't as

14  hard as they did once we got to the police precinct.

15  Q    So you saying when they got to the police precinct, they

16  searched you again?

17  A    Yeah, a little -- a little harder then once we got to the

18  precinct.

19  Q    So, when you mean harder, what exactly did they do when

20  you got to the precinct?

21  A    Well, they didn't thoroughly do it at, you know, like I

22  mentioned, at the scene when they pulled us over.  It was

23  like, just patted us down a little thoroughly than they did

24  at first.

25  Q    Okay.

1    A    They didn't go as far in the beginning.

2    Q    Okay.  Now, Mr. Gordon, did you have any money on you at

3    the time?

4    A    Yes, sir.

5    Q    Do you remember how much money it was?

6    A    A couple hundred dollars.

7    Q    Now, Mr. Gordon, did these officers confiscate that

8    money?

9    A    Yes, sir.

10   Q    Did they ever give you that money back?

11   A    Yes, sir.

12   Q    So, Mr. Gordon, when you got to the police precinct, did

13   the officers interview y'all or talk to y'all about anything?

14   A    Yes, sir.  They actually took me in a room and

15   photographed me and said I can go along my way now.

16   Q    So, when you went back, you and Mr. Maynard, was y'all

17   arrested at the time?

18   A    No, they mentioned that to us then.  We weren't arrested,

19   but they wanted to photograph us and ask us a few questions.

20   Q    Okay.  So, did they tell you all why they took the money

21   that was in the vehicle?

22   A    Yes, he did, sir.  He happened to mention that we didn't

23   give up an explanation for the specific cash that they

24   happened to came about, found, I guess.

25   Q    Did they tell you why they took the vehicle?

1    A   Yes, they mentioned it, but I don't recall specifically

2    what was said.

3    Q   Okay.  Now, Mr. Gordon, do you have a prior arrest

4    record?

5    A   Not at all.

6    Q   Mr. Gordon, Mr. Jones is your uncle.  Would you lie for

7    Mr. Jones?

8    A   I won't lie for you.

9           MR. JONES:  Thank you, no further questions.

10          THE COURT:  Cross?

11                        **CROSS-EXAMINATION**

12   BY MS. SOLTYS:

13   Q   Good afternoon, Mr. Gordon.

14   A   Good afternoon, ma'am.

15   Q   How are you?

16   A   I'm pretty good.  And yourself?

17   Q   I'm fine, thank you.

18   A   All right.

19   Q   I wanted to ask you some questions about this traffic

20   stop that you were a participant in.

21   A   No problem.

22   Q   All right.  And I'd just like to ask you, so you were

23   traveling in Mr. Jones' Honda Odyssey; is that correct?

24   A   Yes.

25   Q   And Lawrence Maynard was driving the vehicle; correct?

1  A   Yes, that's correct.

2  Q   In fact, you know Lawrence Maynard; right?

3  A   Yes, ma'am.

4  Q   Mr. Maynard was a -- was one of the managers at Club

5  Levels; correct?

6  A   That's correct.

7  Q   He's a very good friend of Mr. Jones; correct?

8  A   I just know him being a manager.

9  Q   You know that he is Mr. Jones' right-hand man?

10 A   I just know him from being the manager.

11 Q   And you know that he did things for Mr. Jones; right?

12 A   Yes, work-wise, yes, uh-huh.

13 Q   So, your testimony here today is that the two of you were

14 traveling in Mr. Jones' vehicle, and you were traveling

15 south, you were stopped in North Carolina; correct?

16 A   That's correct.

17 Q   And at the time that you were stopped, you have

18 acknowledged that you were the passenger in the car and that

19 you were sleeping; right?

20 A   That's correct.

21 Q   And Mr. Maynard was the driver.  The police officers

22 asked you for your license and identification; right?

23 A   Yes, uh-huh.

24 Q   And you were aware that they -- ultimately, a K-9 came to

25 the scene; correct?

1    A   (No verbal response.)

2    Q   And you said that you saw them walk the K-9 around the

3    vehicle; correct?

4    A   That's correct.

5    Q   And after that, you saw the officers begin to search

6    Mr. Jones' Honda Odyssey; correct?

7    A   That's correct.

8    Q   And at some point you became aware that there was a

9    hidden compartment in the back of Mr. Jones' Honda Odyssey

10   that stored money; correct?

11   A   Yes, that's correct.

12   Q   And did you know that the money was in there at that

13   point in time?

14   A   No, ma'am.  I was just taking a ride.  I didn't know

15   anything related to that.

16   Q   And so you didn't make any offers to the police officers,

17   you didn't acknowledge that you knew the money was there;

18   right?  You did not acknowledge to the police that you knew

19   the money was there because you just said you did not know

20   money was there; right?

21   A   That's correct.

22   Q   And you never heard Mr. Maynard say that he knew that the

23   money was there; right?

24   A   Right.

25   Q   And ultimately, the law enforcement officers told you

1    that that money was going to be confiscated; correct?

2    A    Yes, eventually, yes.

3    Q    And the two of you were not going to be arrested, but

4    that the two of you were tree to go; correct?

5    A    Yes.

6    Q    Okay.

7         Mr. Gordon, before we came in, I noticed that you were

8    outside in the hallway.  I noticed that you were reading a

9    yellow piece of paper, and I thought that the handwriting

10   looked like Mr. Jones'.  And I was wondering, do you have

11   that note with you?

12   A    Not at the moment.

13   Q    Was that a letter from Mr. Jones that you were looking at

14   that I saw you with?

15   A    From the investigator.

16   Q    Could I look at the letter?

17   A    I don't have it at the moment, I just mentioned.

18   Q    Could you go get it, please?

19   A    Down in the cafeteria.  I just had lunch.  So I guess so.

20   Q    Thank you.

21        MS. SOLTYS:  Your Honor, could we take a break for a

22   moment?

23        THE COURT:  Well, does he remember what's on it?

24   BY MS. SOLTYS:

25   Q    I saw you reading a letter before you came in here to

1   testify.

2   A   That's correct.

3   Q   Okay.  And did that letter tell you what answers you

4   should be giving today?

5   A   No, it was like speaking in terms of like, did I

6   remember, like, what was taking place back then.  That's all.

7   Q   So it was an outline of what you would be asked here

8   today?

9   A   That's correct.

10   Q   Okay.

11          MS. SOLTYS:  Thank you very much, Your Honor.  I

12   have nothing further.

13   BY MS. SOLTYS:

14   Q   But that letter was not from Mr. Jones, it was from the

15   investigator?

16   A   Telling me of the situation, yes.

17          THE COURT:  But who wrote it?  Who wrote the note?

18          THE WITNESS:  I think my -- Miss --

19          THE COURT:  The investigator?

20   BY MS. SOLTYS:

21   Q   Do you think your uncle wrote the note?

22          THE COURT:  Was it in Mr. Jones's handwriting or

23   someone else's?

24          THE WITNESS:  I don't know my uncle's handwriting,

25   so.

1          MS. SOLTYS:  I'll tell you what.  I don't have any

2     questions right now, but I would ask you if you could go get

3     that note.

4          THE WITNESS:  No problem.

5          MS. SOLTYS:  And if you don't mind showing it to me.

6          THE WITNESS:  No problem.

7          MS. SOLTYS:  Thank you very much.

8          Thank you, Your Honor.

9          THE COURT:  All right.  Do you have something else?

10                    **REDIRECT EXAMINATION**

11    BY MR. JONES:

12    Q    Mr. Gordon.

13    A    Yes.

14    Q    Do you know your uncle was going pro se, as representing

15    himself in terms of being a lawyer representing himself?

16    A    Yes.

17    Q    Has your uncle had a chance to talk to you or prepare you

18    for this testimony?

19    A    Not at all.

20    Q    So, your uncle couldn't call you and say, look, let me

21    prepare you for this testimony; correct?

22    A    That's correct.

23    Q    Your uncle couldn't come and say come down to my office

24    so I could prepare you for this testimony; correct?

25    A    That's correct.

```
1    Q    So your uncle would have to go through third parties to

2    prepare you for this testimony; correct?

3    A    That's correct.

4              MR. JONES:  Thank you very much.

5              THE COURT:  Anything else?

6              MS. SOLTYS:  Not at this time.  But perhaps later

7    once we see the note.

8              THE COURT:  Well, the witness is going to be excused

9    unless you want to keep him here.

10             MS. SOLTYS:  Yes, I'd like to keep him here.  And

11   I'd like to see the note.

12             THE COURT:  Do you know where it is?

13             THE WITNESS:  Yes, it's downstairs.

14             THE COURT:  We'll take a brief recess, why don't you

15   go get it, and then we'll know whether you can go home right

16   now.  Okay?

17             All right, ladies and gentlemen, we'll take a brief

18   recess for ten minutes while Mr. Gordon goes downstairs.

19             (Jury Out.)

20             THE COURT:  All right, go ahead.  Don't discuss your

21   testimony with anyone.  Just bring the note back.

22             (Witness excused.)

23             MR. JONES:  Can we approach?

24             THE COURT:  About this?

25             MR. JONES:  Yes.
```

1          THE COURT:  Yes, you can approach.  This is an ex

2   parte under seal?

3          MR. JONES:  The Government can come up.

4          THE COURT:  Oh, the Government can come too.  Sorry.

5   It's under seal.

6              (Bench conference under seal and

7       redacted.)

 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14              (Open Court.)

15          MR. JONES:  Your Honor, 302s, I'm ready whenever.

16          THE COURT:  That's good.  Well, you can give us a

17   heads-up at least.  We don't have any more witnesses; right?

18   No witnesses in the courtroom; correct?

19          Okay.  Kellie O'Brien.  You want to call her back,

20   is that it?

21          Are you ready to tell me about Kellie O'Brien while

22   we take a few minutes waiting for Mr. Gordon?

23          MR. JONES:  Yes.

24          THE COURT:  This is Kellie O'Brien.  What 302s are

25   you interested in having her complete the impeachment for,

```
1    what witness, what witnesses are we doing?

2         MR. JONES:  There's only two witnesses -- three.

3    Zintura, Barron, and I think Kirschner had Roel Bermea.

4         THE COURT:  Okay.  Well, let's -- okay.  Well,

5    whichever one you want to do first, let me know.  But you've

6    got to give me the -- what it is the witness said that you

7    want to impeach.

8         MR. JONES:  Your Honor, I definitely don't want to

9    do this --

10        THE COURT:  No, they have the right to know what

11   you're going to do because, generally speaking, what you have

12   to do to a witness is say the -- you ask the witness, the

13   witness says it was sunny that day, and you have a 302 where

14   you're going to bring in a witness to say that Mr. Zintura

15   told me that it was raining that day.  And they have a right

16   to say it's not a contradiction.

17        MR. JONES:  Right.  7-23-2010.

18        THE COURT:  Is that a 302?

19        MR. JONES:  Yes.  The 302 --

20        THE COURT:  O'Brien interviewing whom?

21        MR. JONES:  No, the 2010, I'm going to let the

22   Government look at it, and I'm going to ask for a stipulation

23   on it.  There's two 2010s that I'm going to ask for a

24   stipulation.

25        THE COURT:  Ask them.  Go ahead.  They have it,
```

1    don't you?

2             MR. JONES:  Yeah, 2010.

3             THE COURT:  This is 302 of Zintura or Barron?

4             MR. JONES:  This is Barron.

5             THE COURT:  Barron.

6             MR. JONES:  Yes.  And he mentioned 2006.  I asked

7    him about 2006, 2007.  He mentioned 2005, 2006.  In the 302,

8    it said 2006, 2007.

9             THE COURT:  Where in his testimony did he talk about

10   '05, '06?

11            MR. JONES:  In his testimony I asked the question,

12   "Did you also mention Beto, Ricardo and Roel and lots of

13   drugs that were seized in 2006 and 2007; am I correct?"

14            THE COURT:  What page and what --

15            MR. JONES:  This is page 50, line 24, start at line

16   24 and 25.  And it goes over the page 51, line one.

17            THE COURT:  Okay.  And so --

18            MR. JONES:  He said 2005, 2006.  His 302 say 2006 to

19   2007.

20            THE COURT:  Okay.  And that O'Brien did that 302.

21            MR. JONES:  No, this is a stipulation because it's a

22   2010 when he was in Texas.  Instead of calling him back, the

23   person for Texas, I'm going to ask for a stipulation.

24            THE COURT:  Okay.  You ask them for that, that's

25   sort of -- okay.

1          MR. JONES:  And also in his 7-23-2010, he said,

2     "Barron advised that at the later time he again returned to

3     Washington and requested Garcia Urest," last name U-R-E-S-T,

4     "who was requesting assistance in renting an apartment."

5          In his 302, he said that Garcia was asking him to

6     come to this area to rent an apartment.  And I asked him,

7     well, actually in page 52, starting at line 24 and 25 and it

8     goes over to 53.  And 16 through 25, he says, so the question

9     is, "So, you telling the jury in your 7-23-10 that you didn't

10    tell the FBI agent that on the request of Mr. Garcia that you

11    didn't come down to rent the apartment for him?"

12         He said, "No," Your Honor.

13         And it goes on, "Isn't it a fact that you never

14    mentioned it in this 7-23-2010 interview that Antoine Jones

15    rented his Summit Circle apartment on behalf of some

16    Mexicans?"

17         He said, "Correct."

18         I said, "Correct?"

19         And he said, "Well, no, the one who rented the

20    apartment was Antoine Jones."

21         THE COURT:  I don't know.  You need a stipulation on

22    that one.  And frankly, the questions and the answers, I

23    can't follow it.  But the Government can study it.  You don't

24    have to argue with me.  If they don't stipulate, they don't

25    stipulate.

1          MR. JONES:  Okay.

2          THE COURT:  But I'm lost on that one.

3          Mr. Gordon, do you have the piece of paper?

4          THE WITNESS:  No, ma'am.

5          THE COURT:  What happened to it?

6          THE WITNESS:  I ate lunch and I threw it away.

7          THE COURT:  Fine.  That's about that.

8          Can we let him go?

9          MS. SOLTYS:  Well, this was just three minutes

10    before we took -- before the Court took the bench and

11    Mr. Gordon took the witness stand, Your Honor.  So, I think I

12    would like to ask Mr. Gordon his explanation now for the

13    missing note that I saw right before he took the witness

14    stand.

15          THE COURT:  You saw it before he took the witness

16    stand?

17          MS. SOLTYS:  Right in the hallway.

18          THE COURT:  Oh.  And you don't have it anymore?

19          Well, bring in the jury.  We'll finish up on the --

20    you'll have to deal with the Government on the stipulations.

21    I can't -- I don't force them to stipulate, that's by their

22    agreement.

23          MR. JONES:  Well, if they don't stipulate, Your

24    Honor, I will be calling the person from Texas.

25          THE COURT:  Well, you think.  All right.  The second

1    point is so confusing, I can't follow it.  I can't understand

2    it.  There are double negatives.

3           MR. JONES:  He's basically saying that he was the

4    person renting the apartment.  That's what it says.

5           THE COURT:  I'll have to look at the -- that's what

6    you think it says.  Okay.  I think it says there are double

7    negatives on that question.  But, okay.

8           MR. JONES:  Do you want me to go on, Your Honor?

9           THE COURT:  No, we want to get Mr. Gordon finished

10   up here.  Have a seat.

11          I am sure that the Government will stipulate

12   wherever humanly possible.  Otherwise we've got to bring your

13   people up here.

14          But on the second issue, you're going to have to

15   study it.  I can't follow the question and answers.  That was

16   both Barron or one was Zintura?  Both Barron?

17          MR. JONES:  2010 is Barron, Your Honor.

18          THE COURT:  Yeah, right, okay.  Line 52.  Do we know

19   what day?  Morning or afternoon?

20          MR. JONES:  For Barron?

21          THE COURT:  Line 52 in the afternoon.

22          MR. JONES:  Page 52, 24 and 5.  Page 53, 16 to 15.

23          THE COURT:  Fifty-two, line 24 and 5.  You start out

24   with, "What trip did you stay at Summit Circle?"

25          MR. JONES:  Your Honor, you might as well say the

```
 1   whole page, 53.

 2           THE COURT:  Okay.

 3           Do you have a copy?

 4           MS. URSCHEL:  No, we don't, Your Honor.  We don't

 5   have the transcript.

 6           THE COURT:  Well, it's going to be a little hard for

 7   you to stipulate it.

 8           MR. JONES:  I mean, I could give them this right

 9   here.  They could take a look and make a copy of it.  And

10   it's no problem.

11           THE COURT:  Because mine is marked up.

12           MR. JONES:  Mine too.

13           THE COURT:  Mr. Gordon, you're back on the stand,

14   please.

15           MS. SOLTYS:  We're fine with the date.

16           THE COURT:  Wait, wait, wait, yeah.  We'll go back

17   to that, let's get him --

18           MS. SOLTYS:  Okay, fine.

19           THE COURT:  Bring in the jury.

20           (Jury Present.)

21           (Derrick Gordon resumes the witness

22       stand.)

23

24

25
```

1                        **RECROSS-EXAMINATION**

2    BY MS. SOLTYS:

3    Q    Okay, Mr. Gordon, you told us that you can't find the

4    note now?

5    A    Yes, ma'am.

6    Q    You told us outside the presence of the jury that you

7    were eating lunch and after lunch somehow you lost the note?

8    A    I didn't lose it.  I put it in the trash.

9    Q    In fact, I want to just ask you that I saw you moments

10   before, I saw you a couple minutes before you came in and

11   took the witness stand.

12           MR. JONES:  Objection, Your Honor.

13   BY MS. SOLTYS:

14   Q    After lunch --

15           THE COURT:  Wait a minute.

16   BY MS. SOLTYS:

17   Q    -- and I saw you --

18           THE COURT:  You can't testify.  I've been telling

19   Mr. Jones this forever and ever.

20   BY MS. SOLTYS:

21   Q    Mr. Gordon, a few minutes before you took the witness

22   stand --

23           MR. JONES:  Objection, Your Honor.

24           THE COURT:  Overruled.

25

BY MS. SOLTYS:

Q   -- you were standing outside in the hallway looking at a yellow piece of paper with Mr. Jones' notes on it, with Mr. Jones' handwriting on it.  That's the note that I asked you if I could see.  Can you produce that note?

A   And I did mention to you, you can come outside and I'll check my -- you asked me to check my pockets once I walked outside the courtroom, right?

THE COURT:  You couldn't find the note, is that what you're telling us?

THE WITNESS:  Yes, that's correct.

THE COURT:  And you threw it away, is that what you're saying?

THE WITNESS:  Yes, after I had lunch, yes.

BY MS. SOLTYS:

Q   Okay.  So it's a fact -- so isn't it a fact that you had a yellow note?  You have a white note in your hand that you came in with.  But you do not have the yellow note that you were looking at right before you came and took the witness stands; right?

A   I have a few papers in my hand.

MR. JONES:  Objection, Your Honor.

BY MS. SOLTYS:

Q   The yellow one on the legal pad.  You can't find that note?

A    That's correct.

Q    That's the note from Mr. Jones to you that you were

looking at right before you testified; right?

A    I already said yes, that's correct.

            MS. SOLTYS:  Thank you, Your Honor.

            THE COURT:  Okay.

            All right.  Ladies and gentlemen, I do have to

instruct you that we don't know what the note is, but the

fact is, if the note -- if he just sends questions to the

witness so he knows what the questions he's going to ask,

there's nothing improper about that.

            What notes have you got here now?

            THE WITNESS:  Some papers I just got from when I

came here from the -- the young lady over here somewhere, she

was here, she's not here now.

            THE COURT:  Okay.

            THE WITNESS:  Oh, there she is over there.

            THE COURT:  Okay.  But they -- do they have anything

to do with the substance of your testimony as opposed to a

subpoena or what have you?

            THE WITNESS:  No, I think that's what this is, a

subpoena, yes.

            THE COURT:  All right.

            Do you have anything else for him?

            MR. JONES:  No, ma'am.

```
1        THE COURT:  Was the note questions or something
2   else?  The yellow pad note, what was on the yellow pad, the
3   yellow piece of paper?
4        THE WITNESS:  It was something state, like briefing
5   me about the situation of what took place on -- what is it
6   called, the affidavit.  That's all.
7        THE COURT:  Anything further?
8        MR. JONES:  No.
9        THE COURT:  Okay.  Thank you.  You're excused.
10  You're free to go.
11       THE WITNESS:  Thank you so much.
12       (Witness excused.)
13       THE COURT:  Do we have anything else this afternoon
14  for the jury?
15       Okay.  Ladies and gentlemen --
16       MR. O'TOOLE:  Yes, we do, Your Honor.
17       THE COURT:  Oh, I'm sorry.  For the jury?
18       MR. O'TOOLE:  Yes.
19       MR. JONES:  Oh, yes, one more thing, Your Honor.
20       Mr. Jones and the Government agree on a stipulation,
21  Your Honor.
22       THE COURT:  Okay.
23       Ladies and gentlemen, you remember this means that
24  it's stipulated, there's no disputed fact, and you may take
25  it as undisputed.
```

1          THE DEPUTY CLERK:  We're going to mark it as

2    Defendant's Exhibit --

3          THE COURT:  Okay.  And you'll read it to them?

4          MR. JONES:  The stipulation reads, Mr. Antoine Jones

5    and the Government agree and stipulate that -- I'm sorry.

6          Mr. Antoine Jones and the Government agree and

7    stipulate that the defense investigator, Robin Bradshaw,

8    obtained the signed statement for Daniel Zintura at the

9    direction of Mr. Jones' then defense attorney, Eduardo

10   Balarezo.

11         THE COURT:  Okay.  I think what you're saying is

12   that the statement that's on the back of the picture, which

13   is exhibit what?  It's defense exhibit, is it a defense

14   exhibit, the one with Mr. Jones's picture and the statement

15   on the back?  Is that what you're referring to?

16         MR. O'TOOLE:  It is 4.

17         THE COURT:  It's Defense Exhibit 4.  But it's the

18   statement on the back of the picture?  Is that what we're

19   talking about?

20         MR. JONES:  Basically --

21         THE COURT:  No, just yes or no, yes or no?

22         MR. JONES:  No.  I mean, I don't think we're talking

23   about this, Your Honor.

24         MS. SOLTYS:  That's what we're talking about.  It is

25   on the front, Your Honor.

1          THE COURT:  The declaration on the back.

2          MS. SOLTYS:  It's on the front, Your Honor.

3          THE COURT:  Oh, well, okay.  All right.  I saw it on

4   the back of the original.  Anyway, Defense Exhibit 4 which is

5   to say that Mr. Jones is a, quote, declaration, I think is

6   the word used by Mr. Zintura.  You're saying that that was --

7   you are agreeing that that statement was obtained by the

8   investigator who was directed to obtain it by Mr. Jones's

9   then attorney, Mr. Balarezo?

10         MR. JONES:  Yes, ma'am.

11         THE COURT:  Okay.  I think that it doesn't read

12  quite right before.  But anyway, so it's agreed that

13  Ms. Bradshaw went and got that statement and was directed to

14  do so by defense counsel at the time, Mr. Balarezo.

15         Okay.  Anything else before we excuse the jury for

16  the day?

17         MR. JONES:  No.

18         THE COURT:  Okay.  Ladies and gentlemen, we have

19  some witness issues to take up this afternoon and tomorrow

20  morning that will have to be taken up out of the presence of

21  the jury.  So this way you're excused now for the rest of the

22  day.  You can't discuss the case.

23         Tomorrow you're not going to get breakfast.  You'll

24  have to eat at home.  We're going to start, I think we'll be

25  able to start on time, we have to deal with two potential

1    witnesses.  So I'd ask that you be in the jury room by eleven

2    o'clock, do you think is realistic?  I think so.  Eleven

3    o'clock.  So, there'll be no breakfast.  We'll get you a

4    snack in the afternoon.  Something different.

5            Do we still have snacks here?  Oh, we do, good.

6            All right.  So have a good evening, ladies and

7    gentlemen.  See you tomorrow.  I still think we're finishing

8    the case probably Thursday, more likely than not.

9            (Jury Out.)

10           THE COURT:  Okay, just to finish up.  A couple of

11   loose ends.  Wait a second, Mr. Jones, don't get

12   over-anxious.

13           All right.  You're going to let us know tomorrow if

14   you're adding a handwriting expert.  You've got to do it by

15   tomorrow sometime.

16           MR. O'TOOLE:  I'll know by tonight.

17           THE COURT:  Fine.  Let them know.

18           Number two, the two stipulations, you have Barron's

19   testimony.  I've now read the questions.  They're not as bad

20   as they sounded.  If I look over at page 52 going over to 53,

21   the question is what did he say in that interview about who

22   rented the apartment; that's the issue.  I don't know

23   whether, you know, if the guy is still -- I don't know who

24   wrote the 302, but you can figure it out.  He either has to

25   be available to testify by phone or something, if necessary,

1    if you can't come up with a stipulation.

2            All right.  I can't force anybody to enter into a

3    stipulation, believe it or not.

4            Okay.  Now, that's Barron.  Anything else on Barron?

5            MR. JONES:  I think most of this is --

6            THE COURT:  Have you got the mic on?

7            MR. JONES:  The next one, I believe this is Bermea.

8            THE COURT:  All right.

9            MR. JONES:  Yes, it is.  It's 2006, 6-14-06.

10           THE COURT:  What's 14?

11           MR. JONES:  This is his 302.

12           THE COURT:  And what's the date of the 302?

13           MR. JONES:  Actually looking at it, it's 5-19-06.

14   5-19-06 is the date that he did his interview.

15           THE COURT:  Okay.

16           MR. JONES:  And during this interview, Bermea

17   mentioned that he stated there was almost a year delay until

18   the next trip.  And he lived off his retirement money.  And

19   he had taken out the money from the taco stand.  And he said

20   Bermea's next trip was August 2005 and September 2005.

21           So, it was almost a year from the trip that he had

22   mentioned, I believe 03, 2000.

23           THE COURT:  What page are you on in the transcript?

24           MR. JONES:  This is -- the transcript read --

25           THE COURT:  Can you give me a date and a page?

1      MR. JONES:  The transcript I'm going to is February

2  6th, 13.

3      THE COURT:  Morning or afternoon, do you know?

4      MR. JONES:  A.M.  Line --

5      THE COURT:  Page?

6      MR. JONES:  Page 26.

7      THE COURT:  Page 26.

8      MR. JONES:  Line 22.  He goes into his 401(k), and

9  going over to page 27, he talks about Atlanta.  And during

10  the testimony of these two pages, he's speaking like he went

11  to Atlanta a couple months later.  It was January, which is

12  like two or three months or four months later.  So, and in

13  his 302, he mentioned it was a year delay.

14      THE COURT:  Okay.  The Government will have to --

15  you can raise your objections.  I don't have the 302, so I

16  can't do very much about this.  If you have any problems with

17  these, you've got to raise them with me sometime.  But he's

18  saying a year delay.  We're looking at 2-6.

19      MR. JONES:  And also page 46.

20      THE COURT:  Of what date?

21      MR. JONES:  Of the same transcript, February 6, 13,

22  A.M.  Well, 46 and 47, he go back into speaking of Atlanta,

23  and he said it was roughly four months.

24      THE COURT:  Okay.  So he's saying that the one year

25  delay, which is -- actually makes sense since he never

1    mentioned Atlanta before.  Okay.  So who is the author of

2    that 302?

3            MR. JONES:  All of these, besides the 2006 of

4    Bermea, is Kellie O'Brien.  Everything else is Kellie

5    O'Brien.

6            THE COURT:  Except what?

7            MR. JONES:  The one I just read on Roel Bermea, the

8    2006, that's Kirschner.

9            THE COURT:  The one we just went over?

10           MR. JONES:  The one we went over where Bermea --

11           THE COURT:  About the year versus four months?

12           MR. JONES:  Yeah, when he --

13           THE COURT:  That's Kirschner?

14           MR. JONES:  That's Kirschner.

15           THE COURT:  All right.

16           MR. JONES:  And all the rest of them is going to be

17   Kellie O'Brien.

18           THE COURT:  Okay.  And they're all Bermea?

19           MR. JONES:  No, the rest of them is Barron.  And I

20   think one of them might be Zintura.

21           THE COURT:  Oh.  Okay.  So we're finished Bermea.

22   We're finished --

23           MR. JONES:  2010.

24           THE COURT:  -- Kirschner.  So now we have to go to

25   Barron and -- which one do you want to do now?  Barron or

1    Zintura?

2             MR. JONES:  Right now, the next one would be -- this

3    is Barron.  And Kellie O'Brien is the author of this.  Barron

4    in his 302 said Charlie was afraid to stay in the house.

5             MS. URSCHEL:  If we could ask which 302, the date?

6             MR. JONES:  The date is -- I was going to give you a

7    copy.  February 9, 2011.

8             MS. URSCHEL:  Okay.

9             MR. JONES:  In Mr. Barron interview, he said Charlie

10   was --

11            THE COURT:  What date?

12            MR. JONES:  This is February the 9th, 2011, page

13   nine.

14            THE COURT:  Okay.  Well, what's the testimony?

15            MR. JONES:  This is not the testimony.  This is the

16   interview.

17            THE COURT:  Oh, 2011.  Okay.  So that's the

18   interview.  And what about the testimony?

19            MR. JONES:  The testimony is page 76, starting at

20   line 20 to 25.

21            THE COURT:  Do you know what date?

22            MR. JONES:  This is February 4th, 13, A.M.  And it

23   goes over to page 77, line one to three.

24            THE COURT:  Page what again?

25            MR. JONES:  Page, the first one start at 76, line 20

1    to 25.  And then it goes over to page 77 to page -- to line

2    one through three.

3            MS. URSCHEL:  It would help the Government, Your

4    Honor, if we could just -- we don't have these.  So if you

5    could just read out what he's referring to, and then I can

6    find out what he thinks it impeaches in the 302.

7            MR. JONES:  Yeah, okay.

8            MS. URSCHEL:  We just don't have these documents.  I

9    mean, I have the 302, obviously, I don't have the transcript.

10           THE COURT:  Seventy-six, page 76 to 77.

11           MR. JONES:  Yes.

12           THE COURT:  From 2-4, in the morning, 76 --

13           MS. URSCHEL:  Okay.

14           MR. JONES:  The next one is 302 is 5-9, 2012.  This

15   is Barron.

16           THE COURT:  What page is in the transcript, please?

17           MR. JONES:  The transcript, did I tell you 5-9-2012

18   was the interview?

19           THE COURT:  Yes.

20           MR. JONES:  The transcript is page 22, line 10

21   through -- 10 to 18.

22           THE COURT:  Ten to 18, or lines 10 through 18.  And

23   that is the morning or the afternoon, the morning of the --

24           MR. JONES:  A.M.

25           THE COURT:  A.M.  And 2-1 or 2-4?

```
1            MR. JONES:  2-4-13, A.M.

2            THE COURT:  Okay.

3            MS. URSCHEL:  On this one, Your Honor, the

4   Government does not believe that there is a conflict.

5            THE COURT:  We can do it after you have had a chance

6   to figure out whether you really care, and which ones, and

7   you can give me the 302s.  I'm not going to sit here now and

8   do this.

9            MS. URSCHEL:  Okay.

10           THE COURT:  So far, I mean, otherwise we'll have to

11  clear every one of them.

12           MR. JONES:  Okay.  The 302, this is Daniel Zintura.

13           THE COURT:  You tell me tomorrow which ones you're

14  going to take issue with.

15           MS. URSCHEL:  Okay.

16           THE COURT:  Okay.  What 302 for Zintura?

17           MR. JONES:  This is 11-7-2012, page two.

18           THE COURT:  And the testimony that we're worried

19  about?

20           MR. JONES:  Is 43.

21           THE COURT:  Page 43.

22           MR. JONES:  Yes.  This is the 1-30-13, P.M.

23           THE COURT:  1-30-13 P.M.  Yes.  Page and line?

24           MR. JONES:  Line two through nine.

25           THE COURT:  Two to nine.  Okay.  It would help me if
```

1     the Government is going to contest any of these that they

2     send me the 302.  I don't know that I have the 302, so you

3     can send them to me by fax today, I can at least see what

4     you're going to object to.  Okay?

5              MR. JONES:  The 302 is February 9th, 2011.  It's

6     Barron.  This is the last one, Your Honor.

7              THE COURT:  Okay.  Back to Barron.  We have one from

8     Zintura.

9              MR. JONES:  One from Zintura.  And the rest are from

10    Barron and one from Bermea.

11             THE COURT:  We have three, this will be the third

12    one from Barron where it's either -- it's Kellie O'Brien.

13    This is Kellie O'Brien, and she's the one from Zintura as

14    well that we just went over, the 11-7-12?

15             MS. URSCHEL:  I believe so, Your Honor.

16             THE COURT:  All right.  Well, we've got the 11-7-12,

17    O'Brien regarding Zintura.  We have a Barron from 2-9-11,

18    also O'Brien, and then the one we're about to do.  So far I

19    only have -- oh, and then the 5-9-12, Barron/O'Brien.  And

20    here's one more, the third one.  And Kirschner, and then the

21    two stipulations.

22             MR. JONES:  This last one is February the 9th, 2011.

23    It's 302 of Barron, page five.  And the transcript is page

24    94, line four to nine.

25             THE COURT:  What's it about?

1            MR. JONES:  The date is February 1st, 13, A.M.

2            THE COURT:  Yes.

3            MR. JONES:  It's about Summit Circle.

4            THE COURT:  Okay.  All right.  So, if the Government

5    would take a look at these and send me any 302s where you

6    have issues, we can compare it to the transcript.

7            MS. URSCHEL:  Yes, Your Honor.  We're just in the

8    position that we don't have a transcript, so unless we go

9    through it now with Mr. Jones --

10           THE COURT:  Well, you can spend your time, but I

11   don't want to sit here with Mr. Jones while you read a

12   transcript because you didn't order one.  Sorry.  I mean,

13   really.  I have the transcripts, but they're marked up.

14           If you have real problems, you can contact Sara and

15   she can print out the relevant pages if it really becomes an

16   issue.  But I can't give you these because they're marked up.

17   Okay.

18           MS. URSCHEL:  That's fine, Your Honor.

19           THE COURT:  Okay.  We've got one for Zintura.  We

20   have one, two, three for Barron.  And one from Bermea.

21   Kirschner, you've only got one, and that's Bermea.  And then

22   you have two more stipulations.  That's it.  And obviously,

23   don't be your normal prickly selves, just let's get it over

24   with.  Okay?  And that's it.  So we'll deal with Holland and

25   what's his name tomorrow morning, Holland --

1              MR. JONES:  Maynard.

2              THE COURT:  All right.  Let me hear from you now, in

3    brief, on the question of Mr. Holland.  I know what his

4    indictment says.  I want to know what your cross-examination

5    is going to be so I can figure out whether or not he has to

6    waive anything or whether I'm going to permit a

7    cross-examination regarding a new case.

8              Can I see Holland's file a minute?  And after

9    Holland and Maynard, then we have Peacock.  He can go out of

10   order, whatever.  Then we have the two witnesses.  How are we

11   coming with the two ladies from the south?  Any news on the

12   travelers?

13             MS. SCIALPI:  Still with the Marshals' Office.

14             THE COURT:  If you tell me who to call, I'll call,

15   but the last person I called, they had already passed it on

16   to a couple of other people.

17             MS. SCIALPI:  Yes.  Let me get the name of the --

18             THE COURT:  Yeah, Eli or something, but we've

19   already -- A.J. was supposed to contact her.

20             All right.  Well, listen up to what Ms. Soltys has

21   to say because this is going to be the issue with Holland.  I

22   don't know -- Maynard has no Fifth Amendment as to these

23   items.  So we're just going to make sure that -- I don't

24   think there's much we can do with Maynard.

25             MS. SOLTYS:  We agree.

44

1          THE COURT:  Okay.  I think it's important, you have
2     to listen here.
3          For Mr. Maynard, his lawyer is coming in.  We're
4     just confirming that he's willing to testify.  And that he's
5     the -- but has no Fifth Amendment privilege that I'm aware
6     of.  And if his lawyer is not aware of anything, I don't have
7     anything to say to Mr. Maynard other than welcome back, sir.
8     Correct?
9          MR. JONES:  Right.
10          THE COURT:  Yeah, right.  You see, Mr. Jones and I
11     agree.  Welcome back to the courtroom.  I got a new
12     courtroom.  That's the only thing about this case that's new.
13     All right.  It's the same Court Reporter here today, the same
14     Courtroom Clerk.
15          So Maynard will be very quick.  Holland, on the
16     other hand, there's conflicting views about whether he's
17     going to take the Fifth.  I don't know that he has a right to
18     take the Fifth.
19          MS. SOLTYS:  Okay.  I'll try to make this proffer
20     very succinctly.
21          THE COURT:  Okay, listen up.  Listen to what her
22     proffer is on Mr. Holland.
23          MS. SOLTYS:  I'll try not to be prickly.
24          THE COURT:  No, that's the stipulation and the 302s.
25     Okay.

1          MS. SOLTYS:  Okay.  So, there's already been

2    testimony in the case through Detective Norma Horne about

3    certain phone calls that Mr. Holland was involved in.  And

4    I'll just tell the Court that we've identified there were

5    four phone calls, one was under the homework phone call.  And

6    then one was -- there was the delay, there was a phone call

7    with Mr. Bermea, I have bad news.  They had a delay.

8          And then immediately after that, Mr. Jones calls

9    Kevin Holland and said, "Hey, uncle said that rain delayed

10   the party."  So we have this theme of Mr. Bermea tells

11   Mr. Jones that the drugs have been delayed.  And then

12   Mr. Jones immediately tells other people, including

13   Mr. Holland, that there has been a delay.

14          And then the next day, Mr. Bermea tells Mr. Jones

15   that the girls are coming tomorrow.

16          THE COURT:  This is in evidence.

17          MS. SOLTYS:  This is all in evidence.

18          THE COURT:  Fine.

19          MS. SOLTYS:  And then right after that, then there's

20   a phone call with Mr. Holland where Mr. Jones, the operative

21   word here is, "The girls are coming tomorrow."  And Mr. Jones

22   then calls Kevin Holland and says, "Hey, your uncle was

23   talking to me.  He said to be in tomorrow."  So that

24   operative word is again "tomorrow."  So, those -- so we would

25   like to obviously cross-examine him --

```
 1              THE COURT:  Of course.

 2              MS. SOLTYS:  -- on what it is that he thinks these

 3    phone calls are all about because we --

 4              THE COURT:  Sure.  That's got nothing to do with --

 5              MS. SOLTYS:  -- we obviously have our theory.

 6              THE COURT:  Right.

 7              MS. SOLTYS:  Then there are certain phone calls that

 8    we did not play in evidence, but we will use to cross-examine

 9    Mr. Holland in which Mr. Holland, there's another ticket

10    phone call where Mr. Jones --

11              THE COURT:  You don't have to lay all the questions

12    you're going to ask him that relate specifically to the

13    things he no longer can possibly take the Fifth.

14              MS. SOLTYS:  Well, I'm explaining.  I'm explaining

15    what's going to happen next.  That is, that there -- is that

16    there are these ticket phone calls in which Mr. Holland and

17    Mr. Jones have a conversation about, hey, your man wanting

18    the ticket for the show tonight.

19              And then another phone call about Mr. Jones asked

20    Mr. Holland, was all the ticket finished.  So we have this

21    ticket theme.  And what we would like to ask Mr. Holland

22    about is we think it -- I have some line sheets from his

23    current case.  And what's interesting is that this ticket

24    theme is repeated in his current case.

25              And I'll proffer up to the Court that we have some
```

1    text messages in which Mr. Holland, who is now charged in a

2    narcotics conspiracy, receives a text message from somebody

3    who wants, "Give me ten tickets to the party."

4              THE COURT:  From whom?

5              MS. SOLTYS:  A person by the -- incoming text,

6    subscriber William Lucas, I don't know exactly who this

7    person is, but we have identified phone calls and text

8    messages that in the Government's view are dirty.  And

9    there's been evidence that the Government has presented to a

10   Grand Jury to demonstrate that there's probably cause to

11   believe that Kevin Holland is now currently involved in a

12   narcotics conspiracy.

13             And what I would like to ask him questions about

14   then is I assume he's going to say, oh, no, when we talked

15   about the tickets, we were talking about legitimate tickets.

16             THE COURT:  You don't know what he's going say.  But

17   he's coming in here to say that there wasn't money in the

18   back seat in the bags.

19             MS. SOLTYS:  Well, that's what he's going to say on

20   direct, but on cross-examination, I get to ask him questions

21   about the conversations that he had with Mr. Jones to

22   demonstrate -- to demonstrate that he was involved in a

23   narcotics conspiracy back then.  And so there's two points

24   that the Government would like to cross Mr. Holland on that

25   involves his current case.

1          Number one is just the general -- is the bias that

2     he has.  Because he now has bias against the United States

3     Government who's prosecuting him in this current case.  And

4     so, we would like to be able to question him on just, you're

5     currently charged in a narcotics conspiracy.  And the

6     prosecutors from our office are the exact same prosecutors,

7     are the same people that work with us.  The people that are

8     prosecuting you now are from the same office that we're from.

9     And you're here now to help out Mr. Jones in his case because

10    you have a bias against the Government.  That's the first

11    part.

12         And then the second part is to simply say, to

13    challenge him when he says, as we expect he'll say,

14    legitimate tickets.  Then we can say, well, you have a

15    current case, and in that current case you were intercepted

16    on a wiretap also.  And there's also reference to people

17    needing tickets.

18         And the Government's theory, of course, that as a

19    result of those text messages and phone calls, there's

20    evidence that has at least persuaded a Grand Jury that

21    Mr. Holland is again involved in a narcotics conspiracy in

22    which he continues to use similar code words in an attempt to

23    evade law enforcement.  And that's it.

24         The questions about the current case directly

25    challenge what his expected testimony would be and challenge

his credibility, and we're obviously allowed to --

THE COURT:  Give me an example of what the text message says?  You said that you have line sheets from the current case involving text messages.

MS. SOLTYS:  "Give me ten tickets to the party, cuz."

THE COURT:  "Cuz"?

MS. SOLTYS:  "Cuz," C-U-Z, as in -- short for cousin.  Another text message, the person -- I'll read the exchange.  Received an incoming text message from somebody. It just said, "A strong eight."  And then Mr. Holland wrote back, "What you want to do?"  And then the person wrote back, "Give me ten tickets to the party, cuz."

THE COURT:  Okay.

MS. SOLTYS:  That's one example.  And then another from the same person a little bit later on where the person sent a text message that simply says, "I'm a man, wear a seven and a half, cuz."  And I'd like to ask him about that because seven and a half, of course, is, we would argue, seven and a half quantities of cocaine.

THE COURT:  Okay.

MS. SOLTYS:  So that's the proffer.

THE COURT:  Now, first of all, Mr. Jones, listen to my questions and answer them.  Are you intending to ask Mr. Holland in any way about him being harassed or the

1    Government going after him subsequent to his last trial?

2              MR. JONES:  Your Honor --

3              THE COURT:  Yes or no?

4              MR. JONES:  It's more than just a no, Your Honor.

5    What she just proffered, it cannot just be a yes or no.

6              THE COURT:  I'm worrying about you opening the door

7    to the very thing that she's going to jump into.

8              MR. JONES:  The Government's just going to open the

9    door.  We going to have --

10             THE COURT:  I'm going to rule.  And this guy's going

11   to take the Fifth on the current stuff.  So if you bring out

12   his current prosecution, then he's going to take the Fifth,

13   and I can't protect him from that.

14             MR. JONES:  Right now, Your Honor, I was calling

15   Mr. Holland back to talk about his promotion at the club and

16   him being a promoter.

17             THE COURT:  And the bag.

18             MR. JONES:  And that bag --

19             THE COURT:  Right.

20             MR. JONES:  -- that's going in.  That was it of my

21   scope.

22             THE COURT:  Are you sure?

23             MR. JONES:  That's what I proffer.

24             THE COURT:  Well, you know, I've got a motion you

25   filed ex parte here, and it doesn't say that, I want you to

1    know that.  You are talking about much more than that in the

2    thing I asked you to tell me what you were going to do.  And

3    I filed it.  It's on the public record.  But it's ex parte

4    under seal.  And you talked about things post the Holland

5    trial, the first trial, post, after Mr. Holland's acquittal.

6    You say right here, one last examination, et cetera.

7            I'm telling you now, that you have to tell me

8    clearly whether you're going to limit yourself to the fact

9    that in 2004, '05, the guy was a promoter at Levels and the

10   date, what's the date, the bag picture?

11           MS. SOLTYS:  I believe it's September 18, 2005.

12           THE COURT:  Okay.  But if you touch anything,

13   including his acquittal or his relationship with the

14   Government since that acquittal, then it's going to open up

15   doors.  Are you going to be able to explain that to him?  I'm

16   doing the best I can.

17           MR. O'TOOLE:  Just give us a minute.  I think its

18   might be a good idea.

19           THE COURT:  Yeah.  I don't have to rule until I hear

20   from Holland tomorrow, but I'm just -- do you know what

21   pleading I'm talking about?

22           MR. O'TOOLE:  Yes.

23           THE COURT:  Okay, very good.  Talk to him.  The fact

24   he was acquitted in the first trial is irrelevant, for one

25   thing.

1          Does he have other -- does he have prior

2    convictions, please?  Does Mr. Holland have other

3    convictions?  Yes?

4          MS. SOLTYS:  Yes, Your Honor.  I believe it was a

5    1994 conviction here in Federal District Court for which he

6    received 120 months so it's a ten-year sentence, it's

7    within --

8          THE COURT:  All right, I get the point.

9          MR. JONES:  Your Honor --

10          THE COURT:  I can wait until later.

11          MR. JONES:  Your Honor, the scope of Mr. Holland

12    was, like I said, the promotion and the bag.  If the

13    Government want and have desires to play calls and play his

14    text messages and all this --

15          THE COURT:  From which trial?

16          MR. JONES:  From whatever she just mentioned, the

17    text messages --

18          THE COURT:  The new stuff.

19          MR. JONES:  The new stuff.  And then I think that I

20    should be able to play the tape and let Mr. Holland go back

21    to after he got released from prison, released from jail,

22    which is basically what the Government doing to him from 2006

23    until the day that he got set up by this guy who had this

24    hundred thousand, Jason.

25          So if the Government wants to start playing calls

1    and playing text messages, then I would like to have this --

2            THE COURT:  Let me tell you, if Holland gets to

3    testify about being a promoter and carrying a bag in

4    September of '05, and whatever they found in his house, you

5    know, they're going to be able to ask him about the calls in

6    '05, et cetera.

7            The issues of what I permit them to do on

8    cross-examination will be clearly established before he

9    testifies.  So I have now understood what the Government

10   wants to do.  I've got to make sure you don't open the door.

11   My ruling will govern them.  But if you open the door, but I

12   trust stand-by counsel will explain what I'm talking about.

13           MR. JONES:  Well, Your Honor --

14           THE COURT:  You keep your direct, if I let him

15   testify, I've got to hear him tomorrow, first of all.  I

16   don't know that he has any Fifth Amendment privilege as to

17   anything except for the recent case.

18           So, I have to go through a balancing and figure out

19   the whole issue.

20           MR. JONES:  So, you telling the defense that you

21   will allow the Government to play calls?

22           THE COURT:  No, I didn't say that, you're not

23   listening.

24           MR. JONES:  I'm trying to clarify.  So I need to

25   stay, what scope that I need stay at.

```
 1            THE COURT:  Right.  Well, I'll rule tomorrow.  But
 2    you'll understand.  But you know that he's going to be
 3    cross-examined about the calls from '05.  He's going to be
 4    cross-examined about the search of his place.  No, he is not.
 5    Okay.  But the calls in '05 are fair game.  His prior
 6    convictions, not arrests, are fair game.  And anything else
 7    that relates to your case as opposed to the new case.
 8            So, the only thing I have to rule on is whether the
 9    new case can be used on cross-examination to show bias or
10    otherwise.
11            But you're not allowed to bring out that he was
12    acquitted.  And I'm saying that no matter however I rule, you
13    cannot, your scope is the way -- I would take your
14    representation as being your scope.  And I'll rule on that
15    basis tomorrow after we bring in Mr. Conte.
16            I am unaware if he has any Fifth Amendment privilege
17    I don't know other than the current case.  I have no idea.
18    Who knows?
19            MR. JONES:  Your Honor --
20            THE COURT:  But I'm a little troubled, and Mr.
21    O'Toole and Ms. Scialpi will go over what I'm talking about
22    when I talk about this letter, which gives me heartburn.
23            MR. JONES:  Can I see the letter?  It's something I
24    wrote?
25            THE COURT:  I don't know.  It doesn't look like your
```

1    handwriting.  You had it written over by someone else.  Do

2    you have this?  I would have given you a copy.

3              MS. SCIALPI:  It's a proffer?

4              THE COURT:  Yeah, it was a proffer.  But I don't

5    actually -- ex parte, E-X P-A-R-D-E, under seal.  But I don't

6    think it's you that wrote this, this handwriting is too good.

7              MR. JONES:  Your Honor, this tape --

8              THE COURT:  We'll get Mr. Conte in here tomorrow

9    with Mr. Holland.  So I have -- I'll have to make a ruling

10   based on maybe he has something to tell me, Mr. Conte, that I

11   don't know about before I rule.  Okay.

12             Thank you.  That's it.  And you'll let us know by

13   the end of today by e-mail whether we got another expert

14   coming?  Did you think you were going to do it by today, end

15   of the day?

16             MR. O'TOOLE:  I thought I was, and I still may.

17             THE COURT:  Do it by e-mail.  Okay.  Thank you.

18             Tomorrow morning we're resuming here at nine o'clock

19   for the two witnesses.  And the Government is aware of any

20   Fifth Amendment problems that they haven't identified for me,

21   you have to tell me because I'm not familiar.  I understand

22   what it is for Holland.

23             MS. URSCHEL:  I misunderstood that last part, Your

24   Honor, I'm sorry.

25             THE COURT:  If the Government is aware of any Fifth

1   Amendment problems besides Mr. Holland's current indictment

2   relating to any of these, either of these two witnesses --

3            MS. URSCHEL:  Yes, Your Honor.

4            THE COURT:  -- I need to be told.  I can only make

5   decisions if I know if there's any Fifth Amendment problems.

6   Okay?

7            MS. URSCHEL:  Yes, Your Honor.

8            THE COURT:  All right.  Anything else, Mr. Jones?

9            MR. JONES:  No, ma'am.

10           MS. URSCHEL:  I'm sorry, I didn't mean to interrupt.

11  We would ask if the Court would allow, so the marshals don't

12  take Mr. Jones back right away so we can discuss these -- I

13  know once Your Honor is --

14           THE COURT:  What do you think, can he stay here for

15  a half hour in the courtroom?

16           THE DEPUTY MARSHAL:  Yes.

17           THE COURT:  Fine.  Great.  All right.  If one of the

18  stand-bys would stay there as well, you can do it.

19           And would you kindly notify us by the -- it would be

20  nice if you could notify us by five or six which things we

21  have to study?

22           MS. URSCHEL:  Yes, Your Honor.

23           THE COURT:  302s versus transcript.

24           MS. URSCHEL:  Yes, Your Honor.

25           THE COURT:  Thank you.

1          MS. SOLTYS:  I had moved in an exhibit, it was

2     Miscellaneous 56.  I did not present it to Mr. Wills, and I

3     would like to withdraw it at this point.

4          THE COURT:  Fifty-six is withdrawn.

5          MS. SOLTYS:  I also -- there was an exhibit that was

6     a party stipulation.  It was called Miscellaneous 31.  And it

7     dealt with the prior conviction.  But there already was a

8     Miscellaneous 3.  So I've just replaced our -- there already

9     was a proposed stipulation in the book that deals with the

10    prior conviction.  And so I just replaced 31 with 3.  So, the

11    old stipulation 31 for the prior conviction is just now, as

12    it was in the book, 3, Miscellaneous 3.

13         THE COURT:  When you said the book, I'm not sure

14    what you're referring to.

15         MS. SOLTYS:  The exhibit book.

16         THE COURT:  All right.  Well, for the defense,

17    that's the kind of thing that I will reference in the jury

18    instructions.  So I'll call it 3.

19         We're going to discuss the jury instructions on

20    Thursday.  And the Government is going to redo the verdict

21    form and the one about drug quantities so that we can have

22    a -- you do that by tomorrow sometime so we can substitute.

23    But in terms of his conviction, I read it to the jury.  It's

24    going to be Miscellaneous, Government's Exhibit Miscellaneous

25    3.

1              All right.  We will be prepared to address the jury

2    instructions and verdict form.  So that we'll be ready to go

3    with closings on Tuesday.

4              How long do you think you need, total?

5              MS. SOLTYS:  I don't think I'm going to talk more

6    than an hour and a half.

7              THE COURT:  So 20 minutes rebuttal and an hour and

8    ten for -- I'm not going to have the closing be the rebuttal.

9              MS. SOLTYS:  My closing will be a closing.

10   Ms. Urschel's rebuttal will be a rebuttal.

11             THE COURT:  Well, okay, but I'm looking for total

12   time.  How much is -- I didn't realize you were -- are you

13   parsing it here?

14             MS. SOLTYS:  Yes.  So how about if we ask for an

15   hour and 45 minutes?

16             THE COURT:  And 20 minutes for the rebuttal?

17             MS. SOLTYS:  Total.

18             THE COURT:  Okay.  But it's 20 minutes for the

19   rebuttal and an hour and --

20             MS. SOLTYS:  We're fine with the time.

21             THE COURT:  Okay.  So what did we come up with?

22   Twenty minutes for rebuttal.  What did you say, an hour and

23   something before?

24             MS. SOLTYS:  I don't think I've ever talked more

25   than an hour and 20 minutes.

```
1              THE COURT:  For the closing.

2              MS. SOLTYS:  Right.

3              THE COURT:  An hour and 20, plus 20 for rebuttal.

4         So, Mr. Jones, how much are you going to talk?  I

5    keep people to this so I interrupt.

6              MR. JONES:  I'm going to say an hour and a half,

7    Your Honor.

8              THE COURT:  That's fine.  You've got an hour and a

9    half, and the Government's got an hour and 40 minutes,

10   including 20 minutes rebuttal.  Very good.  Okay.  You'll

11   have all weekend to prepare it.

12             (Court recessed for the day at 3:34 P.M.)

13                           - o -

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          I-N-D-E-X

2                         **WITNESSES**

3                                    **Direct  Cross  Redirect  Recross**

4   **On behalf of the Defendant**:

5   Derrick Gordon
        (By Mr. Jones)              4
6       (By Ms. Soltys)                    11
        (By Mr. Jones)                             16
7       (By Ms. Soltys)                                       28

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**'**
'05 [6] 23/10 51/9 53/4 53/6
 54/3 54/5
'06 [1] 23/10

**.**
————————X [2] 1/2 1/7

**0**
03 [1] 35/22
05-386 [1] 1/3
06 [3] 35/9 35/13 35/14

**1**
1-30-13 [2] 40/22 40/23
10 [4] 24/9 39/20 39/21
 39/22
11 [2] 41/17 60/6
11-7-12 [2] 41/14 41/16
11-7-2012 [1] 40/17
12 [4] 1/7 41/14 41/16 41/19
120 [1] 52/6
13 [8] 1/9 36/2 36/21 38/22
 40/1 40/22 40/23 42/1
1350 [1] 1/18
14 [1] 35/10
15 [1] 26/22
1550 [1] 1/19
16 [3] 24/8 26/22 60/6
18 [4] 39/21 39/22 39/22
 51/11
1994 [1] 52/5
1ST [1] 42/1

**2**
2-1 [1] 39/25
2-4 [2] 39/12 39/25
2-4-13 [1] 40/1
2-6 [1] 36/18
2-9-11 [1] 41/17
20 [9] 38/20 38/25 58/7
 58/16 58/18 58/25 59/3 59/3
 59/10
200 [1] 1/18
2000 [1] 35/22
20001 [1] 1/22
20036 [1] 1/19
2004 [3] 5/15 5/16 51/9
2005 [7] 5/12 5/14 23/7
 23/18 35/20 35/20 51/11
2006 [11] 23/6 23/7 23/7
 23/8 23/13 23/18 23/18 35/9
 37/3 37/8 52/22
2007 [4] 23/7 23/8 23/13
 23/19
2010 [8] 22/17 22/21 23/2
 23/22 24/1 24/14 26/17
 37/23
2010s [1] 22/23
2011 [5] 38/7 38/12 38/17
 41/5 41/22
2012 [3] 39/14 39/17 40/17
2013 [1] 1/7
202 [3] 1/14 1/19 1/23
20530 [1] 1/14
22 [2] 36/8 39/20
24 [5] 23/15 23/16 24/7
 26/22 26/23
25 [5] 23/16 24/7 24/8 38/20
 39/1
252-7685 [1] 1/14
26 [2] 36/6 36/7

27 [1] 36/9
28 [1] 60/7
2:14 [1] 1/8

**3**
302 [25] 22/13 22/18 22/19
 23/3 23/7 23/18 23/20 24/5
 34/24 35/11 35/12 36/13
 36/15 37/2 38/4 38/5 39/6
 39/9 39/14 40/12 40/16 41/2
 41/2 41/5 41/23
302s [6] 21/15 21/24 40/7
 42/5 44/24 56/23
31 [3] 57/6 57/10 57/11
3247 [1] 1/23
354-3247 [1] 1/23
386 [1] 1/3
3:34 [1] 59/12

**4**
40 [1] 59/9
401 [1] 36/8
4110 [1] 1/13
43 [2] 40/20 40/21
45 [1] 58/15
46 [2] 36/19 36/22
47 [2] 2/13 36/22
4TH [1] 38/22

**5**
5-19-06 [2] 35/13 35/14
5-9 [1] 39/14
5-9-12 [1] 41/19
5-9-2012 [1] 39/17
50 [1] 23/15
51 [1] 23/16
52 [5] 24/7 26/18 26/21
 26/22 34/20
53 [4] 24/8 26/22 27/1 34/20
555 [1] 1/13
56 [1] 57/2

**6**
6-14-06 [1] 35/9
6507 [1] 1/22
6TH [1] 36/2

**7**
7-23-10 [1] 24/9
7-23-2010 [3] 22/17 24/1
 24/14
76 [4] 38/19 38/25 39/10
 39/12
7685 [1] 1/14
77 [3] 38/23 39/1 39/10
775-1550 [1] 1/19

**9**
94 [1] 41/24
9TH [3] 38/12 41/5 41/22

**A**
A.J [1] 43/19
A.M [7] 36/4 36/22 38/22
 39/24 39/25 40/1 42/1
able [5] 33/25 48/4 51/15
 52/20 53/5
about [53] 5/15 8/10 10/15
 10/24 11/19 17/24 21/21
 23/7 23/9 25/7 30/11 31/5
 32/19 32/23 32/24 34/21
 36/9 36/16 37/11 38/18
 40/1 41/18 41/25 42/3
 44/12 44/16 45/2 46/3 46/17

46/19 46/22 47/13 47/15
47/15 47/23 48/24 49/18
 49/25 50/6 50/15 51/1 51/4
 51/21 53/3 53/5 53/12 54/3
 54/4 54/21 54/22 55/11
 57/21 58/14
acknowledge [2] 13/17 13/18
acknowledged [1] 12/18
acquittal [3] 51/5 51/13
 51/14
acquitted [2] 51/24 54/12
acting [2] 7/13 7/17
actually [7] 5/11 8/24 10/14
 24/7 35/13 36/25 55/5
add [1] 2/20
adding [1] 34/14
addition [1] 2/18
address [1] 58/1
advised [1] 24/2
affidavit [1] 31/6
afraid [1] 38/4
after [17] 7/13 8/8 8/17 9/11
 9/12 13/5 28/7 28/14 29/14
 40/5 43/8 45/8 45/19 50/1
 51/5 52/21 54/15
afternoon [13] 2/1 3/25 4/18
 4/19 11/13 11/14 26/19
 26/21 31/13 33/19 34/4 36/3
 39/23
again [6] 4/13 9/16 24/2
 38/24 45/24 48/21
against [2] 48/2 48/10
age [1] 3/17
agent [1] 24/10
agree [5] 31/20 32/5 32/6
 43/25 44/11
agreed [1] 33/12
agreeing [1] 33/7
agreement [2] 2/23 25/22
ahead [2] 17/20 22/25
ain't [1] 8/14
all [44] 2/23 3/7 9/8 9/12
 10/20 11/5 11/18 11/22 15/6
 16/9 16/19 17/17 17/20
 25/25 30/7 30/23 31/6 33/3
 34/6 34/13 35/2 35/8 37/3
 37/15 37/16 37/18 41/16
 42/4 43/2 43/20 44/13 45/17
 46/3 46/11 46/20 49/23 52/8
 52/14 53/15 56/8 56/17
 57/16 58/1 59/11
allow [2] 53/21 56/11
allowed [2] 49/1 54/11
almost [2] 35/17 35/21
along [1] 10/15
already [6] 30/4 43/15 43/19
 45/1 57/7 57/8
also [10] 5/2 5/4 5/6 23/12
 24/1 36/19 41/18 48/16
 48/16 57/5
am [3] 23/13 26/11 54/16
amazes [1] 3/14
Amendment [7] 43/22 44/5
 53/16 54/16 55/20 56/1 56/5
AMERICA [1] 1/3
another [6] 2/12 46/9 46/19
 49/9 49/15 55/13
answer [2] 2/17 49/24
answers [3] 15/3 24/22 26/15
ANTOINE [6] 1/5 1/16 24/14
 24/20 32/4 32/6
Antoine Jones [1] 24/14
anxious [1] 34/12

## A

**ANY [15]** 10/2 13/16 16/1
21/17 36/16 41/1 42/5 43/11
49/25 53/16 54/16 55/19
55/25 56/2 56/5
**ANYBODY [1]** 35/2
**ANYMORE [1]** 25/18
**ANYONE [1]** 17/21
**ANYTHING [17]** 8/23 10/13
13/15 17/5 30/18 30/24 31/7
31/13 33/15 35/4 43/6 44/6
44/7 51/12 53/17 54/6 56/8
**ANYWAY [2]** 33/4 33/12
**APARTMENT [7]** 24/4 24/6
24/11 24/15 24/20 26/4
34/22
**APPEARANCES [1]** 1/11
**APPROACH [2]** 17/23 18/1
**ARE [33]** 2/2 2/6 3/4 3/5 8/21
11/15 21/21 21/24 22/1 26/2
26/6 33/7 35/23 41/9 43/10
45/15 45/21 46/3 46/7 46/16
47/8 48/6 48/7 48/7 48/8
49/24 50/22 51/1 51/15 54/5
54/6 58/12 59/4
**AREA [1]** 24/6
**AREAS [2]** 8/20 8/20
**ARGUE [2]** 24/24 49/19
**AROUND [2]** 9/7 13/2
**ARREST [1]** 11/3
**ARRESTED [3]** 10/17 10/18
14/3
**ARRESTS [1]** 54/6
**AS [20]** 9/13 9/14 10/1 16/14
26/25 30/19 31/25 32/1
34/19 34/20 41/13 43/22
48/13 48/18 49/8 53/16 54/7
54/14 56/18 57/11
**ASK [25]** 6/10 10/19 11/19
11/22 16/2 22/12 22/22
22/23 22/25 23/23 23/24
25/12 28/9 30/10 34/1 38/5
46/12 46/21 47/13 47/20
49/18 49/24 53/5 56/11
58/14
**ASKED [11]** 5/22 5/24 12/22
15/7 23/6 23/11 24/6 29/4
29/7 46/19 51/2
**ASKING [2]** 6/3 24/5
**ASSISTANCE [1]** 24/4
**ASSUME [1]** 47/14
**ATE [1]** 25/6
**ATLANTA [4]** 36/9 36/11 36/22
37/1
**ATTEMPT [1]** 48/22
**ATTORNEY [2]** 32/9 33/9
**ATTORNEY'S [1]** 1/13
**AUGUST [1]** 35/20
**AUSA [2]** 1/12 1/12
**AUTHOR [2]** 37/1 38/3
**AVAILABLE [1]** 34/25
**AVENUE [1]** 1/18
**AWAKENED [1]** 5/20
**AWARE [6]** 12/24 13/8 44/5
44/6 55/19 55/25
**AWAY [4]** 7/6 25/6 29/12
56/12

## B

**BACK [26]** 6/7 10/10 10/16
13/9 15/6 17/21 21/19 23/22
27/13 27/16 32/12 32/15
32/18 33/1 33/4 36/22 41/7
44/6 44/11 47/1 47/17 48/23
49/12 49/12 50/15 52/20
56/12
**BAD [2]** 34/19 45/7
**BAG [5]** 50/17 50/18 51/10
52/12 53/3
**BAGS [1]** 47/18
**BALANCING [1]** 53/18
**BALAREZO [3]** 32/10 33/9
33/14
**BARRON [26]** 22/3 23/3 23/4
23/5 24/2 26/16 26/16 26/17
26/20 35/4 35/4 37/19 37/25
37/25 38/3 38/3 38/9 39/15
41/6 41/7 41/10 41/12 41/17
41/19 41/23 42/20
**BARRON's [1]** 34/18
**BARRON/O'BRIEN [1]** 41/19
**BASED [1]** 55/10
**BASICALLY [3]** 26/3 32/20
52/22
**BASIS [1]** 54/15
**BE [47]** 2/3 2/7 2/12 3/16
3/17 3/20 14/1 14/3 15/4
15/7 17/8 25/24 27/6 33/20
33/24 34/1 34/3 34/25 37/16
37/20 38/2 41/11 42/23 43/5
43/21 44/15 44/23 45/23
48/4 48/25 50/5 51/15 51/15
52/20 53/5 53/8 54/2 54/3
54/9 56/4 56/19 57/24 58/1
58/2 58/8 58/9 58/10
**BECAME [1]** 13/8
**BECAUSE [17]** 2/5 6/23 7/5 8/2
8/8 13/19 22/11 23/21 27/11
42/12 42/16 43/21 46/3 48/2
48/9 49/19 55/21
**BECOMES [1]** 42/15
**BEEN [8]** 3/11 3/18 5/9 28/18
45/1 45/11 45/13 47/9
**BEFORE [11]** 1/9 5/11 9/12
14/7 14/25 25/10 25/10
25/13 25/15 28/10 28/10
28/21 29/19 30/3 33/12
33/15 37/1 53/8 55/11 58/23
**BEGIN [1]** 13/5
**BEGINNING [2]** 8/7 10/1
**BEHALF [2]** 24/15 60/4
**BEING [9]** 2/24 3/13 12/8
12/10 16/15 49/25 50/16
53/3 54/14
**BEING A [1]** 16/15
**BELIEVE [9]** 8/10 35/3 35/7
35/22 40/4 41/15 47/11
51/11 52/4
**BENCH [2]** 18/6 25/10
**BERMEA [14]** 22/3 35/7 35/16
37/4 37/7 37/10 37/18 37/21
41/10 42/20 42/21 45/7
45/10 45/14
**BERMEA's [1]** 35/20
**BESIDES [2]** 37/3 56/1
**BEST [1]** 51/16
**BETO [1]** 23/12
**BIAS [4]** 48/1 48/2 48/10 54/9
**BIT [1]** 49/16
**BOOK [4]** 57/9 57/12 57/13
57/15
**BOTH [2]** 26/16 26/16
**BRADSHAW [3]** 2/24 32/7
33/13
**BREAK [1]** 14/21

**BREAKFAST [2]** 33/23 34/3
**BRIAN [1]** 41/16
**BRIEF [3]** 17/14 17/17 43/3
**BRIEFING [1]** 31/4
**BRING [10]** 2/2 2/10 17/21
22/14 25/19 26/12 27/19
50/11 54/11 54/15
**BRINGING [1]** 3/22
**BROTHER [1]** 5/1
**BROTHERS [1]** 5/5
**BYS [1]** 56/18

## C

**C-U-Z [1]** 49/8
**CAFETERIA [1]** 14/19
**CALL [13]** 2/9 3/2 3/6 16/20
21/19 43/14 43/14 45/5 45/6
45/20 46/10 46/19 57/18
**CALLED [2]** 2/24 9/4 31/6
43/15 57/6
**CALLING [6]** 2/3 2/7 2/13
23/22 25/24 50/14
**CALLS [15]** 45/3 45/5 45/8
45/22 46/3 46/7 46/16 47/7
48/19 52/13 52/25 53/5
53/21 54/3 54/5
**CAME [11]** 5/21 6/3 8/8 10/24
12/24 14/7 14/25 28/10
29/18 29/19 30/14
**CAN [49]** 2/2 2/10 3/6 3/17
3/23 4/10 4/11 5/17 7/17
8/15 10/15 17/15 17/23 18/1
18/3 18/4 21/16 24/23 25/8
29/5 29/6 34/24 35/25 36/15
39/5 40/5 40/7 41/3 41/3
42/6 42/10 42/14 42/15 43/5
43/8 43/9 43/24 46/13 48/14
51/16 52/10 54/9 54/23 56/4
56/12 56/14 56/18 57/21
57/22
**CAN'T [17]** 2/5 2/8 3/16 24/23
25/21 26/1 26/1 26/15 28/3
28/18 29/24 33/22 35/1 35/2
36/16 42/16 50/13
**CANNOT [2]** 50/5 54/13
**CAR [1]** 12/18
**CARE [1]** 40/6
**CAROLINA [6]** 5/12 5/18 6/15
6/18 6/19 12/15
**CARRYING [1]** 53/3
**CASE [20]** 1/3 33/22 34/8 43/7
44/12 45/2 46/23 46/24
47/25 48/3 48/9 48/15 48/15
48/24 49/4 53/17 54/7 54/7
54/9 54/17
**CASH [1]** 10/23
**CAUSE [1]** 47/10
**CERTAIN [4]** 7/14 7/17 45/3
46/7
**CETERA [2]** 51/6 53/6
**CHALLENGE [3]** 48/13 48/25
48/25
**CHANCE [2]** 16/17 40/5
**CHARGED [2]** 47/1 48/5
**CHARLIE [2]** 38/4 38/9
**CHECK [2]** 29/7 29/7
**CHILLING [1]** 6/22
**CIRCLE [3]** 24/15 26/24 42/3
**CLARIFY [1]** 53/24
**CLEAR [1]** 40/11
**CLEARLY [2]** 51/8 53/8
**CLERK [1]** 44/14
**CLOCK [1]** 7/5

## C

closing [4] 58/8 58/9 58/9 59/1
closings [1] 58/3
club [6] 7/8 7/9 7/21 8/2 12/4 50/15
cocaine [1] 49/20
code [1] 48/22
COLUMBIA [1] 1/1
come [10] 3/23 16/23 16/23 18/3 18/4 24/6 24/11 29/6 35/1 58/21
coming [8] 3/2 7/19 43/11 44/3 45/15 45/21 47/17 55/14
compact [1] 8/20
compare [1] 42/6
compartment [3] 8/18 8/19 13/9
complete [1] 21/25
conference [1] 18/6
confirming [1] 44/4
confiscate [1] 10/7
confiscated [1] 14/1
conflict [1] 40/4
conflicting [1] 44/16
confused [1] 5/9
confusing [1] 26/1
Connecticut [1] 1/18
consent [1] 3/10
considering [1] 2/13
conspiracy [5] 47/2 47/12 47/23 48/5 48/21
consult [1] 2/16
contact [2] 42/14 43/19
Conte [3] 54/15 55/8 55/10
contest [1] 41/1
continues [1] 48/22
contradiction [1] 22/16
conversation [1] 46/17
conversations [1] 47/21
conviction [5] 52/5 57/7 57/10 57/11 57/23
convictions [3] 52/2 52/3 54/6
copy [4] 27/3 27/9 38/7 55/2
correct [37] 5/7 5/8 11/23 11/25 12/1 12/5 12/6 12/7 12/15 12/16 12/20 12/25 13/3 13/4 13/6 13/7 13/10 13/11 13/21 14/1 14/4 15/2 15/9 16/21 16/22 16/24 16/25 17/2 17/3 21/18 23/13 24/17 24/18 29/11 30/1 30/4 44/8
could [12] 14/16 14/18 14/21 16/2 16/24 27/8 27/9 29/5 38/5 39/4 39/5 56/20
couldn't [3] 16/20 16/23 29/9
counsel [2] 33/14 53/12
couple [5] 10/6 28/10 34/10 36/11 43/16
course [3] 46/1 48/18 49/19
COURT [11] 1/1 1/21 2/14 21/14 25/10 44/13 45/4 46/25 52/5 56/11 59/12
courthouse [2] 1/21 3/18
Courtney [1] 1/12
courtroom [7] 2/6 21/18 29/8 44/11 44/12 44/14 56/15
cousin [1] 49/9
credibility [1] 49/1
Criminal [1] 1/3
cross [13] 11/10 11/11 43/4 43/7 45/25 46/8 47/20 47/24 53/8 54/3 54/4 54/9 60/3
cross-examination [6] 11/11 43/4 43/7 47/20 53/8 54/9
cross-examine [2] 45/25 46/8
cross-examined [2] 54/3 54/4
current [12] 46/23 46/24 47/25 48/3 48/15 48/15 48/24 49/4 50/11 50/12 54/17 56/1
currently [2] 47/11 48/5
cuz [5] 49/6 49/7 49/8 49/13 49/18

## D

D.C [2] 1/7 1/22
Daniel [2] 32/8 40/12
Darlene [1] 1/12
date [12] 27/15 35/12 35/14 35/25 36/20 38/5 38/6 38/11 38/21 42/1 51/10 51/10
day [12] 1/9 3/17 9/6 22/13 22/15 26/19 33/16 33/22 45/14 52/23 55/15 59/12
DC [2] 1/14 1/19
deal [3] 25/20 33/25 42/24
deals [1] 57/9
dealt [1] 57/7
decades [1] 3/18
decisions [1] 56/5
declaration [2] 33/1 33/5
defendant [4] 1/6 1/16 2/12 60/4
Defendant's [1] 32/2
defense [10] 4/4 32/7 32/9 32/13 32/13 32/17 33/4 33/14 53/20 57/16
definitely [1] 22/8
Delaney [1] 3/6
delay [7] 35/17 36/13 36/18 36/25 45/6 45/7 45/13
delayed [2] 45/9 45/11
demonstrate [3] 47/10 47/22 47/22
DERRICK [4] 4/4 4/7 27/21 60/5
desires [1] 52/13
Detective [1] 45/2
did [47] 6/10 6/11 6/12 6/14 6/15 6/16 6/17 7/3 8/12 8/12 8/15 8/23 9/1 9/5 9/6 9/8 9/11 9/11 9/14 9/19 9/23 10/2 10/7 10/10 10/12 10/20 10/22 10/25 12/11 13/12 13/18 13/19 15/3 15/5 23/9 23/12 23/20 26/24 29/6 34/21 35/14 39/17 46/8 55/14 57/2 58/21 58/22
didn't [15] 8/9 8/13 9/21 10/1 10/22 13/14 13/16 13/17 24/9 24/11 28/8 42/12 53/22 56/10 58/12
different [1] 34/4
direct [4] 4/16 47/20 53/14 60/3
directed [2] 33/8 33/13
direction [1] 32/9
directly [1] 48/24
dirty [1] 47/8
discuss [4] 17/20 33/22 56/12 57/19
Discussion [1] 3/21
Disputed [1] 31/24
DISTRICT [5] 1/1 1/1 1/10 1/21 52/5
do [60]
documents [1] 39/8
does [6] 6/25 14/23 40/4 52/1 52/1 52/2
doesn't [3] 33/11 50/25 54/25
dog [9] 9/1 9/3 9/3 9/4 9/5 9/6 9/7 9/8 9/9
doing [5] 6/2 6/23 22/1 51/16 52/22
dollars [1] 10/6
don't [56] 2/16 3/10 3/11 3/17 3/20 9/9 11/1 14/17 15/24 16/1 16/5 17/14 17/20 21/17 22/8 23/1 24/21 24/23 24/24 24/24 25/18 25/21 25/23 27/4 27/4 30/8 32/22 34/11 34/22 34/23 36/15 39/4 39/8 39/9 41/2 42/8 42/11 42/23 43/22 43/23 44/6 44/17 46/11 47/6 47/16 51/19 53/10 53/16 54/17 54/25 55/4 55/5 55/11 56/11 58/5 58/24
done [1] 3/16
door [4] 50/6 50/9 53/10 53/11
doors [1] 51/15
double [2] 26/2 26/6
down [5] 5/21 9/23 14/19 16/23 24/11
downstairs [2] 17/13 17/18
driver [1] 12/21
driving [3] 5/25 7/12 11/25
drug [1] 57/21
drugs [2] 23/13 45/11
during [2] 35/16 36/9

## E

e-mail [2] 55/13 55/17
E-X [1] 55/5
early [1] 7/24
eat [1] 33/24
eating [1] 28/7
Eduardo [1] 32/9
eight [1] 49/11
either [3] 34/24 41/12 56/2
eleven [2] 34/1 34/2
Eli [1] 43/18
ELLEN [1] 1/9
else [12] 2/20 16/9 17/5 30/24 31/2 31/13 33/15 35/4 37/4 54/6 55/1 56/8
else's [1] 15/23
end [2] 55/13 55/14
ends [1] 34/11
enforcement [2] 13/25 48/23
enter [1] 35/2
entered [1] 8/11
Errin [1] 1/17
Esq [2] 1/17 1/17
established [1] 53/8
et [2] 51/6 53/6
evade [1] 48/23
evening [1] 34/6
eventually [1] 14/2
ever [4] 5/9 10/10 28/19 58/24
every [2] 3/15 40/11
Everything [1] 37/4

# E

**EVIDENCE [5]** 45/16 45/17 46/8 47/9 48/20
**EX [4]** 18/1 50/25 51/3 55/5
**EXACT [1]** 48/6
**EXACTLY [5]** 5/17 8/11 8/15 9/19 47/6
**EXAMINATION [10]** 4/16 11/11 16/10 28/1 43/4 43/7 47/20 51/6 53/8 54/9
**EXAMINE [2]** 45/25 46/8
**EXAMINED [2]** 54/3 54/4
**EXAMPLE [2]** 49/2 49/15
**EXCEPT [2]** 37/6 53/17
**EXCHANGE [1]** 49/10
**EXCUSE [1]** 33/15
**EXCUSED [5]** 17/8 17/22 31/9 31/12 33/21
**EXHIBIT [10]** 32/2 32/13 32/13 32/14 32/17 33/4 57/1 57/5 57/15 57/24
**EXISTENCE [1]** 3/18
**EXPECT [1]** 48/13
**EXPECTED [1]** 48/25
**EXPERT [2]** 34/14 55/13
**EXPLAIN [3]** 7/17 51/15 53/12
**EXPLAINING [2]** 46/14 46/14
**EXPLANATION [2]** 10/23 26/12
**EXTREMELY [1]** 7/23

# F

**FACT [9]** 12/2 24/13 28/9 29/16 29/16 30/9 31/24 51/8 51/23
**FAIR [2]** 54/5 54/6
**FAMILIAR [1]** 55/21
**FAR [3]** 10/1 40/10 41/18
**FAX [1]** 41/3
**FBI [1]** 24/10
**FEBRUARY [9]** 1/7 36/1 36/21 38/7 38/12 38/22 41/5 41/22 42/1
**FEDERAL [1]** 52/5
**FELT [1]** 5/21
**FEW [4]** 10/19 21/22 28/21 29/21
**FIFTH [12]** 43/22 44/5 44/17 44/18 46/13 50/11 50/12 53/16 54/16 55/20 55/25 56/5
**FIFTY [2]** 26/23 57/4
**FIFTY-SIX [1]** 57/4
**FIFTY-TWO [1]** 26/23
**FIGURE [5]** 3/19 34/24 40/6 43/5 53/18
**FILE [1]** 43/8
**FILED [2]** 50/25 51/3
**FIND [5]** 3/6 28/3 29/9 29/24 39/6
**FINE [10]** 11/17 25/7 27/15 27/18 34/17 42/18 45/18 56/17 58/20 59/8
**FINISH [2]** 25/19 34/10
**FINISHED [4]** 26/9 37/21 37/22 46/20
**FINISHING [1]** 34/7
**FIRST [8]** 9/24 22/5 38/25 48/10 49/23 51/5 51/24 53/15
**FIVE [2]** 41/23 56/20
**FOLLOW [3]** 24/23 26/1 26/15
**FORCE [2]** 25/21 35/2

**FOREVER [1]** 28/19
**FORM [3]** 21/17 21/18 23/1
**FOUND [2]** 10/24 53/4
**FOUR [6]** 7/24 36/12 36/23 37/11 41/24 45/5
**FOURTH [1]** 1/13
**FRANKLY [1]** 24/22
**FREE [1]** 31/10
**FRIEND [1]** 12/7
**FRONT [2]** 32/25 33/2
**FURTHER [3]** 11/9 15/12 31/7

# G

**G-O-R-D-O-N [2]** 4/8 4/14
**GAME [2]** 54/5 54/6
**GARCIA [3]** 24/3 24/5 24/10
**GENERAL [1]** 48/1
**GENERALLY [1]** 22/11
**GENTLEMEN [7]** 3/25 17/17 30/7 31/15 31/23 33/18 34/7
**GET [15]** 3/12 7/6 14/18 16/2 17/15 26/9 27/17 33/23 34/3 34/11 42/23 43/17 47/20 52/8 55/8
**GETS [1]** 53/2
**GETTING [1]** 3/3
**GILMORE [1]** 3/5
**GIRLS [2]** 45/15 45/21
**GIVE [14]** 10/10 10/23 21/16 22/6 27/8 35/25 38/6 40/7 42/16 47/3 49/2 49/5 49/13 51/17
**GIVEN [1]** 55/2
**GIVES [1]** 54/22
**GIVING [1]** 15/4
**GLOVE [1]** 8/17
**GO [23]** 9/8 10/1 10/15 14/4 14/18 16/2 17/1 17/15 17/15 17/20 22/25 25/8 26/8 27/16 31/10 36/22 37/24 42/8 43/9 52/20 53/18 54/21 58/2
**GOES [7]** 17/18 23/16 24/8 24/13 36/8 38/23 39/1
**GOING [66]**
**GOOD [14]** 3/25 4/18 4/19 11/13 11/14 11/16 12/7 21/16 34/5 34/6 51/18 51/23 55/6 59/10
**GORDON [30]** 3/2 4/2 4/4 4/7 4/18 4/20 4/22 4/24 5/7 6/10 9/1 10/2 10/7 10/12 11/3 11/6 11/13 14/7 16/12 17/18 21/22 25/3 25/11 25/12 26/9 27/13 27/21 28/3 28/21 60/5
**GOT [28]** 2/20 3/6 9/14 9/15 9/17 9/20 10/12 26/23 30/12 30/13 33/13 34/14 35/6 36/17 41/16 42/19 42/21 44/11 46/4 50/24 52/21 52/23 53/10 53/15 55/13 59/8 59/9
**GOVERN [1]** 53/11
**GOVERNMENT [29]** 1/12 18/3 18/4 22/22 24/23 25/20 26/11 31/20 32/5 32/6 36/14 39/3 40/4 41/1 42/4 47/9 47/24 48/3 48/10 50/1 51/14 52/13 52/22 52/25 53/9 53/21 55/19 55/25 57/20
**GOVERNMENT'S [5]** 47/8 48/18 50/8 57/24 59/9
**GRAND [2]** 47/10 48/20

**GREAT [1]** 56/17
**GRIEF [1]** 54/17
**GRIFFIN [1] 30**
**GUESS [3]** 8/10 10/24 14/19
**GUY [3]** 34/23 51/9 52/23
**GUY'S [1]** 50/10

# H

**HAD [15]** 9/2 14/19 16/17 22/3 29/14 29/16 35/19 35/21 40/5 43/15 45/7 47/21 52/23 55/1 57/1
**HALF [7]** 49/18 49/19 49/20 56/15 58/6 59/6 59/9
**HALLWAY [3]** 14/8 25/17 29/2 29/21 44/16
**HAND [5]** 4/3 12/9 29/17 29/21 44/16
**HANDWRITING [9]** 2/16 3/9 14/9 15/22 15/24 29/4 34/14 55/1 55/6
**HAPPEN [1]** 46/15
**HAPPENED [5]** 5/17 6/7 10/22 10/24 25/5
**HARASSED [1]** 49/25
**HARD [2]** 9/14 27/6
**HARDER [2]** 9/17 9/19
**HAS [19]** 2/25 3/11 3/18 5/9 16/17 34/24 43/5 43/20 43/22 44/5 44/17 45/13 47/9 48/2 48/2 48/20 53/16 54/16 55/10
**HAVE [105]**
**HAVEN'T [1]** 55/20
**HAVING [1]** 21/25
**HE [72]**
**HE'LL [1]** 48/13
**HE'S [17]** 12/7 26/3 30/10 36/10 36/17 36/24 39/5 44/4 44/4 44/16 47/14 47/16 47/17 47/19 50/12 54/2 54/3
**HEADS [1]** 21/17
**HEADS-UP [1]** 21/17
**HEAR [4]** 4/11 43/2 51/19 53/15
**HEARD [3]** 2/11 2/11 13/22
**HEARTBURN [1]** 54/22
**HELD [1]** 3/21
**HELP [3]** 39/3 40/25 48/9
**HER [6]** 2/7 2/9 21/19 21/25 43/19 44/21
**HERE [28]** 12/13 14/25 15/7 17/9 17/10 26/10 26/13 27/9 30/12 30/14 30/14 30/15 30/15 34/5 40/7 42/11 44/2 44/13 45/21 47/17 48/9 50/25 51/6 52/5 55/8 55/18 56/14 58/13
**HERE'S [1]** 41/20
**HEY [3]** 45/9 45/22 46/17
**HIDDEN [1]** 13/9
**HIM [34]** 3/2 3/6 6/7 7/19 12/8 12/10 17/9 17/10 23/7 23/22 24/5 24/6 24/11 25/8 27/17 30/24 45/25 46/12 47/13 47/20 48/3 48/4 48/13 49/14 49/25 50/1 50/13 50/16 51/15 51/23 52/22 53/5 53/14 53/15
**HIMSELF [2]** 16/15 16/15
**HIS [35]** 2/13 3/1 23/9 23/11 23/18 24/1 24/5 24/15 25/12 35/11 35/14 35/18 36/8 36/13 38/4 42/25 43/3 44/3 44/6 46/22 46/24 47/25 48/9

**H**

HIS... [12]  48/25 49/1 50/1
50/12 50/15 51/13 51/13
52/13 53/4 54/4 54/5 57/23
Holland [33]  3/4 42/24 42/25
43/3 43/9 43/21 44/15 44/22
45/3 45/9 45/13 45/20 45/22
46/9 46/9 46/16 46/20 46/21
47/1 47/11 47/24 48/21
49/11 49/25 50/15 51/4
51/20 52/2 52/11 52/20 53/2
55/9 55/22
Holland's [3]  43/8 51/5 56/1
home [2]  17/15 33/24
homework [1]  45/5
Honda [3]  11/23 13/6 13/9
Honor [47]  2/11 2/19 2/22
14/21 15/11 16/8 21/15 22/8
24/12 25/11 25/24 26/8
26/17 26/25 27/4 28/12
28/23 29/22 30/5 31/16
31/19 31/21 32/23 32/25
33/2 39/4 40/3 41/6 41/15
42/7 42/18 50/2 50/4 50/14
52/4 52/9 52/11 53/13 54/19
55/7 55/24 56/3 56/7 56/13
56/22 56/24 59/7
HONORABLE [1]  1/9
Horne [1]  45/2
hour [11]  56/15 58/6 58/7
58/15 58/19 58/22 58/25
59/3 59/6 59/8 59/9
hours [3]  7/22 7/23 8/3
house [2]  38/4 53/4
how [10]  3/17 8/5 8/12 10/5
11/15 43/10 58/4 58/12
58/14 59/4
however [1]  54/12
huh [2]  12/12 12/23
humanly [1]  26/12
hundred [2]  10/6 52/24
HUVELLE [1]  1/9
hyperbolic [1]  3/14

**I**

I'd [5]  11/22 17/10 17/11
34/1 49/18
I'll [14]  16/1 26/5 29/6 34/16
43/14 44/19 44/23 45/4
46/25 49/9 54/1 54/14 55/9
57/18
I'm [37]  9/9 11/16 11/17
21/15 22/21 22/22 22/23
23/23 25/2 31/17 32/5 36/1
40/7 43/6 44/5 46/14 46/14
49/17 50/6 50/10 51/7 51/15
51/20 51/21 53/12 53/24
54/12 54/20 54/21 55/21
55/24 56/10 57/13 58/5 58/8
58/11 59/6
I've [8]  2/15 28/18 34/19
50/24 53/10 53/15 57/8
58/24
I-N-D-E-X [1]  60/1
idea [2]  51/18 54/17
identification [4]  5/23 5/25
6/4 12/22
identified [3]  45/4 47/7 55/20
immediately [3]  7/13 45/8
45/12
impeach [1]  22/7
impeaches [1]  39/6

impeachment [1]  21/25
important [1]  44/1
improper [1]  30/11
included [1]  2/13
including [3]  45/12 51/13
59/10
incoming [2]  47/5 49/10
indictment [2]  43/4 56/1
inquire [1]  2/14
inside [2]  9/8 9/9
instead [1]  23/22
instruct [1]  30/8
instructions [3]  57/18 57/19
58/2
intend [1]  2/20
intending [1]  49/24
intense [3]  8/13 8/14 9/13
intercepted [1]  48/15
interested [1]  21/25
interesting [1]  46/23
interior [2]  8/21 8/22
interrupt [2]  56/10 59/5
interview [9]  10/13 24/14
34/21 35/14 35/16 38/9
38/16 38/18 39/18
interviewing [1]  22/20
investigator [6]  2/3 14/15
15/15 15/19 32/7 33/8
investigators [1]  3/5
involved [4]  45/3 47/11 47/22
48/21
involves [1]  47/25
involving [1]  49/4
irrelevant [1]  51/24
is [131]
isn't [2]  24/13 29/16
issue [8]  3/9 3/11 26/14
34/22 40/14 42/16 43/21
53/19
issues [3]  33/19 42/6 53/7
it [125]
it's [40]  3/14 3/14 3/15 3/15
3/15 4/23 17/13 18/5 22/16
23/21 27/6 27/10 29/6 31/24
31/24 32/13 32/17 32/17
33/2 33/12 35/9 35/13 41/15
41/12 41/12 41/23 42/3 44/1
44/13 50/4 51/3 51/3 51/11
51/14 52/6 52/6 54/23 55/3
55/6 57/23 58/18
items [1]  43/23
its [1]  51/17

**J**

jail [1]  52/21
January [1]  36/11
Jason [1]  52/24
Jeffrey [1]  1/17
JONES [45]  1/5 1/16 3/5 4/20
4/22 4/25 5/2 5/4 5/6 5/10
11/6 11/7 12/7 12/11 14/13
15/14 24/14 24/20 28/19
30/2 31/20 32/4 32/6 33/5
34/11 42/9 42/11 44/10 45/8
45/11 45/12 45/14 45/20
45/21 46/6 46/17 46/19
47/21 48/9 49/23 56/8 56/12
59/4 60/5 60/6
Jones [9]  11/23 12/9 12/14
13/6 13/9 14/10 29/3 29/4
32/9
Jones's [3]  15/22 32/14 33/8
JUDGE [1]  1/10

JUMP [1]  50/7
JUROR [1]  3/3
JURY [24]  1/9 2/2 3/24 5/17
7/17 8/15 17/19 24/9 25/19
27/19 27/20 28/6 31/14
31/17 33/15 33/21 34/1 34/9
47/10 48/20 57/17 57/19
57/23 58/1
JUST [47]  3/12 3/12 6/21 6/22
7/4 7/19 8/7 8/14 9/23
11/22 12/8 12/10 13/14
13/19 14/1 14/19 17/21
25/9 28/9 30/9 30/13 32/21
34/10 37/7 37/9 39/4 39/5
39/8 41/14 42/7 42/23 43/23
44/4 45/4 48/1 48/4 49/11
50/4 50/5 50/50 50/8 51/17
51/20 52/16 57/8 57/10
57/11

**K**

K-9 [2]  12/24 13/2
keep [5]  6/5 17/9 17/10 53/14
59/5
Kellie [9]  21/19 21/21 21/24
37/4 37/4 37/17 38/3 41/12
41/13
Kevin [3]  45/9 45/22 47/11
Keyon [1]  3/1
kind [2]  5/24 57/17
kindly [1]  56/19
Kirschner [7]  22/3 37/8
37/13 37/14 37/24 41/20
42/21
knew [3]  13/17 13/18 13/22
knocked [1]  5/21
know [50]  2/16 3/10 4/20 6/2
7/9 9/21 12/2 12/8 12/9
12/10 12/11 13/12 13/14
13/19 15/24 16/14 17/12
17/15 22/5 22/10 24/21
26/18 30/8 34/1 33/4 16
34/17 34/22 34/23 34/23
36/3 38/21 41/2 43/3 43/4
43/22 44/17 47/6 47/16
50/24 51/1 51/20 53/5 53/16
54/2 54/17 54/25 55/11
55/12 56/5 56/13
knows [2]  30/10 54/18

**L**

ladies [8]  3/25 17/17 30/7
31/15 31/23 33/18 34/6
43/11
lady [1]  30/14
last [13]  4/6 4/13 4/24 5/1
5/3 5/9 24/3 41/6 41/22
43/15 50/1 51/6 55/23
later [6]  17/6 24/2 36/11
36/12 49/16 52/10
Laura [1]  3/6
law [2]  13/25 48/23
Lawrence [2]  11/25 12/2
lawyer [3]  16/15 44/3 44/6
lay [1]  46/11
leake [1]  3/1
least [4]  2/16 21/17 41/3
48/20
left [1]  3/4
legal [1]  29/24
legitimate [2]  47/15 48/14
let [13]  7/1 16/20 22/5 22/21
25/8 34/13 34/17 43/2 43/17

## L

**LET... [4]** 52/20 53/2 53/14 55/12
**LET'S [3]** 22/4 27/17 42/23
**LETTER [7]** 14/13 14/16 14/25 15/3 15/14 54/22 54/23
**LEVELS [4]** 7/8 7/9 12/5 51/9
**LICENSE [1]** 12/22
**LIE [2]** 11/6 11/8
**LIKE [28]** 6/1 6/4 8/17 8/18 8/19 9/21 9/23 11/12 14/10 15/5 15/5 15/6 17/10 17/11 25/12 31/4 36/10 36/12 45/25 46/21 47/13 47/24 48/4 49/18 52/12 53/1 54/25 57/3
**LIKELY [1]** 34/8
**LIMIT [1]** 51/8
**LINE [19]** 23/15 23/15 23/16 24/7 26/18 26/21 26/23 36/4 36/8 38/20 38/23 38/25 39/1 39/20 40/23 40/24 41/24 46/22 49/3
**LINES [1]** 39/22
**LISA [1]** 1/21
**LIST [4]** 2/14 2/21 2/24 2/25
**LISTEN [5]** 43/20 44/2 44/21 44/21 49/23
**LISTENING [1]** 53/23
**LITTLE [7]** 9/3 9/17 9/17 9/23 27/6 49/16 54/20
**LIVED [1]** 35/18
**LONG [3]** 7/22 7/23 58/4
**LONGER [2]** 2/24 46/13
**LOOK [8]** 14/16 16/20 22/22 26/5 27/9 34/20 42/5 54/25
**LOOKED [1]** 14/10
**LOOKING [7]** 14/13 29/2 29/19 30/3 35/13 36/18 58/11
**LOOSE [1]** 34/11
**LOSE [1]** 28/8
**LOST [2]** 25/2 28/7
**LOTS [1]** 23/12
**LOUDLY [1]** 4/10
**LUCAS [1]** 47/6
**LUNCH [6]** 14/19 25/6 28/7 28/7 28/14 29/14

## M

**MA'AM [10]** 2/4 3/8 11/14 12/3 13/14 25/4 28/5 30/25 33/10 56/9
**MAIL [2]** 55/13 55/17
**MAKE [8]** 4/10 13/16 27/9 43/23 44/19 53/10 55/9 56/4
**MAKES [1]** 36/25
**MAN [3]** 12/9 46/17 49/17
**MANAGER [2]** 12/8 12/10
**MANAGERS [1]** 12/4
**MANY [1]** 8/5
**MARK [1]** 32/1
**MARKED [3]** 27/11 42/13 42/16
**MARSHALS [1]** 56/11
**MARSHALS' [1]** 43/13
**MATTER [1]** 54/12
**MAY [3]** 2/12 31/24 55/16
**MAYBE [2]** 3/5 55/10
**MAYNARD [19]** 3/4 5/13 6/22 6/22 7/3 7/4 10/16 11/25 12/12 12/4 12/21 13/22 43/1 43/9 43/22 43/24 44/3 44/7 44/15

**ME [40]** 3/14 5/22 6/7 7/1 10/11 10/15 13/1 15/18 15/18 16/20 21/21 22/5 22/6 22/15 24/24 26/8 29/7 31/5 35/25 36/17 40/7 40/13 40/25 41/2 41/3 42/5 43/2 43/14 43/17 45/23 47/3 49/2 49/5 49/13 51/2 51/7 53/2 54/22 55/10 55/20 55/21
**MEAN [8]** 6/25 9/19 27/8 32/22 39/9 40/10 42/12 56/10
**MEANS [1]** 31/23
**MEANT [1]** 8/24
**MENTION [6]** 6/15 6/16 6/17 10/22 23/12 29/6
**MENTIONED [13]** 7/13 9/22 10/18 11/1 14/17 23/6 23/7 24/14 35/17 35/22 36/13 37/1 52/16
**MESSAGE [5]** 47/2 49/3 49/9 49/10 49/17
**MESSAGES [7]** 47/1 47/8 48/19 49/4 52/14 52/17 53/1
**MEXICANS [1]** 24/16
**MIC [4]** 3/12 3/12 4/11 35/6
**MICHELE [1]** 1/12
**MIGHT [3]** 26/25 37/20 51/18
**MIKE [1]** 5/1
**MIND [1]** 16/5
**MINE [2]** 27/11 27/12
**MINUTE [3]** 28/15 43/8 51/17
**MINUTES [13]** 17/18 21/22 25/9 28/10 28/21 58/7 58/15 58/16 58/18 58/22 58/25 59/9 59/10
**MISCELLANEOUS [6]** 57/2 57/6 57/8 57/12 57/24 57/24
**MISS [1]** 15/18
**MISSING [1]** 25/13
**MISUNDERSTOOD [1]** 55/23
**MOMENT [7]** 5/19 6/23 7/5 8/9 14/12 14/17 14/22
**MOMENTS [1]** 28/9
**MONEY [15]** 10/2 10/5 10/8 10/10 10/20 13/10 13/12 13/17 13/19 13/20 13/23 14/1 35/18 35/19 47/17
**MONTHS [6]** 36/11 36/12 36/12 36/23 37/11 52/6
**MORE [9]** 21/17 31/19 34/8 41/20 42/22 50/4 51/1 58/5 58/24
**MORNING [10]** 7/24 7/25 26/19 33/20 36/3 39/12 39/23 39/23 42/25 55/18
**MOST [1]** 35/5
**MOTHER [1]** 5/3
**MOTION [1]** 50/24
**MOVED [1]** 57/1
**MR [14]** 4/2 14/13 27/13 28/21 29/3 34/11 42/9 46/10 47/21 47/24 49/23 54/20 60/5 60/6
**MR. [104]**
**MR. ANTOINE [2]** 32/4 32/6
**MR. BALAREZO [2]** 33/9 33/14
**MR. BARRON [1]** 38/9
**MR. BERMEA [3]** 45/7 45/10 45/14
**MR. CONTE [3]** 54/15 55/8 55/10
**MR. GARCIA [1]** 24/10

**MR. GORDON [21]** 4/18 4/20 4/24 4/24 6/11 10/9 10/7 10/12 11/3 11/6 11/13 14/7 16/12 17/18 21/22 25/3 25/11 25/12 26/9 28/3 MR. HOLLAND [19] 43/3 44/22 45/3 45/13 45/20 46/9 46/9 46/16 46/20 46/21 47/1 48/21 49/11 49/25 50/15 52/2 52/11 52/20 55/9
**MR. HOLLAND'S [2]** 51/5 56/1
**MR. JONES [25]** 4/20 4/22 11/6 11/7 12/7 12/11 15/14 28/19 30/2 31/20 33/5 42/11 44/10 45/8 45/11 45/12 45/14 45/20 45/21 46/17 46/19 48/9 56/8 56/12 59/4
**MR. JONES' [8]** 11/23 12/9 12/14 13/6 13/9 14/10 29/3 32/9
**MR. JONES'S [3]** 15/22 32/14 33/8
**MR. MAYNARD [11]** 5/13 6/22 6/22 7/3 7/4 10/16 12/4 12/21 13/22 44/3 44/7
**MR. WILLS [1]** 57/2
**MR. ZINTURA [2]** 14/13 33/6
**MS [2]** 60/6 60/7
**MS. [5]** 2/24 33/13 43/20 54/21 58/10
**MS. BRADSHAW [2]** 2/24 33/13
**MS. SCIALPI [1]** 54/21
**MS. SOLTYS [1]** 43/20
**MS. URSCHEL'S [1]** 58/10
**MUCH [10]** 10/5 15/11 16/7 17/4 31/11 36/16 43/24 51/1 58/12 59/4
**MULTIPLE [1]** 8/8
**MY [19]** 4/7 4/23 5/22 5/22 6/3 6/3 6/4 7/19 10/15 15/18 15/24 16/23 29/7 29/7 29/21 49/24 50/20 53/11 58/9

## N

**NAME [13]** 3/1 4/5 4/6 4/7 4/13 4/24 5/1 5/3 5/7 5/9 24/3 42/25 43/17
**NAME OF [1]** 43/17
**NARCOTICS [5]** 47/2 47/12 47/23 48/5 48/21
**NASSAU [1]** 1/18
**NEAR [1]** 4/11
**NECESSARY [1]** 34/25
**NEED [5]** 24/21 53/24 53/25 56/4 58/4
**NEEDING [1]** 48/17
**NEGATIVES [2]** 26/2 26/7
**NEVER [3]** 13/22 24/13 36/25
**NEW [7]** 43/7 44/11 44/12 52/18 52/19 54/7 54/9
**NEWS [2]** 43/11 45/7
**NEXT [7]** 35/7 35/18 35/20 38/2 39/14 45/14 46/15
**NICE [1]** 56/20
**NINE [5]** 38/13 40/24 40/25 41/24 55/18
**NO [50]** 1/3 2/4 2/22 2/23 2/24 4/12 7/19 9/2 10/18 11/9 11/21 13/1 13/14 15/5 16/4 16/6 21/18 22/10 22/21 23/21 24/12 24/19 25/4 26/9 27/4 27/10 30/21 30/25 31/8

**N**

**NO...** [21]  31/24 32/21 32/21
32/21 32/22 33/17 34/3
37/19 43/22 44/5 44/24
46/13 47/14 50/3 50/4 50/5
53/22 54/4 54/12 54/17 56/9
**Norma** [1]  45/2
**NORMAL** [1]  42/23
**North** [6]  5/12 5/17 6/15
6/17 6/19 12/15
**NOT** [36]  2/3 2/7 2/13 3/14
3/15 9/10 11/5 13/18 13/19
14/3 14/12 15/14 16/19 17/6
22/16 29/18 30/15 33/23
34/8 34/19 35/3 38/15 40/4
40/7 43/5 44/6 44/23 46/8
53/22 54/4 54/12 54/11 55/21
57/2 57/13 58/8
**NOTE** [22]  14/11 15/17 15/21
16/3 17/7 17/11 17/21 25/13
28/4 28/7 29/4 29/5 29/9
29/17 29/17 29/18 29/25
30/2 30/8 30/9 31/1 31/2
**NOTES** [2]  29/3 30/12
**NOTHING** [3]  15/12 30/11 46/4
**NOTICED** [2]  14/7 14/8
**NOTIFY** [2]  56/19 56/20
**NOW** [41]  3/2 3/22 5/12 5/24
6/21 7/7 7/11 7/21 8/5 8/11
9/8 9/11 10/2 10/7 10/15
11/3 16/2 17/16 25/12 28/4
30/12 30/15 33/21 34/19
35/4 37/24 37/25 38/2 40/7
42/9 43/2 47/1 47/11 48/2
48/8 48/9 49/23 50/14 51/7
53/9 57/11
**Number** [2]  34/18 48/1
**NW** [2]  1/13 1/18

**O**

**O'BRIEN** [14]  21/19 21/21
21/24 22/20 23/20 37/4 37/5
37/17 38/3 41/12 41/13
41/17 41/18 41/19
**O'CLOCK** [4]  7/25 34/2 34/3
55/18
**O'TOOLE** [3]  1/17 1/18 54/21
**OBJECT** [1]  41/4
**OBJECTION** [3]  28/12 28/23
29/22
**OBJECTIONS** [1]  36/15
**OBTAIN** [1]  33/8
**OBTAINED** [2]  32/8 33/7
**OBVIOUS** [1]  8/17
**OBVIOUSLY** [5]  39/9 42/22
45/25 46/5 49/1
**Odyssey** [3]  11/23 13/6 13/9
**OFF** [6]  2/25 3/21 6/24 7/5
8/19 35/18
**OFFERS** [1]  13/16
**OFFICE** [5]  1/13 16/23 43/13
48/6 48/8
**OFFICER** [7]  5/20 5/21 6/10
6/12 6/14 8/9 8/11
**OFFICERS** [11]  7/11 8/5 8/5
9/1 9/6 10/7 10/13 12/21
13/5 13/16 13/25
**OH** [11]  18/4 25/18 30/17
31/17 31/19 33/3 34/5 37/21
38/17 41/19 47/14
**OKAY** [86]
**OLD** [1]  57/11

**ONCE** [8]  2/8 8/5 8/15 9/14
9/25 17/6 29/2 56/11
**ONE** [48]  8/7 12/4 22/5 23/16
24/19 24/22 25/2 26/16
29/24 31/19 32/14 35/7
36/24 37/7 37/9 37/10 37/20
37/25 38/2 38/23 38/25 39/2
39/14 40/3 40/11 41/6 41/7
41/9 41/10 41/12 41/13
41/18 41/20 41/20 41/22
42/12 42/19 42/20 42/20
42/21 45/5 45/6 48/1 49/15
51/6 51/24 56/17 57/21
**ONES** [3]  3/4 40/6 40/13
**ONLY** [7]  3/4 22/2 41/19 42/21
44/12 54/8 56/4
**OPEN** [5]  21/14 50/8 51/14
53/10 53/11
**OPENING** [1]  50/6
**OPERATIVE** [2]  45/20 45/24
**OPPOSED** [2]  30/19 54/7
**ORDER** [2]  42/12 43/10
**ORIGINAL** [2]  2/13 33/4
**OTHER** [9]  8/8 8/18 43/16 44/7
44/16 45/12 52/1 52/2 54/17
**OTHERWISE** [3]  26/12 40/10
54/10
**OUR** [3]  46/5 48/6 57/8
**OUT** [20]  3/19 7/3 7/14 7/17
17/19 26/23 33/20 34/9
34/24 35/19 39/5 39/6 40/6
42/15 43/5 43/9 48/9 50/11
53/18 54/11
**OUTLINE** [1]  15/7
**OUTSIDE** [5]  14/8 28/6 29/2
29/6 29/8
**OVER** [17]  9/22 23/16 24/8
30/14 30/17 34/12 34/20
34/20 36/9 37/9 37/10 38/23
39/1 41/14 42/23 54/21 55/1
**OVER-ANXIOUS** [1]  34/12
**OVERRULED** [1]  28/24
**OWNER** [1]  7/9

**P**

**P-A-R-D-E** [1]  55/5
**P.M** [5]  1/8 1/9 40/22 40/23
59/12
**PAD** [3]  29/24 31/2 31/2
**PAGE** [30]  23/14 23/15 23/16
24/7 26/22 26/22 27/1 34/20
35/23 35/25 36/5 36/6 36/7
36/9 36/19 38/12 38/19
38/23 38/24 38/25 39/1 39/1
39/10 39/16 39/20 40/17
40/21 40/23 41/23 41/23
**PAGES** [2]  36/10 42/15
**PAPER** [4]  14/9 25/3 29/3 31/3
**PAPERS** [2]  29/21 30/13
**PARSING** [1]  58/13
**PART** [3]  48/11 48/12 55/23
**PARTE** [4]  18/2 50/25 51/3
55/5
**PARTICIPANT** [1]  11/20
**PARTIES** [1]  17/1
**PARTY** [5]  45/10 47/3 49/5
49/13 57/6
**PASSED** [1]  43/15
**PASSENGER** [1]  12/18
**PATTED** [1]  9/23
**Peacock** [2]  2/25 43/9
**PEOPLE** [7]  26/13 43/16 45/12
48/7 48/7 48/16 59/5

**PERHAPS** [1]  17/6
**PERMIT** [2]  43/6 58/7
**PERSON** [12]  2/14 2/16 23/23
25/24 26/4 43/15 47/5 47/7
49/9 49/12 49/16 49/16
**PERSUADED** [1]  48/20
**PHONE** [13]  34/25 45/3 45/5
45/5 45/6 46/3 46/3 46/7
46/10 46/16 46/19 47/7
48/19
**PHOTOGRAPH** [1]  10/19
**PHOTOGRAPHED** [1]  10/15
**PICTURE** [4]  32/12 32/14 32/18
51/10
**PIECE** [4]  14/9 25/3 29/3 31/3
**PLACE** [3]  15/6 31/5 54/4
**PLACES** [1]  8/18
**PLAY** [5]  46/8 52/13 52/13
52/20 53/21
**PLAYING** [2]  52/25 53/1
**PLEADING** [1]  51/21
**PLEASE** [7]  4/2 4/5 6/5 14/18
27/14 39/16 52/2
**PLUS** [1]  59/3
**POCKETS** [1]  29/7
**POINT** [5]  13/8 13/13 26/1
52/8 57/3
**POINTS** [1]  47/23
**POLICE** [6]  9/14 9/15 10/12
12/21 13/16 13/18
**POSITION** [1]  42/8
**POSSIBLE** [1]  26/12
**POSSIBLY** [1]  46/13
**POST** [2]  51/4 51/5
**POTENTIAL** [1]  33/25
**PRECINCT** [5]  9/14 9/15 9/18
9/20 10/12
**PREPARE** [5]  16/17 16/21
16/24 17/2 59/11
**PREPARED** [1]  58/1
**PRESENCE** [2]  28/6 33/20
**PRESENT** [3]  3/24 27/20 57/2
**PRESENTED** [2]  6/6 47/9
**PRETTY** [3]  8/13 9/9 11/16
**PRICKLY** [2]  42/23 44/23
**PRINT** [1]  42/15
**PRIOR** [6]  11/3 52/1 54/5 57/7
57/10 57/11
**PRISON** [1]  52/21
**PRIVILEGE** [3]  44/5 53/16
54/16
**PRO** [2]  1/16 16/14
**PROBABLY** [2]  34/8 47/10
**PROBLEM** [5]  4/12 11/21 16/4
16/6 27/10
**PROBLEMS** [5]  36/16 42/14
55/20 56/1 56/5
**PROCEED** [2]  4/1 8/10
**PRODUCE** [1]  29/5
**PROFFER** [7]  44/19 44/22
46/25 49/22 50/23 55/3 55/4
**PROFFERED** [1]  50/5
**PROMOTER** [3]  50/16 51/9 53/3
**PROMOTION** [2]  50/15 52/12
**PROPER** [1]  8/9
**PROPOSED** [1]  57/9
**PROSECUTING** [2]  48/3 48/8
**PROSECUTION** [1]  50/12
**PROSECUTORS** [2]  48/6 48/6
**PROTECT** [1]  50/13
**PUBLIC** [1]  51/3
**PULL** [1]  6/7
**PULLED** [2]  9/2 9/22

**P**

PUT [3] 3/12 3/12 28/8

**Q**

QUANTITIES [2] 49/20 57/21
QUESTION [7] 23/11 24/8 26/7
26/15 34/21 43/3 48/4
QUESTIONS [14] 10/19 11/9
11/19 16/2 24/22 30/9 30/10
31/1 34/19 46/11 47/13
47/20 48/24 49/24
QUICK [1] 44/15
QUITE [1] 33/12
QUOTE [1] 33/5

**R**

RAE [1] 1/17
RAIN [1] 45/9
RAINING [1] 22/15
RAISE [3] 4/3 36/15 36/17
RANDOLPH [1] 3/1
READ [9] 32/3 33/11 34/19
35/24 37/7 39/5 42/11 49/9
57/23
READING [2] 14/8 14/25
READS [1] 32/4
READY [4] 4/1 21/15 21/21
58/2
REAL [3] 3/14 42/14
REALISTIC [1] 34/2
REALIZE [1] 58/12
REALLY [4] 3/13 40/6 42/13
42/15
REBUTTAL [9] 58/7 58/8 58/10
58/10 58/16 58/19 58/22
59/3 59/10
RECALL [2] 9/9 11/1
RECEIVED [2] 49/10 52/6
RECEIVED 120 [1] 52/6
RECEIVES [1] 47/2
RECENT [1] 53/17
RECESS [2] 17/14 17/18
RECESSED [1] 59/12
RECORD [5] 3/20 3/21 4/6 11/4
51/3
RECROSS [2] 28/1 60/3
RECROSS-EXAMINATION [1]
28/1
REDACTED [2] 1/5 18/7
REDIRECT [2] 16/10 60/3
REDO [1] 57/20
REFERENCE [2] 48/16 57/17
REFERRING [3] 32/15 39/5
57/14
REGARDING [3] 3/10 41/17
43/7
RELATE [1] 46/12
RELATED [1] 13/15
RELATES [1] 54/7
RELATING [1] 56/2
RELATIONSHIP [1] 51/13
RELEASED [2] 52/21 52/21
RELEVANT [1] 42/15
REMEMBER [7] 5/12 9/5 9/5
10/5 14/23 15/6 31/23
RENT [2] 24/6 24/11
RENTED [3] 24/15 24/19 34/22
RENTING [2] 24/4 26/4
REPEATED [1] 46/24
REPHRASE [1] 7/1
REPLACED [2] 57/8 57/10
REPORTER [2] 1/21 44/13

REPRESENTATION [1] 54/14
REPRESENTING [2] 1/14 1/16
REQUEST [1] 24/10
REQUESTED [1] 24/3
REQUESTING [1] 24/4
RESPONSE [1] 13/1
REST [4] 33/21 37/16 37/19
41/9
RESULT [1] 48/19
RESUMES [1] 27/21
RESUMING [1] 55/18
RETIREMENT [1] 35/18
RETURNED [1] 24/2
Ricardo [1] 23/12
RIDE [2] 7/4 13/14
RIDING [1] 6/22
RIGHT [63]
RIGHT-HAND [1] 12/9
RIP [1] 8/23
RIPPING [1] 8/24
Robin [1] 32/7
Roel [3] 22/3 23/12 37/7
ROOM [4] 1/13 1/22 10/14
34/1
ROTHWELL [1] 1/18
ROUGHLY [1] 36/23
RPR [1] 1/21
RULE [7] 50/10 51/19 54/1
54/8 54/12 54/14 55/11
RULING [2] 53/11 55/9

**S**

SAID [28] 6/4 6/17 6/19 10/15
11/2 13/2 13/19 22/6 23/8
23/18 24/1 24/5 24/12 24/17
24/18 24/19 30/4 35/19
36/23 38/4 38/9 45/9 45/9
45/23 49/3 49/11 52/12
57/13
SAME [8] 6/1 36/21 44/13
44/13 48/6 48/7 48/8 49/16
Sara [1] 42/14
SAW [10] 13/2 13/5 14/14
14/25 25/13 25/15 28/9
28/10 28/17 33/3
SAY [24] 13/22 16/20 16/23
22/12 22/14 22/16 23/18
26/25 33/5 34/21 43/21 44/7
47/14 47/16 47/17 47/19
48/12 48/13 48/14 50/25
51/6 53/22 58/22 59/6
SAYING [9] 3/16 9/15 26/3
29/13 32/11 33/6 36/18
36/24 54/12
SAYS [10] 22/13 24/8 26/4
26/6 26/6 43/4 45/22 48/13
49/3 49/17
SCENE [4] 8/6 9/1 9/22 12/25
Scialpi [2] 1/17 54/21
SCOPE [5] 50/21 52/11 53/25
54/13 54/14
SE [2] 1/16 16/14
SEAL [5] 18/2 18/5 18/6 51/4
55/5
SEARCH [6] 8/12 9/11 9/12
9/12 13/5 54/4
SEARCHED [3] 7/11 9/13 9/16
SEARCHING [2] 8/6 8/16
SEAT [2] 26/10 47/18
SECOND [4] 25/25 26/14 34/11
48/12
SEE [8] 17/7 17/11 29/5 34/7
41/3 43/8 44/10 54/23

SEGAL [1] 1/9
SEIZED [1] 63/19
SELVES [1] 42/23
SEND [3] 41/2 41/3 42/5
SENDS [1] 30/9
SENSE [1] 36/25
SENSES [1] 7/19
SENT [1] 49/17
SENTENCE [1] 52/6
September [3] 35/20 51/11
53/4
SESSION [2] 1/9 2/1
SET [1] 52/23
SEVEN [3] 49/18 49/19 49/20
SEVENTY [1] 39/10
Seventy-six [1] 39/10
SHE [63] 2/5 30/14 30/17 42/15
50/5 52/16
SHE'S [4] 2/24 30/15 41/13
50/7
SHEETS [2] 46/22 49/3
SHORT [1] 49/8
SHOULD [2] 15/4 52/20
SHOW [2] 46/18 54/9
SHOWING [1] 16/5
SIGNED [2] 2/15 32/8
SIMILAR [1] 48/22
SIMPLY [2] 48/12 49/17
SINCE [2] 36/25 51/14
SIR [12] 3/23 4/19 4/21 7/10
8/4 9/2 10/4 10/9 10/11
10/14 10/22 44/7
SISTER [1] 4/24
SIT [3] 2/5 40/7 42/11
SITUATION [2] 15/16 31/5
SIX [3] 39/10 56/20 57/4
SLEEP [1] 5/19
SLEEPING [1] 12/19
SLOWING [1] 5/21
SNACK [1] 34/4
SNACKS [1] 34/5
SO [89]
SOFT [1] 8/20
Soltys [4] 1/12 43/20 60/6
60/7
SOLVED [3] 3/11 3/14 3/15
SOME [9] 3/9 8/19 11/19 13/8
14/15 30/13 33/19 46/22
46/25
SOMEBODY [4] 2/20 2/21 47/2
49/10
SOMEHOW [1] 28/7
SOMEONE [2] 15/23 55/1
SOMETHING [9] 16/9 31/1 31/4
34/4 34/25 43/18 54/23
55/10 58/23
SOMETIME [3] 34/15 36/17
57/22
SOMETIMES [2] 7/21 7/24
SOMEWHERE [1] 30/14
SORRY [6] 18/4 31/17 32/5
42/12 55/24 56/10
SORT [1] 23/25
SOUNDED [1] 34/20
SOUTH [2] 12/15 43/11
SPEAK [1] 4/10
SPEAKING [4] 15/5 22/11 36/10
36/22
SPECIFIC [1] 10/23
SPECIFICALLY [2] 11/1 46/12
SPELL [2] 4/5 4/13
SPEND [1] 42/10
STAND [10] 25/11 25/14 25/16

# S

**STAND...** [7] 27/13 27/22 28/11
28/22 35/19 53/12 56/18
**STAND-BY** [1] 53/12
**STAND-BYS** [1] 56/18
**STANDING** [1] 29/2
**STANDS** [1] 29/20
**START** [6] 23/15 26/23 33/24
33/25 38/25 52/25
**STARTED** [3] 8/6 8/16 8/18
**STARTING** [2] 24/7 38/19
**STATE** [2] 4/5 31/4
**STATED** [1] 35/17
**STATEMENT** [6] 32/8 32/12
32/14 32/18 33/7 33/13
**STATES** [4] 1/1 1/3 1/10 48/2
**STAY** [6] 26/24 38/4 53/25
53/25 56/14 56/18
**STAY AT** [1] 26/24
**STAYED** [1] 8/2
**STEINBACH** [1] 1/18
**STILL** [5] 34/5 34/7 34/23
43/13 55/16
**STIPULATE** [8] 24/24 24/25
25/21 25/23 26/11 27/7 32/5
32/7
**STIPULATED** [1] 31/24
**STIPULATION** [13] 22/22 22/24
23/21 23/23 24/21 31/20
32/4 35/1 35/3 44/24 57/6
57/9 57/11
**STIPULATIONS** [4] 25/20 34/18
41/21 42/22
**STOP** [3] 5/12 5/18 11/20
**STOPPED** [2] 12/15 12/17
**STORED** [1] 13/10
**STREET** [1] 1/13
**STRONG** [1] 49/11
**STUDY** [3] 24/23 26/15 56/21
**STUFF** [3] 50/11 52/18 52/19
**SUBPOENA** [2] 30/20 30/22
**SUBSCRIBER** [1] 47/6
**SUBSEQUENT** [1] 50/1
**SUBSTANCE** [1] 30/19
**SUBSTITUTE** [1] 57/22
**SUCCINCTLY** [1] 44/20
**Suite** [1] 1/18
**Summit** [3] 24/15 26/24 42/3
**SUNNY** [1] 22/13
**SUPPOSED** [1] 43/19
**SURE** [10] 2/3 4/10 6/21 9/9
26/11 43/23 46/4 50/22
53/10 57/19
**SURPRISED** [1] 5/24
**SWORN** [1] 4/4

# T

**TACO** [1] 35/19
**TAKE** [16] 14/21 17/14 17/17
21/22 27/9 31/24 33/19
40/14 42/5 44/17 44/18
46/13 50/11 50/12 54/13
56/12
**TAKEN** [2] 33/20 35/19
**TAKING** [2] 13/14 15/6
**TALK** [8] 10/13 16/17 23/9
50/15 51/23 54/22 58/5 59/4
**TALKED** [3] 47/14 51/4 58/24
**TALKING** [10] 8/21 32/19 32/22
32/24 45/23 47/15 51/1
51/21 53/12 54/21
**TALKS** [1] 36/9

**TAPE** [2] 52/20 55/7
**TEARING** [1] 8/19
**TELL** [19] 5/17 6/12 6/14 8/15
10/20 10/25 15/3 16/1 21/21
24/10 39/17 40/13 43/14
45/4 51/2 51/7 53/2 55/10
55/21
**TELLING** [7] 7/19 15/16 24/9
28/18 29/10 51/7 53/20
**TELLS** [3] 45/10 45/12 45/14
**TEN** [7] 17/18 39/22 47/3 49/5
49/13 52/6 58/8
**TEN-YEAR** [1] 52/6
**TERMS** [3] 15/5 16/15 57/23
**TESTIFIED** [4] 2/25 3/1 3/2
30/3
**TESTIFIES** [1] 53/8
**TESTIFY** [6] 15/1 28/18 34/25
44/4 53/3 53/15
**TESTIMONY** [18] 12/13 16/18
16/21 16/24 17/2 17/21 23/9
23/11 30/19 34/19 36/10
38/14 38/15 38/18 38/19
40/18 45/2 48/25
**Texas** [3] 23/22 23/23 25/24
**TEXT** [13] 47/1 47/2 47/5 47/7
48/19 49/2 49/4 49/9 49/10
49/17 52/14 52/17 53/1
**THAN** [8] 9/23 34/8 44/7 50/4
51/1 54/17 58/6 58/25
**THANK** [14] 4/9 11/9 11/17
14/20 15/11 16/7 16/8 17/4
30/5 31/9 31/11 55/12 55/17
56/25
**THAT** [211]
**THAT'S** [58] 3/1 5/8 6/23 7/20
8/24 12/1 12/6 12/16 12/20
13/4 13/7 13/11 13/21 15/2
15/6 15/9 16/22 16/25 17/3
21/16 23/24 25/7 25/21 26/4
26/5 29/4 29/11 30/1 30/2
30/4 30/21 31/6 32/12 32/24
34/22 35/4 37/8 37/13 37/14
38/17 42/18 42/21 42/22
42/24 44/12 44/12 44/24
46/4 47/19 48/10 48/23
49/15 49/22 50/20 50/23
55/12 57/17 59/8
**THEIR** [1] 25/21
**THEM** [18] 2/10 2/15 13/2
22/25 23/24 25/21 27/8 32/3
34/17 36/17 37/16 37/19
37/20 40/11 41/3 49/24 53/7
53/11
**THEME** [3] 45/10 46/21 46/24
**THEN** [37] 2/10 3/4 8/7 9/17
10/18 15/6 17/15 32/9 33/9
39/1 39/5 41/18 41/19 41/20
42/21 43/9 43/10 45/6 45/8
45/11 45/14 45/19 45/19
45/22 46/7 46/19 47/14
47/23 48/12 48/14 49/11
49/12 49/15 50/12 51/14
52/19 53/1
**THEORY** [2] 46/5 48/18
**THERE** [26] 2/12 5/22 13/8
13/12 13/17 13/19 13/20
13/23 26/2 26/6 30/17 30/17
35/17 40/4 45/4 45/6 45/6
45/13 46/7 46/15 46/16
47/17 56/18 57/5 57/7 57/8
**THERE'LL** [1] 34/3
**THERE'S** [16] 3/9 22/2 22/23

**30/11 31/24 43/24 44/16
45/1 45/19 46/9 47/9 47/10
47/23 48/16 48/19 56/5
**THESE** [16] 7/11 10/7 36/10
36/17 37/3 39/4 39/8 41/1
42/5 42/16 43/22 46/2 46/16
56/2 56/2 56/12
**THEY** [52] 7/13 8/6 8/12 8/12
8/13 8/14 8/15 8/15 8/17
8/18 8/23 8/24 9/2 9/2 9/7
9/11 9/11 9/13 9/14 9/15
9/15 9/19 9/21 9/22 9/23
10/1 10/10 10/14 10/18
10/19 10/20 10/20 10/23
10/25 10/25 11/1 11/24
22/10 22/15 22/25 24/24
24/24 25/23 27/9 30/18
30/18 34/20 41/1 43/15 45/7
53/4 55/20
**THEY'RE** [5] 34/19 37/18 42/13
42/16 53/5
**THING** [7] 31/19 44/12 50/7
51/2 51/25 54/8 57/17
**THINGS** [4] 12/11 46/13 51/4
56/20
**THINK** [30] 3/1 15/18 15/21
22/3 25/11 25/25 26/6 26/6
30/21 32/11 32/22 33/5
33/11 33/24 34/2 34/2 34/7
35/5 37/20 43/24 44/1 46/22
51/17 52/19 55/6 55/14
56/14 58/4 58/5 58/24
**THINKS** [2] 39/6 46/2
**THIRD** [3] 17/1 41/11 41/20
**THIS** [76]
**THOROUGHLY** [2] 9/21 9/23
**THOSE** [2] 45/24 48/19
**THOUGHT** [3] 2/18 14/9 55/16
**THOUSAND** [1] 52/24
**THREE** [8] 7/24 22/2 25/9
36/12 38/23 39/2 41/11
42/20
**THREW** [2] 25/6 29/12
**THROUGH** [10] 2/14 17/1 24/8
39/2 39/21 39/22 40/24 42/9
45/2 53/18
**Thursday** [2] 34/8 57/20
**TICKET** [6] 46/9 46/16 46/18
46/20 46/21 46/23
**TICKETS** [7] 47/3 47/15 47/15
48/14 48/17 49/5 49/13
**Tiffany** [1] 4/24
**TIME** [18] 5/19 6/1 6/2 7/7
7/11 8/2 8/6 10/3 10/17
12/17 13/13 17/6 24/2 33/14
33/25 42/10 58/12 58/20
**TIRED** [1] 7/20
**TODAY** [7] 12/13 15/4 15/8
41/3 44/13 55/13 55/14
**TOLD** [5] 13/25 22/15 28/3
28/6 56/4
**TOMORROW** [19] 2/25 33/19
33/23 34/7 34/13 34/15
40/13 42/25 45/15 45/21
45/23 45/24 51/20 53/15
54/1 54/15 55/8 55/18 57/22
**TONIGHT** [2] 34/16 46/18
**TOO** [3] 18/4 27/12 55/6
**TOOK** [12] 10/14 10/20 10/25
25/10 25/10 25/11 25/13
25/15 28/11 28/21 29/19
31/5
**TOOLS** [1] 8/9

# T

**TOTAL [3]** 58/4 58/11 58/17
**TOUCH [1]** 51/12
**TOWN [1]** 7/3
**TRAFFIC [1]** 11/19
**TRANSCRIPT [15]** 1/9 27/5
  35/23 35/24 36/1 36/21 39/9
  39/16 39/17 39/20 41/23
  42/6 42/8 42/12 56/23
**TRANSCRIPTS [1]** 42/13
**TRANSPORTATION [1]** 3/11
**TRASH [1]** 28/8
**TRAVELERS [1]** 43/12
**TRAVELING [3]** 11/23 12/14
  12/14
**TREE [1]** 14/4
**TRIAL [6]** 1/9 50/1 51/5 51/5
  51/24 52/15
**TRIP [4]** 26/24 35/18 35/20
  35/21
**TROUBLED [1]** 54/20
**TRUST [1]** 53/12
**TRY [2]** 44/19 44/23
**TRYING [2]** 6/1 53/24
**TUESDAY [2]** 1/7 58/3
**TWENTY [1]** 58/22
**TWO [24]** 3/5 5/5 12/13 14/3
  14/4 22/2 22/23 26/23 33/25
  34/18 34/18 36/10 36/12
  40/17 40/24 40/25 41/21
  42/20 42/22 43/10 43/11
  47/23 55/19 56/2

# U

**U-R-E-S-T [1]** 24/3
**U.S [2]** 1/13 1/21
**UH [2]** 12/12 12/23
**UH-HUH [2]** 12/12 12/23
**ULTIMATELY [2]** 12/24 13/25
**UNAWARE [1]** 54/16
**UNBELIEVABLE [1]** 3/15
**UNCLE [10]** 4/23 11/6 15/21
  16/14 16/17 16/20 16/23
  17/1 45/9 45/22
**UNCLE'S [1]** 15/24
**UNDER [6]** 18/2 18/5 18/6
  45/5 51/4 55/5
**UNDERSTAND [7]** 3/17 6/2 8/13
  8/14 26/1 54/2 55/21
**UNDERSTANDING [1]** 6/3
**UNDERSTOOD [1]** 53/9
**UNDISPUTED [1]** 31/25
**UNITED [4]** 1/1 1/3 1/10 48/2
**UNLESS [3]** 3/9 17/9 42/8
**UNTIL [4]** 35/17 51/19 52/10
  52/23
**UP [27]** 3/12 3/23 6/2 6/5 8/8
  8/23 8/25 9/2 10/23 18/3
  21/17 25/19 26/10 26/13
  27/11 33/19 33/20 34/10
  35/1 42/13 42/16 43/20
  44/21 46/25 51/14 52/23
  58/21
**UREST [1]** 24/3
**URSCHEL [1]** 1/12
**URSCHEL'S [1]** 58/10
**US [16]** 9/13 9/22 9/23 10/18
  10/19 10/19 21/16 28/3 28/6
  29/10 34/13 48/7 51/17
  55/12 56/19 56/20
**USE [2]** 46/8 48/22
**USED [2]** 33/6 54/9

# V

**VEHICLE [21]** 5/20 6/7 7/7/12
  8/7 8/10 8/11 8/19 8/20
  8/21 8/23 8/25 9/7 9/8 9/10
  9/11 9/12 10/21 10/25 11/25
  12/14 13/3
**VEHICLES [1]** 8/8
**VERBAL [1]** 13/1
**VERDICT [2]** 57/20 58/2
**VERSUS [2]** 37/11 56/23
**VERY [10]** 12/7 15/11 16/7
  17/4 36/16 44/15 44/20 50/7
  51/23 59/10
**VIEW [1]** 47/8
**VIEWS [1]** 44/16
**VOICE [1]** 1/19
**VOUCHER [1]** 2/15

# W

**WAIT [6]** 27/16 27/16 27/16
  28/15 34/11 52/10
**WAITED [1]** 9/3
**WAITING [1]** 21/22
**WAIVE [1]** 43/6
**WAKE [1]** 6/1
**WALK [1]** 13/2
**WALKED [2]** 9/7 29/7
**WALKER [1]** 1/21
**WANT [16]** 3/2 7/3 17/9 21/19
  22/5 22/7 22/8 26/8 26/9
  28/9 37/25 42/11 43/4 49/12
  50/25 52/13
**WANTED [4]** 2/14 7/5 10/19
  11/19
**WANTING [1]** 46/17
**WANTS [3]** 47/3 52/25 53/10
**WAS [118]**
**WASHINGTON [5]** 1/7 1/14 1/19
  1/22 24/3
**WASN'T [4]** 5/25 9/13 9/13
  47/17
**WAY [8]** 3/16 3/16 7/14 7/18
  10/15 33/21 49/25 54/13
**WE [83]**
**WE'LL [12]** 3/18 17/14 17/15
  17/17 25/19 27/16 33/24
  34/3 40/10 42/24 55/8 58/2
**WE'RE [23]** 2/23 3/22 4/1
  27/15 32/1 32/18 32/22
  32/24 33/24 34/7 36/18
  37/21 37/22 40/18 41/18
  42/7 43/23 44/3 48/8 49/1
  55/18 57/19 58/20
**WE'VE [12]** 26/12 41/16 42/19
  43/18 45/4
**WEAR [1]** 49/17
**WEEKEND [1]** 59/11
**WELCOME [2]** 44/7 44/11
**WELL [35]** 2/5 2/15 5/19 5/20
  7/1 9/21 14/23 17/8 21/16
  22/4 22/4 24/7 24/17 25/9
  25/19 25/23 25/25 26/25
  27/6 33/3 36/22 38/14 41/14
  41/16 42/10 43/20 46/14
  47/19 48/14 50/24 53/13
  54/1 56/18 57/16 58/11
**WENT [8]** 8/17 9/9 10/16
  33/13 36/10 37/9 37/10
  41/14
**WERE [26]** 6/19 11/20 11/22
  12/13 12/14 12/15 12/17
  12/18 12/19 12/24 14/3 14/4

**14/7 14/8 14/13 23/13 28/7
  29/13 29/22 45/4 47/15
  48/15 51/2 55/14 58/12**
**WEREN'T [1]** 10/18
**WHAT [91]**
**WHAT'S [9]** 14/23 35/10 35/12
  38/14 41/25 42/25 46/15
  46/23 51/10
**WHATEVER [3]** 43/10 52/16
  53/4
**WHEN [17]** 7/3 7/21 8/6 8/11
  9/15 9/19 9/19 9/22 10/12
  10/16 23/22 30/13 37/12
  47/14 48/13 54/22 57/13
**WHENEVER [1]** 21/15
**WHERE [14]** 3/17 6/10 6/12
  6/14 7/7 17/12 22/13 23/9
  37/10 41/12 42/5 45/20
  46/10 49/16
**WHEREVER [1]** 26/12
**WHETHER [10]** 3/6 17/15 34/13
  40/6 43/5 43/6 44/16 51/8
  54/8 55/13
**WHICH [18]** 3/16 32/12 33/4
  36/11 36/25 37/25 38/5 40/6
  40/13 46/9 46/16 47/1 48/22
  52/5 52/15 52/22 54/22
  56/20
**WHICHEVER [1]** 22/5
**WHILE [4]** 9/3 17/18 21/21
  42/11
**WHITE [1]** 29/17
**WHO [16]** 3/5 7/9 15/17 15/17
  24/4 24/19 33/8 34/21 34/23
  37/1 43/14 47/1 47/3 47/6
  52/23 54/18
**WHO'S [1]** 48/3
**WHOLE [2]** 27/1 53/19
**WHOM [2]** 22/20 47/4
**WHY [3]** 10/20 10/25 17/14
**WILL [17]** 2/7 25/24 26/11
  33/20 36/14 41/11 44/15
  46/8 53/8 53/11 53/12 53/21
  54/21 57/17 58/1 58/9 58/10
**WILLIAM [1]** 47/6
**WILLING [1]** 44/4
**WILLS [2]** 2/25 57/2
**WINDOW [1]** 5/22
**WIRETAP [1]** 48/16
**WISE [1]** 12/12
**WITHDRAW [1]** 57/3
**WITHDRAWN [1]** 57/4
**WITHIN [2]** 8/10 52/7
**WITHOUT [1]** 3/13
**WITNESS [21]** 2/12 2/14 4/4
  17/8 17/22 22/1 22/6 22/12
  22/12 22/13 22/14 25/11
  25/13 25/15 27/21 28/11
  28/21 29/19 30/10 31/12
  33/19
**WITNESSES [9]** 21/17 21/18
  22/1 22/2 34/1 43/10 55/19
  56/2 60/2
**WON'T [1]** 11/8
**WONDERING [1]** 14/10
**WORD [3]** 33/6 45/21 45/24
**WORDS [1]** 48/22
**WORK [4]** 7/21 7/21 12/12
  48/7
**WORK-WISE [1]** 12/12
**WORKING [1]** 7/7
**WORRIED [1]** 40/18
**WORRYING [1]** 50/6

## W

**WOULD [26]** 4/2 11/6 15/7
16/2 17/1 25/12 38/2 39/3
40/25 42/5 45/24 46/21
47/13 47/24 48/4 48/25
49/19 53/1 54/13 55/2 56/11
56/11 56/18 56/19 56/19
57/3
**WRITTEN [1]** 55/1
**WROTE [8]** 15/17 15/17 15/21
34/24 49/11 49/12 54/24
55/6

## Y

**Y'ALL [4]** 7/12 10/13 10/13
10/16
**YEAH [14]** 6/1 8/22 9/7 9/7
9/17 23/2 26/18 27/16 37/12
39/7 43/18 44/10 51/19 55/4
**YEAR [7]** 35/17 35/21 36/13
36/18 36/24 37/11 52/6
**YELLOW [8]** 14/9 29/3 29/17
29/18 29/24 31/2 31/2 31/3
**YES [80]**
**YET [1]** 2/17
**YOU [298]**
**YOU'LL [6]** 25/20 32/3 33/23
54/2 55/12 59/10
**YOU'RE [25]** 2/3 22/11 22/14
26/14 27/13 29/10 29/13
31/9 31/10 32/11 32/15 33/6
33/21 33/23 34/13 34/14
40/13 41/4 46/12 48/4 48/9
51/8 53/22 54/11 57/14
**YOU'VE [5]** 22/5 34/14 36/17
42/21 59/8
**YOUNG [1]** 30/14
**YOUNGER [1]** 5/5
**YOUR [86]**
**YOURSELF [2]** 11/16 51/8

## Z

**ZINTURA [15]** 22/3 22/14 23/3
26/16 32/8 33/6 37/20 38/1
40/12 40/16 41/8 41/9 41/13
41/17 42/19