```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
------------------------------X

THE UNITED STATES OF AMERICA       Criminal Case No. 05-386

               v.

ANTOINE JONES,

               Defendant,

------------------------------X   Washington, D.C.
                                  Thursday, February 14, 2013
                                  2:18 P.M.


      TRANSCRIPT OF JURY TRIAL - DAY 15 - P.M. SESSION
         BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
               UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government: Darlene Michele Soltys, AUSA
                    Courtney Urschel, AUSA
                    U.S. ATTORNEY'S OFFICE
                    555 Fourth Street, NW, Room 4110
                    Washington, DC 20530
                    (202) 252-7685


For the Defendant:  Antoine Jones, Pro Se

                    Jeffrey Brian O'Toole
                    Errin Rae Scialpi
                    O'TOOLE, ROTHWELL, NASSAU & STEINBACH
                    1350 Connecticut Avenue, NW, Suite 200
                    Washington, DC 20036
                    (202) 775-1550


Court Reporter:        Lisa Walker Griffith, RPR
                       U.S. District Courthouse
                       Room 6507
                       Washington, D.C.  20001
                       (202) 354-3247
```

1                   **AFTERNOON SESSION**

2          THE COURT:  We're bringing back the witness and the

3     jury.

4          (Jury Present.)

5          THE COURT:  Welcome back, ladies and gentlemen.

6     Hope you all had a good lunch.  You haven't heard anything in

7     the halls?  No conversation?

8          Okay, very good.

9          We're ready to resume.  Mr. Maynard, you're still

10    under oath.

11         (Lawrence Maynard, witness for the

12       defendant, previously sworn)

13         THE COURT:  Go ahead, Mr. Jones.

14                  **DIRECT EXAMINATION (Cont'd)**

15    BY MR. JONES:

16    Q   Mr. Maynard, we left talking about the warehouse.  Do you

17    remember if Greg Wills installed a window in the warehouse?

18    A   Yes.

19    Q   Now, that window, where is it at in the warehouse or

20    which way, if you look through the window, what would you be

21    seeing?

22    A   If you walked to the garage, the overhead door, which is

23    where I usually pull the truck in, it's about four or five

24    feet on the left-hand side, looking into the office.  There's

25    a sliding -- not a bifold, but a sliding glass window.

```
1    Q   Now, this exhibit --

2             MR. JONES:  Your Honor, this is Government's Exhibit

3    ICE 12.

4    BY MR. JONES:

5    Q   If you could see this area right here where I'm pointing

6    at, do you see anything over there that belongs to someone

7    that had been in that club, I mean, in that warehouse?

8    A   There's a --

9    Q   Can you see it in that picture?

10   A   Yeah, a little bit.  There's a chainsaw, Greg Wills had a

11   chainsaw, it's actually a case, it's a black case and a

12   chainsaw right there, if you could blow it up.

13   Q   Do you know if Mr. Wills left his case, we don't know

14   what's in it, but do you know if Mr. Wills left that case

15   there?

16   A   No.

17            THE COURT:  Was it gone before the 30th, is the

18   question, does he know?

19            THE WITNESS:  Yes, it was gone before the 30th.

20            THE COURT:  All right.

21   BY MR. JONES:

22   Q   One last question on the warehouse.  This is Government's

23   Exhibit ICE 10.  In this diagram, you see two trash cans;

24   correct?

25   A   Yes.
```

1    Q    And you see 4-30-04, 11:15 P.M.

2    A    Yes.

3    Q    If you could see in this photo right here --

4         THE COURT:   ICE 12.

5    BY MR. JONES:

6    Q    -- the trash cans?

7    A    You can see trash cans over here to the left.

8    Q    Do you see anything in the trash cans?

9    A    There's actually debris in one of them.  You've got to

10   move the picture over a little bit, though.

11        THE COURT:   What do you mean, can you see anything

12   in the trash cans?  You can't see in the trash cans.

13        MR. JONES:   I mean, you can't see on the picture

14   unless you come in --

15        THE WITNESS:   If you look at this trash can here,

16   there's a trash can next to a jewelry case.  There's debris

17   sticking up out of it.  It's like cardboard sticking up out

18   of the trash can.  You can see the flat of the opening of the

19   trash can and debris sticking out of it.  And behind it was a

20   display case, it was about five and a half, almost six feet,

21   almost as tall as I am.  Maybe not that tall, maybe about

22   five feet, five and a half feet tall, a display case with a

23   wooden base and a fiberglass top.  That's the case right

24   there behind the trash can.  You can see how big it is in

25   comparison to the trash can, this case.

BY MR. JONES:

Q    Before you left, or before you and Mr. Jones vacated this
lease, what did you do with this big item you just -- this
case?

A    We had to remove them.  If we didn't remove them, we
wouldn't have got the security deposit back.

Q    The trash can, what did you do with the trash can before
April the 30th?

A    We used them in the club.  We always had to have extra
trash cans at the club, all kinds of beer bottles, all kinds
of debris, food, everything.  We needed all the trash cans we
could get.

Q    Mr. Maynard, you had testified you was the operational
manager at Club Levels?

A    Yes, I did operations at Club Levels.

Q    Did you handle the money at Club Levels?

A    No, I don't handle the money, I didn't.

Q    What was your duties at Club Levels?

A    Basically accept deliveries, make sure employees were
there on time.  Make sure the place was kept.  Promotions was
part of it, signing contracts or arranging contracts.

Q    What was your hours at Club Levels?

A    It varied.  It would start at seven in the morning and
two or three o'clock, I'm not really a heavy sleeper, so four
or five o'clock getting home.  And the day would start all

1    over again.  And that's where the mattresses came in.  I took

2    naps during the day.

3    Q    Mr. Maynard, who took the money to the bank?

4    A    You did.

5    Q    Who saved the money for Club Levels?

6    A    You did.

7    Q    Who paid the bills at Club Levels?

8    A    You did, or Mr. Jones did.  Let me say it that way.

9    Q    Did Mr. Jones have a partner?

10   A    Yes.

11   Q    What is his name?

12   A    Adrian Jackson.

13   Q    Now, have there been occasion that Mr. Jones discussed

14   money or money problems over the phone or in person with you?

15   A    We talked about promoting the club and making more money.

16   Q    Now, when Mr. Jones griped about financial problems or

17   money problems, was the club broke?

18   A    The club wasn't broke.

19   Q    Now, how did we pay the security guards?

20   A    Mostly cash, cash would come in, cash usually went out.

21   It was easier that way.

22   Q    How did we pay the police officers?

23   A    Cash.

24   Q    Now, was it a time that with Club Levels employees that

25   we had to stop paying cash?

1    A    Yes, for tax purposes.

2    Q    Now, do you know who was doing Club Levels' accounting?

3    A    There was a tax office over on Raleigh Street, like

4    Raleigh, North Carolina, Raleigh Street over in Southeast.

5    Q    Now, when Club Levels or Mr. Jones started his grand

6    opening, was Mr. Jones using somebody else's liquor license?

7    A    Initially we were, we applied, but we didn't get it at

8    first.  Liquor license was under Mad Flow Entertainment,

9    which was -- the club name was Boom Boom Room.

10   Q    Now, during that time Club Levels was using the name Club

11   Levels, was the Boom Boom Room doing the taxes or Mr. Jones

12   was doing the taxes?

13   A    Because we hadn't had the liquor license approved, we had

14   to stay under Mad Flow.  I had to become an employee of Mad

15   Flow which left me still as a manager being employed by Mad

16   Flow.  It was only temporary until we got our license

17   approved.

18              THE DEPUTY CLERK:  This is Defense Exhibit 65.

19              THE COURT:  Sixty-five.  Any objection?

20              MS. URSCHEL:  No, Your Honor.

21              THE COURT:  Okay.  It's admitted.

22              (Defendant's Exhibit No. 65 was received

23         in evidence.)

24   BY MR. JONES:

25   Q    Mr. Maynard, do you recognize this document?

```
 1    A    Yes, it's the Alcohol Beverage Control Board, it's a

 2    license that you kept on the -- that we kept on the premises.

 3    We had to keep it displayed.

 4    Q    Do you see a date on this document?

 5    A    This bill, for the period of 9-14-2004 until 9-30-2005.

 6    Q    So, at this time Mr. Jones did eventually get his liquor

 7    license?

 8    A    Yeah, he got the liquor license approved.

 9    Q    Mr. Maynard, do you know if Mr. Jones invested into

10    another club?

11    A    Yeah, the club was called --

12              MS. URSCHEL:  Objection, Your Honor.

13              THE COURT:  Overruled.

14              THE WITNESS:  The club was called Killy's Cafe

15    northwest of -- near Howard University.

16    BY MR. JONES:

17    Q    Mr. Maynard, this is Government's Exhibit Levels SW-3.

18    Do you recognize this office?

19    A    It's downstairs office.

20    Q    Do you recognize this office?

21    A    That's the downstairs office.

22    Q    What is this part of the club?

23    A    It was the upstairs VIP room, we called it the red room

24    at one time.  And we just started calling it the VIP room.

25    Q    Are you sure?  What is this?
```

1    A    That's -- I'm sorry, okay, that's the red room.  The pool

2    tables, yeah, that was the red room.  The other was the small

3    VIP room, I'm sorry.

4    Q    So you said this is --

5    A    The small VIP room.

6    Q    Do you recognize -- can you tell the jury where this is

7    at?

8    A    That's the rear bar, the largest room we had, which was

9    the live entertainment, most of the bands played in this

10   room.  That's the rear bar.

11   Q    What about this one?

12   A    That's the smaller bar that was in the red room in the

13   front end of the red room.

14   Q    So, the small VIP, did it have a bar in there too?

15   A    Right, small VIP had a bar in there as well.

16   Q    This part, what was that used for?

17   A    That's the smaller stage for like, we had poetry or what

18   they call the spoken word, poetry and comedy shows, you could

19   have a jazz band fit there.  The younger, some of the younger

20   kids played there during, like, talent shows.

21   Q    Now, one more look at this Government's Exhibit SW-2.

22   And look one more time at Government's Exhibit SW-3.

23        Now, the pictures I'm getting ready to show you, this is

24   Defendant's Exhibit 21.  In the two photos I just showed you,

25   can you point at, point out this surface at all in that room?

1    A    No.

2    Q    I'm going to show you Levels, Government's Exhibit Levels

3    SW-5.  Can you see what's in the gentleman's hand?

4    A    It's a Ruger, then you have a magazine with a couple

5    bullets in it.

6    Q    Looking at the two photos that you just seen of Club

7    Levels, do you see this gun in those photos as that room?

8    A    It wasn't a gun in that room, no, sir.

9    Q    What about this background?

10    A    That background, if you move it to the right a little

11    bit --

12    Q    That's enough?

13    A    That's good.  There's a circular light.  They were

14    holding the gun up.  There's no circular light in that room.

15    Q    Now, in that picture of Club Levels, do you see --

16                THE COURT:  What number?

17                MR. JONES:  This is Government's Exhibit Levels

18    SW-4.

19    BY MR. JONES:

20    Q    Do you see this trash bag or this box behind any of the

21    doors or in that room at all?

22    A    No, they give a full view of the room, there's no box,

23    there's no black box.  I mean, there's no black bag either,

24    trash bag in that room.

25    Q    Mr. Maynard, we're going to run through this real quick.

1    Can you tell --

2             MS. URSCHEL:  Your Honor, if we could approach about

3    these exhibits.

4             (Witness withdrew from the witness

5        stand.)

6             (Bench conference.)

7             MS. URSCHEL:  There are a number of exhibits here we

8    were just handed by Mr. Jones.  Some appear to be photos of

9    Levels, and we have no objection to those.

10            THE COURT:  Okay, let me see.  These are all Club

11   Levels photos?

12            MS. URSCHEL:  Some are repeats, Your Honor.  Some, I

13   think are repeats of what the Government has admitted.

14            MR. JONES:  Okay, then I won't --

15            MS. URSCHEL:  But I can say it looks like they may

16   be on sheets with new pictures.

17            THE COURT:  Gwen, mark these as 66-A, B, C, D, and

18   E.  No objection, 66-A, B, C.  Those are in.  66-A.

19   through --

20            MS. URSCHEL:  I guess this is -- Mr. Jones just told

21   me this is a photo of a vehicle of Nicholas Jones.  I don't

22   know --

23            THE COURT:  Who?

24            MR. JONES:  Nicholas Jones.

25            THE COURT:  Who cares?

1           MR. JONES:  He's one of the managers.

2           THE COURT:  So what?

3           MR. JONES:  I'm showing that Nicholas Jones was a

4    manager in the club.

5           THE COURT:  We don't need to show a photo.  Ask him.

6    This doesn't show he's a manager.  Sustained as to 67.

7    Sustained.  It's a photo of Nicholas Jones's car.

8           MS. URSCHEL:  The next two, I think are photographs.

9    I assume he's trying to get the hearsay contained on these

10   documents in.  I'm not sure what legitimate purpose it would

11   serve.

12          THE COURT:  Oh, these are Government exhibits;

13   right?

14          MR. JONES:  Yes.

15          THE COURT:  I don't see why he can't get this in.

16   These are in from the ordinary course of business.  If

17   they're not, you've got a big problem on your hands.  But I

18   don't actually know what he can argue from it.  This is

19   Government's Exhibit Number, I mean, Defense Exhibit -- wait.

20   This is 68-A and B.  I don't think it's hearsay, but what are

21   you going to be able to argue from it?

22          MR. JONES:  They're talking about the key cards and

23   the receipt, the receipt that they talked about.

24          THE COURT:  You mean from the hotels in Atlanta?

25          MR. JONES:  Yes.

 1          THE COURT:  I know, but this doesn't -- without any

 2     explanation, it says receipts, invoices, day-timer.  That

 3     doesn't exclude what you're talking about.

 4          MR. JONES:  It shows J and Norma Horne said H.

 5          THE COURT:  Well, how do I know what they found in

 6     H?  There might have been other things in H.

 7          MR. JONES:  What she spoke of, they're saying --

 8     like they said that Delaney found --

 9          THE COURT:  You have to show me the testimony that

10     makes me think that this is inconsistent with Norma Horne.  I

11     can't rule without that.  So I'll hold onto these.  He

12     doesn't need to -- it's not good for him.  He wasn't there

13     for the search, was he?

14          MR. JONES:  No.

15          THE COURT:  Okay.  So I'll withhold on 68-A and B.

16     This is 68-A and B.

17          MS. URSCHEL:  The next are two, I assume the

18     photocopies of tickets, which we don't have any problem with

19     those.  And here, this may be an actual --

20          THE COURT:  69-A, B, C.  That's fine.

21          MS. URSCHEL:  We have no problem with that.  We do

22     have a problem with -- Mr. Jones has two magazines, which I

23     think those would be hearsay statements by Mr. Jones, I think

24     he's seeking to admit, about the club that were published in

25     magazines.  We would object to these two.

1          MR. JONES:  I'm trying to show that we had different

2     parties in the club.

3          THE COURT:  Okay.  You can take this out.

4          MR. JONES:  Yeah, well, I don't know how about

5     Mr. Balarezo, I don't know if he put the book in.  I just

6     want that paper.

7          THE COURT:  I know, well, can you make a Xerox of

8     the paper?

9          MR. JONES:  Yes.

10          THE COURT:  You can put it on the screen and make

11     a -- you can rip it out.  You don't need the whole thing.

12          MR. JONES:  Okay.

13          THE COURT:  What's this for?

14          MR. JONES:  That's just another article.

15          THE COURT:  Sustained as to the last article.

16          Okay.  So these are all Club Levels, there is 69-A,

17     B and C.  69-A, B and C.

18          MR. JONES:  Your Honor, I just want to put on -- I

19     just want to show that there are articles that were written

20     about Club Levels.

21          THE COURT:  Well --

22          MR. O'TOOLE:  If I could just, to help him out for a

23     second.  He's not introducing it to prove any matter

24     asserted --

25          THE COURT:  I know, but it's not going in.  He can

1   refresh his recollection.  If he doesn't remember them,

2   because it's filled with stuff.

3           MR. JONES:  Basically just talking about the club,

4   talking about the club.

5           THE COURT:  If he wants to put it in, the fact that

6   somebody wrote articles about him, he can bring it out, but

7   he's not putting the article in.  So 70 we sustained, and 71,

8   which is -- we can take off the one -- one page goes in which

9   says, Wednesday through Sunday.  You can rip it out or do

10  whatever you want.

11          MR. JONES:  Okay.  No problem.

12          THE COURT:  This is 70, 71, one page is going in.

13  Okay.  Let finish up with this witness.

14          (Open Court.)

15          THE COURT:  Okay, sir, you can retake the stand.

16          (Witness resumed the witness stand.)

17          THE COURT:  Sixty-seven is only ID; 68-A through B

18  are admitted; 70 is sustained.  It's a magazine.  69-A, B, C;

19  71 is one -- one page is admissible.  Number 70 is not going

20  in, ID only.  Seventy-one is one page, and it's --

21          (Defendant's Exhibit Nos. 68-A and 68-B,

22       69-A, 69-B, 69-C, and 71 were received in

23       evidence.)

24  BY MR. JONES:

25  Q   Mr. Maynard, I'm going to run through these photos real

1    quick.  This is Defense Exhibit Number 71.

2              THE COURT:  What's your question?

3    BY MR. JONES:

4    Q   Do you recognize this advertisement here?

5    A   Yes, it was out of one of the magazines, area magazines.

6    Q   Can you tell the jury what was Club Levels' advertisement

7    at this time?

8    A   We had a line-up, we had a regular line-up, Wednesday

9    through Sunday.

10   Q   Can you name some of the line-ups that you had?

11   A   You had -- the first one would be Raw Image CCB, and the

12   Reaction Band; that would be Wednesday.  Thursday you had

13   Backyard and a couple other bands.  Friday, you had TCB, they

14   played a couple nights a week.  I'm sorry, you got the old

15   school, which is EU, and Trouble Funk.  Those were on

16   Saturdays.  Then TCB played again on Sunday nights.

17   Q   Do you recognize the front of this building?

18   A   That was Club Levels.

19   Q   What else was in Club Levels?

20   A   Scoopie's, that little sign right there actually said

21   Scoopie's Soul Cafe.

22             MR. JONES:  This is Exhibit 66-A, Your Honor.

23   BY MR. JONES:

24   Q   Do you recognize this room right here?

25             THE COURT:  Where, top or bottom?

1              MR. JONES:  It's the same room.

2              THE COURT:  We can't see both pictures.

3    BY MR. JONES:

4    Q    Do you recognize this room right here?

5    A    Yes, that's the upstairs office after the search.

6    Q    Is this the same room?

7    A    The same room from the other wall.

8    Q    Where is this at in the club?

9    A    This was the main room.  You had all the band equipment,

10   the speakers, the towers, all of those were speakers.  You

11   can see the rear bar back there, the mic stands and

12   everything.

13   Q    What about this one right here?

14   A    That's the rear bar cash register.  And there's a --

15   yeah, just the bar, the freezer is down at the bottom, the

16   refrigerator's down at the bottom for the wine, the sink.  A

17   couple TV's on the ends.  I'm not sure if this was a TV,

18   though.

19   Q    The one down on the bottom, where is this at in the club?

20   A    The main room where the large bands played, back to the

21   speakers.  Had a couple of large fans used to be all over.

22   This is the sound board there.  And the rear bar would be all

23   the way in the back.

24   Q    Where is this at in the club?

25   A    Downstairs.  We used it for a sports bar.  There's a rear

1    bar here.  There's a television monitor there.  The two

2    hundred dollar water tanks there.  And there's a, not a bar,

3    but where the stool sat, everybody sat their drinks on both

4    sides.  And where you looking from is the upper stage, where

5    I said the poets and the comedians played.  And this was the

6    metal detector.  You got the trash cans back here.  You got

7    another large fan.  And that's about it.

8    Q   Now, if you was to go into the main office area, which

9    way would you go?

10   A   You had to go up these steps, which is here.  And there's

11   a door, it's actually a mirrored door.  So when you close the

12   door, just look like a mirror.  You can see the doorknob, but

13   that's the office hallway, there's about an eight-foot

14   hallway and the office is to the right.

15   Q   Do you recognize this flyer here?

16   A   Yes.  You've got, it was a Brawl, Chambay Mitchell.  In

17   the VIP lounge, we had different sponsors.  You can see down

18   at the bottom, Madness.  I can't read this one, I think it

19   was -- it was Toby, Big Toby Entertainment, Big Antoine, and

20   like showing advance tickets in the VIP room.

21   Q   So, do you know who is Toby Entertainment?

22   A   I can't think of Toby's first name.  He was one of the

23   managers.  I can't -- we just called him Toby so much, I just

24   forgot.

25   Q   Do you know who is Big Antoine?

1    A    At the time, I mean, you had a couple of Antoines there.

2    But I can't think of, right off the top, I know it was you,

3    and then there was a couple of other Antoines too.  But I

4    think that one was you.

5    Q    Do you see the telephone number?  Can you see the

6    telephone number?

7    A    Hold up.  No, I don't think that's your number.  I can't

8    tell.  4162 -- I can't tell.

9           THE COURT:  What number are these, please?

10          MR. JONES:  This is 69-B.

11          THE COURT:  Okay.  And the one before was 69-A, I

12   believe.

13          MR. JONES:  Yes.

14   BY MR. JONES:

15   Q    Do you recognize this flyer right here?

16   A    It's one of the VIP tickets, got them in advance, you

17   didn't get them at the door.

18   Q    Now, it says ladies free all night with passes.  Do that

19   mean ladies get the drinks free?

20   A    No.

21   Q    Let me run through these flyers.  They're all the same

22   exhibit, which is Defense Exhibit 72.  I'm going to put, to

23   make it go smooth and quicker --

24          THE COURT:  This is all part of 72?

25          MR. JONES:  Yeah, they're all the same.  I'm just

1     going to make it --

2              THE COURT:  All right.

3     BY MR. JONES:

4     Q   Starting from this one right here, if you know, can you

5     tell the jury --

6              THE COURT:  They're admitted.

7     BY MR. JONES:

8     Q   -- about these --

9              THE COURT:  They're admitted; right?

10             THE WITNESS:  That would be like a regular ticket.

11    BY MR. JONES:

12    Q   Can you point at it?

13    A   Yeah, it's got the green arrow on it.  We usually bought

14    that in advance or we had them at the club.  Gave them to

15    people that are just looking for tickets for our next event.

16    Q   What age is this group?

17    A   This was usually, you might get 25 and older, the old

18    school at that time would be up to like 30, 40 years old.

19    Q   What is this right here?

20    A   That one started out as a VIP card.  It may have lasted

21    for like two weeks.  And it was more so for special friends,

22    special invited guests, promoters.  You would actually give

23    them that card, and you see it had an expiration date on it.

24    Q   This one right here with the R., can you explain that to

25    the jury?

1    A    Rare Essence.  You had regular tickets, then you had

2    little tickets.  And this is when it started getting smaller,

3    it was a little cheaper, so we started buying the little

4    tickets.  But we still had promoters that would bring bigger

5    tickets or flyers.  So we just started having big tickets and

6    little tickets, which one it was supposed to be.

7        Usually the smaller tickets were VIP which you could put

8    in your wallet, but the bigger tickets were big so you could

9    tear them in half.

10   Q    This one right here, VIP?

11   A    VIP pass, ladies free before twelve.  Fellows, $15 before

12   twelve.  They was considered like the VIP tickets.  Usually

13   they had them in the club.  It didn't get you in the door,

14   but it got you in the VIP room.

15       Same thing, it was the little tickets, VIP passes.  They

16   didn't get them at the door.  They usually had them

17   previously from the time they came before until we started

18   putting expiration dates on it.  They kept those to say each

19   and every Wednesday night.  So certain ones were certain

20   nights.  And then certain ones are the smaller VIP tickets

21   that were for special events.

22   Q    Do you remember this event right here?

23   A    That was the New Year's Eve.  That was the little ticket.

24   We just happened to catch a deal on those.  Halo, which was

25   more of a, what do we call it, quartet.  And some of the guys

1    that we worked with, grew up with, they sang, and they had a

2    comedian, it was just a pretty good night.  They were

3    considered the little tickets because we caught a deal on the

4    ticket, but it came with a flyer too.

5    Q    These two flyers right here, do you recognize that flyer?

6    A    Yeah, that was -- that was a pretty good night.  Cee Lo

7    Green, we got a good deal.  Some promoters came through town,

8    I picked him up from the Hyatt Regency.  Prep Level was the

9    down south DJ.  Then one of the area bands, which was Raw

10   Image.  But Cee Lo Green played two nights.  We were lucky to

11   have him that time.  That was pretty good.

12   Q    Do you remember this event at Club Levels?

13   A    This was a pajama party held by the police, a police

14   officer, pajama cabaret, I'm sorry, pajama cabaret held by a

15   local Metropolitan Police officer.

16   Q    Do you know what --

17   A    Fifth District, I'm sorry.

18   Q    How far is Fifth District from Club Levels?

19   A    Right around the corner.

20   Q    Do you recognize these three events?

21   A    Whon-n-Em was a local band changed up.  Big Toby did

22   that.  Buck Wild Events was a female promoter, there were

23   dancers, lip syncers, they were more so female impersonators,

24   they did a regular night.  Then they became part of her event

25   called Buck Wild.  She ended up changing her name later on.

```
1    Q    This flyer right here, do you recognize that one?

2    A    John Adams is one of the promoters, he put his picture on

3    there.  Birthday bash.  It was a good night.

4    Q    These three flyers right here, do you recognize them?

5    A    E.U. played on a regular basis, three or four times a

6    month maybe.  They had other conflicts.  This is one of the

7    early shows, we were trying to promote with this prize for

8    $250 for best dressed female.

9    Q    What about this one right here?

10   A    That was the one I was just talking about, the best

11   dressed female.

12   Q    What about the next two?

13   A    E.U., Backyard, that was -- Backyard was real popular,

14   the guy who had a TV show, "The Wire," he played in Backyard.

15   And E.U. is a D.C. area favorite.  Sugar Bear, which is here,

16   he always came by.

17         We had VIP passes, you can see over here where they

18   showed VIP passes, catch Street live, catch the Street Team.

19   Street Team, live, in person, to get your VIP passes.  So if

20   they were to see one of the promoters or we had, like high

21   school kids that would put flyers on cars or put them in the

22   stores.  They would give -- if they walked up to them, they'd

23   give them a free pass.  That's how we started promoting with

24   the smaller VIP passes.  Everybody wants to feel a little

25   special.
```

1   Q   These two flyers, do you recognize these two flyers?

2   A   Yeah, that was something that we tried to do, but it

3   didn't actually pan out.  We tried to do a male review.  It

4   didn't work too tough.  That was more so like a happy hour

5   thing that we tried.  It started to be, like I said, down

6   here, after ten, but it didn't work out.

7       And this one, I'm trying to think, Eddy Jones, that was

8   the -- that was the dinner we had, the Valentine's Day

9   dinner.  And that came out pretty good.  The Young Bucks was

10  a younger band.  DJ Crazy over there, he was the house DJ.

11      Skip Mahoney was a comedian, and he did pretty good.  But

12  it was a Valentine Day dinner.  Everything was set up, it was

13  set up buffet style, but everybody had their own tables, and

14  got roses and everything.  And the Young Bucks was a new

15  band, but they had a CD release party at the same time.

16  Q   Do you remember Antoine's cell phone number back then?

17  A   (No response.)

18  Q   Did Mr. Jones promote in other places?

19  A   Yeah, that was the Le Fontaine Bleu, that was pretty big.

20  Q   Do you remember anybody else who promoted?

21  A   Yeah, Neesie.

22  Q   Who is Neesie.

23  A   She was one of our bartenders, she was the head

24  bartender.

25  Q   What is her whole name?

1    A    Shenese Gilmore.  Shenese Gilmore.

2    Q    Last flyer, Mr. Maynard, do you recognize that flyer?

3    A    Scoopie's, yes, Scoopie's Cafe, that was one of the grand

4    opening flyers.  We had those all over the city with a ten

5    percent off, open at eleven in the morning.  You can see --

6    and they had everything from fish to meat loaf, so we always

7    had people coming in and out at lunchtime or even in the

8    evenings.

9    Q    Mr. Maynard, at these events, the party that you've just

10   seen, what was the going rate for a drink?

11   A    We had drinks anywhere from 12 to 15 up to $150.  The

12   cheapest was like between 12 and 15.

13   Q    The bottles, champagne, Moet, what was the going rate for

14   the Moet?

15   A    Moet started at 150 up to 175.

16   Q    At these events, how many cases would you -- would Club

17   Levels sell at these events?

18   A    We usually buy around six cases.  Most of the time four,

19   we'd use up four, four to five.  But we always kept six.

20   Q    So, the amount of people varies with different events?

21   A    Yeah, the numbers vary.  You may get a young event that

22   outnumber the 30 and over event.  You may get a teen event

23   that wouldn't get -- or a comedy event that wouldn't get as

24   much as a jazz band.  But you would -- you'd average, with a

25   local band, 500 to 800 people.

1    Q   So, you said teen events.  What time was the teen events

2    and what age are we talking about?

3    A   Teen events was usually 16 or under.  Teen events were

4    almost like a community thing.  We would offer, say, like

5    AIDS awareness.  And we'd coordinate with the local health

6    clinic or health organization and we'd promote AIDS testing.

7    If you didn't get the test, it was $5.  If you got the test,

8    it was free.  And they did that in the lower lobby, the

9    sports bar that I described.  Moving all the chairs out and

10   they set up tables and little stations.  And the kids

11   actually got the health information.

12       We did mentoring, we had motivational speakers,

13   ministers.  And most of the time, we had those type of people

14   talk to the kids and give them advice throughout the

15   community.  Cheerleaders, we helped raise money for those

16   area cheerleaders right up the street at the recreation

17   center.

18       And the kids are good, it gave them an outlet most of the

19   time on Saturday and Sundays.  Most of the time it was from

20   either twelve to seven, no later than seven on Saturdays and

21   Sundays.

22   Q   Mr. Maynard, at an average Backyard event, how many

23   people do you believe would show up at an average Backyard

24   event?

25   A   You'd start it at 10:00 maybe with 200 people.  But by

1    twelve, one o'clock, the lines would still be so long that

2    you would have to wait for the place to empty out.

3    Q    What about a TCB event?

4    A    That would be the same.  They would come a little

5    earlier.  It would be 3, 400 people before 10:00.  And

6    usually by twelve, we'd have to slow that down a little.

7    Q    What about a Rare Essence?

8    A    Rare Essence, you're going to get maybe 500 people right

9    at 10:00.  And it would be a steady flow until as late as

10   two, and they'd still come in.  That was supposed to be like

11   the baller hour at 2:00 because the drinks and everything get

12   more expensive.  The later in the evening, the more it cost

13   you.

14            MR. JONES:  Thank you very much, Mr. Maynard.

15            THE COURT:  Okay.  I guess, ladies and gentlemen,

16   we'll take a recess.  And do the cross afterwards.  Okay?

17   Ten minutes, please.

18            (Jury Out.)

19            THE COURT:  Okay.  You're excused, sir.  But you

20   can't discuss your testimony with anyone.

21            (Witness excused.)

22            THE COURT:  How long are you going to be on cross?

23            MS. URSCHEL:  Maybe around, not too long, 20

24   minutes, 30 minutes.

25            THE COURT:  That's fine.  Then you have your

```
 1   witnesses here.

 2            MS. URSCHEL:  We have our witness, we have our

 3   rebuttal witness here, Your Honor.

 4            THE COURT:  Okay.  Is there anything besides this

 5   witness that you have?

 6            MR. JONES:  No, ma'am.

 7            THE COURT:  Okay.

 8            (A brief recess was taken.)

 9            (Jury Present.)

10            THE COURT:  Okay.

11                      CROSS-EXAMINATION

12   BY MS. URSCHEL:

13   Q   Good afternoon, Mr. Maynard.

14   A   Good afternoon.  How are you?

15   Q   Good, thank you.  Before you testified today, you took an

16   oath; right?

17   A   Yes, ma'am.

18   Q   And with that oath you swore to tell the truth?

19   A   Yes, ma'am.

20   Q   Now, that's not the first time you took an oath in this

21   courthouse, is it?

22   A   In this courthouse?

23   Q   Yes, in this courthouse, in the D.C. Federal Courthouse,

24   have you taken an oath before in the Federal Courthouse here

25   in D.C.?
```

```
 1    A    Oh, oh, for the -- I'm not sure which building.  But it
 2    was when I did the plea.
 3    Q    That's right.  That was on June 23rd, 2006, you took a
 4    plea to tell the truth; right?
 5    A    Yes, ma'am.
 6               THE COURT:  Took an oath.  He pled that day, but he
 7    took an oath.
 8               MS. URSCHEL:  Thank you, Your Honor, I misspoke.
 9    I'll clarify.
10    BY MS. URSCHEL:
11    Q    You took an oath to tell the truth that day; right?
12    A    Yes, ma'am.
13    Q    And that was the day that you pled guilty in a drug
14    conspiracy in this courthouse; right?
15    A    Yes, ma'am.
16    Q    And before you pled guilty that day, the judge,
17    Magistrate Judge Facciola, asked you a number of questions;
18    right?
19    A    Yes, ma'am.
20    Q    And he asked you a number of questions because he wanted
21    to make sure that your plea was willful and knowing; is that
22    right?
23    A    Yes, ma'am.
24    Q    He asked you if anyone was forcing you to plead guilty;
25    right?
```

```
1    A    Yes, ma'am.

2    Q    He asked you if anyone had threatened you to plead

3    guilty; right?

4    A    Yes, ma'am.

5    Q    He asked you if you wanted to plead guilty -- if you were

6    pleading guilty because you wanted to plead guilty; right?

7    A    Yes, ma'am.

8    Q    And he asked you if pleading guilty was done of your own

9    free will; right?

10   A    Yes, ma'am.

11   Q    You had a lawyer there; right?

12   A    Yes, ma'am.

13   Q    And he asked you if you were satisfied with your lawyer;

14   right?

15   A    Yes, ma'am.

16   Q    And in addition to asking you those questions, he also

17   had you go through a statement of facts.  Do you remember

18   that?

19   A    Yes, ma'am.

20   Q    And that statement of facts, this is already admitted,

21   it's Government's Exhibit Miscellaneous 60.

22        And this document that you can see on the screen before

23   you, this is the statement of facts that you agreed to that

24   day; correct?

25   A    Yes, ma'am.
```

1   Q   And so we're clear, this is your signature here; right?

2   A   Yes, ma'am.

3   Q   And it has the date of June 23rd, 2006.

4   A   Yes, ma'am.

5   Q   And it has your lawyer's signature, Howard Katzoff;

6   correct?

7   A   Yes, ma'am.

8   Q   And also the date of June 23rd, 2006.

9   A   Yes, ma'am.

10  Q   And when Judge Facciola went through that document with

11  you, he asked you if the facts on that document were true;

12  correct?

13  A   Yes, ma'am.

14  Q   And you had to admit that the facts on that document were

15  true; correct?

16  A   Yes, ma'am, for him to accept the plea, yes, ma'am.

17  Q   And I'd like to go through some of your answers to some

18  of the questions that Magistrate Judge Facciola gave you.

19  A   Yes.

20  Q   So I'm going to give you a transcript so you can follow

21  along to the questions I'm reading.

22      And this is Miscellaneous 61.

23          THE COURT:  For identification?

24          MS. URSCHEL:  For identification at this time, Your

25  Honor.

1    BY MS. URSCHEL:

2    Q   Let's look on, if you could just flip over to page two of

3        that document.

4    A   Yes.

5    Q   The judge asked you, "Mr. Maynard, do you first

6        understand that you are under oath and must

7        answer my questions truthfully?"

8        And you answered, "Yes, sir."  Right?

9    A   Yes, ma'am.

10   Q   And then he asked you, "Do you understand that

11       if you don't answer my questions truthfully,

12       any false statement you make shall be used

13       against you.  Do you understand that?"

14       And you responded, "Yes, sir."  Right?

15   A   Yes, ma'am.

16   Q   And the Judge then said, "Now, first of all,

17       Mr. Maynard, it's important that you understand

18       you don't have to plead guilty.  Do you

19       understand that?"

20       And you said, "Yes, sir."  Correct?

21   A   Yes, ma'am.

22   Q   He then asked, "You can plead not guilty and

23       demand a jury trial.  Do you understand that?"

24       And you said, "Yes, sir."  Correct?

25   A   Yes, ma'am.

1    Q    Now, a little bit further down on that page, it says,

2    it's again page 3, line 24, the magistrate judge asked you

3    another question.

4          He said, "Mr. Maynard, you're going to have to

5          admit your guilt before I'll accept or before I

6          will recommend the acceptance of your plea of

7          guilty.  Do you understand that?"

8          And you said, "Yes, sir."  Is that correct?

9    A    You kind of misread it.  It said, "admit your guilt

10   before I'll accept."  And then he said, "or before I'll

11   recommend the acceptance of your plea of guilty."

12   Q    Right.  So why don't I read it again just to make sure

13   we're all on the same page.  The magistrate judge said:

14         "Mr. Maynard, you're going to have to admit

15         your guilt before I'll accept or before I will

16         recommend the acceptance of your plea of

17         guilty.  Do you understand that?"

18         And you said, "Yes, sir."  Is that correct?

19   A    Yes, ma'am.

20   Q    Then the judge said, "I'm advised, sir, that

21         you're going to plead guilty to a conspiracy to

22         distribute and a possess with intent to

23         distribute five kilograms or more of cocaine.

24         What that means is that you're agreeing to

25         plead guilty to the crime of agreeing with

1      other people to distribute and possess with

2      intent to distribute a very large amount of

3      cocaine.  Do you understand that?"

4      And you said, "Yes, sir."  Is that correct?

5  A   Yes, ma'am.

6  Q   All right.  So let's get to those other questions I asked

7  you about.  So let's turn to page six of that document.  And

8  I'm going to focus you on line nine.

9      The judge asked you, "Now, there has been

10     handed to me a document dated June 9th, 2006,

11     and from what I can tell it bears your

12     signature on the last page.  Is that your

13     signature, Mr. Maynard?"

14     And you said, "Yes, sir."  Is that correct?

15 A   Yes, ma'am.

16 Q   And, in fact, the document he was referencing was your

17 plea agreement; correct?

18 A   Yes, ma'am.

19 Q   Now, just so we're clear, am I correct that the date of

20 your plea agreement, the date on it was June 9, 2006.  And

21 then you signed this on June 23rd, 2006.

22 A   Yes, ma'am.

23 Q   So then the judge asked you, "Did you read this

24     agreement thoroughly before you signed it?"

25     And didn't you respond, "Yes, sir"?

1  A   Yes, ma'am.

2  Q   The judge asked, "Did you talk to your lawyer

3      about it?"

       And you said, "Yes, sir."  Correct?

4

5  A   Yes, ma'am.

6  Q   And then the judge asked, "Are there any

7      questions you wish to ask him before we

8      proceed?"

9      And you said, "No, sir."  Correct?

10 A   Yes, I said no, sir.

11 Q   Okay.  Then the judge asked, "All right.  Are

12     you satisfied with your lawyer's services to

13     you?"

14     And you responded, "Yes, sir."  Correct?

15 A   Yes, ma'am.

16 Q   And this was all under oath; right?

17 A   Yes, ma'am.

18 Q   The next question that the judge asked you was,

19     "Are there any questions you have of him that

20     you would like to ask before we go any

21     further?"

22     And you said, "No, sir."  Right?

23 A   Correct.

24 Q   And again, all of these questions and answers are under

25 oath; right?

```
 1    A    Yes, ma'am.

 2    A    Okay.  Now, a little further down at line 16,

 3         the judge said, "All right.  Mr. Maynard, are

 4         you pleading guilty because you want to?"

 5         And you said, "Yes, sir."  Correct?

 6    A    Yes, ma'am.

 7    Q    And then the judge asked, "Has anyone forced

 8         you to plead guilty?"

 9         And you said, "No, sir."  Is that right?

10    A    That's correct.

11    Q    The next question he asked you was, "Anyone

12         threaten you with any harm if you didn't plead

13         guilty?"

14         And you said, "No, sir."  Correct?

15    A    Correct.

16    Q    And then he asked, "So this plea of guilty is

17         the product of your own free will?"

18         And you said, "Yes, sir."  Correct?

19    A    Yes, ma'am.

20    Q    The next question he asked you was a little long.  And

21    I'm going to read it to you just so we're all on the same

22    page about what you said under oath.

23         The judge said, "All right.  Mr. Maynard, I'm

24         about to recommend to Her Honor to accept your

25         plea of guilty.  But before I do, I've got to
```

satisfy myself that there are facts independent

of your plea of guilty that would have

permitted a jury to find you guilty beyond a

reasonable doubt.

"Now, to that end, the Government filed what

are called a statement of facts.  And it says

as follows:  That the beginning at least in

early 2004, you began to assist a man named

Antoine Jones with some of the activities of a

drug organization that distributed

multi-kilogram quantities of cocaine in

Washington, D.C. and elsewhere.

"Your role included renting a house in Maryland

which was used by one of Jones's sources to

facilitate the storage of quantities of cocaine

or for other drug-related activities.  You

acted as a courier of cash to one of his

sources.  And you occasionally distributed

cocaine and received payment for drugs from

some of his customers.  All of this occurred in

the District of Columbia.

"During the course of your relationship with

the man named Jones, more than 50 kilograms,

but less than 150 kilograms of cocaine were

distributed by members of this conspiracy.

1          "That's the facts the Government says it could

2      prove.  Is that true?"

3      And you said, "Yes, sir."  Correct?

4  A   Yes, ma'am.

5  Q   Next question, "Can the Government prove those

6      facts?"

7      And you said, "Yes, sir."  Correct?

8  A   Yes, ma'am.

9  Q   And you said that because these facts contained in the

10 statement of facts are true; correct?

11 A   No, ma'am.  I said it because I was facing a lot of time

12 if I didn't agree to this plea.

13 Q   So you're saying that you lied under oath?

14 A   Ma'am, I tried to get the easiest --

15 Q   Mr. Maynard, are you saying that you lied under oath?

16 A   Yes, ma'am.

17 Q   So you're saying you would lie under oath in this

18 courthouse?

19 A   I have before this case, before the plea agreement.

20 Q   So you're saying you'd lie under oath in this courthouse

21 about your dealings with Mr. Jones?

22 A   Not about Mr. Jones.  I was just trying to get out of

23 facing 24, 25 years.

24 Q   And you stated under oath that you assisted Mr. Jones

25 dealing drugs; correct?

```
 1    A    I stated according to this plea, yes, ma'am.

 2    Q    Not just according to this plea, you gave your word,

 3    didn't you?

 4    A    Yes, ma'am, to this plea.

 5    Q    You said under oath that you assisted Mr. Jones in

 6    distributing drugs; correct?

 7    A    I said it under oath, yes, ma'am.

 8    Q    So you're saying you'll say whatever under oath that

 9    suits your purpose?

10    A    I'm not saying that, ma'am.  But I was facing a lot of

11    time, ma'am.

12    Q    So you're admitting that you would lie under oath?

13    A    I lied for this plea, yes, ma'am.

14    Q    Now, you've known Mr. Jones a long time, haven't you?

15    A    Yes, ma'am.

16    Q    He's a good friend of yours?

17    A    We've been friends, worked together for years before we

18    even became friends, but, yes, ma'am.

19    Q    So you consider yourself friends; right?

20    A    Yes, ma'am.

21    Q    And you worked for him; right?

22    A    Yes, ma'am.

23    Q    You were his right-hand man, essentially?

24    A    That's what they always say, yes, ma'am.

25    Q    Right.  And you sort of did whatever he needed you to do?
```

1   A   Work relationship, yes, ma'am.

2   Q   Okay.  And you had the chance to speak to Mr. Jones

3   recently, haven't you?

4   A   We've talked, yes, ma'am.

5   Q   Okay.  And you talked at the D.C. Jail; right?

6   A   Yes, ma'am.

7   Q   And you talked about what you were going to testify about

8   today; right?

9   A   We have referenced to that, yes, ma'am.

10  Q   Okay.  And he told you what he was going to ask you.  And

11  you talked about what you were going to say; correct?

12  A   Yes, ma'am.

13  Q   One more thing, Mr. Maynard, are you the same Lawrence

14  Maynard that was convicted in Case Number 05-386 of

15  conspiracy to distribute and possess with intent to

16  distribute five kilograms or more of cocaine and 50 grams or

17  more of cocaine base in January 2008?

18  A   Yes, ma'am.

19      MS. URSCHEL:  No further questions.

20                    **REDIRECT EXAMINATION**

21  BY MR. JONES:

22  Q   Mr. Maynard, did you get convicted for five kilos or

23  more?

24  A   No, sir.

25  Q   What -- tell the jury what did you get convicted of?

```
 1    A    There was --

 2              MS. URSCHEL:  Objection, Your Honor.

 3              THE COURT:  Wait a minute.  Hold up.  Let's

 4    approach, please.

 5              (Bench conference.)

 6              THE COURT:  Obviously it had to be five or more.

 7              MR. JONES:  It was two.  The verdict form, he got

 8    found not guilty.  He got found not guilty of the five kilos.

 9    And it was two kilos.  She brought it up.

10              THE COURT:  Yeah.  So, what was the question?  Okay.

11              MS. URSCHEL:  And can we ask for the amount of the

12    crack cocaine?

13              THE COURT:  Not proven is five kilograms or more.

14    Five hundred kilograms or more, but less than five.  So you

15    can't say two.  That's not true.  It's between 500 grams and

16    five kilograms.  Less than five kilograms, more than 500

17    grams.  So it's not two.

18              MR. JONES:  Okay.

19              THE COURT:  Okay?

20              MS. URSCHEL:  Thank you.

21              (Open Court.)

22              THE COURT:  The last exchange, the objection is

23    sustained.  Ask the question again.  And the last question

24    and answer about two is stricken.

25
```

BY MR. JONES:

Q   Mr. Maynard, when you was indicted, was you indicted for

five kilos or more?

             MS. URSCHEL:  Objection, Your Honor.

             THE COURT:  No, just ask him what he was convicted

of.  Less than five and more than 500 grams.  Less than five

kilograms, more than 500 grams.  Is that what you were

convicted of?

BY MR. JONES:

Q   Was you convicted for less than five kilos?

A   Less than five kilos, but more than 500 grams was my

conviction.

Q   Mr. Maynard, let's look at this statement that she

pointed out.  Did you write this statement?

A   I didn't write anything on there.

Q   Did you have any input in this statement?

A   I didn't give any statements, any proffers.  I didn't

give any orally or written at all.  I just answered yes to

everything.

Q   They put up a statement of facts by the Government.  Look

down and it says, 50 kilograms, but less than 150 kilograms.

Down at the last --

A   Where it said -- where it said, "During the course of

Maynard's relationship with Jones, more than 50 kilograms,

but less than 150 kilograms of cocaine was distributed by

1    members of the conspiracy."

2    Q    So Mr. Maynard, were you coerced at all to take this cop?

3    A    I was advised over and over by two different -- two

4    different lawyers that this case was similar to a Rayful

5    Edmond's case.  And 22 to 25 years is not unusual.  I started

6    with one indictment.  One count.  That one count --

7             THE COURT:  No, no, no, wait a minute.  He's getting

8    all confused.  That's not right.  You didn't start with one

9    count.  You just can't keep going like this.

10   BY MR. JONES:

11   Q    Mr. Maynard --

12            THE COURT:  You were indicted on a multicount

13   indictment, sir.  What you pled to was one count.

14   BY MR. JONES:

15   Q    Mr. Maynard, in October 2005, did you have financial

16   problems?

17   A    I was behind --

18            MS. URSCHEL:  Objection, Your Honor.

19            THE COURT:  Maybe.

20            MS. URSCHEL:  Beyond the scope.

21            THE COURT:  Yeah, it certainly is.  But I don't know

22   what the relevance is either.

23            You can answer if you did, if you can answer.

24            THE WITNESS:  Yes, I was behind in my bills.

25            THE COURT:  You what?

1          THE WITNESS:  I was behind, paying late on a couple

2     of bills, yes, ma'am.

3     BY MR. JONES:

4     Q    What was you driving during that time of October --

5          MS. URSCHEL:  Objection, relevance.

6          THE COURT:  Yeah, I don't see how that's relevant.

7     I can't imagine.  Sustained.

8          MR. JONES:  Your Honor, the Government is pointing

9     out that this man --

10         MS. URSCHEL:  Objection, Your Honor.

11         THE COURT:  You can't make speaking objections.  I

12    don't know what the relevance is.

13         MR. JONES:  No further questions.

14         THE COURT:  All right.  Anything else?

15         MS. URSCHEL:  Nothing further, Your Honor.

16         THE COURT:  All right.  You may be excused.

17         (Witness excused.)

18         THE COURT:  Call your witness.  Is there -- are

19    there any more witnesses or exhibits for the defense?

20         MS. SCIALPI:  Court's indulgence, Your Honor.

21         (Pause.)

22         THE COURT:  Do you need a minute to rest?  You

23    haven't rested.

24         MR. O'TOOLE:  With the Court's indulgence for a

25    moment.  We have potentially one issue we may need to talk to

```
1    the Court about, if you could give us a moment.

2              THE COURT:  All right.

3              I think I'll excuse the jury for a minute.  It is

4    Valentine's Day.  We're going to finish the testimony.  The

5    case is this far away from finishing, so let us just excuse

6    the jury while he concludes his review to make sure he's

7    finished his case.

8              (Jury Out.)

9              (Pause.)

10             THE COURT:  Do you want to take a break, Mr. Jones?

11             MR. JONES:  Yeah, I'd like to take a break.

12             THE COURT:  We're going to resume as soon as Mr.

13   O'Toole gives us the okay.

14             (The Court and Deputy Clerk conferred off

15        the record.)

16             (Pause.)

17             THE COURT:  Where do you stand, Mr. Jones?

18             MR. JONES:  Your Honor, the defense rests.  The only

19   thing I need to put in is the two videos.  The Government is

20   going to supply me with one.  And the defense team has

21   another one, the second one.

22             THE COURT:  Well, does anybody have them?  Where are

23   they?

24             MR. JONES:  The Government —— these tapes, we had

25   them in the last trial.  And, because Mr. Balarezo played
```

```
1    them.

2             THE COURT:  All right.

3             MR. JONES:  But I don't have them, you know, I don't

4    have them.

5             THE COURT:  Well, do any of the people, stand-by

6    have them?

7             MR. JONES:  We have one of them.

8             MS. SCIALPI:  We have one of them, not currently

9    with us.  We have stuff at our office.  That one tape.

10            THE COURT:  And what about the Government's tape?

11            MR. JONES:  The Government, if I'm correct, is going

12   to make up a little snippet.

13            THE COURT:  Can you play the little snippet now and

14   you can make up whatever you want later?

15            MR. JONES:  I don't think they made it up, Your

16   Honor.

17            THE COURT:  Well, I'm asking.  Do you know what this

18   is?

19            MS. SOLTYS:  Yes, today for the first time we were

20   told that Mr. Jones would like to have -- wanted to play a

21   disk that just shows some activity outside of Levels.  Then

22   we were told that he doesn't actually have it.  And so I

23   suggested that we would try and find it and create what he

24   wants for his benefit.  So I --

25            THE COURT:  Well, then they'll just have to see it
```

1    completely out of order.  But it doesn't have anything to do

2    with what you have.

3                MS. SOLTYS:  No.

4                THE COURT:  They're both Government tapes, I assume.

5                All right.  Subject to that.  That's it?  Everything

6    is in?  You've checked your exhibits?  Sara is maintaining

7    for the Court the originals of all defense exhibits, those

8    that were admitted and those that were not.

9                If you want us to -- there are some exhibits that

10   weren't admitted, like that magazine.  I don't care, I don't

11   think -- I get to keep it unless you want it.

12               MR. JONES:  No, I took it out like you said.

13               THE COURT:  That's the exhibit.  But the thing that

14   I didn't let in for purposes of any appellate issues, they

15   have to have it.  So I have to take the magazine.

16               MR. O'TOOLE:  It's here, we have it.

17               THE COURT:  All right.  Bring in the jury.

18               MS. SOLTYS:  So then Mr. Jones will stand up and say

19   he rests.

20               THE COURT:  Yeah, subject to the two little videos

21   that will be played.  They're very short, I assume.  It's

22   that pole camera.

23               MS. SOLTYS:  I haven't seen it, so.

24               THE COURT:  Oh, I have.

25               MR. O'TOOLE:  I think there's a pole camera, and I

1    think it's somebody ascending the steps at Summit Circle.  I

2    think there were some parts that he would simply get them

3    admitted out of the jury's or in the jury's presence and just

4    play them in his closing argument.

5            THE COURT:  That may be, that's fine, but you've got

6    to show it to the Government, the one that she doesn't have.

7    They haven't seen it.  So you've got to bring it next time.

8    And, or get it to her tomorrow so that it can be used in your

9    closing because if it can't be used in the closing because

10   she's going to object for some reason, I don't know, I don't

11   recall seeing it.

12           MR. O'TOOLE:  I don't think it will be

13   objectionable, and I'm sure we can work this out.

14           THE COURT:  Fine.  Right.  You're going to use them

15   in your closing?  Is that the idea?  Who's got the equipment

16   to play them?

17           MS. SOLTYS:  Well, if it's just the DVD, then we

18   will, we'll be happy to play it.

19           THE COURT:  Well, I don't know what it is.  Can you

20   work that out because --

21           MR. O'TOOLE:  Yes.

22           THE COURT:  -- we're not going to obviously be able

23   to bring in equipment.  It's got to be the Government's

24   equipment, I would think.

25           All right.  Then you'll call your last -- you'll

1    stand and say that subject to two exhibits that are being

2    prepared, you rest.

3            MR. JONES:  Okay.

4            MR. O'TOOLE:  Thank you.

5            MR. JONES:  Thank you, Your Honor.

6            THE COURT:  The Government will provide a clean tape

7    machine for them?  So they can listen to tapes if they want?

8            MS. SOLTYS:  Yes.

9            (Jury Present.)

10           THE COURT:  Okay, Mr. Jones, anything further?

11           MR. JONES:  Your Honor, I have two videos, and I

12   will rest my case.

13           THE COURT:  All right.  Well, we're trying to put

14   those videos together for you so you have the appropriate

15   size.  So you're resting subject to that being done on

16   Tuesday.

17           Your turn.

18           MS. SOLTYS:  Your Honor, in the rebuttal case, the

19   Government calls Victoria O'Brien as its first witness.

20           THE COURT:  All right.  First or second or last?

21           MS. SOLTYS:  First.

22           THE COURT:  And only?

23           MS. SOLTYS:  The second will be Norma Horne who will

24   play two tapes.

25           THE COURT:  Okay.

1          THE DEPUTY CLERK:  Ma'am, please raise your right

2     hand.

3          **VICTORIA O'BRIEN, GOVERNMENT REBUTTAL WITNESS, SWORN**

4          THE DEPUTY CLERK:  Thank you.  You may be seated.

5                         **DIRECT EXAMINATION**

6     BY MS. SOLTYS:

7     Q    Good afternoon.

8     A    Good afternoon.

9     Q    Would you state your name for the record.  Would you

10    spell your last name for the benefit of the Court Reporter,

11    and would you please introduce yourself to the members of the

12    jury by telling them how you're employed and in what

13    capacity?

14    A    My name is Victoria O'Brien.  My last name is O

15    apostrophe B-R-I-E-N.  I'm employed by the Internal Revenue

16    Service.

17    Q    Are you a custodian of business records for the IRS?

18    A    Yes, I am.

19    Q    And did my office, the United States Attorney's Office

20    for the District of Columbia, request the IRS to provide tax

21    records for Club Levels Entertainment, Inc.?

22    A    Yes.

23    Q    And did we do that, make that request pursuant to a Court

24    Order that was signed by a judge here in this Federal

25    District Courthouse back in September of 2006?

1    A    Yes.

2    Q    And did the IRS then search and provide my office, the

3    United States Attorney's Office for the District of Columbia,

4    with the results of that search for tax records pertaining to

5    Club Levels Entertainment, Inc.?

6    A    Yes, we did.

7    Q    And the same thing with respect to Mr. Jones.  Did my

8    office, the United States Attorney's Office, request the IRS

9    to provide tax records for Antoine Jones, the defendant in

10   this case?

11   A    Yes.

12   Q    And was that request made pursuant to a Court Order that

13   was signed by a federal judge here in this very courthouse?

14   A    Yes.

15   Q    And as a result of that request and that Court Order, did

16   the IRS then search and provide my office with the results of

17   the search for tax records pertaining to Mr. Antoine Jones?

18   A    Yes, we did.

19   Q    So I'd like to start off talking to you about Levels.

20          MS. SOLTYS:  And I'd like to offer into evidence,

21   Government's Exhibit Number Miscellaneous 29.

22          So, Miscellaneous 29 without objection, Your Honor.

23          THE COURT:  Twenty-nine is admitted, Miscellaneous

24   29.

25          (Government's Exhibit No. Miscellaneous

1      29 was received in evidence.)

2   BY MS. SOLTYS:

3   Q    Ms. O'Brien, were there any corporate income tax returns

4   submitted on behalf of Club Levels during its entire period

5   of existence between, anytime between 2001, 2002, 2003, 2004

6   and 2005?

7   A    No.

8   Q    And what are the obligations of a corporate entity to

9   file forms and pay taxes?

10  A    Any corporation in the United States is supposed to file

11  the returns yearly on the income that they have received.

12  Q    And did businesses have to provide their employees with

13  W-2 forms?

14  A    If they are paid, yes.

15  Q    And was there -- with respect to the IRS, a search was

16  made.  Was there any record of Club Levels making any money,

17  paying any kind of taxes or paying its employees?

18  A    No, there was no record.

19       MS. SOLTYS:  With respect to Mr. Jones, we'll offer

20  into evidence Government's Exhibits Numbers -- Miscellaneous

21  62 and Miscellaneous 28.

22       THE COURT:  They're already in; right?

23       THE DEPUTY CLERK:  Twenty-eight is not in.  And 62

24  is not in.

25       THE COURT:  Oh, okay.  Sixty-two and 28, no

1    objection.

2         MS. SOLTYS:  I'm sorry, Your Honor, did you say that

3    they're in?

4         THE COURT:  I said is there any objection?

5         MR. JONES:  No objection.

6         THE COURT:  Okay.  Admitted.

7         (Government's Exhibit Nos. Miscellaneous

8       28 and 62 were received in evidence.)

9    BY MS. SOLTYS:

10   Q   Miscellaneous Number 28, you've had an opportunity to

11   review this document before you are testifying here today; is

12   that correct?

13   A   Yes.

14        THE COURT:  Twenty-eight or 29?

15        Any objection to 29?

16        MR. JONES:  No, Your Honor.

17        THE COURT:  I'm sorry, 29 is in as well, and 62 and

18   28.

19   BY MS. SOLTYS:

20   Q   And in preparation for your testimony here today, did you

21   have an opportunity to review what's been marked as

22   Government's Exhibit Number 58, which were the income tax

23   records for Deniece Johnson and Antoine Jones?

24   A   Yes.

25   Q   Or Deniece Jones and Antoine Jones from 2001, their 2002

1    tax return, and their 2005 tax return, as well as W-2s for

2    Mr. Jones during that period of time?

3    A    Yes.

4    Q    And is legitimate income submitted to the IRS on a

5    particular form, a W-2?

6    A    Yes, if it's paid by a company, yes.

7    Q    Does this chart reflect the total of the legitimate

8    income that Mr. Jones received according to the records

9    maintained by the IRS?

10   A    Yes.

11   Q    And I'll just ask if you can explain to the Court and to

12   the jury for 2003 and in 2004, there was no tax return that

13   was filed; is that correct?

14   A    That is correct.

15   Q    And then with respect to the information that is

16   contained here, the $334, is that the sum total of income

17   that was reported for Mr. Jones to the IRS for that year?

18   A    Yes.

19   Q    And then the last line for 2005, no W-2, 60,000 listed as

20   with an explanation.  Would you like to look at the tax form

21   for 2005 and provide the jury with the explanation for that

22   listing?

23   A    Yes.

24   Q    Okay.  This is 2005, and the amount is listed here

25   $60,874; is that correct?

1    A    That is correct.  It is listed as business income with a

2    Schedule C. attached.  And when you go back to the Schedule

3    C., it is listed under Mr. Jones for that year.

4    Q    You're talking --

5    A    Not that page.

6    Q    The Schedule C., the name of the proprietor for the

7    principal business of meeting planner is only listed as

8    Antoine Jones; is that correct?

9    A    That's correct.

10   Q    But according to the signed statement, the meeting

11   planner in the family is Deniece Jones; is that correct?

12   A    That's correct.

13   Q    So, for Mr. Jones for 2005, there was no reported income;

14   is that correct?

15   A    It's reported on the Schedule C and the Schedule C as his

16   name.

17   Q    Correct.

18   A    That is the way we received it.

19   Q    And other than the business income that is attributed to

20   the meeting planner business, there are no other W-2s or any

21   evidence of Mr. Jones receiving any other income; is that

22   correct?

23   A    That's correct.

24   Q    And then, with respect to the tax returns for the 2001,

25   married, filing jointly, the income is listed as 32,000 for

1   the year; is that correct?

2   A    That is correct.

3   Q    For 2002, the income is listed as total income $60,626;

4   is that correct?

5   A    Can I see the top?  I can't see the year.  Thank you.

6   Yes, that's correct.

7   Q    And for 2005, the total income is listed as $48,019; is

8   that correct?

9   A    That's correct.

10          MS. SOLTYS:  Thank you, Ms. O'Brien.  I have nothing

11   further.

12                        **CROSS-EXAMINATION**

13   BY MR. JONES:

14   Q    How are you doing, Ms. O'Brien?

15   A    Good, how are you?

16   Q    All right.  Now, in 2001, you said that Mr. Jones

17   reported 1,544?

18   A    I would have to see the return.

19   Q    This is Government's Exhibit 62.

20   A    Okay.  Yes.

21   Q    In 2002 -- let's go back to 2001.  Do you know how many

22   months did Mr. Jones work in 2001?

23   A    No, I do not.

24   Q    In 2002, you say Mr. Jones worked, made $13,739; correct?

25   A    That's what was reported, yes.

```
 1   Q   Did you know where that income come from?

 2   A   My recollection was that it came from two W-2s.

 3   Q   Was that D.C. and Maryland, D.C. rec and Maryland

 4   recreation?

 5   A   That, I don't know.

 6   Q   Okay.  Now, in 2003, it says no tax return filed.  So

 7   this is $334.  You're saying that Mr. Jones only made $334

 8   that year?

 9   A   The $334 was reported to us from another source because

10   we didn't have a tax return filed.

11   Q   Can you tell the jury what source it was?

12   A   The source is from the Social Security.

13   Q   Social Security.

14   A   Uh-huh.

15   Q   So the two jobs that Mr. Jones worked in 2003, was it

16   reported?

17   A   We did not have records other than the 334.

18   Q   So you did not have records of the two Maryland and D.C.

19   recs that you mentioned in 2002?

20   A   The 334 could be one of those employers, I don't know.

21   Q   Okay.  So Ms. O'Brien, in 2004, it said no tax return

22   filed.

23   A   Correct.

24   Q   Did you know if Mr. Jones had a club during that time?

25   A   No, I do not.
```

1    Q    Do you know if Mr. Jones was working under somebody

2    else's tax number?

3    A    No, I do not.

4    Q    Have you ever heard of Mad Flow Records?

5    A    No.

6    Q    So, did you check and see if they paid their taxes?

7    A    No.

8    Q    So you don't know if they reported taxes that year in

9    2004?

10   A    If they had issued a W-2, that figure would have come up

11   under -- the same as the 334, if there had been a W-2 with

12   income.

13   Q    But the Government didn't check that; correct?

14   A    For 2004, we had no, we had no information for income for

15   the W-2.

16   Q    For Mad Flow?

17   A    For Mr. Jones's Social Security number, it's based on

18   Social Security numbers.

19   Q    Right.  Now, can you give me an understanding because I

20   never did the taxes.  So I'm not sure.  Can you give me an

21   understanding of part one income?

22   A    Part one income is the gross receipts, and you take off

23   the cost of goods sold.  And then you end up with the gross

24   income.

25   Q    So, for my understanding, when you say gross receipts,

1   exactly what do you mean?

2   A   That would be all the income that is brought in.

3   Q   This is 2005.

4   A   Okay.

5   Q   Ms. O'Brien, the same here, part one income.  Can you

6   explain to the jury how much was gross receipts that year in

7   2002?

8   A   The gross receipts were 193,159.

9   Q   So this is 2002.

10  A   Correct.

11  Q   So out of the 193,000, Mr. Jones only contributed 13,739;

12  is that what you're saying?

13  A   I would have to see the front page of the return again.

14  Thank you.

15      Yes, 13 739.

16  Q   Now, this is 2001.  Same here.  What is the gross

17  receipts?

18  A   The gross receipts are 134,512.

19  Q   Now, you're saying that Mr. Jones contributed $1,544;

20  correct?

21  A   I have to see the front page, I'm sorry.

22          THE COURT:  Put it on the Elmo.  I'm a little

23  baffled why we're into 2001 and '02, but.

24          THE WITNESS:  Yes, the wages are 1,544.

25

BY MR. JONES:

Q   Now, the rest of the gross receipts, is it a company that is contributing the rest of the money?  Is this Ms. Deniece Johnson at the time?

A   Yes.

Q   Is she -- in this right here, do she have a business in this right here?

A   The Schedule C, I believe was under her name.

Q   Okay.  So, she contributed the rest of the money?

A   According to the tax records, yes.

Q   Okay.  Let's go to -- so in 2005, it says 60,874.  So the only one is basically 2004, Mr. Jones didn't report any income.

A   Right.  There was no tax return filed for 2004.

Q   So, if Mr. Jones didn't have his business or wasn't paying taxes for a whole year, is it illegal to not pay his income?

A   If there is income, there should have been tax returns filed.

Q   In 2004.

A   In 2004.

Q   So, if Mr. Jones, say he had two months and he decided I'm going to wait until 2005 to pay his income, is that incorrect way to do it?

A   Yes.  It should be -- it should be filed the year that

1    it -- after it is earned.

2            THE COURT:  Okay.

3            MR. JONES:  Okay.  Thank you very much.

4            THE COURT:  And I'm sure that you have nothing

5    further for this witness.

6            Thank you, you may step down.

7            (Witness excused.)

8            MS. SOLTYS:  Thank you, Your Honor.

9            THE COURT:  Okay.  You have a few tapes today?

10           MS. URSCHEL:  Your Honor, our next witness, we will

11   be playing two calls.

12           THE COURT:  Okay.

13           MS. URSCHEL:  The calls, although there are only two

14   in total, it's 17 minutes.

15           THE COURT:  Play them.

16           MS. URSCHEL:  Yes, Your Honor.

17           THE COURT:  Do you need a witness to put them on?

18           MS. URSCHEL:  Yes, Your Honor, to identify the

19   speakers.

20           THE COURT:  Okay.  Detective Horne, you're still

21   under oath.  We know who she is.  Go ahead, sit down.  We're

22   about to finish this case.

23   **NORMA HORNE, GOVERNMENT REBUTTAL WITNESS, PREVIOUSLY SWORN**

24           MS. URSCHEL:  Your Honor, without objection, the

25   Government moves in Miscellaneous 59, which is a CD with two

1    calls from the wiretap.

2           THE COURT:  We don't have any transcripts for these,

3    ladies and gentlemen, so.  Do you have it on the screen,

4    though?

5           MS. URSCHEL:  We do not.  So you'll just have to

6    listen.

7           THE COURT:  You'll just have to listen.

8                        **DIRECT EXAMINATION**

9    BY MS. URSCHEL:

10   Q   Detective Horne, while we're preparing this disk, did

11   you, through this investigation of Antoine Jones, hear any

12   calls on the wire related to the financial stability of Club

13   Levels?

14   A   Yes.

15          MS. URSCHEL:  Give us just a moment and we'll get

16   these playing.

17   BY MS. URSCHEL:

18   Q   The first call is a call on October 16th, 2005.  It's

19   activation 5171.  It occurred at 5:43 P.M.  Have you had a

20   chance to listen to this call before?

21   A   Yes.

22   Q   And who are the speakers on the call?

23   A   The initial call is Mr. Jackson.

24   Q   Okay.  And with whom is Mr. Jackson speaking?

25   A   He's speaking with Mr. Jones.  Adrian Jackson, Antoine

1    Jones.

2              MS. URSCHEL:  Let's play the call.

3              THE COURT:  What's the date?

4              MS. URSCHEL:  October 16, 2005.

5              (Call Activation 5171 played.)

6    BY MS. URSCHEL:

7    Q   The next call, Detective Horne, is from October 18th,

8    2005.  It's activation 5373.  It occurred at 8:48 P.M.  Who

9    are the two speakers on this call that we're about to play?

10   A   It will be Lawrence Maynard and Mr. Antoine Jones.

11             MS. URSCHEL:  Play that call, please.

12             (Call Activation 5373 played).

13             MS. URSCHEL:  No further questions.

14             THE COURT:  Okay.  Government rest?

15             You can only ask about the telephone calls.

16                      **CROSS-EXAMINATION**

17   BY MR. JONES:

18   Q   How you doing, Norma Horne -- I mean, Detective Horne,

19   I'm sorry.

20   A   How are you?

21   Q   Now, I'm listening to them calls, and I notice you

22   grabbed two out of 6,000 and something; correct?

23   A   Yeah, there were two calls.

24   Q   Just two calls.  And exactly how many calls was it

25   altogether?

1  A    I think you asked me that before.  I don't know how many

2  activations there were on the wire.

3        THE COURT:  Well, there were no more than 5,000, we

4  think.  We've covered this.

5  BY MR. JONES:

6  Q    Now, Detective Horne, how long was you surveilling Club

7  Levels?

8        MS. URSCHEL:  Objection, beyond the scope.

9        THE COURT:  I think so.  Well, depends.  Go ahead,

10  how long?  Let's hear what the next question is.

11        THE WITNESS:  Surveillance, when I was out there

12  actually surveilling the club, you're asking me or --

13  BY MR. JONES:

14  Q    Yeah, eye-ball, looking at the surveillance tape?

15  A    And as I said, I didn't look at all the surveillance

16  tapes, so, the surveillance tapes went over a matter of

17  months.

18  Q    Right.  Now, listening to those calls, let's go back to

19  October the 18th, 2005.  That's like a week before Mr. Jones

20  was arrested.

21  A    Correct, before you were arrested.

22  Q    You picked out that call, and it speaks of Mr. Jones

23  having one event; correct?

24  A    What I heard on that call was that you only had one event

25  that week, and you were only going to have one event the next

1   week.

2   Q   Right.  So did you know if Backyard band, who was playing

3   there on a regular weekly, was out of town doing a special

4   show?

5   A   I don't know what Backyard was doing.

6   Q   Okay.  During your surveillance, did you notice it was

7   Club Levels had more than one day during that time before

8   October the 18th?

9   A   More than one day, when are you talking about, over a

10  period of a week or?

11  Q   Before October the 18th, say a week before --

12  A   Okay.

13  Q   -- can you tell the jury that Club Levels was only doing

14  one day a week, just one event a week?

15  A   Can I tell them that you were doing one day a week?  Is

16  that what you're asking me?

17          THE COURT:  He wants to know whether he was doing

18  more than one event a week around this time.

19          THE WITNESS:  And like I said, I didn't look at all

20  the things.  So I don't know if you did more than one a week.

21  BY MR. JONES:

22  Q   So you just picked one call and speaking of one event;

23  correct?  So do you assume that that's all of the events that

24  Club Levels had during that time period?

25  A   I didn't assume anything, sir.  That was you on the

1    phone.  That was you saying we only had one event last week.

2    We got one next week.  I didn't assume anything.  That's you

3    talking.

4    Q   Okay.  So you don't know if it was the week before that,

5    any time you all were surveilling that club, it was two,

6    three, four days a week, the club was open, either happy

7    hours or during the nighttime club activity?

8    A   I'm sorry, I didn't hear a question there.

9    Q   Detective Horne, do you remember when you were

10   surveilling Mr. Antoine Jones during the month of October of

11   him having more than one event a week?

12   A   I don't know.

13   Q   Okay.  Now, on the second call, I believe April 2005,

14   Mr. Maynard was speaking of one of the employees?

15   A   It wouldn't be April because we --

16          THE COURT:  April?  It was October 18, sorry.  It

17   was October.

18          THE WITNESS:  Yeah, but it wasn't in April.  We

19   weren't on the wire then.

20          MR. JONES:  Okay.

21   BY MR. JONES:

22   Q   Well, on the second call --

23          THE COURT:  That's October 18th, that's with

24   Maynard.

25

1          MR. JONES:  Both of these calls are on the 18th?

2          THE COURT:  No, one is 16th and one is 18th.

3          MR. JONES:  Okay.

4   BY MR. JONES:

5   Q    During this time, one of the employees had mentioned or

6   Mr. Maynard had mentioned that we was doing -- writing checks

7   for -- we started writing checks for the employees.  Did you

8   get that out of that conversation?

9   A    I heard about verification for some employment.  And you

10  said that he was the only one getting paid.

11  Q    I'm not talking about -- I believe the young lady in the

12  call was saying that I had to write a check or we just

13  started writing checks?

14  A    A young lady?  I'm sorry, you lost me.

15  Q    Did you listen to the call?

16  A    Yes.

17  Q    Okay.  Now, you also in that call, it mentioned 4,000 and

18  5,000.  We made 4,000, 5,000, but we may break even.  Do you

19  know what that mean?

20  A    I'm just going by what you said on the phone.  You might

21  break even.

22  Q    So, do you know what that means when Mr. Jones said "we

23  might break even"?

24  A    When you said you might break even, I assume you were

25  saying you might break even.

1    Q   Do you know what break even mean?

2    A   Yes.

3            THE COURT:  You don't lose anything, you don't gain

4    anything, okay?

5            MR. JONES:  Right.

6            THE COURT:  Let's move along.

7    BY MR. JONES:

8    Q   So, if Club Levels is making 4 or 5,000 event, is that a

9    lot of money?

10           THE COURT:  That's a meaningless question.  I don't

11   know whether it's a lot.  It depends on what your expenses

12   are and it depends on a whole lot of things.

13           MR. JONES:  Well, I'm not talking about expenses,

14   Your Honor.  I'm talking about 4 or 5,000, if somebody make 4

15   or 5,000.

16           THE COURT:  I don't -- it's a meaningless question.

17   You're not making-

18   BY MR. JONES:

19   Q   It mentioned in the call that Mr. Jones is paying his

20   taxes; correct?

21   A   I do remember there was a reference to taxes.

22           MR. JONES:  Okay.  Thank you very much.

23           THE COURT:  Anything else?

24           MS. URSCHEL:  No, Your Honor.

25           THE COURT:  Okay.  You may step down.

1          (Witness excused.)

2          THE COURT:  Is there anything further for the

3   Government?

4          MS. URSCHEL:  Your Honor, the Government rests.

5          THE COURT:  All right.  Ladies and gentlemen, that

6   does concludes the testimony.  I think there may be one or

7   two short videos on Tuesday morning.  We're going to start at

8   nine so that we can get the openings in in the -- most of

9   them, at least, in the morning.  And then we should conclude

10  the rebuttal argument in the afternoon.

11         So, put this out of your mind, we have -- we're not

12  resuming until Tuesday morning.  Everybody be here by nine

13  o'clock.  Breakfast will be available at 8:30.  We'll start,

14  and the case will be in your hands.

15         Thank you very much.  Have a good long weekend.

16  Don't read about the case, please.  Don't listen to the news.

17  Stay away from anybody and everybody that wants to have

18  anything to do with this.  Okay?  Have fun.  Happy

19  Valentine's Day.

20         (Jury Out.)

21         THE COURT:  Okay, one minute, please.

22         In terms of the jury instructions, you have received

23  what I'm going to give with one small exception where I have

24  changed Number 29 to reflect they didn't have transcripts for

25  the last two calls.  That's all.

1        So is there any objection to the instructions from

2    the Government?  Or the verdict form?

3        MS. SOLTYS:  No, Your Honor.

4        THE COURT:  Mr. Jones, do you have anything, any

5    objection, additions, subtractions to the jury instructions?

6        MR. JONES:  No, ma'am.

7        THE COURT:  Verdict form?

8        MR. JONES:  No, ma'am.

9        THE COURT:  Okay.  So you will have exactly what I'm

10   going to give except Number 29 is just slightly different.  I

11   say the binder of transcripts does not include all the calls

12   that were played for you by the parties.  There were a few

13   calls, and I'm going to put in, what was the number, 29,

14   right, not -- what was the number for these two calls, 29 or

15   59?  You said it two different ways.

16       MS. URSCHEL:  It is 59.

17       THE COURT:  Okay.  And saying that's not included in

18   WT-6.

19       You will have all your exhibits ready to go in there

20   for the jury with the exception of drugs and guns and ammo on

21   Tuesday afternoon.  And we will have for Mr. Jones the

22   exhibits that are going in for the defense.

23       Do you know -- do you want to look at your exhibits

24   at some point that Sara has compiled?  Okay.  On Tuesday

25   morning we'll make sure that we have what's going to the jury

1  available to both parties, the original, so they can

2  double-check it against the -- you can check her list now,

3  however you want to do it.

4          MS. URSCHEL:  That's fine.

5          (Discussion held off the record.)

6          MR. O'TOOLE:  I think he does need them for the

7  weekend.

8          THE COURT:  Right.  Oh, he's getting copies.

9          MR. O'TOOLE:  Yeah.

10          THE COURT:  Oh, well, that's fine.  We can give them

11  to you anytime you want.  But I want to make sure everybody

12  agrees with what the originals are for both sides that are

13  going to the jury.  That's the critical thing.

14          (Discussion held off the record.)

15          THE COURT:  Mr. Jones will tell the Government or

16  show them what it is that he wants to put in evidence.  We'll

17  make sure that it goes in immediately when we come back here

18  on Tuesday morning.  It will be two more defense exhibits

19  that will be audios.  The Government is going to provide a

20  clean computer so that the jury can play any videos they want

21  or audiotapes.  Okay?

22          All right.  As far as I know, that completes it with

23  the exception of the two little videos; correct?

24          MS. URSCHEL:  Yes, Your Honor.

25          THE COURT:  Anything else?  All right.  Thank you.

1      MS. SOLTYS:  I do have one thing.  For Jury

2  Instruction Number 17, I think that perhaps the Court should

3  say for the third paragraph, you have also heard evidence

4  that, and it could be bracketed, Lawrence Maynard, made an

5  earlier statement under oath subject to the penalty of

6  perjury.

7      THE COURT:  I'm not going to go through and figure

8  out who did that.  A lot of people might have said it in

9  cross-examination in the prior trial.  I'm not specifying,

10  that's your job.

11      MS. SOLTYS:  That's fine, okay, that's fine, Your

12  Honor, but I think it was clear from his testimony today that

13  his statement is, as -- the jury can consider it as both

14  substantive evidence as well as for impeachment purposes, and

15  I intend to make that --

16      THE COURT:  Sure.  But I don't want to specify

17  anybody in particular.

18      All right.  Subject to -- I am going tell them, I'm

19  not putting it in as part of these instructions, but I'm

20  going to tell them, because we didn't do this the last time.

21      The legality of these searches are not before them.

22  The facts are obviously relevant to them.  But not the

23  legality.  I don't want them messing around trying to figure

24  out whether what was done was right or not right as a legal

25  matter.  So remind me, I'm not going to say -- I don't need

1    to say anything else.  But it happened the last couple of

2    times.  All right.

3              Thank you.

4              (Court recessed for the day at 4:55 P.M.)

5                              - o -

1                          I-N-D-E-X

2                          WITNESSES

3                                Direct  Cross  Redirect  Recross

4    On behalf of the Defendant:

5    Lawrence Maynard (Resumed)
         (By Mr. Jones)           2
6        (By Ms. Urschel)                       28
         (By Mr. Jones)                                  40
7

8    Rebuttal on behalf of the Government:

9    Victoria O'Brien
         (By Ms. Soltys)          50
10       (By Mr. Jones)                       56

11   Norma Horne
         (By Ms. Urschel)         62
12       (By Mr. Jones)                       63

13

14                          EXHIBITS

15                                                Page No.:

16   On behalf of the Defendant:

17   No. 65                                          7

18   No. 68-A                                         15

19   No. 68-B                                         15

20   No. 69-A                                         15

21   No. 69-B                                         15

22   No. 69-C                                         15

23   No. 71                                           15

24

25

1                     **INDEX  (Cont'd)**

2                   **EXHIBITS  (Cont'd)**

3                       **REBUTTAL**

4                                                     **Page No.:**

5    **On behalf of the Government  (Cont'd)**:

6    Miscellaneous 29                                    52

7    Miscellaneous 28                                    53

8    Miscellaneous 62                                    53

9

10

11                   CERTIFICATE OF REPORTER

12

13          I, Lisa Walker Griffith, certify that the foregoing

14    is a correct transcript from the record of proceedings in the

15    above-entitled matter.

16

17

18

19

20    _____        _____

21    Lisa Walker Griffith                             Date

22

23

24

25

## $

$1,544 [1] 59/19
$13,739 [1] 56/24
$15 [1] 21/11
$150 [1] 25/11
$250 [1] 23/8
$334 [4] 54/16 57/7 57/7
 57/9
$48,019 [1] 56/7
$5 [1] 26/7
$60,626 [1] 56/3
$60,874 [1] 54/25

## '

'02 [1] 59/23

## "

------------X [2] 1/2 1/7

## 0

04 [1] 4/1
05-386 [2] 1/3 40/14

## 1

1,544 [2] 56/17 59/24
10 [1] 3/23
10:00 [3] 26/25 27/5 27/9
11:15 [1] 4/1
12 [4] 3/3 4/4 25/11 25/12
13 [1] 59/15
13,739 [1] 59/24
134,512 [1] 59/18
1350 [1] 1/18
14 [1] 1/7
15 [9] 1/9 25/11 25/12 74/18
 74/19 74/20 74/21 74/22
 74/23
150 [4] 25/15 37/24 42/21
 42/25
1550 [1] 1/19
16 [3] 26/3 36/2 63/4
16TH [2] 62/18 67/2
17 [2] 61/14 72/2
175 [1] 25/15
18 [1] 66/16
18TH [7] 63/7 64/19 65/8
 65/11 66/23 67/1 67/2
193,000 [1] 59/11
193,159 [1] 59/8

## 2

20 [1] 27/23
200 [2] 1/18 26/25
20001 [1] 1/22
2001 [8] 52/5 53/25 55/24
 56/16 56/21 56/22 59/16
 59/23
2002 [8] 52/5 53/25 56/3
 56/21 56/24 57/19 59/7 59/9
2003 [4] 52/5 54/12 57/6
 57/15
20036 [1] 1/19
2004 [11] 8/7 52/5 8 52/5
 54/12 57/21 58/9 58/14
 60/12 60/14 60/20 60/21
2005 [17] 8/5 43/15 52/6
 54/1 54/19 54/21 54/24
 55/13 56/7 59/3 60/11 60/23
 62/18 63/4 63/8 64/19 66/13
2006 [7] 29/3 31/3 31/8
 34/10 34/20 34/21 50/25
2008 [1] 40/17
2013 [1] 1/7

## 2 (cont.)

202 [3] 1/14 1/19 1/23
20530 [1] 1/23
21 [1] 9/24
22 [1] 43/5
23RD [4] 29/3 31/3 31/8
 34/21
24 [2] 33/2 38/23
25 [3] 20/17 38/23 43/5
252-7685 [1] 1/14
28 [7] 52/21 52/25 53/8
 53/10 53/18 74/6 75/7
29 [12] 51/21 51/22 51/24
 52/1 53/14 53/15 53/17
 69/24 70/10 70/13 70/14
 75/6
2:00 [1] 27/11
2:18 [1] 1/8
2s [3] 54/1 55/20 57/2

## 3

30 [3] 20/18 25/22 27/24
30TH [3] 3/17 3/19 5/8
32,000 [1] 55/25
3247 [1] 1/23
334 [3] 57/17 57/20 58/11
354-3247 [1] 1/23
386 [2] 1/3 40/14

## 4

4,000 [2] 67/17 67/18
4-30-04 [1] 4/1
40 [2] 20/18 74/6
400 [1] 27/5
4110 [1] 1/13
4162 [1] 19/8
4:55 [1] 73/4

## 5

5,000 [6] 64/3 67/18 67/18
 68/8 68/14 68/15
50 [5] 37/23 40/16 42/21
 42/24 74/9
500 [7] 25/25 27/8 41/15
 41/16 42/6 42/7 42/11
5171 [2] 62/19 63/5
52 [1] 75/6
53 [2] 75/7 75/8
5373 [2] 63/8 63/12
555 [1] 1/13
56 [1] 74/10
58 [1] 53/22
59 [3] 61/25 70/15 70/16
5:43 [1] 62/19

## 6

6,000 [1] 63/22
60 [1] 30/21
60,000 [1] 54/19
60,874 [1] 60/11
61 [1] 31/22
62 [7] 52/21 52/23 53/8
 53/17 56/19 74/11 75/8
63 [1] 74/12
65 [3] 7/18 7/22 74/17
6507 [1] 1/22
66-A [4] 11/17 11/18 11/18
 16/22
67 [1] 12/6
68-A [6] 12/20 13/15 13/16
 15/17 15/21 74/19
68-B [2] 15/21 74/19
69-A [7] 13/20 14/16 14/17
 15/18 15/22 19/11 74/20

## 6 (cont.)

69-B [3] 15/22 19/10 74/21
69-C [2] 15/22 74/22

## 7

7
70 [4] 15/7 15/12 15/18
 15/19
71 [6] 15/7 15/12 15/19
 15/22 16/1 74/23
72 [2] 19/22 19/24
739 [1] 59/15
7685 [1] 1/14
775-1550 [1] 1/19

## 8

800 [1] 25/25
8:30 [1] 69/13
8:48 [1] 63/8

## 9

9-14-2004 [1] 8/5
9-30-2005 [1] 8/5
9TH [1] 34/10

## A

ABLE [2] 12/21 48/22
ABOUT [50] 2/16 2/23 4/20
 4/21 6/15 6/16 9/11 10/9
 11/2 12/22 12/23 13/3 13/24
 14/4 14/20 15/3 15/4 15/6
 17/13 18/7 18/13 20/8 23/9
 23/10 23/12 26/2 27/3 27/7
 34/7 35/3 36/22 36/24 38/21
 38/22 40/7 40/7 40/11 41/24
 45/1 46/10 51/19 61/22 63/9
 63/15 65/9 67/9 67/11 68/13
 68/14 69/16
ABOVE [1] 75/15
ABOVE-ENTITLED [1] 75/15
ACCEPT [6] 5/19 31/16 33/5
 33/10 33/15 36/24
ACCEPTANCE [3] 33/6 33/11
 33/16
ACCORDING [5] 39/1 39/2 54/8
 55/10 60/10
ACCOUNTING [1] 7/2
ACTED [1] 37/17
ACTIVATION [4] 62/19 63/5
 63/8 63/12
ACTIVATIONS [1] 64/2
ACTIVITIES [2] 37/9 37/16
ACTIVITY [2] 46/21 66/7
ACTUAL [1] 13/19
ACTUALLY [10] 3/11 4/9 12/18
 16/20 18/11 20/22 24/3
 26/11 46/22 64/12
ADAMS [1] 23/2
ADDITION [1] 30/16
ADDITIONS [1] 70/5
ADMISSIBLE [1] 15/19
ADMIT [5] 13/24 31/14 33/5
 33/9 33/14
ADMITTED [11] 7/21 11/13
 15/18 20/6 20/9 30/20 47/8
 47/10 48/3 51/23 53/6
ADMITTING [1] 39/12
ADRIAN [2] 6/12 62/25
ADVANCE [3] 18/20 19/16
 20/14
ADVERTISEMENT [2] 16/4 16/6
ADVICE [1] 26/14
ADVISED [2] 33/20 43/3
AFTER [3] 17/5 24/6 61/1
AFTERNOON [7] 2/1 28/13

**A**

AFTERNOON... [5] 28/14 50/7 50/8 69/10 70/21
AFTERWARDS [1] 27/16
AGAIN [7] 6/1 16/16 33/2 33/12 35/24 41/23 59/13
AGAINST [2] 32/13 71/2
AGE [2] 20/16 26/2
AGREE [1] 38/12
AGREED [1] 30/23
AGREEING [2] 33/24 33/25
AGREEMENT [4] 34/17 34/20 34/24 38/19
AGREES [1] 71/12
AHEAD [3] 2/13 61/21 64/9
AIDS [2] 26/5 26/6
Alcohol [1] 8/1
ALL [58] 2/6 3/20 5/10 5/10 5/11 5/25 9/25 10/21 11/10 14/16 17/9 17/10 17/21 17/22 19/18 19/21 19/24 19/25 20/2 25/4 26/9 32/16 33/13 34/6 35/11 35/16 35/24 36/3 36/21 36/23 37/20 42/18 43/2 43/8 44/14 44/16 45/2 46/2 47/5 47/7 47/17 48/25 49/13 49/20 56/16 59/2 64/15 65/19 65/23 66/5 69/5 69/25 70/11 70/19 71/22 71/25 72/18 73/2
ALMOST [3] 4/20 4/21 26/4
ALONG [2] 31/21 68/6
ALREADY [2] 30/20 52/22
ALSO [4] 30/16 31/8 67/17 72/3
ALTHOUGH [1] 61/13
ALTOGETHER [1] 63/25
ALWAYS [5] 5/9 23/16 25/6 25/19 39/24
AM [40] 4/21 34/19 50/18 72/18
AMERICA [1] 1/3
AMMO [1] 70/20
AMOUNT [4] 25/20 34/2 41/11 54/24
ANOTHER [6] 8/10 14/14 18/7 33/3 45/21 57/9
ANSWER [5] 32/7 32/11 41/24 43/23 43/23
ANSWERED [2] 32/8 42/18
ANSWERS [2] 31/17 35/24
ANTOINE [14] 1/5 1/16 18/19 18/25 37/9 51/9 51/17 53/23 53/25 55/8 62/11 62/25 63/10 66/10
Antoine's [1] 24/16
ANTOINES [2] 19/1 19/3
ANY [33] 7/19 10/20 13/1 13/18 14/23 32/12 35/6 35/19 35/20 36/12 42/16 42/17 42/17 42/18 44/19 46/5 47/14 52/3 52/10 52/16 52/16 52/17 53/4 53/15 55/20 55/21 60/12 62/2 62/11 66/5 70/1 70/4 71/20
ANY MATTER [1] 14/23
ANYBODY [4] 24/20 45/22 69/17 72/17
ANYONE [5] 27/20 29/24 30/2 36/7 36/11
ANYTHING [19] 2/6 3/6 4/8 4/11 28/4 42/15 44/14 47/1 49/10 65/15 65/23 65/3 68/14 68/23 69/2 69/18 70/4 71/25 73/1
ANYTIME [2] 52/5 71/11
ANYWHERE [1] 25/11
APOSTROPHE [1] 50/15
APPEAR [1] 11/8
APPEARANCES [1] 1/11
APPELLATE [1] 47/14
APPLIED [1] 7/7
APPROACH [2] 11/2 41/4
APPROPRIATE [1] 49/14
APPROVED [3] 7/13 7/17 8/8
April [5] 5/8 66/13 66/15 66/16 66/18
ARE [57] 8/25 11/7 11/10 11/12 11/13 11/18 12/8 12/12 12/16 12/20 13/17 14/16 14/19 15/18 19/9 20/15 21/20 26/2 26/18 27/22 28/14 32/6 35/6 35/11 35/19 35/24 36/3 37/1 37/6 38/10 38/15 40/13 44/18 45/22 47/9 49/1 50/17 52/8 52/14 53/11 55/20 56/14 56/15 59/18 59/24 61/13 62/22 63/9 63/20 65/9 67/1 68/12 70/22 71/12 71/22 72/21 72/22
AREA [6] 3/5 16/5 18/8 22/9 23/15 26/16
ARGUE [2] 12/18 12/21
ARGUMENT [2] 48/4 69/10
AROUND [5] 22/19 25/18 27/23 65/18 72/23
ARRANGING [1] 5/21
ARRESTED [2] 64/20 64/21
ARROW [1] 20/13
ARTICLE [3] 14/14 14/15 15/7
ARTICLES [2] 14/19 15/6
AS [40] 4/21 34/21 7/15 9/15 10/7 11/17 12/6 14/15 20/20 25/23 25/24 27/9 27/9 37/7 37/17 45/12 45/12 49/19 51/15 53/17 53/21 54/1 54/1 54/19 55/1 55/7 55/15 55/25 56/3 56/7 58/11 64/15 71/22 71/22 72/13 72/13 72/14 72/14 72/19 72/24
ASCENDING [1] 48/1
ASK [9] 12/5 35/7 35/20 40/10 41/11 41/23 42/5 54/11 63/15
ASKED [24] 29/17 29/20 29/24 30/2 30/5 30/8 30/13 31/11 32/5 32/10 32/22 33/2 34/6 34/9 34/23 35/2 35/6 35/11 35/18 36/7 36/11 36/16 36/20 64/1
ASKING [4] 30/16 46/17 64/12 65/16
ASSERTED [1] 14/24
ASSIST [1] 37/8
ASSISTED [2] 38/24 39/5
ASSUME [8] 12/9 13/17 47/4 47/21 65/23 65/25 66/2 67/24
Atlanta [1] 12/24
ATTACHED [1] 55/2
ATTORNEY'S [4] 1/13 50/19 51/3 51/8
ATTRIBUTED [1] 55/19

AUDIOS [1] 71/19
AUDIOTAPES [1] 71/9
AUSA [2] 1/12 1/12
AVAILABLE [2] 69/13 71/1
Avenue [1] 1/18
AVERAGE [3] 25/24 26/22 26/23
AWARENESS [1] 26/5
AWAY [2] 45/5 69/17

**B**

B-R-I-E-N [1] 50/15
BACK [13] 2/2 2/5 5/6 17/11 17/20 17/23 18/6 24/16 50/25 55/2 56/21 64/18 71/17
BACKGROUND [2] 10/9 10/10
Backyard [8] 16/13 23/13 23/13 23/14 26/22 26/23 65/2 65/5
BAFFLED [1] 59/23
BAG [3] 10/20 10/23 10/24
Balarezo [2] 14/5 45/25
BALL [1] 64/14
BALLER [1] 27/11
BAND [9] 9/19 16/12 17/9 22/21 24/10 24/15 25/24 25/25 65/2
BANDS [4] 9/9 16/13 17/20 22/9
BANK [1] 6/3
BAR [13] 9/8 9/10 9/12 9/14 9/15 17/11 17/14 17/15 17/22 17/25 18/1 18/2 26/9
BARTENDER [1] 24/24
BARTENDERS [1] 24/23
BASE [2] 4/23 40/17
BASED [1] 58/17
BASH [1] 23/3
BASICALLY [3] 5/19 15/3 60/12
BASIS [1] 23/5
BE [47] 2/20 11/8 11/16 12/21 13/19 13/23 16/11 16/12 17/21 17/22 20/10 20/18 21/6 24/5 27/1 27/4 27/5 27/9 27/10 27/22 32/12 41/6 44/16 47/21 48/5 48/8 48/9 48/12 48/18 48/22 48/23 49/23 50/4 57/20 59/2 60/25 60/25 61/11 63/10 66/15 69/6 69/12 69/13 69/14 71/18 71/19 72/4
Bear [1] 23/15
BEARS [1] 34/11
BECAME [2] 22/24 39/18
BECAUSE [17] 7/13 15/2 22/3 27/11 29/20 30/6 36/4 38/9 38/11 45/25 48/9 48/9 48/20 57/9 58/16 69/6 15 72/20
BECOME [1] 7/14
BEEN [8] 3/7 6/13 13/6 34/9 39/17 53/21 58/11 60/10 18
BEER [1] 5/10
BEFORE [38] 1/9 3/17 3/19 5/2 5/2 5/7 19/11 21/11 21/11 21/17 27/5 28/18 15 28/24 29/16 30/22 33/5 33/5 33/10 33/10 33/13 15 33/15 34/24 35/7 35/20 36/25 38/19 38/19 39/17 53/11 62/20 64/1 64/19 64/21 65/7 65/11 65/11 66/4 72/21
BEGAN [1] 37/8

## B

**BEGINNING** [1] 37/7
**behalf** [5] 52/4 74/4 74/8 74/16 75/5
**behind** [6] 4/19 4/24 10/20 43/17 43/24 44/1
**being** [3] 7/15 49/1 49/15
**believe** [5] 19/12 26/23 60/8 66/13 67/11
**belongs** [1] 3/6
**Bench** [2] 11/6 41/5
**benefit** [2] 46/24 50/10
**besides** [1] 28/4
**best** [2] 23/8 23/10
**between** [4] 25/12 41/15 52/5 52/5
**Beverage** [1] 8/1
**beyond** [3] 37/3 43/20 64/8
**bifold** [1] 2/25
**big** [10] 4/24 5/3 12/17 18/19 18/19 18/25 21/5 21/8 22/21 24/19
**bigger** [2] 21/4 21/8
**bill** [1] 8/5
**bills** [3] 6/7 43/24 44/2
**binder** [1] 70/11
**Birthday** [1] 23/3
**bit** [4] 3/10 4/10 10/11 33/1
**black** [3] 3/11 10/23 10/23
**Bleu** [1] 24/19
**blow** [1] 3/12
**board** [2] 8/1 17/22
**book** [1] 14/5
**Boom** [4] 7/9 7/9 7/11 7/11
**both** [7] 17/2 18/3 47/4 67/1 71/1 71/12 72/13
**bottles** [2] 5/10 25/13
**bottom** [5] 16/25 17/15 17/16 17/19 18/18
**bought** [1] 20/13
**box** [3] 10/20 10/22 10/23
**bracketed** [1] 72/4
**Brawl** [1] 18/16
**break** [8] 45/10 45/11 67/18 67/21 67/23 67/24 67/25 68/1
**Breakfast** [1] 69/13
**Brian** [1] 1/17
**brief** [1] 28/8
**bring** [5] 15/6 21/4 47/17 48/7 48/23
**bringing** [1] 2/2
**broke** [2] 6/17 6/18
**brought** [2] 41/9 59/2
**Buck** [2] 22/22 22/25
**Bucks** [2] 24/9 24/14
**buffet** [1] 24/13
**building** [2] 16/17 29/1
**bullets** [1] 10/5
**business** [8] 12/16 50/17 55/1 55/7 55/19 55/20 60/6 60/15
**businesses** [1] 52/12
**buy** [1] 25/18
**buying** [1] 21/3

## C

**CABARET** [2] 22/14 22/14
**Cafe** [3] 8/14 16/21 25/3
**call** [24] 9/18 21/25 44/18 48/25 62/18 62/18 62/20 62/22 62/23 63/2 63/5 63/7 63/9 63/11 63/12 64/22

**64/24 65/22 66/13 66/22 67/2 67/4 67/5 17/22**
**called** [6] 8/11 8/14 8/23 18/23 22/25 37/6
**calling** [1] 8/24
**calls** [16] 49/19 61/11 61/13 62/1 62/12 63/15 63/21 63/23 63/24 63/24 64/18 67/1 69/25 70/11 70/13 70/14
**came** [7] 6/1 21/17 22/4 22/7 23/16 24/9 57/2
**camera** [2] 47/22 47/25
**can** [68] 3/9 4/7 4/11 4/15 4/16 4/18 4/18 4/19 4/24 4/24 4/25 5/7 5/7 5/9 6/9 6/25 10/3 11/1 11/15 12/18 14/3 14/7 14/10 14/11 14/25 15/6 15/8 15/9 15/15 16/6 16/10 17/11 18/12 18/17 19/5 20/4 20/12 20/24 23/17 25/5 30/22 31/20 32/22 34/11 38/5 41/11 43/23 43/23 46/13 46/14 48/8 48/13 48/19 49/7 54/11 56/5 57/11 58/19 58/20 59/5 63/15 65/13 65/15 69/8 71/1 71/2 71/10 71/20 72/13
**can't** [18] 4/12 4/13 12/15 13/11 17/2 18/18 18/22 18/23 19/2 19/7 19/8 27/20 41/15 43/9 44/7 44/11 48/9 56/5
**cans** [9] 3/23 4/6 4/7 4/8 4/12 4/12 5/10 5/11 18/6
**capacity** [1] 50/13
**car** [1] 12/7
**card** [2] 20/20 20/23
**cardboard** [1] 4/17
**cards** [1] 12/22
**care** [1] 47/10
**cares** [1] 11/25
**Carolina** [1] 7/4
**cars** [1] 23/21
**case** [23] 1/3 3/11 3/11 3/13 3/14 4/16 4/20 4/22 4/23 4/25 5/4 38/19 40/14 43/4 43/5 45/5 45/7 49/12 49/18 51/10 61/22 69/14 69/16
**cases** [2] 25/16 25/18
**cash** [6] 6/20 6/20 6/20 6/23 6/25 17/14 37/17
**catch** [3] 21/24 23/18 23/18
**caught** [1] 22/3
**CCB** [1] 16/11
**CD** [2] 24/15 61/25
**Cee** [2] 22/6 22/10
**cell** [1] 24/16
**center** [1] 26/17
**certain** [3] 21/19 21/19 21/20
**certainly** [1] 43/21
**CERTIFICATE** [1] 75/11
**certify** [1] 75/13
**chainsaw** [3] 3/10 3/11 3/12
**chairs** [1] 26/9
**Chambay** [1] 18/16
**CHAMPAGNE** [1] 25/13
**champagne** [1] 25/13
**chance** [2] 40/2 62/20
**changed** [2] 22/21 69/24
**changing** [1] 22/25
**chart** [1] 54/7
**cheaper** [1] 21/3
**cheapest** [1] 25/12

**check** [5] 58/6 58/13 67/12
**checked** [1] 47/6
**checks** [3] 67/6 67/7 67/13
**cheerleaders** [2] 26/15 26/16
**Circle** [1] 48/1
**circular** [2] 10/13 10/14
**city** [1] 25/4
**clarify** [1] 29/9
**clean** [2] 49/6 71/20
**clear** [3] 31/1 34/19 72/12
**Clerk** [1] 45/14
**clinic** [1] 26/6
**close** [1] 18/11
**closing** [4] 48/4 48/9 48/9 48/15
**club** [59] 3/7 5/9 5/10 5/14 5/15 5/16 5/18 5/22 6/5 6/7 6/15 6/17 6/18 6/24 7/2 7/5 7/9 7/10 7/10 8/10 8/11 8/14 8/22 10/16 10/15 11/10 12/4 13/24 14/2 14/16 14/20 15/3 15/4 16/6 16/18 16/19 17/8 17/19 17/19 17/24 20/14 21/13 22/12 22/18 25/16 50/21 51/5 52/4 52/16 57/24 62/12 64/6 64/12 65/7 65/13 65/24 66/5 66/6 66/7 68/8
**cocaine** [10] 33/23 34/3 37/11 37/15 37/19 37/24 40/16 40/17 41/12 42/25
**coerced** [1] 43/2
**COLUMBIA** [4] 1/1 37/21 50/20 51/3
**come** [7] 4/14 6/20 27/4 27/10 57/1 58/10 71/17
**comedian** [2] 22/24 22/11
**comedians** [1] 18/5
**comedy** [2] 9/18 25/23
**coming** [1] 25/7
**community** [2] 26/4 26/15
**company** [2] 54/6 60/2
**comparison** [1] 4/25
**compiled** [1] 70/24
**completely** [1] 47/1
**completes** [1] 71/22
**computer** [1] 71/20
**conclude** [1] 69/9
**concludes** [2] 45/6 69/6
**conference** [2] 11/6 41/5
**conferred** [1] 45/14
**conflicts** [1] 23/6
**confused** [1] 43/8
**Connecticut** [1] 1/18
**consider** [2] 39/19 72/13
**considered** [2] 21/12 22/3
**conspiracy** [5] 29/14 33/21 37/25 40/15 43/1
**Cont'd** [4] 2/1 74/75/1 75/2 75/5
**contained** [3] 12/9 38/9 54/16
**contracts** [2] 5/21 5/21
**contributed** [3] 59/11 59/19 60/9
**contributing** [1] 60/3
**Control** [1] 8/1
**conversation** [2] 2/7 67/8
**convicted** [6] 40/14 40/22 40/25 42/5 42/8 42/10
**conviction** [1] 42/12
**coordinate** [1] 26/5
**cop** [1] 43/2
**copies** [1] 71/8

Case 1:05-cr-00386-ESH    Document 111-2    Filed 03/19/13    Page 65 of 79

## C

**CORNER** [1] 22/19
**CORPORATE** [2] 52/3 52/8
**CORPORATION** [1] 52/10
**CORRECT** [60] 3/24 30/24 31/6 31/12 31/15 32/20 32/24 33/8 33/18 34/4 34/14 34/17 34/19 35/4 35/9 35/14 35/23 36/5 36/10 36/14 36/15 36/18 38/3 38/7 38/10 38/25 39/6 40/11 46/11 53/12 54/13 54/14 54/25 55/1 55/8 55/9 55/11 55/12 55/14 55/17 55/22 55/23 56/1 56/2 56/4 56/6 56/8 56/9 56/24 57/23 58/13 59/10 59/20 63/22 64/21 64/23 65/23 68/20 71/23 75/14
**COST** [2] 27/12 58/23
**COULD** [14] 3/5 3/12 4/3 5/12 9/18 11/2 14/22 21/7 21/8 32/2 38/1 45/1 57/20 72/4
**COUNT** [4] 43/6 43/6 43/9 43/13
**COUPLE** [9] 10/4 16/13 16/14 17/17 17/21 19/1 19/3 44/1 73/1
**COURIER** [1] 37/17
**COURSE** [3] 12/16 37/22 42/23
**COURT** [14] 1/1 1/21 15/14 41/21 45/1 45/14 47/7 50/10 50/23 51/12 51/15 54/11 72/2 73/4
**COURT's** [2] 44/20 44/24
**COURTHOUSE** [11] 1/21 28/21 28/22 28/23 28/23 28/24 29/14 38/18 38/20 50/25 51/13
**COURTNEY** [1] 1/12
**COVERED** [1] 64/4
**CRACK** [1] 41/12
**CRAZY** [1] 24/10
**CREATE** [1] 46/23
**CRIME** [1] 33/25
**CRIMINAL** [1] 1/3
**CRITICAL** [1] 71/13
**CROSS** [7] 27/16 27/22 28/11 56/12 63/16 72/9 74/3
**CROSS-EXAMINATION** [4] 28/11 56/12 63/16 72/9
**CURRENTLY** [1] 46/8
**CUSTODIAN** [1] 50/17
**CUSTOMERS** [1] 37/20

## D

**D.C** [10] 1/7 1/22 23/15 28/23 28/25 37/12 40/5 57/3 57/3 57/18
**DANCERS** [1] 22/23
**DARLENE** [1] 1/12
**DATE** [8] 8/4 20/23 31/3 31/8 34/19 34/20 63/3 75/20
**DATED** [1] 34/10
**DATES** [1] 21/18
**DAY** [18] 1/9 5/25 6/2 13/2 24/8 24/12 29/6 29/11 29/13 29/16 30/24 45/4 65/7 65/9 65/14 65/15 69/19 73/4
**DAY-TIMER** [1] 13/2
**DAYS** [1] 66/6
**DC** [2] 1/14 1/19
**DEAL** [3] 21/24 22/3 22/7

---

**DEALING** [1] 38/25
**DEANGELA** [1] 38/21
**DEBRIS** [4] 4/9 4/16 4/19 5/11
**DECIDED** [1] 60/22
**DEFENDANT** [6] 1/6 1/16 2/12 51/9 74/4 74/16
**DEFENDANT's** [3] 7/22 9/24 15/21
**DEFENSE** [10] 7/18 12/19 16/1 19/22 44/19 45/18 45/20 47/7 70/22 71/18
**DELANEY** [1] 13/8
**DELIVERIES** [1] 5/19
**DEMAND** [1] 32/23
**DENIECE** [4] 53/23 53/25 55/11 60/3
**DEPENDS** [3] 44/9 68/11 68/12
**DEPOSIT** [1] 5/6
**DEPUTY** [1] 45/14
**DESCRIBED** [1] 26/9
**DETECTIVE** [6] 61/20 62/10 63/7 63/18 64/6 66/9
**DETECTOR** [1] 18/6
**DIAGRAM** [1] 3/23
**DID** [53] 5/3 5/7 5/15 5/16 6/4 6/6 6/8 6/8 6/9 6/19 6/22 8/6 9/14 22/21 22/24 24/11 24/18 26/8 26/12 29/2 34/23 35/2 39/25 40/22 40/25 42/14 42/16 43/15 43/23 50/19 50/23 51/2 51/6 51/7 51/15 51/18 52/12 53/2 53/20 56/22 57/15 57/17 57/18 57/24 58/6 58/20 62/10 65/2 65/6 65/20 67/7 67/15 72/8
**DIDN'T** [30] 5/5 5/17 7/7 19/17 21/13 21/16 24/3 24/4 24/6 26/7 34/25 36/12 38/12 39/3 42/15 42/17 42/17 43/8 47/14 57/10 58/13 60/12 60/15 64/15 65/19 65/25 66/2 66/8 69/24 72/20
**DIFFERENT** [7] 14/1 18/17 25/20 43/3 43/4 70/10 70/15
**DINNER** [3] 24/8 24/9 24/12
**DIRECT** [4] 2/14 50/5 62/8 74/3
**DISCUSS** [1] 27/20
**DISCUSSED** [1] 6/13
**DISCUSSION** [2] 71/5 71/14
**DISK** [2] 46/21 62/10
**DISPLAY** [2] 4/20 4/22
**DISPLAYED** [1] 8/3
**DISTRIBUTE** [6] 33/22 33/23 34/1 34/2 40/15 40/16
**DISTRIBUTED** [4] 37/10 37/18 37/25 42/25
**DISTRIBUTING** [1] 39/6
**DISTRICT** [10] 1/1 1/1 1/10 1/21 22/17 22/18 37/21 50/20 50/25 51/3
**DJ** [3] 22/9 24/10 24/10
**DO** [89]
**DOCUMENT** [11] 7/25 8/4 30/22 31/10 31/11 31/14 32/3 34/7 34/10 34/16 53/11
**DOCUMENTS** [1] 12/10
**DOES** [6] 3/18 45/22 54/7 69/6 70/11 71/6
**DOESN'T** [8] 12/6 13/1 13/3 13/12 15/1 46/22 47/1 48/6
**DOING** [11] 7/2 7/11 7/12

---

56/14 63/18 65/3 65/5 65/13 65/15 65/9 66/6
**DOLLAR** [1] 18/2
**DON'T** [45] 3/13 5/17 11/21 12/5 12/15 12/18 12/20 13/18 14/4 14/5 14/11 19/7 32/11 32/18 33/12 43/21 44/6 44/12 46/3 46/3 46/15 47/10 47/10 48/10 48/10 48/12 48/19 57/5 57/20 58/8 62/2 64/1 65/5 65/20 66/4 66/12 68/3 68/3 68/10 68/16 69/16 69/16 72/16 72/23 72/25
**DONE** [3] 30/8 49/15 72/24
**DOOR** [7] 2/22 18/11 18/11 18/12 19/17 21/13 21/16
**DOORKNOB** [1] 18/12
**DOORS** [1] 10/21
**DOUBLE** [1] 71/2
**DOUBLE-CHECK** [1] 71/2
**DOUBT** [1] 37/4
**DOWN** [14] 17/15 17/16 17/19 18/17 22/9 24/5 33/1 36/2 42/21 42/22 61/6 61/21 68/25
**DOWNSTAIRS** [3] 8/19 8/21 21/20
**DRESSED** [2] 23/8 23/11
**DRINK** [1] 25/10
**DRINKS** [4] 18/3 19/19 25/11 27/11
**DRIVING** [1] 44/4
**DRUG** [3] 29/13 37/10 37/16
**DRUG-RELATED** [1] 37/16
**DRUGS** [4] 37/19 38/25 39/6 70/20
**DURING** [15] 6/2 7/10 9/20 37/22 42/23 44/4 52/4 54/2 57/24 65/6 65/7 65/24 66/7 66/10 67/5
**DUTIES** [1] 5/18
**DVD** [1] 48/17

## E

**E.U** [3] 23/5 23/13 23/15
**EACH** [1] 21/18
**EARLIER** [2] 27/5 72/5
**EARLY** [2] 23/7 37/8
**EARNED** [1] 61/1
**EASIER** [1] 6/21
**EASIEST** [1] 38/14
**EDDY** [1] 24/7
**EDDY JONES** [1] 24/7
**EDMOND's** [1] 43/5
**EIGHT** [3] 18/13 52/23 53/14
**EIGHT-FOOT** [1] 18/13
**EITHER** [4] 10/23 26/20 43/22 66/6
**ELEVEN** [1] 25/5
**ELLEN** [1] 1/9
**ELMO** [1] 59/22
**ELSE** [6] 16/19 24/20 44/14 68/23 71/25 73/1
**ELSE's** [2] 7/6 58/2
**ELSEWHERE** [1] 37/12
**EM** [1] 22/21
**EMPLOYED** [3] 7/15 50/12 50/15
**EMPLOYEE** [1] 7/14
**EMPLOYEES** [7] 5/19 6/24 52/12 52/17 66/14 67/5 67/7
**EMPLOYERS** [1] 57/20

**E**

EMPLOYMENT [1] 67/9
EMPTY [1] 27/2
END [3] 9/13 37/5 58/23
ENDED [1] 22/25
ENDS [1] 17/17
ENOUGH [1] 10/12
ENTERTAINMENT [6] 7/8 9/9
 18/19 18/21 50/21 51/5
ENTIRE [1] 52/4
ENTITLED [1] 75/15
ENTITY [1] 52/8
EQUIPMENT [4] 17/9 48/15
 48/23 48/24
ERRIN [1] 1/17
ESSENCE [3] 21/1 27/7 27/8
ESSENTIALLY [1] 39/23
EU [1] 16/15
EVE [1] 21/23
EVEN [8] 15/7 39/18 67/18
 67/21 67/23 67/24 67/25
 68/1
EVENING [1] 27/12
EVENINGS [1] 25/8
EVENT [20] 15/21 21/22 22/12
 22/24 25/21 25/22 25/22
 25/23 26/22 26/24 27/3
 64/23 64/24 64/25 65/14
 65/18 65/22 66/1 66/11 68/8
EVENTS [12] 21/21 22/20
 22/22 25/9 25/16 25/17
 25/20 26/1 26/1 26/3 26/3
 65/23
EVENTUALLY [1] 8/6
EVER [1] 58/4
EVERY [1] 21/19
EVERYBODY [6] 18/3 23/24
 24/13 69/12 69/17 71/11
EVERYTHING [8] 5/11 17/12
 24/12 24/14 25/6 27/11
 42/19 47/5
EVIDENCE [10] 7/23 15/23
 51/20 52/1 52/20 53/8 55/21
 71/16 72/3 72/14
EXACTLY [3] 59/1 63/24 70/9
EXAMINATION [8] 2/14 28/11
 40/20 50/5 56/12 62/8 63/16
 72/9
EXCEPT [1] 70/10
EXCEPTION [3] 69/23 70/20
 71/23
EXCHANGE [1] 41/22
EXCLUDE [1] 13/3
EXCUSE [2] 45/3 45/5
EXCUSED [6] 27/19 27/21
 44/16 44/17 61/7 69/1
EXHIBIT [25] 3/1 3/2 3/23 7/18
 7/22 8/17 9/21 9/22 9/24
 10/2 10/17 12/19 12/19
 15/21 16/1 16/22 19/22
 19/22 30/21 47/13 51/21
 51/25 53/7 53/22 56/19
EXHIBIT 62 [1] 56/19
EXHIBITS [15] 11/3 11/7 12/12
 44/19 47/6 47/7 47/9 49/1
 52/20 70/19 70/22 70/23
 71/18 74/14 75/2
EXISTENCE [1] 52/5
EXPENSES [2] 68/11 68/13
EXPENSIVE [1] 27/12
EXPIRATION [2] 20/23 21/18
EXPLAIN [3] 20/24 54/11 59/6

EXPLANATION [3] 13/2 54/20
 54/21
EXTRA [1] 5/9
EYE [1] 64/14
EYE-BALL [1] 64/14

**F**

FACCIOLA [3] 29/17 31/10
 31/18
FACILITATE [1] 37/15
FACING [3] 38/11 38/23 39/10
FACT [2] 15/5 34/16
FACTS [13] 30/17 30/20 30/23
 31/11 31/14 37/1 37/6 38/1
 38/6 38/9 38/10 42/20 72/22
FALSE [1] 32/12
FAMILY [1] 55/11
FAN [1] 18/7
FANS [1] 17/21
FAR [3] 22/18 45/5 71/22
FAVORITE [1] 23/15
FEBRUARY [1] 1/7
FEDERAL [4] 28/23 28/24
 50/24 51/13
FEEL [1] 23/24
FEET [4] 2/24 4/20 4/22 4/22
FELLOWS [1] 21/11
FEMALE [4] 22/22 22/23 23/8
 23/11
FEW [2] 61/9 70/12
FIBERGLASS [1] 4/23
FIFTH [2] 22/17 22/18
FIGURE [3] 58/10 72/7 72/23
FILE [2] 52/9 52/10
FILED [8] 37/5 54/13 57/6
 57/10 57/22 60/14 60/19
 60/25
FILING [1] 55/25
FILLED [1] 15/2
FINANCIAL [3] 6/16 43/15
 62/12
FIND [2] 37/3 46/23
FINE [8] 13/20 27/25 48/5
 48/14 71/4 71/10 72/11
 72/11
FINISH [3] 13/15 45/4 61/22
FINISHED [1] 45/7
FINISHING [1] 45/5
FIRST [11] 7/8 16/11 18/22
 28/20 32/5 32/16 46/19
 49/19 49/20 49/21 62/18
FISH [1] 25/6
FIT [1] 9/19
FIVE [22] 2/23 4/20 4/22 4/22
 5/25 7/19 25/9 33/23 40/16
 40/22 41/6 41/8 41/13 41/14
 41/14 41/16 41/16 42/3 42/6
 42/6 42/10 42/11
FLAT [1] 4/18
FLIP [1] 32/2
FLOW [7] 7/8 7/14 7/15 7/16
 27/9 58/4 58/16
FLYER [7] 18/15 19/15 22/4
 22/5 23/1 25/2 25/2
FLYERS [8] 19/21 21/5 22/5
 23/4 23/21 24/1 24/1 25/4
FOCUS [1] 34/8
FOLLOW [1] 31/20
FOLLOWS [1] 37/7
FONTAINE [1] 24/19
FOOD [1] 5/11
FOOT [1] 18/13
FORCED [1] 36/7

FORCING [1] 29/24
FORECLOSURE [1] 57/13
FORGOT [1] 18/24
FORM [5] 41/7 54/5 54/20
 70/2 70/7
FORMS [2] 52/9 52/13
FOUND [4] 13/5 13/8 41/8
 41/8
FOUR [7] 2/23 5/24 23/5 25/18
 25/19 25/19 66/6
FOURTH [1] 1/13
FREE [7] 19/18 19/19 21/11
 23/23 26/8 30/9 36/17
FREEZER [1] 17/15
FRIDAY [1] 16/13
FRIEND [1] 39/16
FRIENDS [4] 20/21 39/17 39/18
 39/19
FRONT [4] 9/13 16/17 59/13
 59/21
FULL [1] 10/22
FUN [1] 69/18
FUNK [1] 16/15
FURTHER [11] 33/1 35/21 36/2
 40/19 44/13 44/15 49/10
 56/11 61/5 63/13 69/2

**G**

GAIN [1] 68/3
GARAGE [1] 2/22
GAVE [4] 20/14 26/18 31/18
 39/2
GENTLEMAN'S [1] 10/3
GENTLEMEN [4] 2/5 27/15 62/3
 69/5
GET [29] 5/12 7/7 8/6 12/9
 12/15 19/17 19/19 20/17
 21/13 21/16 23/19 25/21
 25/22 25/23 25/23 26/7 27/8
 27/11 34/6 38/14 38/22
 40/22 40/25 47/11 48/2 48/8
 62/15 67/8 69/8
GETTING [6] 5/25 9/23 21/2
 43/7 67/10 71/8
GILMORE [2] 25/1 25/1
GIVE [15] 10/22 20/22 23/22
 23/23 26/14 31/20 42/17
 42/18 45/1 58/19 58/20
 62/15 69/23 70/10 71/10
GIVES [1] 45/13
GLASS [1] 2/25
GO [16] 2/13 18/8 18/9 18/10
 19/23 30/17 31/17 35/20
 55/2 56/21 60/11 61/21 64/9
 64/18 70/19 72/7
GOES [2] 15/8 71/17
GOING [45] 10/12 10/25 12/21
 14/25 15/12 15/19 15/25
 19/22 20/1 25/10 25/13 27/8
 27/22 31/20 33/4 33/14
 33/21 34/8 36/21 40/7 40/10
 40/11 43/9 45/4 45/12 45/20
 46/11 48/10 48/14 48/22
 60/23 64/25 67/20 69/7
 69/23 70/10 70/13 70/22
 70/25 71/1 71/19 72/7
 72/18 72/20 72/25
GONE [2] 3/17 3/19
GOOD [20] 2/6 2/8 10/13
 13/12 22/2 22/6 22/7 22/11
 23/3 24/9 24/11 26/18 28/13
 28/14 28/15 39/16 50/7 50/8
 56/15 69/15

Case 1:05-cr-00386-ESH     Document 215   Filed 03/19/13   Page 81 of 89

## G

GOODS [1] 58/23
GOT [24] 4/9 5/6 7/16 8/8
 12/17 16/14 18/6 18/6 18/16
 19/16 20/13 21/14 22/7
 24/14 26/7 26/11 36/25 41/7
 41/8 48/5 48/7 48/15 48/23
 66/2
GOVERNMENT [27] 1/12 11/13
 12/12 37/5 38/1 38/5 42/20
 44/8 45/19 45/24 46/11 47/4
 48/6 49/6 49/19 50/3 58/13
 61/23 61/25 63/14 69/3 69/4
 70/7 71/15 71/19 74/8 75/5
GOVERNMENT's [17] 3/2 3/22
 8/17 9/21 9/22 10/2 10/17
 12/19 30/21 46/10 48/23
 51/21 51/25 52/20 53/7
 53/22 56/19
GRABBED [1] 63/22
GRAMS [6] 40/16 41/15 41/17
 42/6 42/7 42/11
GRAND [2] 7/5 25/3
GREEN [3] 20/13 22/7 22/10
GREG [2] 2/17 3/10
GREW [1] 22/1
GRIFFITH [3] 1/21 75/13 75/20
GRIPED [1] 6/16
GROSS [8] 58/22 58/23 58/25
 59/6 59/8 59/16 59/18 60/2
GROUP [1] 20/16
GUARDS [1] 6/19
GUESS [2] 11/20 27/15
GUESTS [1] 20/22
GUILT [3] 33/5 33/9 33/15
GUILTY [24] 29/13 29/16 29/24
 30/3 30/5 30/6 30/6 30/8
 32/18 32/22 33/7 33/11
 33/17 33/21 33/25 36/4 36/8
 36/13 36/16 36/25 37/2 37/3
 41/8 41/8
GUN [3] 10/7 10/8 10/14
GUNS [1] 70/20
GUY [1] 23/14
GUYS [1] 21/25
GWEN [1] 11/17

## H

HAD [69] 2/6 3/7 3/10 5/5 5/9
 5/13 6/25 7/13 7/13 7/14
 8/3 9/8 9/15 9/17 14/1 16/8
 16/8 16/10 16/11 16/12
 16/13 17/9 17/21 18/10
 18/17 19/1 20/14 20/23 21/1
 21/1 21/4 21/13 21/16 22/1
 23/6 23/14 23/17 23/20 24/8
 24/13 24/15 25/4 25/6 25/7
 25/11 26/12 26/13 30/2
 30/11 30/17 31/14 40/2 41/6
 45/24 53/10 57/24 58/10
 58/11 58/14 58/14 60/22
 62/19 64/24 65/7 65/24 66/1
 67/5 67/6 67/12
HADN'T [1] 7/13
HALF [3] 4/20 4/22 21/9
HALLS [1] 2/7
HALLWAY [2] 18/13 18/14
HALO [1] 21/24
HAND [4] 2/24 10/3 39/23
 50/2
HANDED [2] 11/8 34/10
HANDLE [2] 5/16 5/17

HANDS [2] 12/17 69/14
HAPPEN [2] 21/22 71/24
HAPPENED [4] 25/24 45/24 70/24
HAPPY [4] 24/4 48/18 66/6
 69/18
HARM [1] 36/12
HAS [8] 11/13 13/22 31/3
 31/5 34/9 36/7 45/20 70/24
HAVE [90]
HAVEN'T [6] 2/6 39/14 40/3
 44/23 47/23 48/7
HAVING [3] 21/5 64/23 66/11
HE [55] 3/18 8/8 12/15 12/18
 13/11 13/12 13/13 14/5
 14/25 15/1 15/5 15/6 18/22
 23/2 23/14 23/16 24/10
 24/11 29/6 29/6 29/20 29/20
 29/24 30/2 30/5 30/8 30/13
 30/16 31/11 32/10 32/22
 33/4 33/10 34/16 36/11
 36/16 36/20 39/25 40/10
 40/10 41/7 41/8 42/5 45/6
 46/22 46/23 47/19 48/2
 60/22 60/22 65/17 65/17
 67/10 71/6 71/16
HE's [11] 12/1 12/6 12/9
 13/24 14/23 15/7 39/16 43/7
 45/6 62/25 71/8
HEAD [1] 24/23
HEALTH [3] 26/5 26/6 26/11
HEAR [3] 62/11 64/10 66/8
HEARD [5] 2/6 58/4 64/24
 67/9 72/3
HEARSAY [3] 12/9 12/20 13/23
HEAVY [1] 5/24
HELD [4] 22/13 22/14 71/5
 71/14
HELP [1] 14/22
HELPED [1] 26/15
HER [7] 22/24 22/25 24/25
 36/24 48/8 60/8 71/2
HERE [44] 3/5 4/3 4/7 4/15
 11/7 13/19 16/4 16/24 17/4
 17/13 18/1 18/6 18/10 18/15
 19/15 20/4 20/19 20/24
 21/10 21/22 22/5 23/1 23/4
 23/9 23/15 23/17 24/6 28/1
 28/3 28/24 31/1 47/16 50/24
 51/13 53/11 53/20 54/16
 54/24 59/5 59/16 60/6 60/7
 69/12 71/17
HIGH [1] 23/20
HIM [13] 12/5 13/12 14/22
 15/6 18/23 22/8 22/11 31/16
 35/7 35/19 39/21 42/5 66/11
HIS [20] 3/13 6/11 7/5 8/6
 15/1 23/2 37/17 37/20 39/23
 45/6 45/7 46/24 48/4 55/15
 60/15 60/16 60/23 68/19
 72/12 72/13
HOLD [3] 13/11 19/7 41/3
HOLDING [1] 10/14
HOME [1] 5/25
HONOR [37] 3/2 7/20 8/12
 11/2 11/12 11/16 16/22 28/3
 29/8 31/25 36/24 41/2 42/4
 43/18 44/8 44/10 44/15
 44/20 45/18 46/16 49/5
 49/11 49/18 51/22 53/2
 53/16 61/8 61/10 61/16
 61/18 61/24 68/14 68/24
 69/4 70/3 71/24 72/12
HONORABLE [1] 1/9
HOPE [1] 2/6

HORNE [12] 13/4 13/10 49/23
 61/20 61/23 62/9
HOTELS [1] 63/18 63/18 64/6 66/9 74/11
 63/18 63/18 64/6 66/9 74/11
HOTELS [1] 12/24
HOUR [2] 24/4 27/11
HOURS [5] 22/66/7
HOUSE [2] 24/10 37/13
HOW [23] 4/24 6/19 6/22 13/5
 14/4 22/18 23/23 25/16
 26/22 27/22 28/14 44/6
 50/12 56/14 56/15 56/21
 59/6 63/18 63/20 63/24 64/1
 64/6 64/10
HOWARD [2] 8/15 31/5
HOWEVER [1] 71/3
HUH [1] 57/14
HUNDRED [1] 18/2 41/14
HUVELLE [1] 1/9
HYATT [1] 22/8

## I

I'D [4] 31/17 45/11 51/19
 51/20
I'LL [9] 13/11 13/15 29/9 33/5
 33/10 33/10 33/15 45/3
 54/11
I'M [52] 3/5 5/24 9/1 9/3 9/23
 10/2 12/3 12/10 14/1 15/25
 22/14 22/17 24/7 29/1 31/20
 31/21 33/20 34/8 36/21
 36/23 39/10 46/11 46/17
 48/13 50/15 53/2 53/17
 58/20 59/21 59/22 60/23
 61/4 63/19 63/21 66/8 67/11
 67/14 67/20 68/13 68/14
 69/23 70/9 70/13 72/7 72/9
 72/18 72/19 72/25
I've [1] 36/25
I-N-D-E-X [1] 74/1
ICE [3] 3/3 3/23 4/4
ID [2] 15/17 15/20
IDEA [1] 48/15
IDENTIFICATION [2] 31/23 31/24
IDENTIFY [1] 61/18
ILLEGAL [1] 60/16
IMAGE [2] 16/11 22/10
IMAGINE [1] 44/7
IMMEDIATELY [1] 71/17
IMPEACHMENT [1] 72/14
IMPERSONATORS [1] 22/23
IMPORTANT [1] 32/17
INC [2] 50/21 51/5
INCLUDE [1] 70/11
INCLUDED [2] 37/13 70/17
INCOME [26] 52/3 52/11 53/22
 54/4 54/8 54/16 55/1 55/13
 55/19 55/21 55/25 56/3 56/3
 56/7 57/1 58/12 58/14 58/21
 58/22 58/24 59/2 59/5 60/13
 60/17 60/18 60/23
INCONSISTENT [1] 13/10
INCORRECT [1] 60/24
INDEPENDENT [1] 37/1
INDEX [1] 75/1
INDICTED [3] 42/2 42/2 43/12
INDICTMENT [2] 43/6 43/13
INDULGENCE [2] 44/20 44/24
INFORMATION [2] 26/11 54/15
 58/14
INITIAL [1] 62/23
INITIALLY [1] 7/7
INPUT [1] 42/16

## I

INSTALLED [1] 2/17
INSTRUCTION [1] 72/2
INSTRUCTIONS [4] 69/22 70/1 70/5 72/19
INTEND [1] 72/1
INTENT [3] 33/22 34/2 40/15
Internal [1] 50/15
introduce [1] 50/11
introducing [1] 14/23
invested [1] 8/9
investigation [1] 62/11
invited [1] 20/22
invoices [1] 13/2
IRS [9] 50/17 50/20 51/2 51/8 51/16 52/15 54/4 54/9 54/17
is [169]
issue [1] 44/25
issued [1] 58/10
issues [1] 47/14
it [176]
it's [38] 2/23 3/11 3/11 4/17 7/21 8/1 8/9 8/19 10/4 12/7 12/20 13/12 14/25 15/2 15/18 15/20 17/1 18/11 19/16 20/13 30/21 32/17 33/2 41/15 41/17 47/16 47/21 48/1 48/17 48/23 54/6 55/15 58/17 61/14 62/18 63/8 68/11 68/16
item [1] 5/3
its [3] 49/19 52/4 52/17

## J

Jackson [4] 6/12 62/23 62/24 62/25
Jail [1] 40/5
January [1] 40/17
jazz [2] 9/19 25/24
Jeffrey [1] 1/17
jewelry [1] 4/16
job [1] 72/10
jobs [1] 57/15
John [1] 23/2
Johnson [2] 53/23 60/4
jointly [1] 55/25
JONES [73/1]
Jones's [3] 12/7 37/14 58/17
JUDGE [21] 1/10 29/16 29/17 31/10 31/18 32/5 32/16 33/2 33/13 33/20 34/9 34/23 35/2 35/6 35/11 35/18 36/3 36/7 36/23 50/24 51/13
June [6] 29/3 31/3 31/8 34/10 34/20 34/21
jury [32] 1/9 2/3 2/4 9/6 16/6 20/5 20/25 27/18 28/9 32/23 37/3 40/25 45/3 45/6 45/8 47/17 49/9 50/12 54/12 54/21 57/11 59/6 65/13 69/20 69/22 70/5 70/20 70/25 71/13 71/20 72/1 72/13
jury's [2] 48/3 48/3
just [47] 5/3 8/24 9/24 10/6 11/8 11/20 14/5 14/14 14/18 14/19 14/22 15/3 17/15 18/12 18/23 18/23 19/25 20/15 21/5 21/24 22/2 23/10 25/9 32/23 32/12 34/19 36/21 38/22 39/2 42/5 42/18 43/9 45/5 46/21 46/25 48/3 48/17 54/11 62/5 62/7 62/15 63/24 64/10 64/18 68/6 69/10 69/12 69/12 69/19 69/19 70/10

## K

Katzoff [1] 31/5
keep [3] 8/3 43/9 47/11
kept [5] 5/20 8/2 8/2 21/18 25/19
key [1] 12/22
kids [5] 9/20 23/21 26/10 26/14 26/18
Killy's [1] 8/14
kilogram [1] 37/11
kilograms [13] 33/23 37/23 37/24 40/16 41/13 41/14 41/16 41/16 42/7 42/21 42/21 42/24 42/25
kilos [6] 40/22 41/8 41/9 42/3 42/10 42/11
kind [2] 33/9 52/17
kinds [2] 5/10 5/10
know [46] 3/13 3/13 3/14 3/18 7/2 8/9 11/22 12/18 13/1 13/5 14/4 14/5 14/7 14/25 18/21 18/25 19/2 20/4 22/16 43/21 44/12 46/3 46/17 48/10 48/19 56/21 57/1 57/5 57/20 57/24 58/1 58/8 61/21 64/1 65/2 65/5 65/17 65/20 66/4 66/12 67/19 67/22 68/1 68/11 70/23 71/22
knowing [1] 29/21
known [1] 39/14

## L

ladies [7] 2/5 19/18 19/19 21/11 27/15 62/3 69/5
lady [2] 67/11 67/14
large [4] 17/20 17/21 18/7 34/2
largest [1] 9/8
last [17] 3/22 14/15 25/2 34/12 41/22 41/23 42/22 45/25 48/25 49/20 50/10 50/14 54/19 66/1 69/25 72/20 73/1
lasted [1] 20/20
late [2] 27/9 44/1
later [4] 22/25 26/20 27/12 46/14
Lawrence [5] 2/11 40/13 63/10 72/4 74/5
lawyer [3] 30/11 30/13 35/2
lawyer's [2] 31/5 35/12
lawyers [1] 43/4
Le [1] 24/19
lease [1] 5/3
least [2] 37/7 69/9
left [7] 2/16 2/24 3/13 3/14 4/7 5/2 7/15
left-hand [1] 2/24
legal [1] 72/24
legality [2] 72/21 72/23
legitimate [3] 12/10 54/4 54/7
less [9] 37/24 41/14 41/16 42/6 42/6 42/10 42/11 42/21 42/25
let [6] 6/8 11/10 15/13 19/21 45/5 47/14
let's [11] 32/2 34/6 34/7 41/3 42/13 56/21 60/11 63/2 64/4 64/18
level [1] 22/8
levels [38] 5/14 5/15 5/16 5/18 5/22 6/5 6/7 6/24 7/5 7/10 7/11 8/17 10/2 10/2 10/7 10/15 10/17 11/9 11/11 14/16 14/20 16/18 16/19 22/12 22/18 25/17 46/21 50/21 51/5 51/19 52/4 52/16 62/13 64/7 65/7 65/13 65/24 68/8
Levels' [2] 7/2 16/6
license [7] 7/6 7/8 7/13 7/16 8/2 8/7 8/8
lie [3] 38/17 38/20 39/12
lied [3] 38/13 38/15 39/13
light [2] 10/13 10/14
like [31] 4/17 7/3 9/17 9/20 11/15 13/8 18/12 18/20 20/10 20/18 20/21 21/12 23/20 24/4 24/5 25/12 26/4 26/4 27/10 31/17 35/20 43/9 45/11 46/20 47/10 47/12 51/19 51/20 54/20 64/19 65/19
line [7] 16/8 16/8 16/10 33/2 34/8 36/2 54/19
line-up [2] 16/8 16/8
line-ups [1] 16/10
lines [1] 27/1
lip [1] 22/23
liquor [5] 7/6 7/8 7/13 8/6 8/8
Lisa [3] 1/21 75/13 75/20
list [1] 71/2
listed [8] 54/19 54/24 55/1 55/3 55/7 55/25 56/3 56/7
listen [6] 49/7 62/6 62/7 62/20 67/15 69/16
listening [2] 63/21 64/18
listing [1] 54/22
little [23] 3/10 4/10 10/10 16/20 21/2 21/3 21/3 21/6 21/15 21/23 22/3 23/24 26/10 27/4 27/6 33/1 36/2 36/20 46/12 46/13 47/20 59/22 71/23
live [3] 9/9 23/18 23/19
Lo [2] 22/6 22/10
loaf [1] 25/6
lobby [1] 26/8
local [4] 22/15 22/21 25/25 26/5
long [8] 27/1 27/22 27/23 36/20 39/14 64/6 64/10 69/15
look [12] 2/20 4/15 9/21 9/22 18/12 32/2 42/13 42/20 54/20 64/15 65/19 70/23
looking [5] 2/24 10/6 18/4 20/15 64/14
looks [1] 11/15
lose [1] 68/3
lost [1] 67/14
lot [6] 38/11 39/10 68/9 68/11 68/12 72/8
lounge [1] 18/17
lower [1] 26/8
lucky [1] 22/10
lunch [1] 2/6
lunchtime [1] 25/7

## M

ma'am [65] 28/6 28/17 28/19

# M

**MA'AM...** [62] 29/5 29/12 29/15 29/19 29/23 30/1 30/4 30/7 30/10 30/12 30/15 30/19 30/25 31/2 31/4 31/7 31/9 31/13 31/16 31/16 32/9 32/15 32/21 32/25 33/19 34/5 34/15 34/18 34/22 35/1 35/5 35/15 35/17 36/1 36/6 36/19 38/4 38/8 38/11 38/14 38/16 39/1 39/4 39/7 39/10 39/11 39/13 39/15 39/18 39/20 39/22 39/24 40/1 40/4 40/6 40/9 40/12 40/18 44/2 50/1 70/6 70/8
**MACHINE** [1] 49/7
**MAD** [6] 7/8 7/14 7/14 7/15 58/4 58/16
**MADE** [7] 46/15 51/12 52/16 56/24 57/7 67/18 72/4
**Madness** [1] 18/18
**magazine** [4] 10/4 15/18 47/10 47/15
**magazines** [4] 13/22 13/25 16/5 16/5
**magistrate** [4] 29/17 31/18 33/2 33/13
**Mahoney** [1] 24/11
**main** [3] 17/9 17/20 18/8
**maintained** [1] 54/9
**maintaining** [1] 47/6
**make** [19] 5/19 5/20 14/7 14/10 19/23 20/1 29/21 32/12 33/12 44/11 45/6 46/12 46/14 50/23 68/14 70/25 71/11 71/17 72/15
**makes** [1] 13/10
**making** [4] 6/15 52/16 68/8 68/17
**male** [1] 24/3
**man** [4] 37/8 37/23 39/23 44/9
**manager** [4] 5/14 7/15 12/4 12/6
**managers** [2] 12/1 18/23
**many** [5] 25/16 26/22 56/21 63/24 64/1
**mark** [1] 11/17
**marked** [1] 53/21
**married** [1] 55/25
**Maryland** [4] 37/13 57/3 57/3 57/18
**matter** [4] 14/23 64/16 72/25 75/15
**mattresses** [1] 6/1
**may** [13] 11/15 13/19 20/20 25/21 25/22 44/16 44/25 48/5 50/4 61/6 67/18 68/25 69/6
**maybe** [7] 4/21 4/21 23/6 26/25 27/8 27/23 43/19
**Maynard** [37] 2/9 2/11 2/16 5/13 6/3 7/25 8/9 8/17 10/25 15/25 25/2 25/9 26/22 27/14 28/13 32/5 32/17 33/4 33/14 34/13 36/3 36/23 38/15 40/13 40/14 40/22 42/2 42/13 43/2 43/11 43/15 63/10 66/14 66/24 67/6 72/4 74/5
**Maynard's** [1] 42/24
**me** [16] 6/8 7/15 11/10 11/21 13/9 13/10 19/21 34/10 45/20 58/19 58/20 64/13 64/12 65/16 67/14 72/25
**mean** [12] 3/7 4/11 4/13 10/23 12/19 12/24 19/1 19/19 59/1 63/18 67/19 68/1
**meaningless** [2] 68/10 68/16
**means** [2] 33/24 67/22
**meat** [1] 25/6
**meeting** [3] 55/7 55/10 55/20
**members** [3] 37/25 43/1 50/11
**mentioned** [5] 57/19 67/5 67/6 67/17 68/19
**mentoring** [1] 26/12
**messing** [1] 72/23
**metal** [1] 18/6
**Metropolitan** [1] 22/15
**mic** [1] 17/11
**Michele** [1] 1/12
**might** [7] 13/6 20/17 67/20 67/23 67/24 67/25 72/8
**mind** [1] 69/11
**ministers** [1] 26/13
**minute** [5] 41/3 43/7 44/22 45/3 69/21
**minutes** [4] 27/17 27/24 27/24 61/14
**mirror** [1] 18/12
**mirrored** [1] 18/11
**Miscellaneous** [14] 30/21 31/22 51/21 51/22 51/23 51/25 52/20 52/21 53/7 53/10 61/25 75/6 75/7 75/8
**misread** [1] 33/9
**misspoke** [1] 29/8
**Mitchell** [1] 18/16
**Moet** [3] 25/13 25/14 25/15
**moment** [3] 44/25 45/1 62/15
**money** [13] 5/16 5/17 6/3 6/5 6/14 6/14 6/15 6/17 26/15 52/16 60/3 60/9 68/9
**monitor** [1] 18/1
**month** [2] 23/6 66/10
**months** [3] 56/22 60/22 64/17
**more** [32] 6/15 9/21 9/22 20/21 21/25 22/23 24/4 27/12 27/12 33/23 37/23 40/13 40/16 40/17 40/23 41/6 41/13 41/14 41/16 42/3 42/6 42/7 42/11 42/24 44/19 64/3 65/7 65/9 65/18 65/20 66/11 71/18
**morning** [7] 5/23 25/5 69/7 69/9 69/12 70/25 71/18
**most** [6] 9/9 25/18 26/13 26/18 26/19 69/8
**Mostly** [1] 6/20
**motivational** [1] 26/12
**move** [3] 4/10 10/10 68/6
**moves** [1] 61/25
**Moving** [1] 26/9
**Mr** [11] 25/9 32/5 40/13 43/11 45/10 45/12 67/6 74/5 74/6 74/10 74/12
**Mr.** [90]
**Mr. Antoine** [3] 51/17 63/10 66/10
**Mr. Balarezo** [2] 14/5 45/25
**Mr. Jackson** [2] 62/23 62/24
**Mr. Jones** [54] 2/13 5/2 6/8 6/9 6/13 6/16 7/5 7/7 7/11 8/6 8/9 11/8 11/20 13/22 13/23 24/18 38/21 38/22 38/23 39/5 39/14 40/2 45/17 46/20 47/3 48/19 49/10 51/7 52/19 54/2 54/8 54/17 55/3 55/13 55/21 56/16 56/22 56/24 57/7 57/15 57/24 58/1 59/11 59/19 60/12 60/15 60/22 62/25 64/19 64/22 67/22 69/15
**Mr. Jones's** [1] 58/17
**Mr. Maynard** [26] 2/9 2/16 5/13 6/3 7/25 8/9 8/17 10/25 15/25 25/2 26/22 27/14 28/13 32/17 33/4 33/14 34/13 36/3 36/23 38/15 40/22 42/2 42/13 43/2 43/15 66/14
**Mr. Wills** [2] 3/13 3/14
**Ms** [4] 52/3 74/6 74/9 74/11
**Ms.** [5] 56/10 56/14 57/21 59/5 60/3
**Ms. Deniece** [1] 60/3
**Ms. O'Brien** [4] 56/10 56/14 57/21 59/5
**much** [7] 18/23 25/24 27/14 59/6 61/3 68/22 69/15
**multi** [1] 37/11
**multi-kilogram** [1] 37/11
**multicount** [1] 43/12
**must** [1] 32/6
**my** [13] 32/7 32/11 42/11 43/24 49/12 50/14 50/14 50/19 51/2 51/7 51/16 57/2 58/25
**MYSELF** [1] 37/1

# N

**name** [14] 6/11 7/9 7/10 16/10 18/22 22/25 24/25 50/9 50/10 50/14 50/14 55/6 55/16 60/8
**named** [2] 37/8 37/23
**naps** [1] 6/2
**NASSAU** [1] 1/18
**near** [1] 8/15
**need** [9] 12/5 13/12 14/11 44/22 44/25 45/19 61/17 71/6 72/25
**needed** [2] 5/11 39/25
**Neesie** [2] 24/21 24/22
**never** [1] 58/20
**new** [3] 11/16 21/23 24/14
**news** [1] 69/16
**next** [15] 4/16 12/8 13/17 20/15 23/12 35/18 36/11 36/20 38/5 48/7 61/10 63/7 64/10 64/25 66/2
**Nicholas** [4] 11/21 11/24 12/3 12/7
**night** [6] 19/18 21/19 22/2 22/6 22/24 23/3
**nights** [4] 16/14 16/16 21/20 22/10
**nighttime** [1] 66/7
**nine** [4] 34/8 51/23 69/8 69/12
**no** [75] 1/3 2/7 3/16 5/17 7/20 7/22 10/1 10/8 10/14 10/22 10/22 10/23 10/23 11/9 11/18 13/14 13/21 15/11 19/7 19/20 24/17 26/20 28/6 35/9 35/10 35/22 36/9 36/14 38/11 40/19

# N

NO... [45] 40/24 42/5 43/7
43/7 43/7 44/13 47/3 47/12
51/25 52/7 52/18 52/18
52/25 53/5 53/16 54/12
54/19 55/13 55/20 56/23
57/6 57/21 57/25 58/3 58/5
58/7 58/14 58/14 60/14
63/13 64/3 67/2 68/24 70/3
70/6 70/8 74/15 74/17 74/18
74/19 74/20 74/21 74/22
74/23 75/4
NORMA [6] 13/4 13/10 49/23
61/23 63/18 74/11
NORTH [1] 7/4
NORTHWEST [1] 8/15
NORTHWEST OF [1] 8/15
NOS [2] 15/21 53/7
NOT [54] 2/25 4/21 5/24
12/10 12/17 13/12 14/23
14/25 15/7 15/19 17/17 18/2
27/23 28/20 29/1 32/22
38/22 39/2 39/10 41/8 41/8
41/13 41/15 41/17 43/5 43/8
46/8 47/8 48/22 52/23 52/24
55/5 56/23 57/17 57/18
57/25 58/3 58/20 60/16 62/5
67/11 68/13 68/17 69/11
70/11 70/14 70/17 72/7 72/9
72/19 72/21 72/22 72/24
72/25
NOTHING [3] 44/15 56/10 61/4
NOTICE [2] 63/21 65/6
NOW [35] 2/19 3/11 6/13 6/16
6/19 6/24 7/2 7/5 7/10 9/21
9/23 10/15 18/8 19/18 28/20
32/16 33/1 34/9 34/19 36/2
37/5 39/14 46/13 56/16 57/6
58/19 59/16 59/19 60/2
63/21 64/6 64/18 66/13
67/17 71/2
NUMBER [23] 10/16 11/7 12/19
15/19 16/1 19/5 19/6 19/7
19/9 24/16 29/17 29/20
40/14 51/21 53/10 57/22
58/2 58/17 69/24 70/10
70/13 70/14 72/2
NUMBERS [3] 25/21 52/20
58/18
NW [2] 1/13 1/18

# O

O'BRIEN [9] 49/19 50/3 50/14
52/3 56/10 56/14 57/21 59/5
74/9
O'CLOCK [4] 5/24 5/25 27/1
69/13
O'TOOLE [3] 1/17 1/18 45/3
OATH [23] 2/10 28/16 28/18
28/20 28/24 29/6 29/7 29/11
32/6 35/16 35/25 36/22
38/13 38/15 38/17 38/20
38/24 39/5 39/7 39/8 39/12
61/21 72/5
OBJECT [2] 13/25 48/10
OBJECTION [19] 7/19 8/12 11/9
11/18 41/2 41/22 42/4 43/18
44/5 44/10 51/22 53/1 53/4
53/5 53/15 61/24 64/8 70/1
70/5
OBJECTIONABLE [1] 48/13
OBJECTIONS [1] 44/11

OBLIGATIONS [1] 52/8
OBVIOUSLY [3] 41/6 45/22
72/22
OCCASION [1] 6/13
OCCASIONALLY [1] 37/18
OCCURRED [3] 37/20 62/19
63/8
OCTOBER [12] 43/15 44/4
62/18 63/4 63/7 64/19 65/8
65/11 66/10 66/16 66/17
66/23
OFF [8] 15/8 19/2 25/5 45/14
51/19 58/22 71/5 71/14
OFFER [3] 26/4 51/20 52/19
OFFICE [19] 1/13 2/24 7/3
8/18 8/19 8/20 8/21 17/5
18/8 18/13 18/14 46/9 50/19
50/19 51/2 51/3 51/8 51/8
51/16
OFFICER [2] 22/14 22/15
OFFICERS [1] 6/22
OH [7] 12/12 29/1 29/1 47/24
52/25 71/8 71/10
OKAY [64] 8/15 9/7 9/11 11/10
11/14 13/15 14/3 14/12
14/16 15/11 15/13 15/15
19/11 27/15 27/16 27/19
28/4 28/7 28/10 35/11 36/2
40/2 40/5 40/10 41/10 41/18
41/19 45/13 49/3 49/10
49/25 52/25 53/6 54/24
56/20 57/6 57/21 59/4 60/9
60/11 61/2 61/3 61/9 61/12
61/20 62/24 63/14 65/6
65/12 66/4 66/10 66/20 67/3
67/17 68/4 68/22 68/25
69/18 69/21 70/9 70/17
70/24 71/21 72/11
OLD [3] 16/14 20/17 20/18
OLDER [1] 20/17
ONE [84]
ONES [2] 21/19 21/20
ONLY [16] 7/16 15/17 15/20
45/18 49/22 55/7 57/7 59/11
60/12 61/13 63/15 64/24
64/25 65/13 66/23 66/25
27/5 27/8 34/1 46/5 72/8
PERCENT [1] 25/5
OPEN [4] 15/14 25/5 41/21
66/6
OPENING [3] 4/18 7/6 25/4
OPENINGS [1] 69/8
OPERATIONAL [1] 5/13
OPERATIONS [1] 5/15
OPPORTUNITY [2] 53/10 53/21
ORALLY [1] 42/18
ORDER [4] 47/1 50/24 51/12
51/15
ORDINARY [1] 12/16
ORGANIZATION [2] 26/6 37/10
ORIGINAL [1] 71/1
ORIGINALS [2] 47/7 71/12
OTHER [14] 9/2 13/6 16/13
17/7 19/3 23/6 24/18 34/1
34/6 37/16 55/19 55/20
55/21 57/17
OUR [7] 7/16 20/15 24/23
28/2 28/2 46/9 61/10
OUT [38] 4/17 4/17 4/19 6/20
9/25 14/3 14/11 14/22 15/6
15/9 16/5 20/20 24/3 24/6
24/9 25/7 26/9 27/2 27/18
38/22 42/14 44/9 45/8 47/1
47/12 48/3 48/13 48/20
59/11 63/22 64/11 64/22

65/3 67/8 69/11 69/20 72/8
72/21
OUTLET [1] 26/18
OUTNUMBER [1] 25/22
OUTSIDE [1] 46/21
OVER [17] 3/6 4/7 4/10 6/1
6/14 7/3 7/4 17/21 23/17
24/10 25/4 25/22 32/2 43/3
43/3 64/16 65/9
OVERHEAD [1] 2/22
OVERRULED [1] 8/13
OWN [3] 24/13 30/8 36/17

# P

P.M [6] 1/8 1/9 4/1 62/19
63/8 73/4
PAGE [16] 15/8 15/12 15/19
15/20 32/2 33/1 33/2 33/13
34/7 34/12 36/22 55/5 59/13
59/21 74/15 75/4
PAID [5] 6/7 52/14 54/6 58/6
67/10
PAJAMA [3] 22/13 22/14 22/14
PAN [1] 24/3
PAPER [2] 14/6 14/8
PARAGRAPH [1] 72/3
PART [9] 5/21 8/22 9/16 19/24
22/24 58/21 58/22 59/5
72/19
PARTICULAR [2] 54/5 72/17
PARTIES [3] 14/2 70/12 71/1
PARTNER [1] 6/9
PARTS [1] 48/2
PARTY [3] 22/13 24/15 25/9
PASS [2] 21/11 23/23
PASSES [6] 19/18 21/15 23/17
23/18 23/19 23/24
PAUSE [3] 44/21 45/9 45/16
PAY [5] 6/19 6/22 52/9 60/16
60/23
PAYING [6] 6/25 44/1 52/17
52/17 60/16 68/19
PAYMENT [1] 37/19
PENALTY [1] 72/5
PEOPLE [12] 20/15 25/7 25/20
25/25 26/13 26/23 26/25
PERHAPS [1] 72/2
PERIOD [5] 8/5 52/4 54/2
65/10 65/24
PERJURY [1] 72/6
PERMITTED [1] 37/3
PERSON [2] 6/14 23/19
PERTAINING [2] 51/4 51/17
PHONE [4] 6/14 24/16 66/1
67/20
PHOTO [4] 4/3 11/21 12/5 12/7
PHOTOCOPIES [1] 13/18
PHOTOGRAPHS [1] 12/8
PHOTOS [6] 9/24 10/6 10/7
11/8 11/11 15/25
PICKED [3] 22/8 64/22 65/22
PICTURE [5] 3/9 4/10 4/13
10/15 23/2
PICTURES [3] 28/2 46/9 61/10
PLACE [2] 5/20 27/2
PLACES [1] 13/4
PLANNER [3] 55/7 55/11 55/20
PLAY [11] 46/13 46/20 48/4
48/16 48/18 49/24 61/15
63/2 63/9 63/11 71/20
PLAYED [14] 9/9 9/20 16/14

# P

PLAYED... [11] 16/16 17/20
18/5 22/10 23/5 23/14 45/25
47/21 63/5 63/12 70/12
PLAYING [3] 61/11 62/16 65/2
PLEA [18] 29/2 29/4 29/21
31/16 33/6 33/11 33/16
34/17 34/20 36/16 36/25
37/2 38/12 38/19 39/1 39/2
39/4 39/13
PLEAD [10] 29/24 30/2 30/5
30/6 32/18 32/22 33/21
33/25 36/8 36/12
PLEADING [3] 30/6 30/8 36/4
PLEASE [8] 19/9 27/17 41/4
50/1 50/11 63/11 69/16
69/21
PLED [4] 29/6 29/13 29/16
43/13
POETRY [2] 9/17 9/18
POETS [1] 18/5
POINT [4] 9/25 9/25 20/12
70/24
POINTED [1] 42/14
POINTING [2] 3/5 44/8
POLE [2] 47/22 47/25
POLICE [4] 6/22 22/13 22/13
22/15
POOL [1] 9/1
POPULAR [1] 23/13
POSSESS [3] 33/22 34/1 40/15
POTENTIALLY [1] 44/25
PREMISES [1] 8/2
PREP [1] 22/8
PREPARATION [1] 53/20
PREPARED [1] 49/2
PREPARING [1] 62/10
PRESENCE [1] 48/3
PRESENT [3] 2/4 28/9 49/9
PRETTY [6] 22/2 22/6 22/11
24/9 24/11 24/19
PREVIOUSLY [3] 2/12 21/17
61/23
PRINCIPAL [1] 55/7
PRIOR [1] 72/9
PRIZE [1] 23/7
PRO [1] 1/16
PROBLEM [5] 12/17 13/18
13/21 13/22 15/11
PROBLEMS [4] 6/14 6/16 6/17
43/16
PROCEED [1] 35/8
PROCEEDINGS [1] 75/14
PRODUCT [1] 36/17
PROFFERS [1] 42/17
PROMOTE [3] 23/7 24/18 26/6
PROMOTED [1] 24/20
PROMOTER [1] 22/22
PROMOTERS [5] 20/22 21/4
22/7 23/2 23/20
PROMOTING [2] 6/15 23/23
Promotions [1] 5/20
PROPRIETOR [1] 55/6
PROVE [3] 14/23 38/2 38/5
PROVEN [1] 41/5
PROVIDE [8] 49/6 50/20 51/2
51/9 51/16 52/12 54/21
71/19
PUBLISHED [1] 13/24
PULL [1] 2/23
PURPOSE [2] 12/10 39/9
PURPOSES [3] 7/1 47/14 72/14

PURSUANT [2] 50/23 51/12
PUT [7] 14/15 15/10 14/8
15/5 19/22 21/7 23/2 23/21
23/21 42/20 45/19 49/13
59/22 61/17 69/11 70/13
71/16
PUTTING [3] 15/7 21/18 72/19

# Q

QUANTITIES [2] 37/11 37/15
QUARTET [1] 21/25
QUESTION [15] 3/18 3/22 16/2
33/3 35/18 36/11 36/20 38/5
41/10 41/23 41/23 64/10
66/8 68/10 68/16
QUESTIONS [14] 29/17 29/20
30/16 31/18 31/21 32/7
32/11 34/6 35/7 35/19 35/24
40/19 44/13 63/13
QUICK [2] 10/25 16/1
QUICKER [1] 19/23

# R

RAE [1] 1/17
RAISE [2] 26/15 50/1
RALEIGH [3] 7/3 7/4 7/4
RARE [3] 21/1 27/7 27/8
RATE [2] 25/10 25/13
RAW [2] 16/11 22/9
RAYFUL [1] 43/4
REACTION [1] 16/12
READ [5] 18/18 33/12 34/23
36/21 69/16
READING [1] 31/21
READY [2] 2/9 9/23 70/19
REAL [3] 10/25 15/25 23/13
REALLY [1] 5/24
REAR [6] 9/8 9/10 17/11 17/14
17/22 17/25
REASON [1] 48/10
REASONABLE [1] 37/4
REBUTTAL [7] 28/3 49/18 50/3
61/23 69/10 74/8 75/3
REC [1] 57/3
RECALL [1] 48/11
RECEIPT [2] 12/23 12/23
RECEIPTS [8] 13/2 58/22 58/25
59/6 59/8 59/17 59/18 60/2
RECEIVED [9] 7/22 15/22 37/19
52/1 52/11 53/8 54/8 55/18
69/22
RECEIVING [1] 55/21
RECENTLY [1] 40/3
RECESS [2] 27/16 28/8
RECESSED [1] 73/4
RECOGNIZE [16] 7/25 8/18 8/20
9/6 16/4 16/17 16/24 17/4
18/15 19/15 22/5 22/20 23/1
23/4 24/1 25/2
RECOLLECTION [2] 15/1 57/2
RECOMMEND [4] 33/6 33/11
33/16 36/24
RECORD [7] 45/15 50/9 52/16
52/18 71/5 71/14 75/24
RECORDS [11] 50/17 50/21
51/4 51/9 51/17 53/23 54/8
57/17 57/18 58/4 60/10
RECREATION [2] 26/16 57/4
RECROSS [1] 74/3
RECS [1] 57/19
RED [5] 8/23 9/1 9/2 9/12
9/13
REDIRECT [2] 40/20 74/3

REFERENCE [1] 68/21
REFERENCES [1] 34/9
REFERENCING [1] 34/16
REFLECT [2] 54/7 69/24
REFRESH [1] 15/1
REFRIGERATOR'S [1] 17/16
Regency [1] 22/8
REGISTER [1] 17/14
REGULAR [6] 16/8 20/10 21/1
22/24 23/5 65/3
RELATED [2] 37/16 62/12
RELATIONSHIP [3] 37/22 40/1
42/24
RELEASE [1] 24/15
RELEVANCE [3] 43/22 44/5
44/12
RELEVANT [2] 44/6 72/22
REMEMBER [9] 2/17 15/1 21/22
22/12 24/16 24/20 30/17
66/9 68/21
REMIND [1] 72/25
REMOVE [2] 5/5 5/5
RENTING [1] 37/13
REPEATS [2] 11/12 11/13
REPORT [1] 60/12
REPORTED [8] 54/17 55/13
55/15 56/17 56/25 57/9
57/16 58/8
REPORTER [3] 1/21 50/10
75/11
REQUEST [5] 50/20 50/23 51/8
51/12 51/15
RESPECT [5] 51/7 52/15 52/19
54/15 55/24
RESPOND [1] 34/25
RESPONDED [2] 32/14 35/14
RESPONSE [1] 24/17
REST [7] 44/22 49/2 49/12
60/2 60/3 60/9 63/14
RESTED [1] 44/23
RESTING [1] 49/15
RESTS [3] 45/18 47/19 69/4
RESULT [1] 51/15
RESULTS [2] 51/4 51/16
RESUME [2] 2/9 45/12
RESUMED [2] 15/16 74/5
RESUMING [1] 69/12
RETAKE [1] 15/17
RETURN [9] 54/1 54/1 54/12
56/18 57/6 57/10 57/21
59/13 60/14
RETURNS [4] 52/3 52/11 55/24
60/18
Revenue [1] 50/15
REVIEW [4] 24/3 45/6 53/11
53/21
RIGHT [90]
RIGHT-HAND [1] 39/23
RIP [2] 14/11 15/9
ROLE [1] 37/13
ROOM [31] 1/13 1/22 7/9 7/11
8/23 8/23 8/24 9/1 9/2 9/3
9/5 9/8 9/10 9/12 9/13 9/25
10/7 10/8 10/14 10/21 10/22
10/24 16/24 17/1 17/4 17/6
17/7 17/9 17/20 18/20 21/14
ROSES [1] 24/14
ROTHWELL [1] 1/18
RPR [1] 1/21
Ruger [1] 10/4
RULE [1] 13/11
RUN [3] 10/25 15/25 19/21

# S

**SAME** [15] 17/1 17/6 17/7 19/21 19/25 21/15 24/15 27/4 33/13 36/21 40/13 51/7 58/11 59/5 59/16
**SANG** [1] 22/1
**Sara** [2] 47/6 70/24
**SAT** [2] 18/3 18/3
**satisfied** [2] 30/13 35/12
**satisfy** [1] 37/1
**Saturday** [1] 26/19
**Saturdays** [2] 16/16 26/20
**saved** [1] 6/5
**say** [19] 6/8 11/15 21/18 26/4 39/8 39/24 40/11 41/15 47/18 49/1 53/2 56/24 58/25 60/22 65/11 70/11 72/3 72/25 73/1
**saying** [14] 13/7 38/13 38/15 38/17 38/20 39/8 39/10 57/7 59/12 59/19 66/1 67/12 67/25 70/17
**says** [9] 13/2 15/9 19/18 33/1 37/6 38/1 42/21 57/6 60/11
**Schedule** [6] 55/2 55/2 55/6 55/15 55/15 60/8
**school** [3] 16/15 20/18 23/21
**Scialpi** [1] 1/17
**Scoopie's** [4] 16/20 16/21 25/3 25/3
**scope** [2] 43/20 64/8
**SCREEN** [3] 14/10 30/22 62/3
**Se** [1] 1/16
**search** [7] 13/13 17/5 51/2 51/4 51/16 51/17 52/15
**searches** [1] 72/21
**seated** [1] 50/4
**second** [6] 14/23 45/21 49/20 49/23 66/13 66/22
**security** [6] 5/6 6/19 57/12 57/13 58/17 58/18
**see** [39] 3/5 3/6 3/9 3/23 4/1 4/3 4/7 4/8 4/11 4/12 4/13 4/18 4/24 8/4 10/3 10/7 10/15 10/20 11/10 12/15 17/2 17/11 18/12 18/17 19/5 19/5 20/23 27/3 27/23 30/22 44/6 46/25 56/5 56/5 56/18 58/6 59/13 59/21
**seeing** [2] 2/21 48/11
**seeking** [1] 13/24
**seen** [4] 10/6 25/10 47/23 48/7
**SEGAL** [1] 1/9
**sell** [1] 25/17
**September** [1] 50/25
**serve** [1] 12/11
**Service** [1] 50/16
**services** [1] 35/12
**SESSION** [2] 1/9 2/1
**set** [3] 24/12 24/13 26/10
**seven** [4] 5/23 15/17 26/20 26/20
**Seventy** [1] 15/20
**Seventy-one** [1] 15/20
**shall** [1] 32/12
**she** [11] 13/7 22/25 24/23 24/23 41/9 42/13 48/6 60/6 60/6 60/9 61/21
**she's** [1] 48/10
**sheets** [1] 11/16
**Shenese** [2] 25/1 25/1

**SHORT** [2] 47/21 69/7
**SHOULD** [5] 60/18 60/25 60/25 69/9 72/2
**SHOW** [12] 9/23 10/2 12/5 12/6 13/9 14/1 14/19 23/14 26/23 48/6 65/4 71/16
**SHOWED** [2] 9/24 23/18
**showing** [1] 19/23
**SHOWS** [5] 9/18 9/20 13/4 23/7 46/21
**side** [1] 2/24
**sides** [2] 18/4 71/12
**sign** [1] 16/20
**signature** [4] 31/1 31/5 34/12 34/13
**signed** [5] 34/21 34/24 50/24 51/1 33 55/10
**signing** [1] 5/21
**similar** [1] 43/4
**simply** [1] 48/2
**sink** [1] 17/16
**SIR** [27] 10/8 15/15 27/19 32/8 32/14 32/20 32/24 33/8 33/18 33/20 34/4 34/14 34/25 35/4 35/9 35/10 35/14 35/22 36/5 36/9 36/14 36/18 38/3 38/7 40/24 43/13 65/25
**SIT** [1] 61/21
**SIX** [4] 4/20 25/18 25/19 34/7
**Sixty** [3] 7/19 15/17 52/25
**Sixty-five** [1] 7/19
**Sixty-seven** [1] 15/17
**Sixty-two** [1] 52/25
**size** [1] 49/15
**Skip** [1] 24/11
**sleeper** [1] 5/24
**sliding** [2] 2/25 2/25
**slightly** [1] 70/10
**slow** [1] 27/6
**small** [5] 9/2 9/5 9/14 9/15 69/23
**smaller** [6] 9/12 9/17 21/2 21/7 21/20 23/24
**smooth** [1] 19/23
**snippet** [2] 46/12 46/13
**so** [91]
**Social** [4] 57/12 57/13 58/17 58/18
**sold** [1] 58/23
**Soltys** [2] 1/12 74/1
**some** [17] 9/19 11/8 11/12 11/12 16/10 21/25 22/7 31/17 31/17 37/9 37/20 46/21 47/9 48/2 48/10 67/9 70/24
**somebody** [5] 7/6 15/6 48/1 58/1 68/14
**someone** [1] 3/6
**something** [2] 24/2 63/22
**soon** [1] 45/12
**sorry** [12] 9/1 9/3 16/14 22/14 22/17 53/2 53/17 59/21 63/19 66/8 66/16 67/14
**sort** [1] 39/25
**Soul** [1] 16/21
**sound** [1] 17/22
**source** [3] 57/9 57/11 57/12
**sources** [2] 37/14 37/18
**south** [1] 22/9
**Southeast** [1] 7/4
**speak** [1] 40/2
**speakers** [7] 17/10 17/10

**SPEAKING** [5] 44/11 62/24 62/25 65/22 66/14
**speaks** [1] 64/22
**special** [5] 20/21 20/22 21/21 23/25 65/3
**specify** [1] 72/16
**specifying** [1] 72/9
**spell** [1] 50/10
**spoke** [1] 13/7
**spoken** [1] 13/7
**sponsors** [1] 18/17
**sports** [2] 17/25 26/9
**stability** [1] 62/12
**stage** [2] 9/17 18/4
**stand** [7] 11/5 15/15 15/16 45/17 46/5 47/18 49/1
**stand-by** [1] 46/5
**stands** [1] 17/11
**start** [7] 5/23 5/25 26/25 43/8 51/19 69/7 69/13
**started** [13] 7/5 8/24 20/20 21/2 21/3 21/5 21/5 21/17 23/23 24/5 25/15 43/5 67/7 67/13
**starting** [1] 20/4
**state** [1] 50/9
**stated** [2] 38/24 39/1
**statement** [13] 30/17 30/20 30/23 32/12 37/6 38/10 42/13 42/14 42/16 42/20 55/10 72/5 72/13
**statements** [2] 13/23 42/17
**STATES** [7] 1/1 1/3 1/10 50/19 51/3 51/8 52/10
**stations** [1] 26/10
**stay** [7] 7/14 69/17
**steady** [1] 27/9
**STEINBACH** [1] 1/18
**step** [2] 61/6 68/25
**steps** [2] 18/10 48/1
**sticking** [3] 4/17 4/17 4/19
**still** [6] 2/9 7/15 21/4 27/1 27/10 61/20
**stool** [1] 18/3
**stop** [1] 6/25
**storage** [1] 37/15
**stores** [1] 23/22
**street** [7] 1/13 7/3 7/4 23/18 23/18 23/19 26/16
**stricken** [1] 41/24
**stuff** [2] 15/2 46/9
**style** [1] 24/13
**subject** [6] 47/5 47/20 49/1 49/15 72/5 72/18
**submitted** [2] 52/4 54/4
**substantive** [1] 72/14
**subtractions** [1] 70/5
**Sugar** [1] 23/15
**suggested** [1] 46/23
**Suite** [1] 1/18
**suits** [1] 39/9
**sum** [1] 54/16
**Summit** [1] 48/1
**Sunday** [3] 15/9 16/9 16/16
**Sundays** [2] 26/19 26/21
**supply** [1] 45/20
**supposed** [3] 21/6 27/10 52/10
**sure** [16] 5/19 5/20 8/25 12/10 17/17 29/1 29/21 33/12 45/6 48/13 58/20 61/4 70/25 71/11 71/17 72/16

**S**

SURFACE [1] 9/25
SURVEILLANCE [5] 64/11 64/14
 64/15 64/16 65/6
SURVEILING [4] 64/6 64/12
 66/5 66/10
SUSTAINED [7] 12/6 12/7 14/15
 15/7 15/18 41/23 44/7
SW [5] 8/17 9/21 9/22 10/3
 10/18
SW-2 [1] 9/21
SW-3 [2] 8/17 9/22
SW-4 [1] 10/18
SW-5 [1] 10/3
SWORE [1] 28/18
SWORN [3] 2/12 50/3 61/23
SYNCERS [1] 22/23

**T**

TABLES [3] 9/2 24/13 26/10
TAKE [8] 14/3 15/8 27/16 43/2
 45/10 45/11 47/15 58/22
TAKEN [2] 28/8 28/24
TALENT [1] 9/20
TALK [3] 26/14 35/2 44/25
TALKED [6] 6/15 12/23 40/4
 40/5 40/7 40/11
TALKING [14] 2/16 12/22 13/3
 15/3 15/4 23/10 26/2 51/19
 55/4 65/9 66/3 67/11 68/13
 68/14
TALL [3] 4/21 4/21 4/22
TANKS [1] 18/2
TAPE [4] 46/9 46/10 49/6
 64/14
TAPES [7] 45/24 47/4 49/7
 49/24 61/9 64/16 64/16
TAX [20] 7/1 7/3 50/20 51/4
 51/9 51/17 52/3 53/22 54/1
 54/1 54/12 54/20 55/24 57/6
 57/10 57/21 58/2 60/10
 60/14 60/18
TAXES [10] 7/1 7/12 52/9
 52/17 58/6 58/8 58/20 60/16
 68/20 68/21
TCB [3] 16/13 16/16 27/3
TEAM [3] 23/18 23/19 45/20
TEAR [1] 21/9
TEEN [5] 25/22 26/1 26/1 26/3
 26/3
TELEPHONE [3] 19/5 19/6
 63/15
TELEVISION [1] 18/1
TELL [17] 9/6 11/1 16/6 19/8
 19/8 20/5 28/18 29/4 29/11
 34/11 40/25 57/11 65/13
 65/15 71/15 72/18 72/20
TELLING [1] 50/12
TEMPORARY [1] 7/16
TEN [3] 24/6 25/4 27/17
TERMS [1] 69/22
TEST [2] 26/7 26/7
TESTIFIED [2] 5/13 28/15
TESTIFY [1] 40/7
TESTIFYING [1] 53/11
TESTIMONY [6] 13/9 27/20 45/4
 53/20 69/6 72/12
TESTING [1] 26/6
THAN [24] 26/20 37/23 37/24
 41/14 41/16 41/16 42/6 42/6
 42/6 42/7 42/10 42/11 42/11
 42/21 42/24 42/25 55/19

57/17 64/3 65/7 65/9 65/18
 65/20 66/11
THANK [17] 27/14 28/15 29/8
 41/20 49/4 49/5 50/4 56/5
 56/10 59/14 61/3 61/6 61/8
 61/21 69/1 71/25 73/3
THAT [283]
THAT'S [51] 4/23 6/1 8/21 9/1
 9/1 9/8 9/10 9/12 9/17
 10/12 10/13 13/20 14/14
 17/5 17/14 18/7 18/13 19/7
 23/23 27/25 28/20 29/3
 36/10 38/1 39/24 41/15 43/8
 44/6 47/5 47/13 48/5 55/9
 55/12 55/23 56/6 56/9 56/25
 64/19 65/23 66/2 66/23
 66/23 68/10 69/25 70/17
 71/4 71/10 71/13 72/10
 72/11 72/11
THEIR [6] 18/3 24/13 52/12
 53/25 54/1 58/6
THEM [47] 4/9 5/5 5/5 5/9
 15/1 19/16 19/17 20/14
 20/14 20/23 21/9 21/13
 21/16 21/16 23/4 23/21
 23/22 23/23 24/16 24/26/18
 45/22 45/25 46/1 46/3 46/4
 46/6 46/7 46/8 48/2 48/4
 48/14 48/16 49/7 50/12
 61/15 61/17 63/21 65/15
 69/9 71/6 71/10 71/16 72/18
 72/20 72/21 72/22 72/23
THEN [34] 10/4 11/14 16/16
 19/3 21/1 21/20 22/9 22/24
 24/16 27/25 32/10 32/16
 32/22 33/10 33/20 34/21
 34/23 35/6 35/11 36/7 36/16
 46/21 46/25 47/18 48/17
 48/25 51/2 51/10 54/15
 54/19 55/24 58/23 66/19
 69/9
THERE [63] 3/6 3/12 3/15 4/24
 5/20 6/13 7/3 9/14 9/15
 9/19 9/20 11/7 13/6 13/12
 14/16 14/19 16/20 17/11
 17/22 18/1 18/3 19/2 19/3
 22/22 23/3 24/10 28/4 30/11
 34/9 35/6 35/19 37/1 41/1
 42/15 44/18 44/19 47/9 48/2
 52/3 52/15 52/16 52/18 53/4
 54/12 55/13 55/20 58/11
 60/14 60/18 60/18 61/13
 63/23 64/2 64/3 64/11 65/3
 66/8 68/21 69/2 69/6 70/1
 70/1 70/19
THERE'S [18] 2/24 3/8 3/10
 4/9 4/16 4/16 10/13 10/14
 10/22 10/23 10/23 17/14
 17/25 18/1 18/2 18/10 18/13
 47/25
THESE [31] 11/3 11/10 11/17
 12/9 12/12 12/16 13/11
 13/25 14/16 15/25 18/10
 19/9 19/21 20/8 22/5 22/20
 23/4 24/1 24/1 25/9 25/16
 25/17 35/24 38/9 45/24 62/2
 62/16 67/1 70/14 72/19
 72/21
THEY [46] 9/18 10/13 10/22
 11/15 12/23 13/5 13/8 16/13
 21/12 21/13 21/15 21/16
 21/17 21/18 22/1 22/1 22/2
 22/23 22/24 22/24 23/6

23/17 23/20 23/22 23/22
 24/1 25/23 26/8 26/10 27/4
 39/24 42/20 45/23 46/15
 47/14 48/7 49/7 49/7 52/11
 52/14 58/6 58/8 58/10 69/24
 71/1 71/20
THEY'D [2] 23/22 27/10
THEY'LL [1] 46/25
THEY'RE [11] 12/17 12/22 13/7
 19/21 19/25 20/6 20/9 47/4
 47/21 52/22 53/3
THING [10] 14/11 21/15 24/5
 26/4 40/13 45/19 47/13 51/7
 71/13 72/1
THINGS [3] 13/6 65/20 68/12
THINK [27] 11/13 12/8 12/20
 13/10 13/23 13/23 18/18
 18/22 19/2 19/4 19/7 24/7
 45/3 46/15 47/11 47/25 48/1
 48/2 48/12 48/24 64/1 64/4
 64/9 69/6 71/6 72/2 72/12
THIRD [1] 72/3
THIS [146]
THOROUGHLY [1] 34/24
THOSE [20] 10/7 11/9 11/18
 13/19 13/23 16/15 17/10
 21/18 21/24 25/4 26/13
 26/15 30/16 34/6 38/5 47/7
 47/8 49/14 57/20 64/18
THOUGH [3] 4/10 17/18 62/4
THREATEN [1] 36/12
THREATENED [1] 30/2
THREE [5] 5/24 22/20 23/4
 23/5 66/6
THROUGH [4] 2/20 10/25
 11/19 15/9 15/17 15/25 16/9
 19/21 22/7 30/17 31/10
 31/17 62/11 72/7
THROUGHOUT [1] 26/14
THURSDAY [2] 1/7 16/12
TICKET [3] 20/10 21/23 22/4
TICKETS [16] 13/18 18/20
 19/16 20/15 21/1 21/2 21/4
 21/5 21/5 21/6 21/7 21/8
 21/12 21/15 21/20 22/3
TIME [34] 5/20 6/24 7/10 8/6
 8/24 9/22 16/7 19/1 20/18
 21/17 22/11 24/14 25/18
 26/1 26/13 26/19 26/19
 28/20 31/24 38/11 39/11
 39/14 44/4 46/19 48/7 54/2
 57/24 60/4 65/7 65/18 65/24
 66/5 67/5 72/20
TIMER [1] 13/2
TIMES [2] 23/5 73/2
TOBY [5] 18/19 18/19 18/21
 18/23 22/21
TOBY'S [1] 18/22
TODAY [7] 28/15 40/8 46/19
 53/11 53/20 61/9 72/12
TOGETHER [2] 39/17 49/14
TOLD [4] 11/20 40/10 46/20
 46/22
TOMORROW [1] 48/8
TOO [5] 9/14 19/3 22/4 24/4
 27/23
TOOK [9] 6/1 6/3 28/15 28/20
 29/3 29/6 29/7 29/11 47/12
TOP [4] 4/23 16/25 19/2 56/5
TOTAL [5] 54/7 54/16 56/3
 56/7 61/14
TOUGH [1] 24/4
TOWERS [1] 17/10

# T

**TOWN [2]** 22/7 65/3
**TRANSCRIPT [3]** 1/9 31/20 75/14
**TRANSCRIPTS [3]** 62/2 69/24 70/11
**TRASH [19]** 3/23 4/6 4/7 4/8 4/12 4/12 4/15 4/16 4/18 4/19 4/24 4/25 5/7 5/7 5/10 5/11 10/20 10/24 18/6
**TRIAL [4]** 1/9 32/23 45/25 72/9
**TRIED [4]** 24/2 24/3 24/5 38/14
**Trouble [1]** 16/15
**TRUCK [1]** 2/23
**TRUE [5]** 31/11 31/15 38/2 38/10 41/15
**TRUTH [3]** 28/18 29/4 29/11
**TRUTHFULLY [2]** 32/7 32/11
**TRY [1]** 46/23
**TRYING [7]** 12/9 14/1 23/7 24/7 38/22 49/13 72/23
**Tuesday [6]** 49/16 69/7 69/12 70/21 70/24 71/18
**TURN [2]** 34/7 49/17
**TV [2]** 17/17 23/14
**TV's [1]** 17/17
**TWELVE [5]** 21/11 21/12 26/20 27/1 27/6
**Twenty [3]** 51/23 52/23 53/14
**Twenty-eight [2]** 52/23 53/14
**TWO [48]** 3/23 5/24 9/24 10/6 12/8 13/17 13/22 13/25 18/1 20/21 22/5 22/10 23/12 24/1 24/1 27/10 32/2 41/7 41/9 41/15 41/17 41/24 43/3 43/3 45/19 47/20 49/1 49/11 49/24 52/25 57/2 57/15 57/18 60/22 61/11 61/13 61/25 63/9 63/22 63/23 63/24 66/5 69/7 69/25 70/14 70/15 71/18 71/23
**TYPE [1]** 26/13

# U

**U.S [2]** 1/13 1/21
**UH [1]** 57/14
**Uh-huh [1]** 57/14
**UNDER [23]** 2/10 7/8 7/14 26/3 32/6 35/16 35/24 36/22 38/13 38/15 38/17 38/20 38/24 39/5 39/7 39/8 39/12 55/3 58/1 58/11 60/8 61/21 72/5
**UNDERSTAND [9]** 32/6 32/10 32/13 32/17 32/19 32/23 33/7 33/17 34/3
**UNDERSTANDING [3]** 58/19 58/21 58/25
**UNITED [7]** 1/1 1/3 1/10 50/19 51/3 51/8 52/10
**University [1]** 8/15
**UNLESS [2]** 4/14 47/11
**UNTIL [6]** 7/16 8/5 21/17 27/9 60/23 69/12
**UNUSUAL [1]** 43/5
**UP [32]** 3/12 4/17 4/17 10/14 15/13 16/8 16/18 18/10 19/7 20/18 22/1 22/8 22/21 22/25 23/22 24/12 24/13 25/11

---

25/15 25/19 26/10 26/16 26/21 41/13 41/24 42/20 45/19 46/14 46/15 47/18 58/10 58/23
**UPPER [1]** 18/4
**UPS [1]** 16/10
**UPSTAIRS [2]** 8/23 17/5
**Urschel [3]** 1/12 74/6 74/11
**US [7]** 45/1 45/5 45/13 46/9 47/9 57/9 62/15
**USE [2]** 25/19 48/14
**USED [8]** 5/9 9/16 17/21 17/25 32/12 37/14 48/8 48/9
**USING [2]** 7/6 7/10
**USUALLY [10]** 2/23 6/20 20/13 20/17 21/7 21/12 21/16 25/18 26/3 27/6

# V

**VACATED [1]** 5/2
**VALENTINE [1]** 24/12
**VALENTINE's [3]** 24/8 45/4 69/19
**VARIED [1]** 5/23
**VARIES [1]** 25/20
**VARY [1]** 25/21
**VEHICLE [1]** 11/21
**VERDICT [3]** 41/7 70/2 70/7
**VERIFICATION [1]** 67/9
**VERY [8]** 2/8 27/14 34/2 47/21 51/13 61/3 68/22 69/15
**Victoria [4]** 49/19 50/3 50/14 74/9
**VIDEOS [7]** 45/19 47/20 49/11 49/14 69/7 71/20 71/23
**VIEW [1]** 10/22
**VIP [21]** 8/23 8/24 9/3 9/5 9/14 9/15 18/17 18/20 19/16 20/20 21/7 21/10 21/11 21/12 21/14 21/15 21/20 23/17 23/18 23/19 23/24

# W

**W-2 [6]** 52/13 54/5 54/19 58/10 58/11 58/15
**W-2s [3]** 54/1 55/20 57/2
**WAGES [1]** 59/24
**WAIT [5]** 12/19 27/2 41/3 43/7 60/23
**WALKED [2]** 2/22 23/22
**Walker [3]** 1/21 75/13 75/20
**WALL [1]** 17/7
**WALLET [1]** 21/8
**WANT [17]** 14/6 14/18 14/19 15/10 36/4 45/10 46/14 47/9 47/11 49/7 70/23 71/3 71/11 71/11 71/20 72/16 72/23
**WANTED [4]** 29/20 30/5 30/6 46/20
**WANTS [6]** 15/5 23/24 46/24 65/17 69/17 71/16
**WAREHOUSE [5]** 2/16 2/17 2/19 3/7 3/22
**WAS [184]**
**Washington [5]** 1/7 1/14 1/19 1/22 3/7 12
**WASN'T [5]** 6/18 10/8 13/12 60/15 66/18
**WATER [1]** 18/2
**WAY [7]** 2/20 6/8 6/21 17/23 18/9 55/18 60/24
**WAYS [1]** 70/15
**WE [123]**

---

WE'D [4] 25/19 26/5 26/6 27/6
**WE'LL [7]** 27/6 48/18 48/18 52/19 62/15 69/13 70/25 71/16
**WE'RE [17]** 2/2 2/9 10/25 31/1 33/13 34/19 36/21 45/4 45/12 48/22 49/13 59/23 61/21 62/10 63/9 69/7 69/11
**We've [3]** 39/17 40/4 64/4
**Wednesday [4]** 15/9 16/8 16/12 21/19
**WEEK [16]** 16/14 64/19 64/25 65/1 65/10 65/11 65/14 65/14 65/15 65/18 65/20 66/1 66/2 66/4 66/6 66/11
**WEEKEND [2]** 69/15 71/7
**WEEKLY [1]** 65/3
**WEEKS [1]** 20/21
**Welcome [1]** 2/5
**WELL [20]** 9/15 13/5 14/4 14/7 14/21 45/22 46/5 46/17 46/25 48/17 48/19 49/13 53/17 54/1 64/3 64/9 66/22 68/13 71/10 72/14
**WENT [3]** 6/20 31/10 64/16
**WERE [51]** 5/19 7/7 10/13 11/8 13/24 14/19 15/22 16/15 17/10 21/7 21/8 21/19 21/21 22/2 22/10 22/22 22/23 23/7 23/20 26/3 30/5 30/13 31/11 31/14 37/24 39/23 40/7 40/11 42/7 43/2 43/12 46/19 46/22 47/8 47/8 48/2 52/3 58/3 52/25 59/8 63/23 64/2 64/3 64/21 64/25 65/15 66/5 66/9 67/24 70/12 70/12
**WEREN'T [2]** 47/10 66/19
**WHAT [85]**
**WHAT's [7]** 3/14 10/3 14/13 16/2 53/21 63/3 70/25
**WHATEVER [4]** 15/10 39/8 39/25 46/14
**WHEN [15]** 6/16 7/5 18/11 21/2 29/2 31/10 42/2 55/2 58/25 64/11 65/9 66/9 67/22 67/24 71/17
**WHERE [20]** 2/19 2/23 3/5 6/1 9/6 16/25 17/8 17/19 17/20 17/24 18/3 18/4 18/4 23/17 42/23 42/23 45/17 45/22 57/1 69/23
**WHETHER [3]** 65/17 68/11 72/24
**WHICH [22]** 2/20 2/22 7/9 7/15 9/2 13/18 13/22 15/8 15/8 16/15 18/8 18/10 19/22 21/6 21/7 21/24 22/9 23/15 29/1 37/14 53/22 61/25
**WHILE [2]** 45/6 62/10
**WHO [17]** 6/3 6/5 6/7 7/2 11/23 11/25 18/21 18/25 23/14 24/20 24/22 49/23 61/21 62/22 63/8 65/2 72/8
**WHO's [1]** 48/15
**WHOLE [4]** 14/11 24/25 60/16 68/12
**WHOM [1]** 62/24
**WHON [1]** 22/21
**Whon-n-Em [1]** 22/21
**WHY [3]** 12/15 33/12 59/23
**Wild [2]** 22/22 22/25
**WILL [22]** 30/9 33/6 33/15 36/17 47/18 47/21 48/12

# W

**WILL...** [15]  48/18 49/6 49/12
49/23 49/23 61/10 63/10
69/13 69/14 70/9 70/19
70/21 71/15 71/18 71/19
**WILLFUL** [1]  29/21
**Wills** [4]  2/17 3/10 3/13 3/14
**WINDOW** [4]  2/17 2/19 2/20
2/25
**WINE** [1]  17/16
**WIRE** [4]  23/14 62/12 64/2
66/19
**WIRETAP** [1]  62/1
**WISH** [1]  35/7
**WITHDREW** [1]  11/4
**WITHHOLD** [1]  13/15
**WITHOUT** [4]  13/1 13/11 51/22
61/24
**WITNESS** [21]  2/2 2/11 11/4
11/4 15/13 15/16 15/16
27/21 28/2 28/3 28/5 44/17
44/18 49/19 50/3 61/5 61/7
61/10 61/17 61/23 69/1
**WITNESSES** [3]  28/1 44/19 74/2
**WON'T** [1]  11/14
**WOODEN** [1]  4/23
**WORD** [2]  9/18 39/2
**WORK** [6]  24/4 24/6 40/1
48/13 48/20 56/22
**WORKED** [5]  22/1 39/17 39/21
56/24 57/15
**WORKING** [1]  58/1
**WOULD** [44]  2/20 5/23 5/25
6/20 12/10 13/23 13/25
16/11 16/12 17/22 18/9
20/10 20/18 20/22 21/4
23/21 23/22 25/16 25/16
25/24 26/4 26/23 27/1 27/2
27/4 27/4 27/5 27/9 35/20
37/2 38/17 39/12 46/20
46/23 48/2 48/24 50/9 50/9
50/11 54/20 56/18 58/10
59/2 59/13
**WOULDN'T** [4]  5/6 25/23 25/23
66/15
**WRITE** [3]  42/14 42/15 67/12
**WRITING** [3]  67/6 67/7 67/13
**WRITTEN** [2]  14/19 42/18
**WROTE** [1]  15/6
**WT** [1]  70/18
**WT-6** [1]  70/18

# X

**Xerox** [1]  14/7

# Y

**YEAH** [22]  3/10 8/8 8/11 9/2
14/4 17/15 19/25 20/13 22/6
24/2 24/19 24/21 25/21
41/10 43/21 44/6 45/11
47/20 63/23 64/14 66/18
71/9
**YEAR** [9]  54/17 55/3 56/1 56/5
57/8 58/8 59/6 60/16 60/25
**Year's** [1]  21/23
**YEARLY** [1]  52/11
**YEARS** [4]  20/18 38/23 39/17
43/5
**YES** [128]
**YOU** [426]
**YOU'D** [3]  25/24 26/25 38/20
**YOU'LL** [5]  39/8 48/25 48/25

62/5 62/7
**YOU'LL...** [24]  53/13 57/18
27/19 33/4 33/14 33/21
33/24 38/13 38/17 38/20
39/8 39/12 48/14 49/15
50/12 55/4 57/7 59/12 59/19
61/20 64/12 65/16 68/17
**YOU'VE** [9]  4/9 12/17 18/16
25/9 39/14 47/6 48/5 48/7
53/10
**YOUNG** [5]  24/9 24/14 25/21
67/11 67/14
**YOUNGER** [3]  9/19 9/19 24/10
**YOUR** [88]
**YOURS** [1]  39/16
**YOURSELF** [2]  39/19 50/11